Gordon v. Virtumundo Inc et al                                                     Doc. 66 Att.

```
From ???@??? Sat Jan 17 23:14:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2717028-883>; Sun, 18 Jan 2004 01:16:06 -0500
Received: from vm208-70.adknow-net.com ([216.21.208.70]) by
ams.ftl.affinity.com with ESMTP id <2714815-879>; Sun, 18 Jan 2004 01:15:08
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-70.adknow-net.com with SMTP; 18 Jan 2004 00:14:55 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 342383
From: Steel Toe Boots <ToughSteelToeBoots@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342383@replies.adknow-net.com
Subject: Step tough in steel toe boots.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.011508-0500_est.2714815-879+15789@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 01:15:07 -0500
```



Dockets.Justia.com

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Sep 17 22:30:45 2005
X-Persona: <Indi>
Return-Path: <mailcenter329703@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 15 Sep 2005 23:27:02 -0600
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Low on ink? Save up to 85% with no shipping charges
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432A57A6.D42B6E1A"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4162&e=indi@jammtomm.com
  URI:http://ogy.cc/fanglopw/Fall_s_01.gif
  URI:http://ogy.cc/fanglopw/spacer.gif [...]

Content analysis details:   (8.7 points, 7.0 required)

 pts rule name              description
---- ----------------------  --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 0.4 SAVINGS                Subject talks about savings
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 SAVE_UP_TO             BODY: Save Up To
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 10149 invoked from network); 15 Sep 2005 23:27:01 -0600
Received: from vm-181-2.vm-mail.com (206.82.181.2)
  by greatnorthwest-alpha.org with SMTP; 15 Sep 2005 23:27:01 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-2.vm-mail.com with SMTP; 16 Sep 2005 00:27:01 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329703
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329703@vm-rewards.com>
Subject: Low on ink? Save up to 85% with no shipping charges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Low on ink
Save.htm"
```

```
From ???@??? Fri Sep 30 12:51:02 2005
X-Persona: <hum>
Return-Path: <mailcenter330175@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 19623 invoked from network); 28 Sep 2005 17:27:41 -0600
Received: from vm-180-232.vm-mail.com (206.82.180.232)
  by gordonworks.com with SMTP; 28 Sep 2005 17:27:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-232.vm-mail.com with SMTP; 28 Sep 2005 18:27:39 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330175
From: Save On Printer Ink <SaveOnPrinterInk@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330175@vm-rewards.com>
Subject: *****SPAM***** Low on ink? Save up to 85% and no shipping charges
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,SAVE_UP_TO,SAVINGS,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 0.4 SAVINGS Subject talks about savings
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 SAVE_UP_TO BODY: Save Up To
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```






 **101Inks, 21632 Lassen Street, Chatworth, CA, 91311**


**If you can not see our footer image, please visit here.**

From ???@??? Fri Oct 10 15:08:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <726015-22865>; Fri, 10 Oct 2003 17:01:14 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <3790907-5331>; Fri, 10 Oct 2003 17:00:11 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 10 Oct 2003 15:59:58 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 158523
From: Save on Used Textbooks <SaveOnUsedTextbooks158523@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Save on Used Textbooks
<SaveOnUsedTextbooks158523@replies.virtumundo.com>
Subject: Make a smart buy. Get used textbooks.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.170011-0400_edt.3790907-5331+18988@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 17:00:10 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 23 15:30:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <322560-1039>; Thu, 23 Oct
2003 17:26:24 -0400
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <384392-1043>; Thu, 23 Oct 2003 16:51:04 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 23 Oct 2003 15:50:52 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 172752
From: Savings Register <DiscountChainShopping172752@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Savings Register
<DiscountChainShopping172752@replies.virtumundo.com>
Subject: Where do you prefer to shop?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.165104-0400_edt.384392-1043+2579@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 16:51:03 -0400
```





Dear Jonathan,

TheSavingsRegister wants to know where Americans love to shop.

Choose from the two rival stores below and tell us which one you think offers the best shopping experience.

Take our survey today and you'll be registered for the chance to WIN $10,000. Imagine how much great stuff you could buy when you



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 23 19:35:26 2005
X-Persona: <Indi>
Return-Path: <mailcenter331133@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 4480 invoked from network); 23 Oct 2005 08:32:47 -0600
Received: from vm-183-252.vm-mail.com (206.82.183.252)
   by jaycelia.com with SMTP; 23 Oct 2005 08:32:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-183-252.vm-mail.com with SMTP; 23 Oct 2005 09:32:37 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331133
From: SBA Express <SBAExpress@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331133@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

From ???@??? Tue Oct 11 18:19:08 2005
X-Persona: <Indi>
Return-Path: <mailcenter330400@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 05 Oct 2005 17:13:42 -0600
From: SBA Express <SBAExpress@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Start a business with a goverment loan
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43445E26.087F64FD"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4483&e=indi@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'4483&e=indi@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_02.gif [...]

Content analysis details:   (8.2 points, 7.0 required)

 pts rule name                description
 ---- ---------------------  --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20747 invoked from network); 5 Oct 2005 17:13:41 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
  by rcw19190020.com with SMTP; 5 Oct 2005 17:13:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-16.vm-mail.com with SMTP; 05 Oct 2005 23:13:40 +0000

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 330400
From: SBA Express <SBAExpress@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330400@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start a
business.htm"
```

```
From ???@??? Fri Oct 07 10:56:03 2005
X-Persona: <hum>
Return-Path: <mailcenter330400@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 3873 invoked from network); 5 Oct 2005 17:22:49 -0600
Received: from vm-180-127.vm-mail.com (206.82.180.127)
  by celiajay.com with SMTP; 5 Oct 2005 17:22:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-127.vm-mail.com with SMTP; 05 Oct 2005 18:22:49 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330400
From: SBA Express <SBAExpress@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330400@vm-rewards.com>
Subject: *****SPAM***** Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```





---

**EasyInternetBusiness.com, PO Box 490 St. Goerge, Utah 84770**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Oct 24 11:21:56 2005
X-Persona: <hum>
Return-Path: <mailcenter331133@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 7169 invoked from network); 23 Oct 2005 08:41:10 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
   by jaycelia.com with SMTP; 23 Oct 2005 08:41:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-213.vm-mail.com with SMTP; 23 Oct 2005 09:40:58 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331133
From: SBA Express <SBAExpress@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331133@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Wed Aug 09 19:26:31 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358916@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 07 Aug 2006 14:45:17 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D7A65D.79EADE61"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4627&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)4627&e=tommy@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name             description
---- --------------------- --------------------------------------------------
 1.0 DATE_MISSING          Missing Date: header
 2.8 X_MAIL_ID_PRESENT     Message has X-MailingID header
 0.0 HTML_MESSAGE          BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED    BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02    BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET  RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19331 invoked from network); 7 Aug 2006 14:45:14 -0600
Received: from static-vmg-185-221.vm-mail.com (HELO vm-185-221.vm-mail.com)
(206.82.185.221)
  by ewaterdragon.com with SMTP; 7 Aug 2006 14:45:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-221.vm-mail.com with SMTP; 07 Aug 2006 15:45:13 -0500

```
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 358916
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358916@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi8.htm"
```

```
From ???@??? Fri Aug 04 19:36:39 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357972@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 6627 invoked from network); 31 Jul 2006 14:05:18 -0600
Received: from static-vmg-185-186.vm-mail.com (HELO vm-185-186.vm-mail.com)
(206.82.185.186)
   by celiajay.com with SMTP; 31 Jul 2006 14:05:18 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-186.vm-mail.com with SMTP; 31 Jul 2006 15:05:16 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 357972
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357972@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

EZ-Net Biz P.O. Box 490 St. George, UT 84770

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 16 15:06:03 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter348608@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 29858 invoked from network); 14 May 2006 17:29:52 -0600
Received: from vm-186-120.vm-mail.com (206.82.186.120)
  by chiefmusician.net with SMTP; 14 May 2006 17:29:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-120.vm-mail.com with SMTP; 14 May 2006 18:29:48 -0500
X-ClientHost:
10610510906410511610010510010110111161011101001141051031041160460991111109
X-MailingID: 348608
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348608@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

EZ-Net Biz P.O. Box 490 St. George, UT 84770

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Mon May 15 17:25:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter348608@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 14 May 2006 17:32:57 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
        RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4467BE29.1236864C"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(6241&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(6241&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9951]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.186.14 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.186.14 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 20610 invoked from network); 14 May 2006 17:32:54 -0600
Received: from vm-186-14.vm-mail.com (206.82.186.14)
   by ehahome.com with SMTP; 14 May 2006 17:32:54 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-14.vm-mail.com with SMTP; 14 May 2006 18:32:36 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 348608
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+348608@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi4.htm"
```

From ???@??? Wed May 03 21:03:43 2006
X-Persona: <Mila>
Return-Path: <mailcenter346372@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 29 Apr 2006 01:22:59 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44531453.E3B69E09"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?i(4331&e=mila@jammtomm.com
   visiting this link
   URI:http://redirect.virtumundo.com/ct?i(4331&e=mila@jammtomm.com
   URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (9.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19204 invoked from network); 29 Apr 2006 01:22:57 -0600
Received: from vm-187-252.vm-mail.com (206.82.187.252)
   by anthonycentral.com with SMTP; 29 Apr 2006 01:22:57 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-252.vm-mail.com with SMTP; 29 Apr 2006 02:21:46 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346372

```
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346372@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi.htm"
```

