From ???@??? Mon Feb 09 21:44:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <722530-30410>; Mon, 9 Feb
2004 22:39:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <723013-30405>; Mon, 9 Feb 2004 22:38:45 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 09 Feb 2004 21:38:43 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241625
From: Zodiac <ZodiacCasinoOnline@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Zodiac <ZodiacCasinoOnline241625@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.223845-0500_est.723013-30405+14376@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 22:38:45 -0500





Dockets.Justia.com

**Beaufort House P.O. Box 438, Road Town, Tortola, BVI**

```
From ???@??? Tue Dec 02 18:10:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <242752-31311>; Tue, 2 Dec 2003 19:18:28 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <269045-25868>; Tue, 2 Dec 2003 18:14:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 02 Dec 2003 16:33:03 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 209899
From: Stocking Savers <GetYourStockingSavers@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Stocking Savers <GetYourStockingSavers209899@replies.virtumundo.com>
Subject: A cat, a hat, and your PC?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.181412-0500_est.269045-25868+16028@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 17:33:12 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at <ins>http://privacy.virtumundo.com/properties.html</ins>) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <ins>http://www.virtumundo.com/unsub</ins> or <ins>go here</ins>. To read Virtumundo's privacy policy, go to <ins>Privacy Policy</ins>. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 16:43:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213301-29197>; Fri, 16 Jan 2004 19:25:45 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <220646-29202>; Fri, 16 Jan 2004 19:24:50
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-50.adknow-net.com with SMTP; 16 Jan 2004 18:24:47 -0600
X-ClientHost: 10609710910111506410311111410011111011911111141071150460991111109
X-MailingID: 342664
From: Storage <StoreYourStuffNow@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342664@replies.adknow-net.com
Subject: Storage solutions for all your stuff
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.192450-0500_est.220646-29202+29148@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 19:24:50 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages**

from Virtumundo), go to **http://www.virtumundo.com/change/** or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Jan 27 17:34:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <360521-16247>; Tue, 27 Jan 2004 20:01:54 -0500
Received: from vm208-33.adknow-net.com ([216.21.208.33]) by
ams.ftl.affinity.com with ESMTP id <335726-16242>; Tue, 27 Jan 2004 20:00:53
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-33.adknow-net.com with SMTP; 27 Jan 2004 19:00:39 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 351477
From: Storage <StoreYourStuffNow@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351477@replies.adknow-net.com
Subject: Storage solutions for all your stuff
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.200053-0500_est.335726-16242+15676@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 20:00:46 -0500



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 21 19:54:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219554-6182>; Sun, 21 Dec 2003 20:17:18 -0500
Received: from vm209-238.vmlocal.com ([216.21.209.238]) by
ams.ftl.affinity.com with ESMTP id <224183-6190>; Sun, 21 Dec 2003 20:16:36
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-238.vmlocal.com with SMTP; 21 Dec 2003 19:16:35 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 223134
From: Storage <StoreYourStuffNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Storage <StoreYourStuffNow223134@vmlocal.com>
Subject: Organize your clutter
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.201636-0500_est.224183-6190+31983@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 20:16:35 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to <u>http://www.virtumundo.com/unsub</u> or <u>go
here</u>. To read Virtumundo's privacy policy, go to <u>Privacy Policy</u>. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 11 15:31:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213377-5045>; Thu, 11 Dec 2003 14:57:20 -0500
Received: from vm208-8.vm06com ([216.21.208.8]) by ams.ftl.affinity.com with
ESMTP id <214528-5057>; Thu, 11 Dec 2003 14:56:16 -0500
Received: from vmlocal.com (192.168.3.16)
   by vm208-8.vm06com with SMTP; 11 Dec 2003 13:56:07 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 216313
From: Storage <StoreYourStuffNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Storage <StoreYourStuffNow216313@vmlocal.com>
Subject: Organize your clutter
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.145616-0500_est.214528-5057+4136@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 14:56:15 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 27 13:43:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3561786-1097>; Thu, 27 Nov 2003 15:56:46 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <3562503-1093>; Thu, 27 Nov 2003 15:55:42 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-54.vmlocal.com with SMTP; 27 Nov 2003 14:55:42 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 206557
From: Storage <StoreYourStuffNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Storage <StoreYourStuffNow206557@vmlocal.com>
Subject: Get rid of clutter
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.155542-0500_est.3562503-1093+6676@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 15:55:42 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 29 16:50:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234354-6212>; Mon, 29 Dec 2003 19:19:10 -0500
Received: from vm209-210.vmlocal.com ([216.21.209.210]) by
ams.ftl.affinity.com with ESMTP id <235391-6213>; Mon, 29 Dec 2003 19:18:25
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-210.vmlocal.com with SMTP; 29 Dec 2003 18:18:19 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 230844
From: Storage <StoreYourStuffNow@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Storage <StoreYourStuffNow230844@vmlocal.com>
Subject: Get rid of clutter
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.191825-0500_est.235391-6213+2093@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 19:18:25 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 18 11:50:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221177-398>; Thu, 18 Dec 2003
13:01:32 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <222029-402>; Thu, 18 Dec 2003 13:00:40 -0500
Received: from vmadmin.com (192.168.3.11)
    by vm105.vmadmin.com with SMTP; 18 Dec 2003 12:00:37 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 221240
From: Streaming Video <StreamingVideoNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Streaming Video <StreamingVideoNow221240@replies.virtumundo.com>
Subject: Can't wait? Try streaming video.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.130040-0500_est.222029-402+20355@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 13:00:40 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 11:50:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220522-398>; Thu, 18 Dec 2003 13:01:32 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <222023-402>; Thu, 18 Dec 2003 13:00:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 18 Dec 2003 12:00:37 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 221240
From: Streaming Video <StreamingVideoNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Streaming Video <StreamingVideoNow221240@replies.virtumundo.com>
Subject: Can't wait? Try streaming video.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.130040-0500_est.222023-402+20353@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 13:00:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 11:50:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221141-398>; Thu, 18 Dec 2003 13:01:32 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <222047-402>; Thu, 18 Dec 2003 13:00:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 18 Dec 2003 12:00:37 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 221240
From: Streaming Video <StreamingVideoNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Streaming Video <StreamingVideoNow221240@replies.virtumundo.com>
Subject: Can't wait? Try streaming video.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.130040-0500_est.222047-402+20354@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 13:00:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 11:50:31 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220542-398>; Thu, 18 Dec 2003 13:01:32 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <221998-402>; Thu, 18 Dec 2003 13:00:40 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm105.vmadmin.com with SMTP; 18 Dec 2003 12:00:37 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 221240
From: Streaming Video <StreamingVideoNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Streaming Video <StreamingVideoNow221240@replies.virtumundo.com>
Subject: Can't wait? Try streaming video.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.130040-0500_est.221998-402+20352@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 13:00:39 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 22:02:14 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226659-22342>; Thu, 18 Dec 2003 22:23:29 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com
with ESMTP id <227283-22344>; Thu, 18 Dec 2003 22:22:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm110.vmadmin.com with SMTP; 18 Dec 2003 21:22:30 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 222008
From: Streaming Video <StreamingVideoNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Streaming Video <StreamingVideoNow222008@replies.virtumundo.com>
Subject: Why wait? Watch it with streaming video.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.222233-0500_est.227283-22344+6461@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 22:22:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 02 08:45:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215387-5214>; Sun, 2 Nov 2003 10:33:33 -0500
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com
with ESMTP id <216294-5217>; Sun, 2 Nov 2003 10:32:42 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 02 Nov 2003 09:32:40 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 186748
From: Strength Training <StrengthTraining186748@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Strength Training <StrengthTraining186748@vmlocal.com>
Subject: Want to start strength training?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.103242-0500_est.216294-5217+44810@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 10:32:42 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 10 21:59:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218619-29019>; Mon, 10 Nov 2003 22:40:23 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <218758-29010>; Mon, 10 Nov 2003 22:40:08 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-20.vmlocal.com with SMTP; 10 Nov 2003 21:40:04 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 195323
From: Strength Training <StrengthTraining195323@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Strength Training <StrengthTraining195323@vmlocal.com>
Subject: Start strength training now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.224008-0500_est.218758-29010+19617@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 22:40:07 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 11:47:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214338-24916>; Wed, 19 Nov 2003 13:50:04 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <217192-24920>; Wed, 19 Nov 2003 13:49:08 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 19 Nov 2003 12:49:05 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 201516
From: Strength Training <StrengthTraining201516@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Strength Training <StrengthTraining201516@vmlocal.com>
Subject: Start strength training now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.134908-0500_est.217192-24920+4145@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 13:49:07 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 17:15:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <322945-24933>; Sun, 1 Feb 2004 19:42:56 -0500
Received: from vm208-68.adknow-net.com ([216.21.208.68]) by
ams.ftl.affinity.com with ESMTP id <334816-5699>; Sun, 1 Feb 2004 19:41:19
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-68.adknow-net.com with SMTP; 01 Feb 2004 18:41:13 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 355563
From: Strength Training <StrengthTraining@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355563@replies.adknow-net.com
Subject: Want to start strength training?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.194119-0500_est.334816-5699+7640@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 19:41:19 -0500
```



Face the fact-complaining doesn't get you in shape. Strength training does.
Start now!

