**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Tradal, 241 Makariou III St. Kanika 2, Apollo Bacchus House.**

Dockets.Justia.com

From ???@??? Thu Jan 08 23:29:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <316837-22088>; Fri, 9 Jan
2004 02:07:39 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <318494-22088>; Fri, 9 Jan 2004 02:06:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 09 Jan 2004 01:05:57 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 237694
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud237694@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.020601-0500_est.318494-22088+13712@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 02:06:00 -0500





**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Tradal, 241 Makariou III St. Kanika 2, Apollo Bacchus House.**

```
From ???@??? Thu Jan 08 23:29:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316641-22087>; Fri, 9 Jan 2004 02:07:39 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <318472-22087>; Fri, 9 Jan 2004 02:06:01 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 09 Jan 2004 01:05:57 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 237694
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud237694@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.020601-0500_est.318472-22087+14029@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 02:05:59 -0500
```



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, Tradal, 241 Makariou III St. Kanika 2, Apollo Bacchus House.

```
From ???@??? Thu Jan 08 23:29:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <316689-22087>; Fri, 9 Jan 2004 02:07:39 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <318406-22088>; Fri, 9 Jan 2004 02:05:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm100.vmadmin.com with SMTP; 09 Jan 2004 01:05:57 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 237694
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud237694@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.020559-0500_est.318406-22088+13711@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 02:05:59 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**. Please mail questions or comments regarding this message to the client, Tradal, 241 Makariou III St. Kanika 2, Apollo Bacchus House.**

```
From ???@??? Tue Jan 06 09:34:07 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <368115-25396>; Tue, 6 Jan 2004 11:57:03 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <368123-25397>; Tue, 6 Jan 2004 11:49:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 06 Jan 2004 07:27:19 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 236855
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud236855@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.114915-0500_est.368123-25397+119@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 08:28:24 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please mail questions or comments regarding this message to the client, Tradal Limted LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705, Limassol 3105.**

From ???@??? Tue Jan 06 09:34:07 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <368109-25396>; Tue, 6 Jan 2004 11:57:03 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <368124-25389>; Tue, 6 Jan 2004 11:49:15 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 06 Jan 2004 07:27:19 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 236855
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud236855@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.114915-0500_est.368124-25389+101@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 08:28:24 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here. To remove yourself
from this program, go to http://www.virtumundo.com/change or go here. Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.

From ???@??? Tue Jan 06 09:34:07 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <368110-25396>; Tue, 6 Jan
2004 11:57:03 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <368125-25388>; Tue, 6 Jan 2004 11:49:15 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 06 Jan 2004 07:27:19 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 236855
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud236855@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.114915-0500_est.368125-25388+109@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 08:28:24 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here. To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.

From ???@??? Tue Jan 06 09:34:07 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <368108-25396>; Tue, 6 Jan 2004 11:57:03 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <368118-25402>; Tue, 6 Jan 2004 11:49:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 06 Jan 2004 07:27:19 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 236855
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud236855@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.114914-0500_est.368118-25402+131@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 08:28:23 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here. To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.

From ???@??? Tue Jan 06 09:34:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <336944-25397>; Tue, 6 Jan 2004 12:06:32 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <368117-25397>; Tue, 6 Jan 2004 11:49:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 06 Jan 2004 07:27:19 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 236855
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud236855@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.114914-0500_est.368117-25397+118@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 08:28:20 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here. To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.

From ???@??? Thu Jan 01 23:54:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312855-1024>; Fri, 2 Jan 2004 02:10:26 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <313319-1017>; Fri, 2 Jan 2004 02:10:23 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 02 Jan 2004 01:08:21 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 233557
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud233557@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.021023-0500_est.313319-1017+20255@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 02:10:23 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.  To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.

From ???@??? Thu Jan 01 23:54:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <312936-1022>; Fri, 2 Jan 2004
02:10:26 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <313331-1024>; Fri, 2 Jan 2004 02:10:23 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm093.vmadmin.com with SMTP; 02 Jan 2004 01:08:21 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 233557
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud233557@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.021023-0500_est.313331-1024+20393@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 02:10:23 -0500



**If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click** here.  **To remove yourself
from this program, go to** http://www.virtumundo.com/change **or go** here.  **Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.**

From ???@??? Thu Jan 01 23:54:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312837-1023>; Fri, 2 Jan 2004 02:10:26 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <313323-1023>; Fri, 2 Jan 2004 02:10:22 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 02 Jan 2004 01:08:21 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 233557
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud233557@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.021022-0500_est.313323-1023+20521@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 02:10:22 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.   To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.

From ???@??? Thu Jan 01 23:54:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312242-1021>; Fri, 2 Jan 2004 02:10:26 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <313260-1017>; Fri, 2 Jan 2004 02:10:23 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm093.vmadmin.com with SMTP; 02 Jan 2004 01:08:21 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 233557
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud233557@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.021023-0500_est.313260-1017+20254@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 02:10:22 -0500



If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click here.   To remove yourself
from this program, go to http://www.virtumundo.com/change or go here.  Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.

```
From ???@??? Thu Jan 01 23:54:59 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <312931-1026>; Fri, 2 Jan 2004 02:10:26 -0500
Received: from vm093.vmadmin.com ([216.64.222.93]) by ams.ftl.affinity.com
with ESMTP id <313330-1024>; Fri, 2 Jan 2004 02:10:23 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm093.vmadmin.com with SMTP; 02 Jan 2004 01:08:21 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 233557
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud233557@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.021023-0500_est.313330-1024+20392@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 02:10:22 -0500
```



**If you would like to unsubscribe from any further email advertisements
from the advertiser promoted in this message, click** here**.  To remove yourself
from this program, go to** http://www.virtumundo.com/change **or go** here**.  Please
mail questions or comments regarding this message to the client, Tradal Limted
LTD, 241 Makariou III St., Kanika 2 Apollo Bacchus House, Block B, Flat #705,
Limassol 3105.**

```
From ???@??? Mon Dec 29 23:41:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <332019-19374>; Tue, 30 Dec 2003 02:02:12 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <332530-19380>; Tue, 30 Dec 2003 02:01:10 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm214.vmadmin.com with SMTP; 30 Dec 2003 01:01:07 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 231344
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud231344@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.020110-0500_est.332530-19380+8029@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 02:01:10 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 23:41:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332026-19379>; Tue, 30 Dec 2003 02:02:12 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <330455-19378>; Tue, 30 Dec 2003 02:01:11 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 30 Dec 2003 01:01:07 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 231344
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jay  <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud231344@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.020111-0500_est.330455-19378+7942@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 02:01:10 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 29 23:41:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <330455-19381>; Tue, 30 Dec
2003 02:02:12 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <331367-19373>; Tue, 30 Dec 2003 02:01:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm214.vmadmin.com with SMTP; 30 Dec 2003 01:01:07 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 231344
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud231344@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.020111-0500_est.331367-19373+7946@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 02:01:10 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 29 23:41:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332013-19381>; Tue, 30 Dec 2003 02:02:12 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <328528-19376>; Tue, 30 Dec 2003 02:01:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 30 Dec 2003 01:01:07 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 231344
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud231344@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.020109-0500_est.328528-19376+8278@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 02:01:09 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 29 23:41:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <328528-19381>; Tue, 30 Dec 2003 02:02:12 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <332488-19381>; Tue, 30 Dec 2003 02:01:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 30 Dec 2003 01:01:07 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 231344
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud231344@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.020109-0500_est.332488-19381+8383@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 02:01:09 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 22 08:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3563741-1089>; Mon, 22 Dec 2003 09:01:05 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3558049-1088>; Mon, 22 Dec 2003 08:53:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 22 Dec 2003 07:53:19 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 224555
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud224555@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.085325-0500_est.3558049-1088+172@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 08:53:25 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 22 08:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3557495-1084>; Mon, 22 Dec
2003 09:01:05 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3558591-1092>; Mon, 22 Dec 2003 08:53:26 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 22 Dec 2003 07:53:19 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 224555
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud224555@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.085326-0500_est.3558591-1092+115@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 08:53:25 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 22 08:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <3563588-1093>; Mon, 22 Dec 2003 09:01:05 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3555957-1084>; Mon, 22 Dec 2003 08:53:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 22 Dec 2003 07:53:19 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 224555
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud224555@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.085324-0500_est.3555957-1084+128@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 08:53:24 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 22 08:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3557463-1084>; Mon, 22 Dec 2003 09:01:05 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3564561-1092>; Mon, 22 Dec 2003 08:53:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 22 Dec 2003 07:53:19 -0600
X-ClientHost: 106097109101115064103111141001111011911111410711504609911109
X-MailingID: 224555
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud224555@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.085324-0500_est.3564561-1092+113@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 08:53:23 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 22 08:08:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3561862-1093>; Mon, 22 Dec 2003 09:01:05 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com
with ESMTP id <3568647-1087>; Mon, 22 Dec 2003 08:53:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 22 Dec 2003 07:53:19 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 224555
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud224555@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.085324-0500_est.3568647-1087+141@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 08:53:23 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 18 09:17:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224733-23273>; Thu, 18 Dec 2003 09:55:17 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <220499-23273>; Thu, 18 Dec 2003 09:54:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm214.vmadmin.com with SMTP; 18 Dec 2003 08:54:22 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 221734
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud221734@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.095424-0500_est.220499-23273+60164@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 09:54:23 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 16 08:07:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329246-1110>; Tue, 16 Dec 2003 03:14:19 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <329856-9444>; Tue, 16 Dec 2003 03:12:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 16 Dec 2003 02:12:49 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 219399
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud219399@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.031252-0500_est.329856-9444+2415@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 03:12:52 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 16 08:07:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <329124-1110>; Tue, 16 Dec
2003 03:14:19 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <330137-9708>; Tue, 16 Dec 2003 03:12:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 16 Dec 2003 02:12:49 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 219399
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud219399@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.031252-0500_est.330137-9708+2589@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 03:12:52 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Dec 16 08:07:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <272837-1110>; Tue, 16 Dec 2003 03:14:19 -0500
Received: from vml111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <273496-6676>; Tue, 16 Dec 2003 03:12:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vml111.vmadmin.com with SMTP; 16 Dec 2003 02:12:49 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 219399
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud219399@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.031252-0500_est.273496-6676+2223@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 03:12:51 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 16 08:07:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329061-1110>; Tue, 16 Dec 2003 03:14:19 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <272837-2228>; Tue, 16 Dec 2003 03:12:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm111.vmadmin.com with SMTP; 16 Dec 2003 02:12:49 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711506099111109
X-MailingID: 219399
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud219399@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.031251-0500_est.272837-2228+2370@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 03:12:51 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Dec 16 08:07:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <329108-1110>; Tue, 16 Dec 2003 03:14:19 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com
with ESMTP id <329446-11519>; Tue, 16 Dec 2003 03:12:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 16 Dec 2003 02:12:49 -0600
X-ClientHost: 10209712110106410311111410011111011911111410715046099111109
X-MailingID: 219399
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud219399@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.031251-0500_est.329446-11519+2565@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 03:12:51 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 11 08:49:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218977-32448>; Thu, 11 Dec
2003 09:55:52 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <217630-32446>; Thu, 11 Dec 2003 09:54:15 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 11 Dec 2003 08:52:06 -0600
X-ClientHost:
10611111009711610409711006410311111410011110119111114107115046099111109
X-MailingID: 216309
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud216309@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.095415-0500_est.217630-32446+56618@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 09:54:14 -0500



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 11 08:49:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218916-32447>; Thu, 11 Dec 2003 09:55:52 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <220092-32439>; Thu, 11 Dec 2003 09:54:13 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 11 Dec 2003 08:52:06 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 216309
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud216309@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.095413-0500_est.220092-32439+56214@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 09:54:13 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Dec 11 08:49:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218949-32435>; Thu, 11 Dec 2003 09:55:52 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <214207-32441>; Thu, 11 Dec 2003 09:54:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 11 Dec 2003 08:52:06 -0600
X-ClientHost: 1060971210641031111141001111011911111410711504609111109
X-MailingID: 216309
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud216309@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.095413-0500_est.214207-32441+54279@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 09:54:13 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 11 08:49:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212948-32435>; Thu, 11 Dec 2003 09:55:26 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <217763-32447>; Thu, 11 Dec 2003 09:54:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 11 Dec 2003 08:52:06 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 216309
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud216309@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.095412-0500_est.217763-32447+55684@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 09:54:09 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Dec 11 08:49:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218134-32447>; Thu, 11 Dec 2003 09:54:54 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <216132-32444>; Thu, 11 Dec 2003 09:54:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 11 Dec 2003 08:52:06 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111 09
X-MailingID: 216309
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud216309@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.095409-0500_est.216132-32444+55807@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 09:54:08 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 17:35:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226693-16324>; Thu, 27 Nov 2003 17:33:50 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <226707-16322>; Thu, 27 Nov 2003 17:32:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 27 Nov 2003 16:32:52 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 206883
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud206883@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.173255-0500_est.226707-16322+18953@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 17:32:54 -0500
```

