From ???@??? Wed Dec 31 06:24:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <237634-30370>; Wed, 31 Dec 2003 08:34:55 -0500
Received: from vm114.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <262734-30377>; Wed, 31 Dec 2003 08:33:59 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm114.vmadmin.com with SMTP; 31 Dec 2003 07:33:58 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 232932
From: The phone company <LongDistanceRates@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The phone company <LongDistanceRates232932@replies.virtumundo.com>
Subject: Stop paying long distance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.083359-0500_est.262734-30377+18928@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 08:33:58 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 31 06:24:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <264594-30370>; Wed, 31 Dec
2003 08:34:55 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com
with ESMTP id <264663-30379>; Wed, 31 Dec 2003 08:34:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 31 Dec 2003 07:33:58 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 232932
From: The phone company <LongDistanceRates@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: The phone company <LongDistanceRates232932@replies.virtumundo.com>
Subject: Stop paying long distance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.083401-0500_est.264663-30379+18813@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 08:34:00 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 10 13:52:58 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334492@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17090 invoked from network); 9 Jan 2006 11:13:31 -0600
Received: from vm-180-26.vm-mail.com (206.82.180.26)
  by clrobin.com with SMTP; 9 Jan 2006 11:13:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-26.vm-mail.com with SMTP; 09 Jan 2006 11:13:12 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334492
From: The Poker Experts <ThePokerExperts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334492@vm-rewards.com>
Subject: Your #1 poker resource - learn and chat
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Poker Expert, 0819-12260, Zona 6A, Panama, Republic of Panama

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 10 11:55:09 2006
X-Persona: <Celia>
Return-Path: <mailcenter334492@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 14593 invoked from network); 9 Jan 2006 11:22:58 -0600
Received: from vm-182-204.vm-mail.com (206.82.182.204)
  by anthonycentral.com with SMTP; 9 Jan 2006 11:22:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-204.vm-mail.com with SMTP; 09 Jan 2006 11:22:44 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334492
From: The Poker Experts <ThePokerExperts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334492@vm-rewards.com>
Subject: *****SPAM***** Your #1 poker resource - learn and chat
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





 **Poker Expert, 0819-12260, Zona 6A, Panama, Republic of Panama**



**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 10 11:23:49 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334492@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17090 invoked from network); 9 Jan 2006 11:13:31 -0600
Received: from vm-180-26.vm-mail.com (206.82.180.26)
  by clrobin.com with SMTP; 9 Jan 2006 11:13:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-26.vm-mail.com with SMTP; 09 Jan 2006 11:13:12 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 334492
From: The Poker Experts <ThePokerExperts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334492@vm-rewards.com>
Subject: Your #1 poker resource - learn and chat
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



Poker Expert, 0819-12260, Zona 6A, Panama, Republic of Panama

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 09 15:20:07 2006
X-Persona: <Mila>
Return-Path: <mailcenter334492@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Mon, 09 Jan 2006 11:13:59 -0600
From: The Poker Experts <ThePokerExperts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Your #1 poker resource - learn and chat
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C299D7.7C52F906"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'6659&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'6659&e=mila@jammtomm.com
  URI:http://ogy.cc/buboy2004/fpa3_01.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY  BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 32451 invoked from network); 9 Jan 2006 11:13:57 -0600
Received: from vm-180-160.vm-mail.com (206.82.180.160)
  by clrobin.com with SMTP; 9 Jan 2006 11:13:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-160.vm-mail.com with SMTP; 09 Jan 2006 11:13:43 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 334492
From: The Poker Experts <ThePokerExperts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334492@vm-rewards.com>
Subject: Your #1 poker resource - learn and chat
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Your #1
poker re.htm"
```

```
From ???@??? Tue Jan 10 15:32:35 2006
Return-Path: <mailcenter334492@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 10368 invoked from network); 9 Jan 2006 11:12:32 -0600
Received: from vm-181-88.vm-mail.com (206.82.181.88)
   by gordonworks.com with SMTP; 9 Jan 2006 11:12:28 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-88.vm-mail.com with SMTP; 09 Jan 2006 11:12:17 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334492
From: The Poker Experts <ThePokerExperts@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334492@vm-rewards.com>
Subject: Your #1 poker resource - learn and chat
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Poker Expert, 0819-12260, Zona 6A, Panama, Republic of Panama**

    **If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 23 17:57:24 2006
X-Persona: <Jon>
Return-Path: <mailcenter338828@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 2435 invoked from network); 23 Feb 2006 16:11:20 -0600
Received: from vm-181-97.vm-mail.com (206.82.181.97)
  by rcw19190020.com with SMTP; 23 Feb 2006 16:11:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-97.vm-mail.com with SMTP; 23 Feb 2006 16:11:05 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 338828
From: Theatre Specials <TheatreSpecials@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338828@vm-rewards.com>
Subject: *****SPAM***** NYC Dinner & Theatre – just $69.95!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.181.97>]
```





 **Theatre Specials, 20 Marshall Street - Suite 305, South Norwalk, CT 06854**

 **If you can not see our footer image, please** _visit here_.

```
From ???@??? Thu Feb 23 17:59:41 2006
X-Persona: <Jay>
Return-Path: <mailcenter338828@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 1665 invoked from network); 23 Feb 2006 16:11:19 -0600
Received: from vm-181-68.vm-mail.com (206.82.181.68)
  by jammtomm.com with SMTP; 23 Feb 2006 16:11:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-68.vm-mail.com with SMTP; 23 Feb 2006 16:11:05 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 338828
From: Theatre Specials <TheatreSpecials@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338828@vm-rewards.com>
Subject: NYC Dinner & Theatre – just $69.95!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Theatre Specials, 20 Marshall Street - Suite 305, South Norwalk, CT 06854**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 24 21:36:55 2006
Return-Path: <mailcenter336106@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 18694 invoked from network); 24 Jan 2006 11:13:21 -0600
Received: from vm-177-96.vm-mail.com (206.82.177.96)
  by clrobin.com with SMTP; 24 Jan 2006 11:13:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-96.vm-mail.com with SMTP; 24 Jan 2006 11:13:08 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336106
From: Thin Magic <ThinMagic@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336106@vm-rewards.com>
Subject: The celebrity beauty secret!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

Thinmagic.com, 5205 Prospect Road #135-116, San Jose, CA 95129

If you can not see our footer image, please visit here.

From ???@??? Tue Jan 24 18:13:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter336106@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 24 Jan 2006 11:14:36 -0600
From: Thin Magic <ThinMagic@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** The celebrity beauty secret!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D6607C.14421ECD"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7587&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7587&e=mila@jammtomm.com
  URI:http://ogy.cc/Swimsuit.JPG [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 1.5 BLANK_LINES_80_90       BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 19170 invoked from network); 24 Jan 2006 11:14:31 -0600
Received: from vm-180-51.vm-mail.com (206.82.180.51)
  by gnwalpha.org with SMTP; 24 Jan 2006 11:14:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-51.vm-mail.com with SMTP; 24 Jan 2006 11:14:18 -0600

```
X-ClientHost: 10910510809706410609710910911611111091090460099111109
X-MailingID: 336106
From: Thin Magic <ThinMagic@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336106@vm-rewards.com>
Subject: The celebrity beauty secret!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM The
celebrity be.htm"
```

```
From ???@??? Thu Jan 26 11:11:52 2006
X-Persona: <Celia>
Return-Path: <mailcenter336106@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 3104 invoked from network); 24 Jan 2006 11:20:41 -0600
Received: from vm-182-144.vm-mail.com (206.82.182.144)
  by omniinnovations.com with SMTP; 24 Jan 2006 11:20:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-144.vm-mail.com with SMTP; 24 Jan 2006 11:20:26 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336106
From: Thin Magic <ThinMagic@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336106@vm-rewards.com>
Subject: *****SPAM***** The celebrity beauty secret!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Thinmagic.com, 5205 Prospect Road #135-116, San Jose, CA 95129

If you can not see our footer image, please visit here.

```
From ???@??? Sun Nov 30 08:30:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217780-3169>; Sun, 30 Nov 2003 01:58:22 -0500
Received: from vm215.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <230231-3177>; Sun, 30 Nov 2003 01:57:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 30 Nov 2003 00:57:34 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 208368
From: This Blue Pill <ChangeYourLoveLife@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: This Blue Pill <ChangeYourLoveLife208368@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.015736-0500_est.230231-3177+53545@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 01:57:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 30 08:30:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <227328-3179>; Sun, 30 Nov
2003 01:58:22 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <230313-3178>; Sun, 30 Nov 2003 01:57:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 30 Nov 2003 00:57:34 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 208368
From: This Blue Pill <ChangeYourLoveLife@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: This Blue Pill <ChangeYourLoveLife208368@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.015736-0500_est.230313-3178+53755@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 01:57:35 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 08:30:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230105-3172>; Sun, 30 Nov 2003 01:58:22 -0500
Received: from vm215.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <230138-3173>; Sun, 30 Nov 2003 01:57:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 30 Nov 2003 00:57:34 -0600
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 208368
From: This Blue Pill <ChangeYourLoveLife@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: This Blue Pill <ChangeYourLoveLife208368@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.015736-0500_est.230138-3173+55286@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 01:57:34 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 30 08:30:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230106-3171>; Sun, 30 Nov 2003 01:58:22 -0500
Received: from vm215.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <227328-3175>; Sun, 30 Nov 2003 01:57:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 30 Nov 2003 00:57:34 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504 6099111109
X-MailingID: 208368
From: This Blue Pill <ChangeYourLoveLife@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: This Blue Pill <ChangeYourLoveLife208368@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.015734-0500_est.227328-3175+54699@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 01:57:34 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 30 08:30:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230112-3176>; Sun, 30 Nov 2003 01:58:22 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <217780-3177>; Sun, 30 Nov 2003 01:57:36 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 30 Nov 2003 00:57:34 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 208368
From: This Blue Pill <ChangeYourLoveLife@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: This Blue Pill <ChangeYourLoveLife208368@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.015736-0500_est.217780-3177+53544@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 01:57:35 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 30 13:06:45 2005
X-Persona: <Celia>
Return-Path: <mailcenter333886@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 19234 invoked from network); 30 Dec 2005 11:32:45 -0600
Received: from vm-180-189.vm-mail.com (206.82.180.189)
   by gnwalpha.org with SMTP; 30 Dec 2005 11:32:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-189.vm-mail.com with SMTP; 30 Dec 2005 11:32:29 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 333886
From: Thousands Of Satisfied Customers <ThousandCustomers@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333886@vm-rewards.com>
Subject: *****SPAM***** Find and sell products online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



26 Red Marketing, LLC, 3549 North University Provo, UT 84604



If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 13:06:41 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333886@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 4674 invoked from network); 30 Dec 2005 11:20:57 -0600
Received: from vm-177-34.vm-mail.com (206.82.177.34)
  by chiefmusician.net with SMTP; 30 Dec 2005 11:20:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-34.vm-mail.com with SMTP; 30 Dec 2005 11:20:43 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333886
From: Thousands Of Satisfied Customers <ThousandCustomers@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333886@vm-rewards.com>
Subject: Find and sell products online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---



26 Red Marketing, LLC, 3549 North University Provo, UT 84604



If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 01 19:31:12 2006
X-Persona: <Mila>
Return-Path: <mailcenter333886@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Dec 2005 11:21:38 -0600
From: Thousands Of Satisfied Customers <ThousandCustomers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Find and sell products online
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B56CA2.DF8BE7BB"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6418&e=mila@jammtomm.com
  URI:http://ogy.cc/50k.jpg
  URI:http://redirect.virtumundo.com/bt?m33886&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 26080 invoked from network); 30 Dec 2005 11:21:35 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
  by gnwalpha.org with SMTP; 30 Dec 2005 11:21:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-43.vm-mail.com with SMTP; 30 Dec 2005 11:21:19 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
```

```
X-MailingID: 333886
From: Thousands Of Satisfied Customers <ThousandCustomers@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333886@vm-rewards.com>
Subject: Find and sell products online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Find and
sell pr.htm"
```

