From ???@??? Mon Jun 14 14:49:25 2004
Return-Path: <mailcenter308988@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30993 invoked by uid 10003); 14 Jun 2004 20:08:26 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 30990 invoked from network); 14 Jun 2004 20:08:25 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
   by ns48.webmasters.com with SMTP; 14 Jun 2004 20:08:25 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm125.vmadmin.com with SMTP; 14 Jun 2004 15:08:23 -0500
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 308988
From: Twenty-Four Hour Quote <TwentyFourHourQuote@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Twenty-Four Hour Quote
<TwentyFourHourQuote308988@replies.virtumundo.com>
Subject: Get Your Health Insurance Quote 24 Hours a Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



---

Find A Quote, 500 N. Rainbow, Suite 300, Las Vegas, NV 89107

Dockets.Justia.com

```
From ???@??? Wed Nov 12 06:48:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223098-4762>; Wed, 12 Nov 2003 08:11:18 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <223691-4768>; Wed, 12 Nov 2003 08:10:47 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 12 Nov 2003 07:10:44 -0600
X-ClientHost:
10609710910510809706410311111410011110119111141071150460991111109
X-MailingID: 196603
From: Two Old Guys <WantToBeAWinner196603@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Two Old Guys <WantToBeAWinner196603@replies.virtumundo.com>
Subject: We'll hand it to you... You're a Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.081047-0500_est.223691-4768+553@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 08:10:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 12 06:48:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222792-4760>; Wed, 12 Nov 2003 08:11:18 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <223391-4758>; Wed, 12 Nov 2003 08:10:47 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 12 Nov 2003 07:10:44 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 196603
From: Two Old Guys <WantToBeAWinner196603@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Two Old Guys <WantToBeAWinner196603@replies.virtumundo.com>
Subject: We'll hand it to you... You're a Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.081047-0500_est.223391-4758+584@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 08:10:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 12 06:48:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222844-4761>; Wed, 12 Nov 2003 08:11:18 -0500
Received: from vm115.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <223368-4765>; Wed, 12 Nov 2003 08:10:47 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 12 Nov 2003 07:10:44 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 196603
From: Two Old Guys <WantToBeAWinner196603@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Two Old Guys <WantToBeAWinner196603@replies.virtumundo.com>
Subject: We'll hand it to you... You're a Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.081047-0500_est.223368-4765+394@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 08:10:47 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 12 06:48:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223350-4762>; Wed, 12 Nov 2003 08:11:18 -0500
Received: from vm115.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <213704-4758>; Wed, 12 Nov 2003 08:10:49 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 12 Nov 2003 07:10:44 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 196603
From: Two Old Guys <WantToBeAWinner196603@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Two Old Guys <WantToBeAWinner196603@replies.virtumundo.com>
Subject: We'll hand it to you... You're a Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.081049-0500_est.213704-4758+585@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 08:10:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed May 03 09:39:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346528@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 13984 invoked from network); 1 May 2006 08:36:24 -0600
Received: from vm-181-215.vm-mail.com (206.82.181.215)
  by omniinnovations.com with SMTP; 1 May 2006 08:36:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-215.vm-mail.com with SMTP; 01 May 2006 09:36:19 -0500
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 346528
From: Ultimate Financial <UltimateFinancial@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346528@vm-rewards.com>
Subject: Improve your rating with the Ultimate Financial offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
       RCVD_IN_SORBS autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

Ultimate Offer 2533 North Carson Street Suite 6029 Carson City, NV 89706

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:39:29 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346528@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 14689 invoked from network); 1 May 2006 08:36:25 -0600
Received: from vm-181-215.vm-mail.com (206.82.181.215)
   by omniinnovations.com with SMTP; 1 May 2006 08:36:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-215.vm-mail.com with SMTP; 01 May 2006 09:36:19 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 346528
From: Ultimate Financial <UltimateFinancial@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346528@vm-rewards.com>
Subject: Improve your rating with the Ultimate Financial offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=DATE_MISSING,HTML_60_70,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_RATIO_04,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,
      RCVD_IN_SORBS autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link







**This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:**

**Ultimate Offer 2533 North Carson Street Suite 6029 Carson City, NV 89706**

**Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Aug 04 19:39:39 2006
X-Persona: <2nd User>
Return-Path: <mailcenter358390@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 3841 invoked from network); 3 Aug 2006 04:24:43 -0600
Received: from static-vmg-186-201.vm-mail.com (HELO vm-186-201.vm-mail.com)
(206.82.186.201)
  by greatnorthwest-alpha.org with SMTP; 3 Aug 2006 04:24:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-201.vm-mail.com with SMTP; 03 Aug 2006 05:24:42 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 358390
From: Unbelievable Me <UnbelievableMe@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+358390@vm-rewards.com>
Subject: Cheryl Tiegs instant wrinkle reducer - unbelievable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Unbelievable 10 Corporate Park, Suite 315 Irvine, CA 92606

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Sat Sep 09 12:54:28 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362256@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 13504 invoked from network); 4 Sep 2006 06:48:16 -0600
Received: from static-vmg-186-249.vm-mail.com (HELO vm-186-249.vm-mail.com)
(206.82.186.249)
  by clrobin.com with SMTP; 4 Sep 2006 06:48:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-249.vm-mail.com with SMTP; 04 Sep 2006 07:47:25 -0500
X-ClientHost: 11611110910912106410609710910911611110910904609911109
X-MailingID: 362256
From: Unbelievable Me <UnbelievableMe@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362256@vm-rewards.com>
Subject: Cheryl Tiegs instant wrinkle reducer - unbelievable
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=7.0 required=7.0 tests=BLANK_LINES_70_80,DATE_MISSING,
      HTML_40_50,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_08,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Unbelievable 10 Corporate Park, Suite 315 Irvine, CA 92606

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Wed May 03 09:51:08 2006
X-Persona: <Anthony>
Return-Path: <mailcenter346922@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 17505 invoked from network); 2 May 2006 10:12:17 -0600
Received: from vm-181-250.vm-mail.com (206.82.181.250)
   by anthonycentral.com with SMTP; 2 May 2006 10:12:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-250.vm-mail.com with SMTP; 02 May 2006 11:12:14 -0500
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 346922
From: Unclaimed Funds <UnclaimedFunds@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346922@vm-rewards.com>
Subject: Find money you didn't know you had
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***
X-Spam-Status: No, hits=3.1 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**





This is an advertisement. If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo, visit here. Please mail questions or comments about this advertisement to:

SFP, Inc. 10535 E. Washington Street, Ste. 310 Indianapolis, IN 46229 - 2609

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:50:29 2005
Return-Path: <mailcenter333731@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11459 invoked from network); 28 Dec 2005 11:24:41 -0600
Received: from vm-177-20.vm-mail.com (206.82.177.20)
  by ehahome.com with SMTP; 28 Dec 2005 11:24:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-20.vm-mail.com with SMTP; 28 Dec 2005 11:24:27 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 333731
From: Universal Payday <UniversalPayday@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333731@vm-rewards.com>
Subject: Need cash quick but you're caught between paydays?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





 **Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, BC V6E 3X2**

**If you can not see our footer image, please** visit here.

```
From ???@??? Thu Dec 29 13:13:01 2005
X-Persona: <Celia>
Return-Path: <mailcenter333731@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 4996 invoked from network); 28 Dec 2005 11:43:19 -0600
Received: from vm-180-88.vm-mail.com (206.82.180.88)
   by gnwalpha.org with SMTP; 28 Dec 2005 11:43:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-88.vm-mail.com with SMTP; 28 Dec 2005 11:42:55 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 333731
From: Universal Payday <UniversalPayday@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333731@vm-rewards.com>
Subject: Need cash quick but you're caught between paydays?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```





 **Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, BC V6E 3X2**

**If you can not see our footer image, please** _visit here_**.**

```
From ???@??? Thu Dec 29 13:08:12 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333731@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 13957 invoked from network); 28 Dec 2005 11:32:35 -0600
Received: from vm-181-229.vm-mail.com (206.82.181.229)
  by anthonycentral.com with SMTP; 28 Dec 2005 11:32:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-229.vm-mail.com with SMTP; 28 Dec 2005 11:32:19 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 333731
From: Universal Payday <UniversalPayday@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333731@vm-rewards.com>
Subject: Need cash quick but you're caught between paydays?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 **Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, BC V6E 3X2**

**If you can not see our footer image, please** visit here**.**

```
From ???@??? Sun Jan 01 19:22:57 2006
X-Persona: <Mila>
Return-Path: <mailcenter333731@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 5793 invoked from network); 28 Dec 2005 11:33:23 -0600
Received: from vm-181-17.vm-mail.com (206.82.181.17)
  by jammtomm.com with SMTP; 28 Dec 2005 11:33:22 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-17.vm-mail.com with SMTP; 28 Dec 2005 11:33:08 -0600
X-ClientHost: 10910510809706410609710910911611111091090460991111109
X-MailingID: 333731
From: Universal Payday <UniversalPayday@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333731@vm-rewards.com>
Subject: Need cash quick but you're caught between paydays?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```





 **Internet Cash Advance Marketing, Inc., 2000-1066 West Hastings Street, Vancouver, BC V6E 3X2**

If you can not see our footer image, please visit here.

From ???@??? Wed Jun 29 16:38:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326603@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 22 Jun 2005 04:32:45 -0600
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Guidelines for getting a grant
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B93E4D.3202C64C"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2675&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/arriba-izq.gif Katie,
  URI:http://redirect.virtumundo.com/ct?i'2675&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/do.gif [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 20960 invoked from network); 22 Jun 2005 04:32:44 -0600
Received: from vm-183-253.vm-mail.com (206.82.183.253)
  by omniinnovations.com with SMTP; 22 Jun 2005 04:32:44 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-253.vm-mail.com with SMTP; 22 Jun 2005 05:32:43 -0500
X-ClientHost: 1070971161051010641011040971041111109101046099111109
X-MailingID: 326603
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326603@vm-rewards.com>
Subject: Guidelines for getting a grant
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Guidelines for
g1.htm"
```

```
From ???@??? Sun Jun 19 17:08:47 2005
X-Persona: <Katie>
Return-Path: <mailcenter326196@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 13 Jun 2005 08:50:20 -0600
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Guidelines for getting a grant
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AD9D2C.5D2FFEB9"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2497&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/arriba-izq.gif Katie,
  URI:http://redirect.virtumundo.com/ct?i'2497&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/do.gif [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                   [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 32131 invoked from network); 13 Jun 2005 08:50:19 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
  by jammtomm.com with SMTP; 13 Jun 2005 08:50:19 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-146.vm-mail.com with SMTP; 13 Jun 2005 09:50:20 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326196
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326196@vm-rewards.com>
Subject: Guidelines for getting a grant
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Guidelines for
g.htm"
```

From ???@??? Sun Jun 19 17:08:47 2005
X-Persona: <Katie>
Return-Path: <mailcenter326196@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Mon, 13 Jun 2005 08:50:20 -0600
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Guidelines for getting a grant
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42AD9D2C.5D2FFEB9"

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2497&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/arriba-izq.gif Katie,
  URI:http://redirect.virtumundo.com/ct?i'2497&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/do.gif [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 32131 invoked from network); 13 Jun 2005 08:50:19 -0600
Received: from vm-182-146.vm-mail.com (206.82.182.146)
  by jammtomm.com with SMTP; 13 Jun 2005 08:50:19 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-182-146.vm-mail.com with SMTP; 13 Jun 2005 09:50:20 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 326196
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326196@vm-rewards.com>
Subject: Guidelines for getting a grant
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Guidelines for
g.htm"
```

From ???@??? Wed Jun 29 16:38:26 2005
X-Persona: <Katie>
Return-Path: <mailcenter326603@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 22 Jun 2005 04:32:45 -0600
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Guidelines for getting a grant
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.8 required=3.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_FONT_INVISIBLE,
      HTML_IMAGE_ONLY_02,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42B93E4D.3202C64C"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2675&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/arriba-izq.gif Katie,
  URI:http://redirect.virtumundo.com/ct?i'2675&e=katie@ehahome.com
  URI:http://mirror.clickvoc.com/gga/40/do.gif [...]

Content analysis details:   (8.8 points, 3.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_FONT_BIG            BODY: HTML has a big font
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE      BODY: HTML font color is same as background
 2.2 HTML_IMAGE_ONLY_02       BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL              RBL: Received via a relay in Spamhaus Block List
                    [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 20960 invoked from network); 22 Jun 2005 04:32:44 -0600
Received: from vm-183-253.vm-mail.com (206.82.183.253)
  by omniinnovations.com with SMTP; 22 Jun 2005 04:32:44 -0600

```
Received: from vm-mail.com (192.168.3.20)
  by vm-183-253.vm-mail.com with SMTP; 22 Jun 2005 05:32:43 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 326603
From: US Grants <USGrants@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+326603@vm-rewards.com>
Subject: Guidelines for getting a grant
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Guidelines for
g1.htm"
```

```
From ???@??? Fri Oct 17 20:57:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220674-8335>; Fri, 17 Oct 2003 20:10:49 -0400
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com
with ESMTP id <4394799-11029>; Fri, 17 Oct 2003 17:24:45 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm119.vmadmin.com with SMTP; 17 Oct 2003 16:24:12 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 167022
From: US Immigration Help <USImmigrationHelp167022@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+167022@virtumundo.com>
Subject: Become a citizen of the United States.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.172445-0400_edt.4394799-11029+458@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 17:24:41 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Feb 07 17:42:03 2006
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 19856 invoked from network); 31 Jan 2006 04:13:53 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
   by omniinnovations.com with SMTP; 31 Jan 2006 04:13:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-35.vm-mail.com with SMTP; 31 Jan 2006 04:13:39 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Feb 07 17:42:03 2006
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 24130 invoked from network); 31 Jan 2006 04:13:55 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by omniinnovations.com with SMTP; 31 Jan 2006 04:13:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 31 Jan 2006 04:13:39 -0600
X-ClientHost:
0991041170991070640971101161041111012109910111011611409710804609911109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:42:03 2006
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6690 invoked from network); 31 Jan 2006 04:13:57 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by omniinnovations.com with SMTP; 31 Jan 2006 04:13:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 31 Jan 2006 04:13:39 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:42:03 2006
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 19781 invoked from network); 31 Jan 2006 04:13:59 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
  by omniinnovations.com with SMTP; 31 Jan 2006 04:13:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-35.vm-mail.com with SMTP; 31 Jan 2006 04:13:39 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



**UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Feb 06 07:13:48 2006
X-Persona: <Mila>
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 15044 invoked from network); 31 Jan 2006 04:08:44 -0600
Received: from vm-181-134.vm-mail.com (206.82.181.134)
   by gnwalpha.org with SMTP; 31 Jan 2006 04:08:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-134.vm-mail.com with SMTP; 31 Jan 2006 04:08:28 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121

If you can not see our footer image, please visit here.

