From ???@??? Sun Nov 16 13:42:22 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216010-7406>; Sun, 16 Nov 2003 14:58:30 -0500
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com
with ESMTP id <215943-7414>; Sun, 16 Nov 2003 14:57:29 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-48.vmlocal.com with SMTP; 16 Nov 2003 13:57:24 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 199067
From: Web Hosts <ChooseYourWebHost199067@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost199067@vmlocal.com>
Subject: The best web hosting services are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.145729-0500_est.215943-7414+30745@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 14:57:28 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 10:29:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3566931-10815>; Tue, 13 Jan 2004 11:40:02 -0500
Received: from vm208-22.adknow-net.com ([216.21.208.22]) by
ams.ftl.affinity.com with ESMTP id <3563004-10815>; Tue, 13 Jan 2004 11:38:41
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-22.adknow-net.com with SMTP; 13 Jan 2004 10:38:39 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460999111109
X-MailingID: 340332
From: Web Hosts <ChooseYourWebHost@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340332@replies.adknow-net.com
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id:
<04Jan13.113841-0500_est.3563004-10815+179046@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 11:38:41 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 23 17:04:33 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <264175-15798>; Fri, 23 Jan 2004 19:01:55 -0500
Received: from vm208-78.adknow-net.com ([216.21.208.78]) by
ams.ftl.affinity.com with ESMTP id <239778-15807>; Fri, 23 Jan 2004 19:00:52
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-78.adknow-net.com with SMTP; 23 Jan 2004 18:00:48 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 348329
From: Web Hosts <ChooseYourWebHost@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return348329@replies.adknow-net.com
Subject: Get the Host with the Most!  Find Web Hosting services here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.190052-0500_est.239778-15807+22783@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 19:00:51 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 12:09:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <217797-5222>; Tue, 23 Dec 2003 12:04:04 -0500
Received: from vm209-204.vmlocal.com ([216.21.209.204]) by
ams.ftl.affinity.com with ESMTP id <221456-5224>; Tue, 23 Dec 2003 12:03:13
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-204.vmlocal.com with SMTP; 23 Dec 2003 11:03:12 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 225362
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost225362@vmlocal.com>
Subject: Get the Host with the Most!  Find Web Hosting services here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.120313-0500_est.221456-5224+9264@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 12:03:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 15 13:31:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2372795-18168>; Mon, 15 Dec 2003 15:53:15 -0500
Received: from vm209-209.vmlocal.com ([216.21.209.209]) by
ams.ftl.affinity.com with ESMTP id <2372046-17812>; Mon, 15 Dec 2003 15:51:24
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-209.vmlocal.com with SMTP; 15 Dec 2003 14:51:18 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 219513
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost219513@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.155124-0500_est.2372046-17812+60@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 15:51:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 05 17:17:55 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214121-2724>; Fri, 5 Dec 2003 19:19:40 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <216063-2722>; Fri, 5 Dec 2003 19:18:40 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-40.vmlocal.com with SMTP; 05 Dec 2003 18:18:38 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111 09
X-MailingID: 212020
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost212020@vmlocal.com>
Subject: Great web hosting offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.191840-0500_est.216063-2722+56269@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 19:18:39 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Dec 04 22:21:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220048-16081>; Thu, 4 Dec 2003 22:37:08 -0500
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com
with ESMTP id <224663-16084>; Thu, 4 Dec 2003 22:36:15 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-47.vmlocal.com with SMTP; 04 Dec 2003 21:36:12 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 211406
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost211406@vmlocal.com>
Subject: The best web hosting services are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.223615-0500_est.224663-16084+33602@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 22:36:15 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 30 13:21:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217576-24774>; Sun, 30 Nov 2003 15:14:03 -0500
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <218436-24776>; Sun, 30 Nov 2003 15:12:51 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-24.vmlocal.com with SMTP; 30 Nov 2003 14:12:49 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 208694
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost208694@vmlocal.com>
Subject: The best web hosting services are right here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.151251-0500_est.218436-24776+55743@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 15:12:50 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 25 15:05:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221389-30959>; Tue, 25 Nov 2003 16:08:46 -0500
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com
with ESMTP id <226253-30954>; Tue, 25 Nov 2003 16:07:25 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-28.vmlocal.com with SMTP; 25 Nov 2003 15:05:23 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 205278
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost205278@vmlocal.com>
Subject: Get the Host with the Most!  Find Web Hosting services here!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.160725-0500_est.226253-30954+11177@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 16:07:25 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 16:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220091-16981>; Mon, 24 Nov 2003 15:05:25 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <220130-16991>; Mon, 24 Nov 2003 15:03:55 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-31.vmlocal.com with SMTP; 24 Nov 2003 13:56:50 -0600
X-ClientHost:
10609710910510809706410311111410011111101191111141071150460991111109
X-MailingID: 204570
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost204570@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.150355-0500_est.220130-16991+56250@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 15:03:55 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Nov 24 16:20:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217909-16981>; Mon, 24 Nov 2003 15:05:25 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com
with ESMTP id <220090-16992>; Mon, 24 Nov 2003 15:03:54 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-31.vmlocal.com with SMTP; 24 Nov 2003 13:56:50 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 204570
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost204570@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.150354-0500_est.220090-16992+57797@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 15:03:54 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Nov 23 00:15:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219832-11993>; Sat, 22 Nov 2003 22:42:29 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com
with ESMTP id <222524-11997>; Sat, 22 Nov 2003 22:41:15 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-66.vmlocal.com with SMTP; 22 Nov 2003 21:41:08 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 203214
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost203214@vmlocal.com>
Subject: The best web hosting links in one place.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.224115-0500_est.222524-11997+14877@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 22:41:13 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 09 12:36:22 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <339611-9752>; Fri, 9 Jan 2004 13:37:19 -0500
Received: from vm217-229.vmlocal.com ([216.21.217.229]) by
ams.ftl.affinity.com with ESMTP id <364917-9752>; Fri, 9 Jan 2004 13:36:24
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-229.vmlocal.com with SMTP; 09 Jan 2004 12:36:23 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 238465
From: Web Hosts <ChooseYourWebHost@vmlocal.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Web Hosts <ChooseYourWebHost238465@vmlocal.com>
Subject: Great web hosting offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.133624-0500_est.364917-9752+20843@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 13:36:24 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Oct 27 07:53:21 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216258-931>; Mon, 27 Oct 2003 04:05:19 -0500
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com
with ESMTP id <217696-932>; Mon, 27 Oct 2003 04:02:35 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-68.vmlocal.com with SMTP; 27 Oct 2003 03:02:33 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 177322
From: Website Design <WebsiteDesignPros177322@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Website Design <WebsiteDesignPros177322@vmlocal.com>
Subject: They're called design professionals for a reason.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.040235-0500_est.217696-932+25105@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 04:02:35 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Jan 29 13:14:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <314133-24935>; Thu, 29 Jan
2004 14:10:09 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <315667-24928>; Thu, 29 Jan 2004 14:08:56
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-34.adknow-net.com with SMTP; 29 Jan 2004 13:08:46 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 353054
From: Wedding Accessory <WeddingAccessories@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353054@replies.adknow-net.com
Subject: The perfect wedding calls for the perfect accessories.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.140856-0500_est.315667-24928+17513@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 14:08:55 -0500
```



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 13:14:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <310779-24926>; Thu, 29 Jan 2004 14:10:09 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <315627-24926>; Thu, 29 Jan 2004 14:08:56
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-34.adknow-net.com with SMTP; 29 Jan 2004 13:08:46 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 353054
From: Wedding Accessory <WeddingAccessories@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353054@replies.adknow-net.com
Subject: The perfect wedding calls for the perfect accessories.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.140856-0500_est.315627-24926+17479@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 14:08:54 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Jan 29 13:14:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <314859-24931>; Thu, 29 Jan 2004 14:10:09 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <315567-24935>; Thu, 29 Jan 2004 14:08:54
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-34.adknow-net.com with SMTP; 29 Jan 2004 13:08:46 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 353054
From: Wedding Accessory <WeddingAccessories@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353054@replies.adknow-net.com
Subject: The perfect wedding calls for the perfect accessories.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.140854-0500_est.315567-24935+17425@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 14:08:54 -0500



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 29 13:14:21 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <310753-24932>; Thu, 29 Jan 2004 14:10:09 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <315644-24934>; Thu, 29 Jan 2004 14:08:56
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-34.adknow-net.com with SMTP; 29 Jan 2004 13:08:46 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 353054
From: Wedding Accessory <WeddingAccessories@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return353054@replies.adknow-net.com
Subject: The perfect wedding calls for the perfect accessories.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.140856-0500_est.315644-24934+17355@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 14:08:55 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Feb 05 22:28:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <432711-5694>; Fri, 6 Feb 2004 00:42:45 -0500
Received: from vm208-62.adknow-net.com ([216.21.208.62]) by
ams.ftl.affinity.com with ESMTP id <433047-5692>; Fri, 6 Feb 2004 00:41:22
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-62.adknow-net.com with SMTP; 05 Feb 2004 23:41:06 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 359558
From: Wedding Album <FindWeddingAlbums@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return359558@replies.adknow-net.com
Subject: Remember your big day with a wedding album.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.004122-0500_est.433047-5692+36125@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 00:41:21 -0500





If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Feb 06 17:48:24 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <341062-5914>; Fri, 6 Feb 2004 19:31:27 -0500
Received: from vm208-48.adknow-net.com ([216.21.208.48]) by
ams.ftl.affinity.com with ESMTP id <341528-5918>; Fri, 6 Feb 2004 19:30:49
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-48.adknow-net.com with SMTP; 06 Feb 2004 18:30:46 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 360146
From: Wedding Album <FindWeddingAlbums@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return360146@replies.adknow-net.com
Subject: Remember your big day with a wedding album.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb6.193049-0500_est.341528-5918+77723@ams.ftl.affinity.com>
Date:Fri, 6 Feb 2004 19:30:49 -0500
```



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Dec 10 21:06:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217478-14646>; Wed, 10 Dec 2003 22:26:02 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <216820-14650>; Wed, 10 Dec 2003 22:24:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 10 Dec 2003 21:24:25 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 215893
From: Wedding Album <FindWeddingAlbums@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wedding Album <FindWeddingAlbums215893@replies.virtumundo.com>
Subject: Remember your big day with a wedding album.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.222434-0500_est.216820-14650+667@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 22:24:33 -0500
```



**You received this email because you signed up at one of Virtumundo's
websites** (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) **or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 21:06:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214531-14646>; Wed, 10 Dec 2003 22:26:01 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <216501-14650>; Wed, 10 Dec 2003 22:24:34 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 10 Dec 2003 21:24:25 -0600
X-ClientHost:
10609710910510809706410311111410011110191111114107115046099111109
X-MailingID: 215893
From: Wedding Album <FindWeddingAlbums@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wedding Album <FindWeddingAlbums215893@replies.virtumundo.com>
Subject: Remember your big day with a wedding album.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.222434-0500_est.216501-14650+665@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 22:24:32 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Dec 10 21:06:16 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <217484-14646>; Wed, 10 Dec
2003 22:26:01 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com
with ESMTP id <216253-14650>; Wed, 10 Dec 2003 22:24:34 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm121.vmadmin.com with SMTP; 10 Dec 2003 21:24:25 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 215893
From: Wedding Album <FindWeddingAlbums@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wedding Album <FindWeddingAlbums215893@replies.virtumundo.com>
Subject: Remember your big day with a wedding album.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.222434-0500_est.216253-14650+668@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 22:24:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Feb 08 13:07:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <820045-17170>; Sun, 8 Feb 2004 16:02:20 -0500
Received: from vm208-72.adknow-net.com ([216.21.208.72]) by
ams.ftl.affinity.com with ESMTP id <820806-17165>; Sun, 8 Feb 2004 16:01:37
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-72.adknow-net.com with SMTP; 08 Feb 2004 15:01:30 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 362795
From: Wedding Invitations <WeddingInvitations@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362795@replies.adknow-net.com
Subject: Get the perfect wedding invitations!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.160137-0500_est.820806-17165+9847@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 16:01:36 -0500



If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 08 13:07:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <820071-17166>; Sun, 8 Feb 2004 16:02:20 -0500
Received: from vm208-72.adknow-net.com ([216.21.208.72]) by
ams.ftl.affinity.com with ESMTP id <820815-17176>; Sun, 8 Feb 2004 16:01:37
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-72.adknow-net.com with SMTP; 08 Feb 2004 15:01:30 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 362795
From: Wedding Invitations <WeddingInvitations@adknow-net.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362795@replies.adknow-net.com
Subject: Get the perfect wedding invitations!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb8.160137-0500_est.820815-17176+10000@ams.ftl.affinity.com>
Date:Sun, 8 Feb 2004 16:01:37 -0500
```



