You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Nov 01 08:06:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219200-23884>; Sat, 1 Nov 2003 03:22:21 -0500
Received: from vm144.vmadmin.com ([216.64.222.144]) by ams.ftl.affinity.com
with ESMTP id <219098-23884>; Sat, 1 Nov 2003 03:20:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm144.vmadmin.com with SMTP; 01 Nov 2003 02:19:51 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 184830
From: Wireless Offers <GreatWirelessOffer184830@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Offers <GreatWirelessOffer184830@replies.virtumundo.com>
Subject: Receive the Latest Nokia Phone No Charge and make $50
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.032057-0500_est.219098-23884+16956@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 03:20:56 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 00:15:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2382611-25466>; Fri, 26 Dec 2003 02:58:51 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <2377026-25467>; Fri, 26 Dec 2003 02:58:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 26 Dec 2003 01:58:03 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 227242
From: Wireless Special <WirelessCellPhones@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Special <WirelessCellPhones227242@replies.virtumundo.com>
Subject: Complimentary Flip Phone for the Holidays.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.025809-0500_est.2377026-25467+15941@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 02:58:08 -0500
```



11828     23CPA

Special Offers

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 00:15:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <2382180-25461>; Fri, 26 Dec
2003 02:59:46 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <2380584-25471>; Fri, 26 Dec 2003 02:58:11 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm097.vmadmin.com with SMTP; 26 Dec 2003 01:58:03 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 227242
From: Wireless Special <WirelessCellPhones@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Special <WirelessCellPhones227242@replies.virtumundo.com>
Subject: Complimentary Flip Phone for the Holidays.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.025811-0500_est.2380584-25471+15830@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 02:58:08 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with
Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read
Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 00:15:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2380392-25467>; Fri, 26 Dec 2003 02:58:51 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <2383701-25467>; Fri, 26 Dec 2003 02:58:07 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm097.vmadmin.com with SMTP; 26 Dec 2003 01:58:03 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 227242
From: Wireless Special <WirelessCellPhones@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Special <WirelessCellPhones227242@replies.virtumundo.com>
Subject: Complimentary Flip Phone for the Holidays.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.025807-0500_est.2383701-25467+15940@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 02:58:07 -0500
```



11828        23CPA

Special Offers

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 00:15:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <2373316-25466>; Fri, 26 Dec 2003 02:58:51 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <2383686-25469>; Fri, 26 Dec 2003 02:58:07 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 26 Dec 2003 01:58:03 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 227242
From: Wireless Special <WirelessCellPhones@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Special <WirelessCellPhones227242@replies.virtumundo.com>
Subject: Complimentary Flip Phone for the Holidays.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.025807-0500_est.2383686-25469+15983@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 02:58:06 -0500
```



11828    23CPA

Special Offers



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Fri Dec 26 00:15:01 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <2380838-25463>; Fri, 26 Dec 2003 02:58:51 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com
with ESMTP id <2371627-25466>; Fri, 26 Dec 2003 02:58:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm097.vmadmin.com with SMTP; 26 Dec 2003 01:58:03 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 227242
From: Wireless Special <WirelessCellPhones@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Special <WirelessCellPhones227242@replies.virtumundo.com>
Subject: Complimentary Flip Phone for the Holidays.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec26.025809-0500_est.2371627-25466+16102@ams.ftl.affinity.com>
Date:Fri, 26 Dec 2003 02:58:08 -0500
```





You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Jul 06 16:23:33 2005
X-Persona: <Katie>
Return-Path: <mailcenter327058@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 06 Jul 2005 13:54:19 -0600
From: Wireless Special <WirelessSpecial@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Ultra-thin, Motorola RAZR V3 Camera phone special
offer!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CC36EB.CAB011C4"
```

```
Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2932&e=katie@ehahome.com
  URI:http://ogy.cc/sumce/50609_razr_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2932&e=katie@ehahome.com
  URI:http://ogy.cc/sumce/50609_razr_02.jpg [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                       [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 3234 invoked from network); 6 Jul 2005 13:54:19 -0600
Received: from vm-180-143.vm-mail.com (206.82.180.143)
```

```
  by jaykaysplace.com with SMTP; 6 Jul 2005 13:54:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-143.vm-mail.com with SMTP; 06 Jul 2005 14:54:18 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327058
From: Wireless Special <WirelessSpecial@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327058@vm-rewards.com>
Subject: Ultra-thin, Motorola RAZR V3 Camera phone special offer!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Ultra-thin,
Moto.htm"
```

```
From ???@??? Wed Jul 06 16:23:33 2005
X-Persona: <Katie>
Return-Path: <mailcenter327058@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 06 Jul 2005 13:54:19 -0600
From: Wireless Special <WirelessSpecial@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Ultra-thin, Motorola RAZR V3 Camera phone special
offer!
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=CLICK_BELOW,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_LINK_CLICK_HERE,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_SBL,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CC36EB.CAB011C4"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2932&e=katie@ehahome.com
  URI:http://ogy.cc/sumce/50609_razr_01.gif
  URI:http://redirect.virtumundo.com/ct?i'2932&e=katie@ehahome.com
  URI:http://ogy.cc/sumce/50609_razr_02.jpg [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_LINK_CLICK_HERE   BODY: HTML link text says "click here"
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                      [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]
 0.0 CLICK_BELOW            Asks you to click below

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 3234 invoked from network); 6 Jul 2005 13:54:19 -0600
Received: from vm-180-143.vm-mail.com (206.82.180.143)

```
  by jaykaysplace.com with SMTP; 6 Jul 2005 13:54:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-143.vm-mail.com with SMTP; 06 Jul 2005 14:54:18 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327058
From: Wireless Special <WirelessSpecial@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327058@vm-rewards.com>
Subject: Ultra-thin, Motorola RAZR V3 Camera phone special offer!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Ultra-thin,
Moto.htm"
```

From ???@??? Wed Sep 24 06:36:41 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <1255811-5463>; Wed, 24 Sep 2003 02:46:04 -0400
Received: from vm157.vmadmin.com ([216.64.222.157]) by ams.ftl.affinity.com
with ESMTP id <1256386-5465>; Wed, 24 Sep 2003 02:45:54 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm157.vmadmin.com with SMTP; 24 Sep 2003 01:45:50 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 142636
From: Wireless Specials <GreatCellularPhones142636@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Wireless Specials <GreatCellularPhones142636@replies.virtumundo.com>
Subject: Color Screen Nokia for Free plus $50 cash back
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep24.024554-0400_edt.1256386-5465+619@ams.ftl.affinity.com>
Date:Wed, 24 Sep 2003 02:45:53 -0400



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sun Oct 30 16:28:29 2005
X-Persona: <Indi>
Return-Path: <mailcenter331357@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 8513 invoked from network); 29 Oct 2005 08:25:46 -0600
Received: from vm-177-115.vm-mail.com (206.82.177.115)
   by clrobin.com with SMTP; 29 Oct 2005 08:25:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-115.vm-mail.com with SMTP; 29 Oct 2005 09:25:32 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331357
From: Women Friendly Business <WomenFriendly@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331357@vm-rewards.com>
Subject: Looking for a women friendly business?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Home Business Connection, 1595 S. MT. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please** visit here.

```
From ???@??? Sun Oct 30 16:28:29 2005
X-Persona: <Indi>
Return-Path: <mailcenter331357@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: (qmail 8513 invoked from network); 29 Oct 2005 08:25:46 -0600
Received: from vm-177-115.vm-mail.com (206.82.177.115)
   by clrobin.com with SMTP; 29 Oct 2005 08:25:46 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-115.vm-mail.com with SMTP; 29 Oct 2005 09:25:32 -0500
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 331357
From: Women Friendly Business <WomenFriendly@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331357@vm-rewards.com>
Subject: Looking for a women friendly business?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Home Business Connection, 1595 S. MT. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please** visit here.

```
From ???@??? Mon Oct 31 13:57:33 2005
X-Persona: <hum>
Return-Path: <mailcenter331357@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 19456 invoked from network); 29 Oct 2005 08:42:04 -0600
Received: from vm-181-66.vm-mail.com (206.82.181.66)
   by gordonworks.com with SMTP; 29 Oct 2005 08:42:04 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-66.vm-mail.com with SMTP; 29 Oct 2005 09:41:50 -0500
X-ClientHost: 104117109064101104097104111109101046099111109
X-MailingID: 331357
From: Women Friendly Business <WomenFriendly@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+331357@vm-rewards.com>
Subject: Looking for a women friendly business?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



**Home Business Connection, 1595 S. MT. Joy Street Elizabethtown, PA 17022**

**If you can not see our footer image, please** <u>visit here</u>.

From ???@??? Fri May 19 12:55:19 2006
X-Persona: <Anthony>
Return-Path: <mailcenter349428@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19937 invoked from network); 19 May 2006 04:57:44 -0600
Received: from vm-181-8.vm-mail.com (206.82.181.8)
   by chiefmusician.net with SMTP; 19 May 2006 04:57:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-8.vm-mail.com with SMTP; 19 May 2006 05:57:37 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 349428
From: WorldWinner Player Services <WorldWinnerPlayerServices@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+349428@vm-rewards.com>
Subject: Play Solitaire online, compete for cash and prizes
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_DYNABLOCK,RCVD_IN_SBL,
      RCVD_IN_SORBS autolearn=no version=2.63


Images not loading? View this offer by visiting this link





This is an advertisement. If you would like to no longer receive any further
email messages from the advertiser above sent by Virtumundo, visit here.
Please mail questions
or comments about this advertisement to:

WorldWinner 275 Grove Street Newton, MA 02466

Please send any questions or concerns about the Virtumundo Rewards program to:
Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or
call at
913.660.1300. To remove yourself from receiving further email as a subscriber
of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here.
The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 30 21:31:28 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <3607128-1100>; Fri, 30 Jan 2004 22:16:56 -0500
Received: from vm208-69.adknow-net.com ([216.21.208.69]) by
ams.ftl.affinity.com with ESMTP id <3608092-1099>; Fri, 30 Jan 2004 22:16:17
-0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-69.adknow-net.com with SMTP; 30 Jan 2004 21:16:12 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 354015
From: Writing <PublishYourWork@adknow-net.com>
To:    James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return354015@replies.adknow-net.com
Subject: Tools to help get your writing published.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.221617-0500_est.3608092-1099+52184@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 22:16:17 -0500
```



**If you would like to refer a friend information regarding this program, go** here**. To remove yourself from this program (and stop receiving email messages from Virtumundo), go to http://www.virtumundo.com/change/ or go** here**. Please note that the companies listed within this service have not provided Virtumundo consideration to include their products in this message. Please mail questions or comments regarding this message to List Member Inquiries, Virtumundo, Inc., 4600 Madison Avenue, Suite 500, Kansas City, MO 64112. (c) 1998-2004 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Wed Oct 01 20:40:45 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <225815-20570>; Wed, 1 Oct 2003 23:06:48 -0400
Received: from vm133.vmadmin.com ([216.64.222.133]) by ams.ftl.affinity.com
with ESMTP id <214643-20570>; Wed, 1 Oct 2003 23:05:52 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm133.vmadmin.com with SMTP; 01 Oct 2003 22:05:34 -0500
X-ClientHost: 1060971091011150641031111141001111011911111410711504609911109
X-MailingID: 149561
From: Yeast Infections <YeastInfectionInfo149561@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Yeast Infections <YeastInfectionInfo149561@replies.virtumundo.com>
Subject: Because being miserable just isn't an option
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.230552-0400_edt.214643-20570+6824@ams.ftl.affinity.com>
Date:Wed, 1 Oct 2003 23:05:52 -0400
```



