UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,

Plaintiffs,

v.

VIRTUMUNDO, INC., a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a AKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1–X,

Defendants.

CASE NO. C06-204JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court hereby adopts a policy in this matter for ALL FUTURE FILINGS and ALL PENDING MOTIONS, such that when the aggregate submittal to the Court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service, combined) exceeds 50 pages in length, a paper copy of the documents shall be submitted to the Court in clearly labeled 3-ring

MINUTE ORDER – 1

NOTEBOOKS, with TABS, tables of contents, and other organizing aids as necessary. Such courtesy copies shall be delivered to the Clerk's Office for Chambers BY 10:30 A.M. THE MORNING AFTER FILING. The *sole exceptions* to this deadline are for (1) Defendants' Motion for Bond for An Undertaking (Dkt. No. 38) and (2) Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 53), the courtesy copies for which must be delivered **by 10:30 a.m. on Thursday December 21, 2006**.

All Chambers courtesy copies must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." If the submittal constitutes a "SEALED" document as a whole OR if it includes or incorporates "SEALED" documents as part of the exhibits or other supporting materials, the "SEALED" materials shall be clearly marked as such and made part of the notebook *without* being separately sealed in envelopes. In lieu of separate envelopes for each "SEALED" document, the entire notebooks that include the sensitive documents may be put into SEALED BOXES for delivery. All pages must be 3-hole punched and secured in the notebooks.

DATED this 19th day of December, 2006.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
    Deputy Clerk

MINUTE ORDER – 2