**The Honorable John C. Coughenour**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | NO. CV06-0204JCC<br><br>**ORDER [PROPOSED]** |

THIS MATTER has come before the Court on Defendants' motion to compel Plaintiffs to provide complete and accurate responses to Defendant Scott Lynn's ("Lynn") First Set of Interrogatories and Requests for Production to Plaintiff Gordon (the "Gordon Requests") and his First Set of Interrogatories and Requests for Production to Plaintiff Omni Innovations, LLC (the "Omni Requests") (together, the "Discovery Requests"). Having reviewed that motion, as well as supporting documents, and the submissions of Plaintiffs in opposition thereto, the Court hereby rules as follows:

ORDER (PROPOSED) - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  The Court hereby GRANTS Defendants' Motion to Compel Discovery. Within ten (10) days of the date this order is signed, Plaintiffs are ORDERED to provide Defendants' counsel with complete and accurate responses to the following Discovery Requests:

Gordon Requests: Interrogatories Nos. 3, 6, 7-10, and 16-18; Requests for Production Nos. 2 and 3.

Omni Requests: Interrogatories Nos. 3, 5, 7-10, and 15-18; Requests for Production Nos. 2 and 3.

Plaintiffs are further ORDERED, within ten (10) days of the date this order is signed, to notify Defendants' counsel whether the numbering of the responses to the Gordon Requests is accurate, and if not, to provide Defendants with accurately numbered responses.

DATED this _____ day of _____, 2006.

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented By:

NEWMAN & NEWMAN
ATTORNEYS AT LAW, LLP

BY: _____
Derek A. Newman, WSBA No. 26967
Roger M. Townsend, WSBA No. 25525
505 5th Avenue South, Suite 610
Seattle, WA 98104
phone: 206-274-2800
fax: 206-274-1801

Attorneys for Defendants