```
From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 3776 invoked from network); 15 Apr 2006 19:01:45 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by clrobin.com with SMTP; 15 Apr 2006 19:01:44 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 4482 invoked from network); 15 Apr 2006 19:01:46 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 15 Apr 2006 19:01:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6022 invoked from network); 15 Apr 2006 19:01:50 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by clrobin.com with SMTP; 15 Apr 2006 19:01:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:21:56 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7108 invoked from network); 15 Apr 2006 19:01:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 15 Apr 2006 19:01:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 15 Apr 2006 20:01:27 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



---

EZ-Net Biz P.O. Box 490 St. George, UT 84770



**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:20:34 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3619 invoked from network); 15 Apr 2006 16:07:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 15 Apr 2006 16:07:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 15 Apr 2006 17:06:58 -0500
X-ClientHost:
1061051090641051161001051001101111610111010011410510310411604609911109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 16 12:17:58 2006
X-Persona: <Jay>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 2476 invoked from network); 15 Apr 2006 16:09:03 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 15 Apr 2006 16:09:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 15 Apr 2006 17:09:01 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_60,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *     [score: 0.6440]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 16 12:17:10 2006
X-Persona: <Celia>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1888 invoked from network); 16 Apr 2006 06:07:18 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 16 Apr 2006 06:07:16 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 16 Apr 2006 07:07:09 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

        **If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 16 11:14:09 2006
X-Persona: <Mila>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sat, 15 Apr 2006 16:08:51 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.1 required=7.0 tests=BAYES_99,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44416EF3.6B44F3D4"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2385&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2385&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (11.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26272 invoked from network); 15 Apr 2006 16:08:48 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 15 Apr 2006 16:08:46 -0600
Received: from vm-mail.com (10.0.0.42)

```
  by pkc-sb01 with SMTP; 15 Apr 2006 17:08:43 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi6.htm"
```

```
From ???@??? Sat Apr 15 16:20:33 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343694@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3333 invoked from network); 15 Apr 2006 16:09:04 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 15 Apr 2006 16:09:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 15 Apr 2006 17:09:02 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 343694
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343694@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
    X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
    *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---

EZ-Net Biz P.O. Box 490 St. George, UT 84770



        If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:50:29 2006
X-Persona: <Jay>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7555 invoked from network); 6 Apr 2006 20:54:05 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by anthonycentral.com with SMTP; 6 Apr 2006 20:54:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 06 Apr 2006 21:52:29 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BAYES_60,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
      *     [score: 0.6500]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:45:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4392 invoked from network); 6 Apr 2006 20:50:51 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 6 Apr 2006 20:50:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 06 Apr 2006 21:50:48 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---


EZ-Net Biz P.O. Box 490 St. George, UT 84770

         If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:43:58 2006
X-Persona: <Celia>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 25026 invoked from network); 6 Apr 2006 20:10:52 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 6 Apr 2006 20:10:48 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 21:10:03 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29572 invoked from network); 6 Apr 2006 19:31:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27525 invoked from network); 6 Apr 2006 19:31:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *     [score: 0.5064]
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31268 invoked from network); 6 Apr 2006 19:31:23 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**





**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

            **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1182 invoked from network); 6 Apr 2006 19:31:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**





**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

        **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:20:20 2006
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3105 invoked from network); 6 Apr 2006 19:31:33 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5064]
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

          If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 22:23:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 06 Apr 2006 20:53:31 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.4 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4435D42B.6E6E5EC1"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1781&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1781&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (13.4 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
             [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 11458 invoked from network); 6 Apr 2006 20:52:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)

```
  by celiajay.com with SMTP; 6 Apr 2006 20:52:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 06 Apr 2006 21:52:16 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi3.htm"
```

```
From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 29572 invoked from network); 6 Apr 2006 19:31:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:18 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
0991041170991070640971101161041111012109910110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5064]
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27525 invoked from network); 6 Apr 2006 19:31:17 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
       *      [score: 0.5064]
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link




EZ-Net Biz P.O. Box 490 St. George, UT 84770

    If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31268 invoked from network); 6 Apr 2006 19:31:23 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 6 Apr 2006 19:31:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1182 invoked from network); 6 Apr 2006 19:31:31 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:27 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link



---


EZ-Net Biz P.O. Box 490 St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 21:18:44 2006
X-Persona: <Anthony>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3105 invoked from network); 6 Apr 2006 19:31:33 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by ehahome.com with SMTP; 6 Apr 2006 19:31:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 06 Apr 2006 20:31:10 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5064]
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link



---



**EZ-Net Biz P.O. Box 490 St. George, UT 84770**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 06 19:59:39 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342944@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19971 invoked from network); 6 Apr 2006 20:53:08 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 6 Apr 2006 20:52:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 06 Apr 2006 21:52:30 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 342944
From: SBA Funding <SBAFunding@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342944@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





EZ-Net Biz P.O. Box 490 St. George, UT 84770

If you can not see our footer image, please visit here.

From ???@??? Wed Mar 29 09:59:36 2006
X-Persona: <Mila>
Return-Path: <mailcenter341076@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 29 Mar 2006 11:09:56 -0600
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442ABF64.4F39C748"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0425&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0425&e=mila@jammtomm.com
  URI:http://ogy.cc/creative1.jpg [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9635 invoked from network); 29 Mar 2006 11:09:53 -0600
Received: from vm-180-145.vm-mail.com (206.82.180.145)
  by itdidnotendright.com with SMTP; 29 Mar 2006 11:09:52 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-180-145.vm-mail.com with SMTP; 29 Mar 2006 11:09:39 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341076
From: SBA Funding <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341076@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi2.htm"
```

```
From ???@??? Fri Sep 01 10:54:42 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362022@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 1640 invoked from network); 31 Aug 2006 17:55:55 -0600
Received: from static-vmg-187-118.vm-mail.com (HELO vm-187-118.vm-mail.com)
(206.82.187.118)
  by rcw19190020.com with SMTP; 31 Aug 2006 17:55:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-118.vm-mail.com with SMTP; 31 Aug 2006 18:55:53 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 362022
From: SBA Funding <SBAFunding@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362022@vm-rewards.com>
Subject: Let the government fund your dream
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





**If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,**
**visit this link**

**Raven Media Inc. Remove 2620 South Maryland Pkwy #859-A Las Vegas, NV 89109**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West**
**110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving**
**further email as a subscriber of Virtumundo Rewards, go to**
http://www.virtumundo.com/change **or visit here. The**
**products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about**
**this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**



From ???@??? Mon Jan 30 09:14:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9986 invoked from network); 22 Jan 2006 09:20:25 -0600
Received: from vm-181-167.vm-mail.com (206.82.181.167)
  by anthonycentral.com with SMTP; 22 Jan 2006 09:20:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-167.vm-mail.com with SMTP; 22 Jan 2006 09:20:11 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:56:15 2006
X-Persona: <Jay>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 9986 invoked from network); 22 Jan 2006 09:20:25 -0600
Received: from vm-181-167.vm-mail.com (206.82.181.167)
  by anthonycentral.com with SMTP; 22 Jan 2006 09:20:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-167.vm-mail.com with SMTP; 22 Jan 2006 09:20:11 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 26 11:10:55 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2337 invoked from network); 22 Jan 2006 09:18:46 -0600
Received: from vm-181-136.vm-mail.com (206.82.181.136)
   by rcw19190020.com with SMTP; 22 Jan 2006 09:18:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-136.vm-mail.com with SMTP; 22 Jan 2006 09:18:33 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 335950
From:  SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Jan 26 11:10:52 2006
X-Persona: <Celia>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1505 invoked from network); 22 Jan 2006 09:25:44 -0600
Received: from vm-177-39.vm-mail.com (206.82.177.39)
  by jaycelia.com with SMTP; 22 Jan 2006 09:25:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-39.vm-mail.com with SMTP; 22 Jan 2006 09:25:32 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





EZ-Net Biz, P.O. Box 490, St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 24 18:10:06 2006
X-Persona: <Mila>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 22 Jan 2006 09:20:23 -0600
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Jamila  <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D3A2B7.FBCDE36A"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7533&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7533&e=mila@jammtomm.com
  URI:http://ogy.cc/creative111.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 8163 invoked from network); 22 Jan 2006 09:20:19 -0600
Received: from vm-181-177.vm-mail.com (206.82.181.177)
  by clrobin.com with SMTP; 22 Jan 2006 09:20:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-177.vm-mail.com with SMTP; 22 Jan 2006 09:20:05 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090046099111109
X-MailingID: 335950
From:  SBA Funds  <SBAFunds@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi.htm"
```

```
From ???@??? Mon Jan 23 15:59:24 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10593 invoked from network); 22 Jan 2006 09:20:26 -0600
Received: from vm-181-22.vm-mail.com (206.82.181.22)
   by chiefmusician.net with SMTP; 22 Jan 2006 09:20:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-22.vm-mail.com with SMTP; 22 Jan 2006 09:20:12 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 14304 invoked from network); 22 Jan 2006 09:17:51 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
   by celiajay.com with SMTP; 22 Jan 2006 09:17:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:34 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14426 invoked from network); 22 Jan 2006 09:17:52 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:34 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 15489 invoked from network); 22 Jan 2006 09:17:54 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:35 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**





**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 21090 invoked from network); 22 Jan 2006 09:18:01 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:35 -0600
X-ClientHost: 11610606409711011610411111012109910110101611409710804609911109
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