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 26 11:11:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <320171-2422>; Mon, 26 Jan 2004 11:16:54 -0500
Received: from vm208-17.adknow-net.com ([216.21.208.17]) by
ams.ftl.affinity.com with ESMTP id <319696-2417>; Mon, 26 Jan 2004 11:15:58
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-17.adknow-net.com with SMTP; 26 Jan 2004 10:15:50 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 350657
From: Strength Training <StrengthTraining@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350657@replies.adknow-net.com
Subject: Ready to start strength training?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.111558-0500_est.319696-2417+40513@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 11:15:57 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 19:14:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332194-15805>; Sat, 24 Jan 2004 19:31:54 -0500
Received: from vm208-46.adknow-net.com ([216.21.208.46]) by
ams.ftl.affinity.com with ESMTP id <333547-15796>; Sat, 24 Jan 2004 19:30:51
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-46.adknow-net.com with SMTP; 24 Jan 2004 18:30:42 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 348877
From: Strength Training <StrengthTraining@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348877@replies.adknow-net.com
Subject: Start strength training now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.193051-0500_est.333547-15796+32943@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 19:30:50 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 15 11:54:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <323624-20699>; Thu, 15 Jan 2004 12:10:55 -0500
Received: from vm208-36.adknow-net.com ([216.21.208.36]) by
ams.ftl.affinity.com with ESMTP id <323672-20692>; Thu, 15 Jan 2004 12:10:15
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-36.adknow-net.com with SMTP; 15 Jan 2004 11:10:10 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 342138
From: Strength Training <StrengthTraining@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342138@replies.adknow-net.com
Subject: Ready to start strength training?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.121015-0500_est.323672-20692+3547@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 12:10:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 00:19:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226935-25077>; Sat, 7 Feb 2004 23:57:37 -0500
Received: from vm208-72.adknow-net.com ([216.21.208.72]) by
ams.ftl.affinity.com with ESMTP id <730937-25075>; Sat, 7 Feb 2004 23:56:25
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-72.adknow-net.com with SMTP; 07 Feb 2004 22:56:16 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 362567
From: Strength Training <StrengthTraining@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362567@replies.adknow-net.com
Subject: Strength training starts here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.235625-0500_est.730937-25075+32690@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 23:56:24 -0500
```



Face the fact-complaining doesn't get you in shape. Strength training does.
Start now!

**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 17 13:37:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229340-23851>; Wed, 17 Dec 2003 15:54:14 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <223546-23864>; Wed, 17 Dec 2003 15:52:38
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 17 Dec 2003 14:52:33 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 221423
From: Strength Training <StrengthTraining@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Strength Training <StrengthTraining221423@vmlocal.com>
Subject: Start strength training now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.155238-0500_est.223546-23864+3517@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 15:52:38 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 08 21:15:28 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221042-17726>; Mon, 8 Dec 2003 23:49:36 -0500
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com
with ESMTP id <224263-17725>; Mon, 8 Dec 2003 23:48:34 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 08 Dec 2003 22:48:31 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 214475
From: Strength Training <StrengthTraining@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Strength Training <StrengthTraining214475@vmlocal.com>
Subject: Want to start strength training?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.234834-0500_est.224263-17725+3248@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 23:48:33 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Nov 28 09:27:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215225-20484>; Fri, 28 Nov 2003 12:19:07 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <212691-20479>; Fri, 28 Nov 2003 12:18:30 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 28 Nov 2003 11:18:27 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 207659
From: Strength Training <StrengthTraining@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Strength Training <StrengthTraining207659@vmlocal.com>
Subject: Want to start strength training?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.121830-0500_est.212691-20479+4786@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 12:18:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 19:52:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <268322-30379>; Fri, 2 Jan 2004 22:43:08 -0500
Received: from vm209-240.vmlocal.com ([216.21.209.240]) by
ams.ftl.affinity.com with ESMTP id <274636-30096>; Fri, 2 Jan 2004 22:42:28
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-240.vmlocal.com with SMTP; 02 Jan 2004 21:42:23 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 234288
From: Strength Training <StrengthTraining@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Strength Training <StrengthTraining234288@vmlocal.com>
Subject: Strength training starts here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.224228-0500_est.274636-30096+64305@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 22:42:27 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 13 14:45:57 2006
Return-Path: <mailcenter343372@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11397 invoked from network); 12 Apr 2006 15:35:05 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jaykaysplace.com with SMTP; 12 Apr 2006 15:35:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 12 Apr 2006 16:35:03 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343372
From: Structured Settlements <StructuredSettlements@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343372@vm-rewards.com>
Subject: Attention injury settlement recipients.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.3 required=7.0 tests=BAYES_50,DATE_MISSING,
        FINANCIAL,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**If you won a personal injury settlement,** why should you be dependent on periodic payments to get the cash you need to get your life back in order? You may have medical bills or want the financial freedom to rebuild your life. Getting cash for a structured settlement is the answer you need.

A lump sum payment gives you another option - giving you the freedom to manage your personal injury settlements in a way that's comfortable for you. It's time to take control of your money rather than waiting for the monthly installments from your structured settlement. Our Lump Sum Cash option gives you cash for your structured settlement, for your future benefit.



 **Structured Settlements 5030 Champion Blvd. G-6 #298, Boca Raton, FL, 33496**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Dec 23 19:51:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <228600-5219>; Tue, 23 Dec 2003 22:38:07 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <232065-5227>; Tue, 23 Dec 2003 22:36:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 23 Dec 2003 21:36:52 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 225205
From: Student Health Insurance <StudentInsurance@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Student Health Insurance
<StudentInsurance225205@replies.virtumundo.com>
Subject: All-nighters can take a toll.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.223652-0500_est.232065-5227+18638@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 22:36:52 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 19:51:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <228887-5219>; Tue, 23 Dec
2003 22:38:07 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <232075-5222>; Tue, 23 Dec 2003 22:36:54 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 23 Dec 2003 21:36:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 225205
From: Student Health Insurance <StudentInsurance@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Student Health Insurance
<StudentInsurance225205@replies.virtumundo.com>
Subject: All-nighters can take a toll.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.223654-0500_est.232075-5222+19019@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 22:36:52 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 19:51:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <228895-5219>; Tue, 23 Dec 2003 22:38:07 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <219613-5226>; Tue, 23 Dec 2003 22:36:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 23 Dec 2003 21:36:52 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 225205
From: Student Health Insurance <StudentInsurance@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Student Health Insurance
<StudentInsurance225205@replies.virtumundo.com>
Subject: All-nighters can take a toll.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.223652-0500_est.219613-5226+18826@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 22:36:52 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 19 15:53:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <280737-1035>; Sun, 19 Oct 2003 16:06:52 -0400
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <280585-1042>; Sun, 19 Oct 2003 16:06:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 19 Oct 2003 15:06:08 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 169133
From: Student Loan Centers <StudentLoanCenters169133@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Student Loan Centers <StudentLoanCenters169133@vmlocal.com>
Subject: Looking for a student loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.160613-0400_edt.280585-1042+4605@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 16:06:12 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 21 12:06:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <386523-13893>; Tue, 21 Oct 2003 13:50:47 -0400
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <385556-13888>; Tue, 21 Oct 2003 13:47:42 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-22.vmlocal.com with SMTP; 21 Oct 2003 12:47:35 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 171123
From: Student Loan Centers <StudentLoanCenters171123@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Student Loan Centers <StudentLoanCenters171123@vmlocal.com>
Subject: Are you a student and need a loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.134742-0400_edt.385556-13888+2009@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 13:47:41 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 26 13:05:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236560-23167>; Sun, 26 Oct 2003 12:56:35 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <238985-23170>; Sun, 26 Oct 2003 12:55:42 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 26 Oct 2003 11:55:38 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 177743
From: Student Loan Centers <StudentLoanCenters177743@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Student Loan Centers <StudentLoanCenters177743@vmlocal.com>
Subject: Looking for a student loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.125542-0500_est.238985-23170+1763@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 12:55:40 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 14:42:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213555-15867>; Mon, 27 Oct 2003 15:27:01 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <213611-15868>; Mon, 27 Oct 2003 15:26:29 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 27 Oct 2003 14:26:24 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 179087
From: Student Loan Centers <StudentLoanCenters179087@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Student Loan Centers <StudentLoanCenters179087@vmlocal.com>
Subject: Looking for a student loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.152629-0500_est.213611-15868+5443@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 15:26:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 09:16:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <467504-30170>; Sun, 1 Feb 2004 11:32:08 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <469855-30169>; Sun, 1 Feb 2004 11:30:54
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-42.adknow-net.com with SMTP; 01 Feb 2004 10:30:47 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 356039
From: Student Loan Centers <StudentLoanCenters@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356039@replies.adknow-net.com
Subject: Great student loan links are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.113054-0500_est.469855-30169+708@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 11:30:53 -0500
```





**Let's face it, school can be expensive. Get the financial help you need. Find student loans here today.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Feb 01 09:16:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <231555-30170>; Sun, 1 Feb 2004 11:32:08 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <469891-30175>; Sun, 1 Feb 2004 11:30:56
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-42.adknow-net.com with SMTP; 01 Feb 2004 10:30:47 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 356039
From: Student Loan Centers <StudentLoanCenters@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356039@replies.adknow-net.com
Subject: Great student loan links are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.113056-0500_est.469891-30175+679@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 11:30:53 -0500





**Let's face it, school can be expensive. Get the financial help you need. Find student loans here today.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 21 20:16:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223504-9524>; Wed, 21 Jan 2004 22:06:39 -0500
Received: from vm208-20.adknow-net.com ([216.21.208.20]) by
ams.ftl.affinity.com with ESMTP id <230240-9521>; Wed, 21 Jan 2004 22:05:41
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-20.adknow-net.com with SMTP; 21 Jan 2004 21:05:37 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 346126
From: Student Loan Centers <StudentLoanCenters@adknow-net.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346126@replies.adknow-net.com
Subject: Great student loan links are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.220541-0500_est.230240-9521+1833@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 22:05:40 -0500
```





**Let's face it, school can be expensive. Get the financial help you need. Find student loans here today.**

---

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 18 13:28:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3559894-21217>; Sun, 18 Jan
2004 14:22:09 -0500
Received: from vm208-62.adknow-net.com ([216.21.208.62]) by
ams.ftl.affinity.com with ESMTP id <3560788-21210>; Sun, 18 Jan 2004 14:21:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-62.adknow-net.com with SMTP; 18 Jan 2004 13:21:23 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 343998
From: Student Loan Centers <StudentLoanCenters@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343998@replies.adknow-net.com
Subject: Are you a student and need a loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.142127-0500_est.3560788-21210+30619@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 14:21:26 -0500
```





**Let's face it, school can be expensive. Get the financial help you need. Find student loans here today.**

---

If you would like to refer a friend information regarding this program, go <u>here</u>. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go <u>here</u>. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 18 11:10:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214518-29193>; Sun, 18 Jan 2004 10:53:17 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <221840-29202>; Sun, 18 Jan 2004 10:52:14
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-37.adknow-net.com with SMTP; 18 Jan 2004 09:52:10 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 344222
From: Student Loan Centers <StudentLoanCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344222@replies.adknow-net.com
Subject: Need a student loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.105214-0500_est.221840-29202+57678@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 10:52:13 -0500
```





**Let's face it, school can be expensive. Get the financial help you need. Find student loans here today.**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Feb 01 09:16:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <468135-30170>; Sun, 1 Feb
2004 11:32:08 -0500
Received: from vm208-42.adknow-net.com ([216.21.208.42]) by
ams.ftl.affinity.com with ESMTP id <470003-30185>; Sun, 1 Feb 2004 11:30:57
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-42.adknow-net.com with SMTP; 01 Feb 2004 10:30:47 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 356039
From: Student Loan Centers <StudentLoanCenters@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356039@replies.adknow-net.com
Subject: Great student loan links are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.113057-0500_est.470003-30185+720@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 11:30:57 -0500





**Let's face it, school can be expensive. Get the financial help you need. Find student loans here today.**

If you would like to refer a friend information regarding this program, go <u>here</u>. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go <u>here</u>. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 10:01:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <233133-25301>; Wed, 10 Dec
2003 11:11:15 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com
with ESMTP id <233144-25301>; Wed, 10 Dec 2003 11:00:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-30.vmlocal.com with SMTP; 10 Dec 2003 09:40:46 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 215788
From: Student Loan Centers <StudentLoanCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Student Loan Centers <StudentLoanCenters215788@vmlocal.com>
Subject: Are you a student and need a loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.110050-0500_est.233144-25301+18580@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 10:40:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 17 12:27:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216696-29200>; Sat, 17 Jan 2004 13:42:17 -0500
Received: from vm208-57.adknow-net.com ([216.21.208.57]) by
ams.ftl.affinity.com with ESMTP id <215312-29202>; Sat, 17 Jan 2004 13:41:15
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-57.adknow-net.com with SMTP; 17 Jan 2004 12:41:12 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 343706
From: Student Loan Consolidation <ConsolidateLoans@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343706@replies.adknow-net.com
Subject: Consolidate your student loans.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.134115-0500_est.215312-29202+42124@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 13:41:15 -0500
```



**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages**

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 18 11:11:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214964-10371>; Sun, 18 Jan 2004 11:31:40 -0500
Received: from vm208-52.adknow-net.com ([216.21.208.52]) by
ams.ftl.affinity.com with ESMTP id <221858-10369>; Sun, 18 Jan 2004 11:30:59
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-52.adknow-net.com with SMTP; 18 Jan 2004 10:30:57 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 344366
From: Student Loan Consolidation <ConsolidateLoans@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344366@replies.adknow-net.com
Subject: Life after college.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.113059-0500_est.221858-10369+50110@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 11:30:59 -0500
```



**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jul 06 10:18:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter327017@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 04 Jul 2005 17:29:00 -0600
From: Student Loan Department <StudentLoanDepartment@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Student loan refinancing - rates as low as 1.625%
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=3.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,LOW_INTEREST,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C9C63C.7E7A469A"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2919&e=katie@ehahome.com
  URI:http://ogy.cc/edudir/heading.gif Dear Katie, [...]

Content analysis details:   (9.0 points, 3.0 required)

```
 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.9 LOW_INTEREST           BODY: Lower Interest Rates
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 16256 invoked from network); 4 Jul 2005 17:28:59 -0600
Received: from vm-181-246.vm-mail.com (206.82.181.246)
  by rcw19190020.com with SMTP; 4 Jul 2005 17:28:59 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-181-246.vm-mail.com with SMTP; 04 Jul 2005 18:28:58 -0500
X-ClientHost: 1070971161051010641011040971041111109101046099111109
X-MailingID: 327017
From: Student Loan Department  <StudentLoanDepartment@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327017@vm-rewards.com>
Subject: Student loan refinancing - rates as low as 1.625%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Student loan
ref.htm"
```

```
From ???@??? Wed Jul 06 10:18:16 2005
X-Persona: <Katie>
Return-Path: <mailcenter327017@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 04 Jul 2005 17:29:00 -0600
From: Student Loan Department <StudentLoanDepartment@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Student loan refinancing - rates as low as 1.625%
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=3.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,LOW_INTEREST,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C9C63C.7E7A469A"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2919&e=katie@ehahome.com
  URI:http://ogy.cc/edudir/heading.gif Dear Katie, [...]