If you cannot see this email click here.





With over 8000 simultaneous players at peak hours,
EmpirePoker provides you the best in live, multi-player
online poker – 24 hours a day, 7 days a week – offering a
wide variety of games including Texas Hold'em, Omaha, Omaha
Hi/Low, 7 Card Stud, and 7 Card Stud Hi/Low. In addition, we
continue to develop our world-renown reputation for exciting
and dynamic daily, weekly, and monthly tournaments, with
appealing CASH PRIZES – all geared to offer our international
community of players the best online poker experience.

See you at the tables,

Ron Burke
EmpirePoker Manager
ep@empirepoker.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 17:35:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <225098-16320>; Thu, 27 Nov
2003 17:33:49 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <225597-16327>; Thu, 27 Nov 2003 17:32:55 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 27 Nov 2003 16:32:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 206883
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud206883@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.173255-0500_est.225597-16327+19299@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 17:32:54 -0500
```

If you cannot see this email **click here.**





With over 8000 simultaneous players at peak hours, EmpirePoker provides you the best in live, multi-player online poker - 24 hours a day, 7 days a week - offering a wide variety of games including Texas Hold'em, Omaha, Omaha Hi/Low, 7 Card Stud, and 7 Card Stud Hi/Low. In addition, we continue to develop our world-renown reputation for exciting and dynamic daily, weekly, and monthly tournaments, with appealing CASH PRIZES - all geared to offer our international community of players the best online poker experience.

See you at the tables,

Ron Burke
EmpirePoker Manager
ep@empirepoker.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 17:35:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220305-16326>; Thu, 27 Nov 2003 17:33:49 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <226693-16322>; Thu, 27 Nov 2003 17:32:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 27 Nov 2003 16:32:52 -0600
X-ClientHost:
1060971091051080970641031111410011110119111141071150460991111109
X-MailingID: 206883
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud206883@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.173255-0500_est.226693-16322+18952@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 17:32:53 -0500
```

If you cannot see this email **click here.**





With over 8000 simultaneous players at peak hours, EmpirePoker provides you the best in live, multi-player online poker - 24 hours a day, 7 days a week - offering a wide variety of games including Texas Hold'em, Omaha, Omaha Hi/Low, 7 Card Stud, and 7 Card Stud Hi/Low. In addition, we continue to develop our world-renown reputation for exciting and dynamic daily, weekly, and monthly tournaments, with appealing CASH PRIZES - all geared to offer our international community of players the best online poker experience.

See you at the tables,

Ron Burke
EmpirePoker Manager
ep@empirepoker.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 17:35:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225739-16326>; Thu, 27 Nov 2003 17:33:49 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <226650-16323>; Thu, 27 Nov 2003 17:32:53 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 27 Nov 2003 16:32:52 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 206883
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud206883@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.173253-0500_est.226650-16323+19381@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 17:32:53 -0500
```

If you cannot see this email **click here.**





With over 8000 simultaneous players at peak hours, EmpirePoker provides you the best in live, multi-player online poker - 24 hours a day, 7 days a week - offering a wide variety of games including Texas Hold'em, Omaha, Omaha Hi/Low, 7 Card Stud, and 7 Card Stud Hi/Low. In addition, we continue to develop our world-renown reputation for exciting and dynamic daily, weekly, and monthly tournaments, with appealing CASH PRIZES - all geared to offer our international community of players the best online poker experience.

See you at the tables,

Ron Burke
EmpirePoker Manager
ep@empirepoker.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 27 17:35:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226467-16329>; Thu, 27 Nov 2003 17:33:49 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <224973-16323>; Thu, 27 Nov 2003 17:32:53 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 27 Nov 2003 16:32:52 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 206883
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud206883@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.173253-0500_est.224973-16323+19380@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 17:32:53 -0500

If you cannot see this email click here.





With over 8000 simultaneous players at peak hours,
EmpirePoker provides you the best in live, multi-player
online poker - 24 hours a day, 7 days a week - offering a
wide variety of games including Texas Hold'em, Omaha, Omaha
Hi/Low, 7 Card Stud, and 7 Card Stud Hi/Low. In addition, we
continue to develop our world-renown reputation for exciting
and dynamic daily, weekly, and monthly tournaments, with
appealing CASH PRIZES - all geared to offer our international
community of players the best online poker experience.

See you at the tables,

Ron Burke
EmpirePoker Manager
ep@empirepoker.com

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 08 23:29:56 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <317109-22088>; Fri, 9 Jan 2004 02:07:39 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com
with ESMTP id <318492-22083>; Fri, 9 Jan 2004 02:06:01 -0500
Received: from vmadmin.com (192.168.3.11)
    by vm100.vmadmin.com with SMTP; 09 Jan 2004 01:05:57 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 237694
From: Texas Hold em <TexasHoldemSevenCardStud@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Hold em
<TexasHoldemSevenCardStud237694@replies.virtumundo.com>
Subject: Play Poker Online - Texas Hold'em, 7 Card Stud
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.020601-0500_est.318492-22083+13858@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 02:06:00 -0500



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**. To remove yourself from this program, go to http://www.virtumundo.com/change or go** here**. Please mail questions or comments regarding this message to the client, Tradal, 241 Makariou III St. Kanika 2, Apollo Bacchus House.**

From ???@??? Fri Dec 19 07:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <229238-18486>; Fri, 19 Dec 2003 06:10:34 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <226224-18476>; Fri, 19 Dec 2003 06:09:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 19 Dec 2003 05:09:39 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 222379
From: Texas Ranger <PlayLikeTexasRanger@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Ranger <PlayLikeTexasRanger222379@replies.virtumundo.com>
Subject: Rustle up yer' winnings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.060941-0500_est.226224-18476+35433@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 06:09:41 -0500



Terms and Conditions

---

        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 19 07:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <229204-18472>; Fri, 19 Dec
2003 06:10:34 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <229323-18479>; Fri, 19 Dec 2003 06:09:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 19 Dec 2003 05:09:39 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 222379
From: Texas Ranger <PlayLikeTexasRanger@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Ranger <PlayLikeTexasRanger222379@replies.virtumundo.com>
Subject: Rustle up yer' winnings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.060943-0500_est.229323-18479+36252@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 06:09:41 -0500



Terms and Conditions



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 19 07:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215620-18471>; Fri, 19 Dec 2003 06:10:34 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <229223-18479>; Fri, 19 Dec 2003 06:09:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 19 Dec 2003 05:09:39 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991110
X-MailingID: 222379
From: Texas Ranger <PlayLikeTexasRanger@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Ranger <PlayLikeTexasRanger222379@replies.virtumundo.com>
Subject: Rustle up yer' winnings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.060941-0500_est.229223-18479+36251@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 06:09:40 -0500
```



**Terms and Conditions**

---

        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or
you signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 19 07:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225020-18482>; Fri, 19 Dec 2003 06:10:34 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <229261-18479>; Fri, 19 Dec 2003 06:09:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 19 Dec 2003 05:09:39 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 222379
From: Texas Ranger <PlayLikeTexasRanger@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Ranger <PlayLikeTexasRanger222379@replies.virtumundo.com>
Subject: Rustle up yer' winnings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.060941-0500_est.229261-18479+36250@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 06:09:40 -0500



Terms and Conditions

---

        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 19 07:30:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <229223-18472>; Fri, 19 Dec 2003 06:10:34 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <229277-18484>; Fri, 19 Dec 2003 06:09:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 19 Dec 2003 05:09:39 -0600
X-ClientHost:
10609710910510809706410310111414100111110119111114107115046099111109
X-MailingID: 222379
From: Texas Ranger <PlayLikeTexasRanger@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Texas Ranger <PlayLikeTexasRanger222379@replies.virtumundo.com>
Subject: Rustle up yer' winnings
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.060941-0500_est.229277-18484+35784@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 06:09:41 -0500