```
From ???@??? Sat Nov 29 17:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217294-3172>; Sat, 29 Nov
2003 17:08:22 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <213727-3179>; Sat, 29 Nov 2003 17:06:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 29 Nov 2003 16:06:39 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150460991111109
X-MailingID: 208442
From: Time Master <PlayPlatinumPlay@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <PlayPlatinumPlay208442@replies.virtumundo.com>
Subject: 3 hour countdown
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.170644-0500_est.213727-3179+48538@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 17:06:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 17:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216733-3171>; Sat, 29 Nov 2003 17:08:22 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <213755-3175>; Sat, 29 Nov 2003 17:06:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 29 Nov 2003 16:06:39 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 208442
From: Time Master <PlayPlatinumPlay@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <PlayPlatinumPlay208442@replies.virtumundo.com>
Subject: 3 hour countdown
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.170643-0500_est.213755-3175+48051@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 17:06:42 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 17:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219561-3174>; Sat, 29 Nov 2003 17:08:22 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <217294-3177>; Sat, 29 Nov 2003 17:06:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 29 Nov 2003 16:06:39 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 208442
From: Time Master <PlayPlatinumPlay@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <PlayPlatinumPlay208442@replies.virtumundo.com>
Subject: 3 hour countdown
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.170643-0500_est.217294-3177+47246@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 17:06:42 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 17:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214138-3174>; Sat, 29 Nov 2003 17:08:22 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <217923-3173>; Sat, 29 Nov 2003 17:06:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 29 Nov 2003 16:06:39 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 208442
From: Time Master <PlayPlatinumPlay@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <PlayPlatinumPlay208442@replies.virtumundo.com>
Subject: 3 hour countdown
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.170643-0500_est.217923-3173+48816@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 17:06:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 29 17:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213755-3171>; Sat, 29 Nov 2003 17:08:22 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <217872-3178>; Sat, 29 Nov 2003 17:06:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 29 Nov 2003 16:06:39 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 208442
From: Time Master <PlayPlatinumPlay@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <PlayPlatinumPlay208442@replies.virtumundo.com>
Subject: 3 hour countdown
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.170643-0500_est.217872-3178+47470@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 17:06:43 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 16:08:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218839-2337>; Fri, 12 Dec
2003 18:08:46 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <219756-2329>; Fri, 12 Dec 2003 18:07:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 12 Dec 2003 17:07:47 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 217160
From: Time Master <TimeMasterTime@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <TimeMasterTime217160@replies.virtumundo.com>
Subject: Find out why Arabian Nights...
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.180751-0500_est.219756-2329+17820@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 18:07:50 -0500
```



Terms and Conditions

---

**You received this email because you signed up at one of Virtumundo's websites** (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 12 16:08:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218827-2332>; Fri, 12 Dec 2003 18:08:46 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <219787-2325>; Fri, 12 Dec 2003 18:07:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 12 Dec 2003 17:07:47 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 217160
From: Time Master <TimeMasterTime@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <TimeMasterTime217160@replies.virtumundo.com>
Subject: Find out why Arabian Nights...
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.180751-0500_est.219787-2325+18252@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 18:07:49 -0500



Terms and Conditions

---

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 16:08:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218783-2338>; Fri, 12 Dec 2003 18:08:46 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <216775-2337>; Fri, 12 Dec 2003 18:07:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 12 Dec 2003 17:07:47 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 217160
From: Time Master <TimeMasterTime@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <TimeMasterTime217160@replies.virtumundo.com>
Subject: Find out why Arabian Nights...
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.180751-0500_est.216775-2337+18682@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 18:07:49 -0500
```



Terms and Conditions

---

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 16:08:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216775-2328>; Fri, 12 Dec 2003 18:08:46 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <219761-2330>; Fri, 12 Dec 2003 18:07:49 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 12 Dec 2003 17:07:47 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 217160
From: Time Master <TimeMasterTime@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <TimeMasterTime217160@replies.virtumundo.com>
Subject: Find out why Arabian Nights...
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.180749-0500_est.219761-2330+17908@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 18:07:49 -0500
```



Terms and Conditions

---

        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 12 16:08:02 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218858-2337>; Fri, 12 Dec 2003 18:08:46 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <219803-2338>; Fri, 12 Dec 2003 18:07:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 12 Dec 2003 17:07:47 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 217160
From: Time Master <TimeMasterTime@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Time Master <TimeMasterTime217160@replies.virtumundo.com>
Subject: Find out why Arabian Nights...
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.180751-0500_est.219803-2338+17997@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 18:07:50 -0500
```



Terms and Conditions

---

        **You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 22 16:20:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <460250-4954>; Wed, 22 Oct 2003 19:12:24 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <1254834-4956>; Wed, 22 Oct 2003 19:12:11 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 22 Oct 2003 18:12:06 -0500
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 172349
From: Time Share Options <TimeShareOptions172349@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions172349@vmlocal.com>
Subject: Find choice Time Shares Online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.191211-0400_edt.1254834-4956+6895@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 19:12:10 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Oct 22 16:20:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215983-12059>; Wed, 22 Oct
2003 16:54:40 -0400
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <224181-12059>; Wed, 22 Oct 2003 16:30:05 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 22 Oct 2003 15:29:59 -0500
X-ClientHost:
10611111100971161040971100641031111410011111011911111410711504609911109
X-MailingID: 172353
From: Time Share Options <TimeShareOptions172353@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions172353@vmlocal.com>
Subject: Find choice Time Shares Online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct22.163005-0400_edt.224181-12059+8229@ams.ftl.affinity.com>
Date:Wed, 22 Oct 2003 16:30:05 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 05 15:19:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <226491-23204>; Wed, 5 Nov 2003 18:15:34 -0500
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <226465-23205>; Wed, 5 Nov 2003 17:17:12 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 05 Nov 2003 16:17:10 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 190243
From: Time Share Options <TimeShareOptions190243@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions190243@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.171712-0500_est.226465-23205+26205@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 17:17:11 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 05 15:19:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217652-23202>; Wed, 5 Nov
2003 18:15:34 -0500
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <229164-23207>; Wed, 5 Nov 2003 17:17:12 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-41.vmlocal.com with SMTP; 05 Nov 2003 16:17:10 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 190243
From: Time Share Options <TimeShareOptions190243@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions190243@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.171712-0500_est.229164-23207+26059@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 17:17:12 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 19 11:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214280-6083>; Wed, 19 Nov 2003 01:50:20 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <215634-6074>; Wed, 19 Nov 2003 01:49:05 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 19 Nov 2003 00:48:59 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 200756
From: Time Share Options <TimeShareOptions200756@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions200756@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.014905-0500_est.215634-6074+57108@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 01:49:05 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 19 11:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214111-6080>; Wed, 19 Nov 2003 01:50:20 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <217404-6083>; Wed, 19 Nov 2003 01:49:06 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 19 Nov 2003 00:48:59 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 200756
From: Time Share Options <TimeShareOptions200756@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions200756@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.014906-0500_est.217404-6083+57928@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 01:49:05 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 19 11:34:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214649-6070>; Wed, 19 Nov
2003 01:50:20 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com
with ESMTP id <214688-6079>; Wed, 19 Nov 2003 01:49:06 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-36.vmlocal.com with SMTP; 19 Nov 2003 00:48:59 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 200756
From: Time Share Options <TimeShareOptions200756@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions200756@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.014906-0500_est.214688-6079+58376@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 01:49:06 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 23 00:05:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215019-4612>; Sat, 22 Nov 2003 10:04:17 -0500
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <215845-4609>; Sat, 22 Nov 2003 10:03:34 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-19.vmlocal.com with SMTP; 22 Nov 2003 09:03:19 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 203493
From: Time Share Options <TimeShareOptions203493@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions203493@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.100334-0500_est.215845-4609+1094@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 10:03:34 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 15 15:55:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221143-30924>; Thu, 15 Jan 2004 18:27:33 -0500
Received: from vm208-17.adknow-net.com ([216.21.208.17]) by
ams.ftl.affinity.com with ESMTP id <222848-30924>; Thu, 15 Jan 2004 18:26:17
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-17.adknow-net.com with SMTP; 15 Jan 2004 17:26:15 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 340875
From: Time Share Options <TimeShareOptions@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340875@replies.adknow-net.com
Subject: Time Shares make wise investments.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.182617-0500_est.222848-30924+8889@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 18:26:17 -0500
```



**What could be more relaxing than knowing you have your very own piece of paradise waiting for you at the same time every year? That's right. Nothing. Get away from it all with these great timeshare links!**

If you would like to refer a friend information regarding this program, go <u>here</u>. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go <u>here</u>. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 15 15:55:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213527-30931>; Thu, 15 Jan 2004 18:27:32 -0500
Received: from vm208-17.adknow-net.com ([216.21.208.17]) by
ams.ftl.affinity.com with ESMTP id <222849-30931>; Thu, 15 Jan 2004 18:26:17
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-17.adknow-net.com with SMTP; 15 Jan 2004 17:26:15 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 340875
From: Time Share Options <TimeShareOptions@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340875@replies.adknow-net.com
Subject: Time Shares make wise investments.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.182617-0500_est.222849-30931+8571@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 18:26:17 -0500
```



**What could be more relaxing than knowing you have your very own piece of paradise waiting for you at the same time every year? That's right. Nothing. Get away from it all with these great timeshare links!**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 16 16:42:12 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <325404-18485>; Fri, 16 Jan
2004 17:52:30 -0500
Received: from vm208-21.adknow-net.com ([216.21.208.21]) by
ams.ftl.affinity.com with ESMTP id <326360-18479>; Fri, 16 Jan 2004 17:50:40
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-21.adknow-net.com with SMTP; 16 Jan 2004 16:50:37 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 341340
From: Time Share Options <TimeShareOptions@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341340@replies.adknow-net.com
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.175040-0500_est.326360-18479+54805@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 17:50:40 -0500
```



**What could be more relaxing than knowing you have your very own piece of
paradise waiting for you at the same time every year? That's right. Nothing.
Get away from it all with these great timeshare links!**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 05 19:01:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <212589-18489>; Mon, 5 Jan 2004 19:56:29 -0500
Received: from vm209-245.vmlocal.com ([216.21.209.245]) by
ams.ftl.affinity.com with ESMTP id <216232-18494>; Mon, 5 Jan 2004 19:55:28
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-245.vmlocal.com with SMTP; 05 Jan 2004 18:55:25 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 236223
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions236223@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.195528-0500_est.216232-18494+3972@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 19:55:26 -0500
```



If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Jan 04 11:42:04 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <327919-15716>; Sun, 4 Jan
2004 13:52:57 -0500
Received: from vm209-231.vmlocal.com ([216.21.209.231]) by
ams.ftl.affinity.com with ESMTP id <327236-13838>; Sun, 4 Jan 2004 13:52:04
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-231.vmlocal.com with SMTP; 04 Jan 2004 12:52:02 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 235568
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions235568@vmlocal.com>
Subject: Find choice Time Shares Online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.135204-0500_est.327236-13838+4327@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 13:52:03 -0500





If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 15:09:23 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <320544-29994>; Fri, 2 Jan 2004 15:26:16 -0500
Received: from vm209-242.vmlocal.com ([216.21.209.242]) by
ams.ftl.affinity.com with ESMTP id <331585-29994>; Fri, 2 Jan 2004 15:26:00
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-242.vmlocal.com with SMTP; 02 Jan 2004 14:25:59 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 234245
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions234245@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.152600-0500_est.331585-29994+1551@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 15:26:00 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please

note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Dec 27 20:31:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <469252-3449>; Sat, 27 Dec
2003 23:21:02 -0500
Received: from vm209-214.vmlocal.com ([216.21.209.214]) by
ams.ftl.affinity.com with ESMTP id <275871-3442>; Sat, 27 Dec 2003 23:20:10
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-214.vmlocal.com with SMTP; 27 Dec 2003 22:20:10 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 229450
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions229450@vmlocal.com>
Subject: Invest in a vacation home!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.232010-0500_est.275871-3442+44785@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 23:20:10 -0500





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Dec 27 20:31:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <468558-3443>; Sat, 27 Dec 2003 23:21:02 -0500
Received: from vm209-214.vmlocal.com ([216.21.209.214]) by
ams.ftl.affinity.com with ESMTP id <277536-3437>; Sat, 27 Dec 2003 23:20:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-214.vmlocal.com with SMTP; 27 Dec 2003 22:20:10 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 229450
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions229450@vmlocal.com>
Subject: Invest in a vacation home!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.232010-0500_est.277536-3437+45516@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 23:20:10 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Dec 27 08:48:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230547-17834>; Sat, 27 Dec 2003 11:29:29 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <223091-17828>; Sat, 27 Dec 2003 11:26:53
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-195.vmlocal.com with SMTP; 27 Dec 2003 10:26:51 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 229451
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions229451@vmlocal.com>
Subject: Invest in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.112653-0500_est.223091-17828+41859@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 11:26:52 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Dec 27 08:48:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223091-17831>; Sat, 27 Dec 2003 11:29:29 -0500
Received: from vm209-195.vmlocal.com ([216.21.209.195]) by
ams.ftl.affinity.com with ESMTP id <234742-17828>; Sat, 27 Dec 2003 11:26:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-195.vmlocal.com with SMTP; 27 Dec 2003 10:26:51 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 229451
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions229451@vmlocal.com>
Subject: Invest in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.112655-0500_est.234742-17828+41860@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 11:26:52 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe**

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 12 19:29:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214217-22095>; Fri, 12 Dec 2003 19:27:01 -0500
Received: from vm209-245.vmlocal.com ([216.21.209.245]) by
ams.ftl.affinity.com with ESMTP id <219081-22095>; Fri, 12 Dec 2003 19:25:52
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-245.vmlocal.com with SMTP; 12 Dec 2003 18:25:49 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 217503
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions217503@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.192552-0500_est.219081-22095+20449@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 19:25:51 -0500
```



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 12 11:31:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214924-415>; Fri, 12 Dec 2003 13:35:58 -0500
Received: from vm209-201.vmlocal.com ([216.21.209.201]) by
ams.ftl.affinity.com with ESMTP id <213549-420>; Fri, 12 Dec 2003 13:34:33
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-201.vmlocal.com with SMTP; 12 Dec 2003 12:34:30 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 217507
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions217507@vmlocal.com>
Subject: Time Shares make wise investments.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.133433-0500_est.213549-420+1462@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 13:34:33 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 12 11:31:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <213549-414>; Fri, 12 Dec 2003
13:35:58 -0500
Received: from vm209-201.vmlocal.com ([216.21.209.201]) by
ams.ftl.affinity.com with ESMTP id <215163-420>; Fri, 12 Dec 2003 13:34:33
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-201.vmlocal.com with SMTP; 12 Dec 2003 12:34:30 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 217507
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions217507@vmlocal.com>
Subject: Time Shares make wise investments.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.133433-0500_est.215163-420+1464@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 13:34:33 -0500
```