```
From ???@??? Sun Feb 05 21:14:47 2006
X-Persona: <Mila>
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 15044 invoked from network); 31 Jan 2006 04:08:44 -0600
Received: from vm-181-134.vm-mail.com (206.82.181.134)
  by gnwalpha.org with SMTP; 31 Jan 2006 04:08:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-134.vm-mail.com with SMTP; 31 Jan 2006 04:08:28 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:11:00 2006
X-Persona: <Jay>
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 16865 invoked from network); 31 Jan 2006 04:08:46 -0600
Received: from vm-181-169.vm-mail.com (206.82.181.169)
   by rcw19190020.com with SMTP; 31 Jan 2006 04:08:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-169.vm-mail.com with SMTP; 31 Jan 2006 04:08:34 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:06:15 2006
X-Persona: <Celia>
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 31843 invoked from network); 31 Jan 2006 04:20:04 -0600
Received: from vm-177-5.vm-mail.com (206.82.177.5)
  by celiajay.com with SMTP; 31 Jan 2006 04:19:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-5.vm-mail.com with SMTP; 31 Jan 2006 04:19:47 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 01 14:06:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 21344 invoked from network); 31 Jan 2006 04:07:53 -0600
Received: from vm-181-188.vm-mail.com (206.82.181.188)
   by chiefmusician.net with SMTP; 31 Jan 2006 04:07:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-188.vm-mail.com with SMTP; 31 Jan 2006 04:07:41 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



 UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 01 08:37:41 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 17827 invoked from network); 31 Jan 2006 04:08:47 -0600
Received: from vm-181-209.vm-mail.com (206.82.181.209)
   by celiajay.com with SMTP; 31 Jan 2006 04:08:47 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-209.vm-mail.com with SMTP; 31 Jan 2006 04:08:35 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991 11109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121**

**If you can not see our footer image, please visit here.**

```
From ???@??? Tue Jan 31 08:08:00 2006
X-Persona: <RCW>
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 10338 invoked from network); 31 Jan 2006 04:49:38 -0600
Received: from vm-181-51.vm-mail.com (206.82.181.51)
  by xj4x4.net with SMTP; 31 Jan 2006 04:49:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-51.vm-mail.com with SMTP; 31 Jan 2006 04:49:27 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 07 17:42:04 2006
Return-Path: <mailcenter336702@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22405 invoked from network); 31 Jan 2006 04:14:00 -0600
Received: from vm-182-35.vm-mail.com (206.82.182.35)
   by omniinnovations.com with SMTP; 31 Jan 2006 04:13:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-35.vm-mail.com with SMTP; 31 Jan 2006 04:13:39 -0600
X-ClientHost: 11610606409711011610411110121099101110116114097108046099111109
X-MailingID: 336702
From: Use Our Money <UseItNow@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336702@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121

If you can not see our footer image, please visit here.

```
From ???@??? Tue Sep 27 23:16:08 2005
X-Persona: <hum>
Return-Path: <mailcenter330115@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 11075 invoked from network); 27 Sep 2005 10:33:27 -0600
Received: from vm-180-48.vm-mail.com (206.82.180.48)
  by rcw19190020.com with SMTP; 27 Sep 2005 10:33:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-48.vm-mail.com with SMTP; 27 Sep 2005 11:33:20 -0500
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 330115
From: Use Our Money <UseOurMoneyForBills@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+330115@vm-rewards.com>
Subject: *****SPAM***** Find the property, use our money to pay for it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.2 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.3 RCVD_IN_SBL RBL: Received via a relay in Spamhaus Block List
        *      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
```



**UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121**

```
From ???@??? Tue Jan 10 15:32:35 2006
Return-Path: <mailcenter334490@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 18787 invoked from network); 9 Jan 2006 11:15:07 -0600
Received: from vm-180-216.vm-mail.com (206.82.180.216)
   by jaycelia.com with SMTP; 9 Jan 2006 11:15:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-216.vm-mail.com with SMTP; 09 Jan 2006 11:14:50 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910110116114097108046099111109
X-MailingID: 334490
From: Use Our Money <UseOurMoneyForBills@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334490@vm-rewards.com>
Subject: You find real estate, we buy it and split the profits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



UseOurMoney.com 4445 Eastgate Mall 2nd Floor San Diego, CA 92121

From ???@??? Sat Sep 27 00:09:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3689622-17791>; Sat, 27 Sep 2003 01:02:41 -0400
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <231341-17797>; Sat, 27 Sep 2003 01:01:51 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-23.vmlocal.com with SMTP; 27 Sep 2003 00:01:47 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 145261
From: VA Loans <VeteransLoanSource145261@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: VA Loans <VeteransLoanSource145261@vmlocal.com>
Subject: Looking for a VA loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep27.010151-0400_edt.231341-17797+21480@ams.ftl.affinity.com>
Date:Sat, 27 Sep 2003 01:01:50 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 16 12:04:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <327952-17990>; Fri, 16 Jan 2004 14:25:49 -0500
Received: from vm208-49.adknow-net.com ([216.21.208.49]) by
ams.ftl.affinity.com with ESMTP id <326770-17990>; Fri, 16 Jan 2004 14:24:38
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-49.adknow-net.com with SMTP; 16 Jan 2004 13:24:33 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 342973
From: VA Loans <VeteransLoanSource@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342973@replies.adknow-net.com
Subject: Looking for a VA loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.142438-0500_est.326770-17990+14655@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 14:24:37 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 17 09:18:46 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217402-10370>; Sat, 17 Jan 2004 11:27:18 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <213838-10367>; Sat, 17 Jan 2004 11:25:58
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-78.adknow-net.com with SMTP; 17 Jan 2004 10:25:55 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711506099111109
X-MailingID: 343444
From: VA Loans <VeteransLoanSource@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return343444@replies.adknow-net.com
Subject: The VA loans you¹ve been waiting for!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan17.112558-0500_est.213838-10367+34598@ams.ftl.affinity.com>
Date:Sat, 17 Jan 2004 11:25:58 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 25 18:25:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219626-23907>; Thu, 25 Dec 2003 21:17:48 -0500
Received: from vm209-221.vmlocal.com ([216.21.209.221]) by
ams.ftl.affinity.com with ESMTP id <219783-23903>; Thu, 25 Dec 2003 21:17:33
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-221.vmlocal.com with SMTP; 25 Dec 2003 20:17:32 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 227682
From: VA Loans <VeteransLoanSource@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: VA Loans <VeteransLoanSource227682@vmlocal.com>
Subject: Find VA loans now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.211733-0500_est.219783-23903+11309@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 21:17:32 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 10:17:27 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215827-4408>; Tue, 16 Dec 2003 11:42:01 -0500
Received: from vm209-203.vmlocal.com ([216.21.209.203]) by
ams.ftl.affinity.com with ESMTP id <216093-4428>; Tue, 16 Dec 2003 11:40:39
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-203.vmlocal.com with SMTP; 16 Dec 2003 10:40:36 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 220589
From: VA Loans <VeteransLoanSource@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: VA Loans <VeteransLoanSource220589@vmlocal.com>
Subject: The VA loans you¹ve been waiting for!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.114039-0500_est.216093-4428+86796@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 11:40:38 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 08 16:08:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214948-1077>; Mon, 8 Dec 2003 15:59:09 -0500
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <214977-1073>; Mon, 8 Dec 2003 15:58:14 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 08 Dec 2003 14:56:08 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 214402
From: VA Loans <VeteransLoanSource@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: VA Loans <VeteransLoanSource214402@vmlocal.com>
Subject: Great VA loans are right here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.155814-0500_est.214977-1073+1162@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 15:58:14 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 30 18:56:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3569516-20883>; Sun, 30 Nov 2003 19:11:36 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <3555992-20882>; Sun, 30 Nov 2003 19:10:48 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-23.vmlocal.com with SMTP; 30 Nov 2003 18:10:47 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 208965
From: VA Loans <VeteransLoanSource@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: VA Loans <VeteransLoanSource208965@vmlocal.com>
Subject: Find VA loans now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.191048-0500_est.3555992-20882+3622@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 19:10:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 00:15:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213080-16987>; Sat, 22 Nov 2003 23:10:48 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <214506-16992>; Sat, 22 Nov 2003 23:10:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 22 Nov 2003 22:10:13 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111 09
X-MailingID: 203466
From: VA Loans <VeteransLoanSource@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: VA Loans <VeteransLoanSource203466@vmlocal.com>
Subject: Find the Latest Rates for VA Loans Here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.231025-0500_est.214506-16992+23569@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 23:10:23 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 03 19:18:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214021-11051>; Sat, 3 Jan 2004 21:40:37 -0500
Received: from vm209-225.vmlocal.com ([216.21.209.225]) by
ams.ftl.affinity.com with ESMTP id <213083-11045>; Sat, 3 Jan 2004 21:40:18
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-225.vmlocal.com with SMTP; 03 Jan 2004 20:40:16 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 234880
From: VA Loans <VeteransLoanSource@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: VA Loans <VeteransLoanSource234880@vmlocal.com>
Subject: Find VA loans now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.214018-0500_est.213083-11045+58587@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 21:40:17 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jun 08 15:06:08 2004
Return-Path: <mailcenter308876@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10230 invoked by uid 10003); 8 Jun 2004 21:14:38 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10227 invoked from network); 8 Jun 2004 21:14:38 -0000
Received: from unknown (HELO vm104.vmadmin.com) (216.64.222.104)
   by ns48.webmasters.com with SMTP; 8 Jun 2004 21:14:38 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 08 Jun 2004 16:14:36 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 308876
From: Vacation Deals <WildVacationDeals@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vacation Deals <WildVacationDeals308876@replies.virtumundo.com>
Subject: Travel now, pay later - get the vacation you need.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**If you'd like to be removed**
**from all future eclubUSA email advertisements please visit** here **If you'd prefer**

**to discontinue via a mail request please send to:**

**eclubUSA 501 W Broadway Plaza A-321 San Diego, CA 92101**
[Privacy Policy](#) **Some restrictions apply. See term and conditions.**

---

Player's Vacation Club, Inc. 501 W. Broadway Plaza A-321 San Diego, CA 92101

From ???@??? Fri Apr 07 13:02:39 2006
Return-Path: <mailcenter342460@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 24997 invoked from network); 5 Apr 2006 10:31:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by itdidnotendright.com with SMTP; 5 Apr 2006 10:31:10 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 05 Apr 2006 11:30:46 -0500
X-ClientHost: 11610606409711011610411111012109910110111611409710804609911109
X-MailingID: 342460
From: Vacation in Hawaii <VacationinHawaii@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342460@vm-rewards.com>
Subject: *****SPAM***** Unbeatable deals for your Hawaiian beach getaway
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4998]
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link




---

 Hawaii.com 745 Fort Street Honolulu, HI 96813



       If you can not see our footer image, please visit here.

```
From ???@??? Fri Apr 07 13:02:39 2006
Return-Path: <mailcenter342460@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 22528 invoked from network); 5 Apr 2006 10:31:06 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by itdidnotendright.com with SMTP; 5 Apr 2006 10:31:02 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 05 Apr 2006 11:30:46 -0500
X-ClientHost:
10010111909712111010106409711011610411110121099101110116114097108046099111109
X-MailingID: 342460
From: Vacation in Hawaii <VacationinHawaii@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+342460@vm-rewards.com>
Subject: *****SPAM***** Unbeatable deals for your Hawaiian beach getaway
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=8.0 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      * 1.9 DATE_MISSING Missing Date: header
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
      *      [score: 0.4998]
      * 0.1 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]
```

**Images not loading? View this offer by visiting this link**



---


**Hawaii.com 745 Fort Street Honolulu, HI 96813**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 14 10:07:53 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <319836-1000>; Wed, 14 Jan 2004 11:46:18 -0500
Received: from vm208-79.adknow-net.com ([216.21.208.79]) by
ams.ftl.affinity.com with ESMTP id <320474-993>; Wed, 14 Jan 2004 11:44:55
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-79.adknow-net.com with SMTP; 14 Jan 2004 10:44:45 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 341611
From: Vacation in Mexico <VacationInMexico@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return341611@replies.adknow-net.com
Subject: Vacation in Mexico!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan14.114455-0500_est.320474-993+13873@ams.ftl.affinity.com>
Date:Wed, 14 Jan 2004 11:44:52 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 28 15:14:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219161-8220>; Tue, 28 Oct 2003 18:11:36 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <220170-8219>; Tue, 28 Oct 2003 18:10:52 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-39.vmlocal.com with SMTP; 28 Oct 2003 17:10:48 -0600
X-ClientHost:
106097109105108097064103111114100111101191111141071150460991111109
X-MailingID: 180546
From: Vacation Rentals <GetVacationRentals180546@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Vacation Rentals <GetVacationRentals180546@vmlocal.com>
Subject: When your vacation is longer, your lodging should be less!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.181052-0500_est.220170-8219+12561@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 18:10:51 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the**

advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Tue Oct 28 17:10:15 CST 2003

```
From ???@??? Fri Feb 10 13:03:13 2006
X-Persona: <Mila>
Return-Path: <mailcenter337574@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 7335 invoked from network); 8 Feb 2006 11:21:06 -0600
Received: from vm-182-116.vm-mail.com (206.82.182.116)
   by jaykaysplace.com with SMTP; 8 Feb 2006 11:21:05 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-116.vm-mail.com with SMTP; 08 Feb 2006 11:20:46 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 337574
From: Valentine Delivery <ValentineDelivery@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337574@vm-rewards.com>
Subject: Fresh flowers and favorite gifts from FTD
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,SAVE_UP_TO,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
```