**If you would like to refer a friend information regarding this program,**

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 20:00:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <562696-1590>; Thu, 12 Feb
2004 22:48:05 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <569359-1582>; Thu, 12 Feb 2004 22:46:39
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-64.adknow-net.com with SMTP; 12 Feb 2004 21:46:32 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 369417
From: Weddings <ThePerfectWedding@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369417@replies.adknow-net.com
Subject: A Perfect Setting for Your Wedding
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.224639-0500_est.569359-1582+47227@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 22:46:38 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Feb 12 16:49:29 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2890670-2265>; Thu, 12 Feb 2004 19:23:21 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by
ams.ftl.affinity.com with ESMTP id <2877965-2273>; Thu, 12 Feb 2004 19:22:01
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-13.adknow-net.com with SMTP; 12 Feb 2004 18:21:55 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 369804
From: Weddings <ThePerfectWedding@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369804@replies.adknow-net.com
Subject: Looking for the perfect setting for your wedding?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.192201-0500_est.2877965-2273+40951@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 19:22:01 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sun Feb 01 10:54:15 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <333725-18307>; Sun, 1 Feb 2004 12:21:37 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <333886-18307>; Sun, 1 Feb 2004 12:21:05
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-45.adknow-net.com with SMTP; 01 Feb 2004 11:20:59 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 356183
From: Weddings <ThePerfectWedding@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356183@replies.adknow-net.com
Subject: Having trouble finding the perfect setting for your wedding?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb1.122105-0500_est.333886-18307+59383@ams.ftl.affinity.com>
Date:Sun, 1 Feb 2004 12:21:04 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Jan 31 19:04:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3605832-1098>; Sat, 31 Jan 2004 20:56:44 -0500
Received: from vm208-67.adknow-net.com ([216.21.208.67]) by
ams.ftl.affinity.com with ESMTP id <3673177-1091>; Sat, 31 Jan 2004 20:55:59
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-67.adknow-net.com with SMTP; 31 Jan 2004 19:55:56 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 355133
From: Weddings <ThePerfectWedding@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return355133@replies.adknow-net.com
Subject: A Perfect Setting for Your Wedding
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan31.205559-0500_est.3673177-1091+72340@ams.ftl.affinity.com>
Date:Sat, 31 Jan 2004 20:55:58 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 20:00:13 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <563015-1588>; Thu, 12 Feb 2004 22:48:05 -0500
Received: from vm208-64.adknow-net.com ([216.21.208.64]) by
ams.ftl.affinity.com with ESMTP id <568134-1598>; Thu, 12 Feb 2004 22:46:38
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-64.adknow-net.com with SMTP; 12 Feb 2004 21:46:32 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150046099111109
X-MailingID: 369417
From: Weddings <ThePerfectWedding@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return369417@replies.adknow-net.com
Subject: A Perfect Setting for Your Wedding
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.224638-0500_est.568134-1598+46917@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 22:46:38 -0500
```



If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Sep 27 12:04:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <729035-17004>; Sat, 27 Sep 2003 14:40:53 -0400
Received: from vl208-19.vmlocal.com ([216.21.208.19]) by ams.ftl.affinity.com
with ESMTP id <735446-16997>; Sat, 27 Sep 2003 14:40:27 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-19.vmlocal.com with SMTP; 27 Sep 2003 13:40:24 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 145657
From: Weekly Wireless Specials <WeeklyWirelessSpecials145657@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials145657@vmlocal.com>
Subject: Cell phones to keep you connected.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep27.144027-0400_edt.735446-16997+25031@ams.ftl.affinity.com>
Date:Sat, 27 Sep 2003 14:40:26 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 10 22:41:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <426293-9729>; Fri, 10 Oct 2003 22:47:15 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <433397-9734>; Fri, 10 Oct 2003 22:47:12 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-41.vmlocal.com with SMTP; 10 Oct 2003 21:47:10 -0500
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 158448
From: Weekly Wireless Specials <WeeklyWirelessSpecials158448@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+158448@replies.vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.224712-0400_edt.433397-9734+2193@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 22:47:12 -0400





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 10 22:41:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <433397-9738>; Fri, 10 Oct 2003 22:47:15 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com
with ESMTP id <434226-9737>; Fri, 10 Oct 2003 22:47:12 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-41.vmlocal.com with SMTP; 10 Oct 2003 21:47:10 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 158448
From: Weekly Wireless Specials <WeeklyWirelessSpecials158448@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+158448@replies.vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.224712-0400_edt.434226-9737+2430@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 22:47:11 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Oct 10 22:41:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <243331-3492>; Fri, 10 Oct 2003 22:49:04 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <240570-3501>; Fri, 10 Oct 2003 22:48:15 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 10 Oct 2003 21:47:10 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 158448
From: Weekly Wireless Specials <WeeklyWirelessSpecials158448@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+158448@replies.vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.224815-0400_edt.240570-3501+36484@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 22:48:15 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Oct 24 20:49:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <256995-12900>; Fri, 24 Oct 2003 21:38:07 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <295481-12901>; Fri, 24 Oct 2003 21:36:58 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-73.vmlocal.com with SMTP; 24 Oct 2003 19:40:01 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 174183
From: Weekly Wireless Specials <WeeklyWirelessSpecials174183@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials174183@vmlocal.com>
Subject: Never be out of touch.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.213658-0400_edt.295481-12901+8708@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 21:36:58 -0400
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 11:38:07 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219650-11379>; Tue, 18 Nov 2003 14:10:58 -0500
Received: from vl208-67.vmlocal.com ([216.21.208.67]) by ams.ftl.affinity.com
with ESMTP id <219973-11368>; Tue, 18 Nov 2003 14:09:52 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-67.vmlocal.com with SMTP; 18 Nov 2003 13:09:51 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 200335
From: Weekly Wireless Specials <WeeklyWirelessSpecials200335@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials200335@vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.140952-0500_est.219973-11368+20528@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 14:09:52 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Feb 12 19:09:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <566169-1594>; Thu, 12 Feb
2004 20:49:43 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <570060-1595>; Thu, 12 Feb 2004 20:49:08
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-59.adknow-net.com with SMTP; 12 Feb 2004 19:49:02 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 368972
From: Weekly Wireless Specials <WeeklyWirelessSpecials@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368972@replies.adknow-net.com
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.204908-0500_est.570060-1595+46736@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 20:49:07 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 03 18:20:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <438989-14895>; Tue, 3 Feb 2004 20:44:00 -0500
Received: from vm208-15.adknow-net.com ([216.21.208.15]) by
ams.ftl.affinity.com with ESMTP id <435728-14898>; Tue, 3 Feb 2004 20:34:41
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-15.adknow-net.com with SMTP; 03 Feb 2004 19:17:14 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 356980
From: Weekly Wireless Specials <WeeklyWirelessSpecials@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return356980@replies.adknow-net.com
Subject: Always be just a phone call away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.203441-0500_est.435728-14898+927@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 20:17:19 -0500
```





If you're tired of being out of touch all the time, then it's time for a cell
phone! Get connected with a new cell phone now!

---

**If you would like to refer a friend information regarding this program,
go here. To remove yourself from this program (and stop receiving email messages
from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please
note that the companies listed within this service have not provided
Virtumundo consideration to include their products in this message. Please
mail questions or comments regarding this message to List Member Inquiries,
Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)
1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 03 17:00:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <310281-7420>; Tue, 3 Feb 2004 19:08:10 -0500
Received: from vm208-32.adknow-net.com ([216.21.208.32]) by
ams.ftl.affinity.com with ESMTP id <336105-7418>; Tue, 3 Feb 2004 19:07:16
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-32.adknow-net.com with SMTP; 03 Feb 2004 18:07:13 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 357502
From: Weekly Wireless Specials <WeeklyWirelessSpecials@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357502@replies.adknow-net.com
Subject: Always be just a phone call away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.190716-0500_est.336105-7418+18133@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 19:07:15 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c)**

1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Jan 19 16:54:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218874-20660>; Mon, 19 Jan 2004 19:32:13 -0500
Received: from vm208-75.adknow-net.com ([216.21.208.75]) by
ams.ftl.affinity.com with ESMTP id <215131-20659>; Mon, 19 Jan 2004 19:31:19
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-75.adknow-net.com with SMTP; 19 Jan 2004 18:31:16 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 344560
From: Weekly Wireless Specials <WeeklyWirelessSpecials@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return344560@replies.adknow-net.com
Subject: Cell phones to keep you connected.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan19.193119-0500_est.215131-20659+37390@ams.ftl.affinity.com>
Date:Mon, 19 Jan 2004 19:31:19 -0500
```





If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Jan 16 16:43:43 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2722866-5924>; Fri, 16 Jan 2004 19:27:00 -0500
Received: from vm208-45.adknow-net.com ([216.21.208.45]) by
ams.ftl.affinity.com with ESMTP id <2722903-5930>; Fri, 16 Jan 2004 19:26:03
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-45.adknow-net.com with SMTP; 16 Jan 2004 18:25:59 -0600
X-ClientHost: 1060971210641031111141001111101191111141071115046099111109
X-MailingID: 342675
From: Weekly Wireless Specials <WeeklyWirelessSpecials@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342675@replies.adknow-net.com
Subject: Cell phones to keep you connected.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.192603-0500_est.2722903-5930+17905@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 19:26:02 -0500
```





If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Jan 16 12:04:34 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <326995-17986>; Fri, 16 Jan
2004 13:23:32 -0500
Received: from vm208-49.adknow-net.com ([216.21.208.49]) by
ams.ftl.affinity.com with ESMTP id <327494-17994>; Fri, 16 Jan 2004 13:22:23
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-49.adknow-net.com with SMTP; 16 Jan 2004 12:22:17 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 342700
From: Weekly Wireless Specials <WeeklyWirelessSpecials@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return342700@replies.adknow-net.com
Subject: Stay connected with these great cell phone offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.132223-0500_est.327494-17994+14121@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 13:22:20 -0500





**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Feb 12 19:09:42 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <566826-1594>; Thu, 12 Feb 2004 20:49:43 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <570069-1590>; Thu, 12 Feb 2004 20:49:07
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-59.adknow-net.com with SMTP; 12 Feb 2004 19:49:02 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 368972
From: Weekly Wireless Specials <WeeklyWirelessSpecials@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return368972@replies.adknow-net.com
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb12.204907-0500_est.570069-1590+46147@ams.ftl.affinity.com>
Date:Thu, 12 Feb 2004 20:49:07 -0500
```





**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 10 11:11:26 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372826-444>; Sat, 10 Jan 2004 14:06:26 -0500
Received: from vm217-239.vmlocal.com ([216.21.217.239]) by
ams.ftl.affinity.com with ESMTP id <2373861-444>; Sat, 10 Jan 2004 14:05:24
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-239.vmlocal.com with SMTP; 10 Jan 2004 13:05:19 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 238953
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials238953@vmlocal.com>
Subject: Stay connected with these great cell phone offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.140524-0500_est.2373861-444+42756@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 14:05:23 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 06 12:25:17 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <230199-22254>; Tue, 6 Jan 2004 15:04:48 -0500
Received: from vm209-231.vmlocal.com ([216.21.209.231]) by
ams.ftl.affinity.com with ESMTP id <231050-22255>; Tue, 6 Jan 2004 15:03:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-231.vmlocal.com with SMTP; 06 Jan 2004 14:03:53 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 236475
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials236475@vmlocal.com>
Subject: Stay connected with these great cell phone offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.150355-0500_est.231050-22255+29@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 15:03:55 -0500
```