 **You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Mar 09 11:19:34 2006
X-Persona: <Jay>
Return-Path: <mailcenter339676@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 4193 invoked from network); 8 Mar 2006 15:02:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by anthonycentral.com with SMTP; 8 Mar 2006 15:02:14 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 08 Mar 2006 15:02:02 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 339676
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339676@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 11:17:07 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter339676@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17122 invoked from network); 8 Mar 2006 15:00:42 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by chiefmusician.net with SMTP; 8 Mar 2006 15:00:40 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 08 Mar 2006 15:00:28 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 339676
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339676@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Mar 09 11:15:45 2006
X-Persona: <Celia>
Return-Path: <mailcenter339676@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1069 invoked from network); 8 Mar 2006 14:59:08 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by celiajay.com with SMTP; 8 Mar 2006 14:59:08 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 08 Mar 2006 14:58:53 -0600
X-ClientHost: 0991011081050970640991011081050971060971211046099111109
X-MailingID: 339676
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339676@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Thu Mar 09 10:38:20 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter339676@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 4391 invoked from network); 8 Mar 2006 15:02:16 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 8 Mar 2006 15:02:15 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 08 Mar 2006 15:02:03 -0600
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 339676
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339676@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Wed Mar 08 13:12:53 2006
X-Persona: <RCW>
Return-Path: <mailcenter339676@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 15300 invoked from network); 8 Mar 2006 14:36:21 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaykaysplace.com with SMTP; 8 Mar 2006 14:36:21 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 08 Mar 2006 14:36:08 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 339676
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339676@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 23 17:54:21 2006
X-Persona: <Jay>
Return-Path: <mailcenter338622@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 31841 invoked from network); 21 Feb 2006 15:12:54 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
   by chiefmusician.net with SMTP; 21 Feb 2006 15:12:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-228.vm-mail.com with SMTP; 21 Feb 2006 15:12:36 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 338622
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338622@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 23 17:52:08 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338622@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 17698 invoked from network); 21 Feb 2006 15:11:32 -0600
Received: from vm-180-52.vm-mail.com (206.82.180.52)
   by gnwalpha.org with SMTP; 21 Feb 2006 15:11:31 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-52.vm-mail.com with SMTP; 21 Feb 2006 15:11:19 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 338622
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338622@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 23 17:50:40 2006
X-Persona: <Celia>
Return-Path: <mailcenter338622@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 2944 invoked from network); 21 Feb 2006 15:27:31 -0600
Received: from vm-177-118.vm-mail.com (206.82.177.118)
  by itdidnotendright.com with SMTP; 21 Feb 2006 15:27:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-118.vm-mail.com with SMTP; 21 Feb 2006 15:27:19 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 338622
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338622@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 21 19:00:45 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338622@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 31877 invoked from network); 21 Feb 2006 15:12:54 -0600
Received: from vm-180-216.vm-mail.com (206.82.180.216)
  by celiajay.com with SMTP; 21 Feb 2006 15:12:49 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-216.vm-mail.com with SMTP; 21 Feb 2006 15:12:37 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 338622
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338622@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

    If you can not see our footer image, please visit here.

```
From ???@??? Tue Feb 21 18:38:11 2006
X-Persona: <Mila>
Return-Path: <mailcenter338622@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 21 Feb 2006 15:12:44 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43FB824C.2E2DD6F5"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8891&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8891&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name                description
---- -------------------- --------------------------------------------------
 1.0 DATE_MISSING             Missing Date: header
 2.8 X_MAIL_ID_PRESENT        Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE             BODY: HTML included in message
 1.5 BLANK_LINES_80_90        BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80               BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02       BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET     RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 24962 invoked from network); 21 Feb 2006 15:12:41 -0600
Received: from vm-180-138.vm-mail.com (206.82.180.138)
  by jaykaysplace.com with SMTP; 21 Feb 2006 15:12:41 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-138.vm-mail.com with SMTP; 21 Feb 2006 15:12:30 -0600
```

```
X-ClientHost: 10910510809706410609710910911611111091090460909111109
X-MailingID: 338622
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338622@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 2.htm"
```

```
From ???@??? Tue Feb 21 14:17:06 2006
X-Persona: <RCW>
Return-Path: <mailcenter338622@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 14211 invoked from network); 21 Feb 2006 16:14:34 -0600
Received: from vm-180-166.vm-mail.com (206.82.180.166)
   by xj4x4.net with SMTP; 21 Feb 2006 16:14:33 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-166.vm-mail.com with SMTP; 21 Feb 2006 16:14:20 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 338622
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338622@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:11:37 2006
X-Persona: <Jay>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 13699 invoked from network); 15 Feb 2006 14:07:55 -0600
Received: from vm-181-202.vm-mail.com (206.82.181.202)
   by jaycelia.com with SMTP; 15 Feb 2006 14:07:53 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-202.vm-mail.com with SMTP; 15 Feb 2006 14:07:42 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:08:01 2006
X-Persona: <Celia>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 30242 invoked from network); 15 Feb 2006 14:46:55 -0600
Received: from vm-177-107.vm-mail.com (206.82.177.107)
  by jammtomm.com with SMTP; 15 Feb 2006 14:46:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-107.vm-mail.com with SMTP; 15 Feb 2006 14:46:41 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



        If you can not see our footer image, please visit here.

```
From ???@??? Fri Feb 17 09:07:59 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 28034 invoked from network); 15 Feb 2006 14:55:40 -0600
Received: from vm-180-140.vm-mail.com (206.82.180.140)
  by clrobin.com with SMTP; 15 Feb 2006 14:55:40 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-140.vm-mail.com with SMTP; 15 Feb 2006 14:55:29 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460991111109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Feb 16 19:52:06 2006
X-Persona: <hum>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 5-hum@ehahome.com
Received: (qmail 14560 invoked from network); 15 Feb 2006 14:20:45 -0600
Received: from vm-180-247.vm-mail.com (206.82.180.247)
  by celiajay.com with SMTP; 15 Feb 2006 14:20:45 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-247.vm-mail.com with SMTP; 15 Feb 2006 14:20:32 -0600
X-ClientHost: 10411710906410110409710411110910104609911109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Emily <hum@ehahome.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

         If you can not see our footer image, please visit here.

```
From ???@??? Thu Feb 16 08:58:10 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 13089 invoked from network); 15 Feb 2006 14:07:54 -0600
Received: from vm-181-153.vm-mail.com (206.82.181.153)
  by gordonworks.com with SMTP; 15 Feb 2006 14:07:53 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-153.vm-mail.com with SMTP; 15 Feb 2006 14:07:42 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460 99111109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  1.5 BLANK_LINES_80_90 BODY: Message body has 80-90% blank lines
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 14:02:20 2006
X-Persona: <RCW>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 9030 invoked from network); 15 Feb 2006 14:49:40 -0600
Received: from vm-181-225.vm-mail.com (206.82.181.225)
  by chiefmusician.net with SMTP; 15 Feb 2006 14:49:38 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-225.vm-mail.com with SMTP; 15 Feb 2006 14:49:27 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Wed Feb 15 13:29:20 2006
X-Persona: <Mila>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Wed, 15 Feb 2006 14:07:53 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.5 required=7.0 tests=BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F38A19.6818CCD9"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8707&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8707&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg [...]

Content analysis details:   (8.5 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 1.5 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 9539 invoked from network); 15 Feb 2006 14:07:48 -0600
Received: from vm-181-123.vm-mail.com (206.82.181.123)
  by ehahome.com with SMTP; 15 Feb 2006 14:07:48 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-123.vm-mail.com with SMTP; 15 Feb 2006 14:07:36 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 1.htm"
```

From ???@??? Wed Feb 15 13:20:38 2006
X-Persona: <Indi>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
     with SpamAssassin (2.63 2004-01-11);
     Wed, 15 Feb 2006 14:07:51 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
     DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
     HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
     version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F38A17.D49FA8AD"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8707&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8707&e=indi@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg [...]

Content analysis details:   (9.0 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90               BODY: Bayesian spam probability is 90 to 99%
                            [score: 0.9050]
 0.1 HTML_MESSAGE           BODY: HTML included in message
 2.6 BLANK_LINES_80_90      BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 7812 invoked from network); 15 Feb 2006 14:07:47 -0600
Received: from vm-181-123.vm-mail.com (206.82.181.123)
  by ehahome.com with SMTP; 15 Feb 2006 14:07:46 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-181-123.vm-mail.com with SMTP; 15 Feb 2006 14:07:36 -0600
X-ClientHost: 105110100105064106097109109116111109109046099111109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just .htm"
```

From ???@??? Wed Feb 15 13:20:38 2006
X-Persona: <Indi>
Return-Path: <mailcenter338274@vm-mail.com>
Delivered-To: 6-indi@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Wed, 15 Feb 2006 14:07:51 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Indi <indi@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,BLANK_LINES_80_90,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43F38A17.D49FA8AD"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'8707&e=indi@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'8707&e=indi@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg [...]

Content analysis details:   (9.0 points, 7.0 required)

 pts rule name                  description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING              Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 2.1 BAYES_90                  BODY: Bayesian spam probability is 90 to 99%
                               [score: 0.9050]
 0.1 HTML_MESSAGE              BODY: HTML included in message
 2.6 BLANK_LINES_80_90         BODY: Message body has 80-90% blank lines
 0.1 HTML_70_80                BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY            BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02        BODY: HTML: images with 0-200 bytes of words
 0.6 MIME_HTML_NO_CHARSET      RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 7812 invoked from network); 15 Feb 2006 14:07:47 -0600
Received: from vm-181-123.vm-mail.com (206.82.181.123)
  by ehahome.com with SMTP; 15 Feb 2006 14:07:46 -0600
Received: from vm-mail.com (192.168.3.20)

```
   by vm-181-123.vm-mail.com with SMTP; 15 Feb 2006 14:07:36 -0600
X-ClientHost: 10511010010506410609710910911611110910904609911109
X-MailingID: 338274
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Indi <indi@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+338274@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just .htm"
```

From ???@??? Mon Jan 30 16:03:48 2006
X-Persona: <RCW>
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27490 invoked from network); 20 Jan 2006 10:12:26 -0600
Received: from vm-181-33.vm-mail.com (206.82.181.33)
  by omniinnovations.com with SMTP; 20 Jan 2006 10:12:25 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-33.vm-mail.com with SMTP; 20 Jan 2006 10:12:13 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


Images not loading? View this offer by visiting this link



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Mon Jan 30 15:59:50 2006
X-Persona: <RCW>
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 12516 invoked from network); 13 Jan 2006 16:35:11 -0600
Received: from vm-181-221.vm-mail.com (206.82.181.221)
   by jammtomm.com with SMTP; 13 Jan 2006 16:35:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-221.vm-mail.com with SMTP; 13 Jan 2006 16:34:55 -0600
X-ClientHost: 106105109064114099119049057049057048048050048046099111109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Mon Jan 30 15:53:46 2006
X-Persona: <RCW>
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 8-jim@rcw19190020.com
Received: (qmail 27810 invoked from network); 1 Jan 2006 15:40:09 -0600
Received: from vm-180-238.vm-mail.com (206.82.180.238)
  by clrobin.com with SMTP; 1 Jan 2006 15:40:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-238.vm-mail.com with SMTP; 01 Jan 2006 15:39:57 -0600
X-ClientHost: 1061051090641140991190490570490570480480500480460991111109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@rcw19190020.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---


**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

From ???@??? Tue Jan 24 18:05:32 2006
X-Persona: <Mila>
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Fri, 20 Jan 2006 09:27:02 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43D10146.E791B81A"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7507&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7507&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 6374 invoked from network); 20 Jan 2006 09:26:55 -0600
Received: from vm-181-55.vm-mail.com (206.82.181.55)
  by chiefmusician.net with SMTP; 20 Jan 2006 09:26:54 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-55.vm-mail.com with SMTP; 20 Jan 2006 09:26:42 -0600

```
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 4.htm"
```

```
From ???@??? Sun Jan 22 12:19:28 2006
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 19582 invoked from network); 20 Jan 2006 09:22:08 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
   by anthonycentral.com with SMTP; 20 Jan 2006 09:22:07 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-63.vm-mail.com with SMTP; 20 Jan 2006 09:21:53 -0600
X-ClientHost:
10010111909712111010106409711011610411111012109910111011611409710804609911109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link





FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:19:28 2006
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 21250 invoked from network); 20 Jan 2006 09:22:11 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
   by anthonycentral.com with SMTP; 20 Jan 2006 09:22:09 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-63.vm-mail.com with SMTP; 20 Jan 2006 09:21:53 -0600
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---

**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:19:28 2006
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 22370 invoked from network); 20 Jan 2006 09:22:13 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
   by anthonycentral.com with SMTP; 20 Jan 2006 09:22:12 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-63.vm-mail.com with SMTP; 20 Jan 2006 09:21:53 -0600
X-ClientHost: 116106064097110116104111110121099101110116114097108046099111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



If you can not see our footer image, please visit here.

```
From ???@??? Sun Jan 22 12:19:27 2006
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 18563 invoked from network); 20 Jan 2006 09:22:06 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
  by anthonycentral.com with SMTP; 20 Jan 2006 09:22:05 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-63.vm-mail.com with SMTP; 20 Jan 2006 09:21:53 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
    version=2.63
```