 EZ-Net Biz, P.O. Box 490, St. George, UT 84770



      If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:38:16 2006
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 16451 invoked from network); 22 Jan 2006 09:17:57 -0600
Received: from vm-180-197.vm-mail.com (206.82.180.197)
  by celiajay.com with SMTP; 22 Jan 2006 09:17:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-197.vm-mail.com with SMTP; 22 Jan 2006 09:17:35 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111 09
X-MailingID: 335950
From: SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 16:05:02 2006
X-Persona: <RCW>
Return-Path: <mailcenter335950@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 25125 invoked from network); 22 Jan 2006 09:56:02 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
   by celiajay.com with SMTP; 22 Jan 2006 09:56:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-250.vm-mail.com with SMTP; 22 Jan 2006 09:55:51 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335950
From:  SBA Funds  <SBAFunds@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335950@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 27012 invoked from network); 30 Jan 2006 04:22:28 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
   by celiajay.com with SMTP; 30 Jan 2006 04:22:28 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

**Images not loading? View this offer by visiting this link**



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27745 invoked from network); 30 Jan 2006 04:22:29 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 30 Jan 2006 04:22:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 28256 invoked from network); 30 Jan 2006 04:22:30 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 30 Jan 2006 04:22:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
11509711010012106409711011610411111012109910110116114097108046099111109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 29089 invoked from network); 30 Jan 2006 04:22:31 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
  by celiajay.com with SMTP; 30 Jan 2006 04:22:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost: 11610606409711011610411111012109910110110161140971080460099111109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 07:11:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Mon, 30 Jan 2006 04:14:19 -0600
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DDE6FB.223DCC30"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  URI:http://ogy.cc/creative111.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17412 invoked from network); 30 Jan 2006 04:14:17 -0600
Received: from vm-177-82.vm-mail.com (206.82.177.82)
  by omniinnovations.com with SMTP; 30 Jan 2006 04:14:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-82.vm-mail.com with SMTP; 30 Jan 2006 04:14:04 -0600
```

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi2.htm"
```

```
From ???@??? Sun Feb 05 21:12:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 30 Jan 2006 04:14:19 -0600
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Get working capital immediately
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43DDE6FB.223DCC30"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7867&e=mila@jammtomm.com
  URI:http://ogy.cc/creative111.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17412 invoked from network); 30 Jan 2006 04:14:17 -0600
Received: from vm-177-82.vm-mail.com (206.82.177.82)
  by omniinnovations.com with SMTP; 30 Jan 2006 04:14:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-82.vm-mail.com with SMTP; 30 Jan 2006 04:14:04 -0600

```
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Get
working capi1.htm"
```

```
From ???@??? Mon Jan 30 16:09:51 2006
X-Persona: <RCW>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 31364 invoked from network); 30 Jan 2006 04:48:53 -0600
Received: from vm-177-82.vm-mail.com (206.82.177.82)
  by ehahome.com with SMTP; 30 Jan 2006 04:48:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-82.vm-mail.com with SMTP; 30 Jan 2006 04:48:38 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 09:25:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 21381 invoked from network); 30 Jan 2006 04:14:27 -0600
Received: from vm-177-2.vm-mail.com (206.82.177.2)
  by rcw19190020.com with SMTP; 30 Jan 2006 04:14:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-2.vm-mail.com with SMTP; 30 Jan 2006 04:14:09 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:57:12 2006
X-Persona: <Jon>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 21413 invoked from network); 30 Jan 2006 04:14:27 -0600
Received: from vm-177-41.vm-mail.com (206.82.177.41)
  by chiefmusician.net with SMTP; 30 Jan 2006 04:14:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-41.vm-mail.com with SMTP; 30 Jan 2006 04:14:10 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:55:33 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23522 invoked from network); 30 Jan 2006 04:13:34 -0600
Received: from vm-177-47.vm-mail.com (206.82.177.47)
  by gnwalpha.org with SMTP; 30 Jan 2006 04:13:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-47.vm-mail.com with SMTP; 30 Jan 2006 04:13:20 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336588
From:  SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:53:34 2006
X-Persona: <Celia>
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21312 invoked from network); 30 Jan 2006 04:45:06 -0600
Received: from vm-181-234.vm-mail.com (206.82.181.234)
  by jaykaysplace.com with SMTP; 30 Jan 2006 04:45:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-234.vm-mail.com with SMTP; 30 Jan 2006 04:44:48 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: *****SPAM***** Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:27:04 2006
Return-Path: <mailcenter336588@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26112 invoked from network); 30 Jan 2006 04:22:28 -0600
Received: from vm-182-143.vm-mail.com (206.82.182.143)
   by celiajay.com with SMTP; 30 Jan 2006 04:22:28 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-143.vm-mail.com with SMTP; 30 Jan 2006 04:22:15 -0600
X-ClientHost:
09711011606409711011610411111012109910111101161140971080460991
11109
X-MailingID: 336588
From: SBA Fundsing <SBAFunding@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336588@vm-rewards.com>
Subject: Get working capital immediately
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

   **If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 01 18:55:37 2006
X-Persona: <Mila>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 20 Dec 2005 15:00:24 -0600
From: SBA Loans <SBALoans@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Start a business with a goverment loan
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A870E8.65768D1B"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6214&e=mila@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'6214&e=mila@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_02.gif [...]

Content analysis details:   (7.8 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28867 invoked from network); 20 Dec 2005 15:00:19 -0600
Received: from vm-181-94.vm-mail.com (206.82.181.94)
  by rcw19190020.com with SMTP; 20 Dec 2005 15:00:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-94.vm-mail.com with SMTP; 20 Dec 2005 15:00:07 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start a
business2.htm"
```

```
From ???@??? Sun Jan 01 17:22:36 2006
X-Persona: <Mila>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 20 Dec 2005 15:00:24 -0600
From: SBA Loans <SBALoans@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Start a business with a goverment loan
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A870E8.65768D1B"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6214&e=mila@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'6214&e=mila@jammtomm.com
  URI:http://ogy.cc/cimonsks/SBA-Ad4_02.gif [...]

Content analysis details:   (7.8 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80        BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 28867 invoked from network); 20 Dec 2005 15:00:19 -0600
Received: from vm-181-94.vm-mail.com (206.82.181.94)
  by rcw19190020.com with SMTP; 20 Dec 2005 15:00:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-94.vm-mail.com with SMTP; 20 Dec 2005 15:00:07 -0600
X-ClientHost: 1091051080970641060971091091161111091090460099111109

```
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start a
business1.htm"
```

```
From ???@??? Wed Dec 21 12:45:12 2005
X-Persona: <Jon>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30841 invoked from network); 20 Dec 2005 15:00:23 -0600
Received: from vm-181-240.vm-mail.com (206.82.181.240)
  by itdidnotendright.com with SMTP; 20 Dec 2005 15:00:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-240.vm-mail.com with SMTP; 20 Dec 2005 15:00:10 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: *****SPAM***** Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Wed Dec 21 12:44:54 2005
X-Persona: <Jay>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30912 invoked from network); 20 Dec 2005 15:00:23 -0600
Received: from vm-181-253.vm-mail.com (206.82.181.253)
  by jaycelia.com with SMTP; 20 Dec 2005 15:00:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-253.vm-mail.com with SMTP; 20 Dec 2005 15:00:10 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: *****SPAM***** Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





 **EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please** _visit here_.

```
From ???@??? Wed Dec 21 12:42:23 2005
X-Persona: <Celia>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 32549 invoked from network); 20 Dec 2005 15:17:38 -0600
Received: from vm-182-45.vm-mail.com (206.82.182.45)
  by clrobin.com with SMTP; 20 Dec 2005 15:17:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-45.vm-mail.com with SMTP; 20 Dec 2005 15:17:24 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: *****SPAM***** Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





---

**EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Wed Dec 21 12:42:21 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 30822 invoked from network); 20 Dec 2005 14:59:41 -0600
Received: from vm-181-108.vm-mail.com (206.82.181.108)
  by itdidnotendright.com with SMTP; 20 Dec 2005 14:59:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-108.vm-mail.com with SMTP; 20 Dec 2005 14:59:30 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **EZ-Net Biz, P.O. Box 490, St. George, UT 84770**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Oct 27 12:33:26 2005
X-Persona: <hum>
Return-Path: <mailcenter331295@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 27432 invoked from network); 27 Oct 2005 10:26:04 -0600
Received: from vm-177-101.vm-mail.com (206.82.177.101)
   by gordonworks.com with SMTP; 27 Oct 2005 10:25:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-101.vm-mail.com with SMTP; 27 Oct 2005 11:25:46 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331295
From: SBA Loans <SBALoans@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331295@vm-rewards.com>
Subject: Let the government fund your dream
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---



EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:47:38 2006
X-Persona: <RCW>
Return-Path: <mailcenter333419@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 15585 invoked from network); 20 Dec 2005 15:36:52 -0600
Received: from vm-181-192.vm-mail.com (206.82.181.192)
  by anthonycentral.com with SMTP; 20 Dec 2005 15:36:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-192.vm-mail.com with SMTP; 20 Dec 2005 15:36:40 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333419
From: SBA Loans <SBALoans@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333419@vm-rewards.com>
Subject: Start a business with a goverment loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





EZ-Net Biz, P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Fri Mar 24 18:06:02 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340642@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21604 invoked from network); 24 Mar 2006 11:37:11 -0600
Received: from vm-180-30.vm-mail.com (206.82.180.30)
  by rcw19190020.com with SMTP; 24 Mar 2006 11:37:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-30.vm-mail.com with SMTP; 24 Mar 2006 11:36:46 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340642
From: SBA Real Estate Funding <SBA Real Estate Funding@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340642@vm-rewards.com>
Subject: Get your next home with no money down
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

Business Success Group 1071 East 100 South, Suite C3 St. George, UT 84770

If you can not see our footer image, please visit here.