Content analysis details:  (9.0 points, 3.0 required)

```
 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.9 LOW_INTEREST           BODY: Lower Interest Rates
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_60_70             BODY: Message is 60% to 70% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.8 HTML_IMAGE_ONLY_08     BODY: HTML: images with 600-800 bytes of words
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 16256 invoked from network); 4 Jul 2005 17:28:59 -0600
Received: from vm-181-246.vm-mail.com (206.82.181.246)
  by rcw19190020.com with SMTP; 4 Jul 2005 17:28:59 -0600
```

```
Received: from vm-mail.com (192.168.3.20)
  by vm-181-246.vm-mail.com with SMTP; 04 Jul 2005 18:28:58 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327017
From: Student Loan Department  <StudentLoanDepartment@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327017@vm-rewards.com>
Subject: Student loan refinancing - rates as low as 1.625%
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Student loan
ref.htm"
```

```
From ???@??? Mon Aug 28 22:45:02 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361588@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 4648 invoked from network); 28 Aug 2006 03:12:01 -0600
Received: from static-vmg-185-223.vm-mail.com (HELO vm-185-223.vm-mail.com)
(206.82.185.223)
  by jaykaysplace.com with SMTP; 28 Aug 2006 03:12:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-223.vm-mail.com with SMTP; 28 Aug 2006 04:12:00 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 361588
From: Student Loan Info <StudentLoanInfo@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361588@vm-rewards.com>
Subject: Parents - Get a courtesy college financing guide
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,
visit this link

Student Loan Xpress 12680 High Bluff Drive, Suite 400 San Diego, CA 92130

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



From ???@??? Mon Nov 17 21:02:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2722341-17967>; Mon, 17 Nov 2003 22:29:31 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <2719801-17962>; Mon, 17 Nov 2003 22:28:58 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 17 Nov 2003 21:24:03 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 199737
From: Stylish Bathroom Sinks <StylishBathroomSinks199737@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Stylish Bathroom Sinks
<StylishBathroomSinks199737@replies.virtumundo.com>
Subject: Find sinks that fit your style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.222858-0500_est.2719801-17962+68963@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 22:28:56 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 17 21:02:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2722160-17967>; Mon, 17 Nov 2003 22:29:31 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <2722452-17962>; Mon, 17 Nov 2003 22:28:56 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 17 Nov 2003 21:24:03 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 199737
From: Stylish Bathroom Sinks <StylishBathroomSinks199737@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Stylish Bathroom Sinks
<StylishBathroomSinks199737@replies.virtumundo.com>
Subject: Find sinks that fit your style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.222856-0500_est.2722452-17962+68962@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 22:28:54 -0500





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 17 21:02:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2719473-17967>; Mon, 17 Nov 2003 22:29:31 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <2722409-17969>; Mon, 17 Nov 2003 22:28:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 17 Nov 2003 21:24:03 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 199737
From: Stylish Bathroom Sinks <StylishBathroomSinks199737@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Stylish Bathroom Sinks
<StylishBathroomSinks199737@replies.virtumundo.com>
Subject: Find sinks that fit your style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.222852-0500_est.2722409-17969+69616@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 22:28:52 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Nov 17 21:02:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2719801-17967>; Mon, 17 Nov
2003 22:29:31 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <2722861-17961>; Mon, 17 Nov 2003 22:29:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 17 Nov 2003 21:24:03 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 199737
From: Stylish Bathroom Sinks <StylishBathroomSinks199737@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Stylish Bathroom Sinks
<StylishBathroomSinks199737@replies.virtumundo.com>
Subject: Find sinks that fit your style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.222900-0500_est.2722861-17961+69274@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 22:28:59 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 18 22:41:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219101-6077>; Wed, 19 Nov 2003 00:04:23 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <217231-6101>; Wed, 19 Nov 2003 00:03:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 18 Nov 2003 23:00:18 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 200441
From: Stylish Bathroom Sinks <StylishBathroomSinks200441@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Stylish Bathroom Sinks
<StylishBathroomSinks200441@replies.virtumundo.com>
Subject: Find sinks that fit your style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.000308-0500_est.217231-6101+11157@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 00:03:08 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Aug 21 00:00:25 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360236@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 16 Aug 2006 19:55:56 -0600
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears central air: no payments for 12 months
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_30_40,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44E3CCAC.C870A824"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)5681&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.1 BANG_GUARANTEE         BODY: Something is emphatically guaranteed
 0.8 HTML_30_40             BODY: Message is 30% to 40% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 27105 invoked from network); 16 Aug 2006 19:55:55 -0600
Received: from static-vmg-186-229.vm-mail.com (HELO vm-186-229.vm-mail.com)
(206.82.186.229)
  by ehahome.com with SMTP; 16 Aug 2006 19:55:50 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by vm-186-229.vm-mail.com with SMTP; 16 Aug 2006 20:55:31 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 360236
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360236@vm-rewards.com>
Subject: Sears central air: no payments for 12 months
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
central ai1.htm"
```

From ???@??? Fri Aug 04 19:40:04 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358522@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 03 Aug 2006 17:14:11 -0600
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears central air: no payments for 12 months
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_30_40,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D28343.8F8E2E60"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4347&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.1 BANG_GUARANTEE         BODY: Something is emphatically guaranteed
 0.8 HTML_30_40             BODY: Message is 30% to 40% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6497 invoked from network); 3 Aug 2006 17:14:09 -0600
Received: from static-vmg-185-186.vm-mail.com (HELO vm-185-186.vm-mail.com)
(206.82.185.186)
  by gordonworks.com with SMTP; 3 Aug 2006 17:14:09 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by vm-185-186.vm-mail.com with SMTP; 03 Aug 2006 18:14:08 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 358522
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358522@vm-rewards.com>
Subject: Sears central air: no payments for 12 months
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
central ai.htm"
```

```
From ???@??? Thu May 18 09:50:52 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter349062@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 28193 invoked from network); 17 May 2006 09:19:10 -0600
Received: from vm-180-218.vm-mail.com (206.82.180.218)
  by gordonworks.com with SMTP; 17 May 2006 09:19:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-218.vm-mail.com with SMTP; 17 May 2006 10:19:08 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 349062
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349062@vm-rewards.com>
Subject: *****SPAM***** Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_30_40,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
      autolearn=spam version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      * 1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      * 0.8 HTML_30_40 BODY: Message is 30% to 40% HTML
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 0.8 REMOVE_PAGE URI: URL of page called "remove"
      * 2.5 RCVD_IN_DYNABLOCK RBL: Sent directly from dynamic IP address
      *     [206.82.180.218 listed in dnsbl.sorbs.net]
      * 1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
      * 0.1 RCVD_IN_SORBS RBL: SORBS: sender is listed in SORBS
      *     [206.82.180.218 listed in dnsbl.sorbs.net]
```

**Images not loading? View this offer by visiting this link**

**This Sears offer comes to you as a valued member of Virtumundo's permissioned network.**





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).
Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at**

**913.660.1300. To remove yourself from receiving further email as a subscriber**

of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 12:51:47 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347530@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 16674 invoked from network); 7 May 2006 01:14:18 -0600
Received: from vm-187-56.vm-mail.com (206.82.187.56)
  by chiefmusician.net with SMTP; 7 May 2006 01:14:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-56.vm-mail.com with SMTP; 07 May 2006 02:13:57 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 347530
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347530@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned netw ork.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details. ‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway

Longwood, FL 32750-7579



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 – 7579**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 13:01:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 31425 invoked from network); 26 Apr 2006 11:46:46 -0600
Received: from vm-180-234.vm-mail.com (206.82.180.234)
   by omniinnovations.com with SMTP; 26 Apr 2006 11:46:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-234.vm-mail.com with SMTP; 26 Apr 2006 12:46:45 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,BAYES_50,
      DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled





This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).
Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:22:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 8802 invoked from network); 26 Apr 2006 12:28:50 -0600
Received: from vm-181-79.vm-mail.com (206.82.181.79)
  by omniinnovations.com with SMTP; 26 Apr 2006 12:28:50 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-79.vm-mail.com with SMTP; 26 Apr 2006 13:28:49 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD autolearn=no version=2.63


Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).
Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579

---

  **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:22:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9089 invoked from network); 26 Apr 2006 12:28:51 -0600
Received: from vm-181-79.vm-mail.com (206.82.181.79)
  by omniinnovations.com with SMTP; 26 Apr 2006 12:28:51 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-79.vm-mail.com with SMTP; 26 Apr 2006 13:28:49 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911110 9
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

### Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).
Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:22:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 8136 invoked from network); 26 Apr 2006 12:28:49 -0600
Received: from vm-181-79.vm-mail.com (206.82.181.79)
  by omniinnovations.com with SMTP; 26 Apr 2006 12:28:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-79.vm-mail.com with SMTP; 26 Apr 2006 13:28:49 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
    REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:22:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 9267 invoked from network); 26 Apr 2006 12:28:52 -0600
Received: from vm-181-79.vm-mail.com (206.82.181.79)
  by omniinnovations.com with SMTP; 26 Apr 2006 12:28:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-79.vm-mail.com with SMTP; 26 Apr 2006 13:28:49 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63


**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).
Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579

---

 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:22:13 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9895 invoked from network); 26 Apr 2006 12:28:53 -0600
Received: from vm-181-79.vm-mail.com (206.82.181.79)
  by omniinnovations.com with SMTP; 26 Apr 2006 12:28:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-79.vm-mail.com with SMTP; 26 Apr 2006 13:28:49 -0500
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
       REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway

Longwood, FL 32750-7579



**Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 – 7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:20:59 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3936 invoked from network); 26 Apr 2006 11:46:56 -0600
Received: from vm-180-236.vm-mail.com (206.82.180.236)
  by celiajay.com with SMTP; 26 Apr 2006 11:46:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-236.vm-mail.com with SMTP; 26 Apr 2006 12:46:55 -0500
X-ClientHost: 1061111100641060971211707097121115112108097099101046099111109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: *****SPAM***** Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of

03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).

Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.

‡Subject to applicant creditworthiness.

** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---


 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 – 7579**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:05:20 2006
X-Persona: <Jay>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 3584 invoked from network); 26 Apr 2006 11:46:55 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
  by jammtomm.com with SMTP; 26 Apr 2006 11:46:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-213.vm-mail.com with SMTP; 26 Apr 2006 12:46:54 -0500
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=BANG_GUARANTEE,BAYES_50,
       DATE_MISSING,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
       version=2.63


**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled





This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products

1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:00:49 2006
X-Persona: <Jon>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 3936 invoked from network); 26 Apr 2006 11:46:56 -0600
Received: from vm-180-236.vm-mail.com (206.82.180.236)
  by celiajay.com with SMTP; 26 Apr 2006 11:46:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-236.vm-mail.com with SMTP; 26 Apr 2006 12:46:55 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: *****SPAM***** Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

\* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of

03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).

Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.

‡Subject to applicant creditworthiness.

** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.


 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.


 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 – 7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:00:43 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24320 invoked from network); 26 Apr 2006 14:47:20 -0600
Received: from vm-181-167.vm-mail.com (206.82.181.167)
  by jaykaysplace.com with SMTP; 26 Apr 2006 14:47:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-167.vm-mail.com with SMTP; 26 Apr 2006 15:47:18 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:   errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists,



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of 03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.
The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529). Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.

If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but

still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the
bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 -
7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 07:58:49 2006
X-Persona: <Celia>
Return-Path: <mailcenter345926@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20801 invoked from network); 26 Apr 2006 13:24:45 -0600
Received: from vm-180-135.vm-mail.com (206.82.180.135)
   by ehahome.com with SMTP; 26 Apr 2006 13:24:45 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-135.vm-mail.com with SMTP; 26 Apr 2006 14:24:42 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 345926
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345926@vm-rewards.com>
Subject: *****SPAM***** Sears cooling system-special financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





**If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —**

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can **save 10%-30% on your annual heating and cooling costs**\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends June 30, 2006. 0% APR financing for 12 consecutive billing cycles. Offer not valid on prior sales or in combination with any other offer. Not available on countertop only purchases. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One® account excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.90% as of

03/31/06. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.74% as of 03/31/06. Rates may vary. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.90% as of 03/31/06 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

The following licenses are held by or on behalf of Sears, Roebuck and Co.: AK (Gen. Contr. - Exc. Res. #675); AR (Contr. #0117740403); AZ (ROC013509, ROC079967, ROC080918, ROC092564); CA (Gen. Contr. #25455-B, HVAC #25455-C20); CT (HVAC #308530); FL (HVAC #CAC057299, Gen. Contr. #CBC015949); GA (Reg. CN003489); HI (Classified Spec. #C-4285 C-68LA); KY (HVAC #M03912); LA (Mech./Spec. Contr. #5526); MA (Home Imp. #103493); MD (MHIC #32117 Steven Feldman, HVAC #6528); Nassau County, NY (H1809170000); NV (Contr. #0054530 0005543 - C-1, C-21); OH (#26034); OR (Gen. Contr. #0001051); RI (Gen. Contr. #4667); Rockland County, NY (H-A6-007621-00-00); TX (HVAC Nos. TACLB020401E, 019005E, 002235C, 013523C, 009563C, 009589C); VA (Class A Contr. #2705057009); WA (Gen. Contr. #SEARSR-372NT); WV (Gen. Bldg. Spec. #WV008529).

Some services and installation performed by Sears associates. Other services and installation performed by Sears-Authorized licensed contractors; additional Sears license information available upon request. Electrical services not available in NJ. Ask sales associate for details.
‡Subject to applicant creditworthiness.
** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.
*** Ask your Sears representative about written limited warranty details.
^ See contract for details.


 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.


 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579



 **Sears Home Improvement 1024 Florida Central Parkway Longwood, FL 32750 - 7579**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Aug 28 22:45:03 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361594@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 28 Aug 2006 07:36:11 -0600
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Sears central air: no payments for 12 months
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.6 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_30_40,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44F2F14B.AC60E102"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)6913&e=tommy@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (8.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.1 BANG_GUARANTEE         BODY: Something is emphatically guaranteed
 0.8 HTML_30_40             BODY: Message is 30% to 40% HTML
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7072 invoked from network); 28 Aug 2006 07:36:10 -0600
Received: from static-vmg-185-59.vm-mail.com (HELO vm-185-59.vm-mail.com)
(206.82.185.59)
  by jaycelia.com with SMTP; 28 Aug 2006 07:36:10 -0600