Terms and Conditions

---

        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 03 08:28:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <272557-8561>; Fri, 3 Oct 2003 09:14:08 -0400
Received: from vm139.vmadmin.com ([216.64.222.139]) by ams.ftl.affinity.com
with ESMTP id <267903-8563>; Fri, 3 Oct 2003 09:12:07 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm139.vmadmin.com with SMTP; 03 Oct 2003 08:12:05 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 151637
From: The Ballroom <BlackjackBallroomCasino151637@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The Ballroom <BlackjackBallroomCasino151637@replies.virtumundo.com>
Subject: You Could Get up to $400 Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.091207-0400_edt.267903-8563+1160@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 09:12:07 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or

services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 09 15:23:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <366843-18937>; Fri, 9 Jan 2004 16:57:10 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <324667-18946>; Fri, 9 Jan 2004 16:56:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 09 Jan 2004 15:55:57 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 238686
From: The Ballroom <PlayAtTheBallroom@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The Ballroom <PlayAtTheBallroom238686@replies.virtumundo.com>
Subject: You Could Get up to $400 Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.165600-0500_est.324667-18946+9906@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 16:56:00 -0500
```



**Beaufort house,**
**P.O box 438,**
**Road Town, Tortola,British**

**Virgin Islands**

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, BlackJack Ballroom Casino, Beaufort house, P.O box 438, Road Town, Tortola, British Virgin Islands.

```
From ???@??? Fri Jan 09 15:23:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <324667-18948>; Fri, 9 Jan 2004 16:57:10 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <333002-18952>; Fri, 9 Jan 2004 16:56:01 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 09 Jan 2004 15:55:57 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 238686
From: The Ballroom <PlayAtTheBallroom@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The Ballroom <PlayAtTheBallroom238686@replies.virtumundo.com>
Subject: You Could Get up to $400 Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.165601-0500_est.333002-18952+9999@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 16:56:00 -0500
```



```
Beaufort house,
P.O box 438,
Road Town, Tortola,British
Virgin Islands
```

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, BlackJack Ballroom Casino, Beaufort house, P.O box 438, Road Town, Tortola, British Virgin Islands.

```
From ???@??? Fri Jan 09 15:23:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332168-18938>; Fri, 9 Jan 2004 16:57:10 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <331198-18946>; Fri, 9 Jan 2004 16:56:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 09 Jan 2004 15:55:57 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 238686
From: The Ballroom <PlayAtTheBallroom@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The Ballroom <PlayAtTheBallroom238686@replies.virtumundo.com>
Subject: You Could Get up to $400 Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.165600-0500_est.331198-18946+9905@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 16:55:59 -0500
```



Beaufort house,
P.O box 438,
Road Town, Tortola,British
Virgin Islands

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, BlackJack Ballroom Casino, Beaufort house, P.O box 438, Road Town, Tortola, British Virgin Islands.

```
From ???@??? Fri Jan 09 15:23:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <331198-18952>; Fri, 9 Jan 2004 16:57:10 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <366843-18948>; Fri, 9 Jan 2004 16:56:00 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 09 Jan 2004 15:55:57 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 238686
From: The Ballroom <PlayAtTheBallroom@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The Ballroom <PlayAtTheBallroom238686@replies.virtumundo.com>
Subject: You Could Get up to $400 Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.165600-0500_est.366843-18948+10488@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 16:55:59 -0500
```



```
                    Beaufort house,
                    P.O box 438,
            Road Town, Tortola,British
                  Virgin Islands
```

If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here.  Please mail questions or comments regarding this message to the client, BlackJack Ballroom Casino, Beaufort house, P.O box 438, Road Town, Tortola, British Virgin Islands.

From ???@??? Fri Jan 09 15:23:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <331631-18949>; Fri, 9 Jan
2004 16:58:08 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com
with ESMTP id <367096-18937>; Fri, 9 Jan 2004 16:57:07 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 09 Jan 2004 15:55:57 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 238686
From: The Ballroom <PlayAtTheBallroom@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The Ballroom <PlayAtTheBallroom238686@replies.virtumundo.com>
Subject: You Could Get up to $400 Free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.165707-0500_est.367096-18937+10222@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 16:57:07 -0500



Beaufort house,
P.O box 438,

**Road Town, Tortola,British**
**Virgin Islands**



If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. To remove yourself from this program, go to http://www.virtumundo.com/change or go here. Please mail questions or comments regarding this message to the client, BlackJack Ballroom Casino, Beaufort house, P.O box 438, Road Town, Tortola, British Virgin Islands.

From ???@??? Thu Nov 06 14:54:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213122-12073>; Thu, 6 Nov 2003 16:38:09 -0500
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com
with ESMTP id <213030-12066>; Thu, 6 Nov 2003 16:35:30 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm131.vmadmin.com with SMTP; 06 Nov 2003 15:35:27 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 190656
From: The Blue Pill <MaleSexualEnhancement190656@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The Blue Pill <MaleSexualEnhancement190656@replies.virtumundo.com>
Subject: Change your love life forever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov6.163530-0500_est.213030-12066+2256@ams.ftl.affinity.com>
Date:Thu, 6 Nov 2003 16:35:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Feb 06 14:04:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <338619-5918>; Fri, 6 Feb 2004 16:32:49 -0500
Received: from vm208-23.adknow-net.com ([216.21.208.23]) by
ams.ftl.affinity.com with ESMTP id <339179-5905>; Fri, 6 Feb 2004 16:32:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-23.adknow-net.com with SMTP; 06 Feb 2004 15:31:52 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 361177
From: The Complete Gym <GetAHomeGymToday@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return361177@replies.adknow-net.com
Subject: Get a complete home fitness solution.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.163200-0500_est.339179-5905+73631@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 16:32:00 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 11 13:52:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1246347-1093>; Wed, 11 Feb 2004 14:02:13 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <294463-1090>; Wed, 11 Feb 2004 14:01:28
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-77.adknow-net.com with SMTP; 11 Feb 2004 13:01:24 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 368496
From: The Complete Gym <GetAHomeGymToday@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368496@replies.adknow-net.com
Subject: Home fitness made easy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.140128-0500_est.294463-1090+8922@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 14:01:28 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Mar 13 16:20:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter339904@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 23905 invoked from network); 12 Mar 2006 19:29:41 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by omniinnovations.com with SMTP; 12 Mar 2006 19:29:40 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 12 Mar 2006 19:29:11 -0600
X-ClientHost: 0991011081050970640991011081050971060971121046099111109
X-MailingID: 339904
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339904@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 13 16:20:07 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339904@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11428 invoked from network); 12 Mar 2006 19:40:38 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by celiajay.com with SMTP; 12 Mar 2006 19:40:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Mar 2006 19:40:24 -0600
X-ClientHost:
10610510906410511610010510010101011111161011101001141051031041160460991111109
X-MailingID: 339904
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339904@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 12 19:58:49 2006
X-Persona: <Mila>
Return-Path: <mailcenter339904@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sun, 12 Mar 2006 19:42:18 -0600
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How to arrange your space to energize your life
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.1 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4414CDFA.9A0FAB4A"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9787&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9787&e=mila@jammtomm.com Take
  the free Feng Shui Test
  URI:http://ogy.cc/tablefengs_files/fengshui20051017.jpg [...]

Content analysis details:   (13.1 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                 [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27649 invoked from network); 12 Mar 2006 19:42:18 -0600