You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 11:31:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214070-414>; Fri, 12 Dec 2003 13:35:58 -0500
Received: from vm209-201.vmlocal.com ([216.21.209.201]) by
ams.ftl.affinity.com with ESMTP id <214931-414>; Fri, 12 Dec 2003 13:34:33
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-201.vmlocal.com with SMTP; 12 Dec 2003 12:34:30 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 217507
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions217507@vmlocal.com>
Subject: Time Shares make wise investments.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.133433-0500_est.214931-414+1550@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 13:34:32 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Dec 12 08:01:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213519-14265>; Fri, 12 Dec 2003 10:34:28 -0500
Received: from vm209-210.vmlocal.com ([216.21.209.210]) by
ams.ftl.affinity.com with ESMTP id <213213-14272>; Fri, 12 Dec 2003 10:33:24
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-210.vmlocal.com with SMTP; 12 Dec 2003 09:33:20 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 217510
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions217510@vmlocal.com>
Subject: Find choice Time Shares Online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.103324-0500_est.213213-14272+11545@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 10:33:23 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 22:11:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218686-16329>; Wed, 26 Nov 2003 23:26:01 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <218730-16322>; Wed, 26 Nov 2003 23:25:15 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 26 Nov 2003 22:25:14 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 206245
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions206245@vmlocal.com>
Subject: Invest in a vacation home!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.232515-0500_est.218730-16322+9124@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 23:25:15 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 26 22:11:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214701-16326>; Wed, 26 Nov
2003 23:26:01 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <218215-16329>; Wed, 26 Nov 2003 23:25:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-39.vmlocal.com with SMTP; 26 Nov 2003 22:25:14 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 206245
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions206245@vmlocal.com>
Subject: Invest in a vacation home!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.232515-0500_est.218215-16329+9252@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 23:25:15 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <u>**http://www.virtumundo.com/unsub**</u> or <u>go here</u>. To read Virtumundo's privacy policy, go to <u>Privacy Policy</u>. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 26 16:19:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215021-13543>; Wed, 26 Nov 2003 17:34:31 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <216628-13527>; Wed, 26 Nov 2003 17:33:00 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-23.vmlocal.com with SMTP; 26 Nov 2003 16:32:57 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 206248
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions206248@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.173300-0500_est.216628-13527+7018@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 17:32:59 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 00:13:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718509-16669>; Sat, 22 Nov 2003 21:19:00 -0500
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <2719765-16663>; Sat, 22 Nov 2003 21:18:10 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-18.vmlocal.com with SMTP; 22 Nov 2003 20:17:56 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 203489
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions203489@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.211810-0500_est.2719765-16663+10919@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 21:18:10 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Jan 05 19:01:32 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215673-18492>; Mon, 5 Jan 2004 19:56:28 -0500
Received: from vm209-245.vmlocal.com ([216.21.209.245]) by
ams.ftl.affinity.com with ESMTP id <215097-18494>; Mon, 5 Jan 2004 19:55:28
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-245.vmlocal.com with SMTP; 05 Jan 2004 18:55:25 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 236223
From: Time Share Options <TimeShareOptions@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Time Share Options <TimeShareOptions236223@vmlocal.com>
Subject: Own a week in Paradise!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.195528-0500_est.215097-18494+3971@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 19:55:26 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages

from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Feb 07 17:11:17 2006
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 16930 invoked from network); 28 Jan 2006 22:36:16 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
  by jaykaysplace.com with SMTP; 28 Jan 2006 22:36:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-213.vm-mail.com with SMTP; 28 Jan 2006 22:36:00 -0600
X-ClientHost:
09910411709910706409711011610411111012109910111011611409710804609911109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:11:17 2006
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 18564 invoked from network); 28 Jan 2006 22:36:17 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
  by jaykaysplace.com with SMTP; 28 Jan 2006 22:36:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-213.vm-mail.com with SMTP; 28 Jan 2006 22:36:00 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:11:17 2006
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 18050 invoked from network); 28 Jan 2006 22:36:17 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
  by jaykaysplace.com with SMTP; 28 Jan 2006 22:36:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-213.vm-mail.com with SMTP; 28 Jan 2006 22:36:00 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:10:53 2006
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 16256 invoked from network); 28 Jan 2006 22:36:15 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
  by jaykaysplace.com with SMTP; 28 Jan 2006 22:36:12 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-213.vm-mail.com with SMTP; 28 Jan 2006 22:36:00 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



 **RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119**



**If you can not see our footer image, please <u>visit here</u>.**

```
From ???@??? Tue Feb 07 17:10:53 2006
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 17536 invoked from network); 28 Jan 2006 22:36:16 -0600
Received: from vm-180-213.vm-mail.com (206.82.180.213)
  by jaykaysplace.com with SMTP; 28 Jan 2006 22:36:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-213.vm-mail.com with SMTP; 28 Jan 2006 22:36:00 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 07:09:17 2006
X-Persona: <Mila>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16121 invoked from network); 28 Jan 2006 22:37:15 -0600
Received: from vm-181-71.vm-mail.com (206.82.181.71)
  by rcw19190020.com with SMTP; 28 Jan 2006 22:37:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-71.vm-mail.com with SMTP; 28 Jan 2006 22:37:04 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
    version=2.63
```





 RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Mon Feb 06 06:58:10 2006
X-Persona: <Mila>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16121 invoked from network); 28 Jan 2006 22:37:15 -0600
Received: from vm-181-71.vm-mail.com (206.82.181.71)
  by rcw19190020.com with SMTP; 28 Jan 2006 22:37:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-71.vm-mail.com with SMTP; 28 Jan 2006 22:37:04 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

From ???@??? Sun Feb 05 21:10:08 2006
X-Persona: <Mila>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 16121 invoked from network); 28 Jan 2006 22:37:15 -0600
Received: from vm-181-71.vm-mail.com (206.82.181.71)
  by rcw19190020.com with SMTP; 28 Jan 2006 22:37:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-71.vm-mail.com with SMTP; 28 Jan 2006 22:37:04 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63




 **RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Jan 30 16:09:11 2006
X-Persona: <RCW>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 448 invoked from network); 28 Jan 2006 23:40:20 -0600
Received: from vm-181-168.vm-mail.com (206.82.181.168)
  by anthonycentral.com with SMTP; 28 Jan 2006 23:40:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-168.vm-mail.com with SMTP; 28 Jan 2006 23:40:08 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 09:23:50 2006
X-Persona: <Jay>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19618 invoked from network); 28 Jan 2006 22:37:24 -0600
Received: from vm-181-195.vm-mail.com (206.82.181.195)
   by jaycelia.com with SMTP; 28 Jan 2006 22:37:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-195.vm-mail.com with SMTP; 28 Jan 2006 22:37:12 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 **RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Mon Jan 30 08:55:05 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3169 invoked from network); 28 Jan 2006 22:36:00 -0600
Received: from vm-181-245.vm-mail.com (206.82.181.245)
  by chiefmusician.net with SMTP; 28 Jan 2006 22:35:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-245.vm-mail.com with SMTP; 28 Jan 2006 22:35:48 -0600
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 08:52:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 3875 invoked from network); 28 Jan 2006 22:53:42 -0600
Received: from vm-177-30.vm-mail.com (206.82.177.30)
   by gordonworks.com with SMTP; 28 Jan 2006 22:53:42 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-30.vm-mail.com with SMTP; 28 Jan 2006 22:53:30 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 29 10:44:01 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336536@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 20449 invoked from network); 28 Jan 2006 22:37:25 -0600
Received: from vm-181-17.vm-mail.com (206.82.181.17)
  by gnwalpha.org with SMTP; 28 Jan 2006 22:37:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-17.vm-mail.com with SMTP; 28 Jan 2006 22:37:13 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 336536
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336536@vm-rewards.com>
Subject: Sell or rent your timeshare for cash!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 RSBO, 1700 South Ridgewood Avenue, South Daytona, FL, 32119

If you can not see our footer image, please <u>visit here</u>.

From ???@??? Wed Aug 09 19:25:34 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358804@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 06 Aug 2006 20:39:57 -0600
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Do you own a timeshare?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D6A7FD.B08263BF"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i)4561&e=tommy@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i)4561&e=tommy@jammtomm.com
  URI:http://ogy.cc/tsrs/timesharead.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1090 invoked from network); 6 Aug 2006 20:39:55 -0600
Received: from static-vmg-186-181.vm-mail.com (HELO vm-186-181.vm-mail.com)
(206.82.186.181)
  by greatnorthwest-alpha.org with SMTP; 6 Aug 2006 20:39:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-181.vm-mail.com with SMTP; 06 Aug 2006 21:39:51 -0500

```
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 358804
From: Timeshare Sales <TimeshareSales@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358804@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Do you own
a tim.htm"
```

From ???@??? Thu Feb 23 17:56:28 2006
X-Persona: <Jon>
Return-Path: <mailcenter338776@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 11495 invoked from network); 23 Feb 2006 04:05:36 -0600
Received: from vm-181-40.vm-mail.com (206.82.181.40)
  by omniinnovations.com with SMTP; 23 Feb 2006 04:05:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-40.vm-mail.com with SMTP; 23 Feb 2006 04:05:23 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991101046099111109
X-MailingID: 338776
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338776@vm-rewards.com>
Subject: *****SPAM***** Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:11:42 2006
X-Persona: <Jay>
Return-Path: <mailcenter338338@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 6820 invoked from network); 16 Feb 2006 14:53:20 -0600
Received: from vm-180-185.vm-mail.com (206.82.180.185)
  by celiajay.com with SMTP; 16 Feb 2006 14:53:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-185.vm-mail.com with SMTP; 16 Feb 2006 14:53:03 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 338338
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338338@vm-rewards.com>
Subject: *****SPAM***** Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

 If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 19:53:37 2006
X-Persona: <hum>
Return-Path: <mailcenter338338@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 2435 invoked from network); 16 Feb 2006 13:53:32 -0600
Received: from vm-181-116.vm-mail.com (206.82.181.116)
  by jaycelia.com with SMTP; 16 Feb 2006 13:53:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-116.vm-mail.com with SMTP; 16 Feb 2006 13:53:20 -0600
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 338338
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338338@vm-rewards.com>
Subject: *****SPAM***** Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset



Images not loading? View this offer by visiting this link
```



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

 If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 17:17:18 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338338@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8292 invoked from network); 16 Feb 2006 14:53:27 -0600
Received: from vm-180-237.vm-mail.com (206.82.180.237)
  by anthonycentral.com with SMTP; 16 Feb 2006 14:53:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-237.vm-mail.com with SMTP; 16 Feb 2006 14:53:08 -0600
X-ClientHost: 10611111006410609712110709712111511211208097099101046099111109
X-MailingID: 338338
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338338@vm-rewards.com>
Subject: *****SPAM***** Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

 If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 16:01:36 2006
X-Persona: <RCW>
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 23906 invoked from network); 16 Jan 2006 04:51:43 -0600
Received: from vm-182-231.vm-mail.com (206.82.182.231)
  by ehahome.com with SMTP; 16 Jan 2006 04:51:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-231.vm-mail.com with SMTP; 16 Jan 2006 04:51:29 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

From ???@??? Sat Jan 21 18:02:06 2006
X-Persona: <Jay>
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 22433 invoked from network); 16 Jan 2006 04:10:55 -0600
Received: from vm-182-211.vm-mail.com (206.82.182.211)
   by anthonycentral.com with SMTP; 16 Jan 2006 04:10:55 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-211.vm-mail.com with SMTP; 16 Jan 2006 04:10:42 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: *****SPAM***** Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 17 18:58:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 16 Jan 2006 14:37:44 -0600
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Do you own a timeshare?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43CC0418.18C2AF78"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7177&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7177&e=mila@jammtomm.com
  URI:http://ogy.cc/tsrs/timesharead.gif [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80       BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 6050 invoked from network); 16 Jan 2006 14:37:40 -0600
Received: from vm-182-41.vm-mail.com (206.82.182.41)
  by rcw19190020.com with SMTP; 16 Jan 2006 14:37:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-41.vm-mail.com with SMTP; 16 Jan 2006 04:10:28 -0600
```