**Images not loading? View this offer by visiting this link**



**Don't Forgot...Valentine's Day is Right Around the Corner!!**
Express your Love with Luxurious ?
Save up to 40% when you buy now!
Pick Your Gift Idea Now

**See Here**
*See website for details

---

FTD, 3113 Woodcreek Drive, Downers Grove, IL, 60515

If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 10 10:09:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <728174-30410>; Tue, 10 Feb
2004 11:07:34 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <728863-30397>; Tue, 10 Feb 2004 11:06:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 10 Feb 2004 10:06:17 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 241644
From: Valentine Gifts <ValentinesGifts@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentine Gifts <ValentinesGifts241644@replies.virtumundo.com>
Subject: Personalized Valentines Gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.110619-0500_est.728863-30397+22521@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 11:06:19 -0500
```



PersonalizationMall.com 8102 Lemont Rd., #1700, Woodridge IL 60517

```
From ???@??? Tue Feb 10 10:09:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <728110-30404>; Tue, 10 Feb 2004 11:07:34 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <728857-30404>; Tue, 10 Feb 2004 11:06:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 10 Feb 2004 10:06:17 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 241644
From: Valentine Gifts <ValentinesGifts@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentine Gifts <ValentinesGifts241644@replies.virtumundo.com>
Subject: Personalized Valentines Gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.110618-0500_est.728857-30404+22416@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 11:06:18 -0500
```



**PersonalizationMall.com 8102 Lemont Rd., #1700, Woodridge IL 60517**

```
From ???@??? Tue Feb 10 10:09:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <473410-30409>; Tue, 10 Feb 2004 11:07:34 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com
with ESMTP id <728110-30408>; Tue, 10 Feb 2004 11:06:19 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm109.vmadmin.com with SMTP; 10 Feb 2004 10:06:17 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241644
From: Valentine Gifts <ValentinesGifts@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentine Gifts <ValentinesGifts241644@replies.virtumundo.com>
Subject: Personalized Valentines Gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.110619-0500_est.728110-30408+22614@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 11:06:18 -0500
```



**PersonalizationMall.com 8102 Lemont Rd., #1700, Woodridge IL 60517**

```
From ???@??? Tue Feb 03 15:21:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <436859-15520>; Tue, 3 Feb 2004 17:26:13 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com
with ESMTP id <437264-15534>; Tue, 3 Feb 2004 17:24:16 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm123.vmadmin.com with SMTP; 03 Feb 2004 16:24:05 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241188
From: Valentine Gifts <ValentinesGifts@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentine Gifts <ValentinesGifts241188@replies.virtumundo.com>
Subject: Personalized Valentines Gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.172416-0500_est.437264-15534+14@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 17:24:15 -0500
```



**PersonalizationMall.com 8102 Lemont Rd., #1700, Woodridge IL 60517**

From ???@??? Tue Feb 10 23:10:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1254434-25089>; Wed, 11 Feb 2004 00:56:21 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com
with ESMTP id <1257872-25088>; Wed, 11 Feb 2004 00:55:20 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm106.vmadmin.com with SMTP; 10 Feb 2004 23:55:17 -0600
X-ClientHost: 10609712106410311111410011111019111111410711504609911109
X-MailingID: 241641
From: Valentine Gifts <ValentinesGifts@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentine Gifts <ValentinesGifts241641@replies.virtumundo.com>
Subject: Personalized Valentines Gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.005520-0500_est.1257872-25088+98354@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 00:55:19 -0500



**PersonalizationMall.com 8102 Lemont Rd., #1700, Woodridge IL 60517**

```
From ???@??? Tue Feb 07 17:30:55 2006
Return-Path: <mailcenter336598@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 26370 invoked from network); 30 Jan 2006 11:10:17 -0600
Received: from vm-180-120.vm-mail.com (206.82.180.120)
   by itdidnotendright.com with SMTP; 30 Jan 2006 11:10:16 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-120.vm-mail.com with SMTP; 30 Jan 2006 11:10:04 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 336598
From: Valentine's Day  <Valentine'sDay@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+336598@vm-rewards.com>
Subject: Personalized live roses for Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.3 required=7.0 tests=BAYES_56,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



**PersonalizationMall.com, 8102 Lemont Rd. #1700, Woodridge, IL 60517**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 11 10:52:11 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter337532@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 18533 invoked from network); 8 Feb 2006 02:36:44 -0600
Received: from vm-181-28.vm-mail.com (206.82.181.28)
   by omniinnovations.com with SMTP; 8 Feb 2006 02:36:44 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-28.vm-mail.com with SMTP; 08 Feb 2006 02:36:33 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 337532
From: Valentine's Day Gifts <Valentine'sDayGifts@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337532@vm-rewards.com>
Subject:  Personalized message in a bottle for Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



**PersonalizationMall.com , 8102 Lemont Rd., Ste. 1700, Woodridge, IL 60517**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Feb 10 13:02:25 2006
X-Persona: <Mila>
Return-Path: <mailcenter337532@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: (qmail 30912 invoked from network); 8 Feb 2006 02:37:02 -0600
Received: from vm-181-107.vm-mail.com (206.82.181.107)
   by jaykaysplace.com with SMTP; 8 Feb 2006 02:37:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-107.vm-mail.com with SMTP; 08 Feb 2006 02:36:50 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109
X-MailingID: 337532
From: Valentine's Day Gifts <Valentine'sDayGifts@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337532@vm-rewards.com>
Subject: Personalized message in a bottle for Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **PersonalizationMall.com , 8102 Lemont Rd., Ste. 1700, Woodridge, IL 60517**


**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Feb 08 08:46:01 2006
X-Persona: <RCW>
Return-Path: <mailcenter337532@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 21250 invoked from network); 8 Feb 2006 02:56:26 -0600
Received: from vm-181-105.vm-mail.com (206.82.181.105)
  by chiefmusician.net with SMTP; 8 Feb 2006 02:56:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-105.vm-mail.com with SMTP; 08 Feb 2006 02:56:13 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 337532
From: Valentine's Day Gifts <Valentine'sDayGifts@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337532@vm-rewards.com>
Subject:  Personalized message in a bottle for Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



**PersonalizationMall.com , 8102 Lemont Rd., Ste. 1700, Woodridge, IL 60517**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Feb 11 11:05:33 2006
X-Persona: <Celia>
Return-Path: <mailcenter337532@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 24256 invoked from network); 8 Feb 2006 03:00:15 -0600
Received: from vm-180-94.vm-mail.com (206.82.180.94)
  by itdidnotendright.com with SMTP; 8 Feb 2006 03:00:14 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-94.vm-mail.com with SMTP; 08 Feb 2006 03:00:01 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 337532
From: Valentine's Day Gifts <Valentine'sDayGifts@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+337532@vm-rewards.com>
Subject: Personalized message in a bottle for Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.4 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



 **PersonalizationMall.com , 8102 Lemont Rd., Ste. 1700, Woodridge, IL 60517**


**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 12 10:12:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <311853-20282>; Thu, 12 Feb 2004 12:12:36 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <328999-20286>; Thu, 12 Feb 2004 12:12:07 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm116.vmadmin.com with SMTP; 12 Feb 2004 11:12:05 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241687
From: Valentines Day <ValentinesDay@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentines Day <ValentinesDay241687@replies.virtumundo.com>
Subject: Get fresh on Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.121207-0500_est.328999-20286+3785@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 12:12:06 -0500
```



**Best Rose Value.**
**- As Seen on** MSNBC News **-**

**MSNBC Research shows KaBloom Best Priced.**

A Dozen Long Stem Roses
*plus a Vase*\*
for only $35.78
(compare elsewhere at $50 or more.)

**Send Fresh Roses & a Vase 10% Off Valentine Flowers.**

**KaBloom Flowers**
 KaBloom is the fastest growing retail florist in the USA, and now offers its "fresh flowers at grower's prices" online.

Other Colors and Bouquets Available at same 10% Discount.

**All KaBloom Flowers and Plants come with a Quality and Freshness Guarantee.**

Type in : VALVMU as you checkout to
get special Valentine Flower prices

*A vase will be added to all Rose orders delivered from February 1st - 18th.

Advertisement © 2004 KaBloom, Ltd. All Rights Reserved.
This offer expires February 16th, 2004 or while supplies last. Not to be combined with any other offer.
Valid on KaBloom.com or 1-800-KaBloom only. Vase style may vary. Not available in retail locations.
Prices do not include delivery fees or sales tax. Discounts cannot be applied to delivery fees or sales tax.

Kabloom, LTD, 200 Wildwood Ave., Woburn, MA 01801

```
From ???@??? Sun Feb 08 23:31:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2723757-3598>; Mon, 9 Feb 2004 01:07:13 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com
with ESMTP id <2725674-3597>; Mon, 9 Feb 2004 01:06:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 09 Feb 2004 00:06:34 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241538
From: Valentines Day <ValentinesDay@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentines Day <ValentinesDay241538@replies.virtumundo.com>
Subject: Get fresh on Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.010636-0500_est.2725674-3597+94796@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 01:06:36 -0500
```



**Best Rose Value.**
**- As Seen on MSNBC News -**

**MSNBC Research shows KaBloom Best Priced.**

A Dozen Long Stem Roses
*plus a Vase*\*
for only $35.78
**(compare elsewhere at $50 or more.)**

**KaBloom Flowers**
 KaBloom is the fastest growing retail florist in the USA, and now offers its "fresh flowers at grower's prices" online.

**All KaBloom Flowers and Plants come with a Quality and Freshness Guarantee.**

**Send Fresh Roses & a Vase 10% Off Valentine Flowers.**

Other Colors and Bouquets Available at same 10% Discount.

**Type in : VALVMU as you checkout to get special Valentine Flower prices**

\*A vase will be added to all Rose orders delivered from February 1st - 18th.

Advertisement © 2004 KaBloom, Ltd. All Rights Reserved.
This offer expires February 16th, 2004 or w hile supplies last. Not to be combined w ith any other offer.
Valid on KaBloom.com or 1-800-KaBloom only. Vase style may vary. Not available in retail locations.
Prices do not include delivery fees or sales tax. Discounts cannot be applied to delivery fees or sales tax.

```
From ???@??? Sun Feb 08 10:10:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3558418-29399>; Sun, 8 Feb 2004 10:42:55 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com
with ESMTP id <3559657-29405>; Sun, 8 Feb 2004 10:42:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 08 Feb 2004 09:42:42 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 241541
From: Valentines Day <ValentinesDay@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentines Day <ValentinesDay241541@replies.virtumundo.com>
Subject: Get fresh on Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.104244-0500_est.3559657-29405+718@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 10:42:44 -0500
```



**Best Rose Value.**
**- As Seen on** MSNBC News -

**MSNBC Research shows KaBloom Best Priced.**

A Dozen Long Stem Roses
*plus a Vase*\*
for only $35.78
**(compare elsewhere at $50 or more.)**

**Send Fresh Roses & a Vase**
**10% Off Valentine Flowers.**

**KaBloom Flowers**
KaBloom is the fastest growing retail florist in the USA, and now offers its "fresh flowers at grower's prices" online.

Other Colors and Bouquets Available at same 10% Discount.

**All KaBloom Flowers and Plants come with a Quality and Freshness Guarantee.**

**Type in : VALVMU as you checkout to get special Valentine Flower prices**

\*A vase will be added to all Rose orders delivered from February 1st - 18th.

Advertisement © 2004 KaBloom, Ltd. All Rights Reserved.
This offer expires February 16th, 2004 or w hile supplies last. Not to be combined w ith any other offer.
Valid on KaBloom.com or 1-800-KaBloom only. Vase style may vary. Not available in retail locations.
Prices do not include delivery fees or sales tax. Discounts cannot be applied to delivery fees or sales tax.