**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Jan 02 08:23:22 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2832081-28347>; Fri, 2 Jan 2004 10:25:42 -0500
Received: from vm209-234.vmlocal.com ([216.21.209.234]) by
ams.ftl.affinity.com with ESMTP id <2832441-28350>; Fri, 2 Jan 2004 10:24:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-234.vmlocal.com with SMTP; 02 Jan 2004 09:24:55 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 233156
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials233156@vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.102455-0500_est.2832441-28350+41186@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 10:24:55 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 29 21:18:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <728084-2108>; Mon, 29 Dec 2003 22:52:38 -0500
Received: from vm209-200.vmlocal.com ([216.21.209.200]) by
ams.ftl.affinity.com with ESMTP id <728164-2117>; Mon, 29 Dec 2003 22:48:13
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-200.vmlocal.com with SMTP; 29 Dec 2003 21:48:12 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 230782
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials230782@vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec29.224813-0500_est.728164-2117+3026@ams.ftl.affinity.com>
Date:Mon, 29 Dec 2003 22:48:13 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 11:32:49 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2717963-9601>; Fri, 26 Dec
2003 12:37:06 -0500
Received: from vm209-189.vmlocal.com ([216.21.209.189]) by
ams.ftl.affinity.com with ESMTP id <2716051-9598>; Fri, 26 Dec 2003 12:36:03
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-189.vmlocal.com with SMTP; 26 Dec 2003 11:36:01 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 227952
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials227952@vmlocal.com>
Subject: Always be just a phone call away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.123603-0500_est.2716051-9598+17765@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 12:36:03 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 23 19:52:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3556291-1091>; Tue, 23 Dec 2003 22:42:56 -0500
Received: from vm209-233.vmlocal.com ([216.21.209.233]) by
ams.ftl.affinity.com with ESMTP id <3556077-1085>; Tue, 23 Dec 2003 22:42:22
-0500
Received: from vmlocal.com (192.168.3.13)
   by vm209-233.vmlocal.com with SMTP; 23 Dec 2003 21:42:20 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 225219
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials225219@vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.224222-0500_est.3556077-1085+29980@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 22:42:22 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 21 15:12:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218467-22451>; Sun, 21 Dec 2003 16:00:27 -0500
Received: from vm209-238.vmlocal.com ([216.21.209.238]) by
ams.ftl.affinity.com with ESMTP id <219513-22449>; Sun, 21 Dec 2003 15:59:42
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-238.vmlocal.com with SMTP; 21 Dec 2003 14:59:37 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 223081
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials223081@vmlocal.com>
Subject: Never be out of touch.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.155942-0500_est.219513-22449+51581@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 15:59:41 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 15 08:30:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215668-12021>; Mon, 15 Dec 2003 10:19:37 -0500
Received: from vm209-184.vmlocal.com ([216.21.209.184]) by
ams.ftl.affinity.com with ESMTP id <218863-12026>; Mon, 15 Dec 2003 10:18:42
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-184.vmlocal.com with SMTP; 15 Dec 2003 09:18:40 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 219349
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials219349@vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.101842-0500_est.218863-12026+1815@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 10:18:42 -0500





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Dec 12 11:31:15 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216824-21290>; Fri, 12 Dec 2003 13:41:48 -0500
Received: from vm209-181.vmlocal.com ([216.21.209.181]) by
ams.ftl.affinity.com with ESMTP id <219419-21286>; Fri, 12 Dec 2003 13:40:49
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-181.vmlocal.com with SMTP; 12 Dec 2003 12:40:45 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111 09
X-MailingID: 217059
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials217059@vmlocal.com>
Subject: Get Connected and Save with a New Wireless Phone!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec12.134049-0500_est.219419-21286+16108@ams.ftl.affinity.com>
Date:Fri, 12 Dec 2003 13:40:48 -0500
```





**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Dec 06 18:58:12 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214298-8431>; Sat, 6 Dec 2003 20:06:40 -0500
Received: from vl208-60.vmlocal.com ([216.21.208.60]) by ams.ftl.affinity.com
with ESMTP id <222936-8437>; Sat, 6 Dec 2003 20:05:40 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-60.vmlocal.com with SMTP; 06 Dec 2003 13:41:10 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 212552
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials212552@vmlocal.com>
Subject: Always be just a phone call away.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.200540-0500_est.222936-8437+10390@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 20:05:40 -0500



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Dec 04 18:47:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220564-16079>; Thu, 4 Dec 2003 19:40:58 -0500
Received: from vl208-22.vmlocal.com ([216.21.208.22]) by ams.ftl.affinity.com
with ESMTP id <221939-16076>; Thu, 4 Dec 2003 19:39:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-22.vmlocal.com with SMTP; 04 Dec 2003 18:39:45 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 211296
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials211296@vmlocal.com>
Subject: Cell phones to keep you connected.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.193947-0500_est.221939-16076+31215@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 19:39:46 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at <u>http://privacy.virtumundo.com/properties.html</u>) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to <u>http://www.virtumundo.com/unsub</u> or <u>go here</u>. To read Virtumundo's privacy policy, go to <u>Privacy Policy</u>. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Nov 26 19:00:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215163-319>; Wed, 26 Nov 2003 20:55:40 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <218377-325>; Wed, 26 Nov 2003 20:54:29 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 26 Nov 2003 19:54:28 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 205836
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials205836@vmlocal.com>
Subject: Stay connected with these great cell phone offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.205429-0500_est.218377-325+10899@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 20:54:28 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 26 19:00:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216411-326>; Wed, 26 Nov 2003 20:55:40 -0500
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com
with ESMTP id <218284-326>; Wed, 26 Nov 2003 20:54:28 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-64.vmlocal.com with SMTP; 26 Nov 2003 19:54:28 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 205836
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials205836@vmlocal.com>
Subject: Stay connected with these great cell phone offers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.205428-0500_est.218284-326+10719@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 20:54:28 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 19:14:47 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <337151-19014>; Sat, 24 Jan 2004 20:13:12 -0500
Received: from vm217-242.vmlocal.com ([216.21.217.242]) by
ams.ftl.affinity.com with ESMTP id <333235-19015>; Sat, 24 Jan 2004 20:12:55
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm217-242.vmlocal.com with SMTP; 24 Jan 2004 19:12:54 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 240471
From: Weekly Wireless Specials <WeeklyWirelessSpecials@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Weekly Wireless Specials <WeeklyWirelessSpecials240471@vmlocal.com>
Subject: Never be out of touch.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.201255-0500_est.333235-19015+24094@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 20:12:54 -0500
```





**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 28 19:22:44 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214240-3171>; Wed, 28 Jan 2004 19:37:41 -0500
Received: from vm208-40.adknow-net.com ([216.21.208.40]) by
ams.ftl.affinity.com with ESMTP id <217742-3167>; Wed, 28 Jan 2004 19:36:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-40.adknow-net.com with SMTP; 28 Jan 2004 18:36:43 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 352203
From: Whirlpool Tubs <RelaxingWhirlpoolTubs@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352203@replies.adknow-net.com
Subject: Turn on the spa.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.193650-0500_est.217742-3167+12863@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 19:36:50 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 27 17:34:49 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <268910-17265>; Tue, 27 Jan
2004 20:27:06 -0500
Received: from vm208-72.adknow-net.com ([216.21.208.72]) by
ams.ftl.affinity.com with ESMTP id <270387-17275>; Tue, 27 Jan 2004 20:26:16
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-72.adknow-net.com with SMTP; 27 Jan 2004 19:26:09 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 351398
From: Whirlpool Tubs <RelaxingWhirlpoolTubs@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return351398@replies.adknow-net.com
Subject: Bring the spa home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.202616-0500_est.270387-17275+191133@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 20:26:14 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Jan 21 17:02:16 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <369772-19014>; Wed, 21 Jan 2004 19:01:06 -0500
Received: from vm208-34.adknow-net.com ([216.21.208.34]) by
ams.ftl.affinity.com with ESMTP id <369885-19010>; Wed, 21 Jan 2004 19:00:50
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-34.adknow-net.com with SMTP; 21 Jan 2004 18:00:48 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 345898
From: Whirlpool Tubs <RelaxingWhirlpoolTubs@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return345898@replies.adknow-net.com
Subject: Suddenly "bath time" feels more like "me time".
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan21.190050-0500_est.369885-19010+363@ams.ftl.affinity.com>
Date:Wed, 21 Jan 2004 19:00:50 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Feb 04 21:46:05 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <426492-15530>; Wed, 4 Feb
2004 23:17:32 -0500
Received: from vm208-38.adknow-net.com ([216.21.208.38]) by
ams.ftl.affinity.com with ESMTP id <438651-15530>; Wed, 4 Feb 2004 23:16:06
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-38.adknow-net.com with SMTP; 04 Feb 2004 22:15:58 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 357927
From: Whirlpool Tubs <RelaxingWhirlpoolTubs@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357927@replies.adknow-net.com
Subject: Make bath time a day at the spa.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.231606-0500_est.438651-15530+15594@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 23:16:06 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Nov 25 08:48:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218138-3590>; Tue, 25 Nov 2003 10:44:20 -0500
Received: from vl208-34.vmlocal.com ([216.21.208.34]) by ams.ftl.affinity.com
with ESMTP id <223500-3590>; Tue, 25 Nov 2003 10:42:57 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-34.vmlocal.com with SMTP; 25 Nov 2003 09:40:56 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911110 9
X-MailingID: 205664
From: Whirlpool Tubs <RelaxingWhirlpoolTubs@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Whirlpool Tubs <RelaxingWhirlpoolTubs205664@vmlocal.com>
Subject: Go from spa to aaahhhh.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.104257-0500_est.223500-3590+9443@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 10:42:24 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 09 21:00:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <226822-1067>; Tue, 9 Dec 2003 23:49:44 -0500
Received: from vl208-25.vmlocal.com ([216.21.208.25]) by ams.ftl.affinity.com
with ESMTP id <214090-1070>; Tue, 9 Dec 2003 23:48:41 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-25.vmlocal.com with SMTP; 09 Dec 2003 22:48:40 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 215272
From: Whirlpool Tubs <RelaxingWhirlpoolTubs@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Whirlpool Tubs <RelaxingWhirlpoolTubs215272@vmlocal.com>
Subject: Turn on the spa.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec9.234841-0500_est.214090-1070+29222@ams.ftl.affinity.com>
Date:Tue, 9 Dec 2003 23:48:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Feb 03 12:44:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <465987-23258>; Tue, 3 Feb 2004 14:20:00 -0500
Received: from vm208-59.adknow-net.com ([216.21.208.59]) by
ams.ftl.affinity.com with ESMTP id <466048-23260>; Tue, 3 Feb 2004 14:19:06
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-59.adknow-net.com with SMTP; 03 Feb 2004 13:18:50 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 357355
From: Whistler Ski Resort <WhistlerSkiResort@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return357355@replies.adknow-net.com
Subject: Plan a trip to Whistler Ski Resort today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.141906-0500_est.466048-23260+30557@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 14:19:06 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Apr 20 12:17:41 2006
X-Persona: <Celia>
Return-Path: <mailcenter343816@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17197 invoked from network); 17 Apr 2006 15:10:57 -0600
Received: from vm-180-164.vm-mail.com (206.82.180.164)
   by jammtomm.com with SMTP; 17 Apr 2006 15:10:57 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-164.vm-mail.com with SMTP; 17 Apr 2006 16:10:50 -0500
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 343816
From: White Teeth <WhiteTeeth@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343816@vm-rewards.com>
Subject: *****SPAM***** Whiter teeth in just 5 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





Oral Bright, Inc. 467 E 1000 S Pleasant Grove, UT 84602

       If you can not see our footer image, please visit here.