**Images not loading? View this offer by visiting this link**



---



 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sun Jan 22 12:19:27 2006
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 19425 invoked from network); 20 Jan 2006 09:22:07 -0600
Received: from vm-182-63.vm-mail.com (206.82.182.63)
  by anthonycentral.com with SMTP; 20 Jan 2006 09:22:06 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-63.vm-mail.com with SMTP; 20 Jan 2006 09:21:53 -0600
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
        version=2.63
```

Images not loading? View this offer by visiting this link



---



  FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 23:15:34 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10725 invoked from network); 20 Jan 2006 09:25:39 -0600
Received: from vm-181-195.vm-mail.com (206.82.181.195)
  by rcw19190020.com with SMTP; 20 Jan 2006 09:25:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-195.vm-mail.com with SMTP; 20 Jan 2006 09:25:15 -0600
X-ClientHost:
10610510906410511610010510011011111610111010011410510310411604609911109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

**Images not loading? View this offer by visiting this link**



---


**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Sat Jan 21 18:02:32 2006
X-Persona: <Jay>
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 8163 invoked from network); 20 Jan 2006 09:26:59 -0600
Received: from vm-181-2.vm-mail.com (206.82.181.2)
   by jaycelia.com with SMTP; 20 Jan 2006 09:26:59 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-2.vm-mail.com with SMTP; 20 Jan 2006 09:26:47 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



        If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 18:02:26 2006
X-Persona: <Jay>
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 19714 invoked from network); 13 Jan 2006 15:25:22 -0600
Received: from vm-181-199.vm-mail.com (206.82.181.199)
   by anthonycentral.com with SMTP; 13 Jan 2006 15:25:17 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-199.vm-mail.com with SMTP; 13 Jan 2006 15:25:05 -0600
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 16:45:31 2006
X-Persona: <Celia>
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 1563 invoked from network); 20 Jan 2006 09:33:44 -0600
Received: from vm-177-108.vm-mail.com (206.82.177.108)
   by jammtomm.com with SMTP; 20 Jan 2006 09:33:43 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-108.vm-mail.com with SMTP; 20 Jan 2006 09:33:30 -0600
X-ClientHost: 0991011081050970640991011081050971060971210460991111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
X-Spam-Report:
       *  1.0 DATE_MISSING Missing Date: header
       *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.0 HTML_MESSAGE BODY: HTML included in message
       *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
       *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
       *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
       *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



        If you can not see our footer image, please visit here.

From ???@??? Sat Jan 21 16:45:17 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 10725 invoked from network); 20 Jan 2006 09:25:39 -0600
Received: from vm-181-195.vm-mail.com (206.82.181.195)
  by rcw19190020.com with SMTP; 20 Jan 2006 09:25:31 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-195.vm-mail.com with SMTP; 20 Jan 2006 09:25:15 -0600
X-ClientHost:
10610510906410511610010510010101111161011101001141051031041160460991111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

        If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 21 10:15:00 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter335852@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 8392 invoked from network); 20 Jan 2006 09:26:59 -0600
Received: from vm-181-13.vm-mail.com (206.82.181.13)
  by chiefmusician.net with SMTP; 20 Jan 2006 09:26:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-13.vm-mail.com with SMTP; 20 Jan 2006 09:26:47 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 335852
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335852@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



          If you can not see our footer image, please visit here.

```
From ???@??? Sat Jan 14 19:36:00 2006
X-Persona: <Mila>
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
       with SpamAssassin (2.63 2004-01-11);
       Fri, 13 Jan 2006 15:25:15 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
       autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43C81ABB.94A89B72"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'7123&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'7123&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg [...]

Content analysis details:   (7.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.9 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

Received: (qmail 17207 invoked from network); 13 Jan 2006 15:25:12 -0600
Received: from vm-181-176.vm-mail.com (206.82.181.176)
  by rcw19190020.com with SMTP; 13 Jan 2006 15:25:11 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-176.vm-mail.com with SMTP; 13 Jan 2006 15:24:58 -0600

```
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 2.htm"
```

```
From ???@??? Fri Jan 13 14:34:52 2006
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8641 invoked from network); 13 Jan 2006 15:13:24 -0600
Received: from vm-177-6.vm-mail.com (206.82.177.6)
  by jammtomm.com with SMTP; 13 Jan 2006 15:13:21 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-6.vm-mail.com with SMTP; 13 Jan 2006 15:13:05 -0600
X-ClientHost:
1150971101001210640971101161041111012109910111011611409710804609911109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

Images not loading? View this offer by visiting this link



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 14:34:52 2006
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 9381 invoked from network); 13 Jan 2006 15:13:25 -0600
Received: from vm-177-6.vm-mail.com (206.82.177.6)
   by jammtomm.com with SMTP; 13 Jan 2006 15:13:25 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-6.vm-mail.com with SMTP; 13 Jan 2006 15:13:05 -0600
X-ClientHost: 1161060640971101161041111012109910111011611409710804609911109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
       DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
       HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
       version=2.63
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 14:34:34 2006
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6821 invoked from network); 13 Jan 2006 15:13:21 -0600
Received: from vm-177-6.vm-mail.com (206.82.177.6)
   by jammtomm.com with SMTP; 13 Jan 2006 15:13:20 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-177-6.vm-mail.com with SMTP; 13 Jan 2006 15:13:05 -0600
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



   **If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 14:34:33 2006
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 5443 invoked from network); 13 Jan 2006 15:13:18 -0600
Received: from vm-177-6.vm-mail.com (206.82.177.6)
  by jammtomm.com with SMTP; 13 Jan 2006 15:13:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-6.vm-mail.com with SMTP; 13 Jan 2006 15:13:05 -0600
X-ClientHost:
0971101160640971101161041111012109910111011611409710804609911109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
    version=2.63
```

Images not loading? View this offer by visiting this link



---



 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 14:34:33 2006
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 6185 invoked from network); 13 Jan 2006 15:13:19 -0600
Received: from vm-177-6.vm-mail.com (206.82.177.6)
  by jammtomm.com with SMTP; 13 Jan 2006 15:13:19 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-177-6.vm-mail.com with SMTP; 13 Jan 2006 15:13:05 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.5 required=7.0 tests=BAYES_44,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
```

**Images not loading? View this offer by visiting this link**



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

**If you can not see our footer image, please visit here.**

```
From ???@??? Fri Jan 13 13:50:59 2006
X-Persona: <Jon>
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 19749 invoked from network); 13 Jan 2006 15:25:22 -0600
Received: from vm-181-196.vm-mail.com (206.82.181.196)
  by jammtomm.com with SMTP; 13 Jan 2006 15:25:17 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-196.vm-mail.com with SMTP; 13 Jan 2006 15:25:05 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991110 9
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
    DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
    HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
    autolearn=no version=2.63
X-Spam-Report:
    *  1.0 DATE_MISSING Missing Date: header
    *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
    *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
    *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
    *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
    *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link





FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:50:32 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 32612 invoked from network); 13 Jan 2006 15:23:36 -0600
Received: from vm-181-125.vm-mail.com (206.82.181.125)
  by itdidnotendright.com with SMTP; 13 Jan 2006 15:23:36 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-181-125.vm-mail.com with SMTP; 13 Jan 2006 15:23:23 -0600
X-ClientHost:
1061051090641051161001051001101111161011101001141051031041160460099111109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link



---

 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Fri Jan 13 13:47:08 2006
X-Persona: <Celia>
Return-Path: <mailcenter335030@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 17215 invoked from network); 13 Jan 2006 15:23:01 -0600
Received: from vm-180-217.vm-mail.com (206.82.180.217)
  by chiefmusician.net with SMTP; 13 Jan 2006 15:22:59 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-217.vm-mail.com with SMTP; 13 Jan 2006 15:22:48 -0600
X-ClientHost: 099101108105097064099101108105097106097121046099111109
X-MailingID: 335030
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+335030@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.9 required=7.0 tests=BLANK_LINES_70_80,
        DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
        HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT
        autolearn=no version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
        *  0.9 BLANK_LINES_70_80 BODY: Message body has 70-80% blank lines
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```

Images not loading? View this offer by visiting this link



---



 FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102



       If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 20:13:42 2006
X-Persona: <Jay>
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 24934 invoked from network); 1 Jan 2006 15:10:49 -0600
Received: from vm-180-209.vm-mail.com (206.82.180.209)
   by gordonworks.com with SMTP; 1 Jan 2006 15:10:49 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-209.vm-mail.com with SMTP; 01 Jan 2006 15:10:38 -0600
X-ClientHost: 10609712106410609712109910110810509704609911109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: *****SPAM***** Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_70_80 BODY: Message is 70% to 80% HTML
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  2.2 HTML_IMAGE_ONLY_02 BODY: HTML: images with 0-200 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
```



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 20:06:31 2006
X-Persona: <Jon>
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25541 invoked from network); 1 Jan 2006 15:10:50 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
   by itdidnotendright.com with SMTP; 1 Jan 2006 15:10:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-228.vm-mail.com with SMTP; 01 Jan 2006 15:10:38 -0600
X-ClientHost: 1061111100641060971211070971211151121080970991010460991111109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
       HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
       MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
       version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 19:55:12 2006
X-Persona: <Jon>
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 25541 invoked from network); 1 Jan 2006 15:10:50 -0600
Received: from vm-180-228.vm-mail.com (206.82.180.228)
   by itdidnotendright.com with SMTP; 1 Jan 2006 15:10:50 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-180-228.vm-mail.com with SMTP; 01 Jan 2006 15:10:38 -0600
X-ClientHost: 10611111006410609712110709712111511212080970991010460991111109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



   **If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 19:03:38 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 12194 invoked from network); 1 Jan 2006 15:09:31 -0600
Received: from vm-180-243.vm-mail.com (206.82.180.243)
  by ehahome.com with SMTP; 1 Jan 2006 15:09:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-243.vm-mail.com with SMTP; 01 Jan 2006 15:09:18 -0600
X-ClientHost:
10610510906410511610010510011011111610111010010114105103104116046099111109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```



---

FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 19:02:13 2006
X-Persona: <Celia>
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 15200 invoked from network); 1 Jan 2006 15:21:26 -0600
Received: from vm-181-113.vm-mail.com (206.82.181.113)
   by jammtomm.com with SMTP; 1 Jan 2006 15:21:26 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-181-113.vm-mail.com with SMTP; 01 Jan 2006 15:21:12 -0600
X-ClientHost: 09910110810509706409910110810509710609712104609911109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
      version=2.63
```



---

 **FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**



**If you can not see our footer image, please** visit here.

```
From ???@??? Tue Jan 03 18:40:38 2006
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 31912 invoked from network); 1 Jan 2006 15:04:07 -0600
Received: from vm-182-245.vm-mail.com (206.82.182.245)
   by xj4x4.net with SMTP; 1 Jan 2006 15:04:07 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-245.vm-mail.com with SMTP; 01 Jan 2006 15:03:55 -0600
X-ClientHost:
09711011606409711011610411111012109910111011611409710804609911109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please *visit here*.

```
From ???@??? Tue Jan 03 18:40:38 2006
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 32453 invoked from network); 1 Jan 2006 15:04:08 -0600
Received: from vm-182-245.vm-mail.com (206.82.182.245)
   by xj4x4.net with SMTP; 1 Jan 2006 15:04:08 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-245.vm-mail.com with SMTP; 01 Jan 2006 15:03:55 -0600
X-ClientHost:
099104117099107064097110116104111101210991011101161140971080460991111109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please visit here.

```
From ???@??? Tue Jan 03 18:40:38 2006
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 2148 invoked from network); 1 Jan 2006 15:04:09 -0600
Received: from vm-182-245.vm-mail.com (206.82.182.245)
  by xj4x4.net with SMTP; 1 Jan 2006 15:04:09 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-245.vm-mail.com with SMTP; 01 Jan 2006 15:03:55 -0600
X-ClientHost:
100101119097121110101064097110116104111101210991011101161140971080460991111
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please *visit here*.

```
From ???@??? Tue Jan 03 18:40:38 2006
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 2882 invoked from network); 1 Jan 2006 15:04:10 -0600
Received: from vm-182-245.vm-mail.com (206.82.182.245)
   by xj4x4.net with SMTP; 1 Jan 2006 15:04:10 -0600
Received: from vm-mail.com (192.168.3.20)
   by vm-182-245.vm-mail.com with SMTP; 01 Jan 2006 15:03:55 -0600
X-ClientHost:
115097110100121064097110116104111101210991011101161140971080460991111109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
      HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



**FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102**

If you can not see our footer image, please *visit here*.

```
From ???@??? Tue Jan 03 18:40:38 2006
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 3840 invoked from network); 1 Jan 2006 15:04:11 -0600
Received: from vm-182-245.vm-mail.com (206.82.182.245)
  by xj4x4.net with SMTP; 1 Jan 2006 15:04:10 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-182-245.vm-mail.com with SMTP; 01 Jan 2006 15:03:55 -0600
X-ClientHost: 11610606409711011610411111012109910110101611409710804609911109
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ****
X-Spam-Status: No, hits=4.2 required=7.0 tests=BAYES_50,DATE_MISSING,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no version=2.63
```



---



FunTimeBingo, 1601 NW 97th Ave Miami, FL 33102

If you can not see our footer image, please visit here.