From ???@??? Thu Oct 02 17:11:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <459109-18131>; Thu, 2 Oct 2003 19:56:36 -0400
Received: from vm158.vmadmin.com ([216.64.222.158]) by ams.ftl.affinity.com
with ESMTP id <332512-18130>; Thu, 2 Oct 2003 19:55:41 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm158.vmadmin.com with SMTP; 02 Oct 2003 18:55:36 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 151109
From: Scanners <MakeDigitalImages151109@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+151109@virtumundo.com>
Subject: A new scanner lets you make every photo digital.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct2.195541-0400_edt.332512-18130+2474@ams.ftl.affinity.com>
Date:Thu, 2 Oct 2003 19:55:41 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Aug 20 23:56:40 2006
X-Persona: <2nd User>
Return-Path: <mailcenter359786@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 13 Aug 2006 16:05:30 -0600
From: Scholarship Giveaway <ScholarshipGiveaway@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Don't miss the August 31st scholarship drawing!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44DFA22A.8C98352E"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)5307&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)5307&e=tommy@jammtomm.com
  URI:http://ogy.cc/sharkybrown/emailer_11_index_01.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9058 invoked from network); 13 Aug 2006 16:05:27 -0600
Received: from static-vmg-187-151.vm-mail.com (HELO vm-187-151.vm-mail.com)
(206.82.187.151)
  by ewaterdragon.com with SMTP; 13 Aug 2006 16:05:26 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-151.vm-mail.com with SMTP; 13 Aug 2006 17:05:11 -0500
```

```
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 359786
From: Scholarship Giveaway <ScholarshipGiveaway@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+359786@vm-rewards.com>
Subject: Don't miss the August 31st scholarship drawing!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Don't miss
the A.htm"
```

```
From ???@??? Fri Dec 30 13:45:58 2005
Return-Path: <mailcenter333550@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 32616 invoked from network); 22 Dec 2005 04:16:11 -0600
Received: from vm-180-163.vm-mail.com (206.82.180.163)
  by jammtomm.com with SMTP; 22 Dec 2005 04:16:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-163.vm-mail.com with SMTP; 22 Dec 2005 04:15:57 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 333550
From: Scholarship Info <ScholarshipInfo@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333550@vm-rewards.com>
Subject: Find scholarships for college
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

This offer comes to you as a valued member of Virtumundo's permissioned network.



**Not everybody who wants to go to college feels they can afford to go. Does that sound like you?**

 Don't let a lack of funds keep you from getting the education you need-
**Find money for college.**



This is an advertisement. If you would like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.
To remove yourself from receiving any further messages from the Virtumundo Rewards program, go to http://www.virtumundo.com/change or visit here.
Please send any questions or concerns about the Virtumundo Rewards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:45:58 2005
Return-Path: <mailcenter333550@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31461 invoked from network); 22 Dec 2005 04:16:09 -0600
Received: from vm-180-163.vm-mail.com (206.82.180.163)
  by jammtomm.com with SMTP; 22 Dec 2005 04:16:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-163.vm-mail.com with SMTP; 22 Dec 2005 04:15:57 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333550
From: Scholarship Info <ScholarshipInfo@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333550@vm-rewards.com>
Subject: Find scholarships for college
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**This offer comes to you as a valued member of Virtumundo's permissioned network.**



**Not everybody who wants to go to college feels they can afford to go. Does that sound like you?**

Don't let a lack of funds keep you from getting the education you need-
**Find money for college.**





This is an advertisement. If you would like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rewards program, go to http://www.virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rewards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:45:58 2005
Return-Path: <mailcenter333550@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 32165 invoked from network); 22 Dec 2005 04:16:10 -0600
Received: from vm-180-163.vm-mail.com (206.82.180.163)
  by jammtomm.com with SMTP; 22 Dec 2005 04:16:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-163.vm-mail.com with SMTP; 22 Dec 2005 04:15:57 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460099111109
X-MailingID: 333550
From: Scholarship Info <ScholarshipInfo@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333550@vm-rewards.com>
Subject: Find scholarships for college
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

This offer comes to you as a valued member of Virtumundo's permissioned network.



**Not everybody who wants to go to college feels they can afford to go. Does that sound like you?**

Don't let a lack of funds keep you from getting the education you need-
**Find money for college.**



This is an advertisement. If you would like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rewards program, go to http://www.virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rewards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:37:53 2005
Return-Path: <mailcenter333497@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30862 invoked from network); 21 Dec 2005 15:31:02 -0600
Received: from vm-177-69.vm-mail.com (206.82.177.69)
  by chiefmusician.net with SMTP; 21 Dec 2005 15:30:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-69.vm-mail.com with SMTP; 21 Dec 2005 15:30:45 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991 11109
X-MailingID: 333497
From: Scholarship Info <ScholarshipInfo@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333497@vm-rewards.com>
Subject: Find scholarships for college
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

This offer comes to you as a valued member of Virtumundo's permissioned network.



**Not everybody who wants to go to college feels they can afford to go. Does that sound like you?**

Don't let a lack of funds keep you from getting the education you need-

**Find money for college.**





This is an advertisement. If you would like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.
To remove yourself from receiving any further messages from the Virtumundo Rewards program, go to http://www.virtumundo.com/change or visit here.
Please send any questions or concerns about the Virtumundo Rewards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:37:52 2005
Return-Path: <mailcenter333497@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 31648 invoked from network); 21 Dec 2005 15:31:03 -0600
Received: from vm-177-69.vm-mail.com (206.82.177.69)
  by chiefmusician.net with SMTP; 21 Dec 2005 15:31:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-69.vm-mail.com with SMTP; 21 Dec 2005 15:30:45 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111
09
X-MailingID: 333497
From: Scholarship Info <ScholarshipInfo@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333497@vm-rewards.com>
Subject: Find scholarships for college
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_60_70,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

This offer comes to you as a valued member of Virtumundo's permissioned network.



**Not everybody who wants to go to college feels they can afford to go. Does that sound like you?**

Don't let a lack of funds keep you from getting the education you need-
**Find money for college.**





This is an advertisement. If you would like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.
        To remove yourself from receiving any further messages from the Virtumundo Rewards program, go to http://www.virtumundo.com/change or visit here.
        Please send any questions or concerns about the Virtumundo Rewards program to:

        Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

        The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
        If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:48:12 2006
X-Persona: <RCW>
Return-Path: <mailcenter333497@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9123 invoked from network); 21 Dec 2005 15:55:27 -0600
Received: from vm-182-235.vm-mail.com (206.82.182.235)
   by gnwalpha.org with SMTP; 21 Dec 2005 15:55:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-235.vm-mail.com with SMTP; 21 Dec 2005 15:55:15 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333497
From: Scholarship Info <ScholarshipInfo@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333497@vm-rewards.com>
Subject: Find scholarships for college
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

This offer comes to you as a valued member of Virtumundo's permissioned
network.



**Not everybody who wants to go to college feels they can afford to go. Does that sound like you?**

 Don't let a lack of funds keep you from getting the education you need-
**Find money for college.**

This is an advertisement. If you would like to no longer receive any further email messages from this advertiser sent by Virtumundo, visit here.

To remove yourself from receiving any further messages from the Virtumundo Rewards program, go to http://www.virtumundo.com/change or visit here.

Please send any questions or concerns about the Virtumundo Rewards program to:

Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. Thank you.

The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Fri Sep 01 10:55:27 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362078@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 01 Sep 2006 04:49:12 -0600
From: ScholarshipGiveaway <ScholarshipGiveaway@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Don't miss the Sept. 15 scholarship deadline!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44F81028.3971D298"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)7435&e=tommy@jammtomm.com
  visiting this link
  URI:http://www.clixmerchant.com/impression.php?i38&c &p)1
  URI:http://redirect.virtumundo.com/ct?i)7435&e=tommy@jammtomm.com
  URI:http://ogy.cc/emailer_11_index_01.gif [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.6 HTML_WEB_BUGS          BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 8162 invoked from network); 1 Sep 2006 04:49:11 -0600
Received: from static-vmg-180-15.vm-mail.com (HELO vm-180-15.vm-mail.com)

```
(206.82.180.15)
  by gordonworks.com with SMTP; 1 Sep 2006 04:49:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-15.vm-mail.com with SMTP; 01 Sep 2006 05:49:05 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 362078
From: ScholarshipGiveaway <ScholarshipGiveaway@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362078@vm-rewards.com>
Subject: Don't  miss the Sept. 15 scholarship deadline!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Don't
miss the .htm"
```

From ???@??? Sun Feb 26 09:19:00 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338750@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16261 invoked from network); 23 Feb 2006 23:02:27 -0600
Received: from vm-180-13.vm-mail.com (206.82.180.13)
  by chiefmusician.net with SMTP; 23 Feb 2006 23:02:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-13.vm-mail.com with SMTP; 22 Feb 2006 22:40:24 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338750
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338750@vm-rewards.com>
Subject: Cut your federal student loan payments by 51%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link