```
Received: from vm-mail.com (10.0.0.42)
   by vm-185-59.vm-mail.com with SMTP; 28 Aug 2006 08:36:09 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361594
From: Summer Cooling Help <SummerCoolingHelp@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+361594@vm-rewards.com>
Subject: Sears central air: no payments for 12 months
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
central ai2.htm"
```

```
From ???@??? Fri Jan 30 12:02:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <340431-4856>; Fri, 30 Jan 2004 14:10:58 -0500
Received: from vm208-26.adknow-net.com ([216.21.208.26]) by
ams.ftl.affinity.com with ESMTP id <340456-4850>; Fri, 30 Jan 2004 14:09:29
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-26.adknow-net.com with SMTP; 30 Jan 2004 13:09:13 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 354016
From: Sunless Tanning <GreatTanNoBurn@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354016@replies.adknow-net.com
Subject: Tan safely. Tan sunless.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.140929-0500_est.340456-4850+30660@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 14:09:29 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 30 12:02:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <340432-4850>; Fri, 30 Jan 2004 14:10:58 -0500
Received: from vm208-26.adknow-net.com ([216.21.208.26]) by
ams.ftl.affinity.com with ESMTP id <340431-4855>; Fri, 30 Jan 2004 14:09:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-26.adknow-net.com with SMTP; 30 Jan 2004 13:09:13 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 354016
From: Sunless Tanning <GreatTanNoBurn@adknow-net.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354016@replies.adknow-net.com
Subject: Tan safely. Tan sunless.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.140928-0500_est.340431-4855+30277@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 14:09:28 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Jan 30 12:02:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <340456-4850>; Fri, 30 Jan
2004 14:10:58 -0500
Received: from vm208-26.adknow-net.com ([216.21.208.26]) by
ams.ftl.affinity.com with ESMTP id <340517-4855>; Fri, 30 Jan 2004 14:09:30
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-26.adknow-net.com with SMTP; 30 Jan 2004 13:09:13 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 354016
From: Sunless Tanning <GreatTanNoBurn@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354016@replies.adknow-net.com
Subject: Tan safely. Tan sunless.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.140930-0500_est.340517-4855+30278@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 14:09:30 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Mar 24 17:52:19 2006
X-Persona: <Jay>
Return-Path: <mailcenter340572@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19521 invoked from network); 23 Mar 2006 11:57:34 -0600
Received: from vm-181-96.vm-mail.com (206.82.181.96)
   by itdidnotendright.com with SMTP; 23 Mar 2006 11:57:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-96.vm-mail.com with SMTP; 23 Mar 2006 11:57:15 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 340572
From: SunSetter <SunSetter@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340572@vm-rewards.com>
Subject: *****SPAM***** Jay, would you like a $201 bonus?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BAYES_60,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *      [score: 0.6077]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**



---



**SunSetter Awnings, 184 Charles St., Malden, MA 02148**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 23 10:46:47 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340572@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19136 invoked from network); 23 Mar 2006 11:57:34 -0600
Received: from vm-181-88.vm-mail.com (206.82.181.88)
  by jaykaysplace.com with SMTP; 23 Mar 2006 11:57:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-88.vm-mail.com with SMTP; 23 Mar 2006 11:57:15 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 340572
From: SunSetter <SunSetter@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340572@vm-rewards.com>
Subject: *****SPAM***** Friend, would you like a $201 bonus?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

SunSetter Awnings, 184 Charles St., Malden, MA 02148

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 06 14:35:59 2006
X-Persona: <RCW>
Return-Path: <mailcenter337342@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 10080 invoked from network); 6 Feb 2006 14:53:05 -0600
Received: from vm-180-42.vm-mail.com (206.82.180.42)
  by gnwalpha.org with SMTP; 6 Feb 2006 14:53:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-42.vm-mail.com with SMTP; 06 Feb 2006 14:52:53 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337342
From:  SunSetter <SunSetter@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337342@vm-rewards.com>
Subject: Friend, would you like a $201 bonus?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link





---


SunSetter Awnings, 184 Charles St., Malden, MA 02148


        If you can not see our footer image, please visit here.

From ???@??? Fri Aug 04 19:35:48 2006
X-Persona: <2nd User>
Return-Path: <mailcenter357916@vm-mail.com>
Delivered-To: 6-tommy@jammtommm.com
Received: (qmail 12481 invoked from network); 30 Jul 2006 21:31:25 -0600
Received: from static-vmg-181-212.vm-mail.com (HELO vm-181-212.vm-mail.com)
(206.82.181.212)
  by rcw19190020.com with SMTP; 30 Jul 2006 21:31:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-212.vm-mail.com with SMTP; 30 Jul 2006 22:31:24 -0500
X-ClientHost: 116111109109121106410609710910911611110910904609911109
X-MailingID: 357916
From: Sunsetter <Sunsetter@vm-mail.com>
To: Tommy <tommy@jammtommm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+357916@vm-rewards.com>
Subject: Enjoy the outdoors in cool comfort for less!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.0 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RISK_FREE,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



        Beat the Summer Heat with SunSetter Awnings

Take control of the weather on your deck or patio in
less than a minute with a motorized or
manually-operated SunSetter Awning.

A SunSetter Awning keeps you cool and protected from
hot sun, showers, or harmful UV rays, then retracts
back against your house easily when you want to enjoy
the sun.

 SunSetters are the # 1 Best-Selling Awnings in the
Country
Here's why..
  ● Exclusive fabric blocks 99.9% of harmful UVa &
    UVb rays
  ● Beautiful color choices
  ● Install easily
  ● Five year warranty
  ● Risk-Free money back trial

Please take a moment to request your DVD Information Kit, and you will also receive a $200 savings certificate toward the purchase of your new SunSetter Awning!



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Sunsetter 962 N. Newburgh Westland, MI 48185

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue Sep 20 16:40:40 2005
X-Persona: <Indi>
Return-Path: <mailcenter329785@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 18 Sep 2005 16:22:24 -0600
From: Superior Debt Relief <SuperiorDebt@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Frustrated by credit card payments? We can help
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432DE8A0.C73D232D"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4191&e=indi@jammtomm.com
  URI:http://ogy.cc/hartysteak/blackholemoney.gif
  URI:http://redirect.virtumundo.com/bt?m29785&e=indi@jammtomm.com [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 30500 invoked from network); 18 Sep 2005 16:22:24 -0600
Received: from vm-181-110.vm-mail.com (206.82.181.110)
  by chiefmusician.net with SMTP; 18 Sep 2005 16:22:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-110.vm-mail.com with SMTP; 18 Sep 2005 17:22:24 -0500

```
X-ClientHost: 10511010010506410609710910911611111091090460991111109
X-MailingID: 329785
From: Superior Debt Relief <SuperiorDebt@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329785@vm-rewards.com>
Subject: Frustrated by credit card payments? We can help
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Frustrated
by cr.htm"
```

From ???@??? Sun Feb 08 00:20:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265141-27607>; Sun, 8 Feb 2004 02:04:59 -0500
Received: from vm118.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <265451-27603>; Sun, 8 Feb 2004 02:02:31 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm118.vmadmin.com with SMTP; 08 Feb 2004 01:02:30 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 241458
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241458@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.020231-0500_est.265451-27603+20857@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 02:02:31 -0500





Myinks.com 5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Sun Feb 08 00:20:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <265457-27607>; Sun, 8 Feb 2004 02:04:59 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <265214-27606>; Sun, 8 Feb 2004 02:02:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 08 Feb 2004 01:02:30 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241458
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241458@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.020231-0500_est.265214-27606+20739@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 02:02:31 -0500
```





Myinks.com 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Sun Feb 08 00:20:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <265412-27607>; Sun, 8 Feb 2004 02:04:59 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <265462-27603>; Sun, 8 Feb 2004 02:02:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 08 Feb 2004 01:02:30 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241458
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241458@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.020231-0500_est.265462-27603+20858@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 02:02:31 -0500



---

Myinks.com 5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Sun Feb 01 08:20:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <225469-7151>; Sun, 1 Feb 2004 10:43:28 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <226633-7145>; Sun, 1 Feb 2004 10:42:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 01 Feb 2004 09:42:49 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 241154
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241154@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.104251-0500_est.226633-7145+81192@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 10:42:51 -0500
```





Myinks.com 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Sun Feb 01 08:20:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226489-7151>; Sun, 1 Feb 2004 10:43:28 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <226647-7141>; Sun, 1 Feb 2004 10:42:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 01 Feb 2004 09:42:49 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241154
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241154@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.104251-0500_est.226647-7141+80687@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 10:42:51 -0500





**Myinks.com 5900 San Fernando Road, Glendale, CA 91202**

```
From ???@??? Sun Feb 01 08:20:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226479-7150>; Sun, 1 Feb 2004
10:43:28 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <226661-7147>; Sun, 1 Feb 2004 10:42:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 01 Feb 2004 09:42:49 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241154
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241154@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.104251-0500_est.226661-7147+80040@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 10:42:51 -0500
```



Myinks.com 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Sun Feb 01 08:20:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226420-7150>; Sun, 1 Feb 2004 10:43:28 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <226637-7145>; Sun, 1 Feb 2004 10:42:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 01 Feb 2004 09:42:49 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 241154
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241154@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.104251-0500_est.226637-7145+81190@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 10:42:50 -0500





Myinks.com 5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Fri Jan 23 07:53:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213626-9524>; Fri, 23 Jan 2004 04:15:05 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <214733-9523>; Fri, 23 Jan 2004 04:03:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 23 Jan 2004 03:03:22 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 240416
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240416@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.040328-0500_est.214733-9523+14887@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 04:03:28 -0500
```



 Myinks.com 5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Fri Jan 23 07:53:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213090-9520>; Fri, 23 Jan
2004 04:17:12 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <214790-9523>; Fri, 23 Jan 2004 04:03:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm214.vmadmin.com with SMTP; 23 Jan 2004 03:03:22 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240416
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240416@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.040328-0500_est.214790-9523+14888@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 04:03:28 -0500
```



**Myinks.com 5900 San Fernando Road, Glendale, CA 91202**

From ???@??? Fri Jan 23 07:53:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214271-9524>; Fri, 23 Jan 2004 04:16:39 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <214764-9516>; Fri, 23 Jan 2004 04:03:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm214.vmadmin.com with SMTP; 23 Jan 2004 03:03:22 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240416
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240416@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.040327-0500_est.214764-9516+14985@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 04:03:27 -0500



Myinks.com 5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Fri Jan 23 07:53:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217868-9526>; Fri, 23 Jan 2004 05:44:40 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <214786-9517>; Fri, 23 Jan 2004 04:03:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm214.vmadmin.com with SMTP; 23 Jan 2004 03:03:22 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 240416
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240416@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.040327-0500_est.214786-9517+15059@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 04:03:27 -0500
```





Myinks.com 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Fri Jan 23 07:53:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217149-9523>; Fri, 23 Jan 2004 05:37:45 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <214760-9522>; Fri, 23 Jan 2004 04:03:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 23 Jan 2004 03:03:22 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 240416
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240416@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.040325-0500_est.214760-9522+14630@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 04:03:24 -0500



**Myinks.com 5900 San Fernando Road, Glendale, CA 91202**

```
From ???@??? Fri Jan 16 21:21:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222671-29203>; Fri, 16 Jan
2004 22:10:06 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <221317-29200>; Fri, 16 Jan 2004 22:09:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 16 Jan 2004 21:09:06 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240241
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240241@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.220909-0500_est.221317-29200+31587@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 22:09:09 -0500
```





Myinks.com, 5900 San Fernando Road, Glendale, CA 91202