```
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 12 Mar 2006 19:42:18 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Mar 2006 19:42:04 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339904
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339904@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How to
arrange y.htm"
```

From ???@??? Sun Mar 12 19:09:34 2006
X-Persona: <RCW>
Return-Path: <mailcenter339904@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14499 invoked from network); 12 Mar 2006 19:31:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 12 Mar 2006 19:31:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 12 Mar 2006 19:30:40 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339904
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339904@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Sun Mar 12 17:47:46 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339904@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 897 invoked from network); 12 Mar 2006 19:42:27 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 12 Mar 2006 19:42:27 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Mar 2006 19:42:14 -0600
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 339904
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339904@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**



---

 **Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:18:43 2006
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 15652 invoked from network); 3 Feb 2006 08:23:21 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)
  by celiajay.com with SMTP; 3 Feb 2006 08:23:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 03 Feb 2006 08:23:07 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:18:43 2006
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 16583 invoked from network); 3 Feb 2006 08:23:23 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)
  by celiajay.com with SMTP; 3 Feb 2006 08:23:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 03 Feb 2006 08:23:07 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111 09
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:18:43 2006
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 19042 invoked from network); 3 Feb 2006 08:23:25 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)
  by celiajay.com with SMTP; 3 Feb 2006 08:23:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 03 Feb 2006 08:23:07 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**





**Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 18:18:43 2006
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 19586 invoked from network); 3 Feb 2006 08:23:27 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)
  by celiajay.com with SMTP; 3 Feb 2006 08:23:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 03 Feb 2006 08:23:07 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460099111109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 18:18:43 2006
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 20736 invoked from network); 3 Feb 2006 08:23:31 -0600
Received: from vm-181-170.vm-mail.com (206.82.181.170)
  by celiajay.com with SMTP; 3 Feb 2006 08:23:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-170.vm-mail.com with SMTP; 03 Feb 2006 08:23:07 -0600
X-ClientHost: 11610606409711011610411111012109910110116114097108046099111109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 06 10:57:11 2006
X-Persona: <Jay>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30115 invoked from network); 3 Feb 2006 08:18:18 -0600
Received: from vm-177-64.vm-mail.com (206.82.177.64)
  by gnwalpha.org with SMTP; 3 Feb 2006 08:18:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-64.vm-mail.com with SMTP; 03 Feb 2006 08:17:52 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

           If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 10:54:52 2006
X-Persona: <Jay>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30115 invoked from network); 3 Feb 2006 08:18:18 -0600
Received: from vm-177-64.vm-mail.com (206.82.177.64)
  by gnwalpha.org with SMTP; 3 Feb 2006 08:18:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-64.vm-mail.com with SMTP; 03 Feb 2006 08:17:52 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:36:48 2006
X-Persona: <Jay>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 30115 invoked from network); 3 Feb 2006 08:18:18 -0600
Received: from vm-177-64.vm-mail.com (206.82.177.64)
  by gnwalpha.org with SMTP; 3 Feb 2006 08:18:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-64.vm-mail.com with SMTP; 03 Feb 2006 08:17:52 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:28:20 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8996 invoked from network); 3 Feb 2006 08:17:39 -0600
Received: from vm-177-126.vm-mail.com (206.82.177.126)
  by omniinnovations.com with SMTP; 3 Feb 2006 08:17:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-126.vm-mail.com with SMTP; 03 Feb 2006 08:17:13 -0600
X-ClientHost:
10610510906410511610010510010111111610111010010114105103104116046099111109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 09:27:56 2006
X-Persona: <Celia>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31874 invoked from network); 3 Feb 2006 08:43:15 -0600
Received: from vm-180-59.vm-mail.com (206.82.180.59)
   by clrobin.com with SMTP; 3 Feb 2006 08:43:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-59.vm-mail.com with SMTP; 03 Feb 2006 08:43:01 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 06 07:21:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 03 Feb 2006 08:18:14 -0600
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How to arrange your space to energize your life
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43E36626.5F8E884D"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7989&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7989&e=mila@jammtomm.com Take
  the free Feng Shui Test
  URI:http://ogy.cc/tablefengs_files/fengshui20051017.jpg [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 23073 invoked from network); 3 Feb 2006 08:18:02 -0600
Received: from vm-177-111.vm-mail.com (206.82.177.111)
  by gnwalpha.org with SMTP; 3 Feb 2006 08:18:01 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-177-111.vm-mail.com with SMTP; 03 Feb 2006 08:17:48 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How to
arrange y1.htm"
```

```
From ???@??? Fri Feb 03 10:26:43 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30465 invoked from network); 3 Feb 2006 08:18:19 -0600
Received: from vm-177-65.vm-mail.com (206.82.177.65)
  by anthonycentral.com with SMTP; 3 Feb 2006 08:18:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-65.vm-mail.com with SMTP; 03 Feb 2006 08:17:52 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

From ???@??? Fri Feb 03 09:23:00 2006
X-Persona: <RCW>
Return-Path: <mailcenter337030@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 8900 invoked from network); 3 Feb 2006 08:56:17 -0600
Received: from vm-177-53.vm-mail.com (206.82.177.53)
  by chiefmusician.net with SMTP; 3 Feb 2006 08:56:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-53.vm-mail.com with SMTP; 03 Feb 2006 08:56:04 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 337030
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337030@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:03:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 18663 invoked from network); 18 Jan 2006 22:40:37 -0600
Received: from vm-180-227.vm-mail.com (206.82.180.227)
  by jaykaysplace.com with SMTP; 18 Jan 2006 22:40:37 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-227.vm-mail.com with SMTP; 18 Jan 2006 22:40:23 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:02:03 2006
X-Persona: <Mila>
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Wed, 18 Jan 2006 21:33:30 -0600
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** How to arrange your space to energize your life
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43CF088A.B7A2EF99"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7323&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7323&e=mila@jammtomm.com Take
  the free Feng Shui Test
  URI:http://ogy.cc/tablefengs_files/fengshui20051017.jpg [...]

Content analysis details:   (7.2 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17633 invoked from network); 18 Jan 2006 21:33:26 -0600
Received: from vm-180-63.vm-mail.com (206.82.180.63)
  by celiajay.com with SMTP; 18 Jan 2006 21:33:26 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-180-63.vm-mail.com with SMTP; 18 Jan 2006 21:33:13 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM How to
arrange y.htm"
```

```
From ???@??? Sun Jan 22 12:03:07 2006
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 25028 invoked from network); 18 Jan 2006 21:37:01 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
  by itdidnotendright.com with SMTP; 18 Jan 2006 21:37:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-221.vm-mail.com with SMTP; 18 Jan 2006 21:36:38 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
    version=2.63
```

Images not loading? View this offer by visiting this link



Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:03:06 2006
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 18371 invoked from network); 18 Jan 2006 21:36:53 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
  by itdidnotendright.com with SMTP; 18 Jan 2006 21:36:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-221.vm-mail.com with SMTP; 18 Jan 2006 21:36:38 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:03:06 2006
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 21603 invoked from network); 18 Jan 2006 21:36:56 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
  by itdidnotendright.com with SMTP; 18 Jan 2006 21:36:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-221.vm-mail.com with SMTP; 18 Jan 2006 21:36:38 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:03:06 2006
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19364 invoked from network); 18 Jan 2006 21:36:54 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
  by itdidnotendright.com with SMTP; 18 Jan 2006 21:36:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-221.vm-mail.com with SMTP; 18 Jan 2006 21:36:38 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:03:06 2006
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 22692 invoked from network); 18 Jan 2006 21:36:59 -0600
Received: from vm-182-221.vm-mail.com (206.82.182.221)
   by itdidnotendright.com with SMTP; 18 Jan 2006 21:36:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-221.vm-mail.com with SMTP; 18 Jan 2006 21:36:38 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 23:13:52 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6305 invoked from network); 18 Jan 2006 21:31:53 -0600
Received: from vm-180-152.vm-mail.com (206.82.180.152)
  by celiajay.com with SMTP; 18 Jan 2006 21:31:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-152.vm-mail.com with SMTP; 18 Jan 2006 21:31:39 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19200 invoked from network); 18 Jan 2006 21:33:34 -0600
Received: from vm-180-133.vm-mail.com (206.82.180.133)
  by rcw19190020.com with SMTP; 18 Jan 2006 21:33:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-133.vm-mail.com with SMTP; 18 Jan 2006 21:33:20 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 16:45:29 2006
X-Persona: <Celia>
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15522 invoked from network); 18 Jan 2006 21:44:06 -0600
Received: from vm-177-110.vm-mail.com (206.82.177.110)
   by itdidnotendright.com with SMTP; 18 Jan 2006 21:44:06 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-110.vm-mail.com with SMTP; 18 Jan 2006 21:43:51 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

**Images not loading? View this offer by visiting this link**





**Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 16:45:17 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6305 invoked from network); 18 Jan 2006 21:31:53 -0600
Received: from vm-180-152.vm-mail.com (206.82.180.152)
  by celiajay.com with SMTP; 18 Jan 2006 21:31:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-152.vm-mail.com with SMTP; 18 Jan 2006 21:31:39 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 19 09:51:32 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335610@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19168 invoked from network); 18 Jan 2006 21:33:34 -0600
Received: from vm-180-191.vm-mail.com (206.82.180.191)
  by gnwalpha.org with SMTP; 18 Jan 2006 21:33:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-191.vm-mail.com with SMTP; 18 Jan 2006 21:33:21 -0600
X-ClientHost: 106111111006410609712110709712111511212080970991010460991111109
X-MailingID: 335610
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335610@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108

If you can not see our footer image, please visit here.

From ???@??? Mon Mar 13 16:23:45 2006
X-Persona: <Jay>
Return-Path: <mailcenter339904@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 32417 invoked from network); 12 Mar 2006 19:42:26 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by omniinnovations.com with SMTP; 12 Mar 2006 19:42:26 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 12 Mar 2006 19:42:13 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339904
From: The Feng Shui Test <TheFengShuiTest@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339904@vm-rewards.com>
Subject: *****SPAM***** How to arrange your space to energize your life
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.5 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link







 Tickle, Inc., 222 Sutter Street, Fifth Floor, San Francisco, CA, 94108


         If you can not see our footer image, please visit here.

From ???@??? Mon Aug 21 00:05:15 2006
X-Persona: <2nd User>
Return-Path: <mailcenter360718@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 13062 invoked from network); 20 Aug 2006 08:28:30 -0600
Received: from static-vmg-181-156.vm-mail.com (HELO vm-181-156.vm-mail.com)
(206.82.181.156)
  by clrobin.com with SMTP; 20 Aug 2006 08:28:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-156.vm-mail.com with SMTP; 20 Aug 2006 09:28:29 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 360718
From: The Fishing Club <TheFishingClub@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+360718@vm-rewards.com>
Subject: Land that monster bass-Natl. Fishing CLub
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.3 required=7.0 tests=DATE_MISSING,HTML_50_60,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_06,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63

Images not loading? View this offer by visiting this link



Get a Complimentary Trial Issue
 Plus—Your Wing-It® Bobbers

North American Fisherman, official publication
of the North American
Fishing Club, is your personal guide into the
exciting world of freshwater
fishing. Discover secrets for landing monster
bass, trout, walleye, panfish
and more! Through in-depth articles and
insightful stories, you'll discover
the everything you need to increase your own
fishing skills and

enjoyment on the water.

Visit here to get your issue of North American Fisherman magazine and learn about the following benefits:

Yours Free: An issue of North American Fisherman magazine Wing-It® Bobbers Enter daily to win fishing products Register to test and keep fishing products

PLUS: Discuss tips and techniques with other members online Receive full access to the Club web site Preview great books and more



Wing-It® Bobbers ... Pros swear by 'em and fish hate 'em!