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Do you own
a tim.htm"
```

From ???@??? Mon Jan 16 20:31:08 2006
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 21762 invoked from network); 16 Jan 2006 04:08:09 -0600
Received: from vm-181-100.vm-mail.com (206.82.181.100)
   by jaykaysplace.com with SMTP; 16 Jan 2006 04:08:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-100.vm-mail.com with SMTP; 16 Jan 2006 04:07:57 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



---

 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 16 20:31:08 2006
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 22630 invoked from network); 16 Jan 2006 04:08:10 -0600
Received: from vm-181-100.vm-mail.com (206.82.181.100)
   by jaykaysplace.com with SMTP; 16 Jan 2006 04:08:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-100.vm-mail.com with SMTP; 16 Jan 2006 04:07:57 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link



---

 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 16 20:31:08 2006
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 24545 invoked from network); 16 Jan 2006 04:08:13 -0600
Received: from vm-181-100.vm-mail.com (206.82.181.100)
   by jaykaysplace.com with SMTP; 16 Jan 2006 04:08:13 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-100.vm-mail.com with SMTP; 16 Jan 2006 04:07:57 -0600
X-ClientHost:
1150971101001210640971101161041111012109910110116114097108046099111109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63


Images not loading? View this offer by visiting this link



---

iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

   If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 20:31:08 2006
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 23586 invoked from network); 16 Jan 2006 04:08:12 -0600
Received: from vm-181-100.vm-mail.com (206.82.181.100)
   by jaykaysplace.com with SMTP; 16 Jan 2006 04:08:11 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-100.vm-mail.com with SMTP; 16 Jan 2006 04:07:57 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 16 20:31:08 2006
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 25349 invoked from network); 16 Jan 2006 04:08:15 -0600
Received: from vm-181-100.vm-mail.com (206.82.181.100)
   by jaykaysplace.com with SMTP; 16 Jan 2006 04:08:14 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-100.vm-mail.com with SMTP; 16 Jan 2006 04:07:57 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_50,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link



iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

      If you can not see our footer image, please visit here.

From ???@??? Mon Jan 16 16:27:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19492 invoked from network); 16 Jan 2006 04:09:45 -0600
Received: from vm-182-33.vm-mail.com (206.82.182.33)
   by jaykaysplace.com with SMTP; 16 Jan 2006 04:09:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-33.vm-mail.com with SMTP; 16 Jan 2006 04:09:27 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460 99111109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---

 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 16 11:41:54 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335250@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22464 invoked from network); 16 Jan 2006 04:10:55 -0600
Received: from vm-182-215.vm-mail.com (206.82.182.215)
  by jaykaysplace.com with SMTP; 16 Jan 2006 04:10:55 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-215.vm-mail.com with SMTP; 16 Jan 2006 04:10:42 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 335250
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335250@vm-rewards.com>
Subject: *****SPAM***** Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

 If you can not see our footer image, please visit here.

From ???@??? Thu Feb 23 17:57:23 2006
X-Persona: <Jay>
Return-Path: <mailcenter338776@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 10501 invoked from network); 23 Feb 2006 04:05:35 -0600
Received: from vm-181-239.vm-mail.com (206.82.181.239)
  by chiefmusician.net with SMTP; 23 Feb 2006 04:05:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-239.vm-mail.com with SMTP; 23 Feb 2006 04:05:21 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 338776
From: Timeshare Sales Information <TimeshareSalesInformation@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338776@vm-rewards.com>
Subject: *****SPAM***** Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset


Images not loading? View this offer by visiting this link



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:04:19 2006
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 8005 invoked from network); 4 Jan 2006 09:18:31 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
  by chiefmusician.net with SMTP; 4 Jan 2006 09:18:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-228.vm-mail.com with SMTP; 04 Jan 2006 09:18:18 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:04:19 2006
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 9319 invoked from network); 4 Jan 2006 09:18:33 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
  by chiefmusician.net with SMTP; 4 Jan 2006 09:18:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-228.vm-mail.com with SMTP; 04 Jan 2006 09:18:18 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:04:19 2006
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 10626 invoked from network); 4 Jan 2006 09:18:35 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
   by chiefmusician.net with SMTP; 4 Jan 2006 09:18:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-228.vm-mail.com with SMTP; 04 Jan 2006 09:18:18 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:04:19 2006
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 12611 invoked from network); 4 Jan 2006 09:18:38 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
  by chiefmusician.net with SMTP; 4 Jan 2006 09:18:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-228.vm-mail.com with SMTP; 04 Jan 2006 09:18:18 -0600
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 07 20:04:19 2006
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 15297 invoked from network); 4 Jan 2006 09:18:42 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
   by chiefmusician.net with SMTP; 4 Jan 2006 09:18:39 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-228.vm-mail.com with SMTP; 04 Jan 2006 09:18:18 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---

 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128



If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:27:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 22979 invoked from network); 4 Jan 2006 09:37:51 -0600
Received: from vm-181-24.vm-mail.com (206.82.181.24)
   by chiefmusician.net with SMTP; 4 Jan 2006 09:37:51 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-24.vm-mail.com with SMTP; 04 Jan 2006 09:37:37 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



  iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:27:11 2006
X-Persona: <Jay>
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 6848 invoked from network); 4 Jan 2006 09:12:02 -0600
Received: from vm-177-121.vm-mail.com (206.82.177.121)
   by anthonycentral.com with SMTP; 4 Jan 2006 09:12:01 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-121.vm-mail.com with SMTP; 04 Jan 2006 09:11:49 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 06 15:26:12 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8514 invoked from network); 4 Jan 2006 09:11:04 -0600
Received: from vm-177-12.vm-mail.com (206.82.177.12)
  by jaycelia.com with SMTP; 4 Jan 2006 09:11:04 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-12.vm-mail.com with SMTP; 04 Jan 2006 09:10:52 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 05 19:24:54 2006
X-Persona: <Mila>
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 1699 invoked from network); 4 Jan 2006 09:11:59 -0600
Received: from vm-177-78.vm-mail.com (206.82.177.78)
  by omniinnovations.com with SMTP; 4 Jan 2006 09:11:58 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-78.vm-mail.com with SMTP; 04 Jan 2006 09:11:46 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 05 14:51:26 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 6977 invoked from network); 4 Jan 2006 09:12:02 -0600
Received: from vm-177-14.vm-mail.com (206.82.177.14)
   by rcw19190020.com with SMTP; 4 Jan 2006 09:12:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-14.vm-mail.com with SMTP; 04 Jan 2006 09:11:50 -0600
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



 iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:55:06 2006
X-Persona: <RCW>
Return-Path: <mailcenter334113@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 24001 invoked from network); 4 Jan 2006 09:45:21 -0600
Received: from vm-177-17.vm-mail.com (206.82.177.17)
  by xj4x4.net with SMTP; 4 Jan 2006 09:45:20 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-17.vm-mail.com with SMTP; 04 Jan 2006 09:45:06 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 334113
From: TimeshareSales <TimeshareSales@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334113@vm-rewards.com>
Subject: Do you own a timeshare?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



iCashBiz, 1648 Taylor Road, Suite 312, Port Orange, FL, 32128

If you can not see our footer image, please visit here.

From ???@??? Tue Nov 11 23:46:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230878-6757>; Wed, 12 Nov 2003 01:34:05 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <215677-6765>; Wed, 12 Nov 2003 01:33:10 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 12 Nov 2003 00:33:05 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 195603
From: Tiny Blue Pill <TinyBluePillForMen195603@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tiny Blue Pill <TinyBluePillForMen195603@replies.virtumundo.com>
Subject: Change your love life forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.013310-0500_est.215677-6765+32895@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 01:33:09 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 11 23:46:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <230787-6758>; Wed, 12 Nov
2003 01:34:05 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <230799-6766>; Wed, 12 Nov 2003 01:33:10 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 12 Nov 2003 00:33:05 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991111109
X-MailingID: 195603
From: Tiny Blue Pill <TinyBluePillForMen195603@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tiny Blue Pill <TinyBluePillForMen195603@replies.virtumundo.com>
Subject: Change your love life forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.013310-0500_est.230799-6766+32671@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 01:33:09 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 23:46:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230881-6758>; Wed, 12 Nov 2003 01:34:05 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <230045-6757>; Wed, 12 Nov 2003 01:33:10 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 12 Nov 2003 00:33:05 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 195603
From: Tiny Blue Pill <TinyBluePillForMen195603@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tiny Blue Pill <TinyBluePillForMen195603@replies.virtumundo.com>
Subject: Change your love life forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.013310-0500_est.230045-6757+32898@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 01:33:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 23:46:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230569-6758>; Wed, 12 Nov 2003 01:34:05 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <220237-6754>; Wed, 12 Nov 2003 01:33:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 12 Nov 2003 00:33:05 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 195603
From: Tiny Blue Pill <TinyBluePillForMen195603@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tiny Blue Pill <TinyBluePillForMen195603@replies.virtumundo.com>
Subject: Change your love life forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.013308-0500_est.220237-6754+32612@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 01:33:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 11 23:46:44 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <230650-6757>; Wed, 12 Nov 2003 01:34:05 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <230483-6766>; Wed, 12 Nov 2003 01:33:10 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm099.vmadmin.com with SMTP; 12 Nov 2003 00:33:05 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 195603
From: Tiny Blue Pill <TinyBluePillForMen195603@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Tiny Blue Pill <TinyBluePillForMen195603@replies.virtumundo.com>
Subject: Change your love life forever
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.013310-0500_est.230483-6766+32670@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 01:33:09 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Aug 09 19:23:34 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358744@vm-mail.com>
Delivered-To: 6-tommy@jammtomm
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 05 Aug 2006 06:08:01 -0600
From: Top Grant Writers <TopGrantWriters@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Subject: *****SPAM***** Applying for a grant just got easier
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44D48A21.8D2BE179"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?i)4523&e=tommy@jammtomm.com
   visiting this link
   URI:http://redirect.virtumundo.com/ct?i)4523&e=tommy@jammtomm.com
   URI:http://ogy.cc/GWP_write.gif [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 6721 invoked from network); 5 Aug 2006 06:07:59 -0600
Received: from static-vmg-186-52.vm-mail.com (HELO vm-186-52.vm-mail.com)
(206.82.186.52)
  by gordonworks.com with SMTP; 5 Aug 2006 06:07:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-52.vm-mail.com with SMTP; 05 Aug 2006 07:07:57 -0500

```
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 358744
From: Top Grant Writers <TopGrantWriters@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358744@vm-rewards.com>
Subject: Applying for a grant just got easier
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Applying
for a g.htm"
```

```
From ???@??? Thu Feb 05 07:58:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <428336-15534>; Thu, 5 Feb 2004 10:43:42 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <436850-15533>; Thu, 5 Feb 2004 10:42:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 05 Feb 2004 09:42:24 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 241361
From: Top Online Casino <TopOnlineCasino@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Top Online Casino <TopOnlineCasino241361@replies.virtumundo.com>
Subject: Every month an $80 bonus paid
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.104226-0500_est.436850-15533+21006@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 10:42:25 -0500
```



---



Adsdotcom 103-105 Crawford St., London, England W1H2HS

From ???@??? Thu Feb 05 07:58:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <427898-15530>; Thu, 5 Feb
2004 10:43:42 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <435427-15520>; Thu, 5 Feb 2004 10:42:26 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 05 Feb 2004 09:42:24 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241361
From: Top Online Casino <TopOnlineCasino@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Top Online Casino <TopOnlineCasino241361@replies.virtumundo.com>
Subject: Every month an $80 bonus paid
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.104226-0500_est.435427-15520+21429@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 10:42:25 -0500



---


Adsdotcom 103-105 Crawford St., London, England W1H2HS

```
From ???@??? Thu Feb 05 07:58:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312491-15524>; Thu, 5 Feb 2004 10:43:41 -0500
Received: from vm104.vmadmin.com <([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <435757-15520>; Thu, 5 Feb 2004 10:42:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 05 Feb 2004 09:42:24 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911111109
X-MailingID: 241361
From: Top Online Casino <TopOnlineCasino@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Top Online Casino <TopOnlineCasino241361@replies.virtumundo.com>
Subject: Every month an $80 bonus paid
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.104226-0500_est.435757-15520+21428@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 10:42:24 -0500
```



---



Adsdotcom 103-105 Crawford St., London, England W1H2HS

```
From ???@??? Thu Feb 05 07:58:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <428681-15534>; Thu, 5 Feb 2004 10:43:42 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <436800-15532>; Thu, 5 Feb 2004 10:42:26 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 05 Feb 2004 09:42:24 -0600
X-ClientHost:
106097109105108097064103111141001111101191111410711504609911109
X-MailingID: 241361
From: Top Online Casino <TopOnlineCasino@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Top Online Casino <TopOnlineCasino241361@replies.virtumundo.com>
Subject: Every month an $80 bonus paid
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.104226-0500_est.436800-15532+21478@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 10:42:25 -0500
```



---


Adsdotcom 103-105 Crawford St., London, England W1H2HS

From ???@??? Sun Apr 09 09:51:16 2006
X-Persona: <Jay>
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13120 invoked from network); 7 Apr 2006 07:38:28 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by omniinnovations.com with SMTP; 7 Apr 2006 07:38:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 07 Apr 2006 08:37:57 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.0 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  5.4 BAYES_99 BODY: Bayesian spam probability is 99 to 100%
        *      [score: 0.9998]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

 We wish you the best of luck in your pursuit of a higher education!

Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology






**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 09 09:46:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 1888 invoked from network); 7 Apr 2006 07:23:27 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 7 Apr 2006 07:23:22 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 07 Apr 2006 08:23:04 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460 99111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link





Are you tired of your current
job? Do you want to jumpstart
your career and actually enjoy
your work? Getting a college
degree has never been easier.
Research the top online
universities at
Free-College-Info.com and
receive free information today
about the degree that is perfect

**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

From ???@??? Sun Apr 09 09:44:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343034@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26624 invoked from network); 8 Apr 2006 01:13:32 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 8 Apr 2006 01:13:23 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 02:12:52 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343034
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343034@vm-rewards.com>
Subject: Want to advance your career?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM autolearn=no
      version=2.63

Images not loading? View this offer by visiting this link



And we have the facts to prove it - Did you know that a college degree
can result in over a million dollars of extra income! Lifetime earning
of a high school grad are $1.2mil, a four year college grad are
$2.1mil and a grad school graduate are $4.4mil. Increase your lifetime
earnings by finishing your college degree.
(Source: U.S. Census Bureau Population Surveys, March 98, 99, and

2000)



Associate:

— Accounting

— Criminal Justice

— Paralegal

—

Bachelor:

— Healthcare Management

— Accounting

— Business

— Criminal Justic

Master:

— Teaching

— Engineering

— Accounting

— Criminal



Healthcare Admin | e _ Management | Justice
_ Graphic Design | _ Nursing | _ Marketing
| _ Paralegal | _ Healthcare
| _ IT | _ Management
| | _ Finance



**TopInternetSchools.com, 2003 Western Ave, Suite 100, Seattle WA 98121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 09 09:44:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343034@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 30017 invoked from network); 8 Apr 2006 01:13:39 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 8 Apr 2006 01:13:34 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 02:12:52 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 343034
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343034@vm-rewards.com>
Subject: Want to advance your career?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NO_DNS_FOR_FROM autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



And we have the facts to prove it - Did you know that a college degree
can result in over a million dollars of extra income! Lifetime earning
of a high school grad are $1.2mil, a four year college grad are
$2.1mil and a grad school graduate are $4.4mil. Increase your lifetime
earnings by finishing your college degree.
(Source: U.S. Census Bureau Population Surveys, March 98, 99, and

2000)



Associate:

— Accounting

— Criminal Justice

— Paralegal

—

Bachelor:

— Healthcare Management

— Accounting

— Business

— Criminal Justic

Master:

— Teaching

— Engineering

— Accounting

— Criminal



Healthcare Admin
Graphic Design

e
Management
Nursing
Paralegal   IT

Justice
Marketing
Healthcare
Management
Finance

TopInternetSchools.com, 2003 Western Ave, Suite 100, Seattle WA 98121

If you can not see our footer image, please visit here.