```
From ???@??? Thu Feb 12 10:12:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <328936-20282>; Thu, 12 Feb 2004 12:12:36 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <329105-20279>; Thu, 12 Feb 2004 12:12:07 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 12 Feb 2004 11:12:05 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241687
From: Valentines Day <ValentinesDay@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Valentines Day <ValentinesDay241687@replies.virtumundo.com>
Subject: Get fresh on Valentine's Day
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.121207-0500_est.329105-20279+4052@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 12:12:07 -0500
```



**Best Rose Value.**
**- As Seen on** MSNBC News **-**

**MSNBC Research shows KaBloom Best Priced.**

A Dozen Long Stem Roses
*plus a Vase*\*
for only $35.78
(compare elsewhere at $50 or more.)

**Send Fresh Roses & a Vase 10% Off Valentine Flowers.**

**KaBloom Flowers**
KaBloom is the fastest growing retail florist in the USA, and now offers its "fresh flowers at grower's prices" online.

Other Colors and Bouquets Available at same 10% Discount.

**All KaBloom Flowers and Plants come with a Quality and Freshness Guarantee.**

**Type in :** VALVMU **as you checkout to get special Valentine Flower prices**

\*A vase will be added to all Rose orders delivered from February 1st - 18th.

Advertisement © 2004 KaBloom, Ltd. All Rights Reserved.
This offer expires February 16th, 2004 or while supplies last. Not to be combined with any other offer.
Valid on KaBloom.com or 1-800-KaBloom only. Vase style may vary. Not available in retail locations.
Prices do not include delivery fees or sales tax. Discounts cannot be applied to delivery fees or sales tax.

Kabloom, LTD, 200 Wildwood Ave., Woburn, MA 01801

```
From ???@??? Sat Jan 24 13:15:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <325938-29300>; Sat, 24 Jan 2004 14:51:58 -0500
Received: from vm208-22.adknow-net.com ([216.21.208.22]) by
ams.ftl.affinity.com with ESMTP id <326428-29294>; Sat, 24 Jan 2004 14:51:00
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-22.adknow-net.com with SMTP; 24 Jan 2004 13:50:57 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 348967
From: Vancouver Hotel <GreatVancouverHotels@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348967@replies.adknow-net.com
Subject: Oh Canada! Visit breathtaking Vancouver.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.145100-0500_est.326428-29294+26518@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 14:50:59 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed May 19 15:09:13 2004
Return-Path: <mailcenter308572@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 24514 invoked by uid 10003); 19 May 2004 20:34:47 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 24505 invoked from network); 19 May 2004 20:34:47 -0000
Received: from unknown (HELO vm115.vmadmin.com) (216.64.222.115)
  by ns48.webmasters.com with SMTP; 19 May 2004 20:34:47 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 19 May 2004 15:46:15 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308572
From: Vegas Insider <TheVegasInsider@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vegas Insider <TheVegasInsider308572@replies.virtumundo.com>
Subject: Casino Review's Best Seller
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



  Logical Innovations 620 Park Ave Suite 313 Rochester, NY 14614

```
From ???@??? Wed May 19 15:09:13 2004
Return-Path: <mailcenter308572@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 24493 invoked by uid 10003); 19 May 2004 20:34:47 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 24488 invoked from network); 19 May 2004 20:34:46 -0000
Received: from unknown (HELO vm115.vmadmin.com) (216.64.222.115)
  by ns48.webmasters.com with SMTP; 19 May 2004 20:34:46 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 19 May 2004 15:46:15 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308572
From: Vegas Insider <TheVegasInsider@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vegas Insider <TheVegasInsider308572@replies.virtumundo.com>
Subject: Casino Review's Best Seller
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



 Logical Innovations 620 Park Ave Suite 313 Rochester, NY 14614



```
From ???@??? Tue Jan 24 18:02:22 2006
X-Persona: <Mila>
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 19 Jan 2006 01:00:54 -0600
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Chances are you're overpaying for auto insurance
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43CF3926.F989D093"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7325&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7325&e=mila@jammtomm.com
  URI:http://ogy.cc/redvan.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE            BODY: HTML included in message
 1.5 BLANK_LINES_80_90       BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80              BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 6883 invoked from network); 19 Jan 2006 01:00:49 -0600
Received: from vm-182-119.vm-mail.com (206.82.182.119)
  by itdidnotendright.com with SMTP; 19 Jan 2006 01:00:42 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-119.vm-mail.com with SMTP; 19 Jan 2006 01:00:30 -0600
```

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Chances
are you'.htm"
```

```
From ???@??? Sun Jan 22 12:04:29 2006
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 29859 invoked from network); 19 Jan 2006 00:35:15 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
  by gordonworks.com with SMTP; 19 Jan 2006 00:35:15 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-58.vm-mail.com with SMTP; 19 Jan 2006 00:35:01 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



 **Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:04:29 2006
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1280 invoked from network); 19 Jan 2006 00:35:25 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
   by gordonworks.com with SMTP; 19 Jan 2006 00:35:24 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-58.vm-mail.com with SMTP; 19 Jan 2006 00:35:01 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111 09
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:04:29 2006
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 2752 invoked from network); 19 Jan 2006 00:35:27 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
  by gordonworks.com with SMTP; 19 Jan 2006 00:35:26 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-58.vm-mail.com with SMTP; 19 Jan 2006 00:35:01 -0600
X-ClientHost:
11509711010012106409711011610411111012109910110116114097108046099111109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:04:29 2006
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3972 invoked from network); 19 Jan 2006 00:35:29 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
  by gordonworks.com with SMTP; 19 Jan 2006 00:35:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-58.vm-mail.com with SMTP; 19 Jan 2006 00:35:01 -0600
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---

Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:04:28 2006
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 31909 invoked from network); 19 Jan 2006 00:35:22 -0600
Received: from vm-180-58.vm-mail.com (206.82.180.58)
  by gordonworks.com with SMTP; 19 Jan 2006 00:35:16 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-58.vm-mail.com with SMTP; 19 Jan 2006 00:35:01 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=BAYES_50,BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

**Images not loading? View this offer by visiting this link**



---

Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 23:14:03 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 14528 invoked from network); 19 Jan 2006 00:56:31 -0600
Received: from vm-182-216.vm-mail.com (206.82.182.216)
  by xj4x4.net with SMTP; 19 Jan 2006 00:56:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-216.vm-mail.com with SMTP; 19 Jan 2006 00:56:18 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 18:01:59 2006
X-Persona: <Jay>
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 10981 invoked from network); 19 Jan 2006 01:00:53 -0600
Received: from vm-182-194.vm-mail.com (206.82.182.194)
   by gnwalpha.org with SMTP; 19 Jan 2006 01:00:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-194.vm-mail.com with SMTP; 19 Jan 2006 01:00:40 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: *****SPAM***** Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



 Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436



        If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 16:45:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 20096 invoked from network); 19 Jan 2006 00:44:06 -0600
Received: from vm-177-65.vm-mail.com (206.82.177.65)
  by jaykaysplace.com with SMTP; 19 Jan 2006 00:44:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-65.vm-mail.com with SMTP; 19 Jan 2006 00:43:52 -0600
X-ClientHost: 0991011081050970640991011081050971060097121046099111109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: *****SPAM***** Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        * 1.0 DATE_MISSING Missing Date: header
        * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.0 HTML_MESSAGE BODY: HTML included in message
        * 1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        * 0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

        If you can not see our footer image, please visit here.

From ???@??? Sat Jan 21 16:45:22 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 14528 invoked from network); 19 Jan 2006 00:56:31 -0600
Received: from vm-182-216.vm-mail.com (206.82.182.216)
  by xj4x4.net with SMTP; 19 Jan 2006 00:56:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-216.vm-mail.com with SMTP; 19 Jan 2006 00:56:18 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---


**Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436**

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 19 09:51:33 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 10948 invoked from network); 19 Jan 2006 01:00:53 -0600
Received: from vm-182-192.vm-mail.com (206.82.182.192)
   by ehahome.com with SMTP; 19 Jan 2006 01:00:52 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-192.vm-mail.com with SMTP; 19 Jan 2006 01:00:40 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: *****SPAM***** Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

        If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 16:03:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter335628@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 15587 invoked from network); 19 Jan 2006 02:29:25 -0600
Received: from vm-182-190.vm-mail.com (206.82.182.190)
  by jammtomm.com with SMTP; 19 Jan 2006 02:29:24 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-190.vm-mail.com with SMTP; 19 Jan 2006 02:29:11 -0600
X-ClientHost: 10610510906411409911904905704905704804805004804609911109
X-MailingID: 335628
From: Vehicle Insurance Quote <VehicleInsuranceQuote@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335628@vm-rewards.com>
Subject: Chances are you're overpaying for auto insurance
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---



Answer Financial Inc., 15910 Ventura Boulevard, Encino, CA 91436

If you can not see our footer image, please visit here.

```
From ???@??? Wed Dec 10 21:06:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2717450-31331>; Wed, 10 Dec 2003 22:15:33 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <2718861-31339>; Wed, 10 Dec 2003 22:14:46 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 10 Dec 2003 21:12:43 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 215602
From: Venture Capital <FindVentureCapital@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Venture Capital <FindVentureCapital215602@replies.virtumundo.com>
Subject: Let venture capital grow your dream.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.221446-0500_est.2718861-31339+950@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 22:14:46 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Dec 10 21:06:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2717537-31337>; Wed, 10 Dec 2003 22:15:33 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <2718893-31331>; Wed, 10 Dec 2003 22:14:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 10 Dec 2003 21:12:43 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 215602
From: Venture Capital <FindVentureCapital@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Venture Capital <FindVentureCapital215602@replies.virtumundo.com>
Subject: Let venture capital grow your dream.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.221446-0500_est.2718893-31331+829@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 22:14:46 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Feb 17 09:07:31 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338264@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 8481 invoked from network); 15 Feb 2006 11:59:46 -0600
Received: from vm-180-36.vm-mail.com (206.82.180.36)
  by xj4x4.net with SMTP; 15 Feb 2006 11:59:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-36.vm-mail.com with SMTP; 15 Feb 2006 11:59:34 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 338264
From: Venture Capital <VentureCapital@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338264@vm-rewards.com>
Subject: Start a business with a government loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link




---


EZ-Net Biz , P.O. Box 490, St. George, UT 84770


      If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:08:01 2006
X-Persona: <Celia>
Return-Path: <mailcenter338264@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 30659 invoked from network); 15 Feb 2006 11:37:34 -0600
Received: from vm-181-29.vm-mail.com (206.82.181.29)
  by chiefmusician.net with SMTP; 15 Feb 2006 11:37:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-29.vm-mail.com with SMTP; 15 Feb 2006 11:37:17 -0600
X-ClientHost: 0991011081050970640991011081050971060971121046099111109
X-MailingID: 338264
From: Venture Capital <VentureCapital@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338264@vm-rewards.com>
Subject: *****SPAM***** Start a business with a government loan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





EZ-Net Biz , P.O. Box 490, St. George, UT 84770

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jun 02 19:39:48 2004
Return-Path: <mailcenter308779@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14287 invoked by uid 10003); 3 Jun 2004 00:51:16 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 14284 invoked from network); 3 Jun 2004 00:51:16 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
  by ns48.webmasters.com with SMTP; 3 Jun 2004 00:51:16 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 02 Jun 2004 19:51:14 -0500
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 308779
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vet Meds <PetMedicationSale308779@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024

```
From ???@??? Wed Jun 02 19:39:48 2004
Return-Path: <mailcenter308779@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14299 invoked by uid 10003); 3 Jun 2004 00:51:16 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 14293 invoked from network); 3 Jun 2004 00:51:16 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
   by ns48.webmasters.com with SMTP; 3 Jun 2004 00:51:16 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm102.vmadmin.com with SMTP; 02 Jun 2004 19:51:14 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308779
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vet Meds <PetMedicationSale308779@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024**

```
From ???@??? Wed Jun 02 19:39:48 2004
Return-Path: <mailcenter308779@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14309 invoked by uid 10003); 3 Jun 2004 00:51:16 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 14306 invoked from network); 3 Jun 2004 00:51:16 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
  by ns48.webmasters.com with SMTP; 3 Jun 2004 00:51:16 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 02 Jun 2004 19:51:14 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308779
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vet Meds <PetMedicationSale308779@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024

```
From ???@??? Fri May 21 23:38:16 2004
Return-Path: <mailcenter308600@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4738 invoked by uid 10003); 22 May 2004 06:25:45 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 4735 invoked from network); 22 May 2004 06:25:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 22 May 2004 06:25:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 May 2004 01:25:44 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 308600
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vet Meds <PetMedicationSale308600@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024

```
From ???@??? Fri May 21 23:38:16 2004
Return-Path: <mailcenter308600@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4754 invoked by uid 10003); 22 May 2004 06:25:45 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 4751 invoked from network); 22 May 2004 06:25:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 22 May 2004 06:25:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 May 2004 01:25:44 -0500
X-ClientHost:
10609710910510809706410311114100111110119111141071150460991111109
X-MailingID: 308600
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: <PetMedicationSale308600@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024**

```
From ???@??? Fri May 21 23:38:16 2004
Return-Path: <mailcenter308600@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4762 invoked by uid 10003); 22 May 2004 06:25:45 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 4759 invoked from network); 22 May 2004 06:25:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 22 May 2004 06:25:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 May 2004 01:25:44 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308600
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vet Meds <PetMedicationSale308600@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024**

```
From ???@??? Fri May 21 23:38:16 2004
Return-Path: <mailcenter308600@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 4770 invoked by uid 10003); 22 May 2004 06:25:45 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 4767 invoked from network); 22 May 2004 06:25:45 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 22 May 2004 06:25:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 22 May 2004 01:25:44 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111114107115046099111109
X-MailingID: 308600
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vet Meds <PetMedicationSale308600@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024**

From ???@??? Wed Jun 02 19:39:48 2004
Return-Path: <mailcenter308779@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 14279 invoked by uid 10003); 3 Jun 2004 00:51:16 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 14276 invoked from network); 3 Jun 2004 00:51:16 -0000
Received: from unknown (HELO vm102.vmadmin.com) (216.64.222.102)
  by ns48.webmasters.com with SMTP; 3 Jun 2004 00:51:16 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 02 Jun 2004 19:51:14 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071115046099111109
X-MailingID: 308779
From: Vet Meds <PetMedicationSale@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Vet Meds <PetMedicationSale308779@replies.virtumundo.com>
Subject: Pet Medications 20 to 70 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



Rancho Equities LLC 162 S. Rancho Santa Fe Road Encinitas, CA 92024

From ???@??? Wed Feb 11 07:50:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1254846-10270>; Wed, 11 Feb 2004 10:39:14 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <1255187-10270>; Wed, 11 Feb 2004 10:37:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 11 Feb 2004 09:37:49 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241666
From: Virtual City <PlayAtVirtualCity@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Virtual City <PlayAtVirtualCity241666@replies.virtumundo.com>
Subject: Slots Fantastic
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.103750-0500_est.1255187-10270+40111@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 10:37:50 -0500



* Terms ?

Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

```
From ???@??? Wed Feb 11 07:50:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <1254873-10270>; Wed, 11 Feb 2004 10:39:14 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <1255191-10276>; Wed, 11 Feb 2004 10:37:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm117.vmadmin.com with SMTP; 11 Feb 2004 09:37:49 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241666
From: Virtual City <PlayAtVirtualCity@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Virtual City <PlayAtVirtualCity241666@replies.virtumundo.com>
Subject: Slots Fantastic
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.103751-0500_est.1255191-10276+39822@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 10:37:50 -0500
```



```
* Terms ?
```

Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

```
From ???@??? Wed Feb 11 07:50:45 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1254876-10265>; Wed, 11 Feb 2004 10:39:14 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com
with ESMTP id <1255195-10275>; Wed, 11 Feb 2004 10:37:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 11 Feb 2004 09:37:49 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241666
From: Virtual City <PlayAtVirtualCity@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Virtual City <PlayAtVirtualCity241666@replies.virtumundo.com>
Subject: Slots Fantastic
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.103751-0500_est.1255195-10275+39867@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 10:37:51 -0500
```



* Terms ?

Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

From ???@??? Sat Jan 21 18:02:09 2006
X-Persona: <Jay>
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7936 invoked from network); 11 Jan 2006 03:39:28 -0600
Received: from vm-180-12.vm-mail.com (206.82.180.12)
  by itdidnotendright.com with SMTP; 11 Jan 2006 03:39:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-12.vm-mail.com with SMTP; 11 Jan 2006 03:39:14 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  2.1 SUBJ_YOUR_OWN Subject contains "Your Own"
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.3 LOTS_OF_STUFF BODY: Thousands or millions of pics/movies/etc
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.2 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL

Images not loading? View this offer by visiting this link



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:48:52 2006
X-Persona: <Jay>
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7936 invoked from network); 11 Jan 2006 03:39:28 -0600
Received: from vm-180-12.vm-mail.com (206.82.180.12)
  by itdidnotendright.com with SMTP; 11 Jan 2006 03:39:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-12.vm-mail.com with SMTP; 11 Jan 2006 03:39:14 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  2.1 SUBJ_YOUR_OWN Subject contains "Your Own"
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.3 LOTS_OF_STUFF BODY: Thousands or millions of pics/movies/etc
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.2 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Fri Jan 13 13:44:37 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12482 invoked from network); 11 Jan 2006 03:38:02 -0600
Received: from vm-180-135.vm-mail.com (206.82.180.135)
   by jammtomm.com with SMTP; 11 Jan 2006 03:38:02 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-135.vm-mail.com with SMTP; 11 Jan 2006 03:37:42 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---

 Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

         If you can not see our footer image, please visit here.

From ???@??? Fri Jan 13 13:44:00 2006
X-Persona: <Celia>
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 16675 invoked from network); 11 Jan 2006 04:41:59 -0600
Received: from vm-181-75.vm-mail.com (206.82.181.75)
  by gnwalpha.org with SMTP; 11 Jan 2006 04:41:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-75.vm-mail.com with SMTP; 11 Jan 2006 04:41:46 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  2.1 SUBJ_YOUR_OWN Subject contains "Your Own"
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.3 LOTS_OF_STUFF BODY: Thousands or millions of pics/movies/etc
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.2 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Fri Jan 13 12:17:19 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8640 invoked from network); 11 Jan 2006 03:39:28 -0600
Received: from vm-180-23.vm-mail.com (206.82.180.23)
  by chiefmusician.net with SMTP; 11 Jan 2006 03:39:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-23.vm-mail.com with SMTP; 11 Jan 2006 03:39:14 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  2.1 SUBJ_YOUR_OWN Subject contains "Your Own"
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.3 LOTS_OF_STUFF BODY: Thousands or millions of pics/movies/etc
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.6 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.2 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL


Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Thu Jan 12 12:32:35 2006
X-Persona: <Mila>
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Wed, 11 Jan 2006 03:42:52 -0600
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Start your own internet business now
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,LOTS_OF_STUFF,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        NORMAL_HTTP_TO_IP,SUBJ_YOUR_OWN,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C4D31C.5C615CAF"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
   URI:http://redirect.virtumundo.com/ct?i'6921&e=mila@jammtomm.com
   visiting this link
   URI:http://redirect.virtumundo.com/ct?i'6921&e=mila@jammtomm.com
   URI:http://64.78.192.239/images/mdsf/ny-1.jpg [...]

Content analysis details:   (10.9 points, 7.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 2.1 SUBJ_YOUR_OWN           Subject contains "Your Own"
 1.0 DATE_MISSING            Missing Date: header
 2.8 X_MAIL_ID_PRESENT       Message has X-MailingID header
 0.3 LOTS_OF_STUFF           BODY: Thousands or millions of pics/movies/etc
 0.1 HTML_FONTCOLOR_UNKNOWN  BODY: HTML font color is unknown to us
 0.6 HTML_WEB_BUGS           BODY: Image tag intended to identify you
 0.0 HTML_MESSAGE            BODY: HTML included in message
 0.1 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02      BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80       BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET    RAW: Message text in HTML without charset
 0.2 NORMAL_HTTP_TO_IP       URI: Uses a dotted-decimal IP address in URL

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 2021 invoked from network); 11 Jan 2006 03:39:19 -0600

```
Received: from vm-180-165.vm-mail.com (206.82.180.165)
  by celiajay.com with SMTP; 11 Jan 2006 03:39:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-165.vm-mail.com with SMTP; 11 Jan 2006 03:39:05 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Start your
own i.htm"
```

```
From ???@??? Wed Jan 11 11:31:37 2006
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 26533 invoked from network); 11 Jan 2006 03:42:40 -0600
Received: from vm-177-61.vm-mail.com (206.82.177.61)
   by ehahome.com with SMTP; 11 Jan 2006 03:42:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-61.vm-mail.com with SMTP; 11 Jan 2006 03:42:22 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
        SUBJ_YOUR_OWN autolearn=no version=2.63
X-Spam-Report:
        * 2.3 SUBJ_YOUR_OWN Subject contains "Your Own"
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4968]
        * 0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 0.1 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```

Images not loading? View this offer by visiting this link



 **Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**



**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 11 11:31:37 2006
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 27587 invoked from network); 11 Jan 2006 03:42:41 -0600
Received: from vm-177-61.vm-mail.com (206.82.177.61)
   by ehahome.com with SMTP; 11 Jan 2006 03:42:40 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-61.vm-mail.com with SMTP; 11 Jan 2006 03:42:22 -0600
X-ClientHost:
1001011190971211101010640971101161041111012109910111011611409710846099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
       SUBJ_YOUR_OWN autolearn=no version=2.63
X-Spam-Report:
       *  2.3 SUBJ_YOUR_OWN Subject contains "Your Own"
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
       *      [score: 0.4968]
       *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.1 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 11:31:37 2006
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 26175 invoked from network); 11 Jan 2006 03:42:39 -0600
Received: from vm-177-61.vm-mail.com (206.82.177.61)
  by ehahome.com with SMTP; 11 Jan 2006 03:42:39 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-61.vm-mail.com with SMTP; 11 Jan 2006 03:42:22 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
        SUBJ_YOUR_OWN autolearn=no version=2.63
X-Spam-Report:
        *  2.3 SUBJ_YOUR_OWN Subject contains "Your Own"
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4968]
        *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.1 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```

Images not loading? View this offer by visiting this link



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Jan 11 11:31:36 2006
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 29730 invoked from network); 11 Jan 2006 03:42:46 -0600
Received: from vm-177-61.vm-mail.com (206.82.177.61)
   by ehahome.com with SMTP; 11 Jan 2006 03:42:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-61.vm-mail.com with SMTP; 11 Jan 2006 03:42:22 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
       SUBJ_YOUR_OWN autolearn=no version=2.63
X-Spam-Report:
       *  2.3 SUBJ_YOUR_OWN Subject contains "Your Own"
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
       *      [score: 0.4968]
       *  0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.1 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 11:31:36 2006
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 30500 invoked from network); 11 Jan 2006 03:42:47 -0600
Received: from vm-177-61.vm-mail.com (206.82.177.61)
  by ehahome.com with SMTP; 11 Jan 2006 03:42:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-61.vm-mail.com with SMTP; 11 Jan 2006 03:42:22 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: *****SPAM***** Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.1 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_WEB_BUGS,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,NORMAL_HTTP_TO_IP,
        SUBJ_YOUR_OWN autolearn=no version=2.63
X-Spam-Report:
        * 2.3 SUBJ_YOUR_OWN Subject contains "Your Own"
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * -0.0 BAYES_44 BODY: Bayesian spam probability is 44 to 50%
        *      [score: 0.4968]
        * 0.3 HTML_WEB_BUGS BODY: Image tag intended to identify you
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 0.1 NORMAL_HTTP_TO_IP URI: Uses a dotted-decimal IP address in URL
```

Images not loading? View this offer by visiting this link



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

From ???@??? Mon Jan 30 15:59:27 2006
X-Persona: <RCW>
Return-Path: <mailcenter334714@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 2979 invoked from network); 11 Jan 2006 04:21:02 -0600
Received: from vm-180-212.vm-mail.com (206.82.180.212)
  by gordonworks.com with SMTP; 11 Jan 2006 04:21:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-212.vm-mail.com with SMTP; 11 Jan 2006 04:20:50 -0600
X-ClientHost: 1061051090641140991190490570490570480480850048046099111109
X-MailingID: 334714
From: Virtual Dollar Shop <VirtualDollarShop@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334714@vm-rewards.com>
Subject: Start your own internet business now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

**Images not loading? View this offer by visiting this link**



---

Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

**If you can not see our footer image, please visit here.**

From ???@??? Mon Dec 19 01:53:51 2005
X-Persona: <Mila>
Return-Path: <mailcenter333244@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 16 Dec 2005 03:37:35 -0600
From: Virtual Dollar Store <VirtualDollarStore@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Open an online store
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43A28ADF.BE0B2FD1"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6074&e=mila@jammtomm.com
  URI:http://ogy.cc/alarspoort/Yellow1.gif
  URI:http://redirect.virtumundo.com/ct?i'6074&e=mila@jammtomm.com
  URI:http://ogy.cc/alarspoort/Yellow2.jpg [...]

Content analysis details:   (7.0 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING              Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 16903 invoked from network); 16 Dec 2005 03:37:33 -0600
Received: from vm-180-76.vm-mail.com (206.82.180.76)
  by jammtomm.com with SMTP; 16 Dec 2005 03:37:32 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-76.vm-mail.com with SMTP; 16 Dec 2005 03:37:20 -0600
X-ClientHost: 109105108097064106097109109116111109109046099111109

```
X-MailingID: 333244
From: Virtual Dollar Store <VirtualDollarStore@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333244@vm-rewards.com>
Subject: Open an online store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Open an
online s.htm"
```

```
From ???@??? Sun Dec 18 17:50:54 2005
X-Persona: <Jay>
Return-Path: <mailcenter333244@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 18784 invoked from network); 16 Dec 2005 03:37:38 -0600
Received: from vm-180-161.vm-mail.com (206.82.180.161)
  by omniinnovations.com with SMTP; 16 Dec 2005 03:37:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-161.vm-mail.com with SMTP; 16 Dec 2005 03:37:23 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 333244
From: Virtual Dollar Store <VirtualDollarStore@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333244@vm-rewards.com>
Subject: *****SPAM***** Open an online store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please** visit here**.**

From ???@??? Sun Dec 18 17:47:00 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333244@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 23876 invoked from network); 16 Dec 2005 03:36:55 -0600
Received: from vm-180-226.vm-mail.com (206.82.180.226)
   by clrobin.com with SMTP; 16 Dec 2005 03:36:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-226.vm-mail.com with SMTP; 16 Dec 2005 03:36:41 -0600
X-ClientHost:
10610510906410511610010510010111111610111010011410510310411604609911109
X-MailingID: 333244
From: Virtual Dollar Store <VirtualDollarStore@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333244@vm-rewards.com>
Subject: Open an online store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Sat Dec 17 11:35:07 2005
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter333244@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 18851 invoked from network); 16 Dec 2005 03:37:38 -0600
Received: from vm-180-168.vm-mail.com (206.82.180.168)
  by omniinnovations.com with SMTP; 16 Dec 2005 03:37:35 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-168.vm-mail.com with SMTP; 16 Dec 2005 03:37:23 -0600
X-ClientHost: 10611111006410609712110709712111511211080970991010460991111109
X-MailingID: 333244
From: Virtual Dollar Store <VirtualDollarStore@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333244@vm-rewards.com>
Subject: *****SPAM***** Open an online store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.0 required=7.0 tests=DATE_MISSING,
    HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
    HTML_TAG_EXISTS_TBODY,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
    X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.1 HTML_TAG_EXISTS_TBODY BODY: HTML has "tbody" tag
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```





Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062

If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:46:24 2006
X-Persona: <RCW>
Return-Path: <mailcenter333244@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 16770 invoked from network); 16 Dec 2005 04:06:34 -0600
Received: from vm-180-246.vm-mail.com (206.82.180.246)
  by itdidnotendright.com with SMTP; 16 Dec 2005 04:06:34 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-246.vm-mail.com with SMTP; 16 Dec 2005 04:06:22 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 333244
From: Virtual Dollar Store <VirtualDollarStore@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333244@vm-rewards.com>
Subject: Open an online store
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



**Customer Support, 437 E 1000 S, Pleasant Grove, UT 84062**

**If you can not see our footer image, please** <u>visit here</u>.