From ???@??? Wed May 03 09:31:48 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter346904@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 26656 invoked from network); 2 May 2006 09:36:11 -0600
Received: from vm-181-177.vm-mail.com (206.82.181.177)
  by clrobin.com with SMTP; 2 May 2006 09:36:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-177.vm-mail.com with SMTP; 02 May 2006 10:35:50 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 346904
From: Wicked Cool Stuff <WickedCoolStuff@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+346904@vm-rewards.com>
Subject: Get cool toys, t-shirts, and more here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

Wicked Cool Stuff.com, Inc 5350 Strohm, suite 3 N. Hollywood , CA 91601

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

From ???@??? Mon Sep 29 12:40:34 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214679-17787>; Mon, 29 Sep 2003 15:25:55 -0400
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com
with ESMTP id <247932-17791>; Mon, 29 Sep 2003 15:24:47 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-32.vmlocal.com with SMTP; 29 Sep 2003 14:24:38 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 147787
From: Wigs <NoMoreBadHairDays147787@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Wigs <NoMoreBadHairDays147787@vmlocal.com>
Subject: Always have the perfect hairdo.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep29.152447-0400_edt.247932-17791+38333@ams.ftl.affinity.com>
Date:Mon, 29 Sep 2003 15:24:46 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Thu Jan 22 22:21:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2767603-19897>; Fri, 23 Jan
2004 01:07:25 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <2767807-19898>; Fri, 23 Jan 2004 01:06:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 23 Jan 2004 00:06:38 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 240447
From: Win a Home Loan <WInAHomeLoan@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Win a Home Loan <WInAHomeLoan240447@replies.virtumundo.com>
Subject: Great rates & win 18,000 dollars towards a mortgage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.010641-0500_est.2767807-19898+13082@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 01:06:41 -0500
```



**WinAHomeLoan.com 1030 Hull Street, Suite 300 Baltimore, MD 21230**

```
From ???@??? Thu Jan 22 22:21:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2767583-19904>; Fri, 23 Jan 2004 01:07:25 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <2767802-19904>; Fri, 23 Jan 2004 01:06:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 23 Jan 2004 00:06:38 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240447
From: Win a Home Loan <WInAHomeLoan@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Win a Home Loan <WInAHomeLoan240447@replies.virtumundo.com>
Subject: Great rates & win 18,000 dollars towards a mortgage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.010641-0500_est.2767802-19904+12928@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 01:06:40 -0500
```



**WinAHomeLoan.com 1030 Hull Street, Suite 300 Baltimore, MD 21230**

```
From ???@??? Thu Jan 22 22:21:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2767562-19902>; Fri, 23 Jan 2004 01:07:25 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <2767805-19886>; Fri, 23 Jan 2004 01:06:41 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm122.vmadmin.com with SMTP; 23 Jan 2004 00:06:38 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 240447
From: Win a Home Loan <WInAHomeLoan@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Win a Home Loan <WInAHomeLoan240447@replies.virtumundo.com>
Subject: Great rates & win 18,000 dollars towards a mortgage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.010641-0500_est.2767805-19886+13130@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 01:06:40 -0500
```



**WinAHomeLoan.com 1030 Hull Street, Suite 300 Baltimore, MD 21230**

```
From ???@??? Thu Jan 22 22:21:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2767420-19898>; Fri, 23 Jan 2004 01:07:25 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <2767800-19903>; Fri, 23 Jan 2004 01:06:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 23 Jan 2004 00:06:38 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 240447
From: Win a Home Loan <WInAHomeLoan@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Win a Home Loan <WInAHomeLoan240447@replies.virtumundo.com>
Subject: Great rates & win 18,000 dollars towards a mortgage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.010640-0500_est.2767800-19903+13420@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 01:06:40 -0500
```



**WinAHomeLoan.com 1030 Hull Street, Suite 300 Baltimore, MD 21230**

```
From ???@??? Thu Jan 22 22:21:57 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2767598-19894>; Fri, 23 Jan 2004 01:07:25 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com
with ESMTP id <2767804-19902>; Fri, 23 Jan 2004 01:06:41 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 23 Jan 2004 00:06:38 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 240447
From: Win a Home Loan <WInAHomeLoan@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Win a Home Loan <WInAHomeLoan240447@replies.virtumundo.com>
Subject: Great rates & win 18,000 dollars towards a mortgage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan23.010641-0500_est.2767804-19902+12977@ams.ftl.affinity.com>
Date:Fri, 23 Jan 2004 01:06:41 -0500
```



WinAHomeLoan.com 1030 Hull Street, Suite 300 Baltimore, MD 21230

From ???@??? Tue Nov 04 15:33:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213349-1073>; Tue, 4 Nov 2003 17:32:57 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com
with ESMTP id <215823-1071>; Tue, 4 Nov 2003 16:37:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 04 Nov 2003 15:37:02 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 188860
From: WinAHomeLoan <WinAHomeLoanToday188860@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: WinAHomeLoan <WinAHomeLoanToday188860@replies.virtumundo.com>
Subject: Lower Your Rate & Win Your Mortgage Paid for a Year
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.163708-0500_est.215823-1071+30@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 16:37:08 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Fri Sep 19 22:20:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <464584-32159>; Sat, 20 Sep 2003 01:03:17 -0400
Received: from vt230.vtarget.com ([216.64.222.230]) by ams.ftl.affinity.com
with ESMTP id <464665-32159>; Sat, 20 Sep 2003 01:02:24 -0400
Received: from vtarget.com (192.168.3.10)
  by vt230.vtarget.com with SMTP; 20 Sep 2003 00:02:20 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 138995
From: Window Covering <WindowCoveringCenters138995@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Window Covering <WindowCoveringCenters138995@replies.vtarget.com>
Subject: What are your windows wearing?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.010224-0400_edt.464665-32159+218@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 01:02:22 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Oct 07 21:10:56 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215845-11129>; Tue, 7 Oct 2003 23:55:32 -0400
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com
with ESMTP id <215882-11128>; Tue, 7 Oct 2003 23:54:43 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-24.vmlocal.com with SMTP; 07 Oct 2003 22:54:38 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 155512
From: Window Covering <WindowCoveringCenters155512@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters155512@vmlocal.com>
Subject: Window coverings that wow.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.235443-0400_edt.215882-11128+22178@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 23:54:42 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Oct 19 15:53:59 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219904-1078>; Sun, 19 Oct 2003 17:49:23 -0400
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com
with ESMTP id <223059-1079>; Sun, 19 Oct 2003 17:49:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 19 Oct 2003 16:49:07 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 169190
From: Window Covering <WindowCoveringCenters169190@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters169190@vmlocal.com>
Subject: Window coverings that wow.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.174908-0400_edt.223059-1079+6207@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 17:49:08 -0400



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Oct 30 08:03:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221775-8220>; Thu, 30 Oct 2003 03:33:35 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <220447-8186>; Thu, 30 Oct 2003 03:32:44 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 30 Oct 2003 02:32:43 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 181928
From: Window Covering <WindowCoveringCenters181928@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters181928@vmlocal.com>
Subject: Dress up your windows.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.033244-0500_est.220447-8186+27714@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 03:32:43 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 02:31:49 CST 2003

From ???@??? Thu Oct 30 08:03:19 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220447-8203>; Thu, 30 Oct
2003 03:33:35 -0500
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com
with ESMTP id <221765-8201>; Thu, 30 Oct 2003 03:32:45 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-73.vmlocal.com with SMTP; 30 Oct 2003 02:32:43 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 181928
From: Window Covering <WindowCoveringCenters181928@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters181928@vmlocal.com>
Subject: Dress up your windows.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.033245-0500_est.221765-8201+26570@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 03:32:44 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

Message sent Thu Oct 30 02:31:49 CST 2003

From ???@??? Fri Oct 31 00:22:09 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213825-14143>; Fri, 31 Oct 2003 01:12:17 -0500
Received: from vl208-29.vmlocal.com ([216.21.208.29]) by ams.ftl.affinity.com
with ESMTP id <221213-14145>; Fri, 31 Oct 2003 01:11:37 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-29.vmlocal.com with SMTP; 31 Oct 2003 00:11:35 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 183346
From: Window Covering <WindowCoveringCenters183346@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters183346@vmlocal.com>
Subject: What are your windows wearing?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.011137-0500_est.221213-14145+37840@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 01:11:36 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Nov 08 21:27:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216249-3001>; Sat, 8 Nov 2003 23:52:24 -0500
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com
with ESMTP id <221978-1091>; Sat, 8 Nov 2003 20:03:53 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-21.vmlocal.com with SMTP; 08 Nov 2003 19:03:33 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 193419
From: Window Covering <WindowCoveringCenters193419@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters193419@vmlocal.com>
Subject: Give your windows some style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.200353-0500_est.221978-1091+915@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 20:03:53 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 11 09:35:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234027-1711>; Tue, 11 Nov 2003 12:03:34 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <234917-1711>; Tue, 11 Nov 2003 12:02:18 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-39.vmlocal.com with SMTP; 11 Nov 2003 11:02:13 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 195904
From: Window Covering <WindowCoveringCenters195904@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters195904@vmlocal.com>
Subject: Give your windows some style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.120218-0500_est.234917-1711+23370@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 12:02:18 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 11 09:35:08 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <234917-1707>; Tue, 11 Nov 2003 12:03:34 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com
with ESMTP id <234913-1716>; Tue, 11 Nov 2003 12:02:20 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-39.vmlocal.com with SMTP; 11 Nov 2003 11:02:13 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 195904
From: Window Covering <WindowCoveringCenters195904@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters195904@vmlocal.com>
Subject: Give your windows some style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov11.120220-0500_est.234913-1716+22859@ams.ftl.affinity.com>
Date:Tue, 11 Nov 2003 12:02:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Nov 16 20:48:23 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217703-31716>; Sun, 16 Nov 2003 21:33:25 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com
with ESMTP id <216732-31723>; Sun, 16 Nov 2003 21:32:15 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 16 Nov 2003 20:32:11 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 199257
From: Window Covering <WindowCoveringCenters199257@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters199257@vmlocal.com>
Subject: Window coverings that wow.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.213215-0500_est.216732-31723+50221@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 21:32:14 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Tue Nov 18 11:36:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216162-26476>; Tue, 18 Nov
2003 12:26:32 -0500
Received: from vl208-20.vmlocal.com ([216.21.208.20]) by ams.ftl.affinity.com
with ESMTP id <224395-26476>; Tue, 18 Nov 2003 12:25:06 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-20.vmlocal.com with SMTP; 18 Nov 2003 11:25:00 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 200669
From: Window Covering <WindowCoveringCenters200669@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters200669@vmlocal.com>
Subject: Give your windows some style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.122506-0500_est.224395-26476+8960@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 12:25:06 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Jan 13 14:24:01 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221352-28235>; Tue, 13 Jan 2004 15:45:57 -0500
Received: from vm208-77.adknow-net.com ([216.21.208.77]) by
ams.ftl.affinity.com with ESMTP id <221824-28232>; Tue, 13 Jan 2004 15:45:13
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-77.adknow-net.com with SMTP; 13 Jan 2004 14:45:08 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460099111109
X-MailingID: 340695
From: Window Covering <WindowCoveringCenters@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return340695@replies.adknow-net.com
Subject: What are your windows wearing?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.154513-0500_est.221824-28232+13809@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 15:45:12 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 28 15:16:17 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2399159-25463>; Sun, 28 Dec
2003 16:34:39 -0500
Received: from vm209-240.vmlocal.com ([216.21.209.240]) by
ams.ftl.affinity.com with ESMTP id <2399572-25473>; Sun, 28 Dec 2003 16:33:02
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-240.vmlocal.com with SMTP; 28 Dec 2003 15:33:00 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 230281
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters230281@vmlocal.com>
Subject: Dress up your windows.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec28.163302-0500_est.2399572-25473+71917@ams.ftl.affinity.com>
Date:Sun, 28 Dec 2003 16:33:01 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Dec 27 10:48:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <460576-3443>; Sat, 27 Dec 2003 11:49:49 -0500
Received: from vm209-191.vmlocal.com ([216.21.209.191]) by
ams.ftl.affinity.com with ESMTP id <463918-3449>; Sat, 27 Dec 2003 11:48:43
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-191.vmlocal.com with SMTP; 27 Dec 2003 10:48:40 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 229334
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters229334@vmlocal.com>
Subject: Window coverings that wow.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.114843-0500_est.463918-3449+34794@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 11:48:41 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 20:21:57 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <471906-3437>; Fri, 26 Dec 2003 22:41:32 -0500
Received: from vm209-222.vmlocal.com ([216.21.209.222]) by
ams.ftl.affinity.com with ESMTP id <471893-3447>; Fri, 26 Dec 2003 22:40:33
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-222.vmlocal.com with SMTP; 26 Dec 2003 21:40:29 -0600
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 228378
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters228378@vmlocal.com>
Subject: What are your windows wearing?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.224033-0500_est.471893-3447+27280@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 22:40:30 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Fri Dec 26 11:36:51 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216288-12460>; Fri, 26 Dec 2003 14:12:20 -0500
Received: from vm209-230.vmlocal.com ([216.21.209.230]) by
ams.ftl.affinity.com with ESMTP id <220596-12461>; Fri, 26 Dec 2003 14:11:32
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-230.vmlocal.com with SMTP; 26 Dec 2003 13:11:29 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 228388
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters228388@vmlocal.com>
Subject: Dress up your windows.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.141132-0500_est.220596-12461+26100@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 14:11:32 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 17 16:13:58 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2372347-17812>; Wed, 17 Dec 2003 18:50:02 -0500
Received: from vm209-196.vmlocal.com ([216.21.209.196]) by
ams.ftl.affinity.com with ESMTP id <2374164-31113>; Wed, 17 Dec 2003 18:48:24
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-196.vmlocal.com with SMTP; 17 Dec 2003 17:48:23 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 221262
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters221262@vmlocal.com>
Subject: Make your windows as pretty as the view.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.184824-0500_est.2374164-31113+2050@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 18:48:24 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Tue Dec 16 21:13:35 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215438-1032>; Tue, 16 Dec 2003 19:55:41 -0500
Received: from vm209-212.vmlocal.com ([216.21.209.212]) by
ams.ftl.affinity.com with ESMTP id <215781-1035>; Tue, 16 Dec 2003 19:54:47
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-212.vmlocal.com with SMTP; 16 Dec 2003 18:54:44 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 220504
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters220504@vmlocal.com>
Subject: Dress up your windows.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec16.195447-0500_est.215781-1035+3257@ams.ftl.affinity.com>
Date:Tue, 16 Dec 2003 19:54:45 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Dec 10 18:28:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <220371-22377>; Wed, 10 Dec 2003 20:15:00 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <224966-22384>; Wed, 10 Dec 2003 20:13:20 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-71.vmlocal.com with SMTP; 10 Dec 2003 19:11:18 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 215820
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters215820@vmlocal.com>
Subject: Give your windows some style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.201320-0500_est.224966-22384+69836@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 20:13:19 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 23:01:29 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215327-15022>; Sun, 7 Dec 2003 23:38:04 -0500
Received: from vl208-50.vmlocal.com ([216.21.208.50]) by ams.ftl.affinity.com
with ESMTP id <216986-15032>; Sun, 7 Dec 2003 23:37:47 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-50.vmlocal.com with SMTP; 07 Dec 2003 22:35:43 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 213574
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters213574@vmlocal.com>
Subject: Window coverings that wow.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.233747-0500_est.216986-15032+25735@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 23:37:47 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222828-30955>; Sun, 7 Dec 2003 19:58:51 -0500
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com
with ESMTP id <213012-15032>; Sun, 7 Dec 2003 19:57:28 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-37.vmlocal.com with SMTP; 07 Dec 2003 17:07:07 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 213576
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters213576@vmlocal.com>
Subject: Give your windows some style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195728-0500_est.213012-15032+23847@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:26 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sun Dec 07 22:59:10 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <222058-15022>; Sun, 7 Dec
2003 19:57:59 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com
with ESMTP id <221787-15024>; Sun, 7 Dec 2003 19:57:18 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 07 Dec 2003 14:11:59 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 213579
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters213579@vmlocal.com>
Subject: Dress up your windows.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.195718-0500_est.221787-15024+23465@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 19:57:17 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Nov 24 21:10:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3557600-27737>; Mon, 24 Nov 2003 23:03:56 -0500
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com
with ESMTP id <3556779-27730>; Mon, 24 Nov 2003 23:02:52 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-23.vmlocal.com with SMTP; 24 Nov 2003 22:02:50 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 204761
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters204761@vmlocal.com>
Subject: Window coverings that wow.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.230250-0500_est.3556779-27730+32623@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 23:02:51 -0500



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 03 11:05:14 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <325974-15862>; Sat, 3 Jan 2004 11:07:07 -0500
Received: from vm209-186.vmlocal.com ([216.21.209.186]) by
ams.ftl.affinity.com with ESMTP id <326173-15865>; Sat, 3 Jan 2004 11:06:44
-0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-186.vmlocal.com with SMTP; 03 Jan 2004 10:05:13 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 234815
From: Window Covering <WindowCoveringCenters@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Window Covering <WindowCoveringCenters234815@vmlocal.com>
Subject: Window coverings that wow.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.110644-0500_est.326173-15865+8441@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 11:05:24 -0500



**If you would like to refer a friend information regarding this program, go** here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here. **Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Sep 09 12:59:53 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362706@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 19809 invoked from network); 8 Sep 2006 09:51:18 -0600
Received: from static-vmg-181-31.vm-mail.com (HELO vm-181-31.vm-mail.com)
(206.82.181.31)
  by rcw19190020.com with SMTP; 8 Sep 2006 09:51:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-31.vm-mail.com with SMTP; 08 Sep 2006 10:51:18 -0500
X-ClientHost: 116111109109121064106097109109116111109109046099111109
X-MailingID: 362706
From: Window Replacement Specialists
<WindowReplacementSpecialists@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362706@vm-rewards.com>
Subject: Great deals on replacement windows
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: No, hits=5.7 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63

Images not loading? View this offer by visiting this link







If you would like to no longer receive any further email messages from the advertiser above sent by Virtumundo,
 visit this link

QuinStreet, Inc 1051 E. Hillsdale Blvd Foster City, CA 94404

 Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West
 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving
 further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The
 products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about
 this offer should be directed to the advertiser.

 If you can not see our footer image, please visit here.