From ???@??? Sun Jan 01 19:52:46 2006
X-Persona: <Mila>
Return-Path: <mailcenter334002@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Sun, 01 Jan 2006 15:10:48 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.1 required=7.0 tests=DATE_MISSING,HTML_70_80,
        HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_43B84558.C96A931F"


Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
6435&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg
  URI:http://redirect.virtumundo.com/bt?m34002&e=mila@jammtomm.com
  URI:http://ogy.cc/ft/tope.gif [...]

Content analysis details:   (7.1 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 2.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 22464 invoked from network); 1 Jan 2006 15:10:46 -0600
Received: from vm-180-51.vm-mail.com (206.82.180.51)
  by clrobin.com with SMTP; 1 Jan 2006 15:10:46 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-180-51.vm-mail.com with SMTP; 01 Jan 2006 15:10:34 -0600
X-ClientHost: 1091051080970641060971091091161111091090460991111109

```
X-MailingID: 334002
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+334002@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just .htm"
```

```
From ???@??? Fri Mar 10 10:27:59 2006
X-Persona: <Mila>
Return-Path: <mailcenter339676@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Wed, 08 Mar 2006 15:02:18 -0600
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Play bingo just for the fun of it
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ***********
X-Spam-Status: Yes, hits=11.9 required=7.0 tests=BAYES_99,BLANK_LINES_70_80,
      DATE_MISSING,HTML_70_80,HTML_FONTCOLOR_UNKNOWN,HTML_IMAGE_ONLY_02,
      HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY autolearn=no
      version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_440F465A.3A1124F3"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i'9579&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i'9579&e=mila@jammtomm.com
  URI:http://ogy.cc/ftbv6flat.jpg [...]

Content analysis details:   (11.9 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.1 HTML_70_80             BODY: Message is 70% to 80% HTML
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_IMAGE_ONLY_02     BODY: HTML: images with 0-200 bytes of words
 2.1 BLANK_LINES_70_80      BODY: Message body has 70-80% blank lines
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.


Received: (qmail 1216 invoked from network); 8 Mar 2006 15:02:09 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by gnwalpha.org with SMTP; 8 Mar 2006 15:02:08 -0600
Received: from vm-mail.com (10.0.0.42)
```

```
  by pkc-sb01 with SMTP; 08 Mar 2006 15:01:55 -0600
X-ClientHost: 10910510809706410609710910911611110910904609911109
X-MailingID: 339676
From: Your Bingo Connection <BingoConnection@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+339676@vm-rewards.com>
Subject: Play bingo just for the fun of it
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Play bingo
just 6.htm"
```

```
From ???@??? Tue Nov 04 15:31:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <294925-1210>; Tue, 4 Nov 2003 17:04:55 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <589093-1217>; Tue, 4 Nov 2003 16:58:51 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm149.vmadmin.com with SMTP; 04 Nov 2003 15:58:07 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 188861
From: Your Fast Cash <GetYourFastCash188861@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <GetYourFastCash188861@replies.virtumundo.com>
Subject: Get a $500 Loan by tomorrow. Easy 2 Minute Application.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.165851-0500_est.589093-1217+13870@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 16:58:18 -0500
```





**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 04 15:31:30 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <589107-1210>; Tue, 4 Nov 2003 17:04:55 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com
with ESMTP id <588569-1210>; Tue, 4 Nov 2003 16:58:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 04 Nov 2003 15:58:07 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 188861
From: Your Fast Cash <GetYourFastCash188861@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <GetYourFastCash188861@replies.virtumundo.com>
Subject: Get a $500 Loan by tomorrow. Easy 2 Minute Application.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov4.165852-0500_est.588569-1210+14386@ams.ftl.affinity.com>
Date:Tue, 4 Nov 2003 16:58:19 -0500
```



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. To read Virtumundo's privacy policy, go to Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 20 22:02:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216282-1083>; Tue, 21 Oct 2003 00:19:28 -0400
Received: from vm151.vmadmin.com by ams.ftl.affinity.com
with ESMTP id <233620-1070>; Mon, 20 Oct 2003 11:29:33 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 20 Oct 2003 10:28:27 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 170068
From: Your Fast Cash <YourFastCashNow170068@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow170068@replies.virtumundo.com>
Subject: Get Cash and Free Gas - Offer Ends Oct. 31
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.112933-0400_edt.233620-1070+11648@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 11:29:33 -0400
```



**NO credit check - 2 minute application - Get cash by tomorrow!**

**IF YOU HAVE A JOB, YOU'RE PROBABLY ALREADY APPROVED!**

**NEED CASH FAST?** Now you can easily get up to $500 CASH through an extremely popular cash advance payday loan! In fact, we provide cash loans to 1000's of people everyday online because it's so fast and easy. It takes 2 minutes to apply, and you can pick up your cash tomorrow at any ATM Machine or your bank. Even with bad or no credit, you probably qualify as long as you are currently employed or have other income!*



Use your cash for... Emergencies, Rent, Car Repair, School, Kids, Vacation, Anything you want! Plus, we'll include $100 in FREE Gas Coupons (good at the station of your choice) if you get a payday advance before October 31, 2003.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 20 22:02:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <216275-1083>; Tue, 21 Oct 2003 00:19:28 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <233614-1080>; Mon, 20 Oct 2003 11:29:33 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 20 Oct 2003 10:28:27 -0500
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 170068
From: Your Fast Cash <YourFastCashNow170068@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow170068@replies.virtumundo.com>
Subject: Get Cash and Free Gas - Offer Ends Oct. 31
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.112933-0400_edt.233614-1080+11997@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 11:29:32 -0400
```



**NO credit check - 2 minute application - Get cash by tomorrow!**

**IF YOU HAVE A JOB, YOU'RE PROBABLY ALREADY APPROVED!**

NEED CASH FAST? Now you can easily get up to $500 CASH through an extremely popular cash advance payday loan! In fact, we provide cash loans to 1000's of people everyday online because it's so fast and easy. It takes 2 minutes to apply, and you can pick up your cash tomorrow at any ATM Machine or your bank. Even with bad or no credit, you probably qualify as long as you are currently employed or have other income!*



Use your cash for... Emergencies, Rent, Car Repair, School, Kids, Vacation, Anything you want! Plus, we'll include $100 in FREE Gas Coupons (good at the station of your choice) if you get a payday advance before October 31, 2003.

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 20 22:01:50 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216250-1082>; Tue, 21 Oct 2003 00:19:28 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <233611-1077>; Mon, 20 Oct 2003 11:29:31 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm151.vmadmin.com with SMTP; 20 Oct 2003 10:28:27 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 170068
From: Your Fast Cash <YourFastCashNow170068@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow170068@replies.virtumundo.com>
Subject: Get Cash and Free Gas - Offer Ends Oct. 31
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.112931-0400_edt.233611-1077+12054@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 11:29:31 -0400
```



**NO credit check - 2 minute application - Get cash by tomorrow!**

**IF YOU HAVE A JOB, YOU'RE PROBABLY ALREADY APPROVED!**

NEED CASH FAST? Now you can easily get up to $500 CASH through an extremely popular cash advance payday loan! In fact, we provide cash loans to 1000's of people everyday online because it's so fast and easy. It takes 2 minutes to apply, and you can pick up your cash tomorrow at any ATM Machine or your bank. Even with bad or no credit, you probably qualify as long as you are currently employed or have other income!*



**Use your cash for... Emergencies, Rent, Car Repair, School, Kids, Vacation, Anything you want! Plus, we'll include $100 in FREE Gas Coupons (good at the station of your choice) if you get a payday advance before October 31, 2003.**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Oct 20 22:02:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <216261-1083>; Tue, 21 Oct 2003 00:19:28 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <233605-1080>; Mon, 20 Oct 2003 11:29:31 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm151.vmadmin.com with SMTP; 20 Oct 2003 10:28:27 -0500
X-ClientHost: 102097121101064103111114100111101191111141071150460991111 09
X-MailingID: 170068
From: Your Fast Cash <YourFastCashNow170068@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow170068@replies.virtumundo.com>
Subject: Get Cash and Free Gas - Offer Ends Oct. 31
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.112931-0400_edt.233605-1080+11995@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 11:29:31 -0400



**NO credit check - 2 minute application - Get cash by tomorrow!**

**IF YOU HAVE A JOB, YOU'RE PROBABLY ALREADY APPROVED!**

NEED CASH FAST? Now you can easily get up to $500 CASH through an extremely popular cash advance payday loan! In fact, we provide cash loans to 1000's of people everyday online because it's so fast and easy. It takes 2 minutes to apply, and you can pick up your cash tomorrow at any ATM Machine or your bank. Even with bad or no credit, you probably qualify as long as you are currently employed or have other income!*



**Use your cash for... Emergencies, Rent, Car Repair, School, Kids, Vacation, Anything you want! Plus, we'll include $100 in FREE Gas Coupons (good at the station of your choice) if you get a payday advance before October 31, 2003.**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Oct 20 22:02:13 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <216334-1075>; Tue, 21 Oct
2003 00:19:28 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com
with ESMTP id <233448-1080>; Mon, 20 Oct 2003 11:29:35 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm151.vmadmin.com with SMTP; 20 Oct 2003 10:28:27 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 170068
From: Your Fast Cash <YourFastCashNow170068@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow170068@replies.virtumundo.com>
Subject: Get Cash and Free Gas - Offer Ends Oct. 31
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.112935-0400_edt.233448-1080+11999@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 11:29:34 -0400
```



NO credit check - 2 minute application - Get cash by tomorrow!

IF YOU HAVE A JOB, YOU'RE PROBABLY ALREADY APPROVED!

NEED CASH FAST? Now you can easily get up to $500 CASH through an extremely popular cash advance payday loan! In fact, we provide cash loans to 1000's of people everyday online because it's so fast and easy. It takes 2 minutes to apply, and you can pick up your cash tomorrow at any ATM Machine or your bank. Even with bad or no credit, you probably qualify as long as you are currently employed or have other income!*



**Use your cash for... Emergencies, Rent, Car Repair, School, Kids, Vacation, Anything you want! Plus, we'll include $100 in FREE Gas Coupons (good at the station of your choice) if you get a payday advance before October 31, 2003.**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 19 23:35:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219014-18309>; Thu, 20 Nov 2003 01:05:19 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <218855-18307>; Thu, 20 Nov 2003 01:04:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 20 Nov 2003 00:03:49 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 201315
From: Your Fast Cash <YourFastCashNow201315@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow201315@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.010409-0500_est.218855-18307+10562@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 01:04:09 -0500


Dear Jay,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---

    **You received this email because you signed up at one of Virtumundo's**
**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**
**signed up with a party that has contracted with Virtumundo. To unsubscribe**
**from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 23:35:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <220042-18300>; Thu, 20 Nov
2003 01:05:19 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <214990-18300>; Thu, 20 Nov 2003 01:04:10 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 20 Nov 2003 00:03:49 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 201315
From: Your Fast Cash <YourFastCashNow201315@vmadmin.com>
To:   Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow201315@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.010410-0500_est.214990-18300+10599@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 01:04:09 -0500


Dear Jonathan,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**


**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---



**You received this email because you signed up at one of Virtumundo's**
**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html) **or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to **http://www.virtumundo.com/unsub** or go here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Wed Nov 19 23:35:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214389-18300>; Thu, 20 Nov 2003 01:05:19 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <219011-18307>; Thu, 20 Nov 2003 01:04:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm113.vmadmin.com with SMTP; 20 Nov 2003 00:03:49 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460099111109
X-MailingID: 201315
From: Your Fast Cash <YourFastCashNow201315@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow201315@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.010409-0500_est.219011-18307+10558@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 01:04:08 -0500
```

Dear James,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---

**You received this email because you signed up at one of Virtumundo's**
**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**
**signed up with a party that has contracted with Virtumundo. To unsubscribe**
**from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 23:35:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <219976-18300>; Thu, 20 Nov 2003 01:05:19 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <218060-18308>; Thu, 20 Nov 2003 01:04:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 20 Nov 2003 00:03:49 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 201315
From: Your Fast Cash <YourFastCashNow201315@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow201315@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.010408-0500_est.218060-18308+10605@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 01:04:08 -0500


Dear Faye,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 19 23:35:42 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <220048-18309>; Thu, 20 Nov 2003 01:05:19 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com
with ESMTP id <219112-18307>; Thu, 20 Nov 2003 01:04:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 20 Nov 2003 00:03:49 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 201315
From: Your Fast Cash <YourFastCashNow201315@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow201315@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov20.010409-0500_est.219112-18307+10559@ams.ftl.affinity.com>
Date:Thu, 20 Nov 2003 01:04:09 -0500


Dear Jamila,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. Apply now!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit here to Apply for up to $500 right now.
It only takes 2 minutes to complete the application, and you
can pick up your money tomorrow at any ATM machine or your bank.