 **Scholastic Funding Group, 492-C Cedar Lane #330, Teaneck, NJ, 07666**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:56:26 2006
X-Persona: <Jay>
Return-Path: <mailcenter338750@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26565 invoked from network); 22 Feb 2006 22:50:50 -0600
Received: from vm-180-150.vm-mail.com (206.82.180.150)
  by clrobin.com with SMTP; 22 Feb 2006 22:50:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-150.vm-mail.com with SMTP; 22 Feb 2006 22:50:35 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338750
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338750@vm-rewards.com>
Subject: *****SPAM***** Cut your federal student loan payments by 51%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_BALANCE_A,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_TAG_BALANCE_A BODY: HTML has excess "a" close tags
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **Scholastic Funding Group, 492-C Cedar Lane #330, Teaneck, NJ, 07666**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:55:40 2006
X-Persona: <Jon>
Return-Path: <mailcenter338750@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 27362 invoked from network); 22 Feb 2006 22:50:51 -0600
Received: from vm-180-200.vm-mail.com (206.82.180.200)
  by jaykaysplace.com with SMTP; 22 Feb 2006 22:50:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-200.vm-mail.com with SMTP; 22 Feb 2006 22:50:37 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338750
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338750@vm-rewards.com>
Subject: *****SPAM***** Cut your federal student loan payments by 51%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_BALANCE_A,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_TAG_BALANCE_A BODY: HTML has excess "a" close tags
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **Scholastic Funding Group, 492-C Cedar Lane #330, Teaneck, NJ, 07666**

 **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:54:05 2006
X-Persona: <Celia>
Return-Path: <mailcenter338750@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 13728 invoked from network); 23 Feb 2006 01:49:03 -0600
Received: from vm-180-169.vm-mail.com (206.82.180.169)
  by gnwalpha.org with SMTP; 23 Feb 2006 01:49:03 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-169.vm-mail.com with SMTP; 23 Feb 2006 01:48:48 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338750
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338750@vm-rewards.com>
Subject: *****SPAM***** Cut your federal student loan payments by 51%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_BALANCE_A,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_TAG_BALANCE_A BODY: HTML has excess "a" close tags
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





**Scholastic Funding Group, 492-C Cedar Lane #330, Teaneck, NJ, 07666**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Feb 23 10:26:03 2006
X-Persona: <RCW>
Return-Path: <mailcenter338750@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 13502 invoked from network); 23 Feb 2006 03:09:57 -0600
Received: from vm-180-33.vm-mail.com (206.82.180.33)
  by anthonycentral.com with SMTP; 23 Feb 2006 03:09:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-33.vm-mail.com with SMTP; 23 Feb 2006 03:09:43 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 338750
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338750@vm-rewards.com>
Subject: Cut your federal student loan payments by 51%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





 **Scholastic Funding Group, 492-C Cedar Lane #330, Teaneck, NJ, 07666**

   **If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:16:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter336872@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Wed, 01 Feb 2006 11:21:07 -0600
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Cut your federal student loan payments by 51%
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
     DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
     version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E0EE03.EAE308F0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?eds_059&e=mila@jammtomm.com
   visiting this link URI:http://ogy.cc/appreujas_files/spacer.gif
   URI:http://ogy.cc/appreujas_files/spacer.gif [...]

Content analysis details:   (7.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 14080 invoked from network); 1 Feb 2006 11:21:05 -0600
Received: from vm-180-195.vm-mail.com (206.82.180.195)
  by omniinnovations.com with SMTP; 1 Feb 2006 11:21:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-195.vm-mail.com with SMTP; 01 Feb 2006 11:20:40 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336872

From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336872@vm-rewards.com>
Subject: Cut your federal student loan payments by 51%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cut your
federal2.htm"

From ???@??? Tue Feb 28 17:32:14 2006
X-Persona: <Mila>
Return-Path: <mailcenter338750@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 22 Feb 2006 22:50:34 -0600
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Cut your federal student loan payments by 51%
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_BALANCE_A,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43FD3F1A.1EE13DD2"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9027&e=mila@jammtomm.com
  visiting this link URI:images/spacer.gif URI:images/spacer.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_TAG_BALANCE_A     BODY: HTML has excess "a" close tags
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 18755 invoked from network); 22 Feb 2006 22:50:31 -0600
Received: from vm-180-224.vm-mail.com (206.82.180.224)
  by celiajay.com with SMTP; 22 Feb 2006 22:50:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-224.vm-mail.com with SMTP; 22 Feb 2006 22:50:17 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338750
From: Scholastic Funding Group <ScholasticFundingGroup@vm-mail.com>

```
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338750@vm-rewards.com>
Subject: Cut your federal student loan payments by 51%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Cut your
federal.htm"
```

```
From ???@??? Fri May 12 22:35:36 2006
X-Persona: <Mila>
Return-Path: <mailcenter347850@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 09 May 2006 10:38:47 -0600
From: School Advisor <SchoolAdvisor@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Boost your career today
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.8 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4460C597.C89DD61C"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(5609&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(5609&e=mila@jammtomm.com
  URI:http://ogy.cc/arpegee/index_01.gif [...]

Content analysis details:   (10.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9998]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.1 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 23809 invoked from network); 9 May 2006 10:38:43 -0600
Received: from vm-181-251.vm-mail.com (206.82.181.251)
```

```
   by itdidnotendright.com with SMTP; 9 May 2006 10:38:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-251.vm-mail.com with SMTP; 09 May 2006 11:38:37 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347850
From: School Advisor <SchoolAdvisor@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347850@vm-rewards.com>
Subject: Boost your career today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Boost your
caree.htm"
```

```
From ???@??? Wed May 26 14:59:39 2004
Return-Path: <mailcenter308675@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 23770 invoked by uid 10003); 26 May 2004 20:50:31 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 23766 invoked from network); 26 May 2004 20:50:31 -0000
Received: from unknown (HELO vm123.vmadmin.com) (216.64.222.123)
  by ns48.webmasters.com with SMTP; 26 May 2004 20:50:31 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm123.vmadmin.com with SMTP; 26 May 2004 15:50:27 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 308675
From: Search Loans <SearchLoansToday@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Search Loans <SearchLoansToday308675@replies.virtumundo.com>
Subject: Compare lenders for a terrific rate today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**To unsubscribe from SearchLoansUSA.com, please <u>visit us here</u>, or send your name and email address to: SearchLoansUSA.com, 21143 Hawthorne Blvd. #187, Torrance, CA 90503**

---



SearchLoansUSA.com, 21143 Hawthorne Blvd. #187, Torrance, CA 90503

```
From ???@??? Wed Apr 12 10:44:09 2006
Return-Path: <mailcenter343320@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14624 invoked from network); 12 Apr 2006 10:48:35 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 12 Apr 2006 10:48:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 12 Apr 2006 11:48:18 -0500
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 343320
From: Second Chance Checking  <SecondChanceChecking@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343320@vm-rewards.com>
Subject: *****SPAM***** Get a new bank account today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5038]
        * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

**Images not loading? View this offer by visiting this link**



---



 **Icon Advantage Resources 6101 SOUTHWEST FREEWAY 3112 Houston, TX 77057**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Apr 24 08:41:21 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345324@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 22336 invoked from network); 24 Apr 2006 08:49:04 -0600
Received: from vm-181-189.vm-mail.com (206.82.181.189)
  by anthonycentral.com with SMTP; 24 Apr 2006 08:49:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-189.vm-mail.com with SMTP; 24 Apr 2006 09:48:54 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 345324
From: Second Chance Checking <SecondChanceChecking@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345324@vm-rewards.com>
Subject: Get a new bank account today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.1 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link



---

Icon Advantage Resources 6101 SOUTHWEST FREEWAY 3112 Houston, TX 77057


If you can not see our footer image, please visit here.

```
From ???@??? Mon Apr 24 08:41:35 2006
X-Persona: <Celia>
Return-Path: <mailcenter345324@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1155 invoked from network); 24 Apr 2006 09:28:40 -0600
Received: from vm-180-33.vm-mail.com (206.82.180.33)
  by chiefmusician.net with SMTP; 24 Apr 2006 09:28:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-33.vm-mail.com with SMTP; 24 Apr 2006 10:28:32 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 345324
From: Second Chance Checking <SecondChanceChecking@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345324@vm-rewards.com>
Subject: Get a new bank account today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Icon Advantage Resources 6101 SOUTHWEST FREEWAY 3112 Houston, TX 77057

If you can not see our footer image, please visit here.

From ???@??? Wed Oct 29 06:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225732-2351>; Wed, 29 Oct 2003 03:12:00 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <226148-2354>; Wed, 29 Oct 2003 03:11:17 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 29 Oct 2003 02:10:11 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 180165
From: Second Mortgage <GetASecondMortgage180165@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgage <GetASecondMortgage180165@vmlocal.com>
Subject: Don't just talk the talk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.031117-0500_est.226148-2354+9626@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 03:11:16 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Wed Oct 29 02:09:42 CST 2003

```
From ???@??? Wed Oct 29 06:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222092-2358>; Wed, 29 Oct 2003 03:11:59 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com
with ESMTP id <226149-2354>; Wed, 29 Oct 2003 03:11:17 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-33.vmlocal.com with SMTP; 29 Oct 2003 02:10:11 -0600
X-ClientHost: 1060971210641031111141001111011911111410711504609911109
X-MailingID: 180165
From: Second Mortgage <GetASecondMortgage180165@vmlocal.com>
To:    Jay  <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgage <GetASecondMortgage180165@vmlocal.com>
Subject: Don't just talk the talk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.031117-0500_est.226149-2354+9627@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 03:11:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 02:09:42 CST 2003