```
From ???@??? Fri Jan 16 21:21:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214082-29198>; Fri, 16 Jan 2004 22:10:06 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <222137-29198>; Fri, 16 Jan 2004 22:09:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 16 Jan 2004 21:09:06 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 240241
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240241@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.220908-0500_est.222137-29198+32295@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 22:09:08 -0500
```



---



..... Myinks.com, 5900 San Fernando Road, Glendale, CA 91202



```
From ???@??? Fri Jan 16 21:21:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222533-29198>; Fri, 16 Jan 2004 22:10:06 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <220813-29198>; Fri, 16 Jan 2004 22:09:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm096.vmadmin.com with SMTP; 16 Jan 2004 21:09:06 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 240241
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240241@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.220908-0500_est.220813-29198+32299@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 22:09:08 -0500
```



---



Myinks.com, 5900 San Fernando Road, Glendale, CA 91202



```
From ???@??? Fri Jan 16 21:21:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220591-29198>; Fri, 16 Jan 2004 22:10:06 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <222237-29198>; Fri, 16 Jan 2004 22:09:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 16 Jan 2004 21:09:06 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 240241
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240241@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.220908-0500_est.222237-29198+32300@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 22:09:08 -0500
```





Myinks.com, 5900 San Fernando Road, Glendale, CA 91202



From ???@??? Fri Jan 16 21:21:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222237-29201>; Fri, 16 Jan 2004 22:10:06 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com
with ESMTP id <213797-29197>; Fri, 16 Jan 2004 22:09:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 16 Jan 2004 21:09:06 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 240241
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow240241@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.220908-0500_est.213797-29197+31423@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 22:09:07 -0500



---



........Myinks.com, 5900 San Fernando Road, Glendale, CA 91202



From ???@??? Wed Jan 07 23:50:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <231274-20025>; Thu, 8 Jan
2004 02:17:17 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <232732-20018>; Thu, 8 Jan 2004 02:16:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 08 Jan 2004 01:16:32 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 237380
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow237380@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.021634-0500_est.232732-20018+4912@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 02:16:34 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.  To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Myinks.com ,
5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Wed Jan 07 23:50:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230432-20025>; Thu, 8 Jan 2004 02:17:16 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <232288-20025>; Thu, 8 Jan 2004 02:16:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 08 Jan 2004 01:16:32 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 237380
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow237380@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.021633-0500_est.232288-20025+4944@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 02:16:33 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**.  To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Myinks.com , 5900 San Fernando Road, Glendale, CA 91202**

```
From ???@??? Wed Jan 07 23:50:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230545-20025>; Thu, 8 Jan 2004 02:17:16 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <232253-20022>; Thu, 8 Jan 2004 02:16:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 08 Jan 2004 01:16:32 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 237380
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow237380@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.021634-0500_est.232253-20022+5070@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 02:16:33 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Myinks.com , 5900 San Fernando Road, Glendale, CA 91202**

From ???@??? Wed Jan 07 23:50:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229750-20025>; Thu, 8 Jan 2004 02:17:16 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <232530-20019>; Thu, 8 Jan 2004 02:16:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 08 Jan 2004 01:16:32 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 237380
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow237380@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.021634-0500_est.232530-20019+5129@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 02:16:33 -0500



        If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.   To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.   Please
mail questions or comments regarding this message to the client, Myinks.com ,
5900 San Fernando Road, Glendale, CA 91202

From ???@??? Wed Jan 07 23:50:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225885-20025>; Thu, 8 Jan 2004 02:17:16 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <232270-20020>; Thu, 8 Jan 2004 02:16:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 08 Jan 2004 01:16:32 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 237380
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: GetPrinterInkNow237380@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.021633-0500_est.232270-20020+5132@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 02:16:32 -0500



        If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.   To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Myinks.com ,
5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Fri Jan 02 15:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <336327-25531>; Fri, 2 Jan
2004 17:57:34 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <359294-25522>; Fri, 2 Jan 2004 17:57:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 02 Jan 2004 16:57:01 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 234130
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow234130@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.175703-0500_est.359294-25522+2146@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 17:57:03 -0500
```



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here.  To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, Challenger One, 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Fri Jan 02 15:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <317824-25525>; Fri, 2 Jan 2004 17:57:34 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <359283-25528>; Fri, 2 Jan 2004 17:57:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 02 Jan 2004 16:56:59 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 234130
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow234130@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.175703-0500_est.359283-25528+2113@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 17:57:02 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.  To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Challenger
One, 5900 San Fernando Road, Glendale, CA 91202

```
From ???@??? Fri Jan 02 15:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <320635-25533>; Fri, 2 Jan 2004 17:57:34 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <359278-25527>; Fri, 2 Jan 2004 17:57:03 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 02 Jan 2004 16:56:59 -0600
X-ClientHost:
10609710910510809706410310111141001111101191111141071150460991111 09
X-MailingID: 234130
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow234130@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.175703-0500_est.359278-25527+2238@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 17:57:02 -0500
```



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, Challenger One, 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Fri Jan 02 15:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <310842-25533>; Fri, 2 Jan 2004 17:57:34 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <359279-25530>; Fri, 2 Jan 2004 17:57:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 02 Jan 2004 16:56:59 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460990111109
X-MailingID: 234130
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow234130@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.175703-0500_est.359279-25530+2186@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 17:57:02 -0500



        If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.   To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Challenger
One, 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Fri Jan 02 15:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <314778-25531>; Fri, 2 Jan 2004 17:57:34 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <359166-25531>; Fri, 2 Jan 2004 17:57:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 02 Jan 2004 16:56:59 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 234130
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow234130@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.175701-0500_est.359166-25531+2229@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 17:57:01 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.   To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.   Please
mail questions or comments regarding this message to the client, Challenger
One, 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Sun Feb 08 00:20:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <265464-27607>; Sun, 8 Feb
2004 02:04:59 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <217127-27607>; Sun, 8 Feb 2004 02:02:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 08 Feb 2004 01:02:30 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241458
From: Supersaver <GetPrinterInkNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <GetPrinterInkNow241458@replies.virtumundo.com>
Subject: Printer cartridges at bargain prices - plus gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.020232-0500_est.217127-27607+20604@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 02:02:32 -0500



Myinks.com 5900 San Fernando Road, Glendale, CA 91202

From ???@??? Tue Dec 02 18:11:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <339438-31311>; Tue, 2 Dec 2003 19:52:25 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <263353-31314>; Tue, 2 Dec 2003 19:12:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 02 Dec 2003 16:50:01 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 210559
From: Supersaver <InkjetSavingsHere@vmadmin.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <InkjetSavingsHere210559@replies.virtumundo.com>
Subject: Low on printer ink? See inside and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.191250-0500_est.263353-31314+154@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 17:50:04 -0500

7344



Hello,

If you?ve never ordered inkjet cartridges online before or are using another
source, we want to win your business.

Order now and along with our top quality ink and great service, you?ll
receive:

 --Free Webster's Millennium 2004 Encyclopedia CD-ROM with every order*
--10% off your $25 order
--Free gold-plated JFK Half Dollar with $40 order*
--Free shipping on your order of $50 or more to the US & Canada

 Click on your printer brand below to save at MyInks and get free stuff.
HP
EPSON
CANON
LEXMARK
COMPAQ

 Here?s our great offer! You'll get Webster's Millennium 2004 Encyclopedia
CD-ROM. A complete reference library including: Encyclopedia, Dictionary,
World Atlas, Timelines, Stargazer and Documentaries. You also get a super
discount of 10% off your $25 order. And, if you spend $40, you?ll get a free
John F. Kennedy 18-karat gold-plated authentic half dollar coin collector?s
item. But that?s not all, if the total of your order is $50, you?ll get Free
Shipping to the U.S. and Canada.

Take advantage of all 4 offers!

**You must order before 12/31/03 to take advantage of this special offer. Use coupon code: vibw.**

**Click below to save at MyInks and get free stuff.**
http://www.cltracking.com/l.asp?cid=7344
If you are unable to click on the link above, please copy and paste the entire line into your browser window.

**Order from this email now or call our toll-free order line at 1-877-500-7222. (If you order by phone, make sure you give our friendly operator the coupon code above so you can take advantage of this incredible offer.)**

**Hurry and buy now, because this offer expires very soon.**

**Thanks for your order,**
**Jodie Clark**
**MyInks Customer Rewards Manager**

***When returning paid-for products for a refund, special promotional items received for no cost must also be returned. If a paid-for product is returned alone, a small charge for the free item will apply.**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 20 13:55:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2725315-24849>; Thu, 20 Nov 2003 16:11:28 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <2724487-24842>; Thu, 20 Nov 2003 16:05:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 20 Nov 2003 15:05:02 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 201701
From: Supersaver <InkjetSavingsSupersaver201701@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <InkjetSavingsSupersaver201701@replies.virtumundo.com>
Subject: Low on printer ink? See inside and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.160506-0500_est.2724487-24842+15040@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 16:05:06 -0500
```

7226



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 10 15:48:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216528-22382>; Wed, 10 Dec
2003 17:01:43 -0500
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com
with ESMTP id <217471-22386>; Wed, 10 Dec 2003 16:59:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm146.vmadmin.com with SMTP; 10 Dec 2003 15:57:14 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 215898
From: Supersaver <InkjetSavingsSupersaver@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <InkjetSavingsSupersaver215898@replies.virtumundo.com>
Subject: Low on printer ink? See inside and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.165924-0500_est.217471-22386+65666@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 16:59:22 -0500





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 15:48:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216527-22382>; Wed, 10 Dec 2003 17:01:43 -0500
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com
with ESMTP id <218772-22386>; Wed, 10 Dec 2003 16:59:22 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm146.vmadmin.com with SMTP; 10 Dec 2003 15:57:14 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 215898
From: Supersaver <InkjetSavingsSupersaver@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <InkjetSavingsSupersaver215898@replies.virtumundo.com>
Subject: Low on printer ink? See inside and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.165922-0500_est.218772-22386+65665@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 16:59:21 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 15:48:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216523-22382>; Wed, 10 Dec 2003 17:01:43 -0500
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com
with ESMTP id <219622-22387>; Wed, 10 Dec 2003 16:59:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm146.vmadmin.com with SMTP; 10 Dec 2003 15:57:14 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 215898
From: Supersaver <InkjetSavingsSupersaver@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <InkjetSavingsSupersaver215898@replies.virtumundo.com>
Subject: Low on printer ink? See inside and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.165920-0500_est.219622-22387+65063@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 16:59:20 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 15:48:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216524-22384>; Wed, 10 Dec 2003 17:01:43 -0500
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com
with ESMTP id <213404-22384>; Wed, 10 Dec 2003 16:59:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm146.vmadmin.com with SMTP; 10 Dec 2003 15:57:14 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 215898
From: Supersaver <InkjetSavingsSupersaver@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <InkjetSavingsSupersaver215898@replies.virtumundo.com>
Subject: Low on printer ink? See inside and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.165920-0500_est.213404-22384+64467@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 16:59:20 -0500
```





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 15:48:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213404-22382>; Wed, 10 Dec 2003 17:01:43 -0500
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com
with ESMTP id <218577-22377>; Wed, 10 Dec 2003 16:59:22 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm146.vmadmin.com with SMTP; 10 Dec 2003 15:57:14 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 215898
From: Supersaver <InkjetSavingsSupersaver@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Supersaver <InkjetSavingsSupersaver215898@replies.virtumundo.com>
Subject: Low on printer ink? See inside and save
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.165922-0500_est.218577-22377+64777@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 16:59:22 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jun 08 09:35:34 2004
Return-Path: <mailcenter308886@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 6403 invoked by uid 10003); 8 Jun 2004 14:42:54 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 6400 invoked from network); 8 Jun 2004 14:42:54 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 14:42:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 08 Jun 2004 09:42:53 -0500
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 308886
From: Survey Locator <Survey Locator@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Survey Locator <Survey Locator308886@replies.virtumundo.com>
Subject: Take Online Surveys -  Get Paid $15 to $150/Hour
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



To Unsubscribe, Please Visit Us Here.

**Strategic Financial Publishing, Inc.**
**10535 E. Washington Street,Ste. 310**
**Indianapolis,IN 46229-2609**

 Strategic Financial Publishing, Inc., 10535 E. Washington Street,Ste. 310 Indianapolis,IN 46229-2609

```
From ???@??? Tue Jun 08 09:35:34 2004
Return-Path: <mailcenter308886@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 6416 invoked by uid 10003); 8 Jun 2004 14:42:54 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 6411 invoked from network); 8 Jun 2004 14:42:54 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 14:42:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 08 Jun 2004 09:42:53 -0500
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 308886
From: Survey Locator <Survey Locator@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Survey Locator <Survey Locator308886@replies.virtumundo.com>
Subject: Take Online Surveys -  Get Paid $15 to $150/Hour
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



To Unsubscribe, Please Visit Us Here.