If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit this link

North American Affinity Group 12301 Whitewater Dr Minnetonka, MN 55343

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jun 29 16:43:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326866@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Wed, 29 Jun 2005 03:59:18 -0600
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Foreclosure listings in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C270F6.C1861089"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2833&e=katie@ehahome.com
  URI:http://v1.cc/fp/Foreclosure-Solo-3.gif
  URI:http://redirect.virtumundo.com/bt?m26866&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ------------------------ --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17664 invoked from network); 29 Jun 2005 03:59:18 -0600
Received: from vm-177-57.vm-mail.com (206.82.177.57)
  by omniinnovations.com with SMTP; 29 Jun 2005 03:59:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-57.vm-mail.com with SMTP; 29 Jun 2005 09:59:16 +0000

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326866
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326866@vm-rewards.com>
Subject: Foreclosure listings in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Foreclosure
list1.htm"
```

```
From ???@??? Wed Jun 29 16:43:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326866@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 29 Jun 2005 03:59:18 -0600
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Foreclosure listings in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42C270F6.C1861089"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2833&e=katie@ehahome.com
  URI:http://v1.cc/fp/Foreclosure-Solo-3.gif
  URI:http://redirect.virtumundo.com/bt?m26866&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17664 invoked from network); 29 Jun 2005 03:59:18 -0600
Received: from vm-177-57.vm-mail.com (206.82.177.57)
  by omniinnovations.com with SMTP; 29 Jun 2005 03:59:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-57.vm-mail.com with SMTP; 29 Jun 2005 09:59:16 +0000
```

```
X-ClientHost: 1070971161051010641011040971041111091010460099111109
X-MailingID: 326866
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326866@vm-rewards.com>
Subject: Foreclosure listings in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Foreclosure
list1.htm"
```

From ???@??? Sun Jun 19 17:12:03 2005
X-Persona: <Katie>
Return-Path: <mailcenter326378@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 16 Jun 2005 18:00:08 -0600
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Foreclosure listings in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B21288.C84B843B"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2587&e=katie@ehahome.com
  URI:http://v1.cc/fp/Foreclosure-Solo-3.gif
  URI:http://redirect.virtumundo.com/bt?m26378&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL             RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7585 invoked from network); 16 Jun 2005 18:00:07 -0600
Received: from vm-181-95.vm-mail.com (206.82.181.95)
  by omniinnovations.com with SMTP; 16 Jun 2005 18:00:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-95.vm-mail.com with SMTP; 16 Jun 2005 19:00:07 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326378
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326378@vm-rewards.com>
Subject: Foreclosure listings in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Foreclosure
list.htm"
```

```
From ???@??? Sun Jun 19 17:12:03 2005
X-Persona: <Katie>
Return-Path: <mailcenter326378@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Thu, 16 Jun 2005 18:00:08 -0600
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Foreclosure listings in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
     MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B21288.C84B843B"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2587&e=katie@ehahome.com
  URI:http://v1.cc/fp/Foreclosure-Solo-3.gif
  URI:http://redirect.virtumundo.com/bt?m26378&e=katie@ehahome.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7585 invoked from network); 16 Jun 2005 18:00:07 -0600
Received: from vm-181-95.vm-mail.com (206.82.181.95)
  by omniinnovations.com with SMTP; 16 Jun 2005 18:00:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-95.vm-mail.com with SMTP; 16 Jun 2005 19:00:07 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326378
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326378@vm-rewards.com>
Subject: Foreclosure listings in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Foreclosure
list.htm"
```

From ???@??? Fri Aug 04 19:40:04 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358532@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 10489 invoked from network); 3 Aug 2006 21:14:11 -0600
Received: from static-vmg-180-8.vm-mail.com (HELO vm-180-8.vm-mail.com)
(206.82.180.8)
   by jammtomm.com with SMTP; 3 Aug 2006 21:14:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-8.vm-mail.com with SMTP; 03 Aug 2006 22:14:10 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358532
From: The Foreclosure Stop <TheForeclosureStop@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358532@vm-rewards.com>
Subject: Foreclosure listings in your area!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_40_50,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

TFS, 716 N. Ventura Road #374, Oxnard, CA 93030-4404 91361

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Tue Sep 20 16:45:00 2005
X-Persona: <Indi>
Return-Path: <mailcenter329861@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 20 Sep 2005 10:14:50 -0600
From: The Hollywood Prescription <TheHollywoodPrescription@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Want fuller and plumper lips like Hollywood's most
beautiful starlettes
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4330357A.6C2A306A"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4224&e=indi@jammtomm.com
  URI:http://ogy.cc/hollyrxxxxxxx/creative5_01.jpg
  URI:http://redirect.virtumundo.com/bt?m29861&e=indi@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (8.3 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 18694 invoked from network); 20 Sep 2005 10:14:49 -0600
Received: from vm-182-119.vm-mail.com (206.82.182.119)
  by omniinnovations.com with SMTP; 20 Sep 2005 10:14:49 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-119.vm-mail.com with SMTP; 20 Sep 2005 11:14:47 -0500
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 329861
From: The Hollywood Prescription <TheHollywoodPrescription@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329861@vm-rewards.com>
Subject: Want fuller and plumper lips like Hollywood's most beautiful
starlettes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Want
fuller and .htm"
```

```
From ???@??? Fri Apr 07 11:59:08 2006
Return-Path: <mailcenter341182@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 28036 invoked from network); 30 Mar 2006 15:34:12 -0600
Received: from vm-181-131.vm-mail.com (206.82.181.131)
   by xj4x4.net with SMTP; 30 Mar 2006 15:34:12 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-131.vm-mail.com with SMTP; 30 Mar 2006 15:34:03 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 341182
From: The Home Business System <TheHomeBusinessSystem@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341182@vm-rewards.com>
Subject: Earn full time income at home part-time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Copyright © 2005, All Rights Reserved.

**GainYourDream.com 11718 Barrington Court, Suite 129 Los Angeles, CA 90049**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 31 09:44:50 2006
X-Persona: <Mila>
Return-Path: <mailcenter341182@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Thu, 30 Mar 2006 15:17:23 -0600
From: The Home Business System <TheHomeBusinessSystem@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Earn full time income at home part-time
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.0 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442C4AE3.6103371B"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0511&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/harmingway/spacer.gif
  URI:http://ogy.cc/harmingway/spacer.gif [...]

Content analysis details:   (10.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26435 invoked from network); 30 Mar 2006 15:17:22 -0600
Received: from vm-180-29.vm-mail.com (206.82.180.29)
  by omniinnovations.com with SMTP; 30 Mar 2006 15:17:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-29.vm-mail.com with SMTP; 30 Mar 2006 15:17:17 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
```

```
X-MailingID: 341182
From: The Home Business System <TheHomeBusinessSystem@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341182@vm-rewards.com>
Subject: Earn full time income at home part-time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Earn full
time i.htm"
```

```
From ???@??? Fri Apr 07 11:59:08 2006
Return-Path: <mailcenter341182@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27202 invoked from network); 30 Mar 2006 15:34:11 -0600
Received: from vm-181-131.vm-mail.com (206.82.181.131)
   by xj4x4.net with SMTP; 30 Mar 2006 15:34:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-131.vm-mail.com with SMTP; 30 Mar 2006 15:34:03 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 341182
From: The Home Business System <TheHomeBusinessSystem@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341182@vm-rewards.com>
Subject: Earn full time income at home part-time
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.6 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_INVISIBLE,HTML_IMAGE_ONLY_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



Copyright © 2005, All Rights Reserved.

**GainYourDream.com 11718 Barrington Court, Suite 129 Los Angeles, CA 90049**

**If you can not see our footer image, please visit here.**

From ???@??? Mon May 08 13:04:58 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27937 invoked from network); 8 May 2006 01:33:50 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
   by celiajay.com with SMTP; 8 May 2006 01:33:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-212.vm-mail.com with SMTP; 08 May 2006 02:33:47 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
       REMOVE_REMOVAL_1WORD autolearn=no version=2.63

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed



This is an advertisement.

* Offer expires June 30, 2006.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 13:04:58 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 32068 invoked from network); 8 May 2006 01:33:57 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
  by celiajay.com with SMTP; 8 May 2006 01:33:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-212.vm-mail.com with SMTP; 08 May 2006 02:33:47 -0500
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111 09
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed



This is an advertisement.

* Offer expires June 30, 2006.



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 13:04:58 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1184 invoked from network); 8 May 2006 01:34:00 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
   by celiajay.com with SMTP; 8 May 2006 01:33:58 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-212.vm-mail.com with SMTP; 08 May 2006 02:33:47 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed



This is an advertisement.

* Offer expires June 30, 2006.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Mon May 08 13:04:58 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 5760 invoked from network); 8 May 2006 01:34:07 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
   by celiajay.com with SMTP; 8 May 2006 01:34:00 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-212.vm-mail.com with SMTP; 08 May 2006 02:33:47 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD autolearn=no version=2.63

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed





This is an advertisement.

\* Offer expires June 30, 2006.



This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Mon May 08 13:04:58 2006
X-Persona: <Anthony>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9697 invoked from network); 8 May 2006 01:34:11 -0600
Received: from vm-186-212.vm-mail.com (206.82.186.212)
   by celiajay.com with SMTP; 8 May 2006 01:34:11 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-186-212.vm-mail.com with SMTP; 08 May 2006 02:33:47 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned netw ork.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.



This is an advertisement.

* Offer expires June 30, 2006.



 

**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:53:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16994 invoked from network); 8 May 2006 02:05:14 -0600
Received: from vm-187-174.vm-mail.com (206.82.187.174)
   by itdidnotendright.com with SMTP; 8 May 2006 02:05:08 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-187-174.vm-mail.com with SMTP; 08 May 2006 03:05:05 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
       version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed



This is an advertisement.

* Offer expires June 30, 2006.





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:50:14 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4708 invoked from network); 8 May 2006 02:03:12 -0600
Received: from vm-187-176.vm-mail.com (206.82.187.176)
  by jaycelia.com with SMTP; 8 May 2006 02:03:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-176.vm-mail.com with SMTP; 08 May 2006 03:03:04 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned netw ork.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

 Whichever opt ion you choose, Sears offers:

A large variety of popular door and
drawer styles, with matching hinges and



This is an advertisement.

* Offer expires June 30, 2006.





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon May 08 12:46:38 2006
X-Persona: <Celia>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 21060 invoked from network); 8 May 2006 01:57:57 -0600
Received: from vm-186-130.vm-mail.com (206.82.186.130)
  by greatnorthwest-alpha.org with SMTP; 8 May 2006 01:57:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-130.vm-mail.com with SMTP; 08 May 2006 02:57:55 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned netw ork.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber

of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Mon May 08 08:02:45 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 15236 invoked from network); 8 May 2006 02:05:11 -0600
Received: from vm-187-140.vm-mail.com (206.82.187.140)
  by omniinnovations.com with SMTP; 8 May 2006 02:05:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-140.vm-mail.com with SMTP; 08 May 2006 03:05:06 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010146099111109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_50_60,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"


Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned netw ork.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at
913.660.1300. To remove yourself from receiving further email as a subscriber

of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

From ???@??? Sun Apr 30 14:04:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter346254@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4803 invoked from network); 28 Apr 2006 06:20:04 -0600
Received: from vm-181-47.vm-mail.com (206.82.181.47)
  by jaycelia.com with SMTP; 28 Apr 2006 06:20:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-47.vm-mail.com with SMTP; 28 Apr 2006 07:20:00 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 346254
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346254@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5036]
        * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 0.5 REMOVE_PAGE URI: URL of page called "remove"


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

 A large variety of popular door and drawer styles, with matching hinges and handles

An array of sinks and countertops, available in laminate or Corian by DuPont®

"Turn-key kitchen installation" so there are no surprises

Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.