```
From ???@??? Sun Apr 09 09:44:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343034@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 774 invoked from network); 8 Apr 2006 01:13:45 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 8 Apr 2006 01:13:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 02:12:52 -0500
X-ClientHost:
1001011190971211101010640971101161041111101210991011101161140971080460991111109
X-MailingID: 343034
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343034@vm-rewards.com>
Subject: Want to advance your career?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
    HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
    autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



And we have the facts to prove it - Did you know that a college degree
can result in over a million dollars of extra income! Lifetime earning
of a high school grad are $1.2mil, a four year college grad are
$2.1mil and a grad school graduate are $4.4mil. Increase your lifetime
earnings by finishing your college degree.
(Source: U.S. Census Bureau Population Surveys, March 98, 99, and

2000)



Associate:

— Accounting

— Criminal Justice

— Paralegal

—

Bachelor:

— Healthcare Management

— Accounting

— Business

— Criminal Justic

Master:

— Teaching

— Engineering

— Accounting

— Criminal



Healthcare Admin    e    Justice

_ Graphic Design    _ Management    _ Marketing

_ Nursing    _ Healthcare

_ Paralegal    _ Management

_ IT    _ Finance

```
From ???@??? Sun Apr 09 09:44:54 2006
X-Persona: <Anthony>
Return-Path: <mailcenter343034@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 1901 invoked from network); 8 Apr 2006 01:13:47 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by rcw19190020.com with SMTP; 8 Apr 2006 01:13:46 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 08 Apr 2006 02:12:52 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343034
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343034@vm-rewards.com>
Subject: Want to advance your career?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.6 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



And we have the facts to prove it - Did you know that a college degree
can result in over a million dollars of extra income! Lifetime earning
of a high school grad are $1.2mil, a four year college grad are
$2.1mil and a grad school graduate are $4.4mil. Increase your lifetime
earnings by finishing your college degree.
(Source: U.S. Census Bureau Population Surveys, March 98, 99, and

2000)



Associate:

— Accounting

— Criminal Justice

— Paralegal

—

Bachelor:

— Healthcare Management

— Accounting

— Business

— Criminal Justice

Master:

— Teaching

— Engineering

— Accounting

— Criminal



Healthcare Admin | e | Justice
_ Graphic Design | _ Management | _ Marketing
| _ Nursing | _ Healthcare
| _ Paralegal | _ Management
| _ IT | _ Finance

```
From ???@??? Sun Apr 09 09:44:17 2006
X-Persona: <Celia>
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17634 invoked from network); 7 Apr 2006 03:11:34 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 7 Apr 2006 03:11:33 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 07 Apr 2006 04:11:27 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

 We wish you the best of luck in your pursuit of a higher education!



Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology



**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

From ???@??? Sat Apr 08 17:52:58 2006
X-Persona: <Mila>
Return-Path: <mailcenter343034@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sat, 08 Apr 2006 06:08:28 -0600
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Want to advance your career?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.0 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4437A7BC.815126C1"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1903&e=mila@jammtomm.com
  visiting this link URI:http://ogy.cc/ontop/header.gif
  URI:http://redirect.virtumundo.com/ct?i(1903&e=mila@jammtomm.com
  URI:http://ogy.cc/ontop/photo.jpg [...]

Content analysis details:   (11.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.1 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25281 invoked from network); 8 Apr 2006 06:08:12 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 8 Apr 2006 06:08:01 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 08 Apr 2006 07:07:57 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343034
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343034@vm-rewards.com>
Subject: Want to advance your career?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Want to
advance .htm"
```

```
From ???@??? Fri Apr 07 22:12:47 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19776 invoked from network); 7 Apr 2006 07:38:53 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 7 Apr 2006 07:38:51 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 07 Apr 2006 08:37:58 -0500
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.8 HTML_IMAGE_ONLY_08 BODY: HTML: images with 600-800 bytes of words
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

 We wish you the best of luck in your pursuit of a higher education!

Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology



**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 22:07:10 2006
X-Persona: <Mila>
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 07 Apr 2006 07:40:19 -0600
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Start a new career with an online degree
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.0 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_44366BC3.09059953"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(1783&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(1783&e=mila@jammtomm.com
  URI:http://ogy.cc/toponliakglk_files/mast.gif [...]

Content analysis details:   (11.0 points, 7.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING            Missing Date: header
 1.1 HTML_IMAGE_RATIO_04     BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE            BODY: HTML included in message
 5.4 BAYES_99                BODY: Bayesian spam probability is 99 to 100%
                             [score: 1.0000]
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 0.6 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET  RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 9282 invoked from network); 7 Apr 2006 07:38:06 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 7 Apr 2006 07:37:46 -0600

```
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 07 Apr 2006 08:37:28 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start a
new care6.htm"
```

```
From ???@??? Fri Apr 07 13:24:44 2006
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2884 invoked from network); 7 Apr 2006 02:33:56 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 7 Apr 2006 02:33:55 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 07 Apr 2006 03:33:51 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_80,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8171]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

 We wish you the best of luck in your pursuit of a higher education!

Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology







**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:24:44 2006
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 2085 invoked from network); 7 Apr 2006 02:33:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 7 Apr 2006 02:33:53 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 07 Apr 2006 03:33:51 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_80,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
      *     [score: 0.8171]
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

 We wish you the best of luck in your pursuit of a higher education!

Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology





**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:24:44 2006
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 7296 invoked from network); 7 Apr 2006 02:34:00 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 7 Apr 2006 02:33:58 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 07 Apr 2006 03:33:51 -0500
X-ClientHost:
11509711010012106409711011610411110121099101110116114097108046099111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_80,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
      * [score: 0.8171]
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      * [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

 We wish you the best of luck in your pursuit of a higher education!

Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology





 **Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Apr 07 13:24:44 2006
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 3331 invoked from network); 7 Apr 2006 02:33:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 7 Apr 2006 02:33:57 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 07 Apr 2006 03:33:51 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_80,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *      [score: 0.8171]
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology

 We wish you the best of luck in your pursuit of a higher education!





**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Apr 07 13:24:44 2006
Return-Path: <mailcenter342952@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 8516 invoked from network); 7 Apr 2006 02:34:02 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 7 Apr 2006 02:34:01 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 07 Apr 2006 03:33:51 -0500
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 342952
From: Top Online Colleges <TopOnlineColleges@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342952@vm-rewards.com>
Subject: *****SPAM***** Start a new career with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.3 required=7.0 tests=BAYES_80,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_RATIO_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 1.1 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
        *     [score: 0.8171]
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





Are you tired of your current job? Do you want to jumpstart your career and actually enjoy your work? Getting a college degree has never been easier. Research the top online universities at Free-College-Info.com and receive free information today about the degree that is perfect for you.



Free-College-Info.com is your resource for information on hundreds of college degrees available 100% online. Choose from the online universities that are a great fit for you and your needs.

 We wish you the best of luck in your pursuit of a higher education!

Click on your area of interest for more information:

- Business
- Criminal Justice
- Education/Teaching
- Engineering
- Graphic Design
- Healthcare
- Human Services
- Legal/Paralegal
- Nursing
- Technology




**Free College Info 2003 Western Ave Suite 100 Seattle, WA 98121**


**If you can not see our footer image, please visit here.**

```
From ???@??? Wed May 03 09:39:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346530@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 7494 invoked from network); 1 May 2006 08:31:07 -0600
Received: from vm-180-105.vm-mail.com (206.82.180.105)
  by celiajay.com with SMTP; 1 May 2006 08:31:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-105.vm-mail.com with SMTP; 01 May 2006 09:30:59 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 346530
From: Top Online School <TopOnlineSchool@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346530@vm-rewards.com>
Subject: Grantham University offers fast track degree program
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.8 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SORBS
      autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Distance Learning - Attend from Anywhere in the World

Grantham University offers distance learning programs so you can complete your online college degrees in criminal justice, business administration, computer science, engineering, general studies and much more from anywhere in the world.

 Available Degrees:

- Business Administration
- Computer Science
- Criminal Justice - general
- Criminal Justice - homeland security
- Electronics Engineering Technology
- Software Engineering Technology
- Information Management Technology

- Criminal Justice – computer science
- General Studies
- Engineering Management
- Computer Engineering Technology
- Information Management – Project Management
- Information Technology
- Interdisciplinary studies
- Information Systems

Online College Degrees from an Accredited



University

 Grantham University has been continuously accredited by the Accrediting Commission of

the Distance Education and Training Council
(DETC) since 1961. Accreditation also means
your online college courses meet the high
standards in the areas of study programs,
qualified instructors, and adequate facilities
and equipment.

- Scholarships are available for active
  duty military, veterans and military
  family members.
- Military training, prior college course
  work, and testing such as CLEP and DSST
  may be eligible for transfer credit.

 Learn More Today!



**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Grantham University 2101 Wilson Blvd, ste 110 Arlington, TX 22201**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:47:27 2006
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 26177 invoked from network); 31 Jan 2006 15:33:31 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
  by anthonycentral.com with SMTP; 31 Jan 2006 15:33:29 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-43.vm-mail.com with SMTP; 31 Jan 2006 15:31:15 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new year from the dealerships it's a great time to look at buying a new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet

down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 17:47:27 2006
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 26884 invoked from network); 31 Jan 2006 15:33:32 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
  by anthonycentral.com with SMTP; 31 Jan 2006 15:33:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-43.vm-mail.com with SMTP; 31 Jan 2006 15:31:15 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new
year from the dealerships it's a great time to look at buying a
new car. Trade-In your old gas guzzler for a brand new car and
you'll potentially put thousands of dollars back in your wallet

down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 17:47:27 2006
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 28289 invoked from network); 31 Jan 2006 15:33:33 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
  by anthonycentral.com with SMTP; 31 Jan 2006 15:33:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-43.vm-mail.com with SMTP; 31 Jan 2006 15:31:15 -0600
X-ClientHost:
11509711010012106409711011610411111012109910111011611409710804609911109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new
year from the dealerships it's a great time to look at buying a
new car. Trade-In your old gas guzzler for a brand new car and
you'll potentially put thousands of dollars back in your wallet

down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 17:47:27 2006
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 29762 invoked from network); 31 Jan 2006 15:33:34 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
   by anthonycentral.com with SMTP; 31 Jan 2006 15:33:34 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-43.vm-mail.com with SMTP; 31 Jan 2006 15:31:15 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



## Get the latest trade-in value from a local dealer.

With Gas prices on the rise and Huge Discounts to start the new year from the dealerships it's a great time to look at buying a new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies

depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Feb 07 17:47:26 2006
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 25287 invoked from network); 31 Jan 2006 15:33:28 -0600
Received: from vm-177-43.vm-mail.com (206.82.177.43)
  by anthonycentral.com with SMTP; 31 Jan 2006 15:33:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-43.vm-mail.com with SMTP; 31 Jan 2006 15:31:15 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
        HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new year from the dealerships it's a great time to look at buying a new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet

down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:14:48 2006
X-Persona: <Mila>
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 26624 invoked from network); 31 Jan 2006 15:31:37 -0600
Received: from vm-181-204.vm-mail.com (206.82.181.204)
  by jammtomm.com with SMTP; 31 Jan 2006 15:31:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-204.vm-mail.com with SMTP; 31 Jan 2006 15:31:17 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
    HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
    HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
    HTML_IMAGE_RATIO_06,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
    HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
    X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new
year from the dealerships it's a great time to look at buying a

new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 05 21:15:42 2006
X-Persona: <Mila>
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 26624 invoked from network); 31 Jan 2006 15:31:37 -0600
Received: from vm-181-204.vm-mail.com (206.82.181.204)
  by jammtomm.com with SMTP; 31 Jan 2006 15:31:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-204.vm-mail.com with SMTP; 31 Jan 2006 15:31:17 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_06,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
      HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new
year from the dealerships it's a great time to look at buying a

new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:11:01 2006
X-Persona: <Jay>
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 26661 invoked from network); 31 Jan 2006 15:31:37 -0600
Received: from vm-181-191.vm-mail.com (206.82.181.191)
  by omniinnovations.com with SMTP; 31 Jan 2006 15:31:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-191.vm-mail.com with SMTP; 31 Jan 2006 15:31:21 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_06,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
      HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new
year from the dealerships it's a great time to look at buying a

new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 14:07:01 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 2981 invoked from network); 31 Jan 2006 15:30:53 -0600
Received: from vm-181-197.vm-mail.com (206.82.181.197)
  by omniinnovations.com with SMTP; 31 Jan 2006 15:30:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-197.vm-mail.com with SMTP; 31 Jan 2006 15:30:41 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new year from the dealerships it's a great time to look at buying a new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please** visit here**.**

From ???@??? Wed Feb 01 14:06:54 2006
X-Persona: <Celia>
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8451 invoked from network); 31 Jan 2006 16:03:52 -0600
Received: from vm-182-111.vm-mail.com (206.82.182.111)
   by chiefmusician.net with SMTP; 31 Jan 2006 16:03:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-111.vm-mail.com with SMTP; 31 Jan 2006 16:03:39 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_06,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
      HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63

Images not loading? View this offer by visiting this link



Get the latest trade-in value from a local dealer.