```
From ???@??? Sun Jan 25 12:01:58 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <264508-28949>; Sun, 25 Jan 2004 13:37:29 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <264409-28937>; Sun, 25 Jan 2004 13:36:23
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-77.adknow-net.com with SMTP; 25 Jan 2004 12:36:21 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 350364
From: Visit Branson Missouri <VisitBransonMissouri@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350364@replies.adknow-net.com
Subject: See the sights and shows of Branson.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.133623-0500_est.264409-28937+60815@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 13:36:22 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Jan 25 17:53:48 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <244149-9524>; Sun, 25 Jan
2004 20:42:36 -0500
Received: from vm208-14.adknow-net.com ([216.21.208.14]) by
ams.ftl.affinity.com with ESMTP id <244144-9516>; Sun, 25 Jan 2004 20:41:49
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-14.adknow-net.com with SMTP; 25 Jan 2004 19:41:41 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 349630
From: Visit Branson Missouri <VisitBransonMissouri@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349630@replies.adknow-net.com
Subject: See the sights and shows of Branson.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan25.204149-0500_est.244144-9516+43488@ams.ftl.affinity.com>
Date:Sun, 25 Jan 2004 20:41:48 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 06:22:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <365456-28366>; Tue, 6 Jan
2004 04:45:20 -0500
Received: from vm209-205.vmlocal.com ([216.21.209.205]) by
ams.ftl.affinity.com with ESMTP id <465162-24404>; Mon, 5 Jan 2004 14:26:36
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-205.vmlocal.com with SMTP; 05 Jan 2004 13:26:33 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 236304
From: Visit Sunny San Diego <VisitSunnySanDiego@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Visit Sunny San Diego <VisitSunnySanDiego236304@vmlocal.com>
Subject: Visit sunny San Diego.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.142636-0500_est.465162-24404+15689@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 14:26:36 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 10 20:55:02 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <324697-15118>; Tue, 10 Feb
2004 21:26:48 -0500
Received: from vm208-37.adknow-net.com ([216.21.208.37]) by
ams.ftl.affinity.com with ESMTP id <332459-15124>; Tue, 10 Feb 2004 21:25:55
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-37.adknow-net.com with SMTP; 10 Feb 2004 20:25:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 366570
From: Visit Yosemite <YosemiteVacation@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return366570@replies.adknow-net.com
Subject: A national treasure that's yours forever.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb10.212555-0500_est.332459-15124+346@ams.ftl.affinity.com>
Date:Tue, 10 Feb 2004 21:25:55 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 10 23:10:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221139-30412>; Wed, 11 Feb 2004 00:06:59 -0500
Received: from vm208-54.adknow-net.com ([216.21.208.54]) by
ams.ftl.affinity.com with ESMTP id <330376-30410>; Wed, 11 Feb 2004 00:05:56
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-54.adknow-net.com with SMTP; 10 Feb 2004 23:05:52 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 367368
From: Visit Yosemite <YosemiteVacation@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return367368@replies.adknow-net.com
Subject: Enjoy Yosemite National Park!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb11.000556-0500_est.330376-30410+32300@ams.ftl.affinity.com>
Date:Wed, 11 Feb 2004 00:05:54 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 19 23:09:48 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217534-18471>; Fri, 19 Dec 2003 22:43:25 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <220623-18486>; Fri, 19 Dec 2003 22:42:25 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 19 Dec 2003 21:42:22 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 222534
From: Visit Yosemite <YosemiteVacation@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Visit Yosemite <YosemiteVacation222534@replies.virtumundo.com>
Subject: Enjoy Yosemite National Park!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.224225-0500_est.220623-18486+51319@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:42:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 02 12:26:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <424977-21967>; Sun, 2 Nov 2003 14:06:46 -0500
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <421659-21967>; Sun, 2 Nov 2003 14:05:35 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-32.vmlocal.com with SMTP; 02 Nov 2003 13:05:31 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 184629
From: Viva Las Vegas <LasVegasExperience184629@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience184629@vmlocal.com>
Subject: Viva Las Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.140535-0500_est.421659-21967+39330@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 14:05:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 04 23:06:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <594013-1217>; Wed, 5 Nov 2003 00:27:11 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <490658-1218>; Wed, 5 Nov 2003 00:26:39 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 04 Nov 2003 23:26:25 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 189191
From: Viva Las Vegas <LasVegasExperience189191@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience189191@vmlocal.com>
Subject: Bet you love Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.002639-0500_est.490658-1218+23022@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 00:26:38 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 04 12:29:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215547-14874>; Tue, 4 Nov
2003 13:13:12 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <217316-14875>; Tue, 4 Nov 2003 13:12:29 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-69.vmlocal.com with SMTP; 04 Nov 2003 12:12:24 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 189194
From: Viva Las Vegas <LasVegasExperience189194@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience189194@vmlocal.com>
Subject: Viva Las Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.131229-0500_est.217316-14875+12466@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 13:12:27 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 04 12:29:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213235-14868>; Tue, 4 Nov 2003 13:13:12 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <215547-14876>; Tue, 4 Nov 2003 13:12:27 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-69.vmlocal.com with SMTP; 04 Nov 2003 12:12:24 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 189194
From: Viva Las Vegas <LasVegasExperience189194@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience189194@vmlocal.com>
Subject: Viva Las Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.131227-0500_est.215547-14876+12657@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 13:12:27 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 09 08:17:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213444-15301>; Sun, 9 Nov 2003 03:35:18 -0500
Received: from vl208-69.vmlocal.com ([216.21.208.69]) by ams.ftl.affinity.com
with ESMTP id <213923-7244>; Sat, 8 Nov 2003 23:12:30 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-69.vmlocal.com with SMTP; 08 Nov 2003 20:17:10 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 193343
From: Viva Las Vegas <LasVegasExperience193343@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience193343@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.231230-0500_est.213923-7244+3552@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 23:12:29 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 13 12:40:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214968-16997>; Thu, 13 Nov 2003 13:12:43 -0500
Received: from vl208-35.vmlocal.com ([216.21.208.35]) by ams.ftl.affinity.com
with ESMTP id <219288-17006>; Thu, 13 Nov 2003 13:12:10 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-35.vmlocal.com with SMTP; 13 Nov 2003 12:11:52 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111 09
X-MailingID: 197159
From: Viva Las Vegas <LasVegasExperience197159@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience197159@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.131210-0500_est.219288-17006+60488@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 13:12:10 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 10:40:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217127-32704>; Fri, 14 Nov
2003 13:34:41 -0500
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com
with ESMTP id <216222-32710>; Fri, 14 Nov 2003 13:33:41 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-54.vmlocal.com with SMTP; 14 Nov 2003 12:33:36 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 197826
From: Viva Las Vegas <LasVegasExperience197826@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience197826@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.133341-0500_est.216222-32710+7985@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 13:33:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 07 19:30:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <362235-1034>; Wed, 7 Jan 2004 20:53:04 -0500
Received: from vm209-205.vmlocal.com ([216.21.209.205]) by
ams.ftl.affinity.com with ESMTP id <362393-1031>; Wed, 7 Jan 2004 20:51:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-205.vmlocal.com with SMTP; 07 Jan 2004 19:51:25 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 237331
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience237331@vmlocal.com>
Subject: Viva Las Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.205127-0500_est.362393-1031+1062@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 20:51:27 -0500
```



**Feeling lucky? Then Las Vegas is waiting for you. Visit Vegas today!**

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 06 20:04:09 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <338920-1803>; Tue, 6 Jan 2004 20:51:30 -0500
Received: from vm209-184.vmlocal.com ([216.21.209.184]) by
ams.ftl.affinity.com with ESMTP id <339477-18657>; Tue, 6 Jan 2004 20:49:44
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-184.vmlocal.com with SMTP; 06 Jan 2004 19:49:42 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911110 9
X-MailingID: 236709
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience236709@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.204944-0500_est.339477-18657+3282@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 20:49:44 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Jan 06 12:25:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <431191-3712>; Tue, 6 Jan 2004
15:00:18 -0500
Received: from vm209-226.vmlocal.com ([216.21.209.226]) by
ams.ftl.affinity.com with ESMTP id <432568-3708>; Tue, 6 Jan 2004 14:58:10
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-226.vmlocal.com with SMTP; 06 Jan 2004 13:58:09 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911 1109
X-MailingID: 236710
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience236710@vmlocal.com>
Subject: Viva Las Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.145810-0500_est.432568-3708+170@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 14:58:10 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 05 19:03:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215282-25702>; Mon, 5 Jan 2004 21:20:03 -0500
Received: from vm209-244.vmlocal.com ([216.21.209.244]) by
ams.ftl.affinity.com with ESMTP id <214954-25702>; Mon, 5 Jan 2004 21:18:56
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-244.vmlocal.com with SMTP; 05 Jan 2004 20:18:50 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 236061
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience236061@vmlocal.com>
Subject: How much you wanna bet you'll love Vegas?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.211856-0500_est.214954-25702+4507@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 21:18:52 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 29 12:30:53 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <221065-32596>; Mon, 29 Dec 2003 14:43:52 -0500
Received: from vm209-203.vmlocal.com ([216.21.209.203]) by
ams.ftl.affinity.com with ESMTP id <226772-32592>; Mon, 29 Dec 2003 14:42:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-203.vmlocal.com with SMTP; 29 Dec 2003 13:42:22 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 231129
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience231129@vmlocal.com>
Subject: How much you wanna bet you'll love Vegas?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.144226-0500_est.226772-32592+2010@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 14:42:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 23:24:05 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <229743-23899>; Mon, 29 Dec
2003 00:14:43 -0500
Received: from vm209-193.vmlocal.com ([216.21.209.193]) by
ams.ftl.affinity.com with ESMTP id <229717-23898>; Mon, 29 Dec 2003 00:13:28
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-193.vmlocal.com with SMTP; 28 Dec 2003 23:13:20 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 230179
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience230179@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.001328-0500_est.229717-23898+97237@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 00:13:27 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 10:41:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <271429-502>; Sun, 28 Dec 2003 12:37:56 -0500
Received: from vm209-206.vmlocal.com ([216.21.209.206]) by
ams.ftl.affinity.com with ESMTP id <268056-497>; Sun, 28 Dec 2003 12:36:41
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-206.vmlocal.com with SMTP; 28 Dec 2003 11:36:38 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 230181
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience230181@vmlocal.com>
Subject: How much you wanna bet you'll love Vegas?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.123641-0500_est.268056-497+46460@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 12:36:41 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 27 15:20:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2396215-25468>; Sat, 27 Dec 2003 17:53:19 -0500
Received: from vm209-231.vmlocal.com ([216.21.209.231]) by
ams.ftl.affinity.com with ESMTP id <2396350-25469>; Sat, 27 Dec 2003 17:51:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-231.vmlocal.com with SMTP; 27 Dec 2003 16:51:43 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 229234
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience229234@vmlocal.com>
Subject: How much you wanna bet you'll love Vegas?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.175149-0500_est.2396350-25469+49734@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 17:51:48 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 27 12:42:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <273595-492>; Sat, 27 Dec 2003 14:58:17 -0500
Received: from vm209-224.vmlocal.com ([216.21.209.224]) by
ams.ftl.affinity.com with ESMTP id <273852-498>; Sat, 27 Dec 2003 14:57:02
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-224.vmlocal.com with SMTP; 27 Dec 2003 13:57:00 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 229236
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience229236@vmlocal.com>
Subject: Viva Las Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.145702-0500_est.273852-498+30667@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 14:57:02 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Dec 21 19:55:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <224899-17620>; Sun, 21 Dec 2003 22:47:38 -0500
Received: from vm209-190.vmlocal.com ([216.21.209.190]) by
ams.ftl.affinity.com with ESMTP id <226887-17625>; Sun, 21 Dec 2003 22:46:13
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-190.vmlocal.com with SMTP; 21 Dec 2003 21:46:07 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 223336
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience223336@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.224613-0500_est.226887-17625+13299@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 22:46:10 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 19 13:31:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214533-22333>; Fri, 19 Dec
2003 15:51:29 -0500
Received: from vm209-227.vmlocal.com ([216.21.209.227]) by
ams.ftl.affinity.com with ESMTP id <215648-22333>; Fri, 19 Dec 2003 15:49:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-227.vmlocal.com with SMTP; 19 Dec 2003 14:49:52 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 222662
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience222662@vmlocal.com>
Subject: Heading to Vegas? Lucky you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.154955-0500_est.215648-22333+21006@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 15:49:54 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 18 11:51:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214232-23287>; Thu, 18 Dec 2003 13:32:29 -0500
Received: from vm209-191.vmlocal.com ([216.21.209.191]) by
ams.ftl.affinity.com with ESMTP id <227441-23275>; Thu, 18 Dec 2003 13:28:54
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-191.vmlocal.com with SMTP; 18 Dec 2003 12:20:43 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 221956
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience221956@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.132854-0500_est.227441-23275+71877@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 13:20:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 16:05:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218630-22094>; Fri, 12 Dec 2003 15:27:56 -0500
Received: from vm209-245.vmlocal.com ([216.21.209.245]) by
ams.ftl.affinity.com with ESMTP id <221063-22087>; Fri, 12 Dec 2003 15:27:04
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-245.vmlocal.com with SMTP; 12 Dec 2003 14:27:03 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 217330
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience217330@vmlocal.com>
Subject: How much you wanna bet you'll love Vegas?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.152704-0500_est.221063-22087+16397@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 15:27:04 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 11 15:31:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217444-10078>; Thu, 11 Dec
2003 15:22:11 -0500
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com
with ESMTP id <230739-10079>; Thu, 11 Dec 2003 15:21:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-58.vmlocal.com with SMTP; 11 Dec 2003 14:21:12 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 216553
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience216553@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.152115-0500_est.230739-10079+17495@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 15:21:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 14:01:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234078-31235>; Tue, 9 Dec 2003 14:31:00 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <234303-31247>; Tue, 9 Dec 2003 14:28:38 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 09 Dec 2003 13:28:34 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 214982
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience214982@vmlocal.com>
Subject: Bet you love Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.142838-0500_est.234303-31247+48762@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 14:28:37 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 09:09:03 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227951-30349>; Sun, 7 Dec 2003 10:37:14 -0500
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <223541-30346>; Sun, 7 Dec 2003 10:36:24 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-22.vmlocal.com with SMTP; 07 Dec 2003 09:34:22 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 213501
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.103624-0500_est.223541-30346+129530@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 10:36:23 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 18:06:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <3562299-4701>; Wed, 3 Dec
2003 19:18:52 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com
with ESMTP id <3563376-4696>; Wed, 3 Dec 2003 19:17:55 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-26.vmlocal.com with SMTP; 03 Dec 2003 18:17:55 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071150 46099111109
X-MailingID: 210862
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience210862@vmlocal.com>
Subject: Lucky you. You're going to Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.191755-0500_est.3563376-4696+5721@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 19:17:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 03 15:55:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <218064-30965>; Wed, 3 Dec 2003 14:08:20 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <218539-30958>; Wed, 3 Dec 2003 14:06:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-38.vmlocal.com with SMTP; 03 Dec 2003 13:05:21 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 210869
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience210869@vmlocal.com>
Subject: How much you wanna bet you'll love Vegas?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.140623-0500_est.218539-30958+9525@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 14:06:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 13:24:54 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215070-31902>; Sun, 23 Nov
2003 16:19:49 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <213963-31903>; Sun, 23 Nov 2003 16:19:08 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-60.vmlocal.com with SMTP; 23 Nov 2003 15:19:04 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 204012
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience204012@vmlocal.com>
Subject: Bet you love Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.161908-0500_est.213963-31903+3899@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 16:19:08 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 13:24:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214688-31902>; Sun, 23 Nov 2003 16:19:49 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <216690-31900>; Sun, 23 Nov 2003 16:19:06 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 23 Nov 2003 15:19:04 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 204012
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience204012@vmlocal.com>
Subject: Bet you love Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.161906-0500_est.216690-31900+3718@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 16:19:05 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Jan 07 19:30:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <362238-1032>; Wed, 7 Jan 2004 20:53:04 -0500
Received: from vm209-205.vmlocal.com ([216.21.209.205]) by
ams.ftl.affinity.com with ESMTP id <362394-1030>; Wed, 7 Jan 2004 20:51:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-205.vmlocal.com with SMTP; 07 Jan 2004 19:51:25 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 237331
From: Viva Las Vegas <LasVegasExperience@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Viva Las Vegas <LasVegasExperience237331@vmlocal.com>
Subject: Viva Las Vegas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.205127-0500_est.362394-1030+1012@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 20:51:27 -0500



Feeling lucky? Then Las Vegas is waiting for you. Visit Vegas today!

If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 30 16:41:58 2005
Return-Path: <mailcenter333901@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9728 invoked from network); 30 Dec 2005 14:10:01 -0600
Received: from vm-181-42.vm-mail.com (206.82.181.42)
  by xj4x4.net with SMTP; 30 Dec 2005 14:10:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-42.vm-mail.com with SMTP; 30 Dec 2005 14:09:47 -0600
X-ClientHost: 11610606409711011610411111012109910110110161140971080460991111091
X-MailingID: 333901
From: Voks Thinning Hair Treatment <VoksThinningHairTreatment@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333901@vm-rewards.com>
Subject: Stop losing your hair with complimentary Voks
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_44,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```





 **Wellness-Labs Corporate Headquarters, 716 East 4500 South, Salt Lake City, UT 84107**

If you can not see our footer image, please visit here.

From ???@??? Mon Feb 02 11:30:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <314232-7426>; Mon, 2 Feb 2004 14:03:18 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <315387-7422>; Mon, 2 Feb 2004 14:02:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 02 Feb 2004 13:02:20 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 356391
From: VPN <StayInTouchWithVPN@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356391@replies.adknow-net.com
Subject: Always be in touch with a VPN.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.140227-0500_est.315387-7422+2104@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 14:02:27 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 02 11:30:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <312933-7422>; Mon, 2 Feb 2004 14:03:18 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <315381-7420>; Mon, 2 Feb 2004 14:02:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 02 Feb 2004 13:02:20 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 356391
From: VPN <StayInTouchWithVPN@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356391@replies.adknow-net.com
Subject: Always be in touch with a VPN.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.140227-0500_est.315381-7420+2000@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 14:02:27 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 02 11:30:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <314751-7422>; Mon, 2 Feb 2004 14:03:19 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <315373-7418>; Mon, 2 Feb 2004 14:02:27
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-11.adknow-net.com with SMTP; 02 Feb 2004 13:02:20 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 356391
From: VPN <StayInTouchWithVPN@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356391@replies.adknow-net.com
Subject: Always be in touch with a VPN.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.140227-0500_est.315373-7418+2239@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 14:02:26 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Feb 02 11:30:51 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <311966-7426>; Mon, 2 Feb 2004
14:03:21 -0500
Received: from vm208-11.adknow-net.com ([216.21.208.11]) by
ams.ftl.affinity.com with ESMTP id <315403-7418>; Mon, 2 Feb 2004 14:02:29
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-11.adknow-net.com with SMTP; 02 Feb 2004 13:02:20 -0600
X-ClientHost:
1061111100971161040971100641031111410011110119111114107115046099111109
X-MailingID: 356391
From: VPN <StayInTouchWithVPN@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356391@replies.adknow-net.com
Subject: Always be in touch with a VPN.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb2.140229-0500_est.315403-7418+2240@ams.ftl.affinity.com>
Date:Mon, 2 Feb 2004 14:02:28 -0500



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue May 18 09:26:35 2004
Return-Path: <mailcenter308539@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26825 invoked by uid 10003); 18 May 2004 14:40:12 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 26822 invoked from network); 18 May 2004 14:40:12 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 18 May 2004 14:40:12 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 18 May 2004 09:51:30 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 308539
From: Warranty <ExtendedWarranties@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Warranty <ExtendedWarranties308539@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Tue May 18 09:26:35 2004
Return-Path: <mailcenter308539@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26833 invoked by uid 10003); 18 May 2004 14:40:12 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 26830 invoked from network); 18 May 2004 14:40:12 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 18 May 2004 14:40:12 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 18 May 2004 09:51:30 -0500
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 308539
From: Warranty <ExtendedWarranties@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Warranty <ExtendedWarranties308539@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Tue May 18 09:26:35 2004
Return-Path: <mailcenter308539@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26841 invoked by uid 10003); 18 May 2004 14:40:13 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 26838 invoked from network); 18 May 2004 14:40:13 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 18 May 2004 14:40:13 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 18 May 2004 09:51:30 -0500
X-ClientHost:
106111110097116104097110064103111114100111101191111141071150460991 11109
X-MailingID: 308539
From: Warranty <ExtendedWarranties@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Warranty <ExtendedWarranties308539@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