```
From ???@??? Fri Oct 03 00:00:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <221097-2122>; Fri, 3 Oct 2003 01:02:09 -0400
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com
with ESMTP id <472145-25574>; Thu, 2 Oct 2003 16:51:44 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm153.vmadmin.com with SMTP; 02 Oct 2003 15:51:31 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 150555
From: Wine Rack <WineStorageSolutions150555@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wine Rack <WineStorageSolutions150555@replies.virtumundo.com>
Subject: A wine rack as fine as the wine itself.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct2.165144-0400_edt.472145-25574+1959@ams.ftl.affinity.com>
Date:Thu, 2 Oct 2003 16:51:44 -0400
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Jan 26 13:30:50 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <264470-25554>; Mon, 26 Jan 2004 15:16:49 -0500
Received: from vm208-50.adknow-net.com ([216.21.208.50]) by
ams.ftl.affinity.com with ESMTP id <264755-25554>; Mon, 26 Jan 2004 15:15:59
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-50.adknow-net.com with SMTP; 26 Jan 2004 14:15:52 -0600
X-ClientHost: 1020971211010641031111414100111110119111114107115046099111109
X-MailingID: 350708
From: Wine Rack <WineStorageSolutions@adknow-net.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return350708@replies.adknow-net.com
Subject: The perfect rack for the perfect wine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan26.151559-0500_est.264755-25554+76203@ams.ftl.affinity.com>
Date:Mon, 26 Jan 2004 15:15:59 -0500



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Feb 07 11:57:54 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <337490-19308>; Sat, 7 Feb 2004 14:42:08 -0500
Received: from vm208-57.adknow-net.com ([216.21.208.57]) by
ams.ftl.affinity.com with ESMTP id <564067-17177>; Sat, 7 Feb 2004 14:41:00
-0500
Received: from adknow-net.com (10.10.30.1)
   by vm208-57.adknow-net.com with SMTP; 07 Feb 2004 13:40:56 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 362374
From: Wine Rack <WineStorageSolutions@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return362374@replies.adknow-net.com
Subject: A fine home for your fine wine.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb7.144100-0500_est.564067-17177+4515@ams.ftl.affinity.com>
Date:Sat, 7 Feb 2004 14:41:00 -0500



Wine racks worthy enough to hold your 'collection'. Get beautiful wine racks now!

---

**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to** http://www.virtumundo.com/change/ **or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Apr 12 19:10:24 2006
X-Persona: <Jay>
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19876 invoked from network); 12 Apr 2006 02:12:34 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by jammtomm.com with SMTP; 12 Apr 2006 02:12:30 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 12 Apr 2006 03:12:20 -0500
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: *****SPAM***** Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=BANG_GUARANTEE,BAYES_80,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.0 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  1.7 BAYES_80 BODY: Bayesian spam probability is 80 to 90%
      *      [score: 0.8395]
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on your annual heating and cooling costs**.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems***
- A full one year limited warranty on installation***
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears

Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 12:07:16 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19940 invoked from network); 12 Apr 2006 02:12:34 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 12 Apr 2006 02:12:24 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 12 Apr 2006 03:12:20 -0500
X-ClientHost: 10611111006410609712110709712111511210809709910104609911109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: *****SPAM***** Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.4 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,
        REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

\* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 10:40:46 2006
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 17318 invoked from network); 12 Apr 2006 01:27:08 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 12 Apr 2006 01:27:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 02:27:07 -0500
X-ClientHost:
09910411709910706409711101161041111012109910111011611409710804609911109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
       HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
       HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
       version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 10:40:46 2006
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 18913 invoked from network); 12 Apr 2006 01:27:10 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 12 Apr 2006 01:27:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 02:27:07 -0500
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111 09
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a





This is an advertisement.

* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579




Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579


If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 10:40:46 2006
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 19588 invoked from network); 12 Apr 2006 01:27:11 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 12 Apr 2006 01:27:10 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 02:27:07 -0500
X-ClientHost: 11610606409711011610411110121099101101101161140971080460991111109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
    HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
    HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
    MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
    version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on



This is an advertisement.

* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---




```
From ???@??? Wed Apr 12 10:40:45 2006
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 17954 invoked from network); 12 Apr 2006 01:27:09 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 12 Apr 2006 01:27:09 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 02:27:07 -0500
X-ClientHost:
1001011190971211101010640971101161041111012109910110116114097108046099111109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 10:40:33 2006
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 17046 invoked from network); 12 Apr 2006 01:27:08 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 12 Apr 2006 01:27:07 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 02:27:07 -0500
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579


If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 07:42:05 2006
X-Persona: <Mila>
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 12 Apr 2006 02:12:16 -0600
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears cooling system-special financing offer.
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: **********
X-Spam-Status: Yes, hits=10.3 required=7.0 tests=BANG_GUARANTEE,BAYES_90,
      DATE_MISSING,HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,REMOVE_PAGE,
      REMOVE_REMOVAL_1WORD autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443CB660.EF29311B"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/kidslsipa/email2_01.gif
  URI:http://ogy.cc/kidslsipa/email2_02.jpg [...]

Content analysis details:   (10.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 1.9 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.0 BANG_GUARANTEE         BODY: Something is emphatically guaranteed
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9185]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.5 REMOVE_PAGE            URI: URL of page called "remove"
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
              [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 12131 invoked from network); 12 Apr 2006 02:12:13 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by itdidnotendright.com with SMTP; 12 Apr 2006 02:12:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 12 Apr 2006 03:12:07 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
cooling sy.htm"
```

```
From ???@??? Mon Jan 30 15:59:29 2006
X-Persona: <RCW>
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 13090 invoked from network); 12 Jan 2006 01:52:06 -0600
Received: from vm-180-75.vm-mail.com (206.82.180.75)
  by jaykaysplace.com with SMTP; 12 Jan 2006 01:52:00 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-75.vm-mail.com with SMTP; 12 Jan 2006 01:51:48 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on your annual heating and cooling costs**.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please <u>visit here</u>.

From ???@??? Mon Jan 30 15:51:19 2006
X-Persona: <RCW>
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 19041 invoked from network); 25 Dec 2005 18:00:03 -0600
Received: from vm-181-224.vm-mail.com (206.82.181.224)
  by gnwalpha.org with SMTP; 25 Dec 2005 18:00:01 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-224.vm-mail.com with SMTP; 25 Dec 2005 17:59:49 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on your annual heating and cooling costs**.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.



This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Sat Jan 21 18:02:14 2006
X-Persona: <Jay>
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28836 invoked from network); 12 Jan 2006 00:33:43 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
  by chiefmusician.net with SMTP; 12 Jan 2006 00:33:43 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-126.vm-mail.com with SMTP; 12 Jan 2006 00:33:30 -0600
X-ClientHost: 1060971210641060971210991011081050970460991111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      * 1.0 DATE_MISSING Missing Date: header
      * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      * 1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      * 1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      * 0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
      * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      * 0.0 HTML_MESSAGE BODY: HTML included in message
      * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      * 0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      * 0.8 REMOVE_PAGE URI: URL of page called "remove"


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Fri Jan 13 13:50:09 2006
X-Persona: <Jay>
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 28836 invoked from network); 12 Jan 2006 00:33:43 -0600
Received: from vm-180-126.vm-mail.com (206.82.180.126)
   by chiefmusician.net with SMTP; 12 Jan 2006 00:33:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-126.vm-mail.com with SMTP; 12 Jan 2006 00:33:30 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs***.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems***
- A full one year limited warranty on installation***
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:47:05 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 18824 invoked from network); 12 Jan 2006 00:30:54 -0600
Received: from vm-180-34.vm-mail.com (206.82.180.34)
  by ehahome.com with SMTP; 12 Jan 2006 00:30:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-34.vm-mail.com with SMTP; 12 Jan 2006 00:30:41 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

### Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on your annual heating and cooling costs**.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:45:15 2006
X-Persona: <Celia>
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 8131 invoked from network); 12 Jan 2006 00:50:19 -0600
Received: from vm-177-55.vm-mail.com (206.82.177.55)
   by gordonworks.com with SMTP; 12 Jan 2006 00:50:19 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-55.vm-mail.com with SMTP; 12 Jan 2006 00:50:06 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





<u>If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —</u>

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can <u>save 10%-30% on your annual heating and cooling costs</u>**.

 <u>Request your FREE in-home estimate now</u>. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems***
- A full one year limited warranty on installation***
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Fri Jan 13 12:17:57 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 29827 invoked from network); 12 Jan 2006 00:33:44 -0600
Received: from vm-180-159.vm-mail.com (206.82.180.159)
  by anthonycentral.com with SMTP; 12 Jan 2006 00:33:44 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-159.vm-mail.com with SMTP; 12 Jan 2006 00:33:30 -0600
X-ClientHost: 10611111006410609712110709712111511211080970991010460991111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BANG_GUARANTEE,
       BLANK_LINES_70_80,DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,
       HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
       X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
       *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
       *  0.5 HTML_40_50 BODY: Message is 40% to 50% HTML
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  0.8 REMOVE_PAGE URI: URL of page called "remove"


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems***
- A full one year limited warranty on installation***
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Thu Jan 12 12:35:19 2006
X-Persona: <Mila>
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Thu, 12 Jan 2006 00:33:36 -0600
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.3 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_40_50,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C5F840.5F0D249A"
```

```
Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/kidslsipa/email2_01.gif
  URI:http://ogy.cc/kidslsipa/email2_02.jpg [...]

Content analysis details:   (9.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.1 BANG_GUARANTEE         BODY: Something is emphatically guaranteed
 0.5 HTML_40_50             BODY: Message is 40% to 50% HTML
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 25633 invoked from network); 12 Jan 2006 00:33:34 -0600
```

```
Received: from vm-180-2.vm-mail.com (206.82.180.2)
  by anthonycentral.com with SMTP; 12 Jan 2006 00:33:33 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-2.vm-mail.com with SMTP; 12 Jan 2006 00:33:20 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Heating & 3.htm"
```