Apply Now
Thank you,

Janice Green, YourFastCash.com

PS. This is simply the easiest and fastest way to get the money you need!

---



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 15 17:30:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215115-5395>; Mon, 15 Dec 2003 18:03:40 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <214287-5396>; Mon, 15 Dec 2003 18:01:39 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm095.vmadmin.com with SMTP; 15 Dec 2003 17:01:28 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 219552
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow219552@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.180139-0500_est.214287-5396+30049@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 18:01:38 -0500

Dear Jamila,



**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 15 17:30:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <212770-14262>; Mon, 15 Dec
2003 18:04:41 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com
with ESMTP id <218626-14269>; Mon, 15 Dec 2003 18:01:38 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 15 Dec 2003 17:01:31 -0600
X-ClientHost:
10611111009711610409711006410311114100111110119111114107115046099111109
X-MailingID: 219552
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow219552@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.180138-0500_est.218626-14269+77048@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 18:01:38 -0500


Dear Jonathan,



---

**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 15 17:30:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215586-5397>; Mon, 15 Dec 2003 18:03:26 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <218672-5395>; Mon, 15 Dec 2003 18:01:37 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 15 Dec 2003 17:01:28 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 219552
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow219552@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.180137-0500_est.218672-5395+29796@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 18:01:37 -0500
```

Dear James,



---

**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 15 17:30:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215031-5396>; Mon, 15 Dec 2003 18:03:25 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <217810-5395>; Mon, 15 Dec 2003 18:01:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 15 Dec 2003 17:01:28 -0600
X-ClientHost: 10209712110106410311111410011111011911111410715046099111109
X-MailingID: 219552
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow219552@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.180136-0500_est.217810-5395+29792@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 18:01:35 -0500


Dear Faye,



---

**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 01 15:57:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214359-18277>; Mon, 1 Dec 2003 17:59:08 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <225576-18279>; Mon, 1 Dec 2003 17:58:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 01 Dec 2003 16:56:48 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 209515
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow209515@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.175808-0500_est.225576-18279+11344@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 17:58:08 -0500


Dear Jay,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.
It only takes 2 minutes to complete the application, and you
can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---

    **You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 01 15:57:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <224817-18277>; Mon, 1 Dec
2003 17:59:08 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <223924-18277>; Mon, 1 Dec 2003 17:58:08 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm115.vmadmin.com with SMTP; 01 Dec 2003 16:56:48 -0600
X-ClientHost:
1061111100971161040971100641031111141001111101191111141071115046099111109
X-MailingID: 209515
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow209515@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.175808-0500_est.223924-18277+11605@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 17:58:08 -0500


Dear Jonathan,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**


**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---



**You received this email because you signed up at one of Virtumundo's**
**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Dec 01 15:57:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <223846-18277>; Mon, 1 Dec 2003 17:59:08 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <214359-18277>; Mon, 1 Dec 2003 17:58:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 01 Dec 2003 16:56:48 -0600
X-ClientHost:
106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 209515
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow209515@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.175806-0500_est.214359-18277+11604@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 17:58:06 -0500


Dear Jamila,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. Apply now!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit here to Apply for up to $500 right now.
It only takes 2 minutes to complete the application, and you
can pick up your money tomorrow at any ATM machine or your bank.

Apply Now
Thank you,

Janice Green, YourFastCash.com

PS. This is simply the easiest and fastest way to get the money you need!



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Mon Dec 01 15:57:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217985-18277>; Mon, 1 Dec 2003 17:59:08 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <225528-18277>; Mon, 1 Dec 2003 17:57:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 01 Dec 2003 16:56:48 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 209515
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow209515@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.175759-0500_est.225528-18277+11598@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 17:57:59 -0500
```

Dear James,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---



**You received this email because you signed up at one of Virtumundo's**
**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**
**signed up with a party that has contracted with Virtumundo. To unsubscribe**
**from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Mon Dec 01 15:57:26 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <222919-18277>; Mon, 1 Dec 2003 17:59:08 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com
with ESMTP id <225510-18277>; Mon, 1 Dec 2003 17:57:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 01 Dec 2003 16:56:48 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 209515
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow209515@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec1.175759-0500_est.225510-18277+11596@ams.ftl.affinity.com>
Date:Mon, 1 Dec 2003 17:57:58 -0500


Dear Faye,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---

**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go**

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 08:53:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <214737-27843>; Wed, 26 Nov 2003 02:20:07 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <216931-27843>; Wed, 26 Nov 2003 02:19:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 26 Nov 2003 01:19:55 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 205425
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow205425@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.021958-0500_est.216931-27843+7450@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 02:19:58 -0500


Dear Jamila,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. Apply now!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit here to Apply for up to $500 right now.
It only takes 2 minutes to complete the application, and you
can pick up your money tomorrow at any ATM machine or your bank.

Apply Now
Thank you,

Janice Green, YourFastCash.com

PS. This is simply the easiest and fastest way to get the money you need!

You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe

from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

From ???@??? Wed Nov 26 08:53:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213502-27852>; Wed, 26 Nov 2003 02:20:07 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <216908-27842>; Wed, 26 Nov 2003 02:20:00 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 26 Nov 2003 01:19:55 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 205425
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow205425@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.022000-0500_est.216908-27842+7242@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 02:19:58 -0500


Dear Jay,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---



**You received this email because you signed up at one of Virtumundo's**
**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**
**signed up with a party that has contracted with Virtumundo. To unsubscribe**
**from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 08:53:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214690-27847>; Wed, 26 Nov 2003 02:20:07 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <216918-27848>; Wed, 26 Nov 2003 02:19:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 26 Nov 2003 01:19:55 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 205425
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow205425@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.021958-0500_est.216918-27848+7373@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 02:19:58 -0500


Dear James,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

**You received this email because you signed up at one of Virtumundo's**
**websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you**
**signed up with a party that has contracted with Virtumundo. To unsubscribe**
**from the Virtumundo Rewards List, go to** **http://www.virtumundo.com/unsub** **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Wed Nov 26 08:53:43 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214721-27852>; Wed, 26 Nov 2003 02:20:07 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com
with ESMTP id <213502-27839>; Wed, 26 Nov 2003 02:19:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm120.vmadmin.com with SMTP; 26 Nov 2003 01:19:55 -0600
X-ClientHost: 10209712110106410311111410011111011911111410715046099111109
X-MailingID: 205425
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow205425@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.021958-0500_est.213502-27839+7730@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 02:19:58 -0500


Dear Faye,

Need Extra Cash for the Holidays ... Travel, Shopping, Bills?
YES! You have been selected for a quick cash advance
of up to $500 on your next paycheck. **Apply now**!

- Get up to $500 Cash.
- No credit checks.
- If you have a job, you probably qualify!

Now you can enjoy the Holidays this year! Travel back
home, enjoy some pumpkin pie, buy that nice jacket.

Please visit **here to Apply for up to $500 right now.**
**It only takes 2 minutes to complete the application, and you**
**can pick up your money tomorrow at any ATM machine or your bank.**

**Apply Now**
Thank you,

Janice Green, **YourFastCash.com**

PS. This is simply the easiest and fastest way to get the money you need!

---

**You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at** http://privacy.virtumundo.com/properties.html**) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to** http://www.virtumundo.com/unsub **or** go

here. **To read Virtumundo's privacy policy, go to** Privacy Policy. **The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**

**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

```
From ???@??? Mon Dec 15 17:30:37 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214287-5395>; Mon, 15 Dec 2003 18:03:40 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com
with ESMTP id <218677-5397>; Mon, 15 Dec 2003 18:01:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 15 Dec 2003 17:01:28 -0600
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 219552
From: Your Fast Cash <YourFastCashNow@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Fast Cash <YourFastCashNow219552@replies.virtumundo.com>
Subject: Need cash for the Holidays? Get up to $500 by tomorrow
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.180140-0500_est.218677-5397+29948@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 18:01:39 -0500
```

Dear Jay,



---

**You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.**
**(c) 1998-2003 Virtumundo, Inc. All rights reserved.**

From ???@??? Thu Apr 27 08:16:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 2818 invoked from network); 25 Apr 2006 18:24:41 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 25 Apr 2006 18:24:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 19:24:12 -0500
X-ClientHost:
099104117099107064097110116104111110121099101110116114097108046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,HTML_90_100,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


Images not loading? View this offer by visiting this link



Coupon Code:
( INK7778 )



**Large Selection For**

Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

4InkJets 7725 Somerset Blvd. Paramount, CA 90723

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:16:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 707 invoked from network); 25 Apr 2006 18:24:37 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by ehahome.com with SMTP; 25 Apr 2006 18:24:29 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 25 Apr 2006 19:24:13 -0500
X-ClientHost:
097110116064097110116104111110121099101110116114097108046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,HTML_90_100,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


Images not loading? View this offer by visiting this link





**Large Selection For**

Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

4InkJets 7725 Somerset Blvd. Paramount, CA 90723

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 08:16:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 6306 invoked from network); 25 Apr 2006 18:24:45 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 25 Apr 2006 18:24:42 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 19:24:12 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,HTML_90_100,
    HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
    HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
    RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


Images not loading? View this offer by visiting this link





**Large Selection For**

Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

---



**4InkJets 7725 Somerset Blvd. Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:16:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 8995 invoked from network); 25 Apr 2006 18:24:50 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 25 Apr 2006 18:24:47 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 19:24:12 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,HTML_90_100,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63


Images not loading? View this offer by visiting this link





**Large Selection For**

Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

4InkJets 7725 Somerset Blvd. Paramount, CA 90723

If you can not see our footer image, please visit here.

```
From ???@??? Thu Apr 27 08:16:53 2006
X-Persona: <Anthony>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 11462 invoked from network); 25 Apr 2006 18:24:54 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by ehahome.com with SMTP; 25 Apr 2006 18:24:52 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 25 Apr 2006 19:24:12 -0500
X-ClientHost: 11610606409711011610411111012109910111011611409710804609911109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.9 required=7.0 tests=DATE_MISSING,HTML_90_100,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link





**Large Selection For**

Epson
HP
Lexmark
Samsung
Canon
and More...

\*\*Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

**4InkJets 7725 Somerset Blvd. Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

From ???@??? Thu Apr 27 08:03:28 2006
X-Persona: <Jay>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 10-jay@jaycelia.com
Received: (qmail 7972 invoked from network); 25 Apr 2006 17:18:55 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jammtomm.com with SMTP; 25 Apr 2006 17:18:54 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 25 Apr 2006 18:18:52 -0500
X-ClientHost: 106097121064106097121099101108105097046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Jay <jay@jaycelia.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=9.0 required=7.0 tests=BAYES_90,DATE_MISSING,
        HTML_90_100,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  2.1 BAYES_90 BODY: Bayesian spam probability is 90 to 99%
        *      [score: 0.9760]
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_90_100 BODY: Message is 90% to 100% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





Coupon Code:
( INK7778 )

**Large Selection For**
Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

4InkJets 7725 Somerset Blvd. Paramount, CA 90723

If you can not see our footer image, please visit here.

From ???@??? Thu Apr 27 07:59:47 2006
X-Persona: <Jon>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7520 invoked from network); 25 Apr 2006 17:18:54 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by jaycelia.com with SMTP; 25 Apr 2006 17:18:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Apr 2006 18:18:53 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=DATE_MISSING,HTML_90_100,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.1 HTML_90_100 BODY: Message is 90% to 100% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





**Coupon Code:**
**( INK7778 )**

**Large Selection For**
Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

**4InkJets 7725 Somerset Blvd. Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 07:59:42 2006
X-Persona: <Bonnie>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 1-jim@itdidnotendright.com
Received: (qmail 19108 invoked from network); 25 Apr 2006 20:29:11 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 25 Apr 2006 20:29:06 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 25 Apr 2006 21:29:02 -0500
X-ClientHost:
106105109064105116100105100110111116101110100114105103104116046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <jim@itdidnotendright.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

Images not loading? View this offer by visiting this link





**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.



**4InkJets 7725 Somerset Blvd. Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