From ???@??? Sat Feb 07 18:08:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <467708-10777>; Sat, 7 Feb
2004 19:31:59 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <467807-10773>; Sat, 7 Feb 2004 19:31:11
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 07 Feb 2004 18:31:05 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 362017
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362017@replies.adknow-net.com
Subject: Don't just talk the talk; walk the walk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.193111-0500_est.467807-10773+63105@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 19:31:10 -0500



        What could you do with a second mortgage. Home repair and remodeling?
Vacations to exotic destinations? Find out what a second mortgage can help you
                                    do.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Feb 07 18:08:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <467548-10773>; Sat, 7 Feb 2004 19:31:59 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <467796-10774>; Sat, 7 Feb 2004 19:31:10
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 07 Feb 2004 18:31:05 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 362017
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362017@replies.adknow-net.com
Subject: Don't just talk the talk; walk the walk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.193110-0500_est.467796-10774+63425@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 19:31:09 -0500
```



What could you do with a second mortgage. Home repair and remodeling?
Vacations to exotic destinations? Find out what a second mortgage can help you
do.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Feb 07 10:41:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215172-23888>; Sat, 7 Feb 2004 13:21:46 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <225996-23885>; Sat, 7 Feb 2004 13:21:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-37.adknow-net.com with SMTP; 07 Feb 2004 12:21:08 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 362655
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362655@replies.adknow-net.com
Subject: Make your dreams a reality with a second mortgage quote.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.132116-0500_est.225996-23885+53543@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 13:21:15 -0500
```



What could you do with a second mortgage. Home repair and remodeling?
Vacations to exotic destinations? Find out what a second mortgage can help you
do.

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Feb 04 12:43:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2427286-25489>; Wed, 4 Feb 2004 15:22:51 -0500
Received: from vm208-43.adknow-net.com ([216.21.208.43]) by
ams.ftl.affinity.com with ESMTP id <2427511-25480>; Wed, 4 Feb 2004 15:21:12
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-43.adknow-net.com with SMTP; 04 Feb 2004 14:21:00 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 357892
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357892@replies.adknow-net.com
Subject: Make talk a reality with a second mortgage quote.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.152112-0500_est.2427511-25480+95298@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 15:21:11 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 31 10:04:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214126-3168>; Sat, 31 Jan 2004 12:03:43 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <227712-3165>; Sat, 31 Jan 2004 12:02:19
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 31 Jan 2004 10:56:16 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 355387
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355387@replies.adknow-net.com
Subject: Don't just talk the talk; walk the walk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.120219-0500_est.227712-3165+113824@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 12:02:19 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 22:53:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214282-3221>; Tue, 27 Jan 2004 23:36:19 -0500
Received: from vm208-60.adknow-net.com ([216.21.208.60]) by
ams.ftl.affinity.com with ESMTP id <242831-3224>; Tue, 27 Jan 2004 23:35:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-60.adknow-net.com with SMTP; 27 Jan 2004 22:35:41 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111 09
X-MailingID: 351655
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:   Faye  <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351655@replies.adknow-net.com
Subject: Don't just talk the talk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.233543-0500_est.242831-3224+2577@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 23:35:42 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Jan 27 08:34:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <263554-27789>; Tue, 27 Jan
2004 11:16:47 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <265294-27791>; Tue, 27 Jan 2004 11:15:29
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-77.adknow-net.com with SMTP; 27 Jan 2004 10:15:25 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 352018
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352018@replies.adknow-net.com
Subject: Make talk a reality with a second mortgage quote.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.111529-0500_est.265294-27791+32122@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 11:15:29 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 13:31:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236970-17951>; Mon, 26 Jan 2004 15:32:07 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <235525-17957>; Mon, 26 Jan 2004 15:30:57
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 26 Jan 2004 14:30:53 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 350776
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350776@replies.adknow-net.com
Subject: Don't just talk the talk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.153057-0500_est.235525-17957+81870@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 15:30:55 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 25 12:01:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <326821-18825>; Sun, 25 Jan 2004 13:08:15 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <324821-6847>; Sun, 25 Jan 2004 13:07:10
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-13.adknow-net.com with SMTP; 25 Jan 2004 12:07:05 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 350246
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350246@replies.adknow-net.com
Subject: Make your dreams a reality.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.130710-0500_est.324821-6847+15452@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 13:07:10 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 19 18:14:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329137-23444>; Mon, 19 Jan 2004 20:22:03 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <331212-23446>; Mon, 19 Jan 2004 20:20:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-37.adknow-net.com with SMTP; 19 Jan 2004 19:20:43 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460099111109
X-MailingID: 344924
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jay  <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344924@replies.adknow-net.com
Subject: Make talk a reality with a second mortgage quote.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.202050-0500_est.331212-23446+21660@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 20:20:49 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 19 15:13:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <319388-8829>; Mon, 19 Jan
2004 16:41:15 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <327056-8821>; Mon, 19 Jan 2004 16:39:45
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-10.adknow-net.com with SMTP; 19 Jan 2004 15:39:39 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 344691
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344691@replies.adknow-net.com
Subject: Don't just talk the talk; walk the walk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.163945-0500_est.327056-8821+37137@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 16:39:45 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 19 15:13:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <325253-8828>; Mon, 19 Jan 2004 16:41:13 -0500
Received: from vm208-10.adknow-net.com ([216.21.208.10]) by
ams.ftl.affinity.com with ESMTP id <327002-8821>; Mon, 19 Jan 2004 16:39:44
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-10.adknow-net.com with SMTP; 19 Jan 2004 15:39:39 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 344691
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344691@replies.adknow-net.com
Subject: Don't just talk the talk; walk the walk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.163944-0500_est.327002-8821+37135@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 16:39:44 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 16:49:29 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2300449-19844>; Thu, 12 Feb 2004 19:02:31 -0500
Received: from vm208-44.adknow-net.com ([216.21.208.44]) by
ams.ftl.affinity.com with ESMTP id <2303965-19831>; Thu, 12 Feb 2004 19:01:18
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-44.adknow-net.com with SMTP; 12 Feb 2004 18:01:14 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 369313
From: Second Mortgage <GetASecondMortgage@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369313@replies.adknow-net.com
Subject: Don't just talk the talk; walk the walk.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.190118-0500_est.2303965-19831+13969@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 19:01:17 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Sep 21 11:56:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2307304-9131>; Sun, 21 Sep 2003 12:55:07 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <4393132-9131>; Sun, 21 Sep 2003 12:54:35 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 21 Sep 2003 11:54:30 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 140377
From: Second Mortgages <GetASecondMortgage140377@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage140377@vmlocal.com>
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.125435-0400_edt.4393132-9131+3201@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 12:54:34 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 07 08:45:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <366589-842>; Tue, 7 Oct 2003 10:20:01 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <368037-845>; Tue, 7 Oct 2003 10:19:07 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-48.vmlocal.com with SMTP; 07 Oct 2003 09:19:04 -0500
X-ClientHost: 10609710910111506410311111410011111019111111410711504609911109
X-MailingID: 155138
From: Second Mortgages <GetASecondMortgage155138@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage155138@vmlocal.com>
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.101907-0400_edt.368037-845+19420@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 10:19:06 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 08 17:25:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213295-5281>; Wed, 8 Oct 2003 19:08:25 -0400
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <212926-5262>; Wed, 8 Oct 2003 19:03:27 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 08 Oct 2003 18:03:13 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 156211
From: Second Mortgages <GetASecondMortgage156211@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156211@replies.vmlocal.com>
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.190327-0400_edt.212926-5262+678@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 19:03:26 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Oct 11 11:14:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <263870-3492>; Sat, 11 Oct
2003 11:11:58 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <266312-3492>; Sat, 11 Oct 2003 11:10:03 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-58.vmlocal.com with SMTP; 11 Oct 2003 10:09:59 -0500
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 159694
From: Second Mortgages <GetASecondMortgage159694@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+159694@replies.vmlocal.com>
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.111003-0400_edt.266312-3492+53117@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 11:10:02 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 13 19:37:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <271431-14266>; Mon, 13 Oct 2003 18:43:10 -0400
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <276437-14310>; Mon, 13 Oct 2003 14:56:44 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-60.vmlocal.com with SMTP; 13 Oct 2003 13:56:38 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 161783
From: Second Mortgages <GetASecondMortgage161783@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161783@replies.vmlocal.com>
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.145644-0400_edt.276437-14310+8144@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 14:56:43 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 17 21:02:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221611-7934>; Fri, 17 Oct 2003 22:08:34 -0400
Received: from vl208-72.vmlocal.com ([216.21.208.72]) by ams.ftl.affinity.com
with ESMTP id <216464-32014>; Fri, 17 Oct 2003 20:24:16 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-72.vmlocal.com with SMTP; 17 Oct 2003 19:24:14 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 166707
From: Second Mortgages <GetASecondMortgage166707@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+166707@replies.vmlocal.com>
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.202416-0400_edt.216464-32014+171@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 20:24:16 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 21:02:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222374-21263>; Fri, 17 Oct 2003 21:22:44 -0400
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <4393774-21274>; Fri, 17 Oct 2003 16:43:36 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 17 Oct 2003 15:42:32 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 166712
From: Second Mortgages <GetASecondMortgage166712@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage166712@vmlocal.com>
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.164336-0400_edt.4393774-21274+3925@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 16:43:35 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 17 20:59:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221983-21264>; Fri, 17 Oct 2003 21:22:42 -0400
Received: from vl208-75.vmlocal.com ([216.21.208.75]) by ams.ftl.affinity.com
with ESMTP id <265661-21265>; Fri, 17 Oct 2003 13:44:06 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-75.vmlocal.com with SMTP; 17 Oct 2003 12:42:34 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 166716
From: Second Mortgages <GetASecondMortgage166716@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+166716@replies.vmlocal.com>
Subject: There's no better time to get a second mortgage!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.134406-0400_edt.265661-21265+2741@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 13:44:05 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 12:07:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <387612-13904>; Tue, 21 Oct
2003 13:59:15 -0400
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <388000-13903>; Tue, 21 Oct 2003 13:56:45 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-16.vmlocal.com with SMTP; 21 Oct 2003 12:27:08 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991 11109
X-MailingID: 170802
From: Second Mortgages <GetASecondMortgage170802@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage170802@vmlocal.com>
Subject: There's no better time to get a second mortgage!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.135645-0400_edt.388000-13903+2115@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 13:56:44 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 21:11:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219574-1066>; Mon, 27 Oct 2003 22:22:45 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <219654-1072>; Mon, 27 Oct 2003 22:22:01 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-45.vmlocal.com with SMTP; 27 Oct 2003 21:21:58 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 178245
From: Second Mortgages <GetASecondMortgage178245@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage178245@vmlocal.com>
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.222201-0500_est.219654-1072+14991@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 22:22:01 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