**Strategic Financial Publishing, Inc.**
**10535 E. Washington Street,Ste. 310**
**Indianapolis,IN 46229-2609**

 Strategic Financial Publishing, Inc., 10535 E. Washington Street,Ste. 310 Indianapolis,IN 46229-2609

```
From ???@??? Tue Jun 08 09:35:34 2004
Return-Path: <mailcenter308886@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 6425 invoked by uid 10003); 8 Jun 2004 14:42:54 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 6421 invoked from network); 8 Jun 2004 14:42:54 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 14:42:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 08 Jun 2004 09:42:53 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308886
From: Survey Locator <Survey Locator@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Survey Locator <Survey Locator308886@replies.virtumundo.com>
Subject: Take Online Surveys -  Get Paid $15 to $150/Hour
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



To Unsubscribe, Please Visit Us Here.

**Strategic Financial Publishing, Inc.**
**10535 E. Washington Street,Ste. 310**
**Indianapolis,IN 46229-2609**

 Strategic Financial Publishing, Inc., 10535 E. Washington Street,Ste. 310
Indianapolis,IN 46229-2609

```
From ???@??? Tue Jun 08 09:35:34 2004
Return-Path: <mailcenter308886@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 6395 invoked by uid 10003); 8 Jun 2004 14:42:54 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 6391 invoked from network); 8 Jun 2004 14:42:53 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 14:42:53 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 08 Jun 2004 09:42:53 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308886
From: Survey Locator <Survey Locator@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Survey Locator <Survey Locator308886@replies.virtumundo.com>
Subject: Take Online Surveys -  Get Paid $15 to $150/Hour
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



To Unsubscribe, Please Visit Us Here.

**Strategic Financial Publishing, Inc.**
**10535 E. Washington Street,Ste. 310**
**Indianapolis,IN 46229-2609**

 Strategic Financial Publishing, Inc., 10535 E. Washington Street,Ste. 310 Indianapolis,IN 46229-2609

```
From ???@??? Sat Oct 18 16:02:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220930-1154>; Sat, 18 Oct 2003 18:02:39 -0400
Received: from vm130.vmadmin.com ([216.64.222.130]) by ams.ftl.affinity.com
with ESMTP id <225720-17394>; Sat, 18 Oct 2003 18:01:53 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm130.vmadmin.com with SMTP; 18 Oct 2003 17:01:23 -0500
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 168272
From: Table Linens <GreatTableLinens168272@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Table Linens <GreatTableLinens168272@replies.virtumundo.com>
Subject: Is your dining table in need of elegance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.180153-0400_edt.225720-17394+5963@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 18:01:53 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Jan 18 21:14:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331957-23449>; Sun, 18 Jan 2004 22:24:58 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <335587-23450>; Sun, 18 Jan 2004 22:23:45
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 18 Jan 2004 21:23:13 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460099111109
X-MailingID: 344361
From: Table Tennis <NeverJustAGame@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344361@replies.adknow-net.com
Subject: Serious fun. Table tennis.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.222345-0500_est.335587-23450+13910@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 22:23:45 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 18 21:14:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <329914-23449>; Sun, 18 Jan 2004 22:24:58 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <333557-23442>; Sun, 18 Jan 2004 22:23:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 18 Jan 2004 21:23:13 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 344361
From: Table Tennis <NeverJustAGame@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344361@replies.adknow-net.com
Subject: Serious fun. Table tennis.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.222343-0500_est.333557-23442+13527@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 22:23:43 -0500
```





**If you would like to refer a friend information regarding this program, go** <u>here</u>. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** <u>http://www.virtumundo.com/change/</u> **or go** <u>here</u>. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 18 21:14:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331923-23449>; Sun, 18 Jan 2004 22:24:58 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <329914-23446>; Sun, 18 Jan 2004 22:23:42
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 18 Jan 2004 21:23:13 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460999111109
X-MailingID: 344361
From: Table Tennis <NeverJustAGame@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344361@replies.adknow-net.com
Subject: Serious fun. Table tennis.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.222342-0500_est.329914-23446+13966@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 22:23:42 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 18 21:14:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <332158-23449>; Sun, 18 Jan
2004 22:24:58 -0500
Received: from vm208-41.adknow-net.com ([216.21.208.41]) by
ams.ftl.affinity.com with ESMTP id <317383-23444>; Sun, 18 Jan 2004 22:23:47
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-41.adknow-net.com with SMTP; 18 Jan 2004 21:23:13 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 344361
From: Table Tennis <NeverJustAGame@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344361@replies.adknow-net.com
Subject: Serious fun. Table tennis.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.222347-0500_est.317383-23444+13762@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 22:23:47 -0500





**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 11:47:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214940-12073>; Thu, 6 Nov 2003 12:39:26 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <215646-12077>; Thu, 6 Nov 2003 12:37:52 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 06 Nov 2003 11:37:52 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 191204
From: Tablet PC <GetAGreatTabletPC191204@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Tablet PC <GetAGreatTabletPC191204@vmlocal.com>
Subject: Work in a whole new way.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.123752-0500_est.215646-12077+566@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 12:37:52 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 24 06:41:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216383-5227>; Wed, 24 Dec 2003 09:21:55 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <216556-5227>; Wed, 24 Dec 2003 09:20:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 24 Dec 2003 08:20:42 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 226605
From: Tablet PC <GetAGreatTabletPC@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Tablet PC <GetAGreatTabletPC226605@vmlocal.com>
Subject: The Tablet PCs are here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.092043-0500_est.216556-5227+27319@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 09:20:43 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 24 06:41:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215693-5227>; Wed, 24 Dec 2003 09:21:55 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <216557-5223>; Wed, 24 Dec 2003 09:20:45
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 24 Dec 2003 08:20:42 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 226605
From: Tablet PC <GetAGreatTabletPC@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Tablet PC <GetAGreatTabletPC226605@vmlocal.com>
Subject: The Tablet PCs are here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.092045-0500_est.216557-5223+27383@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 09:20:43 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Feb 09 19:06:35 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <731031-10266>; Mon, 9 Feb 2004 19:52:45 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <731161-10278>; Mon, 9 Feb 2004 19:51:17
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-78.adknow-net.com with SMTP; 09 Feb 2004 18:51:08 -0600
X-ClientHost:
10609710910510809706410311114100111101191111141071150460991111109
X-MailingID: 365898
From: Take A Great Vacation <GetGoodVacations@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return365898@replies.adknow-net.com
Subject: Experience a Vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.195117-0500_est.731161-10278+15483@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 19:51:16 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 21:05:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <226307-12068>; Thu, 6 Nov 2003 22:54:02 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <226413-12066>; Thu, 6 Nov 2003 22:53:16 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 06 Nov 2003 21:50:17 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 190931
From: Take Care of Your Teeth <TakeCareofYourTeeth190931@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Take Care of Your Teeth
<TakeCareofYourTeeth190931@replies.virtumundo.com>
Subject: Turn your yellow teeth white again.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.225316-0500_est.226413-12066+4714@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 22:53:16 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Nov 06 21:05:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226320-12068>; Thu, 6 Nov 2003 22:54:02 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <226508-12078>; Thu, 6 Nov 2003 22:53:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 06 Nov 2003 21:50:17 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460099111109
X-MailingID: 190931
From: Take Care of Your Teeth <TakeCareofYourTeeth190931@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Take Care of Your Teeth
<TakeCareofYourTeeth190931@replies.virtumundo.com>
Subject: Turn your yellow teeth white again.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.225317-0500_est.226508-12078+4805@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 22:53:16 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 06 21:05:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226018-12068>; Thu, 6 Nov 2003 22:54:02 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <226307-12078>; Thu, 6 Nov 2003 22:53:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 06 Nov 2003 21:50:17 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 190931
From: Take Care of Your Teeth <TakeCareofYourTeeth190931@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Take Care of Your Teeth
<TakeCareofYourTeeth190931@replies.virtumundo.com>
Subject: Turn your yellow teeth white again.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.225315-0500_est.226307-12078+4804@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 22:53:14 -0500
```



    **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 06 21:05:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225581-12077>; Thu, 6 Nov
2003 22:54:01 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <226394-12077>; Thu, 6 Nov 2003 22:53:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 06 Nov 2003 21:50:17 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 190931
From: Take Care of Your Teeth <TakeCareofYourTeeth190931@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Take Care of Your Teeth
<TakeCareofYourTeeth190931@replies.virtumundo.com>
Subject: Turn your yellow teeth white again.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.225318-0500_est.226394-12077+4617@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 22:53:17 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 16 16:28:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335254@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 18371 invoked from network); 16 Jan 2006 11:07:43 -0600
Received: from vm-181-193.vm-mail.com (206.82.181.193)
  by omniinnovations.com with SMTP; 16 Jan 2006 11:07:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-193.vm-mail.com with SMTP; 16 Jan 2006 11:07:32 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 335254
From: Tan Skin <TanSkin@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335254@vm-rewards.com>
Subject: Get a Hollywood tan without the UV rays
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



1800Patches Inc, 4505 South Wasatch Blvd, Salt Lake City, UT 84124

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:07:47 2006
Return-Path: <mailcenter335648@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 24743 invoked from network); 19 Jan 2006 09:27:03 -0600
Received: from vm-181-54.vm-mail.com (206.82.181.54)
   by jaycelia.com with SMTP; 19 Jan 2006 09:26:58 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-54.vm-mail.com with SMTP; 19 Jan 2006 09:26:43 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 335648
From: Tax Brain <TaxBrain@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335648@vm-rewards.com>
Subject: Set up an account today for your 2-day refund!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link

TaxBrain Online | Products | Pricing | Refunds | Support | Security Guarantee | Privacy Policy



Dear Taxpayer,

 TaxBrain Online Tax Service is pleased to announce that the **2-Day Tax Refund Loan Program for 2006** is now open for you to file your tax return and Get your Money 2-Day.

 File your tax return today with TaxBrain Online for 2006 and get the fastest tax refund loan with the lowest fees. With our program you can get your money delivered by Direct Deposit or by Paper Check — the choice is yours.



With TaxBrain Online for 2006 you get all the NEW and improved features now available to TaxBrain Online customers: **TaxBrain Exclusive! Fastest Refund Possible** featuring the highest rated loan processing system used by tax professionals nationwide is now available direct to the consumer – ONLINE!

**New for 2006! Disaster Tax Forms** We know you participate in relief efforts or may have been a victim, so TaxBrain now includes support for legislation passed to meet these challenges.

**Lowest Fees! Online Pricing** beats tax office fees because you prepare your own tax return and file online -- don't be fooled by others trying so sell you an expensive bundle either!

Best of all, it's convenient, easy-to-use, free to try and guaranteed accurate. TaxBrain Online handles IRS and all state tax filing - everything is done online and guaranteed accurate. No software to install, always up to date with **live, U.S.-based customer service** included FREE to handle your questions anytime.

Plus, you know you can trust TaxBrain because we are the ONLY online tax service that has been IRS Authorized since 1987. In addition, we've been featured in national media like USA Today, Smart Computing, PC World, CNN and more.

Log on to TaxBrain Online now to file your taxes today and have your money 2-Day fast!

Sincerely,



Craig Petz
Vice President

**P.S.** TaxBrain Online has everything you need to prepare and file your federal and state taxes online, and offers the fastest and lowest cost tax refund loans in the business. Start your return today and get your tax refund the fastest way possible.

Advertisement © 2006 Petz Enterprises, Inc. TaxBrain and TaxBrain Online Tax Service are registered trademarks of Petz Enterprises, Inc. PO Drawer 611, Tracy CA 95378-0611 All other trademarks are the sole property of their respective owners.



---




**Petz Enterprises, Inc., PO Drawer 611, Tracy, CA, 95378**



If you can not see our footer image, please visit here.