---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 30 13:59:25 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346254@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 6018 invoked from network); 28 Apr 2006 06:18:20 -0600
Received: from vm-181-211.vm-mail.com (206.82.181.211)
  by clrobin.com with SMTP; 28 Apr 2006 06:18:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-211.vm-mail.com with SMTP; 28 Apr 2006 07:18:14 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111 09
X-MailingID: 346254
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346254@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.



This is an advertisement.

* Offer expires June 30, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 30 13:58:58 2006
X-Persona: <Celia>
Return-Path: <mailcenter346254@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15938 invoked from network); 28 Apr 2006 05:30:39 -0600
Received: from vm-180-66.vm-mail.com (206.82.180.66)
   by jammtomm.com with SMTP; 28 Apr 2006 05:30:32 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-66.vm-mail.com with SMTP; 28 Apr 2006 06:29:46 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 346254
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346254@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Fri Apr 28 18:31:27 2006
X-Persona: <Mila>
Return-Path: <mailcenter346254@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 28 Apr 2006 06:19:52 -0600
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.7 required=7.0 tests=BAYES_60,BLANK_LINES_80_90,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44520868.A76693A3"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4167&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (9.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 1.6 BAYES_60               BODY: Bayesian spam probability is 60 to 70%
                            [score: 0.6185]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 27682 invoked from network); 28 Apr 2006 06:19:50 -0600
Received: from vm-181-113.vm-mail.com (206.82.181.113)
  by xj4x4.net with SMTP; 28 Apr 2006 06:19:49 -0600
Received: from vm-mail.com (192.168.3.20)

```
  by vm-181-113.vm-mail.com with SMTP; 28 Apr 2006 07:19:47 -0500
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 346254
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346254@vm-rewards.com>
Subject:  Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Kitchen So6.htm"
```

```
From ???@??? Fri Apr 07 12:27:25 2006
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 21443 invoked from network); 2 Apr 2006 07:23:46 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by xj4x4.net with SMTP; 2 Apr 2006 07:23:43 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 02 Apr 2006 08:23:25 -0500
X-ClientHost:
10010111909712111010106409710116104111101210991011101161140971080460991 11109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
       DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
       *      [score: 0.4994]
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.5 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.



---

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 12:27:25 2006
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 28322 invoked from network); 2 Apr 2006 07:24:11 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 2 Apr 2006 07:24:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 02 Apr 2006 08:23:25 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4994]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

A large variety of popular door and drawer styles, with matching hinges and handles
An array of sinks and countertops, available in laminate or Corian by DuPont®
"Turn-key kitchen installation" so there are no surprises
Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.

---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:27:25 2006
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 26401 invoked from network); 2 Apr 2006 07:24:03 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by xj4x4.net with SMTP; 2 Apr 2006 07:23:47 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 02 Apr 2006 08:23:25 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4994]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 0.5 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:



- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!

This is an advertisement.

* Offer expires June 30, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 12:27:24 2006
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17026 invoked from network); 2 Apr 2006 07:23:36 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by xj4x4.net with SMTP; 2 Apr 2006 07:23:30 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 02 Apr 2006 08:23:25 -0500
X-ClientHost:
0971101160640971101161041111012109910110116114097108046099111109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4994]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 0.5 REMOVE_PAGE URI: URL of page called "remove"


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:27:24 2006
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19522 invoked from network); 2 Apr 2006 07:23:42 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 2 Apr 2006 07:23:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 02 Apr 2006 08:23:25 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_44,BLANK_LINES_80_90,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4994]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.

---



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 06 22:11:06 2006
X-Persona: <Mila>
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Sun, 02 Apr 2006 08:08:39 -0600
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.8 required=7.0 tests=BAYES_70,BLANK_LINES_80_90,
       DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_442FDAE7.F9D6CC0A"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0775&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (11.8 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.3 BAYES_70               BODY: Bayesian spam probability is 70 to 80%
                            [score: 0.7731]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 28099 invoked from network); 2 Apr 2006 08:08:38 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)

```
  by celiajay.com with SMTP; 2 Apr 2006 08:08:36 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 02 Apr 2006 09:08:34 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject:  Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Kitchen So5.htm"
```

```
From ???@??? Mon Apr 03 09:27:22 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1167 invoked from network); 2 Apr 2006 08:09:01 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 2 Apr 2006 08:09:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 02 Apr 2006 09:08:44 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.6 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 02 17:23:07 2006
X-Persona: <Jay>
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31527 invoked from network); 2 Apr 2006 08:08:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by itdidnotendright.com with SMTP; 2 Apr 2006 08:08:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 02 Apr 2006 09:08:44 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.6 required=7.0 tests=BAYES_56,BLANK_LINES_80_90,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 BAYES_56 BODY: Bayesian spam probability is 56 to 60%
        *      [score: 0.5786]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.5 REMOVE_PAGE URI: URL of page called "remove"
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 02 17:13:46 2006
X-Persona: <Jon>
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 1167 invoked from network); 2 Apr 2006 08:09:01 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 2 Apr 2006 08:09:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 02 Apr 2006 09:08:44 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.6 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed.
Respond now!



This is an advertisement.

* Offer expires June 30, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**



**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 02 17:08:10 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4995 invoked from network); 2 Apr 2006 08:07:37 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 2 Apr 2006 08:07:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 02 Apr 2006 09:07:29 -0500
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject:  Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



Wouldn't you love to have your old kitchen transformed into the
kitchen of your dreams? Let a Sears Design Consultant show you how
quick and easy it can be! With Custom Cabinet Refacing, your kitchen
can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide
a custom-designed look to match your style and budget.



This is an advertisement.

* Offer expires June 30, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 02 17:05:29 2006
X-Persona: <Celia>
Return-Path: <mailcenter341364@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 3233 invoked from network); 2 Apr 2006 07:42:55 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 2 Apr 2006 07:42:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 02 Apr 2006 08:42:40 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 341364
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+341364@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
       REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 0.8 REMOVE_PAGE URI: URL of page called "remove"


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires June 30, 2006.

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:35:26 2006
X-Persona: <Jay>
Return-Path: <mailcenter340898@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16000 invoked from network); 27 Mar 2006 11:11:15 -0600
Received: from vm-181-130.vm-mail.com (206.82.181.130)
  by jaycelia.com with SMTP; 27 Mar 2006 11:11:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-130.vm-mail.com with SMTP; 27 Mar 2006 11:11:00 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340898
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340898@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
    DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
    autolearn=no version=2.63
X-Spam-Report:
    *  1.9 DATE_MISSING Missing Date: header
    *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.1 HTML_MESSAGE BODY: HTML included in message
    *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
    *      [score: 0.5422]
    *  2.6 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
    *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
    *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
    *  0.5 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.

---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 17:16:03 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340898@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17761 invoked from network); 27 Mar 2006 11:11:18 -0600
Received: from vm-181-247.vm-mail.com (206.82.181.247)
  by rcw19190020.com with SMTP; 27 Mar 2006 11:11:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-247.vm-mail.com with SMTP; 27 Mar 2006 11:11:02 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 340898
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340898@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 10 12:42:43 2006
X-Persona: <Jay>
Return-Path: <mailcenter339748@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 25956 invoked from network); 9 Mar 2006 14:40:59 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by ehahome.com with SMTP; 9 Mar 2006 14:40:52 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 09 Mar 2006 14:40:35 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339748
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339748@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.6 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed.
Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 10 12:40:27 2006
X-Persona: <Celia>
Return-Path: <mailcenter339748@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27234 invoked from network); 9 Mar 2006 15:17:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 9 Mar 2006 15:17:32 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 09 Mar 2006 15:17:20 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 339748
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339748@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.6 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]




Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.
```





Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed. Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

 **If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 10 12:40:25 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339748@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23618 invoked from network); 9 Mar 2006 14:39:05 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by xj4x4.net with SMTP; 9 Mar 2006 14:39:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 09 Mar 2006 14:38:48 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339748
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339748@vm-rewards.com>
Subject:  Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.



This is an advertisement.

* Offer expires March 31, 2006.



---

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Mar 10 10:30:18 2006
X-Persona: <Mila>
Return-Path: <mailcenter339748@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 09 Mar 2006 14:40:53 -0600
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.7 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441092D5.FB25FFE6"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9627&e=mila@jammtomm.com
  visiting this link This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network. [...]

Content analysis details:   (11.7 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9411]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 22787 invoked from network); 9 Mar 2006 14:40:52 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)

```
  by clrobin.com with SMTP; 9 Mar 2006 14:40:40 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 09 Mar 2006 14:40:27 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339748
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+339748@vm-rewards.com>
Subject:  Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Kitchen So4.htm"
```

```
From ???@??? Thu Mar 09 16:49:11 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339748@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 30625 invoked from network); 9 Mar 2006 14:41:07 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by clrobin.com with SMTP; 9 Mar 2006 14:40:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 09 Mar 2006 14:40:36 -0600
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 339748
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339748@vm-rewards.com>
Subject: *****SPAM***** Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.6 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_12,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  1.0 HTML_IMAGE_ONLY_12 BODY: HTML: images with 1000-1200 bytes of
words
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.8 REMOVE_PAGE URI: URL of page called "remove"
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]