With Gas prices on the rise and Huge Discounts to start the new
year from the dealerships it's a great time to look at buying a

new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 08:38:04 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 26565 invoked from network); 31 Jan 2006 15:31:37 -0600
Received: from vm-181-182.vm-mail.com (206.82.181.182)
  by rcw19190020.com with SMTP; 31 Jan 2006 15:31:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-182.vm-mail.com with SMTP; 31 Jan 2006 15:31:21 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.6 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
       HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_06,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
       HTML_TAG_BALANCE_BODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new
year from the dealerships it's a great time to look at buying a

new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Tue Jan 31 16:35:55 2006
X-Persona: <RCW>
Return-Path: <mailcenter336732@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 23302 invoked from network); 31 Jan 2006 16:00:15 -0600
Received: from vm-181-174.vm-mail.com (206.82.181.174)
  by itdidnotendright.com with SMTP; 31 Jan 2006 16:00:13 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-174.vm-mail.com with SMTP; 31 Jan 2006 16:00:00 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 336732
From: Trade In <TradeIn@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336732@vm-rewards.com>
Subject: What's your car worth? Find out now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**Get the latest trade-in value from a local dealer.**

With Gas prices on the rise and Huge Discounts to start the new year from the dealerships it's a great time to look at buying a new car. Trade-In your old gas guzzler for a brand new car and you'll potentially put thousands of dollars back in your wallet down the road! Your vehicle's true trade-in-value varies depending on your local market conditions. Your car may be worth more than you thought it was. Find out with our free, no-commitment quote tool that gives you a real market value quote instantly, It's fast, simple and easy! **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

**Auto Offers, 1280 Bison, Box B9-485, NB, CA 92660**

**If you can not see our footer image, please visit here.**

From ???@??? Fri Aug 25 11:43:12 2006
X-Persona: <2nd User>
Return-Path: <mailcenter361082@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 5186 invoked from network); 23 Aug 2006 10:05:57 -0600
Received: from static-vmg-180-19.vm-mail.com (HELO vm-180-19.vm-mail.com)
(206.82.180.19)
  by xj4x4.net with SMTP; 23 Aug 2006 10:05:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-19.vm-mail.com with SMTP; 23 Aug 2006 11:05:51 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 361082
From: Trade In <TradeIn@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+361082@vm-rewards.com>
Subject: What is your car worth? Trade in your car here
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_10,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Select the car you want
to
find out about
and you'll get a value
estimate in seconds!
You
could be a lot closer
to
getting a new car than
you
had thought.





**If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,**
**visit this link**

**Auto Offers 1280 Bison, Box B9-485 NB, CA 92660**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West**
**110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving**
**further email as a subscriber of Virtumundo Rewards, go to**
**http://www.virtumundo.com/change or visit here. The**
**products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about**
**this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**



```
From ???@??? Sun Oct 09 18:58:26 2005
X-Persona: <Indi>
Return-Path: <mailcenter330264@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Fri, 30 Sep 2005 13:51:16 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
     HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
     HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
     HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D9734.1ABE3EA0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/trade-in-logo.gif
  URI:http://ogy.cc/bleu_liscn/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/plate.gif [...]

Content analysis details:   (8.8 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view

it, it may be safer to save it to a file and open it with an editor.


```
Received: (qmail 15779 invoked from network); 30 Sep 2005 13:51:16 -0600
Received: from vm-182-155.vm-mail.com (206.82.182.155)
  by anthonycentral.com with SMTP; 30 Sep 2005 13:51:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-155.vm-mail.com with SMTP; 30 Sep 2005 14:51:14 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330264
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330264@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's your car 3.htm"

```
From ???@??? Sun Oct 09 18:58:26 2005
X-Persona: <Indi>
Return-Path: <mailcenter330264@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Sep 2005 13:51:16 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D9734.1ABE3EA0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/trade-in-logo.gif
  URI:http://ogy.cc/bleu_liscn/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/plate.gif [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view

it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15779 invoked from network); 30 Sep 2005 13:51:16 -0600
Received: from vm-182-155.vm-mail.com (206.82.182.155)
  by anthonycentral.com with SMTP; 30 Sep 2005 13:51:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-155.vm-mail.com with SMTP; 30 Sep 2005 14:51:14 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330264
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330264@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your car 3.htm"

```
From ???@??? Sun Oct 09 18:17:48 2005
X-Persona: <Indi>
Return-Path: <mailcenter330264@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Fri, 30 Sep 2005 13:51:16 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
     HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
     HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
     HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D9734.1ABE3EA0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/trade-in-logo.gif
  URI:http://ogy.cc/bleu_liscn/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/plate.gif [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view

it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15779 invoked from network); 30 Sep 2005 13:51:16 -0600
Received: from vm-182-155.vm-mail.com (206.82.182.155)
  by anthonycentral.com with SMTP; 30 Sep 2005 13:51:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-155.vm-mail.com with SMTP; 30 Sep 2005 14:51:14 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330264
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330264@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your car 2.htm"

```
From ???@??? Sun Oct 09 18:17:48 2005
X-Persona: <Indi>
Return-Path: <mailcenter330264@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Sep 2005 13:51:16 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D9734.1ABE3EA0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/trade-in-logo.gif
  URI:http://ogy.cc/bleu_liscn/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/plate.gif [...]

Content analysis details:   (8.8 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view

it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 15779 invoked from network); 30 Sep 2005 13:51:16 -0600
Received: from vm-182-155.vm-mail.com (206.82.182.155)
  by anthonycentral.com with SMTP; 30 Sep 2005 13:51:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-155.vm-mail.com with SMTP; 30 Sep 2005 14:51:14 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330264
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330264@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your car 2.htm"

```
From ???@??? Fri Sep 30 20:30:49 2005
X-Persona: <hum>
Return-Path: <mailcenter330264@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 15110 invoked from network); 30 Sep 2005 13:53:09 -0600
Received: from vm-177-29.vm-mail.com (206.82.177.29)
   by ehahome.com with SMTP; 30 Sep 2005 13:53:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-29.vm-mail.com with SMTP; 30 Sep 2005 19:53:07 +0000
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330264
From: Trade In <TradeInValues@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330264@vm-rewards.com>
Subject: *****SPAM***** What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.9 HTML_IMAGE_RATIO_04 BODY: HTML has a low ratio of text to image
area
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_LINK_CLICK_HERE BODY: HTML link text says "click here"
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
      *       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
      *  0.0 CLICK_BELOW Asks you to click below
```





**Get the latest trade-in value from a local dealer.**

Are you planning on purchasing a new vehicle? Know the value of your old vehicle before you go to the dealership. Our service is free and you are under no commitment to buy or sell. **Click Here!**

Copyright © 2004 Trade-In-Value.com, All rights reserved.

Auto Offers 1280 Bison, Box B9-485 NB CA 926600

If you can not see our footer image, please visit here.

From ???@??? Mon Sep 26 18:47:22 2005
X-Persona: <Indi>
Return-Path: <mailcenter329998@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 23 Sep 2005 04:44:23 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_4333DC87.D270D72D"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4275&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/trade-in-logo.gif
  URI:http://ogy.cc/bleu_liscn/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'4275&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/plate.gif [...]

Content analysis details:   (8.8 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view

it, it may be safer to save it to a file and open it with an editor.


```
Received: (qmail 19045 invoked from network); 23 Sep 2005 04:44:22 -0600
Received: from vm-182-170.vm-mail.com (206.82.182.170)
  by ehahome.com with SMTP; 23 Sep 2005 04:44:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-170.vm-mail.com with SMTP; 23 Sep 2005 05:44:21 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329998
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329998@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your car 1.htm"
```

```
From ???@??? Sat Sep 17 22:35:12 2005
X-Persona: <Indi>
Return-Path: <mailcenter329773@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Sat, 17 Sep 2005 07:49:27 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.9 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_70_80,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_IMAGE_ONLY_04,
      HTML_IMAGE_RATIO_04,HTML_LINK_CLICK_HERE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_432C1EE7.FEEEB742"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4181&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/trade-in-logo.gif
  URI:http://ogy.cc/bleu_liscn/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'4181&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/plate.gif [...]

Content analysis details:   (8.9 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                        [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below
```

The original message was not completely plain text, and may be unsafe to

open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 12739 invoked from network); 17 Sep 2005 07:49:26 -0600
Received: from vm-183-101.vm-mail.com (206.82.183.101)
  by xj4x4.net with SMTP; 17 Sep 2005 07:49:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-101.vm-mail.com with SMTP; 17 Sep 2005 08:49:26 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 329773
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+329773@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your car .htm"

From ???@??? Wed Jun 29 16:39:00 2005
X-Persona: <Katie>
Return-Path: <mailcenter326629@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 22 Jun 2005 20:50:07 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.0 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      NO_OBLIGATION,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BA235F.D3D433A2"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2714&e=katie@ehahome.com
  URI:http://ogy.cc/bluevalhuop/trade-in-logo.gif
  URI:http://ogy.cc/bluevalhuop/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'2714&e=katie@ehahome.com
  URI:http://ogy.cc/bluevalhuop/plate.gif [...]

Content analysis details:   (10.0 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.3 NO_OBLIGATION          BODY: There is no obligation
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,

or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17409 invoked from network); 22 Jun 2005 20:50:07 -0600
Received: from vm-181-106.vm-mail.com (206.82.181.106)
  by jaycelia.com with SMTP; 22 Jun 2005 20:50:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-106.vm-mail.com with SMTP; 22 Jun 2005 21:50:06 -0500
X-ClientHost: 1070971161051010641011040971041111091010460991111109
X-MailingID: 326629
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326629@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM What's your car
.htm"

```
From ???@??? Wed Jun 29 16:39:00 2005
X-Persona: <Katie>
Return-Path: <mailcenter326629@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 22 Jun 2005 20:50:07 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.0 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      NO_OBLIGATION,RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42BA235F.D3D433A2"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2714&e=katie@ehahome.com
  URI:http://ogy.cc/bluevalhuop/trade-in-logo.gif
  URI:http://ogy.cc/bluevalhuop/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'2714&e=katie@ehahome.com
  URI:http://ogy.cc/bluevalhuop/plate.gif [...]

Content analysis details:   (10.0 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.3 NO_OBLIGATION          BODY: There is no obligation
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                     [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
```

or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 17409 invoked from network); 22 Jun 2005 20:50:07 -0600
Received: from vm-181-106.vm-mail.com (206.82.181.106)
  by jaycelia.com with SMTP; 22 Jun 2005 20:50:07 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-106.vm-mail.com with SMTP; 22 Jun 2005 21:50:06 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326629
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326629@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM What's your car
.htm"

From ???@??? Sun Jun 19 17:10:39 2005
X-Persona: <Katie>
Return-Path: <mailcenter326299@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 15 Jun 2005 08:15:10 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** What is your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B037EE.D7682BF7"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2564&e=katie@ehahome.com
  URI:http://v1.cc/rg/tiv/news_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'2564&e=katie@ehahome.com
  URI:http://v1.cc/rg/tiv/news_02.jpg [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 24322 invoked from network); 15 Jun 2005 08:15:10 -0600
Received: from vm-181-243.vm-mail.com (206.82.181.243)
  by ehahome.com with SMTP; 15 Jun 2005 08:15:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-243.vm-mail.com with SMTP; 15 Jun 2005 09:15:09 -0500

```
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326299
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326299@vm-rewards.com>
Subject: What is your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM What is your
car.htm"
```

From ???@??? Sun Jun 19 17:10:39 2005
X-Persona: <Katie>
Return-Path: <mailcenter326299@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 15 Jun 2005 08:15:10 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** What is your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B037EE.D7682BF7"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2564&e=katie@ehahome.com
  URI:http://v1.cc/rg/tiv/news_01.jpg
  URI:http://redirect.virtumundo.com/ct?i'2564&e=katie@ehahome.com
  URI:http://v1.cc/rg/tiv/news_02.jpg [...]

Content analysis details:   (8.2 points, 3.0 required)

 pts rule name                description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN   BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 24322 invoked from network); 15 Jun 2005 08:15:10 -0600
Received: from vm-181-243.vm-mail.com (206.82.181.243)
  by ehahome.com with SMTP; 15 Jun 2005 08:15:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-243.vm-mail.com with SMTP; 15 Jun 2005 09:15:09 -0500

```
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326299
From: Trade In <TradeInValues@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326299@vm-rewards.com>
Subject: What is your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM What is your
car.htm"
```

```
From ???@??? Tue Oct 11 18:08:23 2005
X-Persona: <Indi>
Return-Path: <mailcenter330264@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 30 Sep 2005 13:51:16 -0600
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** What's your car worth?
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=7.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_IMAGE_RATIO_04,
      HTML_LINK_CLICK_HERE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_433D9734.1ABE3EA0"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/trade-in-logo.gif
  URI:http://ogy.cc/bleu_liscn/fade.gif
  URI:http://redirect.virtumundo.com/ct?i'4393&e=indi@jammtomm.com
  URI:http://ogy.cc/bleu_liscn/plate.gif [...]