```
From ???@??? Tue May 18 09:26:35 2004
Return-Path: <mailcenter308539@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26817 invoked by uid 10003); 18 May 2004 14:40:12 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 26813 invoked from network); 18 May 2004 14:40:12 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 18 May 2004 14:40:12 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 18 May 2004 09:51:30 -0500
X-ClientHost: 10609710910111506410311114100111110191111141071150460991111109
X-MailingID: 308539
From: Warranty <ExtendedWarranties@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Warranty <ExtendedWarranties308539@replies.virtumundo.com>
Subject: Do you need extended auto warranty coverage?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

From ???@??? Thu Jun 03 17:35:52 2004
Return-Path: <mailcenter308788@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 1916 invoked by uid 10003); 3 Jun 2004 21:18:48 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 1913 invoked from network); 3 Jun 2004 21:18:48 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 3 Jun 2004 21:18:48 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 03 Jun 2004 16:18:37 -0500
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 308788
From: Warranty Savings <WarrantySavings@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Warranty Savings <WarrantySavings308788@replies.virtumundo.com>
Subject: Superior extended warranty savings for your auto
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



 **AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5**

```
From ???@??? Thu Jun 03 17:35:52 2004
Return-Path: <mailcenter308788@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 1905 invoked by uid 10003); 3 Jun 2004 21:18:47 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 1900 invoked from network); 3 Jun 2004 21:18:47 -0000
Received: from unknown (HELO vm100.vmadmin.com) (216.64.222.100)
  by ns48.webmasters.com with SMTP; 3 Jun 2004 21:18:47 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 03 Jun 2004 16:18:37 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308788
From: Warranty Savings <WarrantySavings@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Warranty Savings <WarrantySavings308788@replies.virtumundo.com>
Subject: Superior extended warranty savings for your auto
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



AzoogleAds, 1054 Centre St. Suite 214 Thornhill, ON l4j 8e5

From ???@??? Sat Sep 27 12:03:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <346349-1130>; Sat, 27 Sep 2003 14:25:32 -0400
Received: from vl208-18.vmlocal.com ([216.21.208.18]) by ams.ftl.affinity.com
with ESMTP id <346406-1123>; Sat, 27 Sep 2003 14:24:41 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-18.vmlocal.com with SMTP; 27 Sep 2003 13:24:39 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 146233
From: Weather Vanes <WeatherVaneVenue146233@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weather Vanes <WeatherVaneVenue146233@vmlocal.com>
Subject: Need a weather vane?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep27.142441-0400_edt.346406-1123+9848@ams.ftl.affinity.com>
Date:Sat, 27 Sep 2003 14:24:40 -0400





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 20 20:20:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213515-22338>; Sat, 20 Dec 2003 22:08:09 -0500
Received: from vm209-225.vmlocal.com ([216.21.209.225]) by
ams.ftl.affinity.com with ESMTP id <216738-22338>; Sat, 20 Dec 2003 22:06:53
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-225.vmlocal.com with SMTP; 20 Dec 2003 21:06:50 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 223519
From: Weather Vanes <WeatherVaneVenue@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weather Vanes <WeatherVaneVenue223519@vmlocal.com>
Subject: Need a weather vane?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.220653-0500_est.216738-22338+47697@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 22:06:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Sep 16 16:47:04 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213404-18484>; Tue, 16 Sep 2003 19:04:07 -0400
Received: from vt227.vtarget.com ([216.64.222.227]) by ams.ftl.affinity.com
with ESMTP id <215212-18476>; Tue, 16 Sep 2003 19:02:52 -0400
Received: from vtarget.com (192.168.3.10)
   by vt227.vtarget.com with SMTP; 16 Sep 2003 18:02:49 -0500
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 136441
From: Web Hosting <WebHostingSources136441@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Web Hosting <WebHostingSources136441@replies.vtarget.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.190252-0400_edt.215212-18476+4130@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 19:02:51 -0400
```



 You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Oct 03 21:28:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <232854-1076>; Fri, 3 Oct 2003 23:11:51 -0400
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <241573-1073>; Fri, 3 Oct 2003 23:11:32 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-60.vmlocal.com with SMTP; 03 Oct 2003 22:11:30 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 151862
From: Web Hosting <WebHostingSources151862@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources151862@vmlocal.com>
Subject: Let your site be seen with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.231132-0400_edt.241573-1073+1136@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 23:11:31 -0400
```



 You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Tue Oct 07 16:26:06 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221602-8586>; Tue, 7 Oct 2003 18:50:56 -0400
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <220790-8587>; Tue, 7 Oct 2003 16:29:31 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-39.vmlocal.com with SMTP; 07 Oct 2003 15:29:27 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 155746
From: Web Hosting <WebHostingSources155746@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+155746@replies.vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.162931-0400_edt.220790-8587+28750@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 16:29:30 -0400



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 12 16:43:00 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236537-17005>; Wed, 12 Nov 2003 17:49:38 -0500
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com
with ESMTP id <235598-17003>; Wed, 12 Nov 2003 17:48:10 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-27.vmlocal.com with SMTP; 12 Nov 2003 16:48:07 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 196730
From: Web Hosting <WebHostingSources196730@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources196730@vmlocal.com>
Subject: Let your site be seen with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov12.174810-0500_est.235598-17003+48350@ams.ftl.affinity.com>
Date:Wed, 12 Nov 2003 17:48:09 -0500



 You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 19 21:57:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221142-4079>; Wed, 19 Nov 2003 23:02:38 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <222188-4086>; Wed, 19 Nov 2003 23:01:17 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 19 Nov 2003 22:01:10 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 201542
From: Web Hosting <WebHostingSources201542@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources201542@vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.230117-0500_est.222188-4086+65756@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 23:01:17 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 19 21:57:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221649-4091>; Wed, 19 Nov 2003 23:02:40 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <221477-4085>; Wed, 19 Nov 2003 23:01:17 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-70.vmlocal.com with SMTP; 19 Nov 2003 22:01:10 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 201542
From: Web Hosting <WebHostingSources201542@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources201542@vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.230117-0500_est.221477-4085+65325@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 23:01:16 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 19 21:57:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215598-4090>; Wed, 19 Nov 2003 23:02:40 -0500
Received: from vl208-70.vmlocal.com ([216.21.208.70]) by ams.ftl.affinity.com
with ESMTP id <222207-4085>; Wed, 19 Nov 2003 23:01:17 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-70.vmlocal.com with SMTP; 19 Nov 2003 22:01:10 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 201542
From: Web Hosting <WebHostingSources201542@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources201542@vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.230117-0500_est.222207-4085+65326@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 23:01:17 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Nov 20 23:05:38 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220234-24921>; Fri, 21 Nov 2003 00:05:23 -0500
Received: from vl208-55.vmlocal.com ([216.21.208.55]) by ams.ftl.affinity.com
with ESMTP id <222330-24922>; Fri, 21 Nov 2003 00:04:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-55.vmlocal.com with SMTP; 20 Nov 2003 23:04:21 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 202231
From: Web Hosting <WebHostingSources202231@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources202231@vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.000432-0500_est.222330-24922+32036@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 00:04:30 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Jan 13 11:59:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215901-28232>; Tue, 13 Jan 2004 14:26:39 -0500
Received: from vm208-25.adknow-net.com ([216.21.208.25]) by
ams.ftl.affinity.com with ESMTP id <219252-28230>; Tue, 13 Jan 2004 14:25:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-25.adknow-net.com with SMTP; 13 Jan 2004 13:25:41 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 340551
From: Web Hosting <WebHostingSources@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340551@replies.adknow-net.com
Subject: Let your site be seen with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.142543-0500_est.219252-28230+13267@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 14:25:42 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 20:59:40 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <362912-5938>; Thu, 12 Feb 2004 22:52:46 -0500
Received: from vm208-72.adknow-net.com ([216.21.208.72]) by
ams.ftl.affinity.com with ESMTP id <365402-1084>; Thu, 12 Feb 2004 22:51:27
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-72.adknow-net.com with SMTP; 12 Feb 2004 21:51:21 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 369847
From: Web Hosting <WebHostingSources@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369847@replies.adknow-net.com
Subject: Let your site be seen with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.225127-0500_est.365402-1084+903@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 22:51:27 -0500
```



Have something to share with the world? Get your site up and out there. All
you need is a web host.