From ???@??? Wed Jan 11 22:29:51 2006
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 27717 invoked from network); 12 Jan 2006 00:34:45 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
   by anthonycentral.com with SMTP; 12 Jan 2006 00:34:41 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-39.vm-mail.com with SMTP; 12 Jan 2006 00:34:29 -0600
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_ONLY,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.0 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs***.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
-  Up to 10 year limited warranties on select systems***
-  A full one year limited warranty on installation***
- Convenient financing plans on new systems
-  Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 22:29:51 2006
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 29382 invoked from network); 12 Jan 2006 00:34:48 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by anthonycentral.com with SMTP; 12 Jan 2006 00:34:47 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 12 Jan 2006 00:34:29 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991 11109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_ONLY,HTML_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.0 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

\* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 22:29:51 2006
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 30019 invoked from network); 12 Jan 2006 00:34:49 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by anthonycentral.com with SMTP; 12 Jan 2006 00:34:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 12 Jan 2006 00:34:29 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.0 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 22:29:51 2006
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 31617 invoked from network); 12 Jan 2006 00:34:51 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
   by anthonycentral.com with SMTP; 12 Jan 2006 00:34:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-39.vm-mail.com with SMTP; 12 Jan 2006 00:34:29 -0600
X-ClientHost: 11610606409711011610411111012109901110110161140971080460991111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BANG_GUARANTEE,
       BLANK_LINES_70_80,DATE_MISSING,HTML_FONTCOLOR_RED,
       HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
       autolearn=no version=2.63
X-Spam-Report:
       * 1.9 DATE_MISSING Missing Date: header
       * 1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
       * 1.0 BANG_GUARANTEE BODY: Something is emphatically guaranteed
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.1 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       * 2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 0.5 REMOVE_PAGE URI: URL of page called "remove"
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

\* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Wed Jan 11 22:29:50 2006
Return-Path: <mailcenter334862@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 28518 invoked from network); 12 Jan 2006 00:34:46 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by anthonycentral.com with SMTP; 12 Jan 2006 00:34:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 12 Jan 2006 00:34:29 -0600
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 334862
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334862@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.7 required=7.0 tests=BANG_GUARANTEE,
      BLANK_LINES_70_80,DATE_MISSING,HTML_FONTCOLOR_RED,
      HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD
      autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  1.9 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.0 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  2.1 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.5 REMOVE_PAGE URI: URL of page called "remove"
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

\* Offer ends March 31st, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 01 19:13:46 2006
X-Persona: <Mila>
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Sun, 25 Dec 2005 17:22:54 -0600
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
     HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
     HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
     MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
     autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43AF29CE.862DFE4E"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  This Sears offer comes to you as a valued member of
  Virtumundo's permissioned network.
  URI:http://ogy.cc/kidslsipa/email2_01.gif
  URI:http://ogy.cc/kidslsipa/email2_02.jpg [...]

Content analysis details:   (8.1 points, 7.0 required)

```
 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 1.1 REMOVE_REMOVAL_1WORD   BODY: List removal information
 1.1 BANG_GUARANTEE         BODY: Something is emphatically guaranteed
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.2 HTML_50_60             BODY: Message is 50% to 60% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 0.8 REMOVE_PAGE            URI: URL of page called "remove"
```

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 19393 invoked from network); 25 Dec 2005 17:22:52 -0600
Received: from vm-181-187.vm-mail.com (206.82.181.187)

```
  by rcw19190020.com with SMTP; 25 Dec 2005 17:22:52 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-187.vm-mail.com with SMTP; 25 Dec 2005 17:22:39 -0600
X-ClientHost: 1091051080970641060971091091161111109109046099111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Sears
Heating & 2.htm"
```

```
From ???@??? Fri Dec 30 15:13:10 2005
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11107 invoked from network); 26 Dec 2005 17:46:31 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by celiajay.com with SMTP; 26 Dec 2005 17:46:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 25 Dec 2005 17:24:45 -0600
X-ClientHost: 116106064097110116104111101210991011101161140971080460991111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on



This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---




Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:12:35 2005
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 9120 invoked from network); 26 Dec 2005 17:46:28 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by celiajay.com with SMTP; 26 Dec 2005 17:46:28 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 25 Dec 2005 17:24:45 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080046099111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579





From ???@??? Fri Dec 30 15:12:35 2005
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 7840 invoked from network); 26 Dec 2005 17:46:26 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by celiajay.com with SMTP; 26 Dec 2005 17:46:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 25 Dec 2005 17:24:45 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.



If it's time to replace your old central air
conditioning or heating system, you can trust Sears
to get the job done right —

## Satisfaction Guaranteed!^

  Sears can provide the right solution for your central heating
and cooling needs. New systems from Carrier® and
Kenmore® can keep your family comfortable even during the
hottest or coldest days. And a new ENERGY STARtm labeled
high efficiency system, when properly sized and installed by a





This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:12:35 2005
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 8547 invoked from network); 26 Dec 2005 17:46:27 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by celiajay.com with SMTP; 26 Dec 2005 17:46:27 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 25 Dec 2005 17:24:45 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
        version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579




Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579


If you can not see our footer image, please visit here.

```
From ???@??? Fri Dec 30 15:12:35 2005
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 10049 invoked from network); 26 Dec 2005 17:46:30 -0600
Received: from vm-182-39.vm-mail.com (206.82.182.39)
  by celiajay.com with SMTP; 26 Dec 2005 17:46:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-39.vm-mail.com with SMTP; 25 Dec 2005 17:24:45 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991 11109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.7 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD autolearn=no
      version=2.63
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a



This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579



If you can not see our footer image, please visit here.

From ???@??? Mon Dec 26 14:54:09 2005
X-Persona: <Jay>
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 23011 invoked from network); 25 Dec 2005 17:22:57 -0600
Received: from vm-181-143.vm-mail.com (206.82.181.143)
  by celiajay.com with SMTP; 25 Dec 2005 17:22:56 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-143.vm-mail.com with SMTP; 25 Dec 2005 17:22:44 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

# Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

\* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

From ???@??? Mon Dec 26 14:51:14 2005
X-Persona: <Jon>
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 24100 invoked from network); 25 Dec 2005 17:22:57 -0600
Received: from vm-181-185.vm-mail.com (206.82.181.185)
  by jaycelia.com with SMTP; 25 Dec 2005 17:22:57 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-185.vm-mail.com with SMTP; 25 Dec 2005 17:22:45 -0600
X-ClientHost: 1061111100641060971211707971211151121080970991010460991111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"


This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579


Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579


If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:48:18 2005
X-Persona: <Celia>
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 32293 invoked from network); 25 Dec 2005 17:34:20 -0600
Received: from vm-177-127.vm-mail.com (206.82.177.127)
  by jaykaysplace.com with SMTP; 25 Dec 2005 17:34:18 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-127.vm-mail.com with SMTP; 25 Dec 2005 17:34:05 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460999111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: *****SPAM***** Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
      HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
      *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can *save 10%-30% on your annual heating and cooling costs*\*\*.

Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems\*\*\*
- A full one year limited warranty on installation\*\*\*
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

\* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

 ^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Mon Dec 26 14:38:07 2005
X-Persona: <Bonnie>
Return-Path: <mailcenter333656@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 3140 invoked from network); 25 Dec 2005 17:21:23 -0600
Received: from vm-181-231.vm-mail.com (206.82.181.231)
  by anthonycentral.com with SMTP; 25 Dec 2005 17:21:23 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-231.vm-mail.com with SMTP; 25 Dec 2005 17:21:10 -0600
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 333656
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+333656@vm-rewards.com>
Subject: Sears Heating & Air Systems - hot financing offer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned network.



If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —

### Satisfaction Guaranteed!^

Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on your annual heating and cooling costs**.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect



This is an advertisement.