```
From ???@??? Thu Apr 27 07:58:47 2006
X-Persona: <Celia>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 11-celia@celiajay.com
Received: (qmail 27461 invoked from network); 26 Apr 2006 00:26:52 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
   by greatnorthwest-alpha.org with SMTP; 26 Apr 2006 00:26:49 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb02 with SMTP; 26 Apr 2006 01:26:45 -0500
X-ClientHost: 0991011081050970640991011081050971060971210460099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <celia@celiajay.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=DATE_MISSING,HTML_90_100,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
       RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
       * 1.0 DATE_MISSING Missing Date: header
       * 2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
       * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       * 0.0 HTML_MESSAGE BODY: HTML included in message
       * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       * 0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       * 1.1 HTML_90_100 BODY: Message is 90% to 100% HTML
       * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       * 1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       * 0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       * 2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       * [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]
```

Images not loading? View this offer by visiting this link





Coupon Code:
( INK7778 )

Large
Selection
For
Epson
HP
Lexmark
Samsung
Canon
and More…

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

**4InkJets 7725 Somerset Blvd. Paramount, CA 90723**

If you can not see our footer image, please visit here.

From ???@??? Tue Apr 25 20:55:56 2006
X-Persona: <Mila>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
        with SpamAssassin (2.63 2004-01-11);
        Tue, 25 Apr 2006 17:18:45 -0600
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *************
X-Spam-Status: Yes, hits=12.3 required=7.0 tests=BAYES_99,DATE_MISSING,
        HTML_90_100,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
        HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
        MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
        autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_444EAE55.4079A27F"

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(3727&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(3727&e=mila@jammtomm.com
  URI:http://ogy.cc/saveitgogogo_files/spring06_01.gif [...]

Content analysis details:   (12.3 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_90_100            BODY: Message is 90% to 100% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 2307 invoked from network); 25 Apr 2006 17:18:44 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
  by rcw19190020.com with SMTP; 25 Apr 2006 17:18:43 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb01 with SMTP; 25 Apr 2006 18:18:42 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Up to 75%
saving1.htm"
```

From ???@??? Thu Apr 27 08:20:22 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter345562@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 7520 invoked from network); 25 Apr 2006 17:18:54 -0600
Received: from vm-185-10.vm-mail.com (HELO pkc-sb01) (206.82.185.10)
   by jaycelia.com with SMTP; 25 Apr 2006 17:18:54 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb01 with SMTP; 25 Apr 2006 18:18:53 -0500
X-ClientHost: 10611111006410609712110709712111511212108097099101046099111109
X-MailingID: 345562
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+345562@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.8 required=7.0 tests=DATE_MISSING,HTML_90_100,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no version=2.63
X-Spam-Report:
      *  1.0 DATE_MISSING Missing Date: header
      *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.0 HTML_MESSAGE BODY: HTML included in message
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.1 HTML_90_100 BODY: Message is 90% to 100% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.185.10>]


Images not loading? View this offer by visiting this link





Coupon Code:
( INK7778 )

**Large Selection For**
Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

**4InkJets 7725 Somerset Blvd. Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:36:45 2006
Return-Path: <mailcenter343272@vm-mail.com>
Delivered-To: 13-chuck@anthonycentral.com
Received: (qmail 1176 invoked from network); 11 Apr 2006 16:16:35 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 11 Apr 2006 16:16:35 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 17:16:22 -0500
X-ClientHost:
09910411709910706409711011610411110121099101110116114097108046099111109
X-MailingID: 343272
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Chuck <chuck@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343272@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_90_100 BODY: Message is 90% to 100% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]




Images not loading? View this offer by visiting this link
```





Coupon Code:
( INK7778 )

**Large Selection For**
Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

**4InkJets, 7725 Somerset Blvd., Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

From ???@??? Wed Apr 12 10:36:45 2006
Return-Path: <mailcenter343272@vm-mail.com>
Delivered-To: 13-dewayne@anthonycentral.com
Received: (qmail 1729 invoked from network); 11 Apr 2006 16:16:36 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
   by greatnorthwest-alpha.org with SMTP; 11 Apr 2006 16:16:35 -0600
Received: from vm-mail.com (10.0.0.42)
   by pkc-sb03 with SMTP; 11 Apr 2006 17:16:22 -0500
X-ClientHost:
100101119097121110101064097110116104111110121099101110116114097108046099111109
X-MailingID: 343272
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <dewayne@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343272@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_90_100,
       HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
       HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
       MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
       *  1.9 DATE_MISSING Missing Date: header
       *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
       *  0.1 HTML_MESSAGE BODY: HTML included in message
       *  0.3 HTML_FONT_BIG BODY: HTML has a big font
       *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
       *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
       *  1.2 HTML_90_100 BODY: Message is 90% to 100% HTML
       *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
       *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
       *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
       *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
       *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]


Images not loading? View this offer by visiting this link





**Large
Selection
For**

Epson
HP
Lexmark
Samsung
Canon
and More...

Coupon Code:
**( INK7778 )**

**\*\*Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.**

**4InkJets, 7725 Somerset Blvd., Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:36:45 2006
Return-Path: <mailcenter343272@vm-mail.com>
Delivered-To: 13-tj@anthonycentral.com
Received: (qmail 5285 invoked from network); 11 Apr 2006 16:16:44 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 11 Apr 2006 16:16:38 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 17:16:22 -0500
X-ClientHost: 11610606409711011610411111012109910110101611409710804609911109
X-MailingID: 343272
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Tj <tj@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343272@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        * 1.9 DATE_MISSING Missing Date: header
        * 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        * 0.1 HTML_MESSAGE BODY: HTML included in message
        * 0.3 HTML_FONT_BIG BODY: HTML has a big font
        * 0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        * 0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        * 1.2 HTML_90_100 BODY: Message is 90% to 100% HTML
        * 0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        * 1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        * 0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        * 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *     [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

**Images not loading? View this offer by visiting this link**





Coupon Code:
( INK7778 )

**Large Selection For**
Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

4InkJets, 7725 Somerset Blvd., Paramount, CA 90723

If you can not see our footer image, please visit here.

```
From ???@??? Wed Apr 12 10:36:45 2006
Return-Path: <mailcenter343272@vm-mail.com>
Delivered-To: 13-sandy@anthonycentral.com
Received: (qmail 2562 invoked from network); 11 Apr 2006 16:16:37 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 11 Apr 2006 16:16:37 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 17:16:22 -0500
X-ClientHost:
115097110100121064097110116104111110121099101110116114097108046099111109
X-MailingID: 343272
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <sandy@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343272@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_90_100,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
      HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
      MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
      *  1.9 DATE_MISSING Missing Date: header
      *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
      *  0.1 HTML_MESSAGE BODY: HTML included in message
      *  0.3 HTML_FONT_BIG BODY: HTML has a big font
      *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
      *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
      *  1.2 HTML_90_100 BODY: Message is 90% to 100% HTML
      *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
      *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
      *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
      *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
      *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





Coupon Code:
( INK7778 )

**Large
Selection
For**

Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

**4InkJets, 7725 Somerset Blvd., Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 07:40:30 2006
X-Persona: <Mila>
Return-Path: <mailcenter343272@vm-mail.com>
Delivered-To: 6-mila@jammtomm.com
Received: from localhost by gordonworks.com
      with SpamAssassin (2.63 2004-01-11);
      Tue, 11 Apr 2006 16:03:32 -0600
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ************
X-Spam-Status: Yes, hits=12.6 required=7.0 tests=BAYES_99,DATE_MISSING,
      HTML_90_100,HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,
      HTML_FONTCOLOR_UNSAFE,HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_MESSAGE,
      MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET
      autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_443C27B4.D2BE0471"
```

Spam detection software, running on the system "gordonworks.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  Images not loading? View this offer by
  URI:http://redirect.virtumundo.com/ct?i(2061&e=mila@jammtomm.com
  visiting this link
  URI:http://redirect.virtumundo.com/ct?i(2061&e=mila@jammtomm.com
  URI:http://ogy.cc/saveitgogogo_files/spring06_01.gif [...]

Content analysis details:   (12.6 points, 7.0 required)

 pts rule name              description
---- ---------------------- --------------------------------------------------
 1.9 DATE_MISSING           Missing Date: header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_MESSAGE           BODY: HTML included in message
 0.3 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 HTML_FONTCOLOR_UNSAFE  BODY: HTML font color not in safe 6x6x6 palette
 5.4 BAYES_99               BODY: Bayesian spam probability is 99 to 100%
                            [score: 1.0000]
 0.3 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 1.2 HTML_90_100            BODY: Message is 90% to 100% HTML
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.0 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.6 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in bl.spamcop.net
                [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 20035 invoked from network); 11 Apr 2006 16:03:30 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by gordonworks.com with SMTP; 11 Apr 2006 16:03:28 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 17:03:12 -0500
X-ClientHost: 109105108097064106097109109116111109109046099111109
X-MailingID: 343272
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Jamila <mila@jammtomm.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter  <mailcenter+343272@vm-rewards.com>
Subject: Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted: "c:\program files\qualcomm\eudora\attach\SPAM Up to 75%
saving.htm"
```

```
From ???@??? Tue Apr 11 19:39:07 2006
X-Persona: <jon@jaykaysplace.com>
Return-Path: <mailcenter343272@vm-mail.com>
Delivered-To: 12-jon@jaykaysplace.com
Received: (qmail 22369 invoked from network); 11 Apr 2006 16:03:33 -0600
Received: from vm-186-10.vm-mail.com (HELO pkc-sb02) (206.82.186.10)
  by clrobin.com with SMTP; 11 Apr 2006 16:03:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb02 with SMTP; 11 Apr 2006 17:03:24 -0500
X-ClientHost: 106111110064106097121107097121115112108097099101046099111109
X-MailingID: 343272
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Friend <jon@jaykaysplace.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343272@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: Yes, hits=9.9 required=7.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET,X_MAIL_ID_PRESENT autolearn=no
        version=2.63
X-Spam-Report:
        *  1.0 DATE_MISSING Missing Date: header
        *  2.8 X_MAIL_ID_PRESENT Message has X-MailingID header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.0 HTML_MESSAGE BODY: HTML included in message
        *  0.1 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.1 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.1 HTML_90_100 BODY: Message is 90% to 100% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  1.5 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.7 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  2.2 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.186.10>]



Images not loading? View this offer by visiting this link
```





**Coupon Code:**
**( INK7778 )**

**Large Selection For**
Epson
HP
Lexmark
Samsung
Canon
and More...

\*\*Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

**4InkJets, 7725 Somerset Blvd., Paramount, CA 90723**

**If you can not see our footer image, please visit here.**

```
From ???@??? Wed Apr 12 10:36:45 2006
Return-Path: <mailcenter343272@vm-mail.com>
Delivered-To: 13-ant@anthonycentral.com
Received: (qmail 1027 invoked from network); 11 Apr 2006 16:16:33 -0600
Received: from vm-187-10.vm-mail.com (HELO pkc-sb03) (206.82.187.10)
  by greatnorthwest-alpha.org with SMTP; 11 Apr 2006 16:16:31 -0600
Received: from vm-mail.com (10.0.0.42)
  by pkc-sb03 with SMTP; 11 Apr 2006 17:16:22 -0500
X-ClientHost:
09711011606409711011610411111012109910110110161140971080460991111109
X-MailingID: 343272
From: Your Number One Printer Supply Store
<YourNumberOnePrinterSupplyStore@vm-mail.com>
To: Amra <ant@anthonycentral.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+343272@vm-rewards.com>
Subject: *****SPAM***** Up to 75% savings on ink and toner
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *******
X-Spam-Status: Yes, hits=7.2 required=7.0 tests=DATE_MISSING,HTML_90_100,
        HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNKNOWN,HTML_FONTCOLOR_UNSAFE,
        HTML_FONT_BIG,HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,
        MIME_HTML_ONLY,RCVD_IN_BL_SPAMCOP_NET autolearn=no version=2.63
X-Spam-Report:
        *  1.9 DATE_MISSING Missing Date: header
        *  0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
        *  0.1 HTML_MESSAGE BODY: HTML included in message
        *  0.3 HTML_FONT_BIG BODY: HTML has a big font
        *  0.1 HTML_FONTCOLOR_UNSAFE BODY: HTML font color not in safe 6x6x6
palette
        *  0.3 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
        *  1.2 HTML_90_100 BODY: Message is 90% to 100% HTML
        *  0.1 HTML_FONTCOLOR_RED BODY: HTML font color is red
        *  1.0 HTML_IMAGE_ONLY_04 BODY: HTML: images with 200-400 bytes of words
        *  0.6 MIME_HTML_NO_CHARSET RAW: Message text in HTML without charset
        *  1.5 RCVD_IN_BL_SPAMCOP_NET RBL: Received via a relay in
bl.spamcop.net
        *      [Blocked - see <http://www.spamcop.net/bl.shtml?206.82.187.10>]
```

Images not loading? View this offer by visiting this link





Coupon Code:
( INK7778 )

Large
Selection
For
Epson
HP
Lexmark
Samsung
Canon
and More...

**Orders must be over 50 dollars after discounts, coupons and before tax. Free Shipping offer only valid in the U.S.

4InkJets, 7725 Somerset Blvd., Paramount, CA 90723

If you can not see our footer image, please visit here.