From ???@??? Mon Oct 27 14:40:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1250862-23171>; Mon, 27 Oct 2003 13:43:44 -0500
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com
with ESMTP id <2296370-23171>; Mon, 27 Oct 2003 13:42:16 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 27 Oct 2003 12:42:04 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 178251
From: Second Mortgages <GetASecondMortgage178251@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage178251@vmlocal.com>
Subject: Do more with a second mortgage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.134216-0500_est.2296370-23171+14424@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 13:42:06 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 14:40:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214266-29377>; Mon, 27 Oct 2003 13:43:57 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <213345-29377>; Mon, 27 Oct 2003 13:43:09 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 27 Oct 2003 12:42:04 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 178251
From: Second Mortgages <GetASecondMortgage178251@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage178251@vmlocal.com>
Subject: Do more with a second mortgage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.134309-0500_est.213345-29377+9143@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 13:43:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 30 15:45:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <232234-9013>; Thu, 30 Oct 2003 14:45:30 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <229808-9012>; Thu, 30 Oct 2003 14:43:59 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-26.vmlocal.com with SMTP; 30 Oct 2003 13:43:57 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 182513
From: Second Mortgages <GetASecondMortgage182513@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage182513@vmlocal.com>
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.144359-0500_est.229808-9012+24707@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 14:43:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 13:40:02 CST 2003

From ???@??? Sat Nov 01 18:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <341634-28258>; Sat, 1 Nov
2003 20:11:05 -0500
Received: from vl208-51.vmlocal.com ([216.21.208.51]) by ams.ftl.affinity.com
with ESMTP id <343049-32383>; Sat, 1 Nov 2003 20:10:35 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-51.vmlocal.com with SMTP; 01 Nov 2003 19:10:32 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 185189
From: Second Mortgages <GetASecondMortgage185189@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage185189@vmlocal.com>
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.201035-0500_est.343049-32383+19462@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 20:10:35 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 21:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228649-15301>; Tue, 11 Nov 2003 23:11:42 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <228996-15293>; Tue, 11 Nov 2003 23:11:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 11 Nov 2003 22:11:07 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 195631
From: Second Mortgages <GetASecondMortgage195631@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage195631@vmlocal.com>
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.231115-0500_est.228996-15293+37641@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 23:11:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 12:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225225-29016>; Tue, 11 Nov 2003 15:04:29 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <225445-29016>; Tue, 11 Nov 2003 15:04:06 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 11 Nov 2003 14:04:00 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 195635
From: Second Mortgages <GetASecondMortgage195635@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage195635@vmlocal.com>
Subject: Get a second mortgage now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.150406-0500_est.225445-29016+27160@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 15:04:05 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 11 18:40:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3680777-7903>; Wed, 11 Feb 2004 21:32:37 -0500
Received: from vm208-16.adknow-net.com ([216.21.208.16]) by
ams.ftl.affinity.com with ESMTP id <3680739-7904>; Wed, 11 Feb 2004 21:31:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-16.adknow-net.com with SMTP; 11 Feb 2004 20:31:40 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 368485
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368485@replies.adknow-net.com
Subject: Do more with a second mortgage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.213143-0500_est.3680739-7904+1625@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 21:31:42 -0500
```



A second mortgage can help you do all kinds of things. Whether you're wanting
to remodel, or just relax, find out if a second mortgage is the answer you've
been looking for.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Feb 07 10:41:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <235427-23896>; Sat, 7 Feb
2004 11:16:33 -0500
Received: from vm208-19.adknow-net.com ([216.21.208.19]) by
ams.ftl.affinity.com with ESMTP id <235681-23897>; Sat, 7 Feb 2004 11:16:04
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-19.adknow-net.com with SMTP; 07 Feb 2004 10:15:58 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 362303
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362303@replies.adknow-net.com
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.111604-0500_est.235681-23897+52017@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 11:16:04 -0500
```



A second mortgage can help you do all kinds of things. Whether you're wanting to remodel, or just relax, find out if a second mortgage is the answer you've been looking for.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Feb 04 19:35:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <270833-10774>; Wed, 4 Feb 2004 22:12:26 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <271917-10775>; Wed, 4 Feb 2004 22:11:04
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-29.adknow-net.com with SMTP; 04 Feb 2004 21:10:57 -0600
X-ClientHost: 106097121064103111141100111110119111114107115046099111109
X-MailingID: 358369
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return358369@replies.adknow-net.com
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.221104-0500_est.271917-10775+14339@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 22:11:03 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 17:09:20 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <730757-23260>; Wed, 4 Feb 2004 20:02:46 -0500
Received: from vm208-27.adknow-net.com ([216.21.208.27]) by
ams.ftl.affinity.com with ESMTP id <730653-14933>; Wed, 4 Feb 2004 20:01:29
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-27.adknow-net.com with SMTP; 04 Feb 2004 19:01:22 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 357918
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357918@replies.adknow-net.com
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.200129-0500_est.730653-14933+10782@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 20:01:29 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 02 22:06:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372236-25475>; Mon, 2 Feb 2004 23:37:46 -0500
Received: from vm208-19.adknow-net.com ([216.21.208.19]) by
ams.ftl.affinity.com with ESMTP id <2386536-25490>; Mon, 2 Feb 2004 23:36:34
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-19.adknow-net.com with SMTP; 02 Feb 2004 22:36:15 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 356814
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356814@replies.adknow-net.com
Subject: There's no better time to get a second mortgage!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.233634-0500_est.2386536-25490+60775@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 23:36:31 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 17:15:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3620822-1098>; Sun, 1 Feb 2004 19:02:05 -0500
Received: from vm208-65.adknow-net.com ([216.21.208.65]) by
ams.ftl.affinity.com with ESMTP id <3676701-1101>; Sun, 1 Feb 2004 19:01:11
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-65.adknow-net.com with SMTP; 01 Feb 2004 18:01:08 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 355884
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    Faye  <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355884@replies.adknow-net.com
Subject: Get a second mortgage now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.190111-0500_est.3676701-1101+89601@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 19:01:11 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 21:35:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <339692-7461>; Mon, 26 Jan
2004 23:12:11 -0500
Received: from vm208-28.adknow-net.com ([216.21.208.28]) by
ams.ftl.affinity.com with ESMTP id <339554-7466>; Mon, 26 Jan 2004 23:11:32
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-28.adknow-net.com with SMTP; 26 Jan 2004 22:11:25 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 351271
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351271@replies.adknow-net.com
Subject: Get a second mortgage now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.231132-0500_est.339554-7466+5396@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 23:11:32 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 21:35:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339636-7458>; Mon, 26 Jan 2004 23:12:10 -0500
Received: from vm208-28.adknow-net.com ([216.21.208.28]) by
ams.ftl.affinity.com with ESMTP id <339835-7465>; Mon, 26 Jan 2004 23:11:32
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-28.adknow-net.com with SMTP; 26 Jan 2004 22:11:25 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 351271
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351271@replies.adknow-net.com
Subject: Get a second mortgage now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.231132-0500_est.339835-7465+5182@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 23:11:31 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 11:11:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2374181-15189>; Mon, 26 Jan 2004 11:12:27 -0500
Received: from vm208-75.adknow-net.com ([216.21.208.75]) by
ams.ftl.affinity.com with ESMTP id <2392712-15188>; Mon, 26 Jan 2004 11:11:12
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-75.adknow-net.com with SMTP; 26 Jan 2004 10:11:05 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 350588
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350588@replies.adknow-net.com
Subject: Do more with a second mortgage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.111112-0500_est.2392712-15188+74577@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 11:11:11 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Jan 25 21:35:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <262844-17952>; Sun, 25 Jan 2004 20:59:27 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <262504-17956>; Sun, 25 Jan 2004 20:58:39
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 25 Jan 2004 19:58:29 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 349925
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349925@replies.adknow-net.com
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.205839-0500_est.262504-17956+68180@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 20:58:38 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 19:14:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <328221-29301>; Sat, 24 Jan 2004 19:42:16 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <329595-29296>; Sat, 24 Jan 2004 19:40:51
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-63.adknow-net.com with SMTP; 24 Jan 2004 18:40:47 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 349159
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349159@replies.adknow-net.com
Subject: There's no better time to get a second mortgage!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.194051-0500_est.329595-29296+29076@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 19:40:51 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 16 18:44:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218874-29203>; Fri, 16 Jan 2004 20:13:38 -0500
Received: from vm208-46.adknow-net.com ([216.21.208.46]) by
ams.ftl.affinity.com with ESMTP id <219095-29201>; Fri, 16 Jan 2004 20:12:36
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-46.adknow-net.com with SMTP; 16 Jan 2004 19:12:36 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 342856
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342856@replies.adknow-net.com
Subject: Get a second mortgage now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.201236-0500_est.219095-29201+29220@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 20:12:36 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 10:13:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <556390-30626>; Thu, 12 Feb 2004 12:42:55 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <555759-30635>; Thu, 12 Feb 2004 12:41:30
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-59.adknow-net.com with SMTP; 12 Feb 2004 11:41:22 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 369604
From: Second Mortgages <GetASecondMortgage@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369604@replies.adknow-net.com
Subject: Do more with a second mortgage.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.124130-0500_est.555759-30635+4844@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 12:41:30 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 19:54:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372853-30046>; Sun, 21 Dec 2003 20:05:24 -0500
Received: from vm209-208.vmlocal.com by
ams.ftl.affinity.com with ESMTP id <2373218-30043>; Sun, 21 Dec 2003 20:04:18
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 21 Dec 2003 19:04:13 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 223849
From: Second Mortgages <GetASecondMortgage@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage223849@vmlocal.com>
Subject: Get a second mortgage now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.200418-0500_est.2373218-30043+5676@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 20:04:18 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 11:20:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215019-24613>; Sat, 13 Dec 2003 13:08:01 -0500
Received: from vm209-238.vmlocal.com ([216.21.209.238]) by
ams.ftl.affinity.com with ESMTP id <217224-24612>; Sat, 13 Dec 2003 13:06:57
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-238.vmlocal.com with SMTP; 13 Dec 2003 12:06:53 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 217884
From: Second Mortgages <GetASecondMortgage@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage217884@vmlocal.com>
Subject: Second mortgages can help you do so much.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.130657-0500_est.217224-24612+33096@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 13:06:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 04 22:21:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218610-16024>; Thu, 4 Dec 2003 21:58:18 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <214271-16027>; Thu, 4 Dec 2003 21:56:33 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-30.vmlocal.com with SMTP; 04 Dec 2003 20:56:23 -0600
X-ClientHost: 1020971211010641031111411001111011911111410711504609911109
X-MailingID: 211364
From: Second Mortgages <GetASecondMortgage@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage211364@vmlocal.com>
Subject: Get a second mortgage now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.215633-0500_est.214271-16027+75212@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 21:56:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 12:30:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269255-12465>; Mon, 29 Dec 2003 14:11:06 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <242893-12459>; Mon, 29 Dec 2003 14:10:18
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-195.vmlocal.com with SMTP; 29 Dec 2003 13:10:16 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 230884
From: Second Mortgages <GetASecondMortgage@vmlocal.com>
To:    Faye  <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Second Mortgages <GetASecondMortgage230884@vmlocal.com>
Subject: A Second Mortgage Can Help You Do So Much!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.141018-0500_est.242893-12459+89749@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 14:10:18 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 28 11:47:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219779-3162>; Wed, 28 Jan 2004 14:23:47 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <219349-3170>; Wed, 28 Jan 2004 14:22:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-29.adknow-net.com with SMTP; 28 Jan 2004 13:21:54 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 352225
From: See For Yourself <SeeItForYourself@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352225@replies.adknow-net.com
Subject: See it on TV. Then see it for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.142227-0500_est.219349-3170+6813@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 14:22:27 -0500