```
From ???@??? Tue May 09 16:28:40 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347792@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 23265 invoked from network); 8 May 2006 21:59:24 -0600
Received: from vm-180-158.vm-mail.com (206.82.180.158)
  by clrobin.com with SMTP; 8 May 2006 21:59:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-158.vm-mail.com with SMTP; 08 May 2006 22:58:37 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 347792
From: Tax Defenders <TaxDefenders@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347792@vm-rewards.com>
Subject: *****SPAM***** Settle for less than you owe
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_60_70,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_MESSAGE,HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_60_70 BODY: Message is 60% to 70% HTML
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.8 HTML_IMAGE_ONLY_08 BODY: images with 600-800 bytes of words
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL41635>]
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions
or comments about this advertisement to:

TaxDefenderNetwork 33325 Griffin Road, Box 260 Ft Lauderdale, FL 33312

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:50:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335016@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 9283 invoked from network); 13 Jan 2006 11:20:24 -0600
Received: from vm-182-234.vm-mail.com (206.82.182.234)
  by celiajay.com with SMTP; 13 Jan 2006 11:20:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-234.vm-mail.com with SMTP; 13 Jan 2006 11:20:05 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 335016
From:  Tax Help <TaxHelp@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335016@vm-rewards.com>
Subject: Tax worries - let us help
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



IRSTaxHelpers, 4936 Yonge Street, Suite #173, Toronto, ON, M2N 6S3, Canada

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:47:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter335016@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20579 invoked from network); 13 Jan 2006 11:25:31 -0600
Received: from vm-177-60.vm-mail.com (206.82.177.60)
  by chiefmusician.net with SMTP; 13 Jan 2006 11:25:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-60.vm-mail.com with SMTP; 13 Jan 2006 11:25:08 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 335016
From: Tax Help <TaxHelp@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335016@vm-rewards.com>
Subject: *****SPAM***** Tax worries - let us help
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





**IRSTaxHelpers, 4936 Yonge Street, Suite #173, Toronto, ON, M2N 6S3, Canada**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:32:55 2006
Return-Path: <mailcenter335016@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 14593 invoked from network); 13 Jan 2006 11:19:29 -0600
Received: from vm-180-217.vm-mail.com (206.82.180.217)
  by gordonworks.com with SMTP; 13 Jan 2006 11:19:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-217.vm-mail.com with SMTP; 13 Jan 2006 11:19:16 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335016
From: Tax Help <TaxHelp@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335016@vm-rewards.com>
Subject: Tax worries - let us help
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





---

 **IRSTaxHelpers, 4936 Yonge Street, Suite #173, Toronto, ON, M2N 6S3, Canada**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 01 19:03:30 2006
X-Persona: <Mila>
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 22 Dec 2005 23:47:10 -0600
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** In trouble with the IRS?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43AB8F5E.BAC73204"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6281&e=mila@jammtomm.com
  URI:http://ogy.cc/taxgopples/index_01.gif
  URI:http://redirect.virtumundo.com/ct?i'6281&e=mila@jammtomm.com [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 4193 invoked from network); 22 Dec 2005 23:47:05 -0600
Received: from vm-182-181.vm-mail.com (206.82.182.181)
   by ehahome.com with SMTP; 22 Dec 2005 23:47:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-181.vm-mail.com with SMTP; 22 Dec 2005 23:46:54 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
```

```
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+333621@vm-rewards.com>
Subject:  In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM In trouble
with .htm"
```

```
From ???@??? Fri Dec 30 14:02:19 2005
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15328 invoked from network); 22 Dec 2005 23:48:33 -0600
Received: from vm-177-63.vm-mail.com (206.82.177.63)
  by gordonworks.com with SMTP; 22 Dec 2005 23:48:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-63.vm-mail.com with SMTP; 22 Dec 2005 23:48:17 -0600
X-ClientHost: 116106064097110116104111110121099101101101161140971080460991111
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject: In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```





 **TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

   **If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Fri Dec 30 14:02:18 2005
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 12516 invoked from network); 22 Dec 2005 23:48:30 -0600
Received: from vm-177-63.vm-mail.com (206.82.177.63)
  by gordonworks.com with SMTP; 22 Dec 2005 23:48:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-63.vm-mail.com with SMTP; 22 Dec 2005 23:48:17 -0600
X-ClientHost:
09711011606409711011610411111012109910110110161140971080460991111109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject: In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```





 **TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

**If you can not see our footer image, please** visit here.

```
From ???@??? Fri Dec 30 14:02:18 2005
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 13536 invoked from network); 22 Dec 2005 23:48:31 -0600
Received: from vm-177-63.vm-mail.com (206.82.177.63)
  by gordonworks.com with SMTP; 22 Dec 2005 23:48:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-63.vm-mail.com with SMTP; 22 Dec 2005 23:48:17 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject: In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```





**TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**


    **If you can not see our footer image, please <u>visit here</u>.**

```
From ???@??? Fri Dec 30 14:02:18 2005
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 14341 invoked from network); 22 Dec 2005 23:48:32 -0600
Received: from vm-177-63.vm-mail.com (206.82.177.63)
  by gordonworks.com with SMTP; 22 Dec 2005 23:48:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-63.vm-mail.com with SMTP; 22 Dec 2005 23:48:17 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject: In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```





 TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:33:39 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 24771 invoked from network); 22 Dec 2005 23:46:47 -0600
Received: from vm-182-18.vm-mail.com (206.82.182.18)
   by jammtomm.com with SMTP; 22 Dec 2005 23:46:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-18.vm-mail.com with SMTP; 22 Dec 2005 23:46:36 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609111109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject:  In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```





 TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:03:23 2005
X-Persona: <Jon>
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 5132 invoked from network); 22 Dec 2005 23:47:07 -0600
Received: from vm-182-21.vm-mail.com (206.82.182.21)
  by jammtomm.com with SMTP; 22 Dec 2005 23:47:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-21.vm-mail.com with SMTP; 22 Dec 2005 23:46:55 -0600
X-ClientHost: 10611111006410609712110709712111511121080970991010460991111109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject: *****SPAM***** In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





 **TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

 **If you can not see our footer image, please** visit here**.**

From ???@??? Sat Dec 24 20:03:10 2005
X-Persona: <Jay>
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 5157 invoked from network); 22 Dec 2005 23:47:07 -0600
Received: from vm-182-24.vm-mail.com (206.82.182.24)
   by gnwalpha.org with SMTP; 22 Dec 2005 23:47:07 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-24.vm-mail.com with SMTP; 22 Dec 2005 23:46:55 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject: *****SPAM***** In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset





TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 24 20:01:00 2005
X-Persona: <Celia>
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 10848 invoked from network); 22 Dec 2005 23:51:49 -0600
Received: from vm-180-158.vm-mail.com (206.82.180.158)
  by omniinnovations.com with SMTP; 22 Dec 2005 23:51:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-158.vm-mail.com with SMTP; 22 Dec 2005 23:51:37 -0600
X-ClientHost: 0991011081050970640991011081050971060972121046099111109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject: *****SPAM***** In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





  **TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**



**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Jan 30 15:49:26 2006
X-Persona: <RCW>
Return-Path: <mailcenter333621@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 12898 invoked from network); 23 Dec 2005 00:07:14 -0600
Received: from vm-182-92.vm-mail.com (206.82.182.92)
  by anthonycentral.com with SMTP; 23 Dec 2005 00:07:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-92.vm-mail.com with SMTP; 23 Dec 2005 00:07:02 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333621
From: Tax Solutions <TaxSolutions@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333621@vm-rewards.com>
Subject:  In trouble with the IRS?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**TAX, 268 Bush Street, Suite 4329, San Francisco, CA, 94104**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 18:21:01 2006
Return-Path: <mailcenter337042@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 7840 invoked from network); 3 Feb 2006 11:13:24 -0600
Received: from vm-181-43.vm-mail.com (206.82.181.43)
  by anthonycentral.com with SMTP; 3 Feb 2006 11:13:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-43.vm-mail.com with SMTP; 03 Feb 2006 11:13:11 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 337042
From: TaxBrain Online Tax Service <TaxBrainOnlineTaxService@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337042@vm-rewards.com>
Subject: File taxes online and get a refund loan in 24 hours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **
X-Spam-Status: No, hits=3.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



Dear Taxpayer,

 TaxBrain Online Tax Service is pleased to announce that the 24 Hour Tax Refund Loan Program for 2006 is now open for you to file your tax return and get Money 2-Day.

 File your tax return today with TaxBrain Online for 2006 and get the fastest tax refund loan with the lowest fees. With our program you can get funds delivered by Direct Deposit or by Paper Check - the choice is yours.

Get Money in 24 Hours!



With TaxBrain Online for 2006 you get all the New and improved features now available to TaxBrain Online customers:

TaxBrain Exclusive! Fastest Refund Possible featuring the highest rated loan processing system used by tax professionals nationwide is now available direct to the consumer - Online!

New for 2006! Disaster Tax Forms We know you participate in relief efforts or may have been a victim, so TaxBrain now includes support for legislation passed to meet these challenges.

Lowest Fees! Online Pricing beats tax office fees because you prepare your own tax return and file online -- don't be fooled by others trying so sell you an expensive bundle either!

Best of all, it's convenient, easy-to-use, free to try and guaranteed accurate. TaxBrain Online handles IRS and all state tax filing - everything is

done online and guaranteed accurate. No software to install, always up to date with live, U.S.-based customer service included Free to handle your questions anytime.

Plus, you know you can trust TaxBrain because we are the ONLY online tax service that has been IRS Authorized since 1989. In addition, we've been featured in national media like USA Today, Smart Computing, PC World, CNN and more.

Log on to TaxBrain Online now to file your taxes today and have money in as little as 24 hours!

Sincerely,



Craig Petz
Vice President

P.S. TaxBrain Online has everything you need to prepare and file your federal and state taxes online, and offers the fastest and lowest cost tax refund loans in the business. Start your return today and get your tax refund loan the fastest way possible.

---

Advertisement © 2006 Petz Enterprises, Inc. TaxBrain and TaxBrain Online Tax Service are registered trademarks of Petz Enterprises, Inc. All other trademarks are the sole property of their respective owners.

---

  TaxBrain Online, 7575 W. Linne Road, Tracy, CA 95304

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 10 00:00:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <340891-29053>; Tue, 10 Feb 2004 02:38:59 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <237840-29051>; Tue, 10 Feb 2004 02:22:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 10 Feb 2004 01:22:22 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 241618
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation241618@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.022226-0500_est.237840-29051+32354@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 02:22:26 -0500
```



 **Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Tue Feb 10 17:01:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <274752-29055>; Tue, 10 Feb 2004 19:08:31 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <238534-29053>; Tue, 10 Feb 2004 02:22:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 10 Feb 2004 01:22:22 -0600
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 241618
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation241618@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.022228-0500_est.238534-29053+32454@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 02:22:26 -0500
```





**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Tue Feb 10 10:10:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236703-29053>; Tue, 10 Feb 2004 13:00:02 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <236451-29062>; Tue, 10 Feb 2004 02:22:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 10 Feb 2004 01:22:22 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 241618
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation241618@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.022226-0500_est.236451-29062+32483@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 02:22:25 -0500
```




**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Mon Jan 19 15:13:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217636-29733>; Mon, 19 Jan 2004 17:04:35 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <218165-29725>; Mon, 19 Jan 2004 17:04:05 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 19 Jan 2004 16:04:03 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 240346
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation240346@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.170405-0500_est.218165-29725+7116@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 17:04:05 -0500
```





**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Mon Jan 19 15:13:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217723-29734>; Mon, 19 Jan 2004 17:04:35 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <216591-29733>; Mon, 19 Jan 2004 17:04:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 19 Jan 2004 16:04:03 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 240346
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation240346@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.170406-0500_est.216591-29733+7293@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 17:04:05 -0500
```





**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Mon Jan 19 15:13:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216591-29729>; Mon, 19 Jan
2004 17:04:35 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <216206-29732>; Mon, 19 Jan 2004 17:04:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 19 Jan 2004 16:04:03 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 240346
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation240346@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.170406-0500_est.216206-29732+7699@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 17:04:05 -0500
```





**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Mon Jan 19 15:13:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217317-29731>; Mon, 19 Jan 2004 17:04:35 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <217636-29725>; Mon, 19 Jan 2004 17:04:05 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 19 Jan 2004 16:04:03 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 240346
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation240346@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.170405-0500_est.217636-29725+7111@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 17:04:04 -0500
```





**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Mon Jan 19 15:13:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216624-29728>; Mon, 19 Jan 2004 17:04:35 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <218140-29729>; Mon, 19 Jan 2004 17:04:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 19 Jan 2004 16:04:03 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240346
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation240346@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.170404-0500_est.218140-29729+7235@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 17:04:04 -0500
```




**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



```
From ???@??? Mon Jan 05 13:45:31 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213967-20332>; Mon, 5 Jan
2004 16:29:07 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <213346-20327>; Mon, 5 Jan 2004 16:27:43 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm139.vmadmin.com with SMTP; 05 Jan 2004 15:26:32 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 236117
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation236117@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.162743-0500_est.213346-20327+1124@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 16:27:42 -0500
```