Images not loading? View this offer by visiting this link


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.
```





Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:

- A large variety of popular door and drawer styles, with matching hinges and handles
- An array of sinks and countertops, available in laminate or Corian by DuPont®
- "Turn-key kitchen installation" so there are no surprises
- Convenient financing plans**

You can count on Sears for quality and craftsmanship.

See how beautifully and quickly your kitchen can be transformed.
Respond now!



This is an advertisement.

* Offer expires March 31, 2006.



 **Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**


**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 09 14:10:17 2006
X-Persona: <RCW>
Return-Path: <mailcenter339748@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 1698 invoked from network); 9 Mar 2006 14:30:41 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by xj4x4.net with SMTP; 9 Mar 2006 14:30:39 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 09 Mar 2006 14:30:11 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 339748
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339748@vm-rewards.com>
Subject:  Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed look to match your style and budget.

Whichever option you choose, Sears offers:





This is an advertisement.

* Offer expires March 31, 2006.



**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri May 12 22:31:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter347642@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 13985 invoked from network); 8 May 2006 02:05:08 -0600
Received: from vm-187-26.vm-mail.com (206.82.187.26)
  by rcw19190020.com with SMTP; 8 May 2006 02:05:03 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-187-26.vm-mail.com with SMTP; 08 May 2006 03:04:54 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 347642
From: The Home Specialists <TheHomeSpecialists@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+347642@vm-rewards.com>
Subject: Sears Kitchen Solutions: Your dream kitchen awaits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



Wouldn't you love to have your old kitchen transformed into the kitchen of your dreams? Let a Sears Design Consultant show you how quick and easy it can be! With Custom Cabinet Refacing, your kitchen can get a stylish facelift in about 4-6 days.

Or if you prefer installation of all new cabinets, Sears can provide a custom-designed



This is an advertisement.

* Offer expires June 30, 2006.



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Mar 16 14:57:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter340008@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 4097 invoked from network); 14 Mar 2006 12:28:02 -0600
Received: from vm-180-32.vm-mail.com (206.82.180.32)
  by xj4x4.net with SMTP; 14 Mar 2006 12:28:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-32.vm-mail.com with SMTP; 14 Mar 2006 12:27:43 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 340008
From: The Online Dating Experts    <TheOnlineDatingExperts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340008@vm-rewards.com>
Subject: *****SPAM***** Heat up your spring and find love now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.4 required=7.0 tests=BLANK_LINES_70_80,CLICK_BELOW,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_04,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_LINK_CLICK_HERE BODY: HTML link text says "click here"
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.0 CLICK_BELOW Asks you to click below


Images not loading? View this offer by visiting this link



Click here to start your 7 free days!*



Email and chat with
women near you
Browse members' private
photos



**Live webcams show women at their most spontaneous**

---

**True.com, 5215 N. O'Connor, Suite 1600, Irving, TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 16 14:58:03 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340008@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 16482 invoked from network); 14 Mar 2006 11:51:34 -0600
Received: from vm-180-95.vm-mail.com (206.82.180.95)
   by chiefmusician.net with SMTP; 14 Mar 2006 11:51:29 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-95.vm-mail.com with SMTP; 14 Mar 2006 11:51:10 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 340008
From:  The Online Dating Experts   <TheOnlineDatingExperts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340008@vm-rewards.com>
Subject:  Heat up your spring and find love now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Click here to start your 7 free days!*

Email and chat with
women near you
Browse members' private
photos
Live webcams show
women at
their most spontaneous

**True.com, 5215 N. O'Connor, Suite 1600, Irving, TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:15:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 10242 invoked from network); 25 Apr 2006 16:04:01 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 25 Apr 2006 16:04:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 17:03:51 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5005]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:15:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 13569 invoked from network); 25 Apr 2006 16:04:11 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by omniinnovations.com with SMTP; 25 Apr 2006 16:04:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 17:04:01 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5005]
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:15:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 14624 invoked from network); 25 Apr 2006 16:04:12 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 25 Apr 2006 16:04:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 17:03:51 -0500
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5005]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:15:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 16067 invoked from network); 25 Apr 2006 16:04:14 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 25 Apr 2006 16:04:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 17:03:51 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5005]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:15:26 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 18176 invoked from network); 25 Apr 2006 16:04:17 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by itdidnotendright.com with SMTP; 25 Apr 2006 16:04:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 17:03:51 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5005]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:03:28 2006
X-Persona: <Jay>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28704 invoked from network); 25 Apr 2006 17:19:36 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 25 Apr 2006 17:19:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 18:19:34 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.4 required=7.0 tests=BAYES_60,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 1.6 BAYES_60 BODY: Bayesian spam probability is 60 to 70%
        *     [score: 0.6463]
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:59:47 2006
X-Persona: <Jon>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29250 invoked from network); 25 Apr 2006 17:19:37 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 25 Apr 2006 17:19:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 18:19:35 -0500
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 07:58:47 2006
X-Persona: <Celia>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1825 invoked from network); 25 Apr 2006 18:55:02 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by anthonycentral.com with SMTP; 25 Apr 2006 18:55:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 19:54:59 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 07:58:44 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 21443 invoked from network); 25 Apr 2006 14:06:05 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 25 Apr 2006 14:06:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Apr 2006 15:06:03 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

From ???@??? Tue Apr 25 20:55:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 25 Apr 2006 17:18:18 -0600
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** View photos of singles in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444EAE3A.0F92A8BE"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3707&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3707&e=mila@jammtomm.com
  URI:http://ogy.cc/truegoodls_files/pimplefaced_01a.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 19937 invoked from network); 25 Apr 2006 17:18:15 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 25 Apr 2006 17:18:14 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 18:18:01 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM View
photos of s11.htm"
```

From ???@??? Thu Apr 20 12:33:14 2006
X-Persona: <Mila>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 17 Apr 2006 11:51:37 -0600
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: jamila <mila@jammtomm.com>
Subject: *****SPAM***** View photos of singles in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4443D5A9.3A4189C0"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2501&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2501&e=mila@jammtomm.com
  URI:http://ogy.cc/truegoodls_files/pimplefaced_01a.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
               [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 12292 invoked from network); 17 Apr 2006 11:51:30 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by greatnorthwest-alpha.org with SMTP; 17 Apr 2006 11:51:23 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Apr 2006 12:51:22 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM View
photos of s9.htm"
```

From ???@??? Thu Apr 20 12:27:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 21474 invoked from network); 17 Apr 2006 12:02:25 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 12:02:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 13:02:12 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:27:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 27585 invoked from network); 17 Apr 2006 12:02:34 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 12:02:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 13:02:12 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





---

 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:27:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 29069 invoked from network); 17 Apr 2006 12:02:36 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 12:02:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 13:02:12 -0500
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:27:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1057 invoked from network); 17 Apr 2006 12:02:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 12:02:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 13:02:12 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_ONLY,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *      [score: 0.5008]
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:27:16 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3012 invoked from network); 17 Apr 2006 12:02:49 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 12:02:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 13:02:12 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.0 BAYES_50 BODY: Bayesian spam probability is 50 to 56%
        *     [score: 0.5008]
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 20 12:25:48 2006
X-Persona: <Jay>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13857 invoked from network); 17 Apr 2006 11:51:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by gordonworks.com with SMTP; 17 Apr 2006 11:51:31 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 17 Apr 2006 12:51:29 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
        *      [score: 0.7393]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 20 12:17:53 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 11365 invoked from network); 17 Apr 2006 11:50:23 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 17 Apr 2006 11:50:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Apr 2006 12:50:22 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 20 12:17:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 11872 invoked from network); 17 Apr 2006 14:15:51 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 17 Apr 2006 14:15:49 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 17 Apr 2006 15:15:37 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *         [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Apr 17 17:28:41 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343800@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13472 invoked from network); 17 Apr 2006 11:51:32 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 17 Apr 2006 11:51:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Apr 2006 12:51:29 -0500
X-ClientHost: 10611111006410609712110709712115112108097099101046099111109
X-MailingID: 343800
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343800@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





  **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:54:48 2006
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 13955 invoked from network); 4 Apr 2006 17:45:09 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 4 Apr 2006 17:45:04 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 04 Apr 2006 18:44:58 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039



If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 12:54:48 2006
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 15746 invoked from network); 4 Apr 2006 17:45:12 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 4 Apr 2006 17:45:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 04 Apr 2006 18:44:58 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 12:54:48 2006
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15712 invoked from network); 4 Apr 2006 17:45:12 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 4 Apr 2006 17:45:11 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 04 Apr 2006 18:45:00 -0500
X-ClientHost: 116106064097110116104111101210991011101161140971080460 99111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:54:48 2006
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 17792 invoked from network); 4 Apr 2006 17:45:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 4 Apr 2006 17:45:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 04 Apr 2006 18:44:58 -0500
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 12:54:48 2006
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 16610 invoked from network); 4 Apr 2006 17:45:13 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 4 Apr 2006 17:45:12 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 04 Apr 2006 18:44:58 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 06 22:17:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 04 Apr 2006 18:35:01 -0600
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** View photos of singles in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443310B5.8A08FFEB"


Attachments:
SPAM View photos of s6.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1175&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1175&e=mila@jammtomm.com
  URI:http://ogy.cc/truegoodls_files/pimplefaced_01a.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
            [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15365 invoked from network); 4 Apr 2006 18:34:54 -0600

```
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by anthonycentral.com with SMTP; 4 Apr 2006 18:34:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 19:34:49 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM View
photos of s6.htm"
```

```
From ???@??? Wed Apr 05 22:42:19 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22369 invoked from network); 4 Apr 2006 18:35:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 4 Apr 2006 18:35:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 19:35:05 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:35:21 2006
X-Persona: <Jay>
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22593 invoked from network); 4 Apr 2006 18:35:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by anthonycentral.com with SMTP; 4 Apr 2006 18:35:06 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 04 Apr 2006 19:35:04 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
       autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
       *      [score: 0.7416]
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:35:15 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 15301 invoked from network); 4 Apr 2006 18:33:22 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 4 Apr 2006 18:33:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 19:33:03 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160046099111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:33:23 2006
X-Persona: <Jon>
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22369 invoked from network); 4 Apr 2006 18:35:10 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 4 Apr 2006 18:35:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 04 Apr 2006 19:35:05 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Apr 04 20:31:53 2006
X-Persona: <Celia>
Return-Path: <mailcenter342202@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 4484 invoked from network); 4 Apr 2006 20:12:02 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 4 Apr 2006 20:12:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 04 Apr 2006 21:11:59 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 342202
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342202@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 20:56:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 9030 invoked from network); 27 Mar 2006 07:29:05 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 27 Mar 2006 07:29:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Mar 2006 07:28:52 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 20:56:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 9857 invoked from network); 27 Mar 2006 07:29:06 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 27 Mar 2006 07:29:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Mar 2006 07:28:52 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 20:56:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 11395 invoked from network); 27 Mar 2006 07:29:12 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 27 Mar 2006 07:29:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Mar 2006 07:28:52 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:56:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12355 invoked from network); 27 Mar 2006 07:29:15 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 27 Mar 2006 07:29:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Mar 2006 07:28:52 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039