Content analysis details:   (8.8 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.9 HTML_IMAGE_RATIO_04    BODY: HTML has a low ratio of text to image area
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view

it, it may be safer to save it to a file and open it with an editor.


```
Received: (qmail 15779 invoked from network); 30 Sep 2005 13:51:16 -0600
Received: from vm-182-155.vm-mail.com (206.82.182.155)
  by anthonycentral.com with SMTP; 30 Sep 2005 13:51:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-155.vm-mail.com with SMTP; 30 Sep 2005 14:51:14 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 330264
From: Trade In <TradeInValues@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330264@vm-rewards.com>
Subject: What's your car worth?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM What's
your car 4.htm"
```

```
From ???@??? Fri Apr 21 21:26:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter344662@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 1828 invoked from network); 21 Apr 2006 08:24:53 -0600
Received: from vm-181-203.vm-mail.com (206.82.181.203)
  by xj4x4.net with SMTP; 21 Apr 2006 08:24:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-203.vm-mail.com with SMTP; 21 Apr 2006 09:24:40 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 344662
From: Trade Publications <TradePublications@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+344662@vm-rewards.com>
Subject: Industry magazines to advance your career
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.0 required=7.0 tests=BAD_CREDIT,BAYES_60,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



TradePub offers complimentary one-year subscriptions to hundreds of leading trade publications across multiple industry sectors. Choose from more than 300 titles in Finance, Technology, Manufacturing, Life Sciences and more.

Publications are absolutely free to those who qualify! No coupons, credit cards, or special codes are necessary. Visit here to subscribe!



**CFO**
provides 450,000 senior financial executives with the sophisticated analysis and innovative ideas they need to add value to...
subscribe here

**eWeek**
is the essential technology information source for builders of e-business...
subscribe here

**Successful Promotions**
shows you how effective imprinted promotional items can be for any kind of campaign...
subscribe here

**Oracle Magazine**
contains technology strategy articles, sample code, tips, Oracle and partner news, how to articles for developers and DBAs, and more...

**Investment Advisor**
offers indispensable information for Financial Planners, Investment Advisors, and Wealth Managers...

**PRWeek**
is the only weekly news magazine created especially for public relations and corporate communications professionals...

subscribe here

subscribe here

subscribe here



Financial Planning
delivers in-depth
features and articles
that help advisers build
their practices and
enhance planning...

subscribe here

Business Integration Journal
is a monthly magazine
designed to provide
timely management-level
and technical articles...

subscribe here

Futures
is full of indispensable
information including
in-depth interviews with
top traders about trading
strategies...

subscribe here

**Netline Corporation 16795 Lark Avenue suite 210 Los Gatos, CA 95032**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Apr 30 13:59:50 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346280@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10243 invoked from network); 28 Apr 2006 10:29:54 -0600
Received: from vm-181-251.vm-mail.com (206.82.181.251)
   by xj4x4.net with SMTP; 28 Apr 2006 10:29:48 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-251.vm-mail.com with SMTP; 28 Apr 2006 11:29:43 -0500
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 346280
From: Trade Publications <TradePublications@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346280@vm-rewards.com>
Subject: Industry magazines to advance your career
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



- eWeek
- CFO
- Futures

- Food Arts
- InformationWeek
- Target Marketing

- PRWeek
- Computerworld
- Oracle Magazine



---

Netline Corporation 16795 Lark Ave. Suite 210, Los Gatos CA 95032

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 12 12:31:01 2006
X-Persona: <Mila>
Return-Path: <mailcenter334652@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 11906 invoked from network); 10 Jan 2006 14:12:49 -0600
Received: from vm-177-16.vm-mail.com (206.82.177.16)
  by rcw19190020.com with SMTP; 10 Jan 2006 14:12:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-16.vm-mail.com with SMTP; 10 Jan 2006 14:12:36 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 334652
From: TraditionalMatchmaker <TraditionalMatchmaker@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334652@vm-rewards.com>
Subject: Want more than a match in 2006?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_08,HTML_MESSAGE,
       HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



Jamila, Sure I Tried A Few Online Dating Sites…

But I Never Felt Safe Enough To Meet In Person.

I Guess I'm Not Alone, 97% Of People On Those Sites Never Meet!

Dating Sites Where People Don't Meet …Kind Of Ironic!

But TraditionalMatchMaking Introduces You Face-to Face.

They Screen Each Of Their Members So I Can Feel Safe.

This Helps Me Avoid The Married and



Desperate Guys Online!

Plus I Get Introduced To Successful People
Not Just Any Body!

Jamila, Meet Somebody, Not Just Any Body!

Speak with an Introduction Expert For Free!



**Traditional Matchmaking, 3325 Griffith Road, Suite 280, Fort Lauderdale, FL, 33312**



**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Nov 14 20:07:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2715405-17961>; Fri, 14 Nov 2003 22:55:26 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <2716677-17961>; Fri, 14 Nov 2003 22:54:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 14 Nov 2003 21:51:33 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 197930
From: Travel Agent Information <TravelAgentInformation197930@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Travel Agent Information
<TravelAgentInformation197930@replies.virtumundo.com>
Subject: It's time for a vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.225427-0500_est.2716677-17961+12108@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 22:54:25 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 14 20:07:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2715296-17967>; Fri, 14 Nov 2003 22:55:26 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <2716668-17967>; Fri, 14 Nov 2003 22:54:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 14 Nov 2003 21:51:33 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 197930
From: Travel Agent Information <TravelAgentInformation197930@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Travel Agent Information
<TravelAgentInformation197930@replies.virtumundo.com>
Subject: It's time for a vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.225424-0500_est.2716668-17967+11794@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 22:54:23 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 20:07:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2714681-17967>; Fri, 14 Nov 2003 22:55:26 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <2715729-17961>; Fri, 14 Nov 2003 22:54:22 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm149.vmadmin.com with SMTP; 14 Nov 2003 21:51:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 197930
From: Travel Agent Information <TravelAgentInformation197930@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Travel Agent Information
<TravelAgentInformation197930@replies.virtumundo.com>
Subject: It's time for a vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.225422-0500_est.2715729-17961+12105@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 22:54:21 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 14 20:07:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2714566-17967>; Fri, 14 Nov 2003 22:55:26 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <2714681-17967>; Fri, 14 Nov 2003 22:54:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 14 Nov 2003 21:51:33 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 197930
From: Travel Agent Information <TravelAgentInformation197930@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Travel Agent Information
<TravelAgentInformation197930@replies.virtumundo.com>
Subject: It's time for a vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.225420-0500_est.2714681-17967+11790@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 22:54:20 -0500
```



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 14 20:07:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2715599-17967>; Fri, 14 Nov
2003 22:55:26 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <2719216-17961>; Fri, 14 Nov 2003 22:54:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 14 Nov 2003 21:51:33 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 197930
From: Travel Agent Information <TravelAgentInformation197930@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Travel Agent Information
<TravelAgentInformation197930@replies.virtumundo.com>
Subject: It's time for a vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.225427-0500_est.2719216-17961+12109@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 22:54:26 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu May 06 13:47:03 2004
Return-Path: <mailcenter308359@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4795 invoked by uid 10003); 6 May 2004 20:01:38 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 4792 invoked from network); 6 May 2004 20:01:38 -0000
Received: from unknown (HELO vm096.vmadmin.com) (216.64.222.96)
  by ns48.webmasters.com with SMTP; 6 May 2004 20:01:38 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 06 May 2004 15:10:33 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308359
From: Travel Anytime <VisitTravelAnytime@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Travel Anytime <VisitTravelAnytime308359@replies.virtumundo.com>
Subject: Vacation on us - Vegas, Orlando & more
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**To Unsubscribe, please** visit us here

TravelAnytime.com
6655 West Sahara Avenue, Suite B-200
Las Vegas, NV 89146
© 2004 TravelAnytime.com. All rights reserved.

Travel Anytime, 6655 West Sahara Avenue, Suite B-200 Las Vegas, NV 89146

From ???@??? Fri Oct 17 08:19:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213588-29681>; Fri, 17 Oct 2003 09:59:16 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <275649-27453>; Thu, 16 Oct 2003 22:37:55 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-48.vmlocal.com with SMTP; 16 Oct 2003 17:54:25 -0500
X-ClientHost:
106097109105108097064103111141001111101191111410711504609911109
X-MailingID: 166049
From: Travel Deals <GreatTravelDeals166049@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+166049@replies.vmlocal.com>
Subject: The latest travel deals are here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.223755-0400_edt.275649-27453+10673@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 22:37:55 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Oct 27 18:43:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214366-29377>; Mon, 27 Oct 2003 21:10:23 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <216598-29367>; Mon, 27 Oct 2003 21:09:36 -0500
Received: from vmlocal.com (192.168.3.12)
    by vl208-39.vmlocal.com with SMTP; 27 Oct 2003 20:09:35 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 179036
From: Travel Deals <GreatTravelDeals179036@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Travel Deals <GreatTravelDeals179036@vmlocal.com>
Subject: Looking for great travel deals?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.210936-0500_est.216598-29367+12239@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 21:09:35 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent

From ???@??? Fri Nov 14 16:56:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220751-23669>; Fri, 14 Nov 2003 16:18:26 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <236161-23667>; Fri, 14 Nov 2003 16:17:41 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-29.vmlocal.com with SMTP; 14 Nov 2003 15:17:32 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 197811
From: Travel Deals <GreatTravelDeals197811@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Travel Deals <GreatTravelDeals197811@vmlocal.com>
Subject: The best way to get away from it all.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.161741-0500_est.236161-23667+8177@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 16:17:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 31 08:46:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <338163-15786>; Sat, 31 Jan 2004 11:17:21 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <340245-16018>; Sat, 31 Jan 2004 11:16:02
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 31 Jan 2004 10:15:54 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 355430
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355430@replies.adknow-net.com
Subject: Looking for great travel deals?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.111602-0500_est.340245-16018+20646@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 11:16:02 -0500



The only thing better than traveling is finding a great deal on traveling. Get
away today with these great travel deals.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Jan 29 09:20:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <226520-10068>; Thu, 29 Jan
2004 11:42:50 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <225354-10068>; Thu, 29 Jan 2004 11:41:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 29 Jan 2004 10:41:21 -0600
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991 11109
X-MailingID: 353652
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353652@replies.adknow-net.com
Subject: Looking for great travel deals?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.114127-0500_est.225354-10068+28541@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 11:41:26 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 09:20:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216153-10068>; Thu, 29 Jan 2004 11:42:50 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <226520-10068>; Thu, 29 Jan 2004 11:41:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 29 Jan 2004 10:41:21 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 353652
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353652@replies.adknow-net.com
Subject: Looking for great travel deals?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.114127-0500_est.226520-10068+28540@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 11:41:25 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 09:04:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <234793-25556>; Sat, 24 Jan 2004 11:33:13 -0500
Received: from vm208-60.adknow-net.com ([216.21.208.60]) by
ams.ftl.affinity.com with ESMTP id <234786-25556>; Sat, 24 Jan 2004 11:31:40
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-60.adknow-net.com with SMTP; 24 Jan 2004 10:31:28 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 349478
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349478@replies.adknow-net.com
Subject: Get great travel deals here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.113140-0500_est.234786-25556+44850@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 11:31:40 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 23:22:00 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219895-17947>; Wed, 21 Jan
2004 23:41:30 -0500
Received: from vm208-36.adknow-net.com ([216.21.208.36]) by
ams.ftl.affinity.com with ESMTP id <222997-17956>; Wed, 21 Jan 2004 23:40:46
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-36.adknow-net.com with SMTP; 21 Jan 2004 22:40:43 -0600
X-ClientHost:
10611111009711610409711100641031111141001111011911111410711504609911109
X-MailingID: 346005
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346005@replies.adknow-net.com
Subject: Are you ready to take a trip?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.234046-0500_est.222997-17956+4680@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 23:40:45 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 09:25:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2745654-19710>; Wed, 21 Jan 2004 11:58:06 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <2729572-19708>; Wed, 21 Jan 2004 11:55:44
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-15.adknow-net.com with SMTP; 21 Jan 2004 10:55:40 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 346663
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return346663@replies.adknow-net.com
Subject: Get great travel deals here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.115544-0500_est.2729572-19708+1893@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 11:55:43 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 15 15:52:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215021-20659>; Thu, 15 Jan 2004 15:24:21 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <216633-20653>; Thu, 15 Jan 2004 15:23:38
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 15 Jan 2004 14:23:37 -0600
X-ClientHost:
1060971091051080970641031111140011111011911111410711504609911109
X-MailingID: 342059
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342059@replies.adknow-net.com
Subject: Are you ready to take a trip?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan15.152338-0500_est.216633-20653+4830@ams.ftl.affinity.com>
Date:Thu, 15 Jan 2004 15:23:37 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Feb 04 19:35:27 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <732169-14935>; Wed, 4 Feb 2004 22:07:08 -0500
Received: from vm208-51.adknow-net.com ([216.21.208.51]) by
ams.ftl.affinity.com with ESMTP id <732673-23264>; Wed, 4 Feb 2004 22:05:57
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-51.adknow-net.com with SMTP; 04 Feb 2004 21:05:51 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 357671
From: Travel Deals <GreatTravelDeals@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357671@replies.adknow-net.com
Subject: Get great travel deals here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.220557-0500_est.732673-23264+50519@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 22:05:56 -0500
```



The only thing better than traveling is finding a great deal on traveling. Get away today with these great travel deals.

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Oct 17 23:49:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2295969-9313>; Sat, 18 Oct 2003 00:11:37 -0400
Received: from vm147.vmadmin.com ([216.64.222.147]) by ams.ftl.affinity.com
with ESMTP id <519091-9309>; Fri, 17 Oct 2003 17:46:32 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm147.vmadmin.com with SMTP; 17 Oct 2003 16:45:56 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 166651
From: Travel Nursing Jobs <TravelNursingJobs166651@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Travel Nursing Jobs <TravelNursingJobs166651@replies.virtumundo.com>
Subject: Dedicate your life to helping people live theirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.174632-0400_edt.519091-9309+3049@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 17:46:31 -0400



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jan 28 08:29:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <311652-19807>; Wed, 28 Jan 2004 02:18:19 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <310384-19808>; Wed, 28 Jan 2004 02:17:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 28 Jan 2004 01:17:22 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241058
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations241058@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.021724-0500_est.310384-19808+9474@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 02:17:24 -0500
```



Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020

```
From ???@??? Wed Jan 28 08:29:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3680221-426>; Wed, 28 Jan
2004 02:18:18 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com
with ESMTP id <3682310-424>; Wed, 28 Jan 2004 02:17:24 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm108.vmadmin.com with SMTP; 28 Jan 2004 01:17:23 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241058
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations241058@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.021724-0500_est.3682310-424+6745@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 02:17:24 -0500
```



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

From ???@??? Wed Jan 28 08:29:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312753-19810>; Wed, 28 Jan 2004 02:18:19 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <315804-19807>; Wed, 28 Jan 2004 02:17:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 28 Jan 2004 01:17:22 -0600
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 241058
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations241058@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.021724-0500_est.315804-19807+9113@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 02:17:23 -0500



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

```
From ???@??? Wed Jan 28 08:29:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312981-19810>; Wed, 28 Jan 2004 02:18:19 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <315660-19802>; Wed, 28 Jan 2004 02:17:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 28 Jan 2004 01:17:22 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 241058
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations241058@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.021724-0500_est.315660-19802+9377@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 02:17:23 -0500
```



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

```
From ???@??? Sat Jan 17 23:15:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219401-29202>; Sun, 18 Jan 2004 01:57:12 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <220607-29195>; Sun, 18 Jan 2004 01:56:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 18 Jan 2004 00:56:24 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 240273
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations240273@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.015625-0500_est.220607-29195+52681@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 01:56:25 -0500
```



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

From ???@??? Sat Jan 17 23:15:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220162-29193>; Sun, 18 Jan
2004 01:57:12 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <214738-29199>; Sun, 18 Jan 2004 01:56:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 18 Jan 2004 00:56:24 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240273
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations240273@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.015625-0500_est.214738-29199+52666@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 01:56:25 -0500



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

```
From ???@??? Sat Jan 17 23:15:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220227-29195>; Sun, 18 Jan 2004 01:57:12 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <220591-29203>; Sun, 18 Jan 2004 01:56:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 18 Jan 2004 00:56:24 -0600
X-ClientHost: 1060971091011150641031111441001111101191111141071150460991111109
X-MailingID: 240273
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations240273@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.015625-0500_est.220591-29203+52266@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 01:56:24 -0500
```



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

```
From ???@??? Sat Jan 17 23:15:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220155-29201>; Sun, 18 Jan 2004 01:57:12 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <220601-29200>; Sun, 18 Jan 2004 01:56:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 18 Jan 2004 00:56:24 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 240273
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations240273@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.015625-0500_est.220601-29200+52541@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 01:56:24 -0500
```



 **Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

```
From ???@??? Sat Jan 17 23:15:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219679-29201>; Sun, 18 Jan 2004 01:57:12 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <220348-29193>; Sun, 18 Jan 2004 01:56:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 18 Jan 2004 00:56:24 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240273
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations240273@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan18.015625-0500_est.220348-29193+52780@ams.ftl.affinity.com>
Date:Sun, 18 Jan 2004 01:56:24 -0500
```



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

```
From ???@??? Wed Jan 28 08:29:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <313153-19807>; Wed, 28 Jan 2004 02:18:19 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com
with ESMTP id <311652-19808>; Wed, 28 Jan 2004 02:17:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 28 Jan 2004 01:17:22 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 241058
From: Traveler Innovations <TravelInnovations@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Traveler Innovations
<TravelInnovations241058@replies.virtumundo.com>
Subject: The 2 For 1 Airfare Special Ends Soon
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.021724-0500_est.311652-19808+9471@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 02:17:24 -0500
```



**Consumer Innovations LLC, 7330 N 16th St suite A120, Phoenix, AZ 85020**

```
From ???@??? Wed Oct 29 11:18:40 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216063-18461>; Wed, 29 Oct 2003 12:34:35 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <217745-18467>; Wed, 29 Oct 2003 12:33:04 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-38.vmlocal.com with SMTP; 29 Oct 2003 11:33:01 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 181778
From: Treadmill Fitness <TreadmillFitnessToday181778@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Treadmill Fitness <TreadmillFitnessToday181778@vmlocal.com>
Subject: Get in shape with a treadmill.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.123304-0500_est.217745-18467+3190@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 12:33:04 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**
Message sent Wed Oct 29 11:32:09 CST 2003

```
From ???@??? Thu Oct 30 18:22:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216632-17942>; Thu, 30 Oct 2003 20:58:14 -0500
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <224392-17932>; Thu, 30 Oct 2003 20:56:49 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-34.vmlocal.com with SMTP; 30 Oct 2003 19:56:25 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 183203
From: Treadmill Fitness <TreadmillFitnessToday183203@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Treadmill Fitness <TreadmillFitnessToday183203@vmlocal.com>
Subject: Need to get in shape?  Try a treadmill.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.205649-0500_est.224392-17932+45386@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 20:56:49 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 31 23:23:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218157-23875>; Sat, 1 Nov 2003 01:20:04 -0500
Received: from vl208-17.vmlocal.com ([216.21.208.17]) by ams.ftl.affinity.com
with ESMTP id <218049-23882>; Sat, 1 Nov 2003 01:19:00 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-17.vmlocal.com with SMTP; 01 Nov 2003 00:18:59 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 184549
From: Treadmill Fitness <TreadmillFitnessToday184549@vmlocal.com>
To:   Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Treadmill Fitness <TreadmillFitnessToday184549@vmlocal.com>
Subject: Need to get in shape?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.011900-0500_est.218049-23882+16019@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 01:19:00 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 08 19:48:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217236-7010>; Sat, 8 Nov 2003 19:02:26 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <217402-7010>; Sat, 8 Nov 2003 19:01:53 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-25.vmlocal.com with SMTP; 08 Nov 2003 18:01:52 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 193252
From: Treadmill Fitness <TreadmillFitnessToday193252@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Treadmill Fitness <TreadmillFitnessToday193252@vmlocal.com>
Subject: Get in Shape with these great treadmill offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.190153-0500_est.217402-7010+20916@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 19:01:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Aug 20 23:53:09 2006
X-Persona: <2nd User>
Return-Path: <mailcenter359358@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 11297 invoked from network); 10 Aug 2006 02:20:09 -0600
Received: from static-vmg-181-14.vm-mail.com (HELO vm-181-14.vm-mail.com)
(206.82.181.14)
  by clrobin.com with SMTP; 10 Aug 2006 02:20:08 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-14.vm-mail.com with SMTP; 10 Aug 2006 03:20:06 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 359358
From: True Singles <TrueSingles@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+359358@vm-rewards.com>
Subject: Meet the one who's right for you - right now.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_FONT_FACE_BAD,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63


Images not loading? View this offer by visiting this link



For a limited time. Void where prohibited.     Visit a True.com chat
Subject to Terms and Conditions.                room.



**TRUE 5215 North O Irving, TX 75039**

**If you can not see our footer image, please visit here.**



```
From ???@??? Wed Nov 26 22:11:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2718529-18072>; Wed, 26 Nov 2003 23:03:54 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <2719479-18063>; Wed, 26 Nov 2003 23:02:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 26 Nov 2003 22:02:17 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 206338
From: Turkey Fryer <TryFryingTheTurkey@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Turkey Fryer <TryFryingTheTurkey206338@replies.virtumundo.com>
Subject: A new reason to be thankful. Turkey fryers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.230251-0500_est.2719479-18063+11400@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 23:02:51 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 22:06:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218026-3175>; Thu, 27 Nov 2003 22:18:44 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com
with ESMTP id <219585-3174>; Thu, 27 Nov 2003 22:17:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 27 Nov 2003 21:15:39 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 207031
From: Turkey Fryer <TryFryingTheTurkey@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Turkey Fryer <TryFryingTheTurkey207031@replies.virtumundo.com>
Subject: Who says turkeys can't fry?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.221750-0500_est.219585-3174+23503@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:17:48 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Sep 09 12:56:16 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362448@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 5217 invoked from network); 6 Sep 2006 01:50:54 -0600
Received: from static-vmg-180-33.vm-mail.com (HELO vm-180-33.vm-mail.com)
(206.82.180.33)
  by celiajay.com with SMTP; 6 Sep 2006 01:50:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-33.vm-mail.com with SMTP; 06 Sep 2006 02:50:49 -0500
X-ClientHost: 1161111091091210641060971091091161111091090460991111109
X-MailingID: 362448
From: TV on PC <TVonPC@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362448@vm-rewards.com>
Subject: Watch TV on your PC in two minutes!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.2 required=7.0 tests=DATE_MISSING,HTML_50_60,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
       HTML_IMAGE_RATIO_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,

**visit this link**

inKline Global, Inc. 77 Bencoolen Street, #04-01 Singapore, CH 189653

Please send any questions or concerns about the Virtumundo Rewards program
to: Virtumundo, Inc. 8400 West
110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To
remove yourself from receiving
further email as a subscriber of Virtumundo Rewards, go to
http://www.virtumundo.com/change or visit here. The
products and/or services advertised in this email are the sole responsibility
of the advertiser, and questions about
this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



From ???@??? Fri Sep 19 08:09:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1251858-16923>; Fri, 19 Sep 2003 08:46:25 -0400
Received: from vt15.vtarget.com ([216.64.222.15]) by ams.ftl.affinity.com with
ESMTP id <2298369-16914>; Fri, 19 Sep 2003 08:45:48 -0400
Received: from vtarget.com (192.168.3.10)
  by vt15.vtarget.com with SMTP; 19 Sep 2003 07:45:47 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 139365
From: TV too Small <BigScreenTelevision139365@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: TV too Small <BigScreenTelevision139365@replies.vtarget.com>
Subject: Turn it into a 150 INCH Big Screen TV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep19.084548-0400_edt.2298369-16914+2393@ams.ftl.affinity.com>
Date:Fri, 19 Sep 2003 08:45:48 -0400



        You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jun 14 14:48:54 2004
Return-Path: <mailcenter308988@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30976 invoked by uid 10003); 14 Jun 2004 20:08:25 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 30973 invoked from network); 14 Jun 2004 20:08:25 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
  by ns48.webmasters.com with SMTP; 14 Jun 2004 20:08:25 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 14 Jun 2004 15:08:23 -0500
X-ClientHost: 10609710910111506410311111410011110101911111410711504609911109
X-MailingID: 308988
From: Twenty-Four Hour Quote <TwentyFourHourQuote@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Twenty-Four Hour Quote
<TwentyFourHourQuote308988@replies.virtumundo.com>
Subject: Get Your Health Insurance Quote 24 Hours a Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Find A Quote, 500 N. Rainbow, Suite 300, Las Vegas, NV 89107

```
From ???@??? Mon Jun 14 14:48:54 2004
Return-Path: <mailcenter308988@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30984 invoked by uid 10003); 14 Jun 2004 20:08:25 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 30981 invoked from network); 14 Jun 2004 20:08:25 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
  by ns48.webmasters.com with SMTP; 14 Jun 2004 20:08:25 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 14 Jun 2004 15:08:23 -0500
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 308988
From: Twenty-Four Hour Quote <TwentyFourHourQuote@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Twenty-Four Hour Quote
<TwentyFourHourQuote308988@replies.virtumundo.com>
Subject: Get Your Health Insurance Quote 24 Hours a Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

Find A Quote, 500 N. Rainbow, Suite 300, Las Vegas, NV 89107