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 06:22:03 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <365454-28369>; Tue, 6 Jan 2004 04:45:20 -0500
Received: from vm209-229.vmlocal.com ([216.21.209.229]) by
ams.ftl.affinity.com with ESMTP id <462819-24402>; Mon, 5 Jan 2004 14:11:29
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-229.vmlocal.com with SMTP; 05 Jan 2004 13:11:26 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 236298
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources236298@vmlocal.com>
Subject: Feed the masses with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.141129-0500_est.462819-24402+15619@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 14:11:28 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 04 11:42:25 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226371-6526>; Sun, 4 Jan 2004 14:37:42 -0500
Received: from vm209-233.vmlocal.com ([216.21.209.233]) by
ams.ftl.affinity.com with ESMTP id <225303-6533>; Sun, 4 Jan 2004 14:36:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-233.vmlocal.com with SMTP; 04 Jan 2004 13:36:40 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 235638
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources235638@vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan4.143643-0500_est.225303-6533+692@ams.ftl.affinity.com>
Date:Sun, 4 Jan 2004 14:36:42 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 03 13:17:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <459446-23664>; Sat, 3 Jan 2004 14:43:53 -0500
Received: from vm209-241.vmlocal.com ([216.21.209.241]) by
ams.ftl.affinity.com with ESMTP id <461745-23668>; Sat, 3 Jan 2004 14:42:58
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-241.vmlocal.com with SMTP; 03 Jan 2004 13:42:50 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 234980
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources234980@vmlocal.com>
Subject: It's time your website is seen.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.144258-0500_est.461745-23668+76740@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 14:42:58 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 02 23:03:06 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332173-7076>; Sat, 3 Jan 2004 01:05:44 -0500
Received: from vm209-208.vmlocal.com ([216.21.209.208]) by
ams.ftl.affinity.com with ESMTP id <333258-7078>; Sat, 3 Jan 2004 01:04:54
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-208.vmlocal.com with SMTP; 03 Jan 2004 00:04:51 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 234321
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources234321@vmlocal.com>
Subject: It's time your website is seen.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.010454-0500_est.333258-7078+46737@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 01:04:54 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 27 17:48:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222667-23899>; Sat, 27 Dec 2003 19:51:19 -0500
Received: from vm209-181.vmlocal.com ([216.21.209.181]) by
ams.ftl.affinity.com with ESMTP id <227561-23899>; Sat, 27 Dec 2003 19:50:27
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-181.vmlocal.com with SMTP; 27 Dec 2003 18:50:08 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 229554
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources229554@vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.195027-0500_est.227561-23899+61373@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 19:50:27 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 27 17:48:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <227618-23904>; Sat, 27 Dec 2003 19:51:19 -0500
Received: from vm209-181.vmlocal.com ([216.21.209.181]) by
ams.ftl.affinity.com with ESMTP id <227581-23900>; Sat, 27 Dec 2003 19:50:29
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-181.vmlocal.com with SMTP; 27 Dec 2003 18:50:08 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 229554
From: Web Hosting <WebHostingSources@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources229554@vmlocal.com>
Subject: Great web hosting lets you feed the masses.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.195029-0500_est.227581-23900+60903@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 19:50:27 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 20:21:25 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221871-3772>; Fri, 26 Dec 2003 22:13:25 -0500
Received: from vm209-184.vmlocal.com ([216.21.209.184]) by
ams.ftl.affinity.com with ESMTP id <221617-3770>; Fri, 26 Dec 2003 22:12:39
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-184.vmlocal.com with SMTP; 26 Dec 2003 21:12:29 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 228618
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources228618@vmlocal.com>
Subject: Feed the masses with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.221239-0500_est.221617-3770+16568@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 22:12:38 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 25 18:24:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217826-12465>; Thu, 25 Dec 2003 19:34:01 -0500
Received: from vm209-234.vmlocal.com ([216.21.209.234]) by
ams.ftl.affinity.com with ESMTP id <220027-12458>; Thu, 25 Dec 2003 19:33:03
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-234.vmlocal.com with SMTP; 25 Dec 2003 18:33:01 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 227252
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources227252@vmlocal.com>
Subject: Feed the masses with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.193303-0500_est.220027-12458+9050@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 19:33:03 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 16:50:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214204-21034>; Tue, 16 Dec 2003 19:06:40 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <213164-21035>; Tue, 16 Dec 2003 19:05:24
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-202.vmlocal.com with SMTP; 16 Dec 2003 18:04:21 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 220691
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources220691@vmlocal.com>
Subject: Feed the masses with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.190524-0500_est.213164-21035+1624@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 19:05:24 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go
here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Dec 16 16:50:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214000-21034>; Tue, 16 Dec 2003 19:06:40 -0500
Received: from vm209-202.vmlocal.com ([216.21.209.202]) by
ams.ftl.affinity.com with ESMTP id <214724-21029>; Tue, 16 Dec 2003 19:05:26
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-202.vmlocal.com with SMTP; 16 Dec 2003 18:04:21 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 220691
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources220691@vmlocal.com>
Subject: Feed the masses with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.190526-0500_est.214724-21029+1605@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 19:05:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 16:50:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <236792-12840>; Tue, 16 Dec 2003 19:09:17 -0500
Received: from vm209-238.vmlocal.com ([216.21.209.238]) by
ams.ftl.affinity.com with ESMTP id <271357-12863>; Tue, 16 Dec 2003 19:04:22
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-238.vmlocal.com with SMTP; 16 Dec 2003 18:04:21 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 220691
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources220691@vmlocal.com>
Subject: Feed the masses with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.190422-0500_est.271357-12863+4115@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 19:04:22 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 13 14:46:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218768-22080>; Sat, 13 Dec 2003 14:54:21 -0500
Received: from vm209-192.vmlocal.com ([216.21.209.192]) by
ams.ftl.affinity.com with ESMTP id <223459-22095>; Sat, 13 Dec 2003 14:53:17
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-192.vmlocal.com with SMTP; 13 Dec 2003 13:53:14 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 218341
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources218341@vmlocal.com>
Subject: Get great web hosting and let your site be seen.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.145317-0500_est.223459-22095+37756@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 14:53:17 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 01 21:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216233-12502>; Mon, 1 Dec 2003 22:58:48 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <216777-12491>; Mon, 1 Dec 2003 22:57:15 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 01 Dec 2003 21:57:13 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 209737
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources209737@vmlocal.com>
Subject: Let your site be seen with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.225715-0500_est.216777-12491+40@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:57:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 01 21:03:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215349-12502>; Mon, 1 Dec 2003 22:58:48 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <216945-12502>; Mon, 1 Dec 2003 22:57:16 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-49.vmlocal.com with SMTP; 01 Dec 2003 21:57:13 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 209737
From: Web Hosting <WebHostingSources@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources209737@vmlocal.com>
Subject: Let your site be seen with great web hosting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.225716-0500_est.216945-12502+43@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 22:57:15 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 29 17:16:18 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214026-16003>; Sat, 29 Nov 2003 17:07:40 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <217326-15998>; Sat, 29 Nov 2003 17:07:11 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 29 Nov 2003 16:07:08 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 208358
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources208358@vmlocal.com>
Subject: It's time your website is seen.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.170711-0500_est.217326-15998+5809@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 17:07:10 -0500



You received this email because you signed up at one of Virtumundo's

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Nov 28 14:39:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213949-3169>; Fri, 28 Nov 2003 17:27:07 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com
with ESMTP id <213826-3176>; Fri, 28 Nov 2003 17:26:37 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-38.vmlocal.com with SMTP; 28 Nov 2003 16:26:34 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 207689
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources207689@vmlocal.com>
Subject: It's time your website is seen.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.172637-0500_est.213826-3176+33112@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 17:26:36 -0500
```



**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Jan 11 16:58:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <332020-9900>; Sun, 11 Jan 2004 19:50:16 -0500
Received: from vm217-201.vmlocal.com ([216.21.217.201]) by
ams.ftl.affinity.com with ESMTP id <331961-9904>; Sun, 11 Jan 2004 19:49:17
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-201.vmlocal.com with SMTP; 11 Jan 2004 18:49:16 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 240019
From: Web Hosting <WebHostingSources@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosting <WebHostingSources240019@vmlocal.com>
Subject: It's time your website is seen.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan11.194917-0500_est.331961-9904+39364@ams.ftl.affinity.com>
Date:Sun, 11 Jan 2004 19:49:17 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Oct 04 18:28:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222561-12957>; Sat, 4 Oct 2003 19:30:51 -0400
Received: from vl208-61.vmlocal.com ([216.21.208.61]) by ams.ftl.affinity.com
with ESMTP id <233904-13212>; Sat, 4 Oct 2003 19:29:53 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-61.vmlocal.com with SMTP; 04 Oct 2003 18:29:49 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 152304
From: Web Hosts <ChooseYourWebHost152304@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost152304@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct4.192953-0400_edt.233904-13212+8257@ams.ftl.affinity.com>
Date:Sat, 4 Oct 2003 19:29:53 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 07 18:28:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <262770-16846>; Tue, 7 Oct 2003 20:35:36 -0400
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <244608-16834>; Tue, 7 Oct 2003 20:03:31 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-50.vmlocal.com with SMTP; 07 Oct 2003 19:03:30 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 155219
From: Web Hosts <ChooseYourWebHost155219@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+155219@replies.vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.200331-0400_edt.244608-16834+1567@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 20:03:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Oct 07 18:28:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <244608-16838>; Tue, 7 Oct 2003 20:35:36 -0400
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <268380-16840>; Tue, 7 Oct 2003 20:03:32 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 07 Oct 2003 19:03:30 -0500
X-ClientHost:
1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 155219
From: Web Hosts <ChooseYourWebHost155219@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+155219@replies.vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.200332-0400_edt.268380-16840+1631@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 20:03:31 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Oct 09 00:17:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <233970-6945>; Thu, 9 Oct 2003 01:41:19 -0400
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <333768-5326>; Thu, 9 Oct 2003 01:40:26 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-66.vmlocal.com with SMTP; 09 Oct 2003 00:40:23 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 156753
From: Web Hosts <ChooseYourWebHost156753@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+156753@replies.vmlocal.com>
Subject: Great web hosting offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.014026-0400_edt.333768-5326+13793@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 01:40:26 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 15 23:39:39 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <231559-27456>; Thu, 16 Oct 2003 00:44:25 -0400
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com
with ESMTP id <232069-27449>; Thu, 16 Oct 2003 00:25:29 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 15 Oct 2003 23:25:28 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 164464
From: Web Hosts <ChooseYourWebHost164464@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost164464@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.002529-0400_edt.232069-27449+5158@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 00:25:28 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 04 21:09:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222072-20589>; Tue, 4 Nov 2003 21:11:20 -0500
Received: from vl208-45.vmlocal.com ([216.21.208.45]) by ams.ftl.affinity.com
with ESMTP id <222022-20592>; Tue, 4 Nov 2003 21:10:50 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-45.vmlocal.com with SMTP; 04 Nov 2003 20:10:46 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 189053
From: Web Hosts <ChooseYourWebHost189053@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost189053@vmlocal.com>
Subject: The best web hosting services are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.211050-0500_est.222022-20592+2164@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 21:10:48 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 04 12:29:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216038-23207>; Tue, 4 Nov 2003 15:13:08 -0500
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <216848-23204>; Tue, 4 Nov 2003 15:11:39 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-34.vmlocal.com with SMTP; 04 Nov 2003 14:11:36 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111 09
X-MailingID: 189055
From: Web Hosts <ChooseYourWebHost189055@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost189055@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.151139-0500_est.216848-23204+14075@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 15:11:39 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Nov 14 13:04:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214951-21274>; Fri, 14 Nov 2003 14:05:56 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <215109-21270>; Fri, 14 Nov 2003 14:04:59 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-67.vmlocal.com with SMTP; 14 Nov 2003 13:04:46 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 197703
From: Web Hosts <ChooseYourWebHost197703@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost197703@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.140459-0500_est.215109-21270+7549@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 14:04:58 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 16 13:42:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215931-7406>; Sun, 16 Nov 2003 14:58:29 -0500
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <215941-7407>; Sun, 16 Nov 2003 14:57:28 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-48.vmlocal.com with SMTP; 16 Nov 2003 13:57:24 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 199067
From: Web Hosts <ChooseYourWebHost199067@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost199067@vmlocal.com>
Subject: The best web hosting services are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.145728-0500_est.215941-7407+30565@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 14:57:28 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**