* Offer ends Dec. 31, 2005. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05. SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 19:13:19 2006
X-Persona: <Celia>
Return-Path: <mailcenter343302@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17792 invoked from network); 12 Apr 2006 01:52:57 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by clrobin.com with SMTP; 12 Apr 2006 01:52:56 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 12 Apr 2006 02:52:55 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 343302
From: Winter Heating Help <WinterHeatingHelp@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343302@vm-rewards.com>
Subject: *****SPAM***** Sears cooling system-special financing offer.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.1 required=7.0 tests=BANG_GUARANTEE,DATE_MISSING,
        HTML_50_60,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,REMOVE_PAGE,REMOVE_REMOVAL_1WORD,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  1.1 REMOVE_REMOVAL_1WORD BODY: List removal information
        *  1.1 BANG_GUARANTEE BODY: Something is emphatically guaranteed
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  0.2 HTML_50_60 BODY: Message is 50% to 60% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  0.8 REMOVE_PAGE URI: URL of page called "remove"
```

This Sears offer comes to you as a valued member of Virtumundo's permissioned
network.





*If it's time to replace your old central air conditioning or heating system, you can trust Sears to get the job done right —*

## Satisfaction Guaranteed!^

 Sears can provide the right solution for your central heating and cooling needs. New systems from Carrier® and Kenmore® can keep your family comfortable even during the hottest or coldest days. And a new ENERGY STARtm labeled high efficiency system, when properly sized and installed by a Sears authorized licensed contractor, can save 10%-30% on your annual heating and cooling costs**.

 Request your FREE in-home estimate now. You'll get professional installation and service from trained specialists, and exceptional quality and value you have come to expect from Sears.

- Full line of Carrier® and Kenmore® central heating and cooling systems
- Up to 10 year limited warranties on select systems***
- A full one year limited warranty on installation***
- Convenient financing plans on new systems
- Satisfaction Guaranteed!^



This is an advertisement.

* Offer ends June 30th, 2006. 0% APR FINANCING DETAILS (when offered): Available for qualified purchases when you use your Sears cards (Sears Commercial One(r) and Sears Home Improvement (sm) accounts excluded) as advertised. No finance charges accrue or are assessed during the 0% APR period. 0% APR offers of 14 months or greater require minimum monthly payments as disclosed in the offer. Regular credit terms apply after the 0% APR period. Finance charges and any required minimum payments will continue on existing balances. If you default under your Sears Card agreement, the 0% APR will terminate and penalties, including the default rate will apply. SEARS CARD/SEARSCHARGE PLUS: Fixed APR is up to 25.99%. Variable APR is up to 29.4% as of 12/16/05. Rates may vary. SEARS GOLD MASTERCARD: Fixed APR is up to 26.49%. Variable APR is up to 31.24% as of 12/16/05.

SEARS HOME IMPROVEMENT ACCOUNT: Only for qualified installed purchases. Fixed APR is up to 18.90%. Variable APR is up to 29.40% as of 12/16/05 but never lower than 14.40%. Rates may vary. MINIMUM MONTHLY FINANCE CHARGES: Minimum monthly finance charges of up to $1 payable if any finance charge is due. SEE YOUR SPECIFIC ACCOUNT TERMS AND CONDITIONS FOR YOUR APPLICABLE RATES. Sears cards issued by Citibank USA, N.A. Restrictions and exclusions apply.

 ** ENERGY STAR® estimates that ENERGY STAR@ qualified heating and cooling equipment, when properly installed and maintained, can save 10-30% on your annual energy costs with a properly sealed duct system. Energy efficiency may vary depending upon your home and climate.

*** Ask your Sears representative about written limited warranty details.

^ See contract for details.

 If you wish to opt-out of receiving e-mail offers from Sears Home Improvement Products, but still wish to remain a subscriber of the sender's list, go here.

 If you wish to unsubscribe from the sender's list, click on the list's unsubscribe link at the bottom of this e-mail.

Sears Home Improvement Products
1024 Florida Central Parkway
Longwood, FL 32750-7579

---



 Sears Home Improvement, 1024 Florida Central Parkway Longwood, FL 32750-7579

If you can not see our footer image, please visit here.

```
From ???@??? Thu Nov 27 23:51:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215567-318>; Fri, 28 Nov 2003 02:27:53 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <214185-327>; Fri, 28 Nov 2003 02:26:46 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm091.vmadmin.com with SMTP; 28 Nov 2003 01:26:43 -0600
X-ClientHost:
10609710910510809706410311111410011111019111114107115046099111109
X-MailingID: 206882
From: Wireless Authorized Dealer <BestPhonesInTown@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<BestPhonesInTown206882@replies.virtumundo.com>
Subject: Two free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.022646-0500_est.214185-327+30539@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 02:26:46 -0500
```



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details.

Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 23:51:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223846-322>; Fri, 28 Nov 2003 02:27:48 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <219098-326>; Fri, 28 Nov 2003 02:26:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 28 Nov 2003 01:26:43 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 206882
From: Wireless Authorized Dealer <BestPhonesInTown@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<BestPhonesInTown206882@replies.virtumundo.com>
Subject: Two free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.022646-0500_est.219098-326+30419@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 02:26:46 -0500
```



A1wireless.com

Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted

calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details. Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 27 23:51:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214185-318>; Fri, 28 Nov 2003 02:27:53 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <216477-326>; Fri, 28 Nov 2003 02:26:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 28 Nov 2003 01:26:43 -0600
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 206882
From: Wireless Authorized Dealer <BestPhonesInTown@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<BestPhonesInTown206882@replies.virtumundo.com>
Subject: Two free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.022646-0500_est.216477-326+30416@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 02:26:46 -0500



**A1wireless.com**

Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted

calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming
partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details.
Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 27 23:51:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214742-317>; Fri, 28 Nov 2003 02:27:53 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com
with ESMTP id <215567-327>; Fri, 28 Nov 2003 02:26:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 28 Nov 2003 01:26:43 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 206882
From: Wireless Authorized Dealer <BestPhonesInTown@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<BestPhonesInTown206882@replies.virtumundo.com>
Subject: Two free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.022646-0500_est.215567-327+30538@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 02:26:45 -0500



**A1wireless.com**

Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted

calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming
partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details.
Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :
**A1 Wireless Customer Service**
39-40 30th Street, Long Island City,New York, NY 11101

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Thu Nov 27 23:51:52 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <218664-3179>; Fri, 28 Nov
2003 02:27:42 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com
with ESMTP id <214697-3175>; Fri, 28 Nov 2003 02:26:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 28 Nov 2003 01:26:44 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 206882
From: Wireless Authorized Dealer <BestPhonesInTown@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<BestPhonesInTown206882@replies.virtumundo.com>
Subject: Two free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.022646-0500_est.214697-3175+26107@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 02:26:46 -0500



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming

partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details. Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:17:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219317-12003>; Sun, 23 Nov
2003 02:13:59 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <219357-12003>; Sun, 23 Nov 2003 02:12:53 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 23 Nov 2003 01:12:44 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071115046099111109
X-MailingID: 203149
From: Wireless Authorized Dealer <FindAWirelessPhone@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<FindAWirelessPhone203149@replies.virtumundo.com>
Subject: Flip phone w/digital camera + $50 cash back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.021253-0500_est.219357-12003+18051@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 02:12:52 -0500



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming

partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details. Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 23 00:17:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <219350-12003>; Sun, 23 Nov 2003 02:13:58 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <219346-11997>; Sun, 23 Nov 2003 02:12:52 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm215.vmadmin.com with SMTP; 23 Nov 2003 01:12:44 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 203149
From: Wireless Authorized Dealer <FindAWirelessPhone@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<FindAWirelessPhone203149@replies.virtumundo.com>
Subject: Flip phone w/digital camera + $50 cash back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.021252-0500_est.219346-11997+17583@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 02:12:51 -0500
```



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details.

Offer expires on 11/30/2003.
Call the toll free number above, or send inquiries to :
**A1 Wireless Customer Service**
39-40 30th Street, Long Island City,New York, NY 11101

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:17:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <218064-12003>; Sun, 23 Nov 2003 02:13:28 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <219336-12005>; Sun, 23 Nov 2003 02:12:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 23 Nov 2003 01:12:44 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 203149
From: Wireless Authorized Dealer <FindAWirelessPhone@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<FindAWirelessPhone203149@replies.virtumundo.com>
Subject: Flip phone w/digital camera + $50 cash back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.021251-0500_est.219336-12005+17417@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 02:12:51 -0500



**A1wireless.com**

Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted

calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details. Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 23 00:17:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216679-11998>; Sun, 23 Nov 2003 02:13:28 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <219333-12002>; Sun, 23 Nov 2003 02:12:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 23 Nov 2003 01:12:44 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 203149
From: Wireless Authorized Dealer <FindAWirelessPhone@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<FindAWirelessPhone203149@replies.virtumundo.com>
Subject: Flip phone w/digital camera + $50 cash back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.021251-0500_est.219333-12002+17411@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 02:12:51 -0500



**A1wireless.com**

Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted

calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details. Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 23 00:17:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214646-11997>; Sun, 23 Nov 2003 02:13:58 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com
with ESMTP id <219350-11997>; Sun, 23 Nov 2003 02:12:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 23 Nov 2003 01:12:44 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 203149
From: Wireless Authorized Dealer <FindAWirelessPhone@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<FindAWirelessPhone203149@replies.virtumundo.com>
Subject: Flip phone w/digital camera + $50 cash back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.021252-0500_est.219350-11997+17584@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 02:12:52 -0500
```



**A1wireless.com**

Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu-1

Phone free after instant rebate. $50 or $200 cash back after mail in rebate. Certain features such as sending digital photos to an email address requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per month. This offer is fulfilled by A1 Wireless, an authorized dealer for T-Mobile. Offer subject to credit approval or deposit, and is available to customers activating a new line of service on a one-year contract with T-Mobile. Nights are defined as 12:01 AM to 6:59 AM on Monday, 9:00 PM to 6:59 Monday through Thursday and 9:00 PM to 11:59 PM on Friday. Weekends are defined as midnight Friday through midnight Sunday. National long distance (but not for credit card or operator assisted

calls) and roaming are available on the national GSM network of T-Mobile and its U.S. roaming partners. Not all U.S. markets are served by T-Mobile. Other restrictions apply, see full offer for details. Offer expires on 11/30/2003.

Call the toll free number above, or send inquiries to :

**A1 Wireless Customer Service**

39-40 30th Street, Long Island City,New York, NY 11101



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Fri Sep 26 15:39:24 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223704-17790>; Fri, 26 Sep 2003 18:14:48 -0400
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com
with ESMTP id <3679654-17791>; Fri, 26 Sep 2003 18:14:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 26 Sep 2003 17:14:01 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071115046099111109
X-MailingID: 144393
From: Wireless Authorized Dealer <WirelessAuthorizedDealer144393@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<WirelessAuthorizedDealer144393@replies.virtumundo.com>
Subject: Get Camera Phone and One Hundred Dollars Back.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep26.181410-0400_edt.3679654-17791+18708@ams.ftl.affinity.com>
Date:Fri, 26 Sep 2003 18:14:10 -0400



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
**BonusCode: Robin**
 Phone free after instant rebate. $200 or $50 cash back after mail in
rebate. Certain features such as sending digital photos to an email address
requires the purchase of the T-Mobile t-zones(sm) feature at $2.99 per
month. This offer is fulfilled by A1 Wireless, an authorized dealer for
T-Mobile. Offer subject to credit approval or deposit, and is available to
customers activating a new line of service on a one-year contract with
T-Mobile. Nights are defined as 9:00 pm to 6:59 am Monday through Thursday
and 9:00 pm to 11:59pm Friday. Weekends are defined as midnight Friday
through midnight Sunday. National long distance (but not for credit card or
operator assisted calls) and roaming are available on the national GSM
network of T-Mobile and its U.S. roaming partners. Not all U.S. markets are
served by T-Mobile. Other restrictions apply, see full offer for details.
Offer expires on 09/30/2003.
          Call the toll free number above, or send inquiries to :
               **A1 Wireless Customer Service**

**39-40 30th Street**
**Long Island City**
**New York, NY 11101**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 27 18:43:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214301-29375>; Mon, 27 Oct 2003 19:38:56 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <215595-29371>; Mon, 27 Oct 2003 19:38:02 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm216.vmadmin.com with SMTP; 27 Oct 2003 18:37:59 -0600
X-ClientHost:
106097109105108097064103111141001111101191111141071150460991111109
X-MailingID: 178956
From: Wireless Authorized Dealer <WirelessAuthorizedDealer178956@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<WirelessAuthorizedDealer178956@replies.virtumundo.com>
Subject: 2 Free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.193802-0500_est.215595-29371+11749@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:38:02 -0500



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu
 Phone free after instant rebate or mail in rebate. $170 or $50 cash back
after mail in rebate. Certain features such as sending digital photos to an
email address requires the purchase of the T-Mobile t-zones(sm) feature at
$2.99 per month. This offer is fulfilled by A1 Wireless, an authorized
dealer for T-Mobile. Offer subject to credit approval or deposit, and is
available to customers activating a new line of service on a one-year
contract with T-Mobile. Nights are defined as 9:00 pm to 6:59 am Monday
through Thursday and 9:00 pm to 11:59pm Friday. Weekends are defined as
midnight Friday through midnight Sunday. National long distance (but not
for credit card or operator assisted calls) and roaming are available on
the national GSM network of T-Mobile and its U.S. roaming partners. Not all
U.S. markets are served by T-Mobile. Other restrictions apply, see full
offer for details. Offer expires on 10/31/2003.