From ???@??? Thu Nov 27 09:22:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <215154-325>; Thu, 27 Nov 2003
08:59:01 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <216416-319>; Thu, 27 Nov 2003 08:58:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 27 Nov 2003 07:58:13 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 207140
From: Your Online Pharmacy <YourOnlinePharmacy@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Online Pharmacy
<YourOnlinePharmacy207140@replies.virtumundo.com>
Subject: Low Cost Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.085816-0500_est.216416-319+18242@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 08:58:16 -0500



**24-Hour Private Customer Care: 1-800-993-3854**



You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you
signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or
services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 09:22:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <215027-324>; Thu, 27 Nov 2003 08:59:01 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <216332-321>; Thu, 27 Nov 2003 08:58:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 27 Nov 2003 07:58:13 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 207140
From: Your Online Pharmacy <YourOnlinePharmacy@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Online Pharmacy
<YourOnlinePharmacy207140@replies.virtumundo.com>
Subject: Low Cost Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.085816-0500_est.216332-321+18098@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 08:58:15 -0500
```



24-Hour Private Customer Care: 1-800-993-3854

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 09:22:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214918-322>; Thu, 27 Nov 2003 08:59:01 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <216347-325>; Thu, 27 Nov 2003 08:58:16 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm104.vmadmin.com with SMTP; 27 Nov 2003 07:58:13 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 207140
From: Your Online Pharmacy <YourOnlinePharmacy@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Online Pharmacy
<YourOnlinePharmacy207140@replies.virtumundo.com>
Subject: Low Cost Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.085816-0500_est.216347-325+18555@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 08:58:15 -0500
```



24-Hour Private Customer Care: 1-800-993-3854

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 09:22:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213085-322>; Thu, 27 Nov 2003 08:59:01 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <212997-326>; Thu, 27 Nov 2003 08:58:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 27 Nov 2003 07:58:13 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 207140
From: Your Online Pharmacy <YourOnlinePharmacy@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Online Pharmacy
<YourOnlinePharmacy207140@replies.virtumundo.com>
Subject: Low Cost Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.085816-0500_est.212997-326+18006@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 08:58:14 -0500
```



24-Hour Private Customer Care: 1-800-993-3854

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Thu Nov 27 09:22:47 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <215060-325>; Thu, 27 Nov 2003 08:59:01 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com
with ESMTP id <216362-326>; Thu, 27 Nov 2003 08:58:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 27 Nov 2003 07:58:13 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 207140
From: Your Online Pharmacy <YourOnlinePharmacy@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Online Pharmacy
<YourOnlinePharmacy207140@replies.virtumundo.com>
Subject: Low Cost Prescription Medication
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.085816-0500_est.216362-326+18007@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 08:58:16 -0500
```



**24-Hour Private Customer Care: 1-800-993-3854**

You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Sat Sep 09 12:59:51 2006
X-Persona: <2nd User>
Return-Path: <mailcenter362462@vm-mail.com>
Delivered-To: 6-tommy@jammtomm.com
Received: (qmail 20131 invoked from network); 7 Sep 2006 17:58:55 -0600
Received: from static-vmg-186-161.vm-mail.com (HELO vm-186-161.vm-mail.com)
(206.82.186.161)
  by xj4x4.net with SMTP; 7 Sep 2006 17:58:54 -0600
Received: from vm-mail.com (10.0.0.42)
  by vm-186-161.vm-mail.com with SMTP; 07 Sep 2006 18:58:46 -0500
X-ClientHost: 116111091091210641060971091091161111091090460991111109
X-MailingID: 362462
From: Your Own Dollar Store <YourOwnDollarStore@vm-mail.com>
To: Tommy <tommy@jammtomm.com>
Errors-To: errors@vm-mail.com
Reply-To: MailCenter <mailcenter+362462@vm-rewards.com>
Subject: Start an online store - it's easy and simple
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ******
X-Spam-Status: No, hits=6.1 required=7.0 tests=DATE_MISSING,HTML_50_60,
      HTML_FONTCOLOR_RED,HTML_FONTCOLOR_UNSAFE,HTML_IMAGE_ONLY_08,
      HTML_IMAGE_RATIO_06,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
      X_MAIL_ID_PRESENT autolearn=no version=2.63
```

Images not loading? View this offer by visiting this link



If you would like to no longer receive any further email messages from the
advertiser above sent by Virtumundo,
 visit this link

Online Dollar Store 701 N. Green Valley Parkway, Suite 200 Henderson, NV 89074

Please send any questions or concerns about the Virtumundo Rewards program to: Virtumundo, Inc. 8400 West 110th Street Suite 330 Overland Park, KS 66210 or call at 913.660.1300. To remove yourself from receiving further email as a subscriber of Virtumundo Rewards, go to http://www.virtumundo.com/change or visit here. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

If you can not see our footer image, please visit here.



From ???@??? Wed Oct 29 06:24:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <363951-21967>; Wed, 29 Oct 2003 09:05:30 -0500
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <359086-21967>; Wed, 29 Oct 2003 09:04:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 29 Oct 2003 08:04:26 -0600
X-ClientHost: 10609712106410311111410011111019111111410711504609911109
X-MailingID: 182031
From: Your Present <YourPresentFromSilverCarrot182031@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Present
<YourPresentFromSilverCarrot182031@replies.virtumundo.com>
Subject: Sweets for Jay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.090440-0500_est.359086-21967+1684@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 09:04:33 -0500





**Dear Jay,**

**Our prize notification department has informed us that you have been awarded a valuable Jelly Belly® gift, but as of today it remains unclaimed.**

This Jelly Belly gift is reserved for you.

**Or simply click here to receive your Jelly Belly gift.**

**Sincerely,**
**Stacy**

**P.S. Please forward this great offer to a friend!**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from
the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy
Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer
should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Wed Oct 29 06:55:50 CST 2003

```
From ???@??? Wed Oct 29 06:24:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <358061-21961>; Wed, 29 Oct 2003 09:04:58 -0500
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <326868-21969>; Wed, 29 Oct 2003 09:04:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 29 Oct 2003 08:04:26 -0600
X-ClientHost:
10609710910510809706410311111410011110119111114107115046099111109
X-MailingID: 182031
From: Your Present <YourPresentFromSilverCarrot182031@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Present
<YourPresentFromSilverCarrot182031@replies.virtumundo.com>
Subject: Sweets for Jamila
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.090434-0500_est.326868-21969+1530@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 09:04:32 -0500
```



**Dear Jamila,**

**Our prize notification department has informed us that you have been awarded a valuable Jelly Belly® gift, but as of today it remains unclaimed.**

*This Jelly Belly gift is reserved for you.*

**Or simply click here to receive your Jelly Belly gift.**

**Sincerely,**
**Stacy**

**P.S. Please forward this great offer to a friend!**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent Wed Oct 29 06:55:50 CST 2003

From ???@??? Wed Oct 29 06:24:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <345782-21963>; Wed, 29 Oct 2003 09:04:58 -0500
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <359024-21963>; Wed, 29 Oct 2003 09:04:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 29 Oct 2003 08:04:26 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 182031
From: Your Present <YourPresentFromSilverCarrot182031@vmadmin.com>
To:   Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Present
<YourPresentFromSilverCarrot182031@replies.virtumundo.com>
Subject: Sweets for Faye
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.090431-0500_est.359024-21963+1832@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 09:04:31 -0500



Dear Faye,

 Our prize notification department has informed us that
you have been awarded a valuable Jelly Belly® gift, but
as of today it remains unclaimed.

 This Jelly Belly gift is reserved for you.

Or simply click here to receive your Jelly Belly gift.

 Sincerely,
Stacy

 P.S. Please forward this great offer to a friend!



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Wed Oct 29 06:55:50 CST 2003

From ???@??? Wed Oct 29 06:24:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <295000-21966>; Wed, 29 Oct 2003 09:04:57 -0500
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <359502-21962>; Wed, 29 Oct 2003 09:04:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 29 Oct 2003 08:04:26 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 182031
From: Your Present <YourPresentFromSilverCarrot182031@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Present
<YourPresentFromSilverCarrot182031@replies.virtumundo.com>
Subject: Sweets for James
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.090431-0500_est.359502-21962+1579@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 09:04:31 -0500





**Dear James,**

**Our prize notification department has informed us that you have been awarded a valuable Jelly Belly® gift, but as of today it remains unclaimed.**

This Jelly Belly gift is reserved for you.

**Or simply** click **here to receive your Jelly Belly gift.**

**Sincerely,**
**Stacy**

**P.S. Please forward this great offer to a friend!**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.
Message sent Wed Oct 29 06:55:50 CST 2003

```
From ???@??? Wed Oct 29 06:24:36 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <318323-21961>; Wed, 29 Oct
2003 09:05:30 -0500
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com
with ESMTP id <346246-21964>; Wed, 29 Oct 2003 09:04:42 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 29 Oct 2003 08:04:26 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 182031
From: Your Present <YourPresentFromSilverCarrot182031@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Present
<YourPresentFromSilverCarrot182031@replies.virtumundo.com>
Subject: Sweets for Jonathan
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.090442-0500_est.346246-21964+1637@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 09:04:41 -0500
```



Dear Jonathan,

 **Our prize notification department has informed us that you have been awarded a valuable Jelly Belly® gift, but as of today it remains unclaimed.**

 This Jelly Belly gift is reserved for you.

**Or simply click here to receive your Jelly Belly gift.**

 **Sincerely,
Stacy**

 **P.S. Please forward this great offer to a friend!**



You received this email because you signed up at one of Virtumundo's websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-2003 Virtumundo, Inc. All rights reserved.

Message sent Wed Oct 29 06:55:50 CST 2003

From ???@??? Fri Jul 08 16:31:15 2005
X-Persona: <Katie>
Return-Path: <mailcenter327154@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
        with SpamAssassin (2.63 2004-01-11);
        Fri, 08 Jul 2005 10:30:31 -0600
From: Your Professional Debtstructors <Debtstructors@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Enjoy the freedom of a lighter debt load
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=DATE_MISSING,
        HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_GREEN,HTML_FONTCOLOR_RED,
        HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_FONT_INVISIBLE,
        HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
        RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CEAA27.958EC24C"


Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2986&e=katie@ehahome.com
  URI:http://ogy.cc/hippa/email42_r1_c1.jpg
  URI:http://redirect.virtumundo.com/ct?i'2986&e=katie@ehahome.com
  URI:http://ogy.cc/hippa/email42_r1_c2.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_FONTCOLOR_GREEN   BODY: HTML font color is green
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                            [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]


The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.

```
Received: (qmail 1314 invoked from network); 8 Jul 2005 10:30:30 -0600
Received: from vm-183-207.vm-mail.com (206.82.183.207)
  by rcw19190020.com with SMTP; 8 Jul 2005 10:30:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-207.vm-mail.com with SMTP; 08 Jul 2005 11:30:27 -0500
X-ClientHost: 107097116105101064101104097104111109101046099111109
X-MailingID: 327154
From: Your Professional Debtstructors <Debtstructors@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327154@vm-rewards.com>
Subject: Enjoy the freedom of a lighter debt load
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Enjoy the
freedo.htm"
```