**If you would like to refer a friend information regarding this program,**

go [here](). **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to [http://www.virtumundo.com/change/]() or go [here](). Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 28 11:47:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219393-3164>; Wed, 28 Jan 2004 14:23:47 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <218843-3165>; Wed, 28 Jan 2004 14:22:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-29.adknow-net.com with SMTP; 28 Jan 2004 13:21:54 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 352225
From: See For Yourself <SeeItForYourself@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352225@replies.adknow-net.com
Subject: See it on TV. Then see it for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.142227-0500_est.218843-3165+6871@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 14:22:25 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 28 11:47:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218413-3162>; Wed, 28 Jan 2004 14:23:04 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <220076-3163>; Wed, 28 Jan 2004 14:22:24
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-29.adknow-net.com with SMTP; 28 Jan 2004 13:21:54 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 352225
From: See For Yourself <SeeItForYourself@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352225@replies.adknow-net.com
Subject: See it on TV. Then see it for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.142224-0500_est.220076-3163+6587@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 14:22:23 -0500





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Jan 27 17:30:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214046-24068>; Tue, 27 Jan 2004 14:41:26 -0500
Received: from vm208-40.adknow-net.com ([216.21.208.40]) by
ams.ftl.affinity.com with ESMTP id <263014-24063>; Tue, 27 Jan 2004 14:40:55
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-40.adknow-net.com with SMTP; 27 Jan 2004 13:40:17 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 351421
From: See For Yourself <SeeItForYourself@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351421@replies.adknow-net.com
Subject: If you saw it on TV, find it here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.144055-0500_est.263014-24063+2111@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 14:40:54 -0500



 **If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 11:47:08 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219784-3164>; Wed, 28 Jan
2004 14:23:47 -0500
Received: from vm208-29.adknow-net.com ([216.21.208.29]) by
ams.ftl.affinity.com with ESMTP id <220074-3171>; Wed, 28 Jan 2004 14:22:30
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-29.adknow-net.com with SMTP; 28 Jan 2004 13:21:54 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 352225
From: See For Yourself <SeeItForYourself@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352225@replies.adknow-net.com
Subject: See it on TV. Then see it for yourself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.142230-0500_est.220074-3171+6729@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 14:22:29 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Aug 20 23:57:48 2006
X-Persona: <2nd User>
Return-Path: <mailcenter359850@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 14 Aug 2006 19:18:23 -0600
From: Sell My Timeshare <SellMyTimeshare@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sell or rent your timeshare for cash
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44E120DF.7B1C7705"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)5369&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)5369&e=tommy@jammtomm.com
  URI:http://ogy.cc/straglla04.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15520 invoked from network); 14 Aug 2006 19:18:22 -0600
Received: from static-vmg-187-248.vm-mail.com (HELO vm-187-248.vm-mail.com)
(206.82.187.248)
  by anthonycentral.com with SMTP; 14 Aug 2006 19:18:22 -0600
Received: from vm-mail.com (10.0.0.42) with SMTP; 14 Aug 2006 20:17:48 -0500

```
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 359850
From: Sell My Timeshare <SellMyTimeshare@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+359850@vm-rewards.com>
Subject: Sell or rent your timeshare for cash
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sell or
rent you.htm"
```

From ???@??? Sat Jan 31 14:24:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228864-10250>; Sat, 31 Jan 2004 14:31:35 -0500
Received: from vm208-18.adknow-net.com ([216.21.208.18]) by
ams.ftl.affinity.com with ESMTP id <229451-10239>; Sat, 31 Jan 2004 14:30:29
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-18.adknow-net.com with SMTP; 31 Jan 2004 13:28:43 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 355164
From: Sell Your Car Sooner <SellYourCarSooner@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355164@replies.adknow-net.com
Subject: Sell your car here, and it'll sell sooner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.143029-0500_est.229451-10239+50113@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 14:30:29 -0500





**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 31 14:24:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <228165-10240>; Sat, 31 Jan 2004 14:31:35 -0500
Received: from vm208-18.adknow-net.com ([216.21.208.18]) by
ams.ftl.affinity.com with ESMTP id <229437-10246>; Sat, 31 Jan 2004 14:30:27
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-18.adknow-net.com with SMTP; 31 Jan 2004 13:28:43 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 355164
From: Sell Your Car Sooner <SellYourCarSooner@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355164@replies.adknow-net.com
Subject: Sell your car here, and it'll sell sooner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.143027-0500_est.229437-10246+51284@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 14:30:27 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 31 14:24:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <229008-10250>; Sat, 31 Jan
2004 14:31:35 -0500
Received: from vm208-18.adknow-net.com ([216.21.208.18]) by
ams.ftl.affinity.com with ESMTP id <229439-10247>; Sat, 31 Jan 2004 14:30:31
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-18.adknow-net.com with SMTP; 31 Jan 2004 13:28:43 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 355164
From: Sell Your Car Sooner <SellYourCarSooner@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355164@replies.adknow-net.com
Subject: Sell your car here, and it'll sell sooner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.143031-0500_est.229439-10247+50647@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 14:30:31 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 13 14:45:55 2006
Return-Path: <mailcenter343340@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27778 invoked from network); 12 Apr 2006 14:36:21 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 12 Apr 2006 14:36:21 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 12 Apr 2006 15:36:16 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343340
From: Sell Your Property <SellYourProperty@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343340@vm-rewards.com>
Subject: *****SPAM***** We want to buy your property now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
      *      [score: 0.5052]
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link



---



**FastRealEstateSale.com 100 Springdale Rd. A3 #253 Cherry Hill, NJ 08003**



If you can not see our footer image, please visit here.