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, CPA Market.com 4340 E. Indian School Road LLC Phoenix, AZ 85018.

```
From ???@??? Mon Jan 05 13:45:31 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214853-20335>; Mon, 5 Jan 2004 16:29:07 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <213967-20329>; Mon, 5 Jan 2004 16:27:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm139.vmadmin.com with SMTP; 05 Jan 2004 15:26:32 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 236117
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation236117@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.162741-0500_est.213967-20329+1149@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 16:27:41 -0500
```



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, CPA Market.com 4340 E. Indian School Road LLC Phoenix, AZ 85018.

```
From ???@??? Mon Jan 05 13:45:31 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214839-20335>; Mon, 5 Jan 2004 16:29:06 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <215031-20332>; Mon, 5 Jan 2004 16:27:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 05 Jan 2004 15:26:32 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 236117
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation236117@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.162743-0500_est.215031-20332+1233@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 16:27:41 -0500
```



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, CPA Market.com 4340 E. Indian School Road LLC Phoenix, AZ 85018.

```
From ???@??? Mon Jan 05 13:45:31 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214834-20332>; Mon, 5 Jan 2004 16:29:06 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <215038-20329>; Mon, 5 Jan 2004 16:27:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 05 Jan 2004 15:26:32 -0600
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 236117
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation236117@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.162739-0500_est.215038-20329+1147@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 16:27:39 -0500
```



 **If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to http://www.virtumundo.com/change or go** here**. Please mail questions or comments regarding this message to the client, CPA Market.com 4340 E. Indian School Road LLC Phoenix, AZ 85018.**

```
From ???@??? Mon Jan 05 13:45:31 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214828-20329>; Mon, 5 Jan 2004 16:29:06 -0500
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <214839-20329>; Mon, 5 Jan 2004 16:27:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm139.vmadmin.com with SMTP; 05 Jan 2004 15:26:32 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 236117
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation236117@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.162735-0500_est.214839-20329+1141@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 16:27:34 -0500
```



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, CPA Market.com 4340 E. Indian School Road LLC Phoenix, AZ 85018.

From ???@??? Sun Dec 21 17:04:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219818-19981>; Sun, 21 Dec
2003 19:09:59 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <225864-19975>; Sun, 21 Dec 2003 19:08:34 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm095.vmadmin.com with SMTP; 21 Dec 2003 18:08:30 -0600
X-ClientHost:
106111100971161040971100641031111141001111101191111141071150460991111 09
X-MailingID: 224097
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation224097@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.190834-0500_est.225864-19975+7455@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 19:08:34 -0500



 **You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 17:04:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <226062-19977>; Sun, 21 Dec 2003 19:09:59 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <225825-19975>; Sun, 21 Dec 2003 19:08:34 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm095.vmadmin.com with SMTP; 21 Dec 2003 18:08:30 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 224097
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation224097@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.190834-0500_est.225825-19975+7453@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 19:08:33 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 21 17:04:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225864-19977>; Sun, 21 Dec 2003 19:09:59 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <224592-19975>; Sun, 21 Dec 2003 19:08:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 21 Dec 2003 18:08:30 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 224097
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation224097@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.190834-0500_est.224592-19975+7454@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 19:08:33 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 21 17:04:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <224158-19973>; Sun, 21 Dec 2003 19:09:30 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <224667-19976>; Sun, 21 Dec 2003 19:08:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 21 Dec 2003 18:08:30 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 224097
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation224097@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.190833-0500_est.224667-19976+7134@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 19:08:33 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 17:04:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225629-19978>; Sun, 21 Dec 2003 19:09:30 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <225396-19977>; Sun, 21 Dec 2003 19:08:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 21 Dec 2003 18:08:30 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 224097
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation224097@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.190833-0500_est.225396-19977+7264@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 19:08:32 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 07 16:17:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221655-30955>; Sun, 7 Dec 2003 17:27:32 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <221082-15031>; Sun, 7 Dec 2003 17:26:22 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 07 Dec 2003 16:26:20 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 213570
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation213570@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.172622-0500_est.221082-15031+21263@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 17:26:21 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 16:17:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221646-30955>; Sun, 7 Dec 2003 17:27:32 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <221103-30958>; Sun, 7 Dec 2003 17:26:22 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 07 Dec 2003 16:26:20 -0600
X-ClientHost: 1060971210641031111141001111011911111410711504609911109
X-MailingID: 213570
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation213570@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.172622-0500_est.221103-30958+69353@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 17:26:21 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Dec 07 16:17:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <221062-30955>; Sun, 7 Dec
2003 17:27:32 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <221108-15025>; Sun, 7 Dec 2003 17:26:22 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 07 Dec 2003 16:26:20 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 213570
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation213570@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.172622-0500_est.221108-15025+22310@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 17:26:21 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Dec 07 16:18:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215569-30955>; Sun, 7 Dec 2003 17:27:32 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <221062-15023>; Sun, 7 Dec 2003 17:26:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 07 Dec 2003 16:26:20 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 213570
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation213570@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.172620-0500_est.221062-15023+22353@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 17:26:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 07 16:17:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220965-15026>; Sun, 7 Dec 2003 17:27:32 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <214236-30955>; Sun, 7 Dec 2003 17:26:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 07 Dec 2003 16:26:20 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 213570
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation213570@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.172620-0500_est.214236-30955+70606@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 17:26:20 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 10 00:00:11 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <263419-29051>; Tue, 10 Feb
2004 02:33:07 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <239129-29057>; Tue, 10 Feb 2004 02:22:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 10 Feb 2004 01:22:22 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 241618
From: Teachers Wanted <TeachersWantedForEducation@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Teachers Wanted
<TeachersWantedForEducation241618@replies.virtumundo.com>
Subject: Increase your salary with a Masters online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.022228-0500_est.239129-29057+32271@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 02:22:27 -0500
```





**Chooseadegree.com, 4340 E. Indian School Road, Suite 21-482, Phoenix, AZ 85018**



From ???@??? Sun Nov 23 00:11:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220694-14521>; Sat, 22 Nov 2003 17:30:03 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <220888-14514>; Sat, 22 Nov 2003 17:28:29 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 22 Nov 2003 16:28:21 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 203676
From: Tech Support <FixPCProblems@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tech Support <FixPCProblems203676@replies.virtumundo.com>
Subject: Fix PC Problems with just one click - New Version
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.172829-0500_est.220888-14514+10048@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 17:28:28 -0500



Copyright © 2002 - 2003   PC 1Click.com   All Rights Reserved

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:11:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218830-14521>; Sat, 22 Nov 2003 17:30:03 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <217302-14512>; Sat, 22 Nov 2003 17:28:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 22 Nov 2003 16:28:21 -0600
X-ClientHost:
10609710910510809706410310111411100111101191111141071150460991111109
X-MailingID: 203676
From: Tech Support <FixPCProblems@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tech Support <FixPCProblems203676@replies.virtumundo.com>
Subject: Fix PC Problems with just one click - New Version
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.172828-0500_est.217302-14512+10369@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 17:28:27 -0500



Copyright © 2002 - 2003    PC 1Click.com    All Rights Reserved



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:11:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219845-14521>; Sat, 22 Nov 2003 17:30:03 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <221316-14512>; Sat, 22 Nov 2003 17:28:27 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 22 Nov 2003 16:28:21 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 203676
From: Tech Support <FixPCProblems@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tech Support <FixPCProblems203676@replies.virtumundo.com>
Subject: Fix PC Problems with just one click - New Version
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.172827-0500_est.221316-14512+10366@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 17:28:27 -0500



Copyright © 2002 - 2003   PC 1Click.com   All Rights Reserved



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:11:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217729-14521>; Sat, 22 Nov 2003 17:30:03 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <221311-14514>; Sat, 22 Nov 2003 17:28:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 22 Nov 2003 16:28:21 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 203676
From: Tech Support <FixPCProblems@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tech Support <FixPCProblems203676@replies.virtumundo.com>
Subject: Fix PC Problems with just one click - New Version
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.172827-0500_est.221311-14514+10047@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 17:28:26 -0500



Copyright © 2002 - 2003   PC 1Click.com   All Rights Reserved



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 23 00:11:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220918-14521>; Sat, 22 Nov
2003 17:30:03 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <221330-14514>; Sat, 22 Nov 2003 17:28:30 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 22 Nov 2003 16:28:21 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 203676
From: Tech Support <FixPCProblems@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tech Support <FixPCProblems203676@replies.virtumundo.com>
Subject: Fix PC Problems with just one click - New Version
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.172830-0500_est.221330-14514+10049@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 17:28:29 -0500
```



Copyright © 2002 - 2003   PC 1Click.com   All Rights Reserved

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 12 18:59:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <273000-14310>; Sun, 12 Oct
2003 20:37:31 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <273198-14310>; Sun, 12 Oct 2003 20:36:11 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm140.vmadmin.com with SMTP; 12 Oct 2003 19:32:34 -0500
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460099111109
X-MailingID: 161482
From: Telescopes <ViewTheStarsTonight161482@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161482@virtumundo.com>
Subject: Space exploration without the bulky spacesuit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.203611-0400_edt.273198-14310+2759@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 20:36:11 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Oct 12 18:58:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <272951-14310>; Sun, 12 Oct 2003 20:37:31 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <273189-14318>; Sun, 12 Oct 2003 20:36:11 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm140.vmadmin.com with SMTP; 12 Oct 2003 19:32:34 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 161482
From: Telescopes <ViewTheStarsTonight161482@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161482@virtumundo.com>
Subject: Space exploration without the bulky spacesuit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.203611-0400_edt.273189-14318+2552@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 20:36:10 -0400
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 12 18:58:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272978-14310>; Sun, 12 Oct 2003 20:37:31 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <273188-14311>; Sun, 12 Oct 2003 20:36:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm140.vmadmin.com with SMTP; 12 Oct 2003 19:32:34 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 161482
From: Telescopes <ViewTheStarsTonight161482@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161482@virtumundo.com>
Subject: Space exploration without the bulky spacesuit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.203610-0400_edt.273188-14311+2757@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 20:36:10 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 12 18:58:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272989-14310>; Sun, 12 Oct 2003 20:37:31 -0400
Received: from vm140.vmadmin.com ([216.64.222.140]) by ams.ftl.affinity.com
with ESMTP id <273191-14310>; Sun, 12 Oct 2003 20:36:11 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm140.vmadmin.com with SMTP; 12 Oct 2003 19:32:34 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 161482
From: Telescopes <ViewTheStarsTonight161482@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+161482@virtumundo.com>
Subject: Space exploration without the bulky spacesuit.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.203611-0400_edt.273191-14310+2758@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 20:36:11 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html) **or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 03 15:22:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <238245-18171>; Fri, 3 Oct 2003 16:38:06 -0400
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <238250-18163>; Fri, 3 Oct 2003 16:36:27 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm144.vmadmin.com with SMTP; 03 Oct 2003 15:36:18 -0500
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 151367
From: Tents Spectacular <TentsSpectacular151367@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tents Spectacular <TentsSpectacular151367@replies.virtumundo.com>
Subject: Make sure the outside stays outside.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.163627-0400_edt.238250-18163+6443@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 16:36:25 -0400



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Oct 14 20:44:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <248834-25252>; Tue, 14 Oct 2003 20:49:00 -0400
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <311731-25244>; Tue, 14 Oct 2003 20:48:15 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-34.vmlocal.com with SMTP; 14 Oct 2003 19:39:55 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 163877
From: Tents Spectacular <TentsSpectacular163877@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+163877@replies.vmlocal.com>
Subject: How to keep the outdoors outdoors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.204815-0400_edt.311731-25244+7135@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 20:48:11 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 17:34:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2425714-5280>; Tue, 27 Jan 2004 20:16:19 -0500
Received: from vm208-57.adknow-net.com ([216.21.208.57]) by
ams.ftl.affinity.com with ESMTP id <2426304-5273>; Tue, 27 Jan 2004 20:15:35
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-57.adknow-net.com with SMTP; 27 Jan 2004 19:15:34 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 351602
From: Tents Spectacular <TentsSpectacular@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351602@replies.adknow-net.com
Subject: How to keep the outdoors outdoors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.201535-0500_est.2426304-5273+4282@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 20:15:35 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 08 23:29:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316738-22087>; Fri, 9 Jan 2004 02:07:39 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <318371-18659>; Fri, 9 Jan 2004 02:06:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 09 Jan 2004 01:05:57 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 237694
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud237694@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.020601-0500_est.318371-18659+19523@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 02:06:00 -0500
```