If you can not see our footer image, please visit here.

```
From ???@??? Mon Mar 27 20:56:43 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 13123 invoked from network); 27 Mar 2006 07:29:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 27 Mar 2006 07:29:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Mar 2006 07:28:52 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:35:25 2006
X-Persona: <Jay>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22817 invoked from network); 27 Mar 2006 08:24:03 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gnwalpha.org with SMTP; 27 Mar 2006 08:24:00 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 27 Mar 2006 08:23:47 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
      *     [score: 0.7795]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 20:29:18 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28550 invoked from network); 27 Mar 2006 08:22:41 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 27 Mar 2006 08:22:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 27 Mar 2006 08:22:02 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 20:26:00 2006
X-Persona: <Celia>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19136 invoked from network); 27 Mar 2006 07:59:10 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by omniinnovations.com with SMTP; 27 Mar 2006 07:59:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 27 Mar 2006 07:58:58 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Mar 27 17:15:45 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22946 invoked from network); 27 Mar 2006 08:24:03 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 27 Mar 2006 08:24:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 27 Mar 2006 08:23:48 -0600
X-ClientHost: 10611111006410609712110709712111511211208097099101046099111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

From ???@??? Mon Mar 27 17:12:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter340892@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 27 Mar 2006 08:23:53 -0600
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** View photos of singles in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4427F579.AF33FF9C"


Attachments:
SPAM View photos of s1.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(0339&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(0339&e=mila@jammtomm.com
  URI:http://ogy.cc/truegoodls_files/pimplefaced_01a.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17792 invoked from network); 27 Mar 2006 08:23:51 -0600

```
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 27 Mar 2006 08:23:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 27 Mar 2006 08:23:36 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340892
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340892@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM View
photos of s1.htm"
```

```
From ???@??? Sat Mar 18 21:31:44 2006
X-Persona: <Mila>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 17 Mar 2006 14:19:21 -0600
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** View photos of singles in your area
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=13.3 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_441B19C9.3C924D3A"
```

**Attachments:**
SPAM View photos of s.htm


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9953&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9953&e=mila@jammtomm.com
  URI:http://ogy.cc/truegoodls_files/pimplefaced_01a.gif [...]

Content analysis details:   (13.3 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 5473 invoked from network); 17 Mar 2006 14:19:18 -0600

```
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gordonworks.com with SMTP; 17 Mar 2006 14:19:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Mar 2006 14:18:42 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM View
photos of s.htm"
```

```
From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 22945 invoked from network); 17 Mar 2006 14:12:09 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 17 Mar 2006 14:12:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 14:11:56 -0600
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
    DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 23906 invoked from network); 17 Mar 2006 14:12:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 17 Mar 2006 14:12:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 14:11:56 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 24867 invoked from network); 17 Mar 2006 14:12:12 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 17 Mar 2006 14:12:12 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 14:11:56 -0600
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63


Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 26691 invoked from network); 17 Mar 2006 14:12:14 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 17 Mar 2006 14:12:13 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 14:11:56 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**



**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:59:38 2006
X-Persona: <Anthony>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 30753 invoked from network); 17 Mar 2006 14:12:24 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by itdidnotendright.com with SMTP; 17 Mar 2006 14:12:22 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 17 Mar 2006 14:11:56 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:49:49 2006
X-Persona: <Jay>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 10724 invoked from network); 17 Mar 2006 14:19:25 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by jammtomm.com with SMTP; 17 Mar 2006 14:19:25 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Mar 2006 14:18:57 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BAYES_70,BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  2.3 BAYES_70 BODY: Bayesian spam probability is 70 to 80%
      *      [score: 0.7898]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:46:35 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 32320 invoked from network); 17 Mar 2006 14:15:58 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by celiajay.com with SMTP; 17 Mar 2006 14:15:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Mar 2006 14:15:39 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Mar 18 12:45:30 2006
X-Persona: <Celia>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 994 invoked from network); 17 Mar 2006 15:06:54 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by ehahome.com with SMTP; 17 Mar 2006 15:06:50 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 17 Mar 2006 15:06:36 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.8 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 17 22:02:41 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 14053 invoked from network); 17 Mar 2006 14:19:33 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by gnwalpha.org with SMTP; 17 Mar 2006 14:19:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 17 Mar 2006 14:18:58 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Mar 17 12:51:04 2006
X-Persona: <RCW>
Return-Path: <mailcenter340140@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 23396 invoked from network); 17 Mar 2006 14:09:11 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by celiajay.com with SMTP; 17 Mar 2006 14:09:09 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 17 Mar 2006 14:08:56 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 340140
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+340140@vm-rewards.com>
Subject: View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 08:20:22 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345540@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29250 invoked from network); 25 Apr 2006 17:19:37 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 25 Apr 2006 17:19:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 18:19:35 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 345540
From: The Online Dating Experts <OnlineDating@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345540@vm-rewards.com>
Subject: *****SPAM***** View photos of singles in your area
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.1 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





 **True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:36:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 13089 invoked from network); 1 May 2006 04:41:04 -0600
Received: from vm-185-41.vm-mail.com (206.82.185.41)
   by jammtomm.com with SMTP; 1 May 2006 04:41:04 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-41.vm-mail.com with SMTP; 01 May 2006 05:41:03 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:36:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 13537 invoked from network); 1 May 2006 04:41:05 -0600
Received: from vm-185-41.vm-mail.com (206.82.185.41)
  by jammtomm.com with SMTP; 1 May 2006 04:41:05 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-41.vm-mail.com with SMTP; 01 May 2006 05:41:03 -0500
X-ClientHost:
0991041170991070640971101161041111101210991011101161140971080460099111109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Wed May 03 09:36:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 14498 invoked from network); 1 May 2006 04:41:06 -0600
Received: from vm-185-41.vm-mail.com (206.82.185.41)
  by jammtomm.com with SMTP; 1 May 2006 04:41:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-41.vm-mail.com with SMTP; 01 May 2006 05:41:03 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





 

**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

From ???@??? Wed May 03 09:36:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14016 invoked from network); 1 May 2006 04:41:06 -0600
Received: from vm-185-41.vm-mail.com (206.82.185.41)
  by jammtomm.com with SMTP; 1 May 2006 04:41:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-41.vm-mail.com with SMTP; 01 May 2006 05:41:03 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:36:37 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15010 invoked from network); 1 May 2006 04:41:07 -0600
Received: from vm-185-41.vm-mail.com (206.82.185.41)
   by jammtomm.com with SMTP; 1 May 2006 04:41:07 -0600
Received: from vm-mail.com (10.0.0.42)
   by vm-185-41.vm-mail.com with SMTP; 01 May 2006 05:41:03 -0500
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:34:13 2006
X-Persona: <Jay>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 20161 invoked from network); 1 May 2006 05:24:27 -0600
Received: from vm-186-170.vm-mail.com (206.82.186.170)
  by gordonworks.com with SMTP; 1 May 2006 05:24:19 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-170.vm-mail.com with SMTP; 01 May 2006 06:24:14 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_60,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY
       autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 09:29:35 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12521 invoked from network); 1 May 2006 05:22:23 -0600
Received: from softdnserror (HELO vm-186-144.vm-mail.com) (206.82.186.144)
  by itdidnotendright.com with SMTP; 1 May 2006 05:21:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-144.vm-mail.com with SMTP; 01 May 2006 06:20:47 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:28:48 2006
X-Persona: <Celia>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 10627 invoked from network); 1 May 2006 05:14:52 -0600
Received: from vm-185-71.vm-mail.com (206.82.185.71)
  by jaycelia.com with SMTP; 1 May 2006 05:14:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-185-71.vm-mail.com with SMTP; 01 May 2006 06:12:36 -0500
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: *****SPAM***** Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       NO_DNS_FOR_FROM,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.1 NO_DNS_FOR_FROM Domain in From header has no MX or A DNS records
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Tue May 02 20:39:24 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 24741 invoked from network); 1 May 2006 05:24:42 -0600
Received: from vm-186-224.vm-mail.com (206.82.186.224)
  by anthonycentral.com with SMTP; 1 May 2006 05:24:29 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-224.vm-mail.com with SMTP; 01 May 2006 06:24:15 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

True(TM), 5215 North O'Connor, Suite 1600 Irving TX 75039

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Wed May 03 21:13:49 2006
X-Persona: <Mila>
Return-Path: <mailcenter346526@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 01 May 2006 05:24:50 -0600
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Are you ready to date? Singles in your area here
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
        HTML_IMAGE_RATIO_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_DYNABLOCK,RCVD_IN_SORBS autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4455F002.3E77AFD1"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(4441&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(4441&e=mila@jammtomm.com
  URI:http://ogy.cc/truegoodls_files/pimplefaced_01a.gif [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 0.9986]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 2.6 RCVD_IN_DYNABLOCK      RBL: Sent directly from dynamic IP address
                            [206.82.186.178 listed in dnsbl.sorbs.net]
 0.1 RCVD_IN_SORBS          RBL: SORBS: sender is listed in SORBS
                            [206.82.186.178 listed in dnsbl.sorbs.net]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 9525 invoked from network); 1 May 2006 05:23:51 -0600
Received: from vm-186-178.vm-mail.com (206.82.186.178)
  by jaykaysplace.com with SMTP; 1 May 2006 05:23:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-178.vm-mail.com with SMTP; 01 May 2006 06:23:21 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 346526
From: The Online Dating Experts <TheOnlineDatingExperts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346526@vm-rewards.com>
Subject: Are you ready to date? Singles in your area here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Are you
ready to.htm"
```

From ???@??? Wed Dec 31 06:24:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <264150-30370>; Wed, 31 Dec 2003 08:34:55 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <226351-30375>; Wed, 31 Dec 2003 08:33:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 07:33:58 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 232932
From: The phone company <LongDistanceRates@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The phone company <LongDistanceRates232932@replies.virtumundo.com>
Subject: Stop paying long distance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.083359-0500_est.226351-30375+19448@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 08:33:59 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 31 06:24:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <262550-30370>; Wed, 31 Dec 2003 08:34:55 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <264662-30377>; Wed, 31 Dec 2003 08:34:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 07:33:58 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 232932
From: The phone company <LongDistanceRates@vmadmin.com>
To:   Jay  <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The phone company <LongDistanceRates232932@replies.virtumundo.com>
Subject: Stop paying long distance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.083401-0500_est.264662-30377+18931@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 08:33:59 -0500





        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 31 06:24:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <264296-30370>; Wed, 31 Dec 2003 08:34:55 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <264659-30377>; Wed, 31 Dec 2003 08:33:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 07:33:58 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 232932
From: The phone company <LongDistanceRates@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The phone company <LongDistanceRates232932@replies.virtumundo.com>
Subject: Stop paying long distance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.083359-0500_est.264659-30377+18930@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 08:33:59 -0500
```



      You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.