**Call the toll free number above, or send inquiries to :**
**A1 Wireless Customer Service**
**39-40 30th Street**
**Long Island City**
**New York, NY 11101**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent

From ???@??? Mon Oct 27 18:43:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215595-29381>; Mon, 27 Oct 2003 19:38:56 -0500
Received: from vm216.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <215805-29375>; Mon, 27 Oct 2003 19:38:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 27 Oct 2003 18:37:59 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 178956
From: Wireless Authorized Dealer <WirelessAuthorizedDealer178956@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<WirelessAuthorizedDealer178956@replies.virtumundo.com>
Subject: 2 Free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.193802-0500_est.215805-29375+11528@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:38:02 -0500



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
**BonusCode: Virtu**
  Phone free after instant rebate or mail in rebate. $170 or $50 cash back
after mail in rebate. Certain features such as sending digital photos to an
email address requires the purchase of the T-Mobile t-zones(sm) feature at
$2.99 per month. This offer is fulfilled by A1 Wireless, an authorized
dealer for T-Mobile. Offer subject to credit approval or deposit, and is
available to customers activating a new line of service on a one-year
contract with T-Mobile. Nights are defined as 9:00 pm to 6:59 am Monday
through Thursday and 9:00 pm to 11:59pm Friday. Weekends are defined as
midnight Friday through midnight Sunday. National long distance (but not
for credit card or operator assisted calls) and roaming are available on
the national GSM network of T-Mobile and its U.S. roaming partners. Not all
U.S. markets are served by T-Mobile. Other restrictions apply, see full
offer for details. Offer expires on 10/31/2003.
          Call the toll free number above, or send inquiries to :
                    **A1 Wireless Customer Service**

**39-40 30th Street**
**Long Island City**
**New York, NY 11101**

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent

From ???@??? Mon Oct 27 18:43:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215411-29379>; Mon, 27 Oct 2003 19:38:56 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <215776-29371>; Mon, 27 Oct 2003 19:38:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 27 Oct 2003 18:37:59 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071115046099111109
X-MailingID: 178956
From: Wireless Authorized Dealer <WirelessAuthorizedDealer178956@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<WirelessAuthorizedDealer178956@replies.virtumundo.com>
Subject: 2 Free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.193802-0500_est.215776-29371+11751@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:38:02 -0500



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
**BonusCode: Virtu**
 Phone free after instant rebate or mail in rebate. $170 or $50 cash back
after mail in rebate. Certain features such as sending digital photos to an
email address requires the purchase of the T-Mobile t-zones(sm) feature at
$2.99 per month. This offer is fulfilled by A1 Wireless, an authorized
dealer for T-Mobile. Offer subject to credit approval or deposit, and is
available to customers activating a new line of service on a one-year
contract with T-Mobile. Nights are defined as 9:00 pm to 6:59 am Monday
through Thursday and 9:00 pm to 11:59pm Friday. Weekends are defined as
midnight Friday through midnight Sunday. National long distance (but not
for credit card or operator assisted calls) and roaming are available on
the national GSM network of T-Mobile and its U.S. roaming partners. Not all
U.S. markets are served by T-Mobile. Other restrictions apply, see full
offer for details. Offer expires on 10/31/2003.
            Call the toll free number above, or send inquiries to :
                    **A1 Wireless Customer Service**

**39-40 30th Street**
**Long Island City**
**New York, NY 11101**

---

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent

From ???@??? Mon Oct 27 18:43:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213138-29382>; Mon, 27 Oct 2003 19:38:56 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <214301-29371>; Mon, 27 Oct 2003 19:38:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 27 Oct 2003 18:37:59 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 178956
From: Wireless Authorized Dealer <WirelessAuthorizedDealer178956@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<WirelessAuthorizedDealer178956@replies.virtumundo.com>
Subject: 2 Free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.193802-0500_est.214301-29371+11750@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:38:01 -0500



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
**BonusCode: Virtu**
 Phone free after instant rebate or mail in rebate. $170 or $50 cash back
after mail in rebate. Certain features such as sending digital photos to an
email address requires the purchase of the T-Mobile t-zones(sm) feature at
$2.99 per month. This offer is fulfilled by A1 Wireless, an authorized
dealer for T-Mobile. Offer subject to credit approval or deposit, and is
available to customers activating a new line of service on a one-year
contract with T-Mobile. Nights are defined as 9:00 pm to 6:59 am Monday
through Thursday and 9:00 pm to 11:59pm Friday. Weekends are defined as
midnight Friday through midnight Sunday. National long distance (but not
for credit card or operator assisted calls) and roaming are available on
the national GSM network of T-Mobile and its U.S. roaming partners. Not all
U.S. markets are served by T-Mobile. Other restrictions apply, see full
offer for details. Offer expires on 10/31/2003.
          Call the toll free number above, or send inquiries to :
                **A1 Wireless Customer Service**

**39-40 30th Street**
**Long Island City**
**New York, NY 11101**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent

From ???@??? Mon Oct 27 18:43:46 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215679-29379>; Mon, 27 Oct
2003 19:38:56 -0500
Received: from vm216.vmadmin.com ([216.64.222.216]) by ams.ftl.affinity.com
with ESMTP id <214176-29381>; Mon, 27 Oct 2003 19:38:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm216.vmadmin.com with SMTP; 27 Oct 2003 18:37:59 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 178956
From: Wireless Authorized Dealer <WirelessAuthorizedDealer178956@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Authorized Dealer
<WirelessAuthorizedDealer178956@replies.virtumundo.com>
Subject: 2 Free phones plus $170 back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct27.193804-0500_est.214176-29381+10784@ams.ftl.affinity.com>
Date:Mon, 27 Oct 2003 19:38:03 -0500



Click the links above or call 1-866-4A1-WIRE or 1-866-421-9473 and Mention
BonusCode: Virtu
 Phone free after instant rebate or mail in rebate. $170 or $50 cash back
after mail in rebate. Certain features such as sending digital photos to an
email address requires the purchase of the T-Mobile t-zones(sm) feature at
$2.99 per month. This offer is fulfilled by A1 Wireless, an authorized
dealer for T-Mobile. Offer subject to credit approval or deposit, and is
available to customers activating a new line of service on a one-year
contract with T-Mobile. Nights are defined as 9:00 pm to 6:59 am Monday
through Thursday and 9:00 pm to 11:59pm Friday. Weekends are defined as
midnight Friday through midnight Sunday. National long distance (but not
for credit card or operator assisted calls) and roaming are available on
the national GSM network of T-Mobile and its U.S. roaming partners. Not all
U.S. markets are served by T-Mobile. Other restrictions apply, see full

**offer for details. Offer expires on 10/31/2003.**
**Call the toll free number above, or send inquiries to :**
**A1 Wireless Customer Service**
**39-40 30th Street**
**Long Island City**
**New York, NY 11101**

---



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent

```
From ???@??? Sun Nov 30 22:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223205-13857>; Sun, 30 Nov 2003 22:33:24 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <227918-13851>; Sun, 30 Nov 2003 22:32:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 30 Nov 2003 21:32:14 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 208778
From: Wireless Internet <WirelessInternet@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Internet <WirelessInternet208778@replies.virtumundo.com>
Subject: Enjoy the World Wide Web without wires.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.223233-0500_est.227918-13851+10241@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:32:33 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 22:42:33 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <223018-13857>; Sun, 30 Nov 2003 22:33:24 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <227483-13848>; Sun, 30 Nov 2003 22:32:33 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 30 Nov 2003 21:32:14 -0600
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 208778
From: Wireless Internet <WirelessInternet@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Internet <WirelessInternet208778@replies.virtumundo.com>
Subject: Enjoy the World Wide Web without wires.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.223233-0500_est.227483-13848+10469@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:32:32 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sun Nov 30 22:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222872-13846>; Sun, 30 Nov 2003 22:33:24 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <227378-13860>; Sun, 30 Nov 2003 22:32:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 30 Nov 2003 21:32:14 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 208778
From: Wireless Internet <WirelessInternet@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Internet <WirelessInternet208778@replies.virtumundo.com>
Subject: Enjoy the World Wide Web without wires.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.223231-0500_est.227378-13860+10025@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:32:31 -0500



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Nov 30 22:42:32 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <223234-13846>; Sun, 30 Nov
2003 22:33:24 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <227972-13857>; Sun, 30 Nov 2003 22:32:35 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 30 Nov 2003 21:32:14 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 208778
From: Wireless Internet <WirelessInternet@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Internet <WirelessInternet208778@replies.virtumundo.com>
Subject: Enjoy the World Wide Web without wires.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.223235-0500_est.227972-13857+10040@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:32:34 -0500
```



**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go here**. To read Virtumundo's privacy policy, go to** Privacy Policy**. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 13:15:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <323562-29300>; Sat, 24 Jan
2004 14:31:26 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <325284-29298>; Sat, 24 Jan 2004 14:30:45
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 24 Jan 2004 13:30:37 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 349499
From: Wireless Microphones <WirelessMicrophone@adknow-net.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349499@replies.adknow-net.com
Subject: Lose the leash. Wireless microphones.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.143045-0500_est.325284-29298+26680@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 14:30:44 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Jan 24 13:15:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <310962-29296>; Sat, 24 Jan 2004 14:31:26 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <311344-29300>; Sat, 24 Jan 2004 14:30:43
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 24 Jan 2004 13:30:37 -0600
X-ClientHost:
10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 349499
From: Wireless Microphones <WirelessMicrophone@adknow-net.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349499@replies.adknow-net.com
Subject: Lose the leash. Wireless microphones.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.143043-0500_est.311344-29300+27023@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 14:30:43 -0500
```



**If you would like to refer a friend information regarding this program, go here. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

From ???@??? Sat Jan 24 13:15:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <311344-29302>; Sat, 24 Jan 2004 14:31:26 -0500
Received: from vm208-63.adknow-net.com ([216.21.208.63]) by
ams.ftl.affinity.com with ESMTP id <323562-29305>; Sat, 24 Jan 2004 14:30:44
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-63.adknow-net.com with SMTP; 24 Jan 2004 13:30:37 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111 09
X-MailingID: 349499
From: Wireless Microphones <WirelessMicrophone@adknow-net.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return349499@replies.adknow-net.com
Subject: Lose the leash. Wireless microphones.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.143044-0500_est.323562-29305+26778@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 14:30:44 -0500





If you would like to refer a friend information regarding this program,

go here. **To remove yourself from this program (and stop receiving email messages from Virtumundo), go to <u>http://www.virtumundo.com/change/</u> or go here. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Sat Nov 01 08:06:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <219236-23877>; Sat, 1 Nov
2003 03:22:21 -0500
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <219437-23884>; Sat, 1 Nov 2003 03:20:57 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm144.vmadmin.com with SMTP; 01 Nov 2003 02:19:51 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 184830
From: Wireless Offers <GreatWirelessOffer184830@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Offers <GreatWirelessOffer184830@replies.virtumundo.com>
Subject: Receive the Latest Nokia Phone No Charge and make $50
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.032057-0500_est.219437-23884+16957@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 03:20:56 -0500
```



 You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 01 08:06:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <401837-1074>; Sat, 1 Nov 2003 03:20:59 -0500
Received: from vm158.vmadmin.com ([216.64.222.158]) by ams.ftl.affinity.com
with ESMTP id <405681-1071>; Sat, 1 Nov 2003 03:19:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm158.vmadmin.com with SMTP; 01 Nov 2003 02:19:51 -0600
X-ClientHost:
1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 184830
From: Wireless Offers <GreatWirelessOffer184830@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Offers <GreatWirelessOffer184830@replies.virtumundo.com>
Subject: Receive the Latest Nokia Phone No Charge and make $50
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.031955-0500_est.405681-1071+21798@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 03:19:55 -0500
```





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 01 08:06:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <405588-1068>; Sat, 1 Nov 2003 03:20:59 -0500
Received: from vm158.vmadmin.com ([216.64.222.158]) by ams.ftl.affinity.com
with ESMTP id <405615-1073>; Sat, 1 Nov 2003 03:19:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm158.vmadmin.com with SMTP; 01 Nov 2003 02:19:51 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 184830
From: Wireless Offers <GreatWirelessOffer184830@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Offers <GreatWirelessOffer184830@replies.virtumundo.com>
Subject: Receive the Latest Nokia Phone No Charge and make $50
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.031955-0500_est.405615-1073+22298@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 03:19:54 -0500
```



11828    10/31

tmo331

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Sat Nov 01 08:06:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <285841-1067>; Sat, 1 Nov 2003 03:20:59 -0500
Received: from vm158.vmadmin.com ([216.64.222.158]) by ams.ftl.affinity.com
with ESMTP id <328066-1062>; Sat, 1 Nov 2003 03:19:54 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm158.vmadmin.com with SMTP; 01 Nov 2003 02:19:51 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 184830
From: Wireless Offers <GreatWirelessOffer184830@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Offers <GreatWirelessOffer184830@replies.virtumundo.com>
Subject: Receive the Latest Nokia Phone No Charge and make $50
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.031954-0500_est.328066-1062+22120@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 03:19:53 -0500