```
From ???@??? Fri Jul 08 16:31:15 2005
X-Persona: <Katie>
Return-Path: <mailcenter327154@vm-mail.com>
Delivered-To: 5-katie@ehahome.com
Received: from localhost by omniinnovations.com
     with SpamAssassin (2.63 2004-01-11);
     Fri, 08 Jul 2005 10:30:31 -0600
From: Your Professional Debtstructors <Debtstructors@vm-mail.com>
To: Katie <katie@ehahome.com>
Subject: *****SPAM***** Enjoy the freedom of a lighter debt load
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on omniinnovations.com
X-Spam-Level: ********
X-Spam-Status: Yes, hits=8.3 required=3.0 tests=DATE_MISSING,
     HTML_FONTCOLOR_BLUE,HTML_FONTCOLOR_GREEN,HTML_FONTCOLOR_RED,
     HTML_FONTCOLOR_UNKNOWN,HTML_FONT_BIG,HTML_FONT_INVISIBLE,
     HTML_IMAGE_ONLY_04,HTML_MESSAGE,MIME_HTML_NO_CHARSET,MIME_HTML_ONLY,
     RCVD_IN_SBL,X_MAIL_ID_PRESENT autolearn=no version=2.63
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="----------=_42CEAA27.958EC24C"
```

Spam detection software, running on the system "omniinnovations.com", has
identified this incoming email as possible spam.  The original message
has been attached to this so you can view it (if it isn't spam) or block
similar future email.  If you have any questions, see
the administrator of that system for details.

Content preview:  URI:http://redirect.virtumundo.com/ct?i'
2986&e=katie@ehahome.com
  URI:http://ogy.cc/hippa/email42_r1_c1.jpg
  URI:http://redirect.virtumundo.com/ct?i'2986&e=katie@ehahome.com
  URI:http://ogy.cc/hippa/email42_r1_c2.gif [...]

Content analysis details:   (8.3 points, 3.0 required)

 pts rule name              description
 ---- ---------------------- --------------------------------------------------
 1.0 DATE_MISSING           Missing Date: header
 2.8 X_MAIL_ID_PRESENT      Message has X-MailingID header
 0.1 HTML_FONTCOLOR_UNKNOWN BODY: HTML font color is unknown to us
 0.1 HTML_FONTCOLOR_GREEN   BODY: HTML font color is green
 0.1 HTML_FONTCOLOR_BLUE    BODY: HTML font color is blue
 0.0 HTML_MESSAGE           BODY: HTML included in message
 0.1 HTML_FONT_BIG          BODY: HTML has a big font
 0.1 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
 0.4 HTML_FONT_INVISIBLE    BODY: HTML font color is same as background
 0.1 HTML_FONTCOLOR_RED     BODY: HTML font color is red
 1.5 HTML_IMAGE_ONLY_04     BODY: HTML: images with 200-400 bytes of words
 0.7 MIME_HTML_NO_CHARSET   RAW: Message text in HTML without charset
 1.3 RCVD_IN_SBL            RBL: Received via a relay in Spamhaus Block List
                  [<http://www.spamhaus.org/SBL/sbl.lasso?query=SBL25791>]

The original message was not completely plain text, and may be unsafe to
open with some email clients; in particular, it may contain a virus,
or confirm that your address can receive spam.  If you wish to view
it, it may be safer to save it to a file and open it with an editor.
```

```
Received: (qmail 1314 invoked from network); 8 Jul 2005 10:30:30 -0600
Received: from vm-183-207.vm-mail.com (206.82.183.207)
  by rcw19190020.com with SMTP; 8 Jul 2005 10:30:30 -0600
Received: from vm-mail.com (192.168.3.20)
  by vm-183-207.vm-mail.com with SMTP; 08 Jul 2005 11:30:27 -0500
X-ClientHost: 10709711610510106410110409710411110910104609911109
X-MailingID: 327154
From: Your Professional Debtstructors <Debtstructors@vm-mail.com>
To: Katie <katie@ehahome.com>
Errors-To:  errors@vm-mail.com
Reply-To: MailCenter <mailcenter+327154@vm-rewards.com>
Subject: Enjoy the freedom of a lighter debt load
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

Attachment Converted:
"c:\docume~1\emilya~1\applic~1\qualcomm\eudora\attach\SPAM Enjoy the
freedo.htm"
```

```
From ???@??? Fri Jan 02 11:52:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <271456-30372>; Fri, 2 Jan 2004 13:02:37 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <271463-30370>; Fri, 2 Jan 2004 13:01:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 02 Jan 2004 12:01:48 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 233316
From: Your Smoke Shop <YourSmokeShop@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Smoke Shop <YourSmokeShop233316@replies.virtumundo.com>
Subject: Premium-brands under $15. Now with free shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.130150-0500_est.271463-30370+56355@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 13:01:50 -0500
```



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here.   To remove yourself from this program, go to http://www.virtumundo.com/change or go here.   Please mail questions or comments regarding this message to the client, Interworld Media Group, 777 N. Palm Canyon Drive, Suite 209, Palm Springs, CA 92260.

```
From ???@??? Fri Jan 02 11:52:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <271496-30370>; Fri, 2 Jan 2004 13:02:37 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <271472-30375>; Fri, 2 Jan 2004 13:01:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 02 Jan 2004 12:01:48 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 233316
From: Your Smoke Shop <YourSmokeShop@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Smoke Shop <YourSmokeShop233316@replies.virtumundo.com>
Subject: Premium-brands under $15. Now with free shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.130150-0500_est.271472-30375+57005@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 13:01:50 -0500
```



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here.   To remove yourself from this program, go to http://www.virtumundo.com/change or go here.   Please mail questions or comments regarding this message to the client, Interworld Media Group, 777 N. Palm Canyon Drive, Suite 209, Palm Springs, CA 92260.**

```
From ???@??? Fri Jan 02 11:53:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <271471-30370>; Fri, 2 Jan 2004 13:02:37 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <271480-30372>; Fri, 2 Jan 2004 13:01:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 02 Jan 2004 12:01:48 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460990111109
X-MailingID: 233316
From: Your Smoke Shop <YourSmokeShop@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Smoke Shop <YourSmokeShop233316@replies.virtumundo.com>
Subject: Premium-brands under $15. Now with free shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.130151-0500_est.271480-30372+56893@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 13:01:50 -0500
```



 If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here.   To remove yourself from this program, go to <u>**http://www.virtumundo.com/change**</u> or go here.   Please mail questions or comments regarding this message to the client, Interworld Media Group, 777 N. Palm Canyon Drive, Suite 209, Palm Springs, CA 92260.

```
From ???@??? Fri Jan 02 11:53:41 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <269479-30372>; Fri, 2 Jan 2004 13:02:37 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <271456-30370>; Fri, 2 Jan 2004 13:01:50 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 02 Jan 2004 12:01:48 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111 09
X-MailingID: 233316
From: Your Smoke Shop <YourSmokeShop@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Smoke Shop <YourSmokeShop233316@replies.virtumundo.com>
Subject: Premium-brands under $15. Now with free shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.130150-0500_est.271456-30370+56354@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 13:01:49 -0500
```



If you would like to unsubscribe from any further email advertisements

from the advertiser promoted in this message, click here.   To remove yourself from this program, go to http://www.virtumundo.com/change or go here.   Please mail questions or comments regarding this message to the client, Interworld Media Group, 777 N. Palm Canyon Drive, Suite 209, Palm Springs, CA 92260.

From ???@??? Fri Jan 02 11:52:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <271463-30370>; Fri, 2 Jan
2004 13:02:37 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com
with ESMTP id <271492-30377>; Fri, 2 Jan 2004 13:01:51 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 02 Jan 2004 12:01:48 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 233316
From: Your Smoke Shop <YourSmokeShop@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Your Smoke Shop <YourSmokeShop233316@replies.virtumundo.com>
Subject: Premium-brands under $15. Now with free shipping.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.130151-0500_est.271492-30377+56861@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 13:01:51 -0500



**If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click** here**.   To remove yourself from this program, go to** **http://www.virtumundo.com/change** **or go** here**.   Please mail questions or comments regarding this message to the client, Interworld Media Group, 777 N. Palm Canyon Drive, Suite 209, Palm Springs, CA 92260.**

```
From ???@??? Wed Jan 21 23:23:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214811-25559>; Thu, 22 Jan 2004 02:09:04 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <214626-25559>; Thu, 22 Jan 2004 02:08:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 22 Jan 2004 01:08:07 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 240390
From: Yukon-Gold <YouCanStrikeGold@vmadmin.com>
To:   Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Yukon-Gold <YouCanStrikeGold240390@replies.virtumundo.com>
Subject: This big bonus could be yours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.020809-0500_est.214626-25559+6363@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 02:08:09 -0500
```



 Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

From ???@??? Wed Jan 21 23:23:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com -->
jim@gordonworks.com) by ams.ftl.affinity.com id <214357-25549>; Thu, 22 Jan
2004 02:19:52 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <214766-25560>; Thu, 22 Jan 2004 02:08:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 22 Jan 2004 01:08:07 -0600
X-ClientHost:
106111110097116104097110064103111114100111110119111114107115046099111109
X-MailingID: 240390
From: Yukon-Gold <YouCanStrikeGold@vmadmin.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Yukon-Gold <YouCanStrikeGold240390@replies.virtumundo.com>
Subject: This big bonus could be yours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.020809-0500_est.214766-25560+6110@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 02:08:09 -0500



 Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

```
From ???@??? Wed Jan 21 23:23:39 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <214786-25559>; Thu, 22 Jan 2004 02:09:04 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <213839-25559>; Thu, 22 Jan 2004 02:08:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 22 Jan 2004 01:08:07 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 240390
From: Yukon-Gold <YouCanStrikeGold@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Yukon-Gold <YouCanStrikeGold240390@replies.virtumundo.com>
Subject: This big bonus could be yours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.020809-0500_est.213839-25559+6361@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 02:08:08 -0500
```




 Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

```
From ???@??? Wed Jan 21 23:23:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <213080-25559>; Thu, 22 Jan 2004 02:09:04 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <213689-25546>; Thu, 22 Jan 2004 02:08:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 22 Jan 2004 01:08:07 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 240390
From: Yukon-Gold <YouCanStrikeGold@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Yukon-Gold <YouCanStrikeGold240390@replies.virtumundo.com>
Subject: This big bonus could be yours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.020808-0500_est.213689-25546+6218@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 02:08:08 -0500
```



 **Beaufort House, P.O. Box 438, Road Town, Tortola, BVI**

```
From ???@??? Wed Jan 21 23:23:38 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <213689-25559>; Thu, 22 Jan 2004 02:09:04 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com
with ESMTP id <213891-25559>; Thu, 22 Jan 2004 02:08:09 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm107.vmadmin.com with SMTP; 22 Jan 2004 01:08:07 -0600
X-ClientHost:
10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 240390
From: Yukon-Gold <YouCanStrikeGold@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Yukon-Gold <YouCanStrikeGold240390@replies.virtumundo.com>
Subject: This big bonus could be yours
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.020809-0500_est.213891-25559+6362@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 02:08:09 -0500
```



 Beaufort House, P.O. Box 438, Road Town, Tortola, BVI

```
From ???@??? Tue Nov 18 14:49:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <217119-30562>; Tue, 18 Nov 2003 17:16:28 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <224341-30563>; Tue, 18 Nov 2003 17:15:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 18 Nov 2003 16:14:58 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 200302
From: Zero Balance <ClearYourDebtNow200302@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Zero Balance <ClearYourDebtNow200302@replies.virtumundo.com>
Subject: Zero Balance your credit card debt
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.171516-0500_est.224341-30563+55066@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 17:15:16 -0500
```



        **You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you**

signed up with a party that has contracted with Virtumundo. To unsubscribe
from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go
here. To read Virtumundo's privacy policy, go to Privacy Policy. The products
and/or services advertised in this email are the sole responsibility of the
advertiser, and questions about this offer should be directed to the
advertiser.
(c) 1998-1003 Virtumundo, Inc. All rights reserved.

```
From ???@??? Tue Nov 18 14:49:20 2003
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <222047-30562>; Tue, 18 Nov 2003 17:16:28 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com
with ESMTP id <220683-30571>; Tue, 18 Nov 2003 17:15:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 18 Nov 2003 16:14:58 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 200302
From: Zero Balance <ClearYourDebtNow200302@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Zero Balance <ClearYourDebtNow200302@replies.virtumundo.com>
Subject: Zero Balance your credit card debt
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.171517-0500_est.220683-30571+54574@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 17:15:16 -0500
```



**You received this email because you signed up at one of Virtumundo's**

websites (see the "Properties" listed at http://privacy.virtumundo.com/properties.html) or you signed up with a party that has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy, go to Privacy Policy. The products and/or services advertised in this email are the sole responsibility of the advertiser, and questions about this offer should be directed to the advertiser.

(c) 1998-1003 Virtumundo, Inc. All rights reserved.

From ???@??? Mon Feb 09 21:44:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <722513-30411>; Mon, 9 Feb 2004 22:39:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <722994-30406>; Mon, 9 Feb 2004 22:38:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 09 Feb 2004 21:38:43 -0600
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111 09
X-MailingID: 241625
From: Zodiac <ZodiacCasinoOnline@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Zodiac <ZodiacCasinoOnline241625@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.223844-0500_est.722994-30406+14601@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 22:38:44 -0500



**Beaufort House P.O. Box 438, Road Town, Tortola, BVI**

```
From ???@??? Mon Feb 09 21:44:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com
) by ams.ftl.affinity.com id <722497-30410>; Mon, 9 Feb 2004 22:39:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <722979-30407>; Mon, 9 Feb 2004 22:38:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 09 Feb 2004 21:38:43 -0600
X-ClientHost:
1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 241625
From: Zodiac <ZodiacCasinoOnline@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Zodiac <ZodiacCasinoOnline241625@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.223844-0500_est.722979-30407+14134@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 22:38:44 -0500
```



**Beaufort House P.O. Box 438, Road Town, Tortola, BVI**

```
From ???@??? Mon Feb 09 21:44:55 2004
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
by ams.ftl.affinity.com id <722407-30410>; Mon, 9 Feb 2004 22:39:28 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com
with ESMTP id <723000-30410>; Mon, 9 Feb 2004 22:38:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm211.vmadmin.com with SMTP; 09 Feb 2004 21:38:43 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 241625
From: Zodiac <ZodiacCasinoOnline@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Zodiac <ZodiacCasinoOnline241625@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.223844-0500_est.723000-30410+14003@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 22:38:44 -0500
```



Beaufort House P.O. Box 438, Road Town, Tortola, BVI