# EXHIBIT E

Dockets.Justia.com

Email Analysis – Virtumundo

===**Analysis of 6 emails with differing addressees and/or times**==========
From: IP address 216.64.222.96, host name 'vm-222-96.mailesp.com'.
Location: **'Chicago, IL,** USA' - For a detailed geographic trace, run VisualRoute.
===Received Headers (from you to sender)===========================
R1: (unknown) - Tue, 7 Oct 2003 19:31:23 -0400
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <4406176-22862>
R2: 216.64.222.96 - Tue, 7 Oct 2003 19:30:09 -0400
    from vm096.vmadmin.com ([216.64.222.96])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <3784754-30738>
R3: 192.168.3.11 - 07 Oct 2003 18:30:08 -0500
    from vmadmin.com (192.168.3.11)
    by   vm096.vmadmin.com
    with SMTP

## See LEGEND for Definitions and Usage of Terms in this Analysis

===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <4406176-22862>; Tue, 7 Oct 2003 19:31:23 -0400
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com with ESMTP id
<3784754-30738>; Tue, 7 Oct 2003 19:30:09 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 07 Oct 2003 18:30:08 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 154978
From:   1800 Inkjets <QualityInkCartridges154978@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+154978@virtumundo.com>
Subject: FREE Inkjets...No gimmicks - with our quality
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.193009-0400_edt.3784754-30738+970@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 19:30:09 -0400

===**Analysis of 10 emails with differing...** ===========================
From: IP address 216.64.222.128, host name 'vm-222-128.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===========================
R1: (unknown) - Sat, 15 Nov 2003 09:04:53 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <217416-4084>
R2: 216.64.222.128 - Sat, 15 Nov 2003 09:04:08 -0500
   from vm128.vmadmin.com ([216.64.222.128])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <217881-4079>
R3: 192.168.3.11 - 15 Nov 2003 08:03:50 -0600
   from vmadmin.com (192.168.3.11)
   by   vm128.vmadmin.com
   with SMTP

===All e-mail Internet Headers===========================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217416-4084>; Sat, 15 Nov 2003 09:04:53 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com with ESMTP id
<217881-4079>; Sat, 15 Nov 2003 09:04:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 15 Nov 2003 08:03:50 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911 1109
X-MailingID: 198282
From:   A Blue Pill <TinyBluePillForMen198282@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen198282@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.090408-0500_est.217881-4079+8358@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 09:04:08 -0500

===**Analysis of two emails**=========================================
From: IP address 216.64.222.100, host name 'vm-222-100.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)============================
R1: (unknown) - Wed, 17 Dec 2003 16:54:59 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <2724346-5394>
R2: 216.64.222.100 - Wed, 17 Dec 2003 16:53:54 -0500
   from vm100.vmadmin.com ([216.64.222.100])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <2721827-5384>
R3: 192.168.3.11 - 17 Dec 2003 15:53:45 -0600
   from vmadmin.com (192.168.3.11)
   by   vm100.vmadmin.com
   with SMTP

===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2724346-5394>; Wed, 17 Dec 2003 16:54:59 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com with ESMTP id
<2721827-5384>; Wed, 17 Dec 2003 16:53:54 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 17 Dec 2003 15:53:45 -0600
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 220860
From:   AC Lens <FindContactLenses@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AC Lens <FindContactLenses220860@replies.virtumundo.com>
Subject: Use your Flex Spending Dollars on Contact Lenses
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.165354-0500_est.2721827-5384+9973@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 16:53:53 -0500

```
===Analysis========================================================
From: IP address 216.64.222.16, host name 'vm-222-16.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.


===Received Headers (from you to sender)==========================
R1: (unknown) - Fri, 12 Sep 2003 16:53:49 -0400
     from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <272903-8379>
R2: 216.64.222.16 - Fri, 12 Sep 2003 16:52:37 -0400
     from vt16.vtarget.com ([216.64.222.16])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <329355-8371>
R3: 192.168.3.10 - 12 Sep 2003 15:52:31 -0500
     from vtarget.com (192.168.3.10)
     by   vt16.vtarget.com
     with SMTP


===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <272903-8379>; Fri, 12 Sep 2003 16:53:49 -0400
Received: from vt16.vtarget.com ([216.64.222.16]) by ams.ftl.affinity.com with ESMTP id
<329355-8371>; Fri, 12 Sep 2003 16:52:37 -0400
Received: from vtarget.com (192.168.3.10)
  by vt16.vtarget.com with SMTP; 12 Sep 2003 15:52:31 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 132110
From:   ADHD <GetHelpForADHD132110@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+132110@virtumundo.com>
Subject: Stop being a slave to ADHD.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep12.165237-0400_edt.329355-8371+3648@ams.ftl.affinity.com>
Date:Fri, 12 Sep 2003 16:52:37 -0400
```

```
===Analysis===================================================
From: IP address 216.64.222.146, host name 'vm-222-146.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)======================
R1: (unknown) - Sun, 21 Sep 2003 18:34:29 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id  <470820-15748>
R2: 216.64.222.146 - Sun, 21 Sep 2003 18:34:11 -0400
   from vm146.vmadmin.com ([216.64.222.146])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <470838-15747>
R3: 192.168.3.11 - 21 Sep 2003 17:34:07 -0500
   from vmadmin.com (192.168.3.11)
   by   vm146.vmadmin.com
   with SMTP

===All e-mail Internet Headers================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <470820-15748>; Sun, 21 Sep 2003 18:34:29 -0400
Received: from vm146.vmadmin.com ([216.64.222.146]) by ams.ftl.affinity.com with ESMTP id
<470838-15747>; Sun, 21 Sep 2003 18:34:11 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm146.vmadmin.com with SMTP; 21 Sep 2003 17:34:07 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 140434
From:   ADT Home Security <ADTHomeSecurityOffer140434@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ADT Home Security <ADTHomeSecurityOffer140434@replies.virtumundo.com>
Subject: Be safe with home security monitored by ADT
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.183411-0400_edt.470838-15747+3931@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 18:34:11 -0400
```

```
===Analysis=======================================================
From: IP address 216.21.208.13, host name 'vm208-13.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)=========================
R1: (unknown) - Wed, 28 Jan 2004 14:40:06 -0500
     from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <333921-15796>
R2: 216.21.208.13 - Wed, 28 Jan 2004 14:38:15 -0500
     from vm208-13.adknow-net.com ([216.21.208.13])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <337136-15793>
R3: 10.10.30.1 - 28 Jan 2004 13:37:26 -0600
     from adknow-net.com (10.10.30.1)
     by   vm208-13.adknow-net.com
     with SMTP

===All e-mail Internet Headers====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <333921-15796>; Wed, 28 Jan 2004 14:40:06 -0500
Received: from vm208-13.adknow-net.com ([216.21.208.13]) by ams.ftl.affinity.com with ESMTP
id <337136-15793>; Wed, 28 Jan 2004 14:38:15 -0500
Received: from adknow-net.com (10.10.30.1)
  by vm208-13.adknow-net.com with SMTP; 28 Jan 2004 13:37:26 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 352785
From:   Adult Education <FindAdultEducation@adknow-net.com>
To:     James <james@gordonworks.com>
Errors-To: errors@adknow-net.com
Reply-To: return352785@replies.adknow-net.com
Subject: Enroll in Adult education today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.143815-0500_est.337136-15793+2015@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 14:38:15 -0500
```

6

0006

```
===Analysis=====================================================
From: IP address 216.64.222.114, host name 'vm-222-114.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================
R1: (unknown) - 9 Jun 2004 20:51:58 -0000
    (qmail 22046 invoked by uid 10003)
R2: (unknown) - 9 Jun 2004 20:51:58 -0000
    (qmail 22043 invoked from network)
R3: 216.64.222.114 - 9 Jun 2004 20:51:58 -0000
    from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 09 Jun 2004 15:51:55 -0500
    from vmadmin.com (192.168.3.11)
    by   vm114.vmadmin.com
    with SMTP

===All e-mail Internet Headers===================================
Return-Path: <mailcenter308901@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22046 invoked by uid 10003); 9 Jun 2004 20:51:58 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 22043 invoked from network); 9 Jun 2004 20:51:58 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 9 Jun 2004 20:51:58 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 09 Jun 2004 15:51:55 -0500
X-ClientHost: 106097121064103111114100111101191111141071150460991111109
X-MailingID: 308901
From: Advanced Diabetes Supply <AdvancedDiabetes@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Advanced Diabetes Supply <AdvancedDiabetes308901@replies.virtumundo.com>
Subject: Diabetic Testing Supplies Direct to You
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

===**Analysis of seven emails with differing...** ====================
From: IP address 216.64.222.5, host name 'vm-222-5.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================
R1: (unknown) - Wed, 10 Sep 2003 03:48:10 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <462486-29200>
R2: 216.64.222.5 - Wed, 10 Sep 2003 03:47:02 -0400
   from vt05.vtarget.com ([216.64.222.5])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <339551-29197>
R3: 192.168.3.10 - 10 Sep 2003 02:47:01 -0500
   from vtarget.com (192.168.3.10)
   by   vt05.vtarget.com
   with SMTP

===All e-mail Internet Headers==============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <462486-29200>; Wed, 10 Sep 2003 03:48:10 -0400
Received: from vt05.vtarget.com ([216.64.222.5]) by ams.ftl.affinity.com with ESMTP id <339551-
29197>; Wed, 10 Sep 2003 03:47:02 -0400
Received: from vtarget.com (192.168.3.10)
  by vt05.vtarget.com with SMTP; 10 Sep 2003 02:47:01 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 129412
From:   Affiliate Cash <NonProfitDebtConsolidation129412@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+129412@virtumundo.com>
Subject: Non-Profit debt consolidation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep10.034702-0400_edt.339551-29197+1504@ams.ftl.affinity.com>
Date:Wed, 10 Sep 2003 03:47:01 -0400

8

```
===Analysis=====================================================
From: IP address 216.64.222.113, host name 'vm-222-113.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================
R1: (unknown) - 4 May 2004 20:17:55 -0000
   (qmail 26961 invoked by uid 10003)
R2: (unknown) - 4 May 2004 20:17:55 -0000
   (qmail 26951 invoked from network)
R3: 216.64.222.113 - 4 May 2004 20:17:55 -0000
   from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
   by   ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 04 May 2004 15:26:25 -0500
   from vmadmin.com (192.168.3.11)
   by   vm113.vmadmin.com
   with SMTP


===All e-mail Internet Headers==================================
Return-Path: <mailcenter308338@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26961 invoked by uid 10003); 4 May 2004 20:17:55 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 26951 invoked from network); 4 May 2004 20:17:55 -0000
Received: from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
  by ns48.webmasters.com with SMTP; 4 May 2004 20:17:55 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 04 May 2004 15:26:25 -0500
X-ClientHost: 1060971091051080970641031111141001111101191111141071150460991111109
X-MailingID: 308338
From: AfterBK <GetBehindTheWheel@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AfterBK <GetBehindTheWheel308338@replies.virtumundo.com>
Subject: See yourself behind the wheel of a new car or SUV
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

9

===**Analysis of eight emails with differing...**========================
From: IP address 216.64.222.215, host name 'vm-222-215.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)============================
R1: (unknown) - 19 Apr 2004 21:09:22 -0000
   (qmail 20770 invoked by uid 10003)
R2: (unknown) - 19 Apr 2004 21:09:22 -0000
   (qmail 20767 invoked from network)
R3: 216.64.222.215 - 19 Apr 2004 21:09:22 -0000
   from unknown (HELO vm215.vmadmin.com) (216.64.222.215)
   by   ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 19 Apr 2004 16:14:52 -0500
   from **vmadmin.com (192.168.3.11)**
   by   vm215.vmadmin.com
   with SMTP

===All e-mail Internet Headers===============================
Return-Path: <mailcenter308141@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 20770 invoked by uid 10003); 19 Apr 2004 21:09:22 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 20767 invoked from network); 19 Apr 2004 21:09:22 -0000
Received: from unknown (HELO vm215.vmadmin.com) (216.64.222.215)
  by ns48.webmasters.com with SMTP; 19 Apr 2004 21:09:22 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 19 Apr 2004 16:14:52 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308141
From: Age Reduction Plan <AgeReductionPlan@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Age Reduction Plan <AgeReductionPlan308141@replies.virtumundo.com>
Subject: What's Your RealAge? Take the Quiz
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

10

===Analysis=======================================================
From: IP address 216.21.208.23, host name 'vm208-23.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-23.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update
===Received Headers (from you to sender)=========================
R1: (unknown) - Fri, 24 Oct 2003 14:06:27 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <217991-1077>
R2: 216.21.208.23 - Fri, 24 Oct 2003 14:04:55 -0400
    from vl208-23.vmlocal.com ([216.21.208.23])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <217978-1079>
R3: 192.168.3.12 - 24 Oct 2003 13:04:25 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-23.vmlocal.com
    with SMTP

===All e-mail Internet Headers===============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217991-1077>; Fri, 24 Oct 2003 14:06:27 -0400
Received: from vl208-23.vmlocal.com ([216.21.208.23]) by ams.ftl.affinity.com with ESMTP id
<217978-1079>; Fri, 24 Oct 2003 14:04:55 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-23.vmlocal.com with SMTP; 24 Oct 2003 13:04:25 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 174972
From:   Air Purifiers <CleanAirPurifiers174972@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Air Purifiers <CleanAirPurifiers174972@vmlocal.com>
Subject: Air purifiers give a breath of fresh air.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.140455-0400_edt.217978-1079+10168@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 14:04:55 -0400

===**Analysis...four emails**================================
From: IP address 216.64.222.107, host name 'vm-222-107.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).


===Received Headers (from you to sender)=========================
R1: (unknown) - 16 Apr 2004 14:39:21 -0000
    (qmail 13844 invoked by uid 10003)
R2: (unknown) - 16 Apr 2004 14:39:21 -0000
    (qmail 13841 invoked from network)
R3: 216.64.222.107 - 16 Apr 2004 14:39:21 -0000
    from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 16 Apr 2004 09:44:20 -0500
    from **vmadmin.com (192.168.3.11)**
    by  vm107.vmadmin.com      with SMTP


===All e-mail Internet Headers============================
Return-Path: <mailcenter308112@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13844 invoked by uid 10003); 16 Apr 2004 14:39:21 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 13841 invoked from network); 16 Apr 2004 14:39:21 -0000
Received: from unknown (HELO vm107.vmadmin.com) (216.64.222.107)
  by ns48.webmasters.com with SMTP; 16 Apr 2004 14:39:21 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 16 Apr 2004 09:44:20 -0500
X-ClientHost: 10609710910111506410311114100111110191111141071150460991111 09
X-MailingID: 308112
From: Airbrush Tanning <AirbrushTanning@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Airbrush Tanning <AirbrushTanning308112@replies.virtumundo.com>
Subject: Airbrush tanning at home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

12

=== **Analysis of twenty-nine emails** ================================

From: IP address 216.21.208.30, host name 'vm208-30.adknowledgemail.com'.

Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.

Received Headers: DNS reports 'vl208-30.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)=========================

R1: (unknown) - Mon, 13 Oct 2003 00:11:12 -0400

   from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)

   by   ams.ftl.affinity.com

   id   <248565-1117>

R2: 216.21.208.30 - Mon, 13 Oct 2003 00:09:57 -0400

   from vl208-30.vmlocal.com ([216.21.208.30])

   by   ams.ftl.affinity.com

   with ESMTP

   id   <261119-1142>

R3: 192.168.3.12 - 12 Oct 2003 23:09:53 -0500

   from vmlocal.com (192.168.3.12)

   by   vl208-30.vmlocal.com

   with SMTP


===All e-mail Internet Headers=================================

X-Persona: <ValueWeb>

Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <248565-1117>; Mon, 13 Oct 2003 00:11:12 -0400

Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com with ESMTP id
<261119-1142>; Mon, 13 Oct 2003 00:09:57 -0400

Received: from vmlocal.com (192.168.3.12)

  by vl208-30.vmlocal.com with SMTP; 12 Oct 2003 23:09:53 -0500

X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109

X-MailingID: 161525

From:   Airline Tickets <AirlineTicketDepot161525@vmlocal.com>

To:     Jamila <jamila@gordonworks.com>

Errors-To: errors@vmlocal.com

Reply-To: MailCenter <mailcenter+161525@replies.vmlocal.com>

Subject: Ready to book a flight?

Mime-Version: 1.0

Content-Type: text/html

Content-Transfer-Encoding: 8bit

Message-Id: <03Oct13.000957-0400_edt.261119-1142+4573@ams.ftl.affinity.com>

Date:Mon, 13 Oct 2003 00:09:57 -0400

===**Analysis of three emails** ==================================================
From: IP address 216.21.208.62, host name 'vm208-62.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-62.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================
R1: (unknown) - Fri, 24 Oct 2003 18:42:37 -0400
    from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id  <215351-1081>
R2: 216.21.208.62 - Fri, 24 Oct 2003 18:41:34 -0400
    from vl208-62.vmlocal.com ([216.21.208.62])
    by   ams.ftl.affinity.com
    with ESMTP
    id  <217314-1075>
R3: 192.168.3.12 - 24 Oct 2003 16:55:51 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-62.vmlocal.com
    with SMTP

===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215351-1081>; Fri, 24 Oct 2003 18:42:37 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com with ESMTP id
<217314-1075>; Fri, 24 Oct 2003 18:41:34 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 24 Oct 2003 16:55:51 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 174690
From:  Alaskan Cruises <YouCruiseToAlaska174690@vmlocal.com>
To:    Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Alaskan Cruises <YouCruiseToAlaska174690@vmlocal.com>
Subject: Put yourself in a state of awe.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.184134-0400_edt.217314-1075+13921@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 18:41:34 -0400

===Analysis=================================================================
From: IP address 216.64.222.92, host name 'vm-222-92.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)====================================
R1: (unknown) - Fri, 19 Dec 2003 22:43:37 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <2376955-18161>
R2: 216.64.222.92 - Fri, 19 Dec 2003 22:42:37 -0500
   from vm092.vmadmin.com ([216.64.222.92])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <2378348-31104>
R3: 192.168.3.11 - 19 Dec 2003 21:42:35 -0600
   from vmadmin.com (192.168.3.11)
   by  vm092.vmadmin.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2376955-18161>; Fri, 19 Dec 2003 22:43:37 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com with ESMTP id
<2378348-31104>; Fri, 19 Dec 2003 22:42:37 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 19 Dec 2003 21:42:35 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 222525
From:   Alpacas <AlpacaInvestments@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Alpacas  <AlpacaInvestments222525@replies.virtumundo.com>
Subject: Start raising your new investment. Alpacas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.224237-0500_est.2378348-31104+24751@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:42:36 -0500

15

===**Analysis of twenty-nine emails** =======================================
From: IP address 216.64.222.214, host name 'vm-222-214.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Fri, 9 Jan 2004 08:23:37 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <213361-22266>
R2: 216.64.222.214 - Fri, 9 Jan 2004 08:22:53 -0500
   from vm214.vmadmin.com ([216.64.222.214])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <213859-22266>
R3: 192.168.3.11 - 09 Jan 2004 07:22:51 -0600
   from vmadmin.com (192.168.3.11)
   by   vm214.vmadmin.com
   with SMTP

===All e-mail Internet Headers=======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213361-22266>; Fri, 9 Jan 2004 08:23:37 -0500
Received: from vm214.vmadmin.com ([216.64.222.214]) by ams.ftl.affinity.com with ESMTP id
<213859-22266>; Fri, 9 Jan 2004 08:22:53 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 09 Jan 2004 07:22:51 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 238328
From:   American Singles <AmericanSingles@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: American Singles <AmericanSingles238328@replies.virtumundo.com>
Subject: Faye, view photos of singles in your area.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan9.082253-0500_est.213859-22266+32657@ams.ftl.affinity.com>
Date:Fri, 9 Jan 2004 08:22:53 -0500

16

===Analysis===============================================================
From: IP address 216.64.222.125, host name 'vm-222-125.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===================================
R1: (unknown) - Sat, 13 Dec 2003 22:30:40 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <221771-21284>
R2: 216.64.222.125 - Sat, 13 Dec 2003 22:29:27 -0500
    from vm125.vmadmin.com ([216.64.222.125])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <214445-21289>
R3: 192.168.3.11 - 13 Dec 2003 21:29:23 -0600
    from vmadmin.com (192.168.3.11)
    by  vm125.vmadmin.com
    with SMTP


===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <221771-21284>; Sat, 13 Dec 2003 22:30:40 -0500
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com with ESMTP id
<214445-21289>; Sat, 13 Dec 2003 22:29:27 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm125.vmadmin.com with SMTP; 13 Dec 2003 21:29:23 -0600
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 217832
From:  Amsterdam Vacations <AmsterdamVacations@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Amsterdam Vacations <AmsterdamVacations217832@replies.virtumundo.com>
Subject: See the sights in Amsterdam.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.222927-0500_est.214445-21289+46448@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 22:29:26 -0500

===**Analysis of four emails** ================================================
From: IP address 216.64.222.108, host name 'vm-222-108.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)================================
R1: (unknown) - 16 May 2004 18:57:54 -0000
    (qmail 30236 invoked by uid 10003)
R2: (unknown) - 16 May 2004 18:57:54 -0000
    (qmail 30233 invoked from network)
R3: 216.64.222.108 - 16 May 2004 18:57:54 -0000
    from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 16 May 2004 14:08:50 -0500
    from vmadmin.com (192.168.3.11)
    by   vm108.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
Return-Path: <mailcenter308512@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30236 invoked by uid 10003); 16 May 2004 18:57:54 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 30233 invoked from network); 16 May 2004 18:57:54 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 16 May 2004 18:57:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 16 May 2004 14:08:50 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308512
From: Arctic White <ArcticWhiteSmiles@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Arctic White <ArcticWhiteSmiles308512@replies.virtumundo.com>
Subject: Bright complimentary smile
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

0018

===**Analysis of two emails** ========================================
From: IP address 216.64.222.215, host name 'vm-222-215.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Fri, 28 Nov 2003 23:14:27 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <222685-3176>
R2: 216.64.222.215 - Fri, 28 Nov 2003 23:13:01 -0500
    from vm215.vmadmin.com ([216.64.222.215])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <222971-3173>
R3: 192.168.3.11 - 28 Nov 2003 22:12:33 -0600
    from vmadmin.com (192.168.3.11)
    by  vm215.vmadmin.com
    with SMTP


===All e-mail Internet Headers===================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222685-3176>; Fri, 28 Nov 2003 23:14:27 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com with ESMTP id
<222971-3173>; Fri, 28 Nov 2003 23:13:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 28 Nov 2003 22:12:33 -0600
X-ClientHost: 1020971211010641031111410011110119111114107115046099111109
X-MailingID: 207292
From:   Artificial Christmas Tree <ArtificialChristmasTree@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Artificial Christmas Tree <ArtificialChristmasTree207292@replies.virtumundo.com>
Subject: Artificial Christmas trees. Your vacuum will thank you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov28.231301-0500_est.222971-3173+38031@ams.ftl.affinity.com>
Date:Fri, 28 Nov 2003 23:13:00 -0500

19

===**Analysis of two emails** ==========================================
From: IP address 66.48.78.13.
Location: 'Ashburn, VA, USA' - For a detailed geographic trace, run VisualRoute.
Mailer: The sender used 'MIME::Lite 2.117 (F2.6)' to send the e-mail.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - 21 Sep 2004 13:00:25 -0000
    (qmail 21571 invoked by uid 10003)
R2: (unknown) - 21 Sep 2004 13:00:24 -0000
    (qmail 21565 invoked from network)
R3: 66.48.78.13 - 21 Sep 2004 13:00:24 -0000
    from unknown (HELO smtp3.dcswx.com) (66.48.78.13)
    by   ns48.webmasters.com
    with SMTP
R4: 127.0.0.1 - Tue, 21 Sep 2004 08:53:02 -0400 (EDT)
    from smtp3.dcswx.com (unknown [127.0.0.1])
    by   smtp3.dcswx.com (Postfix)
    with ESMTP
    id   18544DBD6AF8
    for  <JAMES@GORDONWORKS.COM>


===All e-mail Internet Headers===============================================
Return-Path: <cid=99-uid=47A979B1-33EB-4A44-9E2F-F67ECF76A78B-mid=2392-pid=47--
@bounce.dcswx.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 21571 invoked by uid 10003); 21 Sep 2004 13:00:25 -0000
Delivered-To: virtual-gordonworks_com-JAMES@GORDONWORKS.COM
Received: (qmail 21565 invoked from network); 21 Sep 2004 13:00:24 -0000
Received: from unknown (HELO smtp3.dcswx.com) (66.48.78.13)
  by ns48.webmasters.com with SMTP; 21 Sep 2004 13:00:24 -0000
Received: from smtp3.dcswx.com (unknown [127.0.0.1])
    by smtp3.dcswx.com (Postfix) with ESMTP id 18544DBD6AF8
    for <JAMES@GORDONWORKS.COM>; Tue, 21 Sep 2004 08:53:02 -0400 (EDT)
Content-Transfer-Encoding: 7bit
Content-Type: multipart/alternative; boundary="_----------=_109577118210360261"
MIME-Version: 1.0
X-Mailer: MIME::Lite 2.117  (F2.6)
Date: Tue, 21 Sep 2004 12:53:02 UT
To: JAMES@GORDONWORKS.COM
From: Assurant Health <WKIMasterFile@lists.dcswx.com>
Reply-To: WKIMasterFile@lists.dcswx.com
Subject: Finally - Health Insurance For Individuals Like You
X-Campid: cid=99-uid=47A979B1-33EB-4A44-9E2F-F67ECF76A78B-mid=2392-pid=47--
X-Eid: JAMES@GORDONWORKS.COM
Message-Id: <20040921125302.18544DBD6AF8@smtp3.dcswx.com>

===**Analysis of five emails**  ========================================
From: IP address 216.64.222.106, host name 'vm-222-106.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Thu, 11 Dec 2003 22:44:28 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <217702-2337>
R2: 216.64.222.106 - Thu, 11 Dec 2003 22:43:20 -0500
    from vm106.vmadmin.com ([216.64.222.106])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <217972-2326>
R3: 192.168.3.11 - 11 Dec 2003 21:43:06 -0600
    from vmadmin.com (192.168.3.11)
    by  vm106.vmadmin.com
    with SMTP


===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217702-2337>; Thu, 11 Dec 2003 22:44:28 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com with ESMTP id
<217972-2326>; Thu, 11 Dec 2003 22:43:20 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 11 Dec 2003 21:43:06 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 216829
From:   Atlantic City Hotels <AtlanticCityHotels@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Atlantic City Hotels <AtlanticCityHotels216829@replies.virtumundo.com>
Subject: It's good to be in Atlantic City.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.224320-0500_est.217972-2326+1903@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 22:43:20 -0500

===Analysis=================================================

From: IP address 216.64.222.97, host name 'vm-222-97.mailesp.com'.

Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).

eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================

R1: (unknown) - 13 May 2004 19:59:53 -0000

   (qmail 5684 invoked by uid 10003)

R2: (unknown) - 13 May 2004 19:59:53 -0000

   (qmail 5681 invoked from network)

R3: 216.64.222.97 - 13 May 2004 19:59:53 -0000

   from unknown (HELO vm097.vmadmin.com) (216.64.222.97)

   by  ns48.webmasters.com

   with SMTP

R4: 192.168.3.11 - 13 May 2004 15:10:14 -0500

   from vmadmin.com (192.168.3.11)

   by  vm097.vmadmin.com

   with SMTP


===All e-mail Internet Headers==============================

Return-Path: <mailcenter308437@vmadmin.com>

Delivered-To: virtual-gordonworks_com-jim@gordonworks.com

Received: (qmail 5684 invoked by uid 10003); 13 May 2004 19:59:53 -0000

Delivered-To: virtual-gordonworks_com-james@gordonworks.com

Received: (qmail 5681 invoked from network); 13 May 2004 19:59:53 -0000

Received: from unknown (HELO vm097.vmadmin.com) (216.64.222.97)

  by ns48.webmasters.com with SMTP; 13 May 2004 19:59:53 -0000

Received: from vmadmin.com (192.168.3.11)

  by vm097.vmadmin.com with SMTP; 13 May 2004 15:10:14 -0500

X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109

X-MailingID: 308437

From: Attention Homeowners <AttentionHomeowners@vmadmin.com>

To: James <james@gordonworks.com>

Errors-To: errors@vmadmin.com

Reply-To: Attention Homeowners <AttentionHomeowners308437@replies.virtumundo.com>

Subject: Inflation is on the rise, why not refinance?

Mime-Version: 1.0

Content-Type: text/html

Content-Transfer-Encoding: 8bit

===**Analysis of three emails** =========================================
From: IP address 216.64.222.160, host name 'vm-222-160.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Tue, 21 Oct 2003 18:14:00 -0400
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <217581-15011>
R2: 216.64.222.160 - Tue, 21 Oct 2003 17:43:01 -0400
    from vm160.vmadmin.com ([216.64.222.160])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <226984-15009>
R3: 192.168.3.11 - 21 Oct 2003 16:42:26 -0500
    from vmadmin.com (192.168.3.11)
    by  vm160.vmadmin.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217581-15011>; Tue, 21 Oct 2003 18:14:00 -0400
Received: from vm160.vmadmin.com ([216.64.222.160]) by ams.ftl.affinity.com with ESMTP id
<226984-15009>; Tue, 21 Oct 2003 17:43:01 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm160.vmadmin.com with SMTP; 21 Oct 2003 16:42:26 -0500
X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 171532
From:  ATV accessories <GetATVAccessories171532@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: ATV accessories <GetATVAccessories171532@replies.virtumundo.com>
Subject: Far out four wheeler accessories.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.174301-0400_edt.226984-15009+139@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:43:01 -0400

23

===**Analysis of three emails**  =============================================
From: IP address 69.6.29.117.
Location: 'Fort Collins, CO' - For a detailed geographic trace, run VisualRoute.
Received Headers: Attempted misdirection: 'ej.imo1.net' is not 69.6.29.117 in R2 (E12).
Mandatory 'from' field is missing in R3 (E14).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Wed, 10 Sep 2003 08:18:10 -0400
    from cust_req_fwding (jobs@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <245050-22837>
R2: 69.6.29.117 - Wed, 10 Sep 2003 08:18:08 -0400
    from ej.imo1.net ([69.6.29.117])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <271877-22841>
R3: (unknown) - Tue, 9 Sep 2003 22:43:12 -0600 (envelope-from <reports@imo1.net>)
    by   ej.imo1.net (PowerMTA(TM) v2.0r1)
    id   hbsafa046p4m


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jobs@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <245050-22837>; Wed, 10 Sep 2003 08:18:10 -0400
Received: from ej.imo1.net ([69.6.29.117]) by ams.ftl.affinity.com with ESMTP id <271877-
22841>; Wed, 10 Sep 2003 08:18:08 -0400
Received: by ej.imo1.net (PowerMTA(TM) v2.0r1) id hbsafa046p4m; Tue, 9 Sep 2003 22:43:12 -
0600 (envelope-from <reports@imo1.net>)
Message-ID: <3347138.1063168993103.JavaMail.SYSTEM@cms02>
Date: Wed, 10 Sep 2003 00:43:13 -0400 (EDT)
From:   Aussie Diet <reports@imo1.net>
REPLY-TO: reply@imo1.net
To:    jobs@gordonworks.com
**Subject: What's your excuse?**
Mime-Version: 1.0
Content-Type: multipart/mixed;
      boundary="----=_Part_448191_6114844.1063168993103"
ERROR-TO: bounce@imo1.net

24

===**Analysis of two emails**  ===============================================
From: IP address 216.21.208.36, host name 'vm208-36.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-36.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Wed, 29 Oct 2003 11:18:32 -0500
   from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <387716-31883>
R2: 216.21.208.36 - Wed, 29 Oct 2003 11:17:32 -0500
   from vl208-36.vmlocal.com ([216.21.208.36])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <283896-31883>
R3: 192.168.3.12 - 29 Oct 2003 10:17:31 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-36.vmlocal.com
   with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <387716-31883>; Wed, 29 Oct 2003 11:18:32 -0500
Received: from vl208-36.vmlocal.com ([216.21.208.36]) by ams.ftl.affinity.com with ESMTP id
<283896-31883>; Wed, 29 Oct 2003 11:17:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-36.vmlocal.com with SMTP; 29 Oct 2003 10:17:31 -0600
X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 181849
From:   Australian Vacation <AustralianVacation181849@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Australian Vacation <AustralianVacation181849@vmlocal.com>
Subject: Take a once in a lifetime Australian vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.111732-0500_est.283896-31883+30245@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 11:17:32 -0500

===**Analysis of nine emails**  =======================================
From: IP address 216.64.222.150, host name 'vm-222-150.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Mon, 6 Oct 2003 09:39:58 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <281231-845>
R2: 216.64.222.150 - Mon, 6 Oct 2003 09:39:09 -0400
    from vm150.vmadmin.com ([216.64.222.150])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <281052-845>
R3: 192.168.3.11 - 06 Oct 2003 08:39:08 -0500
    from vmadmin.com (192.168.3.11)
    by  vm150.vmadmin.com
    with SMTP


===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <281231-845>; Mon, 6 Oct 2003 09:39:58 -0400
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com with ESMTP id
<281052-845>; Mon, 6 Oct 2003 09:39:09 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm150.vmadmin.com with SMTP; 06 Oct 2003 08:39:08 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150 46099111109
X-MailingID: 154017
From:  Auto Financing <PreApprovedAutoFinancing154017@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Auto Financing <PreApprovedAutoFinancing154017@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct6.093909-0400_edt.281052-845+14815@ams.ftl.affinity.com>
Date:Mon, 6 Oct 2003 09:39:09 -0400

===**Analysis of thirteen emails** ====================================
From: IP address 216.64.222.29, host name 'vm-222-29.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)====================================
R1: (unknown) - Fri, 19 Sep 2003 01:28:43 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <235045-21806>
R2: 216.64.222.29 - Fri, 19 Sep 2003 01:28:37 -0400
    from vt29.vtarget.com ([216.64.222.29])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <472013-21808>
R3: 192.168.3.10 - 19 Sep 2003 00:28:36 -0500
    from vtarget.com (192.168.3.10)
    by  vt29.vtarget.com
    with SMTP


===All e-mail Internet Headers====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <235045-21806>; Fri, 19 Sep 2003 01:28:43 -0400
Received: from vt29.vtarget.com ([216.64.222.29]) by ams.ftl.affinity.com with ESMTP id
<472013-21808>; Fri, 19 Sep 2003 01:28:37 -0400
Received: from vtarget.com (192.168.3.10)
  by vt29.vtarget.com with SMTP; 19 Sep 2003 00:28:36 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460999111109
X-MailingID: 138097
From:  Auto Insurance <AutoInsuranceOffer138097@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Auto Insurance <AutoInsuranceOffer138097@replies.vtarget.com>
Subject: Are you paying too much for auto insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep19.012837-0400_edt.472013-21808+370@ams.ftl.affinity.com>
Date:Fri, 19 Sep 2003 01:28:37 -0400

27

===Analysis========================================================
From: IP address 216.21.208.66, host name 'vm208-66.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-66.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Sun, 2 Nov 2003 01:07:16 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <214620-14139>
R2: 216.21.208.66 - Sun, 2 Nov 2003 01:06:14 -0500
    from vl208-66.vmlocal.com ([216.21.208.66])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <213564-14143>
R3: 192.168.3.12 - 02 Nov 2003 00:06:09 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-66.vmlocal.com
    with SMTP


===All e-mail Internet Headers============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214620-14139>; Sun, 2 Nov 2003 01:07:16 -0500
Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com with ESMTP id
<213564-14143>; Sun, 2 Nov 2003 01:06:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-66.vmlocal.com with SMTP; 02 Nov 2003 00:06:09 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 185258
From:   Auto Loan Centers <YourAutoLoanCenters185258@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Auto Loan Centers <YourAutoLoanCenters185258@vmlocal.com>
Subject: Need an auto loan?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.010614-0500_est.213564-14143+62369@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 01:06:13 -0500

===**Analysis of seven emails**  ========================================
From: IP address 216.64.222.94, host name 'vm-222-94.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Sat, 8 Nov 2003 19:06:38 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <216270-1093>
R2: 216.64.222.94 - Sat, 8 Nov 2003 19:05:28 -0500
   from vm094.vmadmin.com ([216.64.222.94])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <216264-1094>
R3: 192.168.3.11 - 08 Nov 2003 18:03:00 -0600
   from vmadmin.com (192.168.3.11)
   by   vm094.vmadmin.com
   with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216270-1093>; Sat, 8 Nov 2003 19:06:38 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com with ESMTP id
<216264-1094>; Sat, 8 Nov 2003 19:05:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 08 Nov 2003 18:03:00 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 193207
From:   Auto Loan Experts <AuoLoanExperts193207@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Auto Loan Experts <AuoLoanExperts193207@replies.virtumundo.com>
Subject: Get a car loan now. Bad credit?  No problem
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.190528-0500_est.216264-1094+778@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 19:05:28 -0500

===**Analysis of three emails – background in black obscures header text** ==========
From: IP address 216.64.222.153, host name 'vm-222-153.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Thu, 13 Nov 2003 17:06:45 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <1251382-2694>
R2: 216.64.222.153 - Thu, 13 Nov 2003 16:53:20 -0500
    from vm153.vmadmin.com ([216.64.222.153])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <1256230-2693>
R3: 192.168.3.11 - 13 Nov 2003 15:52:45 -0600
    from vmadmin.com (192.168.3.11)
    by  vm153.vmadmin.com
    with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <1251382-2694>; Thu, 13 Nov 2003 17:06:45 -0500
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com with ESMTP id
<1256230-2693>; Thu, 13 Nov 2003 16:53:20 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm153.vmadmin.com with SMTP; 13 Nov 2003 15:52:45 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 196876
From:  Auto Loans <GetAnAutoLoanNow196876@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Auto Loans <GetAnAutoLoanNow196876@replies.virtumundo.com>
Subject: Any Credit Auto Loans
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.165320-0500_est.1256230-2693+2284@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 16:53:20 -0500

===**Analysis of two emails** =========================================
From: IP address 216.64.222.121, host name 'vm-222-121.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==============================
R1: (unknown) - Wed, 3 Dec 2003 22:14:13 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <3564785-4703>
R2: 216.64.222.121 - Wed, 3 Dec 2003 22:13:18 -0500
   from vm121.vmadmin.com ([216.64.222.121])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <3564788-4702>
R3: 192.168.3.11 - 03 Dec 2003 21:13:12 -0600
   from vmadmin.com (192.168.3.11)
   by  vm121.vmadmin.com
   with SMTP


===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3564785-4703>; Wed, 3 Dec 2003 22:14:13 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com with ESMTP id
<3564788-4702>; Wed, 3 Dec 2003 22:13:18 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm121.vmadmin.com with SMTP; 03 Dec 2003 21:13:12 -0600
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 210978
From:  Auto Transport <FindAutoTransport@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Auto Transport <FindAutoTransport210978@replies.virtumundo.com>
Subject: Professionally move your car anywhere.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.221318-0500_est.3564788-4702+7245@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 22:13:17 -0500

===**Analysis of eleven emails**   ==========================================
From: IP address 216.64.222.6, host name 'vm-222-6.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==========================================
R1: (unknown) - Fri, 19 Sep 2003 13:18:12 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <2307788-16923>
R2: 216.64.222.6 - Fri, 19 Sep 2003 13:16:44 -0400
    from vt06.vtarget.com ([216.64.222.6])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <2308037-16921>
R3: 192.168.3.10 - 19 Sep 2003 12:16:41 -0500
    from vtarget.com (192.168.3.10)
    by   vt06.vtarget.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2307788-16923>; Fri, 19 Sep 2003 13:18:12 -0400
Received: from vt06.vtarget.com ([216.64.222.6]) by ams.ftl.affinity.com with ESMTP id
<2308037-16921>; Fri, 19 Sep 2003 13:16:44 -0400
Received: from vtarget.com (192.168.3.10)
  by vt06.vtarget.com with SMTP; 19 Sep 2003 12:16:41 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 139373
From:   Auto Warranty <ExtendedAutoWarranty139373@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Auto Warranty <ExtendedAutoWarranty139373@replies.vtarget.com>
Subject: Extend Your Auto Warranty, Extend Your Peace of Mind.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep19.131644-0400_edt.2308037-16921+3961@ams.ftl.affinity.com>
Date:Fri, 19 Sep 2003 13:16:44 -0400

===**Analysis of ten emails**  ===============================================
From: IP address 216.64.222.124, host name 'vm-222-124.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Fri, 16 Jan 2004 02:37:58 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <313951-18479>
R2: 216.64.222.124 - Fri, 16 Jan 2004 02:36:36 -0500
    from vm124.vmadmin.com ([216.64.222.124])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <314700-18485>
R3: 192.168.3.11 - 16 Jan 2004 01:36:36 -0600
    from vmadmin.com (192.168.3.11)
    by   vm124.vmadmin.com
    with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <313951-18479>; Fri, 16 Jan 2004 02:37:58 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com with ESMTP id
<314700-18485>; Fri, 16 Jan 2004 02:36:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 16 Jan 2004 01:36:36 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 240229
From:   AutoDealers - USA <GreatDealsOnAutos@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoDealers - USA <GreatDealsOnAutos240229@replies.virtumundo.com>
Subject: Great Deals on '04 Models
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan16.023636-0500_est.314700-18485+27881@ams.ftl.affinity.com>
Date:Fri, 16 Jan 2004 02:36:36 -0500

===**Analysis of thirty-five emails** ===============================================
From: IP address 216.64.222.154, host name 'vm-222-154.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)============================================
R1: (unknown) - Thu, 30 Oct 2003 01:35:04 -0500
     from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <217100-376>
R2: 216.64.222.154 - Thu, 30 Oct 2003 01:34:13 -0500
     from vm154.vmadmin.com ([216.64.222.154])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <218973-377>
R3: 192.168.3.11 - 30 Oct 2003 00:34:09 -0600
     from vmadmin.com (192.168.3.11)
     by   vm154.vmadmin.com
     with SMTP

===All e-mail Internet Headers=====================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217100-376>; Thu, 30 Oct 2003 01:35:04 -0500
Received: from vm154.vmadmin.com ([216.64.222.154]) by ams.ftl.affinity.com with ESMTP id
<218973-377>; Thu, 30 Oct 2003 01:34:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm154.vmadmin.com with SMTP; 30 Oct 2003 00:34:09 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 182092
From:   AutoFinancing <GetAutoFinancing182092@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AutoFinancing <GetAutoFinancing182092@replies.virtumundo.com>
Subject: Pre-Qualify for the Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.013413-0500_est.218973-377+44356@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 01:34:12 -0500

===**Analysis of thirty-four emails** ==========================================
From: IP address 216.21.208.37, host name 'vm208-37.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-37.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===================================
R1: (unknown) - Sun, 12 Oct 2003 15:41:20 -0400
   from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <273093-22777>
R2: 216.21.208.37 - Sun, 12 Oct 2003 15:40:00 -0400
   from vl208-37.vmlocal.com ([216.21.208.37])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <264441-22764>
R3: 192.168.3.12 - 12 Oct 2003 14:39:56 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-37.vmlocal.com
   with SMTP

===All e-mail Internet Headers===================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <273093-22777>; Sun, 12 Oct 2003 15:41:20 -0400
Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com with ESMTP id
<264441-22764>; Sun, 12 Oct 2003 15:40:00 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-37.vmlocal.com with SMTP; 12 Oct 2003 14:39:56 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 161193
From:   Automobile Donation <AutomobileDonation161193@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+161193@replies.vmlocal.com>
Subject: Give someone a lift.  12 of 34 emails with this bad subject line
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.154000-0400_edt.264441-22764+11015@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 15:40:00 -0400

```
===Analysis=====================================================
From: IP address 216.64.222.215, host name 'vm-222-215.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================
R1: (unknown) - 17 May 2004 19:57:39 -0000
    (qmail 13455 invoked by uid 10003)
R2: (unknown) - 17 May 2004 19:57:38 -0000
    (qmail 13450 invoked from network)
R3: 216.64.222.215 - 17 May 2004 19:57:38 -0000
    from unknown (HELO vm215.vmadmin.com) (216.64.222.215)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 17 May 2004 15:08:46 -0500
    from vmadmin.com (192.168.3.11)
    by   vm215.vmadmin.com
    with SMTP


===All e-mail Internet Headers===================================
Return-Path: <mailcenter308525@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13455 invoked by uid 10003); 17 May 2004 19:57:39 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 13450 invoked from network); 17 May 2004 19:57:38 -0000
Received: from unknown (HELO vm215.vmadmin.com) (216.64.222.215)
  by ns48.webmasters.com with SMTP; 17 May 2004 19:57:38 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 17 May 2004 15:08:46 -0500
X-ClientHost: 1060971091051080970641031111410011110119111114107115046099111109
X-MailingID: 308525
From: Aventis Pharmaceuticals <AventisPharmaceuticals@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Aventis Pharmaceuticals <AventisPharmaceuticals308525@replies.virtumundo.com>
Subject: Special offer for Allegra users
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
```

===**Analysis of ten emails** ========================================
From: IP address 216.64.222.213, host name 'vm-222-213.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===================================
R1: (unknown) - Tue, 30 Dec 2003 12:47:39 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <223738-30372>
R2: 216.64.222.213 - Tue, 30 Dec 2003 12:46:26 -0500
   from vm213.vmadmin.com ([216.64.222.213])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <241150-30378>
R3: 192.168.3.11 - 30 Dec 2003 11:46:24 -0600
   from vmadmin.com (192.168.3.11)
   by   vm213.vmadmin.com
   with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <223738-30372>; Tue, 30 Dec 2003 12:47:39 -0500
Received: from vm213.vmadmin.com ([216.64.222.213]) by ams.ftl.affinity.com with ESMTP id
<241150-30378>; Tue, 30 Dec 2003 12:46:26 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm213.vmadmin.com with SMTP; 30 Dec 2003 11:46:24 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 232289
From:   Awards Department <PlaystationLovers@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Awards Department <PlaystationLovers232289@replies.virtumundo.com>
Subject: Home Gaming System Prize Form
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec30.124626-0500_est.241150-30378+4839@ams.ftl.affinity.com>
Date:Tue, 30 Dec 2003 12:46:25 -0500

===**Analysis of four emails**    =======================================
From: IP address 216.64.222.137, host name 'vm-222-137.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Fri, 10 Oct 2003 18:57:52 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id  <722528-6926>
R2: 216.64.222.137 - Fri, 10 Oct 2003 18:56:36 -0400
   from vm137.vmadmin.com ([216.64.222.137])
   by   ams.ftl.affinity.com
   with ESMTP
   id  <261017-6932>
R3: 192.168.3.11 - 10 Oct 2003 17:56:31 -0500
   from vmadmin.com (192.168.3.11)
   by   vm137.vmadmin.com
   with SMTP

===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <722528-6926>; Fri, 10 Oct 2003 18:57:52 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com with ESMTP id
<261017-6932>; Fri, 10 Oct 2003 18:56:36 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 10 Oct 2003 17:56:31 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 158999
From:   Baby Showers <PerfectBabyShowers158999@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+158999@virtumundo.com>
Subject: Send out your baby shower invitations today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.185636-0400_edt.261017-6932+5564@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 18:56:33 -0400

===**Analysis of two emails**  ================================================
From: IP address 216.21.208.46, host name 'vm208-46.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports vl208-46.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Thu, 25 Sep 2003 13:11:09 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id  <217150-2946>
R2: 216.21.208.46 - Thu, 25 Sep 2003 13:10:27 -0400
    from vl208-46.vmlocal.com ([216.21.208.46])
    by   ams.ftl.affinity.com
    with ESMTP
    id  <217106-2943>
R3: 192.168.3.12 - 25 Sep 2003 12:10:16 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-46.vmlocal.com
    with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217150-2946>; Thu, 25 Sep 2003 13:11:09 -0400
Received: from vl208-46.vmlocal.com ([216.21.208.46]) by ams.ftl.affinity.com with ESMTP id
<217106-2943>; Thu, 25 Sep 2003 13:10:27 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-46.vmlocal.com with SMTP; 25 Sep 2003 12:10:16 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 144142
From:   Background Check <BackgroundChecks144142@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Background Check <BackgroundChecks144142@vmlocal.com>
Subject: Instant background checks reveal all.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep25.131027-0400_edt.217106-2943+11296@ams.ftl.affinity.com>
Date:Thu, 25 Sep 2003 13:10:26 -0400

===Analysis========================================================
From: IP address 216.64.222.20, host name 'vm-222-20.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===============================
R1: (unknown) - Tue, 16 Sep 2003 17:24:36 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <213805-18475>
R2: 216.64.222.20 - Tue, 16 Sep 2003 17:23:48 -0400
    from vt20.vtarget.com ([216.64.222.20])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <214674-18482>
R3: 192.168.3.10 - 16 Sep 2003 16:23:34 -0500
    from vtarget.com (192.168.3.10)
    by   vt20.vtarget.com
    with SMTP

===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213805-18475>; Tue, 16 Sep 2003 17:24:36 -0400
Received: from vt20.vtarget.com ([216.64.222.20]) by ams.ftl.affinity.com with ESMTP id
<214674-18482>; Tue, 16 Sep 2003 17:23:48 -0400
Received: from vtarget.com (192.168.3.10)
  by vt20.vtarget.com with SMTP; 16 Sep 2003 16:23:34 -0500
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 136611
From:   Bahamas <TakeABahamasTrip136611@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Bahamas <TakeABahamasTrip136611@replies.vtarget.com>
Subject: Take it easier in the Bahamas.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.172348-0400_edt.214674-18482+3773@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 17:23:47 -0400

0040

===**Analysis of eight emails**  ======================================
From: IP address 216.21.208.26, host name 'vm208-26.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-26.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - Tue, 14 Oct 2003 22:55:29 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <458806-1077>
R2: 216.21.208.26 - Tue, 14 Oct 2003 22:54:13 -0400
    from vl208-26.vmlocal.com ([216.21.208.26])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <343912-19927>
R3: 192.168.3.12 - 14 Oct 2003 21:47:10 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-26.vmlocal.com
    with SMTP


===All e-mail Internet Headers================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <458806-1077>; Tue, 14 Oct 2003 22:55:29 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com with ESMTP id
<343912-19927>; Tue, 14 Oct 2003 22:54:13 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-26.vmlocal.com with SMTP; 14 Oct 2003 21:47:10 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 163350
From:   Bankruptcy <FinancialProblems163350@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bankruptcy <FinancialProblems163350@vmlocal.com>
Subject: Financial problems plaguing you?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.225413-0400_edt.343912-19927+3142@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 22:54:13 -0400

===Analysis========================================================
From: IP address 216.64.222.111, host name 'vm-222-111.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===========================
R1: (unknown) - Thu, 23 Oct 2003 17:22:55 -0400
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <217994-1081>
R2: 216.64.222.111 - Thu, 23 Oct 2003 17:22:38 -0400
    from vm111.vmadmin.com ([216.64.222.111])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <213050-1067>
R3: 192.168.3.11 - 23 Oct 2003 16:22:23 -0500
    from vmadmin.com (192.168.3.11)
    by   vm111.vmadmin.com
    with SMTP

===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217994-1081>; Thu, 23 Oct 2003 17:22:55 -0400
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com with ESMTP id
<213050-1067>; Thu, 23 Oct 2003 17:22:38 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 23 Oct 2003 16:22:23 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 172755
From:   Basil the Fun Hound <GreatOnlineGaming172755@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Basil the Fun Hound <GreatOnlineGaming172755@replies.virtumundo.com>
Subject: Have Fun in the Sun This Fall
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.172238-0400_edt.213050-1067+3669@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 17:22:33 -0400

===Analysis=================================================
From: IP address 216.21.208.47, host name 'vm208-47.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-47.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================
R1: (unknown) - Tue, 14 Oct 2003 10:10:27 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <302798-25251>
R2: 216.21.208.47 - Tue, 14 Oct 2003 10:09:08 -0400
   from vl208-47.vmlocal.com ([216.21.208.47])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <301237-25250>
R3: 192.168.3.12 - 14 Oct 2003 09:02:06 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-47.vmlocal.com
   with SMTP

===All e-mail Internet Headers===================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <302798-25251>; Tue, 14 Oct 2003 10:10:27 -0400
Received: from vl208-47.vmlocal.com ([216.21.208.47]) by ams.ftl.affinity.com with ESMTP id
<301237-25250>; Tue, 14 Oct 2003 10:09:08 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-47.vmlocal.com with SMTP; 14 Oct 2003 09:02:06 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 163099
From:   Battery Replacements <BatteryReplacements163099@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Battery Replacements <BatteryReplacements163099@vmlocal.com>
Subject: Never run out of battery power.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.100908-0400_edt.301237-25250+2614@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 10:09:08 -0400

===**Analysis of two emails**  =========================================

From: IP address 216.64.222.108, host name 'vm-222-108.mailesp.com'.

Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).

eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================

R1: (unknown) - 19 Apr 2004 21:10:30 -0000
   (qmail 21438 invoked by uid 10003)

R2: (unknown) - 19 Apr 2004 21:10:30 -0000
   (qmail 21430 invoked from network)

R3: 216.64.222.108 - 19 Apr 2004 21:10:30 -0000
   from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
   by  ns48.webmasters.com
   with SMTP

R4: 192.168.3.11 - 19 Apr 2004 16:16:02 -0500
   from vmadmin.com (192.168.3.11)
   by  vm108.vmadmin.com
   with SMTP

===All e-mail Internet Headers=========================================

Return-Path: <mailcenter308142@vmadmin.com>

Delivered-To: virtual-gordonworks_com-jim@gordonworks.com

Received: (qmail 21438 invoked by uid 10003); 19 Apr 2004 21:10:30 -0000

Delivered-To: virtual-gordonworks_com-james@gordonworks.com

Received: (qmail 21430 invoked from network); 19 Apr 2004 21:10:30 -0000

Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 19 Apr 2004 21:10:30 -0000

Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 19 Apr 2004 16:16:02 -0500

X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109

X-MailingID: 308142

From: Be on the Force <YouCouldBeOnTheForce@vmadmin.com>

To: James <james@gordonworks.com>

Errors-To:  errors@vmadmin.com

Reply-To: Be on the Force <YouCouldBeOnTheForce308142@replies.virtumundo.com>

Subject: Get a Law Enforcement Degree in 13 months.

Mime-Version: 1.0

Content-Type: text/html

Content-Transfer-Encoding: 8bit

===Analysis of four emails===  ===============================================
From: IP address 216.64.222.92, host name 'vm-222-92.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - 2 Jun 2004 23:43:55 -0000
    (qmail 9003 invoked by uid 10003)
R2: (unknown) - 2 Jun 2004 23:43:55 -0000
    (qmail 8998 invoked from network)
R3: 216.64.222.92 - 2 Jun 2004 23:43:55 -0000
    from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 02 Jun 2004 18:43:54 -0500
    from vmadmin.com (192.168.3.11)
    by   vm092.vmadmin.com
    with SMTP


===All e-mail Internet Headers===============================================
Return-Path: <mailcenter308765@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 9003 invoked by uid 10003); 2 Jun 2004 23:43:55 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 8998 invoked from network); 2 Jun 2004 23:43:55 -0000
Received: from unknown (HELO vm092.vmadmin.com) (216.64.222.92)
  by ns48.webmasters.com with SMTP; 2 Jun 2004 23:43:55 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 02 Jun 2004 18:43:54 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 308765
From: Bed and Bath <BedAndBathItemsToday@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Bed and Bath <BedAndBathItemsToday308765@replies.virtumundo.com>
Subject: Sheets, Comforters & More - up to 75 percent off
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of three emails**  ===========================================
From: IP address 216.64.222.101, host name 'vm-222-101.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - 29 Apr 2004 20:05:58 -0000
   (qmail 5501 invoked by uid 10003)
R2: (unknown) - 29 Apr 2004 20:05:58 -0000
   (qmail 5498 invoked from network)
R3: 216.64.222.101 - 29 Apr 2004 20:05:58 -0000
   from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
   by  ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 29 Apr 2004 15:13:32 -0500
   from vmadmin.com (192.168.3.11)
   by  vm101.vmadmin.com
   with SMTP


===All e-mail Internet Headers=====================================
Return-Path: <mailcenter308291@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 5501 invoked by uid 10003); 29 Apr 2004 20:05:58 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 5498 invoked from network); 29 Apr 2004 20:05:58 -0000
Received: from unknown (HELO vm101.vmadmin.com) (216.64.222.101)
  by ns48.webmasters.com with SMTP; 29 Apr 2004 20:05:58 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 29 Apr 2004 15:13:32 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308291
From: Behind on Mortage <BehindOnMortage@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Behind on Mortage <BehindOnMortage308291@replies.virtumundo.com>
Subject: How many days until you foreclose?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of two emails**    =====================================
From: IP address 216.64.222.212, host name 'vm-222-212.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - 15 Jun 2004 20:26:40 -0000
    (qmail 6884 invoked by uid 10003)
R2: (unknown) - 15 Jun 2004 20:26:40 -0000
    (qmail 6870 invoked from network)
R3: 216.64.222.212 - 15 Jun 2004 20:26:40 -0000
    from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 15 Jun 2004 15:26:36 -0500
    from vmadmin.com (192.168.3.11)
    by   vm212.vmadmin.com
    with SMTP


===All e-mail Internet Headers==========================================
Return-Path: <mailcenter309017@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 6884 invoked by uid 10003); 15 Jun 2004 20:26:40 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 6870 invoked from network); 15 Jun 2004 20:26:40 -0000
Received: from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 20:26:40 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 15 Jun 2004 15:26:36 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 309017
From: Behind on Mortage News<BehindOnMortage@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Behind on Mortage News<BehindOnMortage309017@replies.virtumundo.com>
Subject: Has inflation affected you yet?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

47

=== **Analysis of five emails**  ==========================================
From: IP address 216.64.222.124, host name 'vm-222-124.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Tue, 23 Dec 2003 02:21:04 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <213779-26267>
R2: 216.64.222.124 - Tue, 23 Dec 2003 02:19:54 -0500
    from vm124.vmadmin.com ([216.64.222.124])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <214181-26264>
R3: 192.168.3.11 - 23 Dec 2003 01:19:51 -0600
    from vmadmin.com (192.168.3.11)
    by   vm124.vmadmin.com
    with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213779-26267>; Tue, 23 Dec 2003 02:21:04 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com with ESMTP id
<214181-26264>; Tue, 23 Dec 2003 02:19:54 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 23 Dec 2003 01:19:51 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 224862
From:   Best Cell Phone Offer <BestCellPhoneOffer@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Best Cell Phone Offer <BestCellPhoneOffer224862@replies.virtumundo.com>
Subject: Flip phone with digital camera free
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec23.021954-0500_est.214181-26264+2409@ams.ftl.affinity.com>
Date:Tue, 23 Dec 2003 02:19:53 -0500

0048

===**Analysis of fourteen emails** ================================================
From: IP address 216.21.208.44, host name 'vm208-44.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-44.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)================================================
R1: (unknown) - Tue, 23 Sep 2003 19:04:50 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <214737-7586>
R2: 216.21.208.44 - Tue, 23 Sep 2003 19:04:12 -0400
    from vl208-44.vmlocal.com ([216.21.208.44])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <215289-7596>
R3: 192.168.3.12 - 23 Sep 2003 18:04:09 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-44.vmlocal.com
    with SMTP


===All e-mail Internet Headers================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214737-7586>; Tue, 23 Sep 2003 19:04:50 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com with ESMTP id
<215289-7596>; Tue, 23 Sep 2003 19:04:12 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 23 Sep 2003 18:04:09 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 142783
From:   Best Flower Prices <BestFlowerPrices142783@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Best Flower Prices <BestFlowerPrices142783@vmlocal.com>
Subject: Say it best with flowers.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.190412-0400_edt.215289-7596+4727@ams.ftl.affinity.com>
Date:Tue, 23 Sep 2003 19:04:12 -0400

===**Analysis of six emails**   ========================================
From: IP address 216.64.222.156, host name 'vm-222-156.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=============================
R1: (unknown) - Wed, 15 Oct 2003 20:46:57 -0400
   from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <215247-14725>
R2: 216.64.222.156 - Wed, 15 Oct 2003 18:00:25 -0400
   from vm156.vmadmin.com ([216.64.222.156])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <329137-14734>
R3: 192.168.3.11 - 15 Oct 2003 17:00:06 -0500
   from vmadmin.com (192.168.3.11)
   by   vm156.vmadmin.com
   with SMTP

===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215247-14725>; Wed, 15 Oct 2003 20:46:57 -0400
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com with ESMTP id
<329137-14734>; Wed, 15 Oct 2003 18:00:25 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 15 Oct 2003 17:00:06 -0500
X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 164201
From:   Best Price <BestPricesOnline164201@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164201@virtumundo.com>
Subject: Almost free - stereos, digital cameras, bicycles and more.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.180025-0400_edt.329137-14734+48179@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 18:00:24 -0400

===Analysis===================================================
From: IP address 216.64.222.133, host name 'vm-222-133.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)======================================
R1: (unknown) - Sun, 16 Nov 2003 23:22:59 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <214070-4084>
R2: 216.64.222.133 - Sun, 16 Nov 2003 23:21:52 -0500
    from vm133.vmadmin.com ([216.64.222.133])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <216757-4090>
R3: 192.168.3.11 - 16 Nov 2003 22:17:32 -0600
    from vmadmin.com (192.168.3.11)
    by   vm133.vmadmin.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214070-4084>; Sun, 16 Nov 2003 23:22:59 -0500
Received: from vm133.vmadmin.com ([216.64.222.133]) by ams.ftl.affinity.com with ESMTP id
<216757-4090>; Sun, 16 Nov 2003 23:21:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm133.vmadmin.com with SMTP; 16 Nov 2003 22:17:32 -0600
X-ClientHost: 1060971091011150641031111410011111011911111410711504609911109
X-MailingID: 199472
From:   Best Virus Defense <BestVirusDefense199472@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Best Virus Defense <BestVirusDefense199472@replies.virtumundo.com>
Subject: Keep your computer well.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.232152-0500_est.216757-4090+29917@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 23:21:52 -0500

===**Analysis of four emails**  =========================================
From: IP address 216.64.222.109, host name 'vm-222-109.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Sun, 21 Dec 2003 22:51:42 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <222276-19977>
R2: 216.64.222.109 - Sun, 21 Dec 2003 22:50:13 -0500
    from vm109.vmadmin.com ([216.64.222.109])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <222724-19973>
R3: 192.168.3.11 - 21 Dec 2003 21:50:12 -0600
    from vmadmin.com (192.168.3.11)
    by   vm109.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222276-19977>; Sun, 21 Dec 2003 22:51:42 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com with ESMTP id
<222724-19973>; Sun, 21 Dec 2003 22:50:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 21 Dec 2003 21:50:12 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 224059
From:   Better Business <BetterBusinesses@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Better Business <BetterBusinesses224059@replies.virtumundo.com>
Subject: Build a better business. ISO9000.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.225013-0500_est.222724-19973+10436@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 22:50:13 -0500

===Analysis=======================================================
From: IP address 216.64.222.214, host name 'vm-222-214.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==============================
R1: (unknown) - 27 May 2004 20:35:40 -0000
   (qmail 21523 invoked by uid 10003)
R2: (unknown) - 27 May 2004 20:35:40 -0000
   (qmail 21517 invoked from network)
R3: 216.64.222.214 - 27 May 2004 20:35:40 -0000
   from unknown (HELO vm214.vmadmin.com) (216.64.222.214)
   by   ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 27 May 2004 15:35:37 -0500
   from vmadmin.com (192.168.3.11)
   by   vm214.vmadmin.com
   with SMTP

===All e-mail Internet Headers=====================================
Return-Path: <mailcenter308678@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 21523 invoked by uid 10003); 27 May 2004 20:35:40 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 21517 invoked from network); 27 May 2004 20:35:40 -0000
Received: from unknown (HELO vm214.vmadmin.com) (216.64.222.214)
  by ns48.webmasters.com with SMTP; 27 May 2004 20:35:40 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm214.vmadmin.com with SMTP; 27 May 2004 15:35:37 -0500
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 308678
From: Better Dreams Tonight <BetterDreamsTonight@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Better Dreams Tonight <BetterDreamsTonight308678@replies.virtumundo.com>
Subject: Chillow comfort system - pure cooling comfort
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

53

===**Analysis of two emails**    =========================================
From: IP address 216.21.208.31, host name 'vm208-31.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-31.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Wed, 5 Nov 2003 14:05:13 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <217538-9257>
R2: 216.21.208.31 - Wed, 5 Nov 2003 14:03:41 -0500
    from vl208-31.vmlocal.com ([216.21.208.31])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <230998-9259>
R3: 192.168.3.12 - 05 Nov 2003 13:02:34 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-31.vmlocal.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217538-9257>; Wed, 5 Nov 2003 14:05:13 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com with ESMTP id
<230998-9259>; Wed, 5 Nov 2003 14:03:41 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 05 Nov 2003 13:02:34 -0600
X-ClientHost: 106097109101115064103111141001111101911111410711504609911109
X-MailingID: 189771
From:   Bingo Night <NewBingoPlacesToPlay189771@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Bingo Night <NewBingoPlacesToPlay189771@vmlocal.com>
Subject: Spell it! Yell it! And Win Bingo!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.140341-0500_est.230998-9259+5974@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 14:03:39 -0500

54

=== **Analysis of five emails** ========================================
From: IP address 216.64.222.155, host name 'vm-222-155.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Sat, 25 Oct 2003 19:54:03 -0400
     from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
     by  ams.ftl.affinity.com
     id  <225495-1079>
R2: 216.64.222.155 - Sat, 25 Oct 2003 18:30:13 -0400
     from vm155.vmadmin.com ([216.64.222.155])
     by  ams.ftl.affinity.com
     with ESMTP
     id  <227975-1086>
R3: 192.168.3.11 - 25 Oct 2003 17:28:08 -0500
     from vmadmin.com (192.168.3.11)
     by  vm155.vmadmin.com
     with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <225495-1079>; Sat, 25 Oct 2003 19:54:03 -0400
Received: from vm155.vmadmin.com ([216.64.222.155]) by ams.ftl.affinity.com with ESMTP id
<227975-1086>; Sat, 25 Oct 2003 18:30:13 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm155.vmadmin.com with SMTP; 25 Oct 2003 17:28:08 -0500
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 175568
From:  Bingo Players <BingoRecruitment175568@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Players <BingoRecruitment175568@replies.virtumundo.com>
Subject: Up to $300 Sign-up Bonus
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct25.183013-0400_edt.227975-1086+25389@ams.ftl.affinity.com>
Date:Sat, 25 Oct 2003 18:30:13 -0400

55

===**Analysis of two emails**   ==========================================
From: IP address 216.64.222.98, host name 'vm-222-98.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Wed, 4 Feb 2004 16:07:11 -0500
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <212740-21751>
R2: 216.64.222.98 - Wed, 4 Feb 2004 16:06:32 -0500
   from vm098.vmadmin.com ([216.64.222.98])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <268225-21751>
R3: 192.168.3.11 - 04 Feb 2004 15:05:27 -0600
   from vmadmin.com (192.168.3.11)
   by   vm098.vmadmin.com
   with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <212740-21751>; Wed, 4 Feb 2004 16:07:11 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com with ESMTP id
<268225-21751>; Wed, 4 Feb 2004 16:06:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 04 Feb 2004 15:05:27 -0600
X-ClientHost: 10609712106410311114100111110119111114107115046099111109
X-MailingID: 241215
From:   Bingo Room <PlayAtTheBingoRoom@vmadmin.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Room <PlayAtTheBingoRoom241215@replies.virtumundo.com>
**Subject: Join Now and get a $5 Bonus**
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb4.160632-0500_est.268225-21751+41776@ams.ftl.affinity.com>
Date:Wed, 4 Feb 2004 16:06:31 -0500

56

===**Analysis of five emails**    ========================================
From: IP address 216.64.222.91, host name 'vm-222-91.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - Sat, 6 Dec 2003 09:22:40 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <238004-12435>
R2: 216.64.222.91 - Sat, 6 Dec 2003 09:21:32 -0500
    from vm091.vmadmin.com ([216.64.222.91])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <213446-21663>
R3: 192.168.3.11 - 06 Dec 2003 08:21:29 -0600
    from vmadmin.com (192.168.3.11)
    by   vm091.vmadmin.com
    with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <238004-12435>; Sat, 6 Dec 2003 09:22:40 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com with ESMTP id
<213446-21663>; Sat, 6 Dec 2003 09:21:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 06 Dec 2003 08:21:29 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 212568
From:   Bingo Winner <EasyToPlayAndWin@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bingo Winner <EasyToPlayAndWin212568@replies.virtumundo.com>
Subject: Play bingo on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.092132-0500_est.213446-21663+10447@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 09:21:31 -0500

57

===**Analysis of four emails**   ========================================
From: IP address 216.64.222.108, host name 'vm-222-108.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Tue, 3 Feb 2004 15:51:28 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <361141-21677>
R2: 216.64.222.108 - Tue, 3 Feb 2004 15:50:30 -0500
    from vm108.vmadmin.com ([216.64.222.108])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <362544-21675>
R3: 192.168.3.11 - 03 Feb 2004 14:49:26 -0600
    from vmadmin.com (192.168.3.11)
    by   vm108.vmadmin.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <361141-21677>; Tue, 3 Feb 2004 15:51:28 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com with ESMTP id
<362544-21675>; Tue, 3 Feb 2004 15:50:30 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 03 Feb 2004 14:49:26 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 241210
From:   BlackJack Ballroom <BlackJackBallroom@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: BlackJack Ballroom <BlackJackBallroom241210@replies.virtumundo.com>
Subject: Play cards on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb3.155030-0500_est.362544-21675+63161@ams.ftl.affinity.com>
Date:Tue, 3 Feb 2004 15:50:29 -0500

58

===**Analysis of nine emails**  ======================================================
From: IP address 216.64.222.220, host name 'vm-222-220.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - Tue, 14 Oct 2003 20:27:32 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <218262-1161>
R2: 216.64.222.220 - Tue, 14 Oct 2003 18:21:53 -0400
   from vm220.vmadmin.com ([216.64.222.220])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <384626-1174>
R3: 192.168.3.11 - 14 Oct 2003 17:21:48 -0500
   from vmadmin.com (192.168.3.11)
   by   vm220.vmadmin.com
   with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218262-1161>; Tue, 14 Oct 2003 20:27:32 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com with ESMTP id
<384626-1174>; Tue, 14 Oct 2003 18:21:53 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm220.vmadmin.com with SMTP; 14 Oct 2003 17:21:48 -0500
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 162853
From:   Boca Java <GourmetCoffeeToday162853@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+162853@virtumundo.com>
Subject: Get two free coffee tumblers with order.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.182153-0400_edt.384626-1174+23664@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 18:21:52 -0400

```
===Analysis=====================================================
From: IP address 216.64.222.136, host name 'vm-222-136.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================
R1: (unknown) - Tue, 21 Oct 2003 18:19:41 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <216964-18613>
R2: 216.64.222.136 - Tue, 21 Oct 2003 17:29:21 -0400
    from vm136.vmadmin.com ([216.64.222.136])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <217078-18617>
R3: 192.168.3.11 - 21 Oct 2003 16:28:46 -0500
    from vmadmin.com (192.168.3.11)
    by   vm136.vmadmin.com
    with SMTP

===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216964-18613>; Tue, 21 Oct 2003 18:19:41 -0400
Received: from vm136.vmadmin.com ([216.64.222.136]) by ams.ftl.affinity.com with ESMTP id
<217078-18617>; Tue, 21 Oct 2003 17:29:21 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm136.vmadmin.com with SMTP; 21 Oct 2003 16:28:46 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071115046099111109
X-MailingID: 171085
From:   Body Jewelry <GetCoolBodyJewelry171085@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Body Jewelry <GetCoolBodyJewelry171085@replies.virtumundo.com>
Subject: Jewelry you put through, not on your body.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.172921-0400_edt.217078-18617+148@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:29:21 -0400
```

===**Analysis of ten emails**   ========================================
From: IP address 216.64.222.129, host name 'vm-222-129.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Thu, 23 Oct 2003 08:49:03 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <213541-1070>
R2: 216.64.222.129 - Thu, 23 Oct 2003 08:48:41 -0400
   from vm129.vmadmin.com ([216.64.222.129])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <213421-1071>
R3: 192.168.3.11 - 23 Oct 2003 07:47:36 -0500
   from vmadmin.com (192.168.3.11)
   by   vm129.vmadmin.com
   with SMTP

===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213541-1070>; Thu, 23 Oct 2003 08:49:03 -0400
Received: from vm129.vmadmin.com ([216.64.222.129]) by ams.ftl.affinity.com with ESMTP id
<213421-1071>; Thu, 23 Oct 2003 08:48:41 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm129.vmadmin.com with SMTP; 23 Oct 2003 07:47:36 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 170641
From:   Bowling For Cash <BowlingForCashOnline170641@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Bowling For Cash <BowlingForCashOnline170641@replies.virtumundo.com>
Subject: You could be an Instant Winner!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.084841-0400_edt.213421-1071+780@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 08:48:40 -0400

===**Analysis of four emails** ========================================
From: IP address 216.21.208.71, host name 'vm208-71.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-71.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)============================
R1: (unknown) - Sun, 26 Oct 2003 14:34:49 -0500
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <359828-2716>
R2: 216.21.208.71 - Sun, 26 Oct 2003 14:33:41 -0500
   from vl208-71.vmlocal.com ([216.21.208.71])
   by  ams.ftl.affinity.com
   with ESMTP
   id   <525958-2711>
R3: 192.168.3.12 - 26 Oct 2003 13:33:38 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-71.vmlocal.com
   with SMTP


===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <359828-2716>; Sun, 26 Oct 2003 14:34:49 -0500
Received: from vl208-71.vmlocal.com ([216.21.208.71]) by ams.ftl.affinity.com with ESMTP id
<525958-2711>; Sun, 26 Oct 2003 14:33:41 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-71.vmlocal.com with SMTP; 26 Oct 2003 13:33:38 -0600
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 177440
From:   Brand Name Perfumes <BrandNamePerfumes177440@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Brand Name Perfumes <BrandNamePerfumes177440@vmlocal.com>
Subject: Sweet Smelling Offers on Brand Name Perfumes and Colognes.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.143341-0500_est.525958-2711+15538@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 14:33:41 -0500

62

0062

===**Analysis of five emails**    =========================================
From: IP address 216.64.222.98, host name 'vm-222-98.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===============================
R1: (unknown) - Sat, 3 Jan 2004 17:04:55 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <333659-7068>
R2: 216.64.222.98 - Sat, 3 Jan 2004 17:04:31 -0500
    from vm098.vmadmin.com ([216.64.222.98])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <458200-7070>
R3: 192.168.3.11 - 03 Jan 2004 16:04:29 -0600
    from vmadmin.com (192.168.3.11)
    by   vm098.vmadmin.com
    with SMTP

===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <333659-7068>; Sat, 3 Jan 2004 17:04:55 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com with ESMTP id
<458200-7070>; Sat, 3 Jan 2004 17:04:31 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 03 Jan 2004 16:04:29 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 234663
From:   Breakin Lawz Foundation <BreakinLawzFoundation@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Breakin Lawz Foundation <BreakinLawzFoundation234663@replies.virtumundo.com>
Subject: Breakdancing is back, check it out
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan3.170431-0500_est.458200-7070+56595@ams.ftl.affinity.com>
Date:Sat, 3 Jan 2004 17:04:30 -0500

===**Analysis of four emails**  ========================================
From: IP address 216.64.222.133, host name 'vm-222-133.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===============================
R1: (unknown) - Sun, 16 Nov 2003 23:45:34 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <2718007-17957>
R2: 216.64.222.133 - Sun, 16 Nov 2003 23:44:28 -0500
   from vm133.vmadmin.com ([216.64.222.133])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <2720145-17967>
R3: 192.168.3.11 - 16 Nov 2003 22:40:07 -0600
   from vmadmin.com (192.168.3.11)
   by  vm133.vmadmin.com
   with SMTP

===All e-mail Internet Headers===============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2718007-17957>; Sun, 16 Nov 2003 23:45:34 -0500
Received: from vm133.vmadmin.com ([216.64.222.133]) by ams.ftl.affinity.com with ESMTP id
<2720145-17967>; Sun, 16 Nov 2003 23:44:28 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm133.vmadmin.com with SMTP; 16 Nov 2003 22:40:07 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 199462
From:  Broadway Tickets <BuyBroadwayTickets199462@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Broadway Tickets <BuyBroadwayTickets199462@replies.virtumundo.com>
Subject: Get the hottest ticket in town.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.234428-0500_est.2720145-17967+50971@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 23:44:28 -0500

64

===**Analysis of four emails**  ================================================
From: IP address 216.64.222.108, host name 'vm-222-108.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==========================================
R1: (unknown) - Thu, 27 Nov 2003 22:48:15 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <222251-318>
R2: 216.64.222.108 - Thu, 27 Nov 2003 22:47:16 -0500
   from vm108.vmadmin.com ([216.64.222.108])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <222674-317>
R3: 192.168.3.11 - 27 Nov 2003 21:46:57 -0600
   from vmadmin.com (192.168.3.11)
   by  vm108.vmadmin.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222251-318>; Thu, 27 Nov 2003 22:48:15 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com with ESMTP id
<222674-317>; Thu, 27 Nov 2003 22:47:16 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm108.vmadmin.com with SMTP; 27 Nov 2003 21:46:57 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 206751
From:   Business Christmas Cards <GiveChristmasCards@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Christmas Cards <GiveChristmasCards206751@replies.virtumundo.com>
Subject: A year's worth of thanks in one simple card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov27.224716-0500_est.222674-317+28124@ams.ftl.affinity.com>
Date:Thu, 27 Nov 2003 22:47:16 -0500

65

===**Analysis of five emails** ==========================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)============================
R1: (unknown) - Mon, 10 Nov 2003 18:16:34 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <215917-15288>
R2: 216.64.222.112 - Mon, 10 Nov 2003 18:15:55 -0500
   from vm112.vmadmin.com ([216.64.222.112])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <222170-15290>
R3: 192.168.3.11 - 10 Nov 2003 17:15:47 -0600
   from vmadmin.com (192.168.3.11)
   by  vm112.vmadmin.com
   with SMTP


===All e-mail Internet Headers===================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215917-15288>; Mon, 10 Nov 2003 18:16:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com with ESMTP id
<222170-15290>; Mon, 10 Nov 2003 18:15:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 10 Nov 2003 17:15:47 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 195519
From:  Business Insurance <BusinessInsurance195519@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Business Insurance <BusinessInsurance195519@replies.virtumundo.com>
Subject: Cover your future with business insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov10.181555-0500_est.222170-15290+15805@ams.ftl.affinity.com>
Date:Mon, 10 Nov 2003 18:15:54 -0500

===**Analysis of two emails**  ========================================
From: IP address 216.74.151.222.
Location: 'Cary, NC' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'ms22.maildealz.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Thu, 4 Dec 2003 23:04:26 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <225431-7071>
R2: 216.74.151.222 - Thu, 4 Dec 2003 23:02:01 -0500
   from ms22.maildealz.com ([216.74.151.222])
   by  ams.ftl.affinity.com
   with ESMTP
   id   <224807-7063>
R3: 127.0.0.1 - Thu, 4 Dec 2003 23:00:55 -0500 (envelope-from
<140674219.ACCA1@bounce.MailDealz.com>)
   from ms22.maildealz.com (127.0.0.1)
   by  ms22.maildealz.com (PowerMTA(TM) v1.5)


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <225431-7071>; Thu, 4 Dec 2003 23:04:26 -0500
Received: from ms22.maildealz.com ([216.74.151.222]) by ams.ftl.affinity.com with ESMTP id
<224807-7063>; Thu, 4 Dec 2003 23:02:01 -0500
Received: from ms22.maildealz.com (127.0.0.1) by ms22.maildealz.com (PowerMTA(TM) v1.5);
Thu, 4 Dec 2003 23:00:55 -0500 (envelope-from <140674219.ACCA1@bounce.MailDealz.com>)
Message-ID: <140674219.1070596855665.ACCA1@ms22.maildealz.com>
Date: Thu, 4 Dec 2003 23:00:55 -0500 (EST)
From:  Business Services <1070567844129@mailserver2.MailDealz.com>
Reply-To: Business Services <specialoffers@MailDealz.com>
To:   FAYE@GORDONWORKS.COM
Subject: Does Your Business Accept Credit Cards?
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530904885.1070596855667

===**Analysis of twelve emails**  ====================================
From: IP address 216.64.222.126, host name 'vm-222-126.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==============================
R1: (unknown) - 7 May 2004 20:12:11 -0000
    (qmail 12024 invoked by uid 10003)
R2: (unknown) - 7 May 2004 20:12:11 -0000
    (qmail 12016 invoked from network)
R3: 216.64.222.126 - 7 May 2004 20:12:11 -0000
    from unknown (HELO vm126.vmadmin.com) (216.64.222.126)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 07 May 2004 15:21:21 -0500
    from vmadmin.com (192.168.3.11)
    by  vm126.vmadmin.com
    with SMTP

===All e-mail Internet Headers================================================
Return-Path: <mailcenter308377@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12024 invoked by uid 10003); 7 May 2004 20:12:11 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 12016 invoked from network); 7 May 2004 20:12:11 -0000
Received: from unknown (HELO vm126.vmadmin.com) (216.64.222.126)
  by ns48.webmasters.com with SMTP; 7 May 2004 20:12:11 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm126.vmadmin.com with SMTP; 07 May 2004 15:21:21 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911119109
X-MailingID: 308377
From: ByeByeCellulite <ByeByeCellulite@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: ByeByeCellulite <ByeByeCellulite308377@replies.virtumundo.com>
Subject: Woman shrank thighs up to 2 inches without a diet
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

68

===**Analysis of two emails** ==========================================
From: IP address 216.21.208.54, host name 'vm208-54.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-54.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==========================================
R1: (unknown) - Sat, 11 Oct 2003 16:35:57 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <467748-11395>
R2: 216.21.208.54 - Sat, 11 Oct 2003 16:34:46 -0400
   from vl208-54.vmlocal.com ([216.21.208.54])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <341965-11396>
R3: 192.168.3.12 - 11 Oct 2003 15:34:44 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-54.vmlocal.com
   with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <467748-11395>; Sat, 11 Oct 2003 16:35:57 -0400
Received: from vl208-54.vmlocal.com ([216.21.208.54]) by ams.ftl.affinity.com with ESMTP id
<341965-11396>; Sat, 11 Oct 2003 16:34:46 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-54.vmlocal.com with SMTP; 11 Oct 2003 15:34:44 -0500
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 160025
From:   Cable Descrambler <CableDescramblers160025@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+160025@replies.vmlocal.com>
**Subject: See More Than Ever Before**
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.163446-0400_edt.341965-11396+30415@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 16:34:46 -0400

69

===Analysis================================================================
From: IP address 216.21.209.191, host name 'vm209-191.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vm209-191.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)====================================
R1: (unknown) - Fri, 2 Jan 2004 22:41:18 -0500
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <3671793-21050>
R2: 216.21.209.191 - Fri, 2 Jan 2004 22:40:46 -0500
    from vm209-191.vmlocal.com ([216.21.209.191])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <3671814-8919>
R3: 192.168.3.13 - 02 Jan 2004 21:40:40 -0600
    from vmlocal.com (192.168.3.13)
    by   vm209-191.vmlocal.com
    with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3671793-21050>; Fri, 2 Jan 2004 22:41:18 -0500
Received: from vm209-191.vmlocal.com ([216.21.209.191]) by ams.ftl.affinity.com with ESMTP id
<3671814-8919>; Fri, 2 Jan 2004 22:40:46 -0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-191.vmlocal.com with SMTP; 02 Jan 2004 21:40:40 -0600
X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 234293
From:   Camping Outdoors <GoCampingOutdoors@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Camping Outdoors <GoCampingOutdoors234293@vmlocal.com>
Subject: Camping. Back to Basics in the Great Outdoors.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan2.224046-0500_est.3671814-8919+22889@ams.ftl.affinity.com>
Date:Fri, 2 Jan 2004 22:40:45 -0500

===Analysis========================================================
From: IP address 216.21.208.73, host name 'vm208-73.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-73.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Mon, 29 Sep 2003 14:40:40 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <1256752-17893>
R2: 216.21.208.73 - Mon, 29 Sep 2003 14:39:51 -0400
    from vl208-73.vmlocal.com ([216.21.208.73])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <1257124-17888>
R3: 192.168.3.12 - 29 Sep 2003 13:39:45 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-73.vmlocal.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <1256752-17893>; Mon, 29 Sep 2003 14:40:40 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com with ESMTP id
<1257124-17888>; Mon, 29 Sep 2003 14:39:51 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 29 Sep 2003 13:39:45 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 147642
From:   Candle Making <CandleMakingKits147642@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Candle Making <CandleMakingKits147642@vmlocal.com>
Subject: Make your wishes come true with candle making.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep29.143951-0400_edt.1257124-17888+28934@ams.ftl.affinity.com>
Date:Mon, 29 Sep 2003 14:39:50 -0400


71

===**Analysis of three emails**  ==============================================
From: IP address 216.64.222.108, host name 'vm-222-108.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)============================================
R1: (unknown) - Fri, 19 Dec 2003 22:28:11 -0500
   from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <213045-17778>
R2: 216.64.222.108 - Fri, 19 Dec 2003 22:27:14 -0500
   from vm108.vmadmin.com ([216.64.222.108])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <214894-17781>
R3: 192.168.3.11 - 19 Dec 2003 21:27:12 -0600
   from vmadmin.com (192.168.3.11)
   by   vm108.vmadmin.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213045-17778>; Fri, 19 Dec 2003 22:28:11 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com with ESMTP id
<214894-17781>; Fri, 19 Dec 2003 22:27:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 19 Dec 2003 21:27:12 -0600
X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 222690
From:   Candy <SweetToothRemedies@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Candy <SweetToothRemedies222690@replies.virtumundo.com>
Subject: Find candy for every craving here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec19.222714-0500_est.214894-17781+51709@ams.ftl.affinity.com>
Date:Fri, 19 Dec 2003 22:27:13 -0500

===Analysis========================================================
From: IP address 216.64.222.118, host name 'vm-222-118.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)============================
R1: (unknown) - Sun, 30 Nov 2003 22:54:00 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <229028-28127>
R2: 216.64.222.118 - Sun, 30 Nov 2003 22:53:18 -0500
    from vm118.vmadmin.com ([216.64.222.118])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <229156-28116>
R3: 192.168.3.11 - 30 Nov 2003 21:53:01 -0600
    from vmadmin.com (192.168.3.11)
    by   vm118.vmadmin.com
    with SMTP


===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <229028-28127>; Sun, 30 Nov 2003 22:54:00 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com with ESMTP id
<229156-28116>; Sun, 30 Nov 2003 22:53:18 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 30 Nov 2003 21:53:01 -0600
X-ClientHost: 106097121064103111141001111101191111141071150460991111109
X-MailingID: 208667
From:   Canopy Outlets <NewCanopyOutlets@vmadmin.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Canopy Outlets <NewCanopyOutlets208667@replies.virtumundo.com>
Subject: Protect yourself from the elements with a canopy.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov30.225318-0500_est.229156-28116+49086@ams.ftl.affinity.com>
Date:Sun, 30 Nov 2003 22:53:17 -0500

73

===**Analysis of ten emails**  ==============================================
From: IP address 216.64.222.3, host name 'vm-222-3.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Wed, 17 Sep 2003 19:24:53 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <212690-28718>
R2: 216.64.222.3 - Wed, 17 Sep 2003 19:24:46 -0400
    from vt03.vtarget.com ([216.64.222.3])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <214125-28716>
R3: 192.168.3.10 - 17 Sep 2003 18:24:45 -0500
    from vtarget.com (192.168.3.10)
    by   vt03.vtarget.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <212690-28718>; Wed, 17 Sep 2003 19:24:53 -0400
Received: from vt03.vtarget.com ([216.64.222.3]) by ams.ftl.affinity.com with ESMTP id <214125-
28716>; Wed, 17 Sep 2003 19:24:46 -0400
Received: from vtarget.com (192.168.3.10)
  by vt03.vtarget.com with SMTP; 17 Sep 2003 18:24:45 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 137361
From:   Car Insurance Quotes <CarInsuranceQuotes137361@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Car Insurance Quotes <CarInsuranceQuotes137361@replies.vtarget.com>
Subject: Is your car fully covered?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.192446-0400_edt.214125-28716+4678@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 19:24:46 -0400

### ===Analysis of eight emails ======================================

From: IP address 216.21.208.44, host name 'vm208-44.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-44.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)=================================
R1: (unknown) - Sun, 12 Oct 2003 13:34:39 -0400
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <267233-14309>
R2: 216.21.208.44 - Sun, 12 Oct 2003 13:33:27 -0400
    from vl208-44.vmlocal.com ([216.21.208.44])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <272197-14319>
R3: 192.168.3.12 - 12 Oct 2003 12:33:24 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-44.vmlocal.com
    with SMTP


===All e-mail Internet Headers=======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <267233-14309>; Sun, 12 Oct 2003 13:34:39 -0400
Received: from vl208-44.vmlocal.com ([216.21.208.44]) by ams.ftl.affinity.com with ESMTP id
<272197-14319>; Sun, 12 Oct 2003 13:33:27 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-44.vmlocal.com with SMTP; 12 Oct 2003 12:33:24 -0500
X-ClientHost: 1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 160825
From:   Car Rental Savings <CarRentalSavings160825@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+160825@replies.vmlocal.com>
Subject: Rent The Car You've Always Wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.133327-0400_edt.272197-14319+442@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 13:33:27 -0400

```
===Analysis================================================================
From: IP address 216.64.222.226, host name 'vm-222-226.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===================================
R1: (unknown) - Mon, 15 Sep 2003 17:35:12 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <728845-5916>
R2: 216.64.222.226 - Mon, 15 Sep 2003 17:34:51 -0400
    from vt226.vtarget.com ([216.64.222.226])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <729799-5926>
R3: 192.168.3.10 - 15 Sep 2003 16:34:43 -0500
    from vtarget.com (192.168.3.10)
    by   vt226.vtarget.com
    with SMTP

===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <728845-5916>; Mon, 15 Sep 2003 17:35:12 -0400
Received: from vt226.vtarget.com ([216.64.222.226]) by ams.ftl.affinity.com with ESMTP id
<729799-5926>; Mon, 15 Sep 2003 17:34:51 -0400
Received: from vtarget.com (192.168.3.10)
  by vt226.vtarget.com with SMTP; 15 Sep 2003 16:34:43 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 135071
From:   Caribbean Resorts <PlayInTheCaribbean135071@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+135071@virtumundo.com>
Subject: Find paradise on your next vacation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep15.173451-0400_edt.729799-5926+2851@ams.ftl.affinity.com>
Date:Mon, 15 Sep 2003 17:34:51 -0400
```

76

===**Analysis of eleven emails**    =============================================
From: IP address 216.64.222.109, host name 'vm-222-109.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)=====================================
R1: (unknown) - Wed, 3 Dec 2003 16:25:49 -0500
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <212901-23417>
R2: 216.64.222.109 - Wed, 3 Dec 2003 16:24:48 -0500
    from vm109.vmadmin.com ([216.64.222.109])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <218781-23413>
R3: 192.168.3.11 - 03 Dec 2003 15:24:44 -0600
    from vmadmin.com (192.168.3.11)
    by  vm109.vmadmin.com
    with SMTP


===All e-mail Internet Headers================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <212901-23417>; Wed, 3 Dec 2003 16:25:49 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com with ESMTP id
<218781-23413>; Wed, 3 Dec 2003 16:24:48 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 03 Dec 2003 15:24:44 -0600
X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 210579
From:  Carloans <GetYourCarLoanNow@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carloans <GetYourCarLoanNow210579@replies.virtumundo.com>
Subject: Low 3.9% Car loans!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.162448-0500_est.218781-23413+10103@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 16:24:48 -0500

===**Analysis of three emails**  ============================================
From: IP address 216.64.222.107, host name 'vm-222-107.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==========================================
R1: (unknown) - Sat, 8 Nov 2003 02:27:51 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <217729-1807>
R2: 216.64.222.107 - Sat, 8 Nov 2003 02:27:16 -0500
    from vm107.vmadmin.com ([216.64.222.107])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <217938-1806>
R3: 192.168.3.11 - 08 Nov 2003 01:27:06 -0600
    from vmadmin.com (192.168.3.11)
    by   vm107.vmadmin.com
    with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217729-1807>; Sat, 8 Nov 2003 02:27:51 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com with ESMTP id
<217938-1806>; Sat, 8 Nov 2003 02:27:16 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 08 Nov 2003 01:27:06 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 192387
From:   Carpet <FindGreatCarpeting192387@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Carpet <FindGreatCarpeting192387@replies.virtumundo.com>
Subject: Luxurious wall to wall carpeting.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov8.022716-0500_est.217938-1806+17293@ams.ftl.affinity.com>
Date:Sat, 8 Nov 2003 02:27:16 -0500

78

===**Analysis of forty emails**  ========================================
From: IP address 216.21.208.30, host name 'vm208-30.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-30.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)=================================
R1: (unknown) - Fri, 7 Nov 2003 21:25:46 -0500
     from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <214138-1069>
R2: 216.21.208.30 - Fri, 7 Nov 2003 21:24:39 -0500
     from vl208-30.vmlocal.com ([216.21.208.30])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <214718-1075>
R3: 192.168.3.12 - 07 Nov 2003 20:24:33 -0600
     from vmlocal.com (192.168.3.12)
     by   vl208-30.vmlocal.com
     with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214138-1069>; Fri, 7 Nov 2003 21:25:46 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com with ESMTP id
<214718-1075>; Fri, 7 Nov 2003 21:24:39 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-30.vmlocal.com with SMTP; 07 Nov 2003 20:24:33 -0600
X-ClientHost: 106097109101115064103111114100111110191111141071150460991111109
X-MailingID: 191733
From:   Cash Advance <TheCashYouNeedNow191733@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cash Advance <TheCashYouNeedNow191733@vmlocal.com>
Subject: The cash you need, when you need it.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov7.212439-0500_est.214718-1075+5167@ams.ftl.affinity.com>
Date:Fri, 7 Nov 2003 21:24:39 -0500

79

===**Analysis of four emails**  =========================================
From: IP address 216.64.222.123, host name 'vm-222-123.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Tue, 27 Jan 2004 16:56:43 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <315313-2361>
R2: 216.64.222.123 - Tue, 27 Jan 2004 16:56:07 -0500
   from vm123.vmadmin.com ([216.64.222.123])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <330907-2360>
R3: 192.168.3.11 - 27 Jan 2004 15:56:04 -0600
   from vmadmin.com (192.168.3.11)
   by  vm123.vmadmin.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <315313-2361>; Tue, 27 Jan 2004 16:56:43 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com with ESMTP id
<330907-2360>; Tue, 27 Jan 2004 16:56:07 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm123.vmadmin.com with SMTP; 27 Jan 2004 15:56:04 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 241046
From:  Cashflow Center <CashFlowCenter@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cashflow Center <CashFlowCenter241046@replies.virtumundo.com>
Subject: About selling your stuff... here's how to make it pay
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan27.165607-0500_est.330907-2360+533@ams.ftl.affinity.com>
Date:Tue, 27 Jan 2004 16:56:07 -0500

===**Analysis of five emails** =========================================
From: IP address 216.64.222.212, host name 'vm-222-212.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)====================================
R1: (unknown) - Tue, 13 Jan 2004 13:03:39 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <2726248-31884>
R2: 216.64.222.212 - Tue, 13 Jan 2004 13:02:52 -0500
   from vm212.vmadmin.com ([216.64.222.212])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <2726253-31883>
R3: 192.168.3.11 - 13 Jan 2004 12:02:51 -0600
   from vmadmin.com (192.168.3.11)
   by  vm212.vmadmin.com
   with SMTP


===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2726248-31884>; Tue, 13 Jan 2004 13:03:39 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com with ESMTP id
<2726253-31883>; Tue, 13 Jan 2004 13:02:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 13 Jan 2004 12:02:51 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111 09
X-MailingID: 240190
From:  Casino On Net <PlayTheBestCasino@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Casino On Net <PlayTheBestCasino240190@replies.virtumundo.com>
Subject: You Could Get A $200 Bonus Now
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan13.130252-0500_est.2726253-31883+9085@ams.ftl.affinity.com>
Date:Tue, 13 Jan 2004 13:02:51 -0500

81

=== **Analysis of ten email** ==========================================

From: IP address 216.21.208.37, host name 'vm208-37.adknowledgemail.com'.

Location: **'Kansas City, MO'** - For a detailed geographic trace, run VisualRoute.

Received Headers: DNS reports 'vl208-37.vmlocal.com' is not a known host name. in R2 (E11).

eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==========================================

R1: (unknown) - Wed, 1 Oct 2003 20:49:50 -0400

   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)

   by   ams.ftl.affinity.com

   id   <242700-27399>

R2: 216.21.208.37 - Wed, 1 Oct 2003 20:46:22 -0400

   from vl208-37.vmlocal.com ([216.21.208.37])

   by  ams.ftl.affinity.com

   with ESMTP

   id   <213515-27399>

R3: 192.168.3.12 - 01 Oct 2003 19:46:19 -0500

   from vmlocal.com (192.168.3.12)

   by   vl208-37.vmlocal.com

   with SMTP


===All e-mail Internet Headers==========================================

X-Persona: <ValueWeb>

Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <242700-27399>; Wed, 1 Oct 2003 20:49:50 -0400

Received: from vl208-37.vmlocal.com ([216.21.208.37]) by ams.ftl.affinity.com with ESMTP id <213515-27399>; Wed, 1 Oct 2003 20:46:22 -0400

Received: from vmlocal.com (192.168.3.12)

  by vl208-37.vmlocal.com with SMTP; 01 Oct 2003 19:46:19 -0500

X-ClientHost: 1060971091011150641031111410011111101191111141071150460991111109

X-MailingID: 149615

From:  Ceiling Fans <CeilingFansForYourHome149615@vmlocal.com>

To:   James <james@gordonworks.com>

Errors-To: errors@vmlocal.com

Reply-To: Ceiling Fans <CeilingFansForYourHome149615@vmlocal.com>

Subject: Ceiling fans for comfort and decoration.

Mime-Version: 1.0

Content-Type: text/html

Content-Transfer-Encoding: 8bit

Message-Id: <03Oct1.204622-0400_edt.213515-27399+54341@ams.ftl.affinity.com>

Date:Wed, 1 Oct 2003 20:46:22 -0400

===**Analysis of three emails**    =======================================
From: IP address 216.21.208.33, host name 'vm208-33.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-33.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Fri, 21 Nov 2003 13:04:11 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <218834-32008>
R2: 216.21.208.33 - Fri, 21 Nov 2003 13:03:14 -0500
    from vl208-33.vmlocal.com ([216.21.208.33])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <219945-32022>
R3: 192.168.3.12 - 21 Nov 2003 12:02:25 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-33.vmlocal.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218834-32008>; Fri, 21 Nov 2003 13:04:11 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com with ESMTP id
<219945-32022>; Fri, 21 Nov 2003 13:03:14 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 21 Nov 2003 12:02:25 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 202579
From:   Cell Accessories <CellAccessories202579@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cell Accessories <CellAccessories202579@vmlocal.com>
Subject: Get cool cell phone accessories now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.130314-0500_est.219945-32022+17515@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 13:02:29 -0500

===**Analysis of five emails**    ==========================================
From: IP address 216.64.222.92, host name 'vm-222-92.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)======================================
R1: (unknown) - Wed, 24 Dec 2003 02:54:27 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <220202-5219>
R2: 216.64.222.92 - Wed, 24 Dec 2003 02:53:42 -0500
   from vm092.vmadmin.com ([216.64.222.92])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <221428-5223>
R3: 192.168.3.11 - 24 Dec 2003 01:53:41 -0600
   from vmadmin.com (192.168.3.11)
   by   vm092.vmadmin.com
   with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <220202-5219>; Wed, 24 Dec 2003 02:54:27 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com with ESMTP id
<221428-5223>; Wed, 24 Dec 2003 02:53:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm092.vmadmin.com with SMTP; 24 Dec 2003 01:53:41 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 225649
From:   Cell Phone <ComplimentaryCellPhone@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cell Phone <ComplimentaryCellPhone225649@replies.virtumundo.com>
Subject: Complimentary Cell Phone for Faye
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec24.025342-0500_est.221428-5223+22839@ams.ftl.affinity.com>
Date:Wed, 24 Dec 2003 02:53:42 -0500

===**Analysis of two emails**   ==========================================
From: IP address 216.21.208.59, host name 'vm208-59.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-59.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Sun, 9 Nov 2003 17:33:19 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <219570-26649>
R2: 216.21.208.59 - Sun, 9 Nov 2003 17:32:19 -0500
    from vl208-59.vmlocal.com ([216.21.208.59])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <219674-26635>
R3: 192.168.3.12 - 09 Nov 2003 16:32:14 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-59.vmlocal.com
    with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219570-26649>; Sun, 9 Nov 2003 17:33:19 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com with ESMTP id
<219674-26635>; Sun, 9 Nov 2003 17:32:19 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-59.vmlocal.com with SMTP; 09 Nov 2003 16:32:14 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 194183
From:   Cell Phone Giveaway <CellPhoneGiveaway194183@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Cell Phone Giveaway <CellPhoneGiveaway194183@vmlocal.com>
Subject: Click today for a Free Cell Phone.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.173219-0500_est.219674-26635+5161@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 17:32:18 -0500

===**Analysis of sixteen emails**  ========================================
From: IP address 216.64.222.110, host name 'vm-222-110.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Sat, 27 Sep 2003 02:23:24 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by ams.ftl.affinity.com
    id  <2545719-18173>
R2: 216.64.222.110 - Sat, 27 Sep 2003 02:22:43 -0400
    from vm110.vmadmin.com ([216.64.222.110])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <2546293-18019>
R3: 192.168.3.11 - 27 Sep 2003 01:22:41 -0500
    from vmadmin.com (192.168.3.11)
    by  vm110.vmadmin.com
    with SMTP


===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2545719-18173>; Sat, 27 Sep 2003 02:23:24 -0400
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com with ESMTP id
<2546293-18019>; Sat, 27 Sep 2003 02:22:43 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 27 Sep 2003 01:22:41 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 145131
From:  Cheapest Cigarettes <CheapestCigarettesOnline145131@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cheapest Cigarettes <CheapestCigarettesOnline145131@replies.virtumundo.com>
Subject: Marlboro cartons under 15 bucks, including shipping!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep27.022243-0400_edt.2546293-18019+3015@ams.ftl.affinity.com>
Date:Sat, 27 Sep 2003 02:22:42 -0400

===**Analysis of eight emails**  =======================================
From: IP address 216.64.222.105, host name 'vm-222-105.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Thu, 22 Jan 2004 17:15:41 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <231893-25549>
R2: 216.64.222.105 - Thu, 22 Jan 2004 17:15:17 -0500
   from vm105.vmadmin.com ([216.64.222.105])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <229793-25554>
R3: 192.168.3.11 - 22 Jan 2004 16:15:13 -0600
   from vmadmin.com (192.168.3.11)
   by  vm105.vmadmin.com
   with SMTP


===All e-mail Internet Headers================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <231893-25549>; Thu, 22 Jan 2004 17:15:41 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com with ESMTP id
<229793-25554>; Thu, 22 Jan 2004 17:15:17 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm105.vmadmin.com with SMTP; 22 Jan 2004 16:15:13 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911111 09
X-MailingID: 240412
From:  Children's Insurance <ChildrensInsurance@vmadmin.com>
To:      Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Children's Insurance <ChildrensInsurance240412@replies.virtumundo.com>
Subject: Protect your child's financial future
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan22.171517-0500_est.229793-25554+15566@ams.ftl.affinity.com>
Date:Thu, 22 Jan 2004 17:15:17 -0500

===**Analysis of two emails** ==========================================
From: IP address 216.64.222.101, host name 'vm-222-101.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Sun, 21 Dec 2003 22:36:20 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <219347-26846>
R2: 216.64.222.101 - Sun, 21 Dec 2003 22:35:19 -0500
   from vm101.vmadmin.com ([216.64.222.101])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <223137-26846>
R3: 192.168.3.11 - 21 Dec 2003 21:35:16 -0600
   from vmadmin.com (192.168.3.11)
   by  vm101.vmadmin.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219347-26846>; Sun, 21 Dec 2003 22:36:20 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com with ESMTP id
<223137-26846>; Sun, 21 Dec 2003 22:35:19 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 21 Dec 2003 21:35:16 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 223935
From:  Chocolate <TheBestChocolates@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Chocolate <TheBestChocolates223935@replies.virtumundo.com>
Subject: So good,
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec21.223519-0500_est.223137-26846+9023@ams.ftl.affinity.com>
Date:Sun, 21 Dec 2003 22:35:18 -0500

===**Analysis of four emails** ==========================================
From: IP address 216.64.222.212, host name 'vm-222-212.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - 17 May 2004 06:09:17 -0000
   (qmail 857 invoked by uid 10003)
R2: (unknown) - 17 May 2004 06:09:17 -0000
   (qmail 853 invoked from network)
R3: 216.64.222.212 - 17 May 2004 06:09:17 -0000
   from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
   by   ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 17 May 2004 01:20:19 -0500
   from vmadmin.com (192.168.3.11)
   by  vm212.vmadmin.com
   with SMTP


===All e-mail Internet Headers=========================================
Return-Path: <mailcenter308515@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 857 invoked by uid 10003); 17 May 2004 06:09:17 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 853 invoked from network); 17 May 2004 06:09:17 -0000
Received: from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
   by ns48.webmasters.com with SMTP; 17 May 2004 06:09:17 -0000
Received: from vmadmin.com (192.168.3.11)
   by vm212.vmadmin.com with SMTP; 17 May 2004 01:20:19 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 308515
From: Choose A Degree <ChooseYourDegree@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Choose A Degree <ChooseYourDegree308515@replies.virtumundo.com>
Subject: Move up the Career Ladder
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

89

===**Analysis of two emails**   ========================================
From: IP address 216.64.222.107, host name 'vm-222-107.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)====================================
R1: (unknown) - Sat, 29 Nov 2003 23:15:11 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <215438-16364>
R2: 216.64.222.107 - Sat, 29 Nov 2003 23:13:28 -0500
    from vm107.vmadmin.com ([216.64.222.107])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <222007-16359>
R3: 192.168.3.11 - 29 Nov 2003 22:13:15 -0600
    from vmadmin.com (192.168.3.11)
    by   vm107.vmadmin.com
    with SMTP


===All e-mail Internet Headers====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215438-16364>; Sat, 29 Nov 2003 23:15:11 -0500
Received: from vm107.vmadmin.com ([216.64.222.107]) by ams.ftl.affinity.com with ESMTP id
<222007-16359>; Sat, 29 Nov 2003 23:13:28 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm107.vmadmin.com with SMTP; 29 Nov 2003 22:13:15 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 208317
From:   Christmas Gift Baskets <GiveAGiftBasketNow@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Christmas Gift Baskets <GiveAGiftBasketNow208317@replies.virtumundo.com>
Subject: Christmas baskets are the perfect gift!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov29.231328-0500_est.222007-16359+32213@ams.ftl.affinity.com>
Date:Sat, 29 Nov 2003 23:13:27 -0500

0090

===**Analysis of five emails** ========================================

From: IP address 216.64.222.115, host name 'vm-222-115.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Sat, 22 Nov 2003 23:06:11 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by ams.ftl.affinity.com
    id  <218059-788>
R2: 216.64.222.115 - Sat, 22 Nov 2003 23:04:49 -0500
    from vm115.vmadmin.com ([216.64.222.115])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <217196-20041>
R3: 192.168.3.11 - 22 Nov 2003 22:02:17 -0600
    from vmadmin.com (192.168.3.11)
    by  vm115.vmadmin.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218059-788>; Sat, 22 Nov 2003 23:06:11 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com with ESMTP id
<217196-20041>; Sat, 22 Nov 2003 23:04:49 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 22 Nov 2003 22:02:17 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 203542
From:   Christmas Lights <ChristmasLights@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Christmas Lights <ChristmasLights203542@replies.virtumundo.com>
Subject: There's no such thing as too many Christmas lights.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.230449-0500_est.217196-20041+33479@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 23:04:48 -0500

===**Analysis of four emails**  ========================================
From: IP address 216.64.222.91, host name 'vm-222-91.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===================================
R1: (unknown) - Tue, 25 Nov 2003 22:12:49 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <219666-1081>
R2: 216.64.222.91 - Tue, 25 Nov 2003 22:12:03 -0500
    from vm091.vmadmin.com ([216.64.222.91])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <221525-1078>
R3: 192.168.3.11 - 25 Nov 2003 21:11:58 -0600
    from vmadmin.com (192.168.3.11)
    by   vm091.vmadmin.com
    with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219666-1081>; Tue, 25 Nov 2003 22:12:49 -0500
Received: from vm091.vmadmin.com ([216.64.222.91]) by ams.ftl.affinity.com with ESMTP id
<221525-1078>; Tue, 25 Nov 2003 22:12:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm091.vmadmin.com with SMTP; 25 Nov 2003 21:11:58 -0600
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 205306
From:   Christmas Ornament <ChristmasOrnament@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Christmas Ornament <ChristmasOrnament205306@replies.virtumundo.com>
Subject: Looking for new Christmas ornaments?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.221203-0500_est.221525-1078+4738@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 22:12:02 -0500

===**Analysis of five emails**  ========================================
From: IP address 216.64.222.110, host name 'vm-222-110.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Thu, 29 Jan 2004 10:27:44 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <329234-7235>
R2: 216.64.222.110 - Thu, 29 Jan 2004 10:26:43 -0500
    from vm110.vmadmin.com ([216.64.222.110])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <329231-7245>
R3: 192.168.3.11 - 29 Jan 2004 09:26:40 -0600
    from vmadmin.com (192.168.3.11)
    by  vm110.vmadmin.com
    with SMTP


===All e-mail Internet Headers===================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <329234-7235>; Thu, 29 Jan 2004 10:27:44 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com with ESMTP id
<329231-7245>; Thu, 29 Jan 2004 10:26:43 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm110.vmadmin.com with SMTP; 29 Jan 2004 09:26:40 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460099111109
X-MailingID: 241099
From:  Cigar5pack <HugeSelections@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cigar5pack <HugeSelections241099@replies.virtumundo.com>
Subject: New Cigar5pack.com cigar combo
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan29.102643-0500_est.329231-7245+13865@ams.ftl.affinity.com>
Date:Thu, 29 Jan 2004 10:26:41 -0500

93

===**Analysis of twelve emails** ========================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)================================
R1: (unknown) - Tue, 7 Oct 2003 18:50:57 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <220809-8588>
R2: 216.64.222.112 - Tue, 7 Oct 2003 17:45:04 -0400
   from vm112.vmadmin.com ([216.64.222.112])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <231518-8591>
R3: 192.168.3.11 - 07 Oct 2003 16:44:51 -0500
   from vmadmin.com (192.168.3.11)
   by  vm112.vmadmin.com
   with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <220809-8588>; Tue, 7 Oct 2003 18:50:57 -0400
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com with ESMTP id
<231518-8591>; Tue, 7 Oct 2003 17:45:04 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 07 Oct 2003 16:44:51 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 154980
From:  Citi Home Equity Loans <CitiHomeEquityLoans154980@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Citi Home Equity Loans <CitiHomeEquityLoans154980@replies.virtumundo.com>
Subject: The stuff dreams are made of
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.174504-0400_edt.231518-8591+29188@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 17:45:04 -0400

94

=== **Analysis of three emails** ======================================
From: IP address 216.21.208.28, host name 'vm208-28.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-28.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================
R1: (unknown) - Tue, 23 Sep 2003 11:17:29 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <4398678-18794>
R2: 216.21.208.28 - Tue, 23 Sep 2003 11:16:34 -0400
    from vl208-28.vmlocal.com ([216.21.208.28])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <3681750-18841>
R3: 192.168.3.12 - 23 Sep 2003 10:16:33 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-28.vmlocal.com
    with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <4398678-18794>; Tue, 23 Sep 2003 11:17:29 -0400
Received: from vl208-28.vmlocal.com ([216.21.208.28]) by ams.ftl.affinity.com with ESMTP id
<3681750-18841>; Tue, 23 Sep 2003 11:16:34 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-28.vmlocal.com with SMTP; 23 Sep 2003 10:16:33 -0500
X-ClientHost: 1060971091011150641031111410011111011911111410711504609911109
X-MailingID: 142441
From:   Closet Organizer <GreatClosetOrganizers142441@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Closet Organizer <GreatClosetOrganizers142441@vmlocal.com>
Subject: Are your closets in order?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep23.111634-0400_edt.3681750-18841+1852@ams.ftl.affinity.com>
Date:Tue, 23 Sep 2003 11:16:34 -0400

95

===**Analysis of four emails**     ===========================================

From: IP address 216.64.222.109, host name 'vm-222-109.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Fri, 21 Nov 2003 22:28:36 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <213179-29374>
R2: 216.64.222.109 - Fri, 21 Nov 2003 22:27:47 -0500
   from vm109.vmadmin.com ([216.64.222.109])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <218593-29380>
R3: 192.168.3.11 - 21 Nov 2003 21:26:30 -0600
   from vmadmin.com (192.168.3.11)
   by   vm109.vmadmin.com
   with SMTP

===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213179-29374>; Fri, 21 Nov 2003 22:28:36 -0500
Received: from vm109.vmadmin.com ([216.64.222.109]) by ams.ftl.affinity.com with ESMTP id
<218593-29380>; Fri, 21 Nov 2003 22:27:47 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm109.vmadmin.com with SMTP; 21 Nov 2003 21:26:30 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 202396
From:   Club Resorts <ClubsAndResorts202396@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Club Resorts <ClubsAndResorts202396@replies.virtumundo.com>
Subject: Ready to take a vacation?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov21.222747-0500_est.218593-29380+11679@ams.ftl.affinity.com>
Date:Fri, 21 Nov 2003 22:27:47 -0500

===**Analysis of ten emails** ========================================
From: IP address 216.64.222.119, host name 'vm-222-119.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==============================
R1: (unknown) - Wed, 8 Oct 2003 14:54:39 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <230061-22172>
R2: 216.64.222.119 - Wed, 8 Oct 2003 12:09:34 -0400
   from vm119.vmadmin.com ([216.64.222.119])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <262434-30544>
R3: 192.168.3.11 - 08 Oct 2003 11:09:31 -0500
   from vmadmin.com (192.168.3.11)
   by   vm119.vmadmin.com
   with SMTP

===All e-mail Internet Headers==============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <230061-22172>; Wed, 8 Oct 2003 14:54:39 -0400
Received: from vm119.vmadmin.com ([216.64.222.119]) by ams.ftl.affinity.com with ESMTP id
<262434-30544>; Wed, 8 Oct 2003 12:09:34 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm119.vmadmin.com with SMTP; 08 Oct 2003 11:09:31 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 156621
From:   College Degree <CriminalJusticeDegree156621@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+156621@virtumundo.com>
Subject: Earn Your Criminal Justice Degree Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.120934-0400_edt.262434-30544+1929@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 12:09:33 -0400

===**Analysis of sixteen emails**  ====================================
From: IP address 216.64.222.108, host name 'vm-222-108.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - 2 May 2004 06:21:59 -0000
    (qmail 6366 invoked by uid 10003)
R2: (unknown) - 2 May 2004 06:21:59 -0000
    (qmail 6363 invoked from network)
R3: 216.64.222.108 - 2 May 2004 06:21:59 -0000
    from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 02 May 2004 01:30:03 -0500
    from vmadmin.com (192.168.3.11)
    by  vm108.vmadmin.com
    with SMTP


===All e-mail Internet Headers=====================================
Return-Path: <mailcenter308313@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 6366 invoked by uid 10003); 2 May 2004 06:21:59 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 6363 invoked from network); 2 May 2004 06:21:59 -0000
Received: from unknown (HELO vm108.vmadmin.com) (216.64.222.108)
  by ns48.webmasters.com with SMTP; 2 May 2004 06:21:59 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 02 May 2004 01:30:03 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 308313
From: Complimentary TanTowel <TryTheTanTowelNow@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Complimentary TanTowel <TryTheTanTowelNow308313@replies.virtumundo.com>
Subject: Tan without Cancer
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


98

0098

===**Analysis of forty-five emails** ========================================
From: IP address 216.21.208.21, host name 'vm208-21.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-21.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Sat, 20 Sep 2003 16:27:27 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <359968-4351>
R2: 216.21.208.21 - Sat, 20 Sep 2003 16:26:37 -0400
    from vl208-21.vmlocal.com ([216.21.208.21])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <361197-4360>
R3: 192.168.3.12 - 20 Sep 2003 15:26:30 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-21.vmlocal.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <359968-4351>; Sat, 20 Sep 2003 16:27:27 -0400
Received: from vl208-21.vmlocal.com ([216.21.208.21]) by ams.ftl.affinity.com with ESMTP id
<361197-4360>; Sat, 20 Sep 2003 16:26:37 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-21.vmlocal.com with SMTP; 20 Sep 2003 15:26:30 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 139927
From:   Consolidate Your Debt <ConsolidateYourDebt139927@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Consolidate Your Debt <ConsolidateYourDebt139927@vmlocal.com>
Subject: Ready to reduce your debt?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.162637-0400_edt.361197-4360+2491@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 16:26:36 -0400

===Analysis===========================================================
From: IP address 216.64.222.116, host name 'vm-222-116.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==============================
R1: (unknown) - Fri, 14 Nov 2003 03:13:58 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <271096-7414>
R2: 216.64.222.116 - Thu, 13 Nov 2003 22:31:34 -0500
    from vm116.vmadmin.com ([216.64.222.116])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <232248-1094>
R3: 192.168.3.11 - 13 Nov 2003 21:29:43 -0600
    from vmadmin.com (192.168.3.11)
    by   vm116.vmadmin.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <271096-7414>; Fri, 14 Nov 2003 03:13:58 -0500
Received: from vm116.vmadmin.com ([216.64.222.116]) by ams.ftl.affinity.com with ESMTP id
<232248-1094>; Thu, 13 Nov 2003 22:31:34 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 13 Nov 2003 21:29:43 -0600
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 197111
From:   Constipation Help <ConstipationHelp197111@vmadmin.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Constipation Help <ConstipationHelp197111@replies.virtumundo.com>
Subject: Constipation relief is here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.223134-0500_est.232248-1094+51@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 22:31:34 -0500

===Analysis================================================
From: IP address 216.64.222.226, host name 'vm-222-226.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================
R1: (unknown) - Sat, 13 Sep 2003 16:27:21 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <328585-8093>
R2: 216.64.222.226 - Sat, 13 Sep 2003 16:26:34 -0400
    from vt226.vtarget.com ([216.64.222.226])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <328614-8087>
R3: 192.168.3.10 - 13 Sep 2003 15:26:30 -0500
    from vtarget.com (192.168.3.10)
    by   vt226.vtarget.com
    with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <328585-8093>; Sat, 13 Sep 2003 16:27:21 -0400
Received: from vt226.vtarget.com ([216.64.222.226]) by ams.ftl.affinity.com with ESMTP id
<328614-8087>; Sat, 13 Sep 2003 16:26:34 -0400
Received: from vtarget.com (192.168.3.10)
  by vt226.vtarget.com with SMTP; 13 Sep 2003 15:26:30 -0500
X-ClientHost: 10609710910111506410311111410011111101191111410711504609911110 9
X-MailingID: 133211
From:   Construction Loans <ConstructionLoans133211@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+133211@virtumundo.com>
Subject: Grow your home with a construction loan.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep13.162634-0400_edt.328614-8087+3165@ams.ftl.affinity.com>
Date:Sat, 13 Sep 2003 16:26:34 -0400

===**Analysis of seventeen emails**  ==========================================
From: IP address 216.21.208.56, host name 'vm208-56.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-56.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Sun, 16 Nov 2003 17:12:58 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <217222-21279>
R2: 216.21.208.56 - Sun, 16 Nov 2003 17:12:05 -0500
    from vl208-56.vmlocal.com ([216.21.208.56])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <217316-21278>
R3: 192.168.3.12 - 16 Nov 2003 16:11:56 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-56.vmlocal.com
    with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217222-21279>; Sun, 16 Nov 2003 17:12:58 -0500
Received: from vl208-56.vmlocal.com ([216.21.208.56]) by ams.ftl.affinity.com with ESMTP id
<217316-21278>; Sun, 16 Nov 2003 17:12:05 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-56.vmlocal.com with SMTP; 16 Nov 2003 16:11:56 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 199286
From:   Contact Lenses <LocateContactLenses199286@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Contact Lenses <LocateContactLenses199286@vmlocal.com>
Subject: Find contact lenses online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.171205-0500_est.217316-21278+36887@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 17:12:04 -0500

===Analysis=========================================================
From: IP address 216.64.222.116, host name 'vm-222-116.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - 9 Jun 2004 20:27:45 -0000
   (qmail 5626 invoked by uid 10003)
R2: (unknown) - 9 Jun 2004 20:27:45 -0000
   (qmail 5622 invoked from network)
R3: 216.64.222.116 - 9 Jun 2004 20:27:45 -0000
   from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
   by   ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 09 Jun 2004 15:27:40 -0500
   from vmadmin.com (192.168.3.11)
   by   vm116.vmadmin.com
   with SMTP

===All e-mail Internet Headers===================================================
Return-Path: <mailcenter308898@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 5626 invoked by uid 10003); 9 Jun 2004 20:27:45 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 5622 invoked from network); 9 Jun 2004 20:27:45 -0000
Received: from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
  by ns48.webmasters.com with SMTP; 9 Jun 2004 20:27:45 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 09 Jun 2004 15:27:40 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 308898
From: Continental Warranty <ContinentalWarranty@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Continental Warranty <ContinentalWarranty308898@replies.virtumundo.com>
Subject: Don't get jacked on your warranty.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

103

===**Analysis of fifty-two emails** ============================================
From: IP address 216.64.222.94, host name 'vm-222-94.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Thu, 30 Oct 2003 17:01:42 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <218815-14152>
R2: 216.64.222.94 - Thu, 30 Oct 2003 17:00:24 -0500
    from vm094.vmadmin.com ([216.64.222.94])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <225219-14139>
R3: 192.168.3.11 - 30 Oct 2003 15:59:18 -0600
    from vmadmin.com (192.168.3.11)
    by   vm094.vmadmin.com
    with SMTP


===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218815-14152>; Thu, 30 Oct 2003 17:01:42 -0500
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com with ESMTP id
<225219-14139>; Thu, 30 Oct 2003 17:00:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 30 Oct 2003 15:59:18 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 182397
From:   Cooking Club <CookingClubTesters182397@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cooking Club <CookingClubTesters182397@replies.virtumundo.com>
Subject: Cooking Product Testers Needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.170024-0500_est.225219-14139+32450@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 17:00:23 -0500

===**Analysis of two emails**   ========================================
From: IP address 216.64.222.94, host name 'vm-222-94.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - 11 May 2004 20:22:43 -0000
   (qmail 12370 invoked by uid 10003)
R2: (unknown) - 11 May 2004 20:22:43 -0000
   (qmail 12366 invoked from network)
R3: 216.64.222.94 - 11 May 2004 20:22:43 -0000
   from unknown (HELO vm094.vmadmin.com) (216.64.222.94)
   by  ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 11 May 2004 15:32:37 -0500
   from vmadmin.com (192.168.3.11)
   by  vm094.vmadmin.com
   with SMTP


===All e-mail Internet Headers=================================
Return-Path: <mailcenter308408@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12370 invoked by uid 10003); 11 May 2004 20:22:43 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 12366 invoked from network); 11 May 2004 20:22:43 -0000
Received: from unknown (HELO vm094.vmadmin.com) (216.64.222.94)
  by ns48.webmasters.com with SMTP; 11 May 2004 20:22:43 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 11 May 2004 15:32:37 -0500
X-ClientHost: 1060972106410311111410011110119111114107115046099111109
X-MailingID: 308408
From: Coquina Software <CoquinaSoftware@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Coquina Software <CoquinaSoftware308408@replies.virtumundo.com>
Subject: Four Award Winning Software Titles - only 35 dollars
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

105

===**Analysis of four emails**   ========================================
From: IP address 216.64.222.135, host name 'vm-222-135.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - Thu, 9 Oct 2003 21:06:44 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <338808-11399>
R2: 216.64.222.135 - Thu, 9 Oct 2003 19:35:54 -0400
   from vm135.vmadmin.com ([216.64.222.135])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <459366-11393>
R3: 192.168.3.11 - 09 Oct 2003 18:35:50 -0500
   from vmadmin.com (192.168.3.11)
   by   vm135.vmadmin.com
   with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <338808-11399>; Thu, 9 Oct 2003 21:06:44 -0400
Received: from vm135.vmadmin.com ([216.64.222.135]) by ams.ftl.affinity.com with ESMTP id
<459366-11393>; Thu, 9 Oct 2003 19:35:54 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm135.vmadmin.com with SMTP; 09 Oct 2003 18:35:50 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504 6099111109
X-MailingID: 157658
From:   Coral Calcium <TryCoralCalciumNow157658@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+157658@virtumundo.com>
Subject: Get all the calcium you need with coral calcium.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.193554-0400_edt.459366-11393+10522@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 19:35:54 -0400

0106

```
===Analysis==========================================================
From: IP address 216.64.222.125, host name 'vm-222-125.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==============================
R1: (unknown) - Tue, 14 Oct 2003 19:36:13 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <219141-30999>
R2: 216.64.222.125 - Tue, 14 Oct 2003 17:58:01 -0400
    from vm125.vmadmin.com ([216.64.222.125])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <332467-30960>
R3: 192.168.3.11 - 14 Oct 2003 16:57:50 -0500
    from vmadmin.com (192.168.3.11)
    by   vm125.vmadmin.com
    with SMTP


===All e-mail Internet Headers=======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219141-30999>; Tue, 14 Oct 2003 19:36:13 -0400
Received: from vm125.vmadmin.com ([216.64.222.125]) by ams.ftl.affinity.com with ESMTP id
<332467-30960>; Tue, 14 Oct 2003 17:58:01 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 14 Oct 2003 16:57:50 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 162857
From:   Coupons and Free Samples <CouponsAndSamples162857@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Coupons and Free Samples <CouponsAndSamples162857@replies.virtumundo.com>
Subject: Save Up to $28 This Week On Coupons > From Borden (R)
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct14.175801-0400_edt.332467-30960+29731@ams.ftl.affinity.com>
Date:Tue, 14 Oct 2003 17:57:59 -0400
```

107

===**Analysis of twelve emails**    =========================================
From: IP address 216.64.222.98, host name 'vm-222-98.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - 20 May 2004 14:45:40 -0000
    (qmail 1264 invoked by uid 10003)
R2: (unknown) - 20 May 2004 14:45:40 -0000
    (qmail 1261 invoked from network)
R3: 216.64.222.98 - 20 May 2004 14:45:40 -0000
    from unknown (HELO vm098.vmadmin.com) (216.64.222.98)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 20 May 2004 09:57:23 -0500
    from vmadmin.com (192.168.3.11)
    by   vm098.vmadmin.com
    with SMTP


===All e-mail Internet Headers==============================================
Return-Path: <mailcenter308593@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 1264 invoked by uid 10003); 20 May 2004 14:45:40 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 1261 invoked from network); 20 May 2004 14:45:40 -0000
Received: from unknown (HELO vm098.vmadmin.com) (216.64.222.98)
  by ns48.webmasters.com with SMTP; 20 May 2004 14:45:40 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 20 May 2004 09:57:23 -0500
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111 09
X-MailingID: 308593
From: Creative Home Arts Club <CreativeHomeArts@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Creative Home Arts Club <CreativeHomeArts308593@replies.virtumundo.com>
Subject: Creative Home Arts Club - product testers needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

108

===**Analysis of five emails**  ========================================
From: IP address 216.64.222.106, host name 'vm-222-106.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Sat, 6 Dec 2003 16:47:54 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <221007-15030>
R2: 216.64.222.106 - Sat, 6 Dec 2003 16:46:55 -0500
    from vm106.vmadmin.com ([216.64.222.106])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <218715-15030>
R3: 192.168.3.11 - 06 Dec 2003 15:44:52 -0600
    from vmadmin.com (192.168.3.11)
    by  vm106.vmadmin.com
    with SMTP


===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <221007-15030>; Sat, 6 Dec 2003 16:47:54 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com with ESMTP id
<218715-15030>; Sat, 6 Dec 2003 16:46:55 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 06 Dec 2003 15:44:52 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 212566
From:   Credit Advice Group <CreditAdviceGroup@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Advice Group <CreditAdviceGroup212566@replies.virtumundo.com>
Subject: Try Privacy Plus(R) for 30 days
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.164655-0500_est.218715-15030+6718@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 16:46:54 -0500

109

===**Analysis of forty-four emails**  =========================================
From: IP address 216.64.222.9, host name 'vm-222-9.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - Thu, 18 Sep 2003 17:40:36 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <409909-18934>
R2: 216.64.222.9 - Thu, 18 Sep 2003 17:39:31 -0400
   from vt09.vtarget.com ([216.64.222.9])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <401449-18937>
R3: 192.168.3.10 - 18 Sep 2003 16:39:24 -0500
   from vtarget.com (192.168.3.10)
   by   vt09.vtarget.com
   with SMTP

===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <409909-18934>; Thu, 18 Sep 2003 17:40:36 -0400
Received: from vt09.vtarget.com ([216.64.222.9]) by ams.ftl.affinity.com with ESMTP id <401449-
18937>; Thu, 18 Sep 2003 17:39:31 -0400
Received: from vtarget.com (192.168.3.10)
  by vt09.vtarget.com with SMTP; 18 Sep 2003 16:39:24 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 138090
From:   Credit Card Center <TheCreditCardCenter138090@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Credit Card Center <TheCreditCardCenter138090@replies.vtarget.com>
Subject: Low interest credit cards can put you back on solid ground.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.173931-0400_edt.401449-18937+2676@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 17:39:31 -0400

===Analysis of **thirty-nine emails**  ========================================
From: IP address 216.21.208.53, host name 'vm208-53.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-53.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)========================================
R1: (unknown) - Sun, 21 Sep 2003 21:32:32 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <1259334-26836>
R2: 216.21.208.53 - Sun, 21 Sep 2003 21:31:42 -0400
    from vl208-53.vmlocal.com ([216.21.208.53])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <3794614-26830>
R3: 192.168.3.12 - 21 Sep 2003 20:31:38 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-53.vmlocal.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <1259334-26836>; Sun, 21 Sep 2003 21:32:32 -0400
Received: from vl208-53.vmlocal.com ([216.21.208.53]) by ams.ftl.affinity.com with ESMTP id
<3794614-26830>; Sun, 21 Sep 2003 21:31:42 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-53.vmlocal.com with SMTP; 21 Sep 2003 20:31:38 -0500
X-ClientHost: 10609710910111506410311114100111110191111141071150460991111109
X-MailingID: 140362
From:   Credit Card Help <CreditCardHelpCenters140362@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Card Help <CreditCardHelpCenters140362@vmlocal.com>
Subject: Is your debt a big downer?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.213142-0400_edt.3794614-26830+4364@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 21:31:42 -0400

111

===**Analysis of two emails**  ============================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)====================================
R1: (unknown) - Thu, 5 Feb 2004 17:08:41 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <321840-12319>
R2: 216.64.222.112 - Thu, 5 Feb 2004 17:07:24 -0500
    from vm112.vmadmin.com ([216.64.222.112])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <342177-12314>
R3: 192.168.3.11 - 05 Feb 2004 16:07:23 -0600
    from vmadmin.com (192.168.3.11)
    by   vm112.vmadmin.com
    with SMTP

===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <321840-12319>; Thu, 5 Feb 2004 17:08:41 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com with ESMTP id
<342177-12314>; Thu, 5 Feb 2004 17:07:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 05 Feb 2004 16:07:23 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 241342
From:   Credit Professionals <CreditProfessional@vmadmin.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Credit Professionals <CreditProfessional241342@replies.virtumundo.com>
Subject: Want low rates? Repair your report
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb5.170724-0500_est.342177-12314+1397@ams.ftl.affinity.com>
Date:Thu, 5 Feb 2004 17:07:24 -0500

===**Analysis of thirty-two emails** =======================================
From: IP address 216.21.208.48, host name 'vm208-48.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-48.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Sat, 20 Sep 2003 23:41:45 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <3786416-6343>
R2: 216.21.208.48 - Sat, 20 Sep 2003 23:40:50 -0400
    from vl208-48.vmlocal.com ([216.21.208.48])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <3791524-6343>
R3: 192.168.3.12 - 20 Sep 2003 22:40:45 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-48.vmlocal.com
    with SMTP

===All e-mail Internet Headers=======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3786416-6343>; Sat, 20 Sep 2003 23:41:45 -0400
Received: from vl208-48.vmlocal.com ([216.21.208.48]) by ams.ftl.affinity.com with ESMTP id
<3791524-6343>; Sat, 20 Sep 2003 23:40:50 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-48.vmlocal.com with SMTP; 20 Sep 2003 22:40:45 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 139985
From:   Credit Repair Centers <CreditRepairCenters139985@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Credit Repair Centers <CreditRepairCenters139985@vmlocal.com>
Subject: Fix your credit rating!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.234050-0400_edt.3791524-6343+4640@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 23:40:50 -0400

113

===**Analysis of ten emails** =========================================
From: IP address 216.64.222.104, host name 'vm-222-104.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Sun, 9 Nov 2003 08:21:41 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <216572-9106>
R2: 216.64.222.104 - Sun, 9 Nov 2003 08:20:29 -0500
    from vm104.vmadmin.com ([216.64.222.104])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <216564-9105>
R3: 192.168.3.11 - 09 Nov 2003 07:19:26 -0600
    from vmadmin.com (192.168.3.11)
    by   vm104.vmadmin.com
    with SMTP

===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216572-9106>; Sun, 9 Nov 2003 08:21:41 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com with ESMTP id
<216564-9105>; Sun, 9 Nov 2003 08:20:29 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 09 Nov 2003 07:19:26 -0600
X-ClientHost: 102097121101064103111141001111011911111410711504609911109
X-MailingID: 194379
From:   Criminal Justice Careers <CriminalJusticeCareers194379@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Criminal Justice Careers <CriminalJusticeCareers194379@replies.virtumundo.com>
Subject: Learn how to get a job in the criminal justice field
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.082029-0500_est.216564-9105+1850@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 08:20:27 -0500

===**Analysis of thirty-five emails**  ========================================
From: IP address 216.64.222.151, host name 'vm-222-151.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Tue, 30 Sep 2003 21:20:41 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <213309-24706>
R2: 216.64.222.151 - Tue, 30 Sep 2003 21:20:02 -0400
   from vm151.vmadmin.com ([216.64.222.151])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <213864-24705>
R3: 192.168.3.11 - 30 Sep 2003 20:20:00 -0500
   from vmadmin.com (192.168.3.11)
   by   vm151.vmadmin.com
   with SMTP

===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213309-24706>; Tue, 30 Sep 2003 21:20:41 -0400
Received: from vm151.vmadmin.com ([216.64.222.151]) by ams.ftl.affinity.com with ESMTP id
<213864-24705>; Tue, 30 Sep 2003 21:20:02 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm151.vmadmin.com with SMTP; 30 Sep 2003 20:20:00 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 148732
From:   Criminal Justice Degree <CriminalJusticeDegree148732@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Criminal Justice Degree <CriminalJusticeDegree148732@replies.virtumundo.com>
Subject: Earn a Criminal Justice Degree Online!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.212002-0400_edt.213864-24705+9201@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 21:20:01 -0400

115

===**Analysis of thirty-three emails** ==========================================
From: IP address 216.21.208.74, host name 'vm208-74.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-74.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Thu, 9 Oct 2003 14:11:24 -0400
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <468818-11913>
R2: 216.21.208.74 - Thu, 9 Oct 2003 14:09:53 -0400
    from vl208-74.vmlocal.com ([216.21.208.74])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <470611-11912>
R3: 192.168.3.12 - 09 Oct 2003 13:09:48 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-74.vmlocal.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <468818-11913>; Thu, 9 Oct 2003 14:11:24 -0400
Received: from vl208-74.vmlocal.com ([216.21.208.74]) by ams.ftl.affinity.com with ESMTP id
<470611-11912>; Thu, 9 Oct 2003 14:09:53 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-74.vmlocal.com with SMTP; 09 Oct 2003 13:09:48 -0500
X-ClientHost: 1020971211010641031111141001111101191111141071115046099111109
X-MailingID: 157723
From:   Cruise Values <TheCruiseConsortium157723@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+157723@replies.vmlocal.com>
Subject: Every cruise is on SAIL!  Open now and SEA for yourself!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct9.140953-0400_edt.470611-11912+18710@ams.ftl.affinity.com>
Date:Thu, 9 Oct 2003 14:09:52 -0400

===**Analysis of five emails**   =========================================
From: IP address 216.64.222.120, host name 'vm-222-120.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - Tue, 18 Nov 2003 23:47:03 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <217296-31716>
R2: 216.64.222.120 - Tue, 18 Nov 2003 23:46:06 -0500
   from vm120.vmadmin.com ([216.64.222.120])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <213160-31716>
R3: 192.168.3.11 - 18 Nov 2003 22:44:23 -0600
   from vmadmin.com (192.168.3.11)
   by   vm120.vmadmin.com
   with SMTP


===All e-mail Internet Headers=============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217296-31716>; Tue, 18 Nov 2003 23:47:03 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com with ESMTP id
<213160-31716>; Tue, 18 Nov 2003 23:46:06 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 18 Nov 2003 22:44:23 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 200956
From:   Cuddly Collectibles <CuddlyCollectibles200956@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Cuddly Collectibles <CuddlyCollectibles200956@replies.virtumundo.com>
Subject: Collectible cuteness.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.234606-0500_est.213160-31716+106188@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 23:46:06 -0500


117

===**Analysis of two emails** ==============================================
From: IP address 216.64.222.12, host name 'vm-222-12.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Mon, 15 Sep 2003 09:46:17 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <337325-29276>
R2: 216.64.222.12 - Mon, 15 Sep 2003 09:45:45 -0400
   from vt12.vtarget.com ([216.64.222.12])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <331825-29266>
R3: 192.168.3.10 - 15 Sep 2003 08:45:43 -0500
   from vtarget.com (192.168.3.10)
   by   vt12.vtarget.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <337325-29276>; Mon, 15 Sep 2003 09:46:17 -0400
Received: from vt12.vtarget.com ([216.64.222.12]) by ams.ftl.affinity.com with ESMTP id
<331825-29266>; Mon, 15 Sep 2003 09:45:45 -0400
Received: from vtarget.com (192.168.3.10)
  by vt12.vtarget.com with SMTP; 15 Sep 2003 08:45:43 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 135693
From:   Culinary Careers <CulinaryCareers135693@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+135693@virtumundo.com>
Subject: Get cooking in a new culinary career today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep15.094545-0400_edt.331825-29266+1768@ams.ftl.affinity.com>
Date:Mon, 15 Sep 2003 09:45:44 -0400

===Analysis===========================================
From: IP address 216.64.222.149, host name 'vm-222-149.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================
R1: (unknown) - Sun, 5 Oct 2003 03:31:26 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <234353-30958>
R2: 216.64.222.149 - Sun, 5 Oct 2003 03:30:52 -0400
   from vm149.vmadmin.com ([216.64.222.149])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <234790-30953>
R3: 192.168.3.11 - 05 Oct 2003 02:30:12 -0500
   from vmadmin.com (192.168.3.11)
   by   vm149.vmadmin.com
   with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <234353-30958>; Sun, 5 Oct 2003 03:31:26 -0400
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com with ESMTP id
<234790-30953>; Sun, 5 Oct 2003 03:30:52 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 05 Oct 2003 02:30:12 -0500
X-ClientHost: 1060971091011150641031111410011111101191111141071150460999111109
X-MailingID: 153049
From:   Custom Address Labels <CustomAddressLabels153049@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Custom Address Labels <CustomAddressLabels153049@replies.virtumundo.com>
Subject: New address labels make your mail stand out.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.033052-0400_edt.234790-30953+12970@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 03:30:51 -0400

119

===Analysis=======================================================
From: IP address 216.64.222.215, host name 'vm-222-215.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)===================================
R1: (unknown) - Mon, 24 Nov 2003 22:47:03 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <215865-1088>
R2: 216.64.222.215 - Mon, 24 Nov 2003 22:46:06 -0500
    from vm215.vmadmin.com ([216.64.222.215])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <214919-1090>
R3: 192.168.3.11 - 24 Nov 2003 21:45:43 -0600
    from vmadmin.com (192.168.3.11)
    by   vm215.vmadmin.com
    with SMTP

===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215865-1088>; Mon, 24 Nov 2003 22:47:03 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com with ESMTP id
<214919-1090>; Mon, 24 Nov 2003 22:46:06 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm215.vmadmin.com with SMTP; 24 Nov 2003 21:45:43 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 204945
From:   Custom Garages <CustomGarageIdeas@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Custom Garages <CustomGarageIdeas204945@replies.virtumundo.com>
Subject: The house is hers. The garage is yours.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.224606-0500_est.214919-1090+3291@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 22:46:05 -0500

0120

===**Analysis of seventeen emails**  =====================================
From: IP address 216.64.222.124, host name 'vm-222-124.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - 18 May 2004 22:21:19 -0000
    (qmail 10804 invoked by uid 10003)
R2: (unknown) - 18 May 2004 22:21:19 -0000
    (qmail 10801 invoked from network)
R3: 216.64.222.124 - 18 May 2004 22:21:19 -0000
    from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 18 May 2004 17:32:41 -0500
    from vmadmin.com (192.168.3.11)
    by   vm124.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
Return-Path: <mailcenter308530@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10804 invoked by uid 10003); 18 May 2004 22:21:19 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 10801 invoked from network); 18 May 2004 22:21:19 -0000
Received: from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
  by ns48.webmasters.com with SMTP; 18 May 2004 22:21:19 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 18 May 2004 17:32:41 -0500
X-ClientHost: 1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 308530
From: Dealer Hub <TheCarDealerHub@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dealer Hub <TheCarDealerHub308530@replies.virtumundo.com>
Subject: Ready for a new car?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of fifty-five emails**  =========================================
From: IP address 216.21.208.31, host name 'vm208-31.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-31.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)======================================
R1: (unknown) - Fri, 3 Oct 2003 19:21:42 -0400
     from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <240874-28326>
R2: 216.21.208.31 - Fri, 3 Oct 2003 15:57:32 -0400
     from vl208-31.vmlocal.com ([216.21.208.31])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <332884-28323>
R3: 192.168.3.12 - 03 Oct 2003 14:57:30 -0500
     from vmlocal.com (192.168.3.12)
     by   vl208-31.vmlocal.com
     with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <240874-28326>; Fri, 3 Oct 2003 19:21:42 -0400
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com with ESMTP id
<332884-28323>; Fri, 3 Oct 2003 15:57:32 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-31.vmlocal.com with SMTP; 03 Oct 2003 14:57:30 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 151638
From:   Debt Consolidation <DebtConsolidation151638@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Debt Consolidation <DebtConsolidation151638@vmlocal.com>
Subject: Get the help you need and consolidate your debt today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct3.155732-0400_edt.332884-28323+568@ams.ftl.affinity.com>
Date:Fri, 3 Oct 2003 15:57:31 -0400

===Analysis============================================================
From: IP address 216.64.222.120, host name 'vm-222-120.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===============================
R1: (unknown) - Tue, 2 Dec 2003 17:51:51 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <3573233-12424>
R2: 216.64.222.120 - Tue, 2 Dec 2003 17:39:46 -0500
    from vm120.vmadmin.com ([216.64.222.120])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <3573439-12419>
R3: 192.168.3.11 - 02 Dec 2003 16:38:02 -0600
    from vmadmin.com (192.168.3.11)
    by   vm120.vmadmin.com
    with SMTP

===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3573233-12424>; Tue, 2 Dec 2003 17:51:51 -0500
Received: from vm120.vmadmin.com ([216.64.222.120]) by ams.ftl.affinity.com with ESMTP id
<3573439-12419>; Tue, 2 Dec 2003 17:39:46 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm120.vmadmin.com with SMTP; 02 Dec 2003 16:38:02 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 209897
From:   Debt Free <PutTheDebtAway@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Debt Free <PutTheDebtAway209897@replies.virtumundo.com>
Subject: Easy, Fast, & Free Help
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.173946-0500_est.3573439-12419+6618@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 17:39:46 -0500

123

===**Analysis of eleven emails**    ========================================
From: IP address 216.64.222.124, host name 'vm-222-124.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - 3 Apr 2004 06:59:20 -0000
    (qmail 19504 invoked by uid 10003)
R2: (unknown) - 3 Apr 2004 06:59:20 -0000
    (qmail 19501 invoked from network)
R3: 216.64.222.124 - 3 Apr 2004 06:59:20 -0000
    from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 03 Apr 2004 01:01:39 -0600
    from vmadmin.com (192.168.3.11)
    by   vm124.vmadmin.com
    with SMTP

===All e-mail Internet Headers=========================================
Return-Path: <mailcenter307921@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 19504 invoked by uid 10003); 3 Apr 2004 06:59:20 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 19501 invoked from network); 3 Apr 2004 06:59:20 -0000
Received: from unknown (HELO vm124.vmadmin.com) (216.64.222.124)
  by ns48.webmasters.com with SMTP; 3 Apr 2004 06:59:20 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 03 Apr 2004 01:01:39 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150 46099111109
X-MailingID: 307921
From: Debtstruction <LegallyEraseItAll@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Debtstruction <LegallyEraseItAll307921@replies.virtumundo.com>
Subject: Legally erase your outstanding balances
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===Analysis=================================================
From: IP address 216.21.208.40, host name 'vm208-40.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-40.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================
R1: (unknown) - Fri, 31 Oct 2003 22:10:25 -0500
     from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <216844-5221>
R2: 216.21.208.40 - Fri, 31 Oct 2003 22:09:51 -0500
     from vl208-40.vmlocal.com ([216.21.208.40])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <216848-5213>
R3: 192.168.3.12 - 31 Oct 2003 21:09:49 -0600
     from vmlocal.com (192.168.3.12)
     by   vl208-40.vmlocal.com
     with SMTP

===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216844-5221>; Fri, 31 Oct 2003 22:10:25 -0500
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com with ESMTP id
<216848-5213>; Fri, 31 Oct 2003 22:09:51 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 31 Oct 2003 21:09:49 -0600
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 183968
From:   Deck <QualityDeckCenters183968@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Deck <QualityDeckCenters183968@vmlocal.com>
Subject: Make your deck stand out.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.220951-0500_est.216848-5213+29541@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 22:09:51 -0500

125

===Analysis=================================================
From: IP address 216.64.222.103, host name 'vm-222-103.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================
R1: (unknown) - Wed, 26 Nov 2003 16:21:08 -0500
    from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <220402-16322>
R2: 216.64.222.103 - Wed, 26 Nov 2003 16:19:32 -0500
    from vm103.vmadmin.com ([216.64.222.103])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <217027-16322>
R3: 192.168.3.11 - 26 Nov 2003 15:19:26 -0600
    from vmadmin.com (192.168.3.11)
    by   vm103.vmadmin.com
    with SMTP


===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <220402-16322>; Wed, 26 Nov 2003 16:21:08 -0500
Received: from vm103.vmadmin.com ([216.64.222.103]) by ams.ftl.affinity.com with ESMTP id
<217027-16322>; Wed, 26 Nov 2003 16:19:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm103.vmadmin.com with SMTP; 26 Nov 2003 15:19:26 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911111109
X-MailingID: 205810
From:   Defender Security <ProtectYourHome@vmadmin.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Defender Security <ProtectYourHome205810@replies.virtumundo.com>
Subject: Protection from crime, fire, & medical emergencies
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov26.161932-0500_est.217027-16322+5922@ams.ftl.affinity.com>
Date:Wed, 26 Nov 2003 16:19:31 -0500

===**Analysis of five emails**  ==============================
From: IP address 216.64.222.106, host name 'vm-222-106.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==================================
R1: (unknown) - Tue, 6 Jan 2004 02:09:53 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <224338-28809>
R2: 216.64.222.106 - Tue, 6 Jan 2004 02:08:52 -0500
    from vm106.vmadmin.com ([216.64.222.106])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <223814-28797>
R3: 192.168.3.11 - 06 Jan 2004 01:08:49 -0600
    from vmadmin.com (192.168.3.11)
    by   vm106.vmadmin.com
    with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <224338-28809>; Tue, 6 Jan 2004 02:09:53 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com with ESMTP id
<223814-28797>; Tue, 6 Jan 2004 02:08:52 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 06 Jan 2004 01:08:49 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 235820
From:   Degrees for Professionals <DegreesForProfessionals@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Degrees for Professionals <DegreesForProfessionals235820@replies.virtumundo.com>
Subject: More than 6 million adults are going back to school
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan6.020852-0500_est.223814-28797+3200@ams.ftl.affinity.com>
Date:Tue, 6 Jan 2004 02:08:52 -0500

127

===**Analysis of four emails**  ========================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==================================
R1: (unknown) - Mon, 22 Dec 2003 22:36:34 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <2382196-18167>
R2: 216.64.222.112 - Mon, 22 Dec 2003 22:35:35 -0500
    from vm112.vmadmin.com ([216.64.222.112])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <2381887-18164>
R3: 192.168.3.11 - 22 Dec 2003 21:35:32 -0600
    from vmadmin.com (192.168.3.11)
    by   vm112.vmadmin.com
    with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2382196-18167>; Mon, 22 Dec 2003 22:36:34 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com with ESMTP id
<2381887-18164>; Mon, 22 Dec 2003 22:35:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 22 Dec 2003 21:35:32 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 224871
From:   Dehumidifiers <DehumidifyYourHome@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dehumidifiers <DehumidifyYourHome224871@replies.virtumundo.com>
Subject: Dehumidify your whole house.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.223535-0500_est.2381887-18164+79800@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 22:35:34 -0500

===Analysis=============================================================
From: IP address 216.64.222.153, host name 'vm-222-153.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Mon, 22 Sep 2003 16:34:11 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <473835-9975>
R2: 216.64.222.153 - Mon, 22 Sep 2003 16:32:59 -0400
   from vm153.vmadmin.com ([216.64.222.153])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <474328-9982>
R3: 192.168.3.11 - 22 Sep 2003 15:32:44 -0500
   from vmadmin.com (192.168.3.11)
   by  vm153.vmadmin.com
   with SMTP


===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <473835-9975>; Mon, 22 Sep 2003 16:34:11 -0400
Received: from vm153.vmadmin.com ([216.64.222.153]) by ams.ftl.affinity.com with ESMTP id
<474328-9982>; Mon, 22 Sep 2003 16:32:59 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm153.vmadmin.com with SMTP; 22 Sep 2003 15:32:44 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 141160
From:  Delicious Noni Juice <DeliciousNoniJuice141160@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Delicious Noni Juice <DeliciousNoniJuice141160@replies.virtumundo.com>
Subject: Nutritious and delicious noni juice.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.163259-0400_edt.474328-9982+4287@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 16:32:59 -0400

129

===**Analysis of ten emails** ========================================
From: IP address 216.64.222.149, host name 'vm-222-149.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Sat, 1 Nov 2003 20:01:10 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <219351-18467>
R2: 216.64.222.149 - Sat, 1 Nov 2003 18:37:14 -0500
    from vm149.vmadmin.com ([216.64.222.149])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <226987-18464>
R3: 192.168.3.11 - 01 Nov 2003 17:37:10 -0600
    from vmadmin.com (192.168.3.11)
    by  vm149.vmadmin.com
    with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219351-18467>; Sat, 1 Nov 2003 20:01:10 -0500
Received: from vm149.vmadmin.com ([216.64.222.149]) by ams.ftl.affinity.com with ESMTP id
<226987-18464>; Sat, 1 Nov 2003 18:37:14 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm149.vmadmin.com with SMTP; 01 Nov 2003 17:37:10 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111 09
X-MailingID: 185546
From:   Dental Plans <DentalCoverages185546@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dental Plans <DentalCoverages185546@replies.virtumundo.com>
Subject: Dental Coverage you can Sink your Teeth into.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.183714-0500_est.226987-18464+26602@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 18:37:13 -0500

130

===Analysis=============================================================
From: IP address 216.64.222.115, host name 'vm-222-115.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)================================
R1: (unknown) - Sat, 13 Dec 2003 23:36:16 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <3579810-22491>
R2: 216.64.222.115 - Sat, 13 Dec 2003 23:35:02 -0500
    from vm115.vmadmin.com ([216.64.222.115])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <3579982-22483>
R3: 192.168.3.11 - 13 Dec 2003 22:34:50 -0600
    from vmadmin.com (192.168.3.11)
    by  vm115.vmadmin.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3579810-22491>; Sat, 13 Dec 2003 23:36:16 -0500
Received: from vm115.vmadmin.com ([216.64.222.115]) by ams.ftl.affinity.com with ESMTP id
<3579982-22483>; Sat, 13 Dec 2003 23:35:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 13 Dec 2003 22:34:50 -0600
X-ClientHost: 10209712110106410311111410011111101191111141071150460991111109
X-MailingID: 218011
From:   Denver Colorado Vacations <DenverColoradoVacations@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Denver Colorado Vacations
<DenverColoradoVacations218011@replies.virtumundo.com>
Subject: Visit Denver. It's a mile above the ordinary.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.233502-0500_est.3579982-22483+23038@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 23:35:01 -0500

===Analysis===========================================================
From: IP address 216.64.222.20, host name 'vm-222-20.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===============================
R1: (unknown) - Sun, 14 Sep 2003 16:06:49 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by ams.ftl.affinity.com
    id  <286563-20388>
R2: 216.64.222.20 - Sun, 14 Sep 2003 16:06:18 -0400
    from vt20.vtarget.com ([216.64.222.20])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <286467-20394>
R3: 192.168.3.10 - 14 Sep 2003 15:06:17 -0500
    from vtarget.com (192.168.3.10)
    by  vt20.vtarget.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <286563-20388>; Sun, 14 Sep 2003 16:06:49 -0400
Received: from vt20.vtarget.com ([216.64.222.20]) by ams.ftl.affinity.com with ESMTP id
<286467-20394>; Sun, 14 Sep 2003 16:06:18 -0400
Received: from vtarget.com (192.168.3.10)
  by vt20.vtarget.com with SMTP; 14 Sep 2003 15:06:17 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 134024
From:  Deodorant <NeedToSmellNiceNow134024@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+134024@virtumundo.com>
Subject: Smell like you finished a shower, not a workout.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep14.160618-0400_edt.286467-20394+1824@ams.ftl.affinity.com>
Date:Sun, 14 Sep 2003 16:06:18 -0400

===Analysis=========================================================
From: IP address 216.64.222.28, host name 'vm-222-28.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=============================
R1: (unknown) - Wed, 10 Sep 2003 16:13:59 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <327863-29991>
R2: 216.64.222.28 - Wed, 10 Sep 2003 16:13:46 -0400
    from vt28.vtarget.com ([216.64.222.28])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <329533-30001>
R3: 192.168.3.10 - 10 Sep 2003 15:13:44 -0500
    from vtarget.com (192.168.3.10)
    by   vt28.vtarget.com
    with SMTP

===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <327863-29991>; Wed, 10 Sep 2003 16:13:59 -0400
Received: from vt28.vtarget.com ([216.64.222.28]) by ams.ftl.affinity.com with ESMTP id
<329533-30001>; Wed, 10 Sep 2003 16:13:46 -0400
Received: from vtarget.com (192.168.3.10)
  by vt28.vtarget.com with SMTP; 10 Sep 2003 15:13:44 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 130346
From:   Depression Help <GetDepressionHelp130346@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+130346@virtumundo.com>
Subject: The #1 way to battle depression.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep10.161346-0400_edt.329533-30001+3962@ams.ftl.affinity.com>
Date:Wed, 10 Sep 2003 16:13:45 -0400

===Analysis=================================================
From: IP address 216.64.222.21, host name 'vm-222-21.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================
R1: (unknown) - Thu, 11 Sep 2003 17:20:36 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <473440-26414>
R2: 216.64.222.21 - Thu, 11 Sep 2003 17:19:29 -0400
    from vt21.vtarget.com ([216.64.222.21])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <723207-26407>
R3: 192.168.3.10 - 11 Sep 2003 16:19:19 -0500
    from vtarget.com (192.168.3.10)
    by  vt21.vtarget.com
    with SMTP


===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <473440-26414>; Thu, 11 Sep 2003 17:20:36 -0400
Received: from vt21.vtarget.com ([216.64.222.21]) by ams.ftl.affinity.com with ESMTP id
<723207-26407>; Thu, 11 Sep 2003 17:19:29 -0400
Received: from vtarget.com (192.168.3.10)
  by vt21.vtarget.com with SMTP; 11 Sep 2003 16:19:19 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 131829
From:  Detect Toxic Mold <ToxicMoldDetection131829@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+131829@virtumundo.com>
Subject: Home safe home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep11.171929-0400_edt.723207-26407+5192@ams.ftl.affinity.com>
Date:Thu, 11 Sep 2003 17:19:28 -0400

===**Analysis of twenty-three emails**  ====================================
From: IP address 216.64.222.98, host name 'vm-222-98.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==============================
R1: (unknown) - Mon, 15 Dec 2003 09:41:01 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <222685-420>
R2: 216.64.222.98 - Mon, 15 Dec 2003 09:40:02 -0500
    from vm098.vmadmin.com ([216.64.222.98])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <222793-419>
R3: 192.168.3.11 - 15 Dec 2003 08:40:00 -0600
    from vmadmin.com (192.168.3.11)
    by   vm098.vmadmin.com
    with SMTP


===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222685-420>; Mon, 15 Dec 2003 09:41:01 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com with ESMTP id
<222793-419>; Mon, 15 Dec 2003 09:40:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 15 Dec 2003 08:40:00 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 219624
From:  DeVry University <DeVryUniversityEducation@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: DeVry University <DeVryUniversityEducation219624@replies.virtumundo.com>
Subject: Finally, degree programs that fit your life.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.094002-0500_est.222793-419+65487@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 09:40:01 -0500

===**Analysis of thirteen emails** =========================================
From: IP address 216.64.222.124, host name 'vm-222-124.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Tue, 25 Nov 2003 08:49:03 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <218442-25763>
R2: 216.64.222.124 - Tue, 25 Nov 2003 08:48:01 -0500
    from vm124.vmadmin.com ([216.64.222.124])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <217136-25762>
R3: 192.168.3.11 - 25 Nov 2003 07:47:59 -0600
    from vmadmin.com (192.168.3.11)
    by   vm124.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218442-25763>; Tue, 25 Nov 2003 08:49:03 -0500
Received: from vm124.vmadmin.com ([216.64.222.124]) by ams.ftl.affinity.com with ESMTP id
<217136-25762>; Tue, 25 Nov 2003 08:48:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm124.vmadmin.com with SMTP; 25 Nov 2003 07:47:59 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 205314
From:   Dino Phonics <ImproveYourChildsGrade@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dino Phonics <ImproveYourChildsGrade205314@replies.virtumundo.com>
Subject: Improve your Child's Grades Guaranteed!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.084801-0500_est.217136-25762+4345@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 08:48:01 -0500

136

===Analysis===================================================
From: IP address 216.64.222.105, host name 'vm-222-105.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)======================================
R1: (unknown) - 15 Jun 2004 20:26:34 -0000
    (qmail 6751 invoked by uid 10003)
R2: (unknown) - 15 Jun 2004 20:26:34 -0000
    (qmail 6747 invoked from network)
R3: 216.64.222.105 - 15 Jun 2004 20:26:34 -0000
    from unknown (HELO vm105.vmadmin.com) (216.64.222.105)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 15 Jun 2004 15:26:29 -0500
    from vmadmin.com (192.168.3.11)
    by   vm105.vmadmin.com
    with SMTP


===All e-mail Internet Headers==================================================
Return-Path: <mailcenter309015@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 6751 invoked by uid 10003); 15 Jun 2004 20:26:34 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 6747 invoked from network); 15 Jun 2004 20:26:34 -0000
Received: from unknown (HELO vm105.vmadmin.com) (216.64.222.105)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 20:26:34 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 15 Jun 2004 15:26:29 -0500
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 309015
From: Dinophonics <DinoPhonicsForChildren@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Dinophonics <DinoPhonicsForChildren309015@replies.virtumundo.com>
Subject: Teach your children to be a great reader!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of two emails**  ================================
From: IP address 216.64.222.141, host name 'vm-222-141.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).


===Received Headers (from you to sender)========================================
R1: (unknown) - 4 May 2004 20:13:59 -0000
    (qmail 24594 invoked by uid 10003)
R2: (unknown) - 4 May 2004 20:13:58 -0000
    (qmail 24591 invoked from network)
R3: 216.64.222.141 - 4 May 2004 20:13:58 -0000
    from unknown (HELO vm141.vmadmin.com) (216.64.222.141)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 04 May 2004 15:22:31 -0500
    from vmadmin.com (192.168.3.11)
    by   vm141.vmadmin.com
    with SMTP


===All e-mail Internet Headers==========================================
Return-Path: <mailcenter308337@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 24594 invoked by uid 10003); 4 May 2004 20:13:59 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 24591 invoked from network); 4 May 2004 20:13:58 -0000
Received: from unknown (HELO vm141.vmadmin.com) (216.64.222.141)
  by ns48.webmasters.com with SMTP; 4 May 2004 20:13:58 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm141.vmadmin.com with SMTP; 04 May 2004 15:22:31 -0500
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 308337
From: Direct Service Contracts <DirectServiceContracts@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Direct Service Contracts <DirectServiceContracts308337@replies.virtumundo.com>
Subject: Up to 60% off auto extended warranty coverage
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

138

===**Analysis of five emails**  ============================================
From: IP address 216.64.222.128, host name 'vm-222-128.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Wed, 5 Nov 2003 22:57:59 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <227052-1074>
R2: 216.64.222.128 - Wed, 5 Nov 2003 22:44:32 -0500
    from vm128.vmadmin.com ([216.64.222.128])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <225072-1077>
R3: 192.168.3.11 - 05 Nov 2003 21:43:51 -0600
    from vmadmin.com (192.168.3.11)
    by   vm128.vmadmin.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <227052-1074>; Wed, 5 Nov 2003 22:57:59 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com with ESMTP id
<225072-1077>; Wed, 5 Nov 2003 22:44:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 05 Nov 2003 21:43:51 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 189912
From:   Discount Hotels Info <DiscountHotelsInfo189912@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Discount Hotels Info <DiscountHotelsInfo189912@replies.virtumundo.com>
Subject: Discount hotels. More money for the souvenirs.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.224432-0500_est.225072-1077+10693@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 22:44:32 -0500

139

0139

===Analysis===============================================================

From: IP address 216.64.222.147, host name 'vm-222-147.mailesp.com'.

Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===============================

R1: (unknown) - Fri, 17 Oct 2003 02:58:23 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <269433-22435>
R2: 216.64.222.147 - Thu, 16 Oct 2003 17:06:35 -0400
    from vm147.vmadmin.com ([216.64.222.147])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <4393611-22461>
R3: 192.168.3.11 - 16 Oct 2003 16:05:53 -0500
    from vmadmin.com (192.168.3.11)
    by   vm147.vmadmin.com
    with SMTP

===All e-mail Internet Headers===========================================

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <269433-22435>; Fri, 17 Oct 2003 02:58:23 -0400
Received: from vm147.vmadmin.com ([216.64.222.147]) by ams.ftl.affinity.com with ESMTP id
<4393611-22461>; Thu, 16 Oct 2003 17:06:35 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm147.vmadmin.com with SMTP; 16 Oct 2003 16:05:53 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 165600
From:   Display Case <FindDisplayCases165600@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Display Case <FindDisplayCases165600@replies.virtumundo.com>
Subject: Looking for display cases?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct16.170635-0400_edt.4393611-22461+610@ams.ftl.affinity.com>
Date:Thu, 16 Oct 2003 17:06:35 -0400

===Analysis===============================================================
From: IP address 216.64.222.156, host name 'vm-222-156.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==================================
R1: (unknown) - Wed, 19 Nov 2003 21:17:37 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <221962-26268>
R2: 216.64.222.156 - Wed, 19 Nov 2003 21:16:27 -0500
    from vm156.vmadmin.com ([216.64.222.156])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <222594-26272>
R3: 192.168.3.11 - 19 Nov 2003 20:15:31 -0600
    from vmadmin.com (192.168.3.11)
    by   vm156.vmadmin.com
    with SMTP

===All e-mail Internet Headers============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <221962-26268>; Wed, 19 Nov 2003 21:17:37 -0500
Received: from vm156.vmadmin.com ([216.64.222.156]) by ams.ftl.affinity.com with ESMTP id
<222594-26272>; Wed, 19 Nov 2003 21:16:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm156.vmadmin.com with SMTP; 19 Nov 2003 20:15:31 -0600
X-ClientHost: 10609712106410311114100111101191111141071150460099111109
X-MailingID: 201099
From:   Disposable Camera <DisposableCamera201099@vmadmin.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Disposable Camera <DisposableCamera201099@replies.virtumundo.com>
Subject: The cameras are disposable. The pictures are not.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.211627-0500_est.222594-26272+22262@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 21:16:24 -0500

===Analysis=================================================
From: IP address 216.64.222.220, host name 'vm-222-220.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Mon, 20 Oct 2003 19:16:49 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <213626-1081>
R2: 216.64.222.220 - Mon, 20 Oct 2003 18:05:10 -0400
    from vm220.vmadmin.com ([216.64.222.220])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <338315-1078>
R3: 192.168.3.11 - 20 Oct 2003 17:03:22 -0500
    from vmadmin.com (192.168.3.11)
    by   vm220.vmadmin.com
    with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213626-1081>; Mon, 20 Oct 2003 19:16:49 -0400
Received: from vm220.vmadmin.com ([216.64.222.220]) by ams.ftl.affinity.com with ESMTP id
<338315-1078>; Mon, 20 Oct 2003 18:05:10 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm220.vmadmin.com with SMTP; 20 Oct 2003 17:03:22 -0500
X-ClientHost: 106097109101115064103111114100111110191111141071150460991111109
X-MailingID: 170551
From:   DNA Testing Resources <DNATestingResources170551@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: DNA Testing Resources <DNATestingResources170551@replies.virtumundo.com>
Subject: DNA tests tell everything.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.180510-0400_edt.338315-1078+15107@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 18:05:09 -0400

===**Analysis of fifteen emails** ==========================================
From: IP address 216.64.222.28, host name 'vm-222-28.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Tue, 16 Sep 2003 11:10:21 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <732067-13109>
R2: 216.64.222.28 - Tue, 16 Sep 2003 11:08:52 -0400
   from vt28.vtarget.com ([216.64.222.28])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <733003-13108>
R3: 192.168.3.10 - 16 Sep 2003 10:08:50 -0500
   from vtarget.com (192.168.3.10)
   by  vt28.vtarget.com
   with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <732067-13109>; Tue, 16 Sep 2003 11:10:21 -0400
Received: from vt28.vtarget.com ([216.64.222.28]) by ams.ftl.affinity.com with ESMTP id
<733003-13108>; Tue, 16 Sep 2003 11:08:52 -0400
Received: from vtarget.com (192.168.3.10)
  by vt28.vtarget.com with SMTP; 16 Sep 2003 10:08:50 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 135771
From:  Domain Name Search <DomainNameSearch135771@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Domain Name Search <DomainNameSearch135771@replies.vtarget.com>
Subject: Claim your domain name now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.110852-0400_edt.733003-13108+2455@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 11:08:51 -0400

===**Analysis of two emails**  ============================================
From: IP address 216.21.208.42, host name 'vm208-42.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-42.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)======================================
R1: (unknown) - Tue, 28 Oct 2003 13:56:14 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <503030-28269>
R2: 216.21.208.42 - Tue, 28 Oct 2003 13:55:49 -0500
    from vl208-42.vmlocal.com ([216.21.208.42])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <503394-28269>
R3: 192.168.3.12 - 28 Oct 2003 12:55:45 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-42.vmlocal.com
    with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <503030-28269>; Tue, 28 Oct 2003 13:56:14 -0500
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com with ESMTP id
<503394-28269>; Tue, 28 Oct 2003 13:55:49 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 28 Oct 2003 12:55:45 -0600
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 179529
From:   Download Music <DownloadMusicNow179529@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Download Music <DownloadMusicNow179529@vmlocal.com>
Subject: All the songs you love are here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct28.135549-0500_est.503394-28269+4057@ams.ftl.affinity.com>
Date:Tue, 28 Oct 2003 13:55:49 -0500

```
===Analysis============================================================
From: IP address 216.21.209.238.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vm209-238.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==============================
R1: (unknown) - Wed, 31 Dec 2003 23:26:06 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <2380273-23122>
R2: 216.21.209.238 - Wed, 31 Dec 2003 23:25:15 -0500
    from vm209-238.vmlocal.com ([216.21.209.238])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <2498364-23112>
R3: 192.168.3.13 - 31 Dec 2003 22:25:12 -0600
    from vmlocal.com (192.168.3.13)
    by   vm209-238.vmlocal.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2380273-23122>; Wed, 31 Dec 2003 23:26:06 -0500
Received: from vm209-238.vmlocal.com ([216.21.209.238]) by ams.ftl.affinity.com with ESMTP id
<2498364-23112>; Wed, 31 Dec 2003 23:25:15 -0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-238.vmlocal.com with SMTP; 31 Dec 2003 22:25:12 -0600
X-ClientHost: 1060971091011150641031111410011111011911111410711504609911109
X-MailingID: 232604
From:   Drug Rehab <DrugRehabOptions@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Drug Rehab <DrugRehabOptions232604@vmlocal.com>
Subject: Rehabilitation is just around the corner.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec31.232515-0500_est.2498364-23112+45655@ams.ftl.affinity.com>
Date:Wed, 31 Dec 2003 23:25:13 -0500
```

145

===Analysis===============================================================
From: IP address 216.64.222.92, host name 'vm-222-92.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==================================
R1: (unknown) - Sun, 7 Dec 2003 22:14:07 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id  <222415-24811>
R2: 216.64.222.92 - Sun, 7 Dec 2003 22:13:03 -0500
    from vm092.vmadmin.com ([216.64.222.92])
    by   ams.ftl.affinity.com
    with ESMTP
    id  <222453-24818>
R3: 192.168.3.11 - 07 Dec 2003 21:12:55 -0600
    from vmadmin.com (192.168.3.11)
    by   vm092.vmadmin.com
    with SMTP

===All e-mail Internet Headers============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222415-24811>; Sun, 7 Dec 2003 22:14:07 -0500
Received: from vm092.vmadmin.com ([216.64.222.92]) by ams.ftl.affinity.com with ESMTP id
<222453-24818>; Sun, 7 Dec 2003 22:13:03 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm092.vmadmin.com with SMTP; 07 Dec 2003 21:12:55 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 213612
From:   Dry Erase Boards <GetADryEraseBoard@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Dry Erase Boards <GetADryEraseBoard213612@replies.virtumundo.com>
Subject: Wipe the slate clean.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec7.221303-0500_est.222453-24818+7782@ams.ftl.affinity.com>
Date:Sun, 7 Dec 2003 22:13:02 -0500

146

===**Analysis of twenty-eight emails** ========================================
From: IP address 216.21.208.27, host name 'vm208-27.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-27.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==========================================
R1: (unknown) - Fri, 24 Oct 2003 19:51:58 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <216466-1081>
R2: 216.21.208.27 - Fri, 24 Oct 2003 19:50:54 -0400
    from vl208-27.vmlocal.com ([216.21.208.27])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <224207-1081>
R3: 192.168.3.12 - 24 Oct 2003 18:50:41 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-27.vmlocal.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216466-1081>; Fri, 24 Oct 2003 19:51:58 -0400
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com with ESMTP id
<224207-1081>; Fri, 24 Oct 2003 19:50:54 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 24 Oct 2003 18:50:41 -0500
X-ClientHost: 10609710910111506410311114100111110119111114107115046099111109
X-MailingID: 174222
From:   DSL Internet Service <FastInternetWithDSL174222@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DSL Internet Service <FastInternetWithDSL174222@vmlocal.com>
Subject: See and surf faster with DSL service!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.195054-0400_edt.224207-1081+11436@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 19:50:51 -0400

147

===**Analysis of six emails** ========================================
From: IP address 216.21.208.26, host name 'vm208-26.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-26.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==============================
R1: (unknown) - Tue, 7 Oct 2003 02:01:02 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <212856-8588>
R2: 216.21.208.26 - Tue, 7 Oct 2003 01:59:54 -0400
    from vl208-26.vmlocal.com ([216.21.208.26])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <219616-8586>
R3: 192.168.3.12 - 07 Oct 2003 00:59:46 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-26.vmlocal.com
    with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <212856-8588>; Tue, 7 Oct 2003 02:01:02 -0400
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com with ESMTP id
<219616-8586>; Tue, 7 Oct 2003 01:59:54 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-26.vmlocal.com with SMTP; 07 Oct 2003 00:59:46 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 154809
From:   DVD Copiers <DVDCopierNetwork154809@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: DVD Copiers <DVDCopierNetwork154809@vmlocal.com>
Subject: Make copies of your DVDs!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.015954-0400_edt.219616-8586+23449@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 01:59:51 -0400

===Analysis==============================================================
From: IP address 216.64.222.160, host name 'vm-222-160.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Sun, 28 Sep 2003 18:21:07 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <214447-26923>
R2: 216.64.222.160 - Sun, 28 Sep 2003 18:20:21 -0400
    from vm160.vmadmin.com ([216.64.222.160])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <214773-26921>
R3: 192.168.3.11 - 28 Sep 2003 17:20:06 -0500
    from vmadmin.com (192.168.3.11)
    by  vm160.vmadmin.com
    with SMTP


===All e-mail Internet Headers===========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214447-26923>; Sun, 28 Sep 2003 18:21:07 -0400
Received: from vm160.vmadmin.com ([216.64.222.160]) by ams.ftl.affinity.com with ESMTP id
<214773-26921>; Sun, 28 Sep 2003 18:20:21 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm160.vmadmin.com with SMTP; 28 Sep 2003 17:20:06 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 146522
From:   Earthlink Web Hosting <GreatWebHosting146522@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Earthlink Web Hosting <GreatWebHosting146522@replies.virtumundo.com>
Subject: No Contract - Trial Web Site From Earthlink
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep28.182021-0400_edt.214773-26921+45966@ams.ftl.affinity.com>
Date:Sun, 28 Sep 2003 18:20:20 -0400

149

===**Analysis of five emails** ========================================
From: IP address 216.64.222.123, host name 'vm-222-123.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)====================================
R1: (unknown) - Wed, 10 Dec 2003 03:26:45 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <223170-32447>
R2: 216.64.222.123 - Wed, 10 Dec 2003 03:25:46 -0500
   from vm123.vmadmin.com ([216.64.222.123])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <224300-32439>
R3: 192.168.3.11 - 10 Dec 2003 02:25:42 -0600
   from vmadmin.com (192.168.3.11)
   by   vm123.vmadmin.com
   with SMTP

===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <223170-32447>; Wed, 10 Dec 2003 03:26:45 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com with ESMTP id
<224300-32439>; Wed, 10 Dec 2003 03:25:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm123.vmadmin.com with SMTP; 10 Dec 2003 02:25:42 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 215293
From:   EarthLink Web Hosting <EarthlinkWebHosting@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: EarthLink Web Hosting <EarthlinkWebHosting215293@replies.virtumundo.com>
Subject: Get your business online with EarthLink
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec10.032546-0500_est.224300-32439+32759@ams.ftl.affinity.com>
Date:Wed, 10 Dec 2003 03:25:44 -0500

**===Analysis of nine emails**  =========================================
From: IP address 216.64.222.98, host name 'vm-222-98.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Thu, 11 Dec 2003 03:10:57 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <2730593-31337>
R2: 216.64.222.98 - Thu, 11 Dec 2003 03:09:46 -0500
    from vm098.vmadmin.com ([216.64.222.98])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <2729529-31339>
R3: 192.168.3.11 - 11 Dec 2003 02:09:38 -0600
    from vmadmin.com (192.168.3.11)
    by   vm098.vmadmin.com
    with SMTP

===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2730593-31337>; Thu, 11 Dec 2003 03:10:57 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com with ESMTP id
<2729529-31339>; Thu, 11 Dec 2003 03:09:46 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 11 Dec 2003 02:09:38 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 215605
From:   EarthLink Web Hosting <EarthlinkWebHosting@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: EarthLink Web Hosting <EarthlinkWebHosting215605@replies.virtumundo.com>
Subject: No Contract - Trial Web Site From EarthLink
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec11.030946-0500_est.2729529-31339+4577@ams.ftl.affinity.com>
Date:Thu, 11 Dec 2003 03:09:45 -0500

===**Analysis of fifteen emails** ========================================
From: IP address 216.64.222.6, host name 'vm-222-6.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)====================================
R1: (unknown) - Sat, 13 Sep 2003 02:36:47 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <245209-23777>
R2: 216.64.222.6 - Sat, 13 Sep 2003 02:36:33 -0400
    from vt06.vtarget.com ([216.64.222.6])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <262604-23778>
R3: 192.168.3.10 - 13 Sep 2003 01:36:31 -0500
    from vtarget.com (192.168.3.10)
    by   vt06.vtarget.com
    with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <245209-23777>; Sat, 13 Sep 2003 02:36:47 -0400
Received: from vt06.vtarget.com ([216.64.222.6]) by ams.ftl.affinity.com with ESMTP id <262604-
23778>; Sat, 13 Sep 2003 02:36:33 -0400
Received: from vtarget.com (192.168.3.10)
  by vt06.vtarget.com with SMTP; 13 Sep 2003 01:36:31 -0500
X-ClientHost: 1060971091011150641031111410011111011911111141071150460991111109
X-MailingID: 132224
From:   Ebay Home Business <EbayHomeBusiness132224@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+132224@virtumundo.com>
Subject: Ebay Home Business Proven to Work
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep13.023633-0400_edt.262604-23778+640@ams.ftl.affinity.com>
Date:Sat, 13 Sep 2003 02:36:33 -0400

===Analysis=========================================================
From: IP address 216.64.222.94, host name 'vm-222-94.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)===========================
R1: (unknown) - Wed, 24 Sep 2003 17:24:12 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <729497-19522>
R2: 216.64.222.94 - Wed, 24 Sep 2003 17:23:02 -0400
    from vm094.vmadmin.com ([216.64.222.94])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <728330-19522>
R3: 192.168.3.11 - 24 Sep 2003 16:22:56 -0500
    from vmadmin.com (192.168.3.11)
    by   vm094.vmadmin.com
    with SMTP

===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <729497-19522>; Wed, 24 Sep 2003 17:24:12 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com with ESMTP id
<728330-19522>; Wed, 24 Sep 2003 17:23:02 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm094.vmadmin.com with SMTP; 24 Sep 2003 16:22:56 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 142830
From:   Education Online <OnlineEducation142830@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Education Online <OnlineEducation142830@replies.virtumundo.com>
Subject: Get Your Degree Online
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep24.172302-0400_edt.728330-19522+4813@ams.ftl.affinity.com>
Date:Wed, 24 Sep 2003 17:23:02 -0400

## ===Analysis of two emails   =======================================

From: IP address 204.92.145.14, host name 'smtp.emessagecast.com'.
Location: United States - For a detailed geographic trace, run VisualRoute.
Mailer: The sender used 'MIME::Lite 2.117 (F2.6)' to send the e-mail.
Received Headers: DNS reports 'smtp4.enews.extremetech.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - 21 Mar 2006 15:43:47 -0600
    (qmail 18053 invoked from network)
R2: 204.92.145.14 - 21 Mar 2006 15:43:44 -0600
    from smtp4.enews.extremetech.com (HELO smtp.emessagecast.com) (204.92.145.14)
    by   anthonycentral.com
    with SMTP

===All e-mail Internet Headers============================================
X-Persona: <spam>
Return-Path: <cid=199-uid=1821060_-mid=1315-pid=47--@emessagecast.com>
Delivered-To: 7-JAMES@GORDONWORKS.COM
Received: (qmail 18053 invoked from network); 21 Mar 2006 15:43:47 -0600
Received: from smtp4.enews.extremetech.com (HELO smtp.emessagecast.com) (204.92.145.14)
  by anthonycentral.com with SMTP; 21 Mar 2006 15:43:44 -0600
Content-Transfer-Encoding: 7bit
Content-Type: multipart/alternative; boundary="_---------=_11429774052442435"
MIME-Version: 1.0
X-Mailer: MIME::Lite 2.117  (F2.6)
Date: Tue, 21 Mar 2006 21:43:25 UT
To: JAMES@GORDONWORKS.COM
From: Electronic Federal Tax Payment System <EFTPS@emessagecast.com>
Reply-To: EFTPS@emessagecast.com
Subject: EFTPS: Faster, Simpler Tax Payments
X-Campid: cid=199-uid=1821060-mid=1315-pid=47--
X-Eid: JAMES@GORDONWORKS.COM
Message-Id: <20060321214325.5149F4695CDDE@smtp.emessagecast.com>
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: ********
X-Spam-Status: No, hits=8.2 required=999.0 tests=BAYES_99,HTML_70_80,

HTML_IMAGE_ONLY_04,HTML_MESSAGE,HTML_TAG_BALANCE_A,MIME_HTML_ONLY,
    MIME_HTML_ONLY_MULTI autolearn=no version=2.63

===**Analysis of two emails**    =========================================
From: IP address 216.21.208.32, host name 'vm208-32.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-32.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - Sun, 21 Sep 2003 15:31:40 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id  <466144-11989>
R2: 216.21.208.32 - Sun, 21 Sep 2003 15:31:15 -0400
   from vl208-32.vmlocal.com ([216.21.208.32])
   by   ams.ftl.affinity.com
   with ESMTP
   id  <468400-11979>
R3: 192.168.3.12 - 21 Sep 2003 14:31:11 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-32.vmlocal.com
   with SMTP

===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <466144-11989>; Sun, 21 Sep 2003 15:31:40 -0400
Received: from vl208-32.vmlocal.com ([216.21.208.32]) by ams.ftl.affinity.com with ESMTP id
<468400-11979>; Sun, 21 Sep 2003 15:31:15 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-32.vmlocal.com with SMTP; 21 Sep 2003 14:31:11 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 140333
From:   Email to Fax <TurnEmailIntoFax140333@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Email to Fax <TurnEmailIntoFax140333@vmlocal.com>
Subject: Turn the email on your screen into a fax in their hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep21.153115-0400_edt.468400-11979+4063@ams.ftl.affinity.com>
Date:Sun, 21 Sep 2003 15:31:14 -0400

155

===**Analysis of sixteen emails**  ======================================
From: IP address 216.64.222.215, host name 'vm-222-215.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)======================================
R1: (unknown) - Sun, 26 Oct 2003 16:52:34 -0500
  from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
  by   ams.ftl.affinity.com
  id   <214997-6689>
R2: 216.64.222.215 - Sun, 26 Oct 2003 16:51:32 -0500
  from vm215.vmadmin.com ([216.64.222.215])
  by   ams.ftl.affinity.com
  with ESMTP
  id   <214493-6707>
R3: 192.168.3.11 - 26 Oct 2003 15:51:20 -0600
  from vmadmin.com (192.168.3.11)
  by   vm215.vmadmin.com
  with SMTP


===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214997-6689>; Sun, 26 Oct 2003 16:52:34 -0500
Received: from vm215.vmadmin.com ([216.64.222.215]) by ams.ftl.affinity.com with ESMTP id
<214493-6707>; Sun, 26 Oct 2003 16:51:32 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm215.vmadmin.com with SMTP; 26 Oct 2003 15:51:20 -0600
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 176803
From:   Emode Match <OnlineSinglesSite176803@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Emode Match <OnlineSinglesSite176803@replies.virtumundo.com>
Subject: FREE Matchmaking Subscription
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.165132-0500_est.214493-6707+8741@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 16:51:32 -0500

===**Analysis of fifteen emails** =========================================
From: IP address 216.64.222.160, host name 'vm-222-160.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Sun, 26 Oct 2003 04:05:43 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <220644-6701>
R2: 216.64.222.160 - Sun, 26 Oct 2003 04:02:57 -0500
    from vm160.vmadmin.com ([216.64.222.160])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <220563-6707>
R3: 192.168.3.11 - 26 Oct 2003 03:02:46 -0600
    from vmadmin.com (192.168.3.11)
    by   vm160.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <220644-6701>; Sun, 26 Oct 2003 04:05:43 -0500
Received: from vm160.vmadmin.com ([216.64.222.160]) by ams.ftl.affinity.com with ESMTP id
<220563-6707>; Sun, 26 Oct 2003 04:02:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm160.vmadmin.com with SMTP; 26 Oct 2003 03:02:46 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 176162
From:   Empire Poker <BestPokerOnlineCasino176162@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Empire Poker <BestPokerOnlineCasino176162@replies.virtumundo.com>
Subject: Welcome to the most exciting poker room on the net.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.040257-0500_est.220563-6707+5942@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 04:02:57 -0500

===Analysis=================================================
From: IP address 216.21.208.59, host name 'vm208-59.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-59.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)====================
R1: (unknown) - Sun, 2 Nov 2003 00:48:59 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <218637-17942>
R2: 216.21.208.59 - Sun, 2 Nov 2003 00:47:43 -0500
   from vl208-59.vmlocal.com ([216.21.208.59])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <217984-17931>
R3: 192.168.3.12 - 01 Nov 2003 23:47:38 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-59.vmlocal.com
   with SMTP

===All e-mail Internet Headers==============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218637-17942>; Sun, 2 Nov 2003 00:48:59 -0500
Received: from vl208-59.vmlocal.com ([216.21.208.59]) by ams.ftl.affinity.com with ESMTP id
<217984-17931>; Sun, 2 Nov 2003 00:47:43 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-59.vmlocal.com with SMTP; 01 Nov 2003 23:47:38 -0600
X-ClientHost: 10209712110106410311114100111101191111141071150460991111109
X-MailingID: 186133
From:   Engagement Rings <EngagementRings186133@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Engagement Rings <EngagementRings186133@vmlocal.com>
Subject: Time to pop the question?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.004743-0500_est.217984-17931+81515@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 00:47:42 -0500

158

===**Analysis of thirty-six emails**  =======================================

From: IP address 216.64.222.2, host name 'vm-222-2.mailesp.com'.

Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.


===Received Headers (from you to sender)=========================================

R1: (unknown) - Sat, 20 Sep 2003 10:02:32 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <465679-32156>

R2: 216.64.222.2 - Sat, 20 Sep 2003 10:02:10 -0400
    from vt02.vtarget.com ([216.64.222.2])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <465690-32159>

R3: 192.168.3.10 - 20 Sep 2003 09:02:04 -0500
    from vtarget.com (192.168.3.10)
    by  vt02.vtarget.com
    with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <465679-32156>; Sat, 20 Sep 2003 10:02:32 -0400
Received: from vt02.vtarget.com ([216.64.222.2]) by ams.ftl.affinity.com with ESMTP id <465690-
32159>; Sat, 20 Sep 2003 10:02:10 -0400
Received: from vtarget.com (192.168.3.10)
  by vt02.vtarget.com with SMTP; 20 Sep 2003 09:02:04 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 139637
From:   Equity Line of Credit <EquityLineOfCredit139637@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Equity Line of Credit <EquityLineOfCredit139637@replies.vtarget.com>
Subject: Want an equity line of credit?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.100210-0400_edt.465690-32159+2580@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 10:02:09 -0400

===**Analysis of twenty-seven emails**  ===================================
From: IP address 216.21.208.73, host name 'vm208-73.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-73.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)========================================
R1: (unknown) - Mon, 22 Sep 2003 11:32:08 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id  <474793-17098>
R2: 216.21.208.73 - Mon, 22 Sep 2003 11:31:36 -0400
    from vl208-73.vmlocal.com ([216.21.208.73])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <474083-17100>
R3: 192.168.3.12 - 22 Sep 2003 10:31:34 -0500
    from vmlocal.com (192.168.3.12)
    by  vl208-73.vmlocal.com
    with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <474793-17098>; Mon, 22 Sep 2003 11:32:08 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com with ESMTP id
<474083-17100>; Mon, 22 Sep 2003 11:31:36 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 22 Sep 2003 10:31:34 -0500
X-ClientHost: 106097109101115064103111114100111110191111141071150460990111109
X-MailingID: 141482
From:   Equity Loan Center <EquityLoanCenter141482@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Equity Loan Center <EquityLoanCenter141482@vmlocal.com>
Subject:  Welcome home to the best mortgage, refinance and home equity offers!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.113136-0400_edt.474083-17100+2804@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 11:31:35 -0400

===Analysis==========================================================
From: IP address 216.64.222.116, host name 'vm-222-116.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=============================
R1: (unknown) - 13 May 2004 20:21:36 -0000
     (qmail 17936 invoked by uid 10003)
R2: (unknown) - 13 May 2004 20:21:36 -0000
     (qmail 17933 invoked from network)
R3: 216.64.222.116 - 13 May 2004 20:21:36 -0000
     from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
     by   ns48.webmasters.com
     with SMTP
R4: 192.168.3.11 - 13 May 2004 15:31:58 -0500
     from vmadmin.com (192.168.3.11)
     by   vm116.vmadmin.com
     with SMTP

===All e-mail Internet Headers=======================================
Return-Path: <mailcenter308436@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 17936 invoked by uid 10003); 13 May 2004 20:21:36 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 17933 invoked from network); 13 May 2004 20:21:36 -0000
Received: from unknown (HELO vm116.vmadmin.com) (216.64.222.116)
  by ns48.webmasters.com with SMTP; 13 May 2004 20:21:36 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm116.vmadmin.com with SMTP; 13 May 2004 15:31:58 -0500
X-ClientHost: 10609712106410311114100111110119111141071150460991111109
X-MailingID: 308436
From: Equity One Auto <VisitEquityOneAuto@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Equity One Auto <VisitEquityOneAuto308436@replies.virtumundo.com>
Subject: New Car-Equity Loans, Borrow up to $2,500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

161

===Analysis===============================================================
From: IP address 216.64.222.143, host name 'vm-222-143.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Sun, 19 Oct 2003 16:57:46 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <238090-1059>
R2: 216.64.222.143 - Sun, 19 Oct 2003 16:57:19 -0400
    from vm143.vmadmin.com ([216.64.222.143])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <239820-1071>
R3: 192.168.3.11 - 19 Oct 2003 15:56:56 -0500
    from vmadmin.com (192.168.3.11)
    by  vm143.vmadmin.com
    with SMTP


===All e-mail Internet Headers============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <238090-1059>; Sun, 19 Oct 2003 16:57:46 -0400
Received: from vm143.vmadmin.com ([216.64.222.143]) by ams.ftl.affinity.com with ESMTP id
<239820-1071>; Sun, 19 Oct 2003 16:57:19 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm143.vmadmin.com with SMTP; 19 Oct 2003 15:56:56 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 168901
From:   Essential Oils <GetEssentialOils168901@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Essential Oils <GetEssentialOils168901@replies.virtumundo.com>
Subject: Make every breath count with essential oils.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.165719-0400_edt.239820-1071+5043@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 16:57:17 -0400

162

===**Analysis of nine emails**  =========================================
From: IP address 216.64.222.99, host name 'vm-222-99.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Mon, 9 Feb 2004 17:28:53 -0500
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <463935-10268>
R2: 216.64.222.99 - Mon, 9 Feb 2004 17:26:12 -0500
    from vm099.vmadmin.com ([216.64.222.99])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <728159-10278>
R3: 192.168.3.11 - 09 Feb 2004 16:19:08 -0600
    from vmadmin.com (192.168.3.11)
    by   vm099.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <463935-10268>; Mon, 9 Feb 2004 17:28:53 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com with ESMTP id
<728159-10278>; Mon, 9 Feb 2004 17:26:12 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 09 Feb 2004 16:19:08 -0600
X-ClientHost: 10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 241624
From:   eSylvan <HelpChildrenLearn@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: eSylvan <HelpChildrenLearn241624@replies.virtumundo.com>
Subject: Help your child get better grades in school
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Feb9.172612-0500_est.728159-10278+13690@ams.ftl.affinity.com>
Date:Mon, 9 Feb 2004 17:26:11 -0500

===**Analysis of fourteen emails**  =========================================
From: IP address 216.64.222.115, host name 'vm-222-115.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - 12 May 2004 21:17:09 -0000
   (qmail 13869 invoked by uid 10003)
R2: (unknown) - 12 May 2004 21:17:09 -0000
   (qmail 13861 invoked from network)
R3: 216.64.222.115 - 12 May 2004 21:17:09 -0000
   from unknown (HELO vm115.vmadmin.com) (216.64.222.115)
   by  ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 12 May 2004 16:27:17 -0500
   from vmadmin.com (192.168.3.11)
   by  vm115.vmadmin.com
   with SMTP


===All e-mail Internet Headers=========================================
Return-Path: <mailcenter308426@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13869 invoked by uid 10003); 12 May 2004 21:17:09 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 13861 invoked from network); 12 May 2004 21:17:09 -0000
Received: from unknown (HELO vm115.vmadmin.com) (216.64.222.115)
  by ns48.webmasters.com with SMTP; 12 May 2004 21:17:09 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm115.vmadmin.com with SMTP; 12 May 2004 16:27:17 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 308426
From: eTerm <TermLifeSavingsToday@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: eTerm <TermLifeSavingsToday308426@replies.virtumundo.com>
Subject: Save up to 70% on Term Life with eTerm
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

164

===**Analysis of four emails**  ========================================
From: IP address 216.64.222.113, host name 'vm-222-113.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - 22 May 2004 14:54:31 -0000
    (qmail 10557 invoked by uid 10003)
R2: (unknown) - 22 May 2004 14:54:31 -0000
    (qmail 10554 invoked from network)
R3: 216.64.222.113 - 22 May 2004 14:54:31 -0000
    from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 22 May 2004 09:54:31 -0500
    from vmadmin.com (192.168.3.11)
    by  vm113.vmadmin.com
    with SMTP


===All e-mail Internet Headers========================================
Return-Path: <mailcenter308626@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 10557 invoked by uid 10003); 22 May 2004 14:54:31 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 10554 invoked from network); 22 May 2004 14:54:31 -0000
Received: from unknown (HELO vm113.vmadmin.com) (216.64.222.113)
  by ns48.webmasters.com with SMTP; 22 May 2004 14:54:31 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 22 May 2004 09:54:31 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 308626
From: European Tanning <EuropeanTanning@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: European Tanning <EuropeanTanning308626@replies.virtumundo.com>
Subject: Spray tanning hits America!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===Analysis=================================================================
From: IP address 216.64.222.212, host name 'vm-222-212.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===================================
R1: (unknown) - Thu, 4 Dec 2003 22:46:48 -0500
  from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
  by  ams.ftl.affinity.com
  id  <222159-7075>
R2: 216.64.222.212 - Thu, 4 Dec 2003 22:45:45 -0500
  from vm212.vmadmin.com ([216.64.222.212])
  by  ams.ftl.affinity.com
  with ESMTP
  id  <215174-7069>
R3: 192.168.3.11 - 04 Dec 2003 21:45:28 -0600
  from vmadmin.com (192.168.3.11)
  by  vm212.vmadmin.com
  with SMTP

===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222159-7075>; Thu, 4 Dec 2003 22:46:48 -0500
Received: from vm212.vmadmin.com ([216.64.222.212]) by ams.ftl.affinity.com with ESMTP id
<215174-7069>; Thu, 4 Dec 2003 22:45:45 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 04 Dec 2003 21:45:28 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 211596
From:  Experience Atlanta <ExperienceAtlanta@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Experience Atlanta <ExperienceAtlanta211596@replies.virtumundo.com>
Subject: See all Atlanta has to offer!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.224545-0500_est.215174-7069+81593@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 22:45:44 -0500

### ===Analysis of eighteen emails  ===========================================

From: IP address 216.21.208.66, host name 'vm208-66.adknowledgemail.com'.

Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.

Received Headers: DNS reports 'vl208-66.vmlocal.com' is not a known host name. in R2 (E11).

eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================

R1: (unknown) - Fri, 24 Oct 2003 04:48:34 -0400
   from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <213225-1067>

R2: 216.21.208.66 - Fri, 24 Oct 2003 04:47:48 -0400
   from vl208-66.vmlocal.com ([216.21.208.66])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <213595-1069>

R3: 192.168.3.12 - 24 Oct 2003 03:47:33 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-66.vmlocal.com
   with SMTP


===All e-mail Internet Headers==================================================

X-Persona: <ValueWeb>

Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <213225-1067>; Fri, 24 Oct 2003 04:48:34 -0400

Received: from vl208-66.vmlocal.com ([216.21.208.66]) by ams.ftl.affinity.com with ESMTP id <213595-1069>; Fri, 24 Oct 2003 04:47:48 -0400

Received: from vmlocal.com (192.168.3.12)
  by vl208-66.vmlocal.com with SMTP; 24 Oct 2003 03:47:33 -0500

X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109

X-MailingID: 173888

From:   Experience Cancun <ExperienceCancun173888@vmlocal.com>

To:     Jamila <jamila@gordonworks.com>

Errors-To: errors@vmlocal.com

Reply-To: Experience Cancun <ExperienceCancun173888@vmlocal.com>

Subject: Want to go to Cancun?

Mime-Version: 1.0

Content-Type: text/html

Content-Transfer-Encoding: 8bit

Message-Id: <03Oct24.044748-0400_edt.213595-1069+4746@ams.ftl.affinity.com>

Date:Fri, 24 Oct 2003 04:47:48 -0400

===**Analysis of four emails**  ========================================
From: IP address 216.21.208.62, host name 'vm208-62.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-62.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)====================================
R1: (unknown) - Sun, 26 Oct 2003 17:41:59 -0500
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <219063-6701>
R2: 216.21.208.62 - Sun, 26 Oct 2003 17:40:37 -0500
    from vl208-62.vmlocal.com ([216.21.208.62])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <213182-16946>
R3: 192.168.3.12 - 26 Oct 2003 16:40:30 -0600
    from vmlocal.com (192.168.3.12)
    by vl208-62.vmlocal.com
    with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219063-6701>; Sun, 26 Oct 2003 17:41:59 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com with ESMTP id
<213182-16946>; Sun, 26 Oct 2003 17:40:37 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 26 Oct 2003 16:40:30 -0600
X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 177116
From:  Experience New York <ExperienceNewYork177116@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience New York <ExperienceNewYork177116@vmlocal.com>
Subject: Ready to visit the Big Apple?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.174037-0500_est.213182-16946+1025@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 17:40:36 -0500

===**Analysis of twenty-six emails** ========================================
From: IP address 216.21.208.24, host name 'vm208-24.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-24.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Fri, 26 Sep 2003 13:49:13 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <215279-2946>
R2: 216.21.208.24 - Fri, 26 Sep 2003 13:48:32 -0400
    from vl208-24.vmlocal.com ([216.21.208.24])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <216084-2947>
R3: 192.168.3.12 - 26 Sep 2003 12:48:25 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-24.vmlocal.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215279-2946>; Fri, 26 Sep 2003 13:49:13 -0400
Received: from vl208-24.vmlocal.com ([216.21.208.24]) by ams.ftl.affinity.com with ESMTP id
<216084-2947>; Fri, 26 Sep 2003 13:48:32 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-24.vmlocal.com with SMTP; 26 Sep 2003 12:48:25 -0500
X-ClientHost: 1060971091011150641031111410011111101191111410711504609911109
X-MailingID: 144800
From:   Experience Orlando <ExperienceOrlando144800@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Orlando <ExperienceOrlando144800@vmlocal.com>
Subject: Hoping to visit Orlando?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep26.134832-0400_edt.216084-2947+18774@ams.ftl.affinity.com>
Date:Fri, 26 Sep 2003 13:48:31 -0400


169

===**Analysis of three emails**  ========================================
From: IP address 216.21.208.42, host name 'vm208-42.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-42.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Mon, 13 Oct 2003 14:14:20 -0400
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id  <472559-1156>
R2: 216.21.208.42 - Mon, 13 Oct 2003 13:57:14 -0400
    from vl208-42.vmlocal.com ([216.21.208.42])
    by   ams.ftl.affinity.com
    with ESMTP
    id  <293769-1141>
R3: 192.168.3.12 - 13 Oct 2003 12:55:09 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-42.vmlocal.com
    with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <472559-1156>; Mon, 13 Oct 2003 14:14:20 -0400
Received: from vl208-42.vmlocal.com ([216.21.208.42]) by ams.ftl.affinity.com with ESMTP id
<293769-1141>; Mon, 13 Oct 2003 13:57:14 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-42.vmlocal.com with SMTP; 13 Oct 2003 12:55:09 -0500
X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 162652
From:   Experience Paris <ExperienceParisNow162652@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+162652@replies.vmlocal.com>
Subject: Visitez Paris, aujourd'hui! (Visit Paris Today!)
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct13.135714-0400_edt.293769-1141+9638@ams.ftl.affinity.com>
Date:Mon, 13 Oct 2003 13:57:13 -0400

===**Analysis of four emails**  ========================================
From: IP address 216.21.208.40, host name 'vm208-40.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-40.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Sun, 19 Oct 2003 16:46:32 -0400
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id  <234704-1077>
R2: 216.21.208.40 - Sun, 19 Oct 2003 16:45:48 -0400
   from vl208-40.vmlocal.com ([216.21.208.40])
   by   ams.ftl.affinity.com
   with ESMTP
   id  <222175-1078>
R3: 192.168.3.12 - 19 Oct 2003 15:45:44 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-40.vmlocal.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <234704-1077>; Sun, 19 Oct 2003 16:46:32 -0400
Received: from vl208-40.vmlocal.com ([216.21.208.40]) by ams.ftl.affinity.com with ESMTP id
<222175-1078>; Sun, 19 Oct 2003 16:45:48 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-40.vmlocal.com with SMTP; 19 Oct 2003 15:45:44 -0500
X-ClientHost: 1060971210641031111141001111101191111141071150460991111109
X-MailingID: 169034
From:   Experience Resorts <ExperienceResorts169034@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Experience Resorts <ExperienceResorts169034@vmlocal.com>
Subject: Find a Resort Online.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct19.164548-0400_edt.222175-1078+5372@ams.ftl.affinity.com>
Date:Sun, 19 Oct 2003 16:45:47 -0400

171

===Analysis=======================================================
From: IP address 216.64.222.16, host name 'vm-222-16.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===========================
R1: (unknown) - Thu, 18 Sep 2003 08:40:16 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <1256986-3198>
R2: 216.64.222.16 - Thu, 18 Sep 2003 08:39:35 -0400
    from vt16.vtarget.com ([216.64.222.16])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <1257369-3206>
R3: 192.168.3.10 - 18 Sep 2003 07:39:31 -0500
    from vtarget.com (192.168.3.10)
    by   vt16.vtarget.com
    with SMTP


===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <1256986-3198>; Thu, 18 Sep 2003 08:40:16 -0400
Received: from vt16.vtarget.com ([216.64.222.16]) by ams.ftl.affinity.com with ESMTP id
<1257369-3206>; Thu, 18 Sep 2003 08:39:35 -0400
Received: from vtarget.com (192.168.3.10)
  by vt16.vtarget.com with SMTP; 18 Sep 2003 07:39:31 -0500
X-ClientHost: 1060971091011150641031111410011111101191111141071150460991111109
X-MailingID: 138177
From:   Express Cash <ExpressCashOnline138177@vtarget.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Express Cash <ExpressCashOnline138177@replies.vtarget.com>
Subject: Bills to pay? Get $500 today.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.083935-0400_edt.1257369-3206+1792@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 08:39:34 -0400

===**Analysis of eight emails**  =========================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - 13 May 2004 21:33:53 -0000
   (qmail 30253 invoked by uid 10003)
R2: (unknown) - 13 May 2004 21:33:53 -0000
   (qmail 30250 invoked from network)
R3: 216.64.222.112 - 13 May 2004 21:33:53 -0000
   from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
   by   ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 13 May 2004 16:44:15 -0500
   from vmadmin.com (192.168.3.11)
   by   vm112.vmadmin.com
   with SMTP


===All e-mail Internet Headers=============================================
Return-Path: <mailcenter308438@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 30253 invoked by uid 10003); 13 May 2004 21:33:53 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 30250 invoked from network); 13 May 2004 21:33:53 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
  by ns48.webmasters.com with SMTP; 13 May 2004 21:33:53 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 13 May 2004 16:44:15 -0500
X-ClientHost: 1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 308438
From: Family Health Plan <FamilyHealthPlan@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Family Health Plan <FamilyHealthPlan308438@replies.virtumundo.com>
Subject: Health insurance - as low as $70/month
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===Analysis==================================================
From: IP address 216.21.208.39, host name 'vm208-39.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-39.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================
R1: (unknown) - Wed, 29 Oct 2003 01:11:26 -0500
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <217229-31082>
R2: 216.21.208.39 - Wed, 29 Oct 2003 01:11:03 -0500
    from vl208-39.vmlocal.com ([216.21.208.39])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <218705-31090>
R3: 192.168.3.12 - 29 Oct 2003 00:11:00 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-39.vmlocal.com
    with SMTP


===All e-mail Internet Headers===================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217229-31082>; Wed, 29 Oct 2003 01:11:26 -0500
Received: from vl208-39.vmlocal.com ([216.21.208.39]) by ams.ftl.affinity.com with ESMTP id
<218705-31090>; Wed, 29 Oct 2003 01:11:03 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-39.vmlocal.com with SMTP; 29 Oct 2003 00:11:00 -0600
X-ClientHost: 106097109105108097064103111114100111110191111141071150460991111109
X-MailingID: 180693
From:   Family Vacations <FamilyVacations180693@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Family Vacations <FamilyVacations180693@vmlocal.com>
Subject: Save Your Sanity with these Family Vacation Links
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.011103-0500_est.218705-31090+13192@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 01:11:02 -0500

===**Analysis of seven emails** ================================================
From: IP address 216.64.222.212, host name 'vm-222-212.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - 10 Jun 2004 20:46:50 -0000
   (qmail 15858 invoked by uid 10003)
R2: (unknown) - 10 Jun 2004 20:46:49 -0000
   (qmail 15855 invoked from network)
R3: 216.64.222.212 - 10 Jun 2004 20:46:49 -0000
   from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
   by  ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 10 Jun 2004 15:46:46 -0500
   from vmadmin.com (192.168.3.11)
   by  vm212.vmadmin.com
   with SMTP


===All e-mail Internet Headers==================================================
Return-Path: <mailcenter308927@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 15858 invoked by uid 10003); 10 Jun 2004 20:46:50 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 15855 invoked from network); 10 Jun 2004 20:46:49 -0000
Received: from unknown (HELO vm212.vmadmin.com) (216.64.222.212)
  by ns48.webmasters.com with SMTP; 10 Jun 2004 20:46:49 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm212.vmadmin.com with SMTP; 10 Jun 2004 15:46:46 -0500
X-ClientHost: 1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 308927
From: Fashion Design Schools <FashionDesignSchools@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Fashion Design Schools <FashionDesignSchools308927@replies.virtumundo.com>
Subject: Careers for fashion divas
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

175

===**Analysis of five emails**    ==========================================
From: IP address 216.64.222.105, host name 'vm-222-105.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)======================================
R1: (unknown) - Sat, 10 Jan 2004 02:03:00 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <219216-32472>
R2: 216.64.222.105 - Sat, 10 Jan 2004 02:02:17 -0500
   from vm105.vmadmin.com ([216.64.222.105])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <219215-32470>
R3: 192.168.3.11 - 10 Jan 2004 01:02:16 -0600
   from vmadmin.com (192.168.3.11)
   by   vm105.vmadmin.com
   with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219216-32472>; Sat, 10 Jan 2004 02:03:00 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com with ESMTP id
<219215-32470>; Sat, 10 Jan 2004 02:02:17 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 10 Jan 2004 01:02:16 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 238440
From:   Fast Cash <CashAClickAway@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fast Cash <CashAClickAway238440@replies.virtumundo.com>
Subject: Get $500 Today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.020217-0500_est.219215-32470+8762@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 02:02:17 -0500

===Analysis=========================================================
From: IP address 216.64.222.114, host name 'vm-222-114.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)===========================
R1: (unknown) - 10 Jun 2004 20:58:39 -0000
    (qmail 24358 invoked by uid 10003)
R2: (unknown) - 10 Jun 2004 20:58:39 -0000
    (qmail 24355 invoked from network)
R3: 216.64.222.114 - 10 Jun 2004 20:58:39 -0000
    from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 10 Jun 2004 15:58:36 -0500
    from vmadmin.com (192.168.3.11)
    by   vm114.vmadmin.com
    with SMTP

===All e-mail Internet Headers=====================================
Return-Path: <mailcenter308924@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 24358 invoked by uid 10003); 10 Jun 2004 20:58:39 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 24355 invoked from network); 10 Jun 2004 20:58:39 -0000
Received: from unknown (HELO vm114.vmadmin.com) (216.64.222.114)
  by ns48.webmasters.com with SMTP; 10 Jun 2004 20:58:39 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 10 Jun 2004 15:58:36 -0500
X-ClientHost: 1060971210641031111410011111011911111410711504609911109
X-MailingID: 308924
From: Father's Day Gifts <FathersDayGifts@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Father's Day Gifts <FathersDayGifts308924@replies.virtumundo.com>
Subject: Personalized Father's Day Gifts
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of four emails**  =======================================
From: IP address 216.64.222.104, host name 'vm-222-104.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Mon, 15 Dec 2003 23:24:03 -0500
     from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <213976-3078>
R2: 216.64.222.104 - Mon, 15 Dec 2003 23:22:57 -0500
     from vm104.vmadmin.com ([216.64.222.104])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <219042-3080>
R3: 192.168.3.11 - 15 Dec 2003 22:22:48 -0600
     from vmadmin.com (192.168.3.11)
     by   vm104.vmadmin.com
     with SMTP


===All e-mail Internet Headers=======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213976-3078>; Mon, 15 Dec 2003 23:24:03 -0500
Received: from vm104.vmadmin.com ([216.64.222.104]) by ams.ftl.affinity.com with ESMTP id
<219042-3080>; Mon, 15 Dec 2003 23:22:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm104.vmadmin.com with SMTP; 15 Dec 2003 22:22:48 -0600
X-ClientHost: 102097121101064103111114100111101191111114107115046099111109
X-MailingID: 219802
From:   FHA Loans <DreamsAreReality@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: FHA Loans <DreamsAreReality219802@replies.virtumundo.com>
Subject: FHA loans. Making dream homes a reality.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec15.232257-0500_est.219042-3080+23363@ams.ftl.affinity.com>
Date:Mon, 15 Dec 2003 23:22:57 -0500

178

===**Analysis of five emails**   ===========================================
From: IP address 216.64.222.111, host name 'vm-222-111.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===========================================
R1: (unknown) - Sat, 20 Dec 2003 22:32:58 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <224573-16464>
R2: 216.64.222.111 - Sat, 20 Dec 2003 22:31:59 -0500
   from vm111.vmadmin.com ([216.64.222.111])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <224683-16457>
R3: 192.168.3.11 - 20 Dec 2003 21:31:56 -0600
   from vmadmin.com (192.168.3.11)
   by   vm111.vmadmin.com
   with SMTP


===All e-mail Internet Headers===========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <224573-16464>; Sat, 20 Dec 2003 22:32:58 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com with ESMTP id
<224683-16457>; Sat, 20 Dec 2003 22:31:59 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 20 Dec 2003 21:31:56 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 223501
From:   Film School <BecomeAFilmMaker@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Film School <BecomeAFilmMaker223501@replies.virtumundo.com>
Subject: Shoot for the stars. Film school.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec20.223159-0500_est.224683-16457+46365@ams.ftl.affinity.com>
Date:Sat, 20 Dec 2003 22:31:58 -0500

===**Analysis of five emails**  ==================================================
From: IP address 216.64.222.97, host name 'vm-222-97.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===============================
R1: (unknown) - Wed, 5 Nov 2003 17:05:26 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <232752-32379>
R2: 216.64.222.97 - Wed, 5 Nov 2003 16:40:02 -0500
   from vm097.vmadmin.com ([216.64.222.97])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <336922-32387>
R3: 192.168.3.11 - 05 Nov 2003 15:39:53 -0600
   from vmadmin.com (192.168.3.11)
   by   vm097.vmadmin.com
   with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <232752-32379>; Wed, 5 Nov 2003 17:05:26 -0500
Received: from vm097.vmadmin.com ([216.64.222.97]) by ams.ftl.affinity.com with ESMTP id
<336922-32387>; Wed, 5 Nov 2003 16:40:02 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm097.vmadmin.com with SMTP; 05 Nov 2003 15:39:53 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 189953
From:   Financial Advisor <FinancialAdvisor189953@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Financial Advisor <FinancialAdvisor189953@replies.virtumundo.com>
Subject: Restore your rating quickly and legally
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov5.164002-0500_est.336922-32387+31909@ams.ftl.affinity.com>
Date:Wed, 5 Nov 2003 16:39:59 -0500

180

===Analysis=========================================================
From: IP address 216.109.87.215.
Location: 'Cary, NC' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports '215.rb22ex.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)=============================
R1: (unknown) - Thu, 21 Aug 2003 04:09:49 -0400
    from cust_req_fwding (jim@gordonworks.com --> jsg33051@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <264027-11349>
R2: 216.109.87.215 - Thu, 21 Aug 2003 04:08:30 -0400
    from 215.rb22ex.com ([216.109.87.215])
    by  ams.ftl.affinity.com
    with SMTP
    id  <216820-11353>


===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jim@gordonworks.com --> jsg33051@gordonworks.com) by
ams.ftl.affinity.com id <264027-11349>; Thu, 21 Aug 2003 04:09:49 -0400
Received: from 215.rb22ex.com ([216.109.87.215]) by ams.ftl.affinity.com with SMTP id <216820-
11353>; Thu, 21 Aug 2003 04:08:30 -0400
To:    jim@gordonworks.com
Date: Thu, 21 Aug 2003 04:08:42 -0500
Message-ID: <1061453322.9311@215.rb22ex.com>
From:  Financial Future <UvAYyiFxqE@rb22ex.com>
Return-Path: <UvAYyiFxqE@rb22ex.com>
Reply-To: <UvAYyiFxqE@rb22ex.com>
Subject: Mortgage rates are still low - take control of your Financial Future.
X-MimeOLE: Prodigy Compatibility V 4.5eedef06 or later
Mime-Version: 1.0
Content-Type: text/html

===**Analysis of four emails**  ===================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================
R1: (unknown) - 12 May 2004 06:06:49 -0000
   (qmail 22561 invoked by uid 10003)
R2: (unknown) - 12 May 2004 06:06:48 -0000
   (qmail 22558 invoked from network)
R3: 216.64.222.112 - 12 May 2004 06:06:48 -0000
   from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
   by  ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 12 May 2004 01:16:51 -0500
   from vmadmin.com (192.168.3.11)
   by  vm112.vmadmin.com
   with SMTP


===All e-mail Internet Headers==================================
Return-Path: <mailcenter308416@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 22561 invoked by uid 10003); 12 May 2004 06:06:49 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 22558 invoked from network); 12 May 2004 06:06:48 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
  by ns48.webmasters.com with SMTP; 12 May 2004 06:06:48 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 12 May 2004 01:16:51 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 308416
From: Financial Stress Relief Services <FinancialRelief@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Financial Stress Relief Services <FinancialRelief308416@replies.virtumundo.com>
Subject: Lessen your financial burden the legal way
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

182

===Analysis=====================================================
From: IP address 216.64.222.108, host name 'vm-222-108.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================
R1: (unknown) - Sun, 23 Nov 2003 23:02:38 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <214382-31894>
R2: 216.64.222.108 - Sun, 23 Nov 2003 23:01:56 -0500
   from vm108.vmadmin.com ([216.64.222.108])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <213695-31896>
R3: 192.168.3.11 - 23 Nov 2003 21:59:01 -0600
   from vmadmin.com (192.168.3.11)
   by  vm108.vmadmin.com
   with SMTP


===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214382-31894>; Sun, 23 Nov 2003 23:02:38 -0500
Received: from vm108.vmadmin.com ([216.64.222.108]) by ams.ftl.affinity.com with ESMTP id
<213695-31896>; Sun, 23 Nov 2003 23:01:56 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm108.vmadmin.com with SMTP; 23 Nov 2003 21:59:01 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 204228
From:  Find your Nerf Bars <FindYourNerfBars@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Find your Nerf Bars <FindYourNerfBars204228@replies.virtumundo.com>
Subject: Trick out your truck.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov23.230156-0500_est.213695-31896+9630@ams.ftl.affinity.com>
Date:Sun, 23 Nov 2003 23:01:56 -0500

183

===Analysis of two emails  ===========================================
From: IP address 216.64.222.160, host name 'vm-222-160.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Sun, 12 Oct 2003 16:48:30 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <2292132-1100>
R2: 216.64.222.160 - Sun, 12 Oct 2003 16:47:26 -0400
    from vm160.vmadmin.com ([216.64.222.160])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <1256700-1154>
R3: 192.168.3.11 - 12 Oct 2003 15:47:09 -0500
    from vmadmin.com (192.168.3.11)
    by  vm160.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2292132-1100>; Sun, 12 Oct 2003 16:48:30 -0400
Received: from vm160.vmadmin.com ([216.64.222.160]) by ams.ftl.affinity.com with ESMTP id
<1256700-1154>; Sun, 12 Oct 2003 16:47:26 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm160.vmadmin.com with SMTP; 12 Oct 2003 15:47:09 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 160655
From:  Fireplaces <FindACozyFireplace160655@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Fireplaces <FindACozyFireplace160655@replies.virtumundo.com>
Subject: Bring the bonfire indoors
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.164726-0400_edt.1256700-1154+2296@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 16:47:26 -0400

=== **Analysis of four emails**  ===================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================
R1: (unknown) - 16 Apr 2004 21:39:21 -0000
    (qmail 17490 invoked by uid 10003)
R2: (unknown) - 16 Apr 2004 21:39:21 -0000
    (qmail 17487 invoked from network)
R3: 216.64.222.112 - 16 Apr 2004 21:39:21 -0000
    from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 16 Apr 2004 16:44:23 -0500
    from vmadmin.com (192.168.3.11)
    by  vm112.vmadmin.com
    with SMTP


===All e-mail Internet Headers==================================
Return-Path: <mailcenter308116@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 17490 invoked by uid 10003); 16 Apr 2004 21:39:21 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 17487 invoked from network); 16 Apr 2004 21:39:21 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
  by ns48.webmasters.com with SMTP; 16 Apr 2004 21:39:21 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 16 Apr 2004 16:44:23 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 308116
From: Fishing Club <TestFishingProducts@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Fishing Club <TestFishingProducts308116@replies.virtumundo.com>
Subject: Fishing product testers needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===Analysis========================================================
From: IP address 216.21.208.57, host name 'vm208-57.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-57.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - Sun, 9 Nov 2003 01:59:33 -0500
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <213728-7248>
R2: 216.21.208.57 - Sun, 9 Nov 2003 01:59:03 -0500
   from vl208-57.vmlocal.com ([216.21.208.57])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <214681-7248>
R3: 192.168.3.12 - 09 Nov 2003 00:58:57 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-57.vmlocal.com
   with SMTP


===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213728-7248>; Sun, 9 Nov 2003 01:59:33 -0500
Received: from vl208-57.vmlocal.com ([216.21.208.57]) by ams.ftl.affinity.com with ESMTP id
<214681-7248>; Sun, 9 Nov 2003 01:59:03 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-57.vmlocal.com with SMTP; 09 Nov 2003 00:58:57 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 193706
From:   Fitness Today <ShapeUpFitnessNetwork193706@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Fitness Today <ShapeUpFitnessNetwork193706@vmlocal.com>
Subject: Get Up. Get Out. Get in Shape.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov9.015903-0500_est.214681-7248+4244@ams.ftl.affinity.com>
Date:Sun, 9 Nov 2003 01:59:02 -0500

186

===**Analysis of five emails**  ================================================
From: IP address 216.64.222.95, host name 'vm-222-95.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Thu, 18 Dec 2003 22:17:08 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <224985-22342>
R2: 216.64.222.95 - Thu, 18 Dec 2003 22:16:08 -0500
    from vm095.vmadmin.com ([216.64.222.95])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <225499-22344>
R3: 192.168.3.11 - 18 Dec 2003 21:16:06 -0600
    from vmadmin.com (192.168.3.11)
    by   vm095.vmadmin.com
    with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <224985-22342>; Thu, 18 Dec 2003 22:17:08 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com with ESMTP id
<225499-22344>; Thu, 18 Dec 2003 22:16:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm095.vmadmin.com with SMTP; 18 Dec 2003 21:16:06 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 222086
From:   Flashlights <FindAFlashlightNow@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Flashlights <FindAFlashlightNow222086@replies.virtumundo.com>
Subject: Flashlights. Never be in the dark again.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec18.221608-0500_est.225499-22344+6330@ams.ftl.affinity.com>
Date:Thu, 18 Dec 2003 22:16:08 -0500


187

===**Analysis of twenty-three emails**  ========================================
From: IP address 216.21.208.26, host name 'vm208-26.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-26.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Sun, 26 Oct 2003 07:30:24 -0500
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <220770-6703>
R2: 216.21.208.26 - Sun, 26 Oct 2003 04:21:29 -0500
   from vl208-26.vmlocal.com ([216.21.208.26])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <224781-6707>
R3: 192.168.3.12 - 26 Oct 2003 03:18:20 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-26.vmlocal.com
   with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <220770-6703>; Sun, 26 Oct 2003 07:30:24 -0500
Received: from vl208-26.vmlocal.com ([216.21.208.26]) by ams.ftl.affinity.com with ESMTP id
<224781-6707>; Sun, 26 Oct 2003 04:21:29 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-26.vmlocal.com with SMTP; 26 Oct 2003 03:18:20 -0600
X-ClientHost: 1060971210641031111141001111011911111410711504609911109
X-MailingID: 176388
From:   Flight Insurance <FlightInsuranceOptions176388@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Flight Insurance <FlightInsuranceOptions176388@vmlocal.com>
Subject: Flight insurance makes your ticket refundable.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct26.042129-0500_est.224781-6707+5989@ams.ftl.affinity.com>
Date:Sun, 26 Oct 2003 04:21:29 -0500

===**Analysis of five emails**  ================================================
From: IP address 216.64.222.99, host name 'vm-222-99.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - Sat, 22 Nov 2003 22:52:36 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <222477-14514>
R2: 216.64.222.99 - Sat, 22 Nov 2003 22:51:53 -0500
    from vm099.vmadmin.com ([216.64.222.99])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <223085-14521>
R3: 192.168.3.11 - 22 Nov 2003 21:48:36 -0600
    from vmadmin.com (192.168.3.11)
    by   vm099.vmadmin.com
    with SMTP

===All e-mail Internet Headers=====================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222477-14514>; Sat, 22 Nov 2003 22:52:36 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com with ESMTP id
<223085-14521>; Sat, 22 Nov 2003 22:51:53 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 22 Nov 2003 21:48:36 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 203487
From:   Flood Insurance <NeedFloodInsurance@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Flood Insurance <NeedFloodInsurance203487@replies.virtumundo.com>
Subject: **What's between your home and starting over?**
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.225153-0500_est.223085-14521+14431@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 22:51:51 -0500

189

===Analysis========================================================
From: IP address 216.21.208.57, host name 'vm208-57.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-57.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==========================
R1: (unknown) - Wed, 24 Sep 2003 16:18:31 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <727052-17006>
R2: 216.21.208.57 - Wed, 24 Sep 2003 16:17:46 -0400
    from vl208-57.vmlocal.com ([216.21.208.57])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <727717-16998>
R3: 192.168.3.12 - 24 Sep 2003 15:17:36 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-57.vmlocal.com
    with SMTP

===All e-mail Internet Headers====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <727052-17006>; Wed, 24 Sep 2003 16:18:31 -0400
Received: from vl208-57.vmlocal.com ([216.21.208.57]) by ams.ftl.affinity.com with ESMTP id
<727717-16998>; Wed, 24 Sep 2003 16:17:46 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-57.vmlocal.com with SMTP; 24 Sep 2003 15:17:36 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 142945
From:   Floor Mats <BuyNewFloorMats142945@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Floor Mats <BuyNewFloorMats142945@vmlocal.com>
Subject: Make your entryway more welcoming.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep24.161746-0400_edt.727717-16998+4672@ams.ftl.affinity.com>
Date:Wed, 24 Sep 2003 16:17:46 -0400

===**Analysis of five emails**    ===========================================
From: IP address 216.64.222.111, host name 'vm-222-111.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - 29 Apr 2004 20:21:59 -0000
    (qmail 13970 invoked by uid 10003)
R2: (unknown) - 29 Apr 2004 20:21:58 -0000
    (qmail 13967 invoked from network)
R3: 216.64.222.111 - 29 Apr 2004 20:21:58 -0000
    from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 29 Apr 2004 15:29:30 -0500
    from vmadmin.com (192.168.3.11)
    by   vm111.vmadmin.com
    with SMTP


===All e-mail Internet Headers=============================================
Return-Path: <mailcenter308292@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 13970 invoked by uid 10003); 29 Apr 2004 20:21:59 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 13967 invoked from network); 29 Apr 2004 20:21:58 -0000
Received: from unknown (HELO vm111.vmadmin.com) (216.64.222.111)
  by ns48.webmasters.com with SMTP; 29 Apr 2004 20:21:58 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 29 Apr 2004 15:29:30 -0500
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 308292
From: Floral Gift Offer <FloralGiftOffer@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Floral Gift Offer <FloralGiftOffer308292@replies.virtumundo.com>
Subject: Mother's Day Flowers only $29.99
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

191

0191

===**Analysis of four emails**  ======================================
From: IP address 216.64.222.106, host name 'vm-222-106.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================
R1: (unknown) - 1 May 2004 20:47:54 -0000
     (qmail 12103 invoked by uid 10003)
R2: (unknown) - 1 May 2004 20:47:54 -0000
     (qmail 12099 invoked from network)
R3: 216.64.222.106 - 1 May 2004 20:47:54 -0000
     from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
     by  ns48.webmasters.com
     with SMTP
R4: 192.168.3.11 - 01 May 2004 15:55:52 -0500
     from vmadmin.com (192.168.3.11)
     by  vm106.vmadmin.com
     with SMTP


===All e-mail Internet Headers==============================
Return-Path: <mailcenter308309@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 12103 invoked by uid 10003); 1 May 2004 20:47:54 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 12099 invoked from network); 1 May 2004 20:47:54 -0000
Received: from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
  by ns48.webmasters.com with SMTP; 1 May 2004 20:47:54 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 01 May 2004 15:55:52 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 308309
From: FloristsEverywhere <FloristsEverywhere@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: FloristsEverywhere <FloristsEverywhere308309@replies.virtumundo.com>
Subject: Send Mom Flowers, Mothers Day is May 9th
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

192

===**Analysis of nine emails**  =========================================
From: IP address 216.64.222.213, host name 'vm-222-213.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - 5 May 2004 20:06:59 -0000
    (qmail 3074 invoked by uid 10003)
R2: (unknown) - 5 May 2004 20:06:59 -0000
    (qmail 3071 invoked from network)
R3: 216.64.222.213 - 5 May 2004 20:06:59 -0000
    from unknown (HELO vm213.vmadmin.com) (216.64.222.213)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 05 May 2004 15:15:42 -0500
    from vmadmin.com (192.168.3.11)
    by   vm213.vmadmin.com
    with SMTP


===All e-mail Internet Headers=========================================
Return-Path: <mailcenter308351@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3074 invoked by uid 10003); 5 May 2004 20:06:59 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 3071 invoked from network); 5 May 2004 20:06:59 -0000
Received: from unknown (HELO vm213.vmadmin.com) (216.64.222.213)
  by ns48.webmasters.com with SMTP; 5 May 2004 20:06:59 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm213.vmadmin.com with SMTP; 05 May 2004 15:15:42 -0500
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308351
From: FMU Online <AFloridaUniversity@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: FMU Online <AFloridaUniversity308351@replies.virtumundo.com>
Subject: Earn your degree from anywhere in the world
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===Analysis=================================================
From: IP address 216.64.222.136, host name 'vm-222-136.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================
R1: (unknown) - Tue, 21 Oct 2003 18:19:41 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <215975-18613>
R2: 216.64.222.136 - Tue, 21 Oct 2003 17:29:17 -0400
   from vm136.vmadmin.com ([216.64.222.136])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <216087-18611>
R3: 192.168.3.11 - 21 Oct 2003 16:28:41 -0500
   from vmadmin.com (192.168.3.11)
   by  vm136.vmadmin.com
   with SMTP


===All e-mail Internet Headers===============================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215975-18613>; Tue, 21 Oct 2003 18:19:41 -0400
Received: from vm136.vmadmin.com ([216.64.222.136]) by ams.ftl.affinity.com with ESMTP id
<216087-18611>; Tue, 21 Oct 2003 17:29:17 -0400
Received: from vmadmin.com (192.168.3.11)
 by vm136.vmadmin.com with SMTP; 21 Oct 2003 16:28:41 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 171498
From:   Football Tickets <ProFootballTickets171498@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Football Tickets <ProFootballTickets171498@replies.virtumundo.com>
Subject: See the big game in person.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct21.172917-0400_edt.216087-18611+128@ams.ftl.affinity.com>
Date:Tue, 21 Oct 2003 17:29:17 -0400

194

===**Analysis of two emails**  ==========================================
From: IP address 216.64.222.110, host name 'vm-222-110.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Tue, 25 Nov 2003 17:38:04 -0500
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <3562643-10316>
R2: 216.64.222.110 - Tue, 25 Nov 2003 17:37:19 -0500
   from vm110.vmadmin.com ([216.64.222.110])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <3562817-10316>
R3: 192.168.3.11 - 25 Nov 2003 16:37:17 -0600
   from vmadmin.com (192.168.3.11)
   by  vm110.vmadmin.com
   with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3562643-10316>; Tue, 25 Nov 2003 17:38:04 -0500
Received: from vm110.vmadmin.com ([216.64.222.110]) by ams.ftl.affinity.com with ESMTP id
<3562817-10316>; Tue, 25 Nov 2003 17:37:19 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm110.vmadmin.com with SMTP; 25 Nov 2003 16:37:17 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 205114
From:  Four Seasons <TheBestWineAround@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Four Seasons <TheBestWineAround205114@replies.virtumundo.com>
Subject: Complimentary Bottles of Wine and Corkscrew w/ order.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.173719-0500_est.3562817-10316+1341@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 17:37:19 -0500

===Analysis==========================================================
From: IP address 216.21.208.16, host name 'vm208-16.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-16.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=================================
R1: (unknown) - Wed, 1 Oct 2003 15:10:27 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <233014-13994>
R2: 216.21.208.16 - Wed, 1 Oct 2003 15:09:43 -0400
   from vl208-16.vmlocal.com ([216.21.208.16])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <233875-14004>
R3: 192.168.3.12 - 01 Oct 2003 14:09:35 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-16.vmlocal.com
   with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <233014-13994>; Wed, 1 Oct 2003 15:10:27 -0400
Received: from vl208-16.vmlocal.com ([216.21.208.16]) by ams.ftl.affinity.com with ESMTP id
<233875-14004>; Wed, 1 Oct 2003 15:09:43 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-16.vmlocal.com with SMTP; 01 Oct 2003 14:09:35 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 149620
From:   Franchise <YourOwnFranchise149620@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Franchise <YourOwnFranchise149620@vmlocal.com>
Subject: Start your own business.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct1.150943-0400_edt.233875-14004+7660@ams.ftl.affinity.com>
Date:Wed, 1 Oct 2003 15:09:42 -0400

196

===Analysis==========================================================
From: IP address 216.64.222.122, host name 'vm-222-122.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===============================
R1: (unknown) - Sun, 16 Nov 2003 16:31:15 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <215838-21274>
R2: 216.64.222.122 - Sun, 16 Nov 2003 16:30:23 -0500
   from vm122.vmadmin.com ([216.64.222.122])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <216885-21281>
R3: 192.168.3.11 - 16 Nov 2003 15:30:12 -0600
   from vmadmin.com (192.168.3.11)
   by   vm122.vmadmin.com
   with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215838-21274>; Sun, 16 Nov 2003 16:31:15 -0500
Received: from vm122.vmadmin.com ([216.64.222.122]) by ams.ftl.affinity.com with ESMTP id
<216885-21281>; Sun, 16 Nov 2003 16:30:23 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm122.vmadmin.com with SMTP; 16 Nov 2003 15:30:12 -0600
X-ClientHost: 102097121101064103111114100111101191111141071115046099111109
X-MailingID: 198894
From:   Free IQ Test <TestYourIQToday198894@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Free IQ Test <TestYourIQToday198894@replies.virtumundo.com>
Subject: Take a Free IQ Test - How Smart are You?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.163023-0500_est.216885-21281+36694@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 16:30:23 -0500

197

===Analysis of five emails    ========================================
From: IP address 216.64.222.102, host name 'vm-222-102.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)============================
R1: (unknown) - Tue, 18 Nov 2003 07:07:05 -0500
  from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
  by   ams.ftl.affinity.com
  id   <216579-5587>
R2: 216.64.222.102 - Tue, 18 Nov 2003 07:06:24 -0500
  from vm102.vmadmin.com ([216.64.222.102])
  by  ams.ftl.affinity.com
  with ESMTP
  id   <222227-5590>
R3: 192.168.3.11 - 18 Nov 2003 06:05:59 -0600
  from vmadmin.com (192.168.3.11)
  by  vm102.vmadmin.com
  with SMTP


===All e-mail Internet Headers===================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216579-5587>; Tue, 18 Nov 2003 07:07:05 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com with ESMTP id
<222227-5590>; Tue, 18 Nov 2003 07:06:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 18 Nov 2003 06:05:59 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 200931
From:  Free Quote <FreeQuoteOnCars200931@vmadmin.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Free Quote <FreeQuoteOnCars200931@replies.virtumundo.com>
Subject: Looking for a Great Price on a new Ford?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.070624-0500_est.222227-5590+50183@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 07:06:24 -0500

===Analysis==================================================================
From: IP address 216.64.222.148, host name 'vm-222-148.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)======================================
R1: (unknown) - Fri, 31 Oct 2003 17:09:54 -0500
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <216062-17932>
R2: 216.64.222.148 - Fri, 31 Oct 2003 17:09:04 -0500
    from vm148.vmadmin.com ([216.64.222.148])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <215915-17942>
R3: 192.168.3.11 - 31 Oct 2003 16:09:00 -0600
    from vmadmin.com (192.168.3.11)
    by  vm148.vmadmin.com
    with SMTP


===All e-mail Internet Headers================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216062-17932>; Fri, 31 Oct 2003 17:09:54 -0500
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com with ESMTP id
<215915-17942>; Fri, 31 Oct 2003 17:09:04 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 31 Oct 2003 16:09:00 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111109
X-MailingID: 184567
From:  FreeBidding <BidOnGreatAuctions184567@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: FreeBidding <BidOnGreatAuctions184567@replies.virtumundo.com>
Subject: Seized and Unclaimed Property Auctions
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct31.170904-0500_est.215915-17942+60642@ams.ftl.affinity.com>
Date:Fri, 31 Oct 2003 17:09:02 -0500

199

===**Analysis of three emails** ===========================================
From: IP address 216.64.222.100, host name 'vm-222-100.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Wed, 19 Nov 2003 17:06:41 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <218812-28545>
R2: 216.64.222.100 - Wed, 19 Nov 2003 17:05:36 -0500
   from vm100.vmadmin.com ([216.64.222.100])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <218549-28547>
R3: 192.168.3.11 - 19 Nov 2003 16:05:13 -0600
   from vmadmin.com (192.168.3.11)
   by  vm100.vmadmin.com
   with SMTP


===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218812-28545>; Wed, 19 Nov 2003 17:06:41 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com with ESMTP id
<218549-28547>; Wed, 19 Nov 2003 17:05:36 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 19 Nov 2003 16:05:13 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 200999
From:  Freesupertravel <GetSuperVacations200999@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Freesupertravel <GetSuperVacations200999@replies.virtumundo.com>
Subject: Your next vacation is on us!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov19.170536-0500_est.218549-28547+7400@ams.ftl.affinity.com>
Date:Wed, 19 Nov 2003 17:05:36 -0500

200

===**Analysis of seventeen emails**  ===================================
From: IP address 216.64.222.121, host name 'vm-222-121.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)====================================
R1: (unknown) - Sat, 24 Jan 2004 08:10:10 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <3610199-26198>
R2: 216.64.222.121 - Sat, 24 Jan 2004 08:09:40 -0500
    from vm121.vmadmin.com ([216.64.222.121])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <3610964-26192>
R3: 192.168.3.11 - 24 Jan 2004 07:09:37 -0600
    from vmadmin.com (192.168.3.11)
    by   vm121.vmadmin.com
    with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3610199-26198>; Sat, 24 Jan 2004 08:10:10 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com with ESMTP id
<3610964-26192>; Sat, 24 Jan 2004 08:09:40 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 24 Jan 2004 07:09:37 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 240687
From:   Full Time Income <FullTimeIncome@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Full Time Income <FullTimeIncome240687@replies.virtumundo.com>
Subject: Part-time hours, full-time income
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan24.080940-0500_est.3610964-26192+41200@ams.ftl.affinity.com>
Date:Sat, 24 Jan 2004 08:09:38 -0500

===Analysis===========================================================
From: IP address 216.64.222.127, host name 'vm-222-127.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==============================
R1: (unknown) - Tue, 30 Sep 2003 22:19:09 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <230258-27393>
R2: 216.64.222.127 - Tue, 30 Sep 2003 22:16:09 -0400
    from vm127.vmadmin.com ([216.64.222.127])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <228881-27397>
R3: 192.168.3.11 - 30 Sep 2003 21:15:52 -0500
    from vmadmin.com (192.168.3.11)
    by   vm127.vmadmin.com
    with SMTP

===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <230258-27393>; Tue, 30 Sep 2003 22:19:09 -0400
Received: from vm127.vmadmin.com ([216.64.222.127]) by ams.ftl.affinity.com with ESMTP id
<228881-27397>; Tue, 30 Sep 2003 22:16:09 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm127.vmadmin.com with SMTP; 30 Sep 2003 21:15:52 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 148762
From:   Futon Covers <FunNewFutonCovers148762@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Futon Covers <FunNewFutonCovers148762@replies.virtumundo.com>
Subject: It's fun to futon.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep30.221609-0400_edt.228881-27397+44587@ams.ftl.affinity.com>
Date:Tue, 30 Sep 2003 22:16:09 -0400

===**Analysis of four emails**  =======================================
From: IP address 216.64.222.152, host name 'vm-222-152.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Sat, 15 Nov 2003 23:37:05 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <217946-21278>
R2: 216.64.222.152 - Sat, 15 Nov 2003 23:36:42 -0500
   from vm152.vmadmin.com ([216.64.222.152])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <213772-21268>
R3: 192.168.3.11 - 15 Nov 2003 22:25:15 -0600
   from vmadmin.com (192.168.3.11)
   by   vm152.vmadmin.com
   with SMTP


===All e-mail Internet Headers=========================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217946-21278>; Sat, 15 Nov 2003 23:37:05 -0500
Received: from vm152.vmadmin.com ([216.64.222.152]) by ams.ftl.affinity.com with ESMTP id
<213772-21268>; Sat, 15 Nov 2003 23:36:42 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm152.vmadmin.com with SMTP; 15 Nov 2003 22:25:15 -0600
X-ClientHost: 10209712110106410311114100111110119111114107115046099111109
X-MailingID: 198339
From:   Garage Door Opener <GarageDoorOpener198339@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Garage Door Opener <GarageDoorOpener198339@replies.virtumundo.com>
Subject: Stop lifting your garage by hand.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.233642-0500_est.213772-21268+25240@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 23:36:41 -0500

203

===**Analysis of twenty-two emails** =========================================
From: IP address 216.64.222.96, host name 'vm-222-96.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)==================================
R1: (unknown) - Thu, 13 Nov 2003 01:36:25 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <231257-17000>
R2: 216.64.222.96 - Thu, 13 Nov 2003 01:35:33 -0500
   from vm096.vmadmin.com ([216.64.222.96])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <241129-16998>
R3: 192.168.3.11 - 13 Nov 2003 00:35:28 -0600
   from vmadmin.com (192.168.3.11)
   by   vm096.vmadmin.com
   with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <231257-17000>; Thu, 13 Nov 2003 01:36:25 -0500
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com with ESMTP id
<241129-16998>; Thu, 13 Nov 2003 01:35:33 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm096.vmadmin.com with SMTP; 13 Nov 2003 00:35:28 -0600
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 196778
From:   Gardening Club <GardeningClubFProducts196778@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Gardening Club <GardeningClubFProducts196778@replies.virtumundo.com>
Subject: Gardening Product Testers Needed
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov13.013533-0500_est.241129-16998+52930@ams.ftl.affinity.com>
Date:Thu, 13 Nov 2003 01:35:31 -0500

===**Analysis of six emails** ================================================
From: IP address 216.21.208.64, host name 'vm208-64.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-64.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Sun, 12 Oct 2003 19:18:46 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <266738-14309>
R2: 216.21.208.64 - Sun, 12 Oct 2003 19:18:37 -0400
    from vl208-64.vmlocal.com ([216.21.208.64])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <272463-14310>
R3: 192.168.3.12 - 12 Oct 2003 18:18:32 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-64.vmlocal.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <266738-14309>; Sun, 12 Oct 2003 19:18:46 -0400
Received: from vl208-64.vmlocal.com ([216.21.208.64]) by ams.ftl.affinity.com with ESMTP id
<272463-14310>; Sun, 12 Oct 2003 19:18:37 -0400
Received: from vmlocal.com (192.168.3.12)
   by vl208-64.vmlocal.com with SMTP; 12 Oct 2003 18:18:32 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 161561
From:  Gazebo <GreatGazeboSources161561@vmlocal.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gazebo <GreatGazeboSources161561@vmlocal.com>
Subject: Outside, only better.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct12.191837-0400_edt.272463-14310+2312@ams.ftl.affinity.com>
Date:Sun, 12 Oct 2003 19:18:36 -0400

205

===**Analysis of ten emails** ========================================
From: IP address 216.21.208.63, host name 'vm208-63.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-63.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Mon, 17 Nov 2003 12:25:29 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id  <213581-32705>
R2: 216.21.208.63 - Mon, 17 Nov 2003 12:24:48 -0500
    from vl208-63.vmlocal.com ([216.21.208.63])
    by   ams.ftl.affinity.com
    with ESMTP
    id  <215668-32704>
R3: 192.168.3.12 - 17 Nov 2003 11:24:42 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-63.vmlocal.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213581-32705>; Mon, 17 Nov 2003 12:25:29 -0500
Received: from vl208-63.vmlocal.com ([216.21.208.63]) by ams.ftl.affinity.com with ESMTP id
<215668-32704>; Mon, 17 Nov 2003 12:24:48 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-63.vmlocal.com with SMTP; 17 Nov 2003 11:24:42 -0600
X-ClientHost: 106097121064103111141001111011911111410711504609911109
X-MailingID: 199899
From:   Gift Basket Bouquet <GiftBasketBouquet199899@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Gift Basket Bouquet <GiftBasketBouquet199899@vmlocal.com>
Subject: Gift Baskets- -The Gift That Gets Remembered.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov17.122448-0500_est.215668-32704+50547@ams.ftl.affinity.com>
Date:Mon, 17 Nov 2003 12:24:48 -0500

206

===**Analysis of nine emails**   ==========================================
From: IP address 216.64.222.102, host name 'vm-222-102.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Fri, 30 Jan 2004 10:44:58 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <214845-7235>
R2: 216.64.222.102 - Fri, 30 Jan 2004 10:44:39 -0500
    from vm102.vmadmin.com ([216.64.222.102])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <234477-7245>
R3: 192.168.3.11 - 30 Jan 2004 09:44:37 -0600
    from vmadmin.com (192.168.3.11)
    by   vm102.vmadmin.com
    with SMTP

===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214845-7235>; Fri, 30 Jan 2004 10:44:58 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com with ESMTP id
<234477-7245>; Fri, 30 Jan 2004 10:44:39 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 30 Jan 2004 09:44:37 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 241118
From:   Golden Tiger <GoldenTigerCasino@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Golden Tiger <GoldenTigerCasino241118@replies.virtumundo.com>
Subject: Play Slots on us
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan30.104439-0500_est.234477-7245+27305@ams.ftl.affinity.com>
Date:Fri, 30 Jan 2004 10:44:38 -0500

207

===**Analysis of three emails**  ========================================
From: IP address 216.64.222.96, host name 'vm-222-96.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)============================
R1: (unknown) - 7 Jun 2004 20:25:33 -0000
    (qmail 27514 invoked by uid 10003)
R2: (unknown) - 7 Jun 2004 20:25:30 -0000
    (qmail 27401 invoked from network)
R3: 216.64.222.96 - 7 Jun 2004 20:25:30 -0000
    from unknown (HELO vm096.vmadmin.com) (216.64.222.96)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 07 Jun 2004 15:25:26 -0500
    from vmadmin.com (192.168.3.11)
    by   vm096.vmadmin.com
    with SMTP


===All e-mail Internet Headers===============================================
Return-Path: <mailcenter308852@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 27514 invoked by uid 10003); 7 Jun 2004 20:25:33 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 27401 invoked from network); 7 Jun 2004 20:25:30 -0000
Received: from unknown (HELO vm096.vmadmin.com) (216.64.222.96)
  by ns48.webmasters.com with SMTP; 7 Jun 2004 20:25:30 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm096.vmadmin.com with SMTP; 07 Jun 2004 15:25:26 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111109
X-MailingID: 308852
From: Gomvents <ReliableAdvertising@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Gomvents <ReliableAdvertising308852@replies.virtumundo.com>
Subject: Can potential clients find your website?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

208

===**Analysis of two emails** ==================================
From: IP address 216.64.222.94, host name 'vm-222-94.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================
R1: (unknown) - 6 May 2004 20:25:43 -0000
    (qmail 19011 invoked by uid 10003)
R2: (unknown) - 6 May 2004 20:25:43 -0000
    (qmail 19008 invoked from network)
R3: 216.64.222.94 - 6 May 2004 20:25:43 -0000
    from unknown (HELO vm094.vmadmin.com) (216.64.222.94)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 06 May 2004 15:34:39 -0500
    from vmadmin.com (192.168.3.11)
    by  vm094.vmadmin.com
    with SMTP


===All e-mail Internet Headers=================================
Return-Path: <mailcenter308363@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 19011 invoked by uid 10003); 6 May 2004 20:25:43 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 19008 invoked from network); 6 May 2004 20:25:43 -0000
Received: from unknown (HELO vm094.vmadmin.com) (216.64.222.94)
  by ns48.webmasters.com with SMTP; 6 May 2004 20:25:43 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 06 May 2004 15:34:39 -0500
X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 308363
From: Gotta Sing <YouCouldLearnToSing@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Gotta Sing <YouCouldLearnToSing308363@replies.virtumundo.com>
Subject: Become the Next American Pop Star
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

209

===**Analysis of five emails**    ========================================
From: IP address 216.64.222.211, host name 'vm-222-211.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Tue, 2 Dec 2003 23:42:55 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <228366-11964>
R2: 216.64.222.211 - Tue, 2 Dec 2003 22:57:05 -0500
   from vm211.vmadmin.com ([216.64.222.211])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <236715-11965>
R3: 192.168.3.11 - 02 Dec 2003 21:54:44 -0600
   from vmadmin.com (192.168.3.11)
   by   vm211.vmadmin.com
   with SMTP

===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <228366-11964>; Tue, 2 Dec 2003 23:42:55 -0500
Received: from vm211.vmadmin.com ([216.64.222.211]) by ams.ftl.affinity.com with ESMTP id
<236715-11965>; Tue, 2 Dec 2003 22:57:05 -0500
Received: from vmadmin.com (192.168.3.11)
   by vm211.vmadmin.com with SMTP; 02 Dec 2003 21:54:44 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111 09
X-MailingID: 210321
From:   Government Loan <GetAGovernmentLoan@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Government Loan <GetAGovernmentLoan210321@replies.virtumundo.com>
**Subject: That's right...money FROM the government.**
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec2.225705-0500_est.236715-11965+3014@ams.ftl.affinity.com>
Date:Tue, 2 Dec 2003 22:57:05 -0500

===**Analysis of two emails**  ========================================
From: IP address 216.21.208.31, host name 'vm208-31.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-31.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Wed, 29 Oct 2003 01:26:14 -0500
   from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <215054-24144>
R2: 216.21.208.31 - Wed, 29 Oct 2003 01:25:23 -0500
   from vl208-31.vmlocal.com ([216.21.208.31])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <215298-24149>
R3: 192.168.3.12 - 29 Oct 2003 00:25:22 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-31.vmlocal.com
   with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jonathan@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215054-24144>; Wed, 29 Oct 2003 01:26:14 -0500
Received: from vl208-31.vmlocal.com ([216.21.208.31]) by ams.ftl.affinity.com with ESMTP id
<215298-24149>; Wed, 29 Oct 2003 01:25:23 -0500
Received: from vmlocal.com (192.168.3.12)
   by vl208-31.vmlocal.com with SMTP; 29 Oct 2003 00:25:22 -0600
X-ClientHost:
10611111009711610409711006410311111410011111011911111410711504609911109
X-MailingID: 179760
From:   Grand Canyon Experience <GrandCanyonExperience179760@vmlocal.com>
To:     Jonathan <jonathan@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Grand Canyon Experience <GrandCanyonExperience179760@vmlocal.com>
Subject: Grand Canyon vacations that leave you speechless.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct29.012523-0500_est.215298-24149+8158@ams.ftl.affinity.com>
Date:Wed, 29 Oct 2003 01:25:23 -0500

===**Analysis of six emails** =========================================
From: IP address 216.64.222.150, host name 'vm-222-150.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)============================
R1: (unknown) - Sat, 4 Oct 2003 16:47:15 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <240578-18169>
R2: 216.64.222.150 - Sat, 4 Oct 2003 16:46:39 -0400
   from vm150.vmadmin.com ([216.64.222.150])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <242005-18169>
R3: 192.168.3.11 - 04 Oct 2003 15:46:27 -0500
   from vmadmin.com (192.168.3.11)
   by   vm150.vmadmin.com
   with SMTP

===All e-mail Internet Headers==================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <240578-18169>; Sat, 4 Oct 2003 16:47:15 -0400
Received: from vm150.vmadmin.com ([216.64.222.150]) by ams.ftl.affinity.com with ESMTP id
<242005-18169>; Sat, 4 Oct 2003 16:46:39 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm150.vmadmin.com with SMTP; 04 Oct 2003 15:46:27 -0500
X-ClientHost: 106097109101115064103111114100111110191111141071150460991111109
X-MailingID: 152103
From:   Grandfather Clocks <GrandfatherClocks152103@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Grandfather Clocks <GrandfatherClocks152103@replies.virtumundo.com>
Subject: Grandfather clocks for every type of home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct4.164639-0400_edt.242005-18169+13214@ams.ftl.affinity.com>
Date:Sat, 4 Oct 2003 16:46:38 -0400

===**Analysis of four emails**  ================================================
From: IP address 216.64.222.148, host name 'vm-222-148.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Sat, 18 Oct 2003 16:53:31 -0400
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <229835-29002>
R2: 216.64.222.148 - Sat, 18 Oct 2003 16:52:52 -0400
    from vm148.vmadmin.com ([216.64.222.148])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <229937-29000>
R3: 192.168.3.11 - 18 Oct 2003 15:51:28 -0500
    from vmadmin.com (192.168.3.11)
    by   vm148.vmadmin.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <229835-29002>; Sat, 18 Oct 2003 16:53:31 -0400
Received: from vm148.vmadmin.com ([216.64.222.148]) by ams.ftl.affinity.com with ESMTP id
<229937-29000>; Sat, 18 Oct 2003 16:52:52 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm148.vmadmin.com with SMTP; 18 Oct 2003 15:51:28 -0500
X-ClientHost: 1020971211010641031111141001111011911111410711504609911109
X-MailingID: 167990
From:   GRE Preparation <GREPreparationNow167990@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: GRE Preparation <GREPreparationNow167990@replies.virtumundo.com>
Subject: Don't just do well. Do GREat.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct18.165252-0400_edt.229937-29000+1630@ams.ftl.affinity.com>
Date:Sat, 18 Oct 2003 16:52:51 -0400

213

===**Analysis of five emails**  ======================================

From: IP address 216.64.222.100, host name 'vm-222-100.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.


===Received Headers (from you to sender)========================================
R1: (unknown) - Sat, 6 Dec 2003 22:40:54 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <218983-1080>
R2: 216.64.222.100 - Sat, 6 Dec 2003 22:39:34 -0500
   from vm100.vmadmin.com ([216.64.222.100])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <223953-1081>
R3: 192.168.3.11 - 06 Dec 2003 21:39:19 -0600
   from vmadmin.com (192.168.3.11)
   by  vm100.vmadmin.com
   with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <218983-1080>; Sat, 6 Dec 2003 22:40:54 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com with ESMTP id
<223953-1081>; Sat, 6 Dec 2003 22:39:34 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm100.vmadmin.com with SMTP; 06 Dec 2003 21:39:19 -0600
X-ClientHost: 1060971091011150641031111410011111011911111410711504609911109
X-MailingID: 212770
From:  Greencard <GreencardResources@vmadmin.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Greencard <GreencardResources212770@replies.virtumundo.com>
Subject: Get a green card and become a citizen!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec6.223934-0500_est.223953-1081+45946@ams.ftl.affinity.com>
Date:Sat, 6 Dec 2003 22:39:34 -0500

214

===**Analysis of twelve emails**  =================================================
From: IP address 216.64.222.131, host name 'vm-222-131.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=================================
R1: (unknown) - Wed, 8 Oct 2003 14:54:40 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <230949-22173>
R2: 216.64.222.131 - Wed, 8 Oct 2003 13:15:50 -0400
   from vm131.vmadmin.com ([216.64.222.131])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <463347-30544>
R3: 192.168.3.11 - 08 Oct 2003 12:15:47 -0500
   from vmadmin.com (192.168.3.11)
   by  vm131.vmadmin.com
   with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <230949-22173>; Wed, 8 Oct 2003 14:54:40 -0400
Received: from vm131.vmadmin.com ([216.64.222.131]) by ams.ftl.affinity.com with ESMTP id
<463347-30544>; Wed, 8 Oct 2003 13:15:50 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm131.vmadmin.com with SMTP; 08 Oct 2003 12:15:47 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 156618
From:  Guaranteed Issue <AffordableHealthInsurance156618@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Guaranteed Issue <AffordableHealthInsurance156618@replies.virtumundo.com>
Subject: Real Insurance Benefits
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct8.131550-0400_edt.463347-30544+2548@ams.ftl.affinity.com>
Date:Wed, 8 Oct 2003 13:15:50 -0400

215

===**Analysis of four emails**  ==========================================
From: IP address 216.64.222.118, host name 'vm-222-118.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Mon, 24 Nov 2003 23:07:57 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id  <216701-1091>
R2: 216.64.222.118 - Mon, 24 Nov 2003 23:06:29 -0500
    from vm118.vmadmin.com ([216.64.222.118])
    by   ams.ftl.affinity.com
    with ESMTP
    id  <219363-1088>
R3: 192.168.3.11 - 24 Nov 2003 22:06:12 -0600
    from vmadmin.com (192.168.3.11)
    by   vm118.vmadmin.com
    with SMTP

===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216701-1091>; Mon, 24 Nov 2003 23:07:57 -0500
Received: from vm118.vmadmin.com ([216.64.222.118]) by ams.ftl.affinity.com with ESMTP id
<219363-1088>; Mon, 24 Nov 2003 23:06:29 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm118.vmadmin.com with SMTP; 24 Nov 2003 22:06:12 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 204965
From:   Handbags <ThePerfectHandbag@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Handbags <ThePerfectHandbag204965@replies.virtumundo.com>
Subject: Hundreds of handbags for every style.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov24.230629-0500_est.219363-1088+3449@ams.ftl.affinity.com>
Date:Mon, 24 Nov 2003 23:06:28 -0500

216

===Analysis===========================================================
From: IP address 216.21.209.186, host name 'vm209-186.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vm209-186.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==================================
R1: (unknown) - Mon, 5 Jan 2004 13:34:47 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <333258-22348>
R2: 216.21.209.186 - Mon, 5 Jan 2004 13:34:15 -0500
    from vm209-186.vmlocal.com ([216.21.209.186])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <331902-22342>
R3: 192.168.3.13 - 05 Jan 2004 12:34:07 -0600
    from vmlocal.com (192.168.3.13)
    by   vm209-186.vmlocal.com
    with SMTP

===All e-mail Internet Headers============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <333258-22348>; Mon, 5 Jan 2004 13:34:47 -0500
Received: from vm209-186.vmlocal.com ([216.21.209.186]) by ams.ftl.affinity.com with ESMTP id
<331902-22342>; Mon, 5 Jan 2004 13:34:15 -0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-186.vmlocal.com with SMTP; 05 Jan 2004 12:34:07 -0600
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 236256
From:   Handbags and Accessories <HandbagsAndAccessories@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Handbags and Accessories <HandbagsAndAccessories236256@vmlocal.com>
Subject: Get used to getting compliments.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan5.133415-0500_est.331902-22342+13993@ams.ftl.affinity.com>
Date:Mon, 5 Jan 2004 13:34:14 -0500

===**Analysis of eight emails**  ===========================================
From: IP address 216.64.222.105, host name 'vm-222-105.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=================================
R1: (unknown) - 28 Apr 2004 14:20:41 -0000
    (qmail 8775 invoked by uid 10003)
R2: (unknown) - 28 Apr 2004 14:20:41 -0000
    (qmail 8772 invoked from network)
R3: 216.64.222.105 - 28 Apr 2004 14:20:41 -0000
    from unknown (HELO vm105.vmadmin.com) (216.64.222.105)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 28 Apr 2004 09:28:02 -0500
    from vmadmin.com (192.168.3.11)
    by   vm105.vmadmin.com
    with SMTP

===All e-mail Internet Headers=========================================
Return-Path: <mailcenter308284@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 8775 invoked by uid 10003); 28 Apr 2004 14:20:41 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 8772 invoked from network); 28 Apr 2004 14:20:41 -0000
Received: from unknown (HELO vm105.vmadmin.com) (216.64.222.105)
  by ns48.webmasters.com with SMTP; 28 Apr 2004 14:20:41 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 28 Apr 2004 09:28:02 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 308284
From: Handyman Club <HandymanClub@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Handyman Club <HandymanClub308284@replies.virtumundo.com>
Subject: Home improvement product testers wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of twenty emails**  ========================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)============================
R1: (unknown) - Fri, 5 Dec 2003 09:39:14 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <214689-16027>
R2: 216.64.222.112 - Fri, 5 Dec 2003 09:38:05 -0500
    from vm112.vmadmin.com ([216.64.222.112])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <214737-16034>
R3: 192.168.3.11 - 05 Dec 2003 08:38:04 -0600
    from vmadmin.com (192.168.3.11)
    by   vm112.vmadmin.com
    with SMTP


===All e-mail Internet Headers============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214689-16027>; Fri, 5 Dec 2003 09:39:14 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com with ESMTP id
<214737-16034>; Fri, 5 Dec 2003 09:38:05 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 05 Dec 2003 08:38:04 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460999111109
X-MailingID: 212296
From:  Handyman Club of America <HandymanClubOfAmerica@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Handyman Club of America
<HandymanClubOfAmerica212296@replies.virtumundo.com>
Subject: Home improvement product testers wanted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec5.093805-0500_est.214737-16034+99709@ams.ftl.affinity.com>
Date:Fri, 5 Dec 2003 09:38:04 -0500

219

=== **Analysis of thirteen emails** =============================================
From: IP address 216.21.208.49, host name 'vm208-49.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-49.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Sat, 1 Nov 2003 02:04:52 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <240689-24147>
R2: 216.21.208.49 - Sat, 1 Nov 2003 02:04:03 -0500
    from vl208-49.vmlocal.com ([216.21.208.49])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <243927-24143>
R3: 192.168.3.12 - 01 Nov 2003 01:04:02 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-49.vmlocal.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <240689-24147>; Sat, 1 Nov 2003 02:04:52 -0500
Received: from vl208-49.vmlocal.com ([216.21.208.49]) by ams.ftl.affinity.com with ESMTP id
<243927-24143>; Sat, 1 Nov 2003 02:04:03 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-49.vmlocal.com with SMTP; 01 Nov 2003 01:04:02 -0600
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 184614
From:  Hardwood Floors <WantHardwoodFloors184614@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hardwood Floors <WantHardwoodFloors184614@vmlocal.com>
Subject: Casual and elegant flooring
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov1.020403-0500_est.243927-24143+49288@ams.ftl.affinity.com>
Date:Sat, 1 Nov 2003 02:04:03 -0500

=== **Analysis of four emails**  ==========================================
From: IP address 216.64.222.125, host name 'vm-222-125.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - 4 May 2004 14:40:56 -0000
    (qmail 18217 invoked by uid 10003)
R2: (unknown) - 4 May 2004 14:40:56 -0000
    (qmail 18213 invoked from network)
R3: 216.64.222.125 - 4 May 2004 14:40:56 -0000
    from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
    by  ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 04 May 2004 09:49:28 -0500
    from vmadmin.com (192.168.3.11)
    by  vm125.vmadmin.com
    with SMTP


===All e-mail Internet Headers=================================
Return-Path: <mailcenter308342@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 18217 invoked by uid 10003); 4 May 2004 14:40:56 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 18213 invoked from network); 4 May 2004 14:40:56 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
  by ns48.webmasters.com with SMTP; 4 May 2004 14:40:56 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 04 May 2004 09:49:28 -0500
X-ClientHost: 106097109101115064103111114100111101191111114107115046099111109
X-MailingID: 308342
From: Harlequin Superromance <HarlequinRomance@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Harlequin Superromance <HarlequinRomance308342@replies.virtumundo.com>
Subject: 2 Superb Romance Novels... No Commitment
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

221

===**Analysis of fourteen emails**  ========================================
From: IP address 216.21.208.30, host name 'vm208-30.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-30.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Thu, 4 Dec 2003 12:22:40 -0500
   from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <3557019-4692>
R2: 216.21.208.30 - Thu, 4 Dec 2003 12:21:32 -0500
   from vl208-30.vmlocal.com ([216.21.208.30])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <3566793-4697>
R3: 192.168.3.12 - 04 Dec 2003 10:17:25 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-30.vmlocal.com
   with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3557019-4692>; Thu, 4 Dec 2003 12:22:40 -0500
Received: from vl208-30.vmlocal.com ([216.21.208.30]) by ams.ftl.affinity.com with ESMTP id
<3566793-4697>; Thu, 4 Dec 2003 12:21:32 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-30.vmlocal.com with SMTP; 04 Dec 2003 10:17:25 -0600
X-ClientHost: 1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 211859
From:   Hawaii <VacationInHawaii@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hawaii <VacationInHawaii211859@vmlocal.com>
Subject: Hawaii is beckoning you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.122132-0500_est.3566793-4697+14798@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 12:21:32 -0500

=== **Analysis of four emails**  ================================================
From: IP address 216.64.222.109, host name 'vm-222-109.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - 6 Jun 2004 14:45:20 -0000
    (qmail 25933 invoked by uid 10003)
R2: (unknown) - 6 Jun 2004 14:45:20 -0000
    (qmail 25930 invoked from network)
R3: 216.64.222.109 - 6 Jun 2004 14:45:20 -0000
    from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 06 Jun 2004 09:45:20 -0500
    from vmadmin.com (192.168.3.11)
    by   vm109.vmadmin.com
    with SMTP

===All e-mail Internet Headers==================================================
Return-Path: <mailcenter308835@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 25933 invoked by uid 10003); 6 Jun 2004 14:45:20 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 25930 invoked from network); 6 Jun 2004 14:45:20 -0000
Received: from unknown (HELO vm109.vmadmin.com) (216.64.222.109)
  by ns48.webmasters.com with SMTP; 6 Jun 2004 14:45:20 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm109.vmadmin.com with SMTP; 06 Jun 2004 09:45:20 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460999111109
X-MailingID: 308835
From: Health Insurance Services <HealthInsurance@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Health Insurance Services <HealthInsurance308835@replies.virtumundo.com>
Subject: Are You In The 50% of Americans Without Insurance?
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of six emails**  ==========================================
From: IP address 216.21.209.209, host name 'vm209-209.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vm209-209.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Thu, 25 Dec 2003 09:42:20 -0500
     from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
     by   ams.ftl.affinity.com
     id   <3558848-18262>
R2: 216.21.209.209 - Thu, 25 Dec 2003 09:41:36 -0500
     from vm209-209.vmlocal.com ([216.21.209.209])
     by   ams.ftl.affinity.com
     with ESMTP
     id   <3559049-18265>
R3: 192.168.3.13 - 25 Dec 2003 08:41:34 -0600
     from vmlocal.com (192.168.3.13)
     by   vm209-209.vmlocal.com
     with SMTP


===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3558848-18262>; Thu, 25 Dec 2003 09:42:20 -0500
Received: from vm209-209.vmlocal.com ([216.21.209.209]) by ams.ftl.affinity.com with ESMTP id
<3559049-18265>; Thu, 25 Dec 2003 09:41:36 -0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-209.vmlocal.com with SMTP; 25 Dec 2003 08:41:34 -0600
X-ClientHost: 1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 227704
From:   Health Insurance Solutions <HealthInsuranceSolutions@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Health Insurance Solutions <HealthInsuranceSolutions227704@vmlocal.com>
Subject: Great offers on health insurance.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec25.094136-0500_est.3559049-18265+921@ams.ftl.affinity.com>
Date:Thu, 25 Dec 2003 09:41:35 -0500

224

===**Analysis of four emails**  =======================================
From: IP address 216.64.222.4, host name 'vm-222-4.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Fri, 12 Sep 2003 02:49:54 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <724383-29191>
R2: 216.64.222.4 - Fri, 12 Sep 2003 02:48:44 -0400
    from vt04.vtarget.com ([216.64.222.4])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <724244-29197>
R3: 192.168.3.10 - 12 Sep 2003 01:48:42 -0500
    from vtarget.com (192.168.3.10)
    by   vt04.vtarget.com
    with SMTP

===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <724383-29191>; Fri, 12 Sep 2003 02:49:54 -0400
Received: from vt04.vtarget.com ([216.64.222.4]) by ams.ftl.affinity.com with ESMTP id <724244-
29197>; Fri, 12 Sep 2003 02:48:44 -0400
Received: from vtarget.com (192.168.3.10)
  by vt04.vtarget.com with SMTP; 12 Sep 2003 01:48:42 -0500
X-ClientHost: 10609710910111506410311111410011110119111114107115046099111109
X-MailingID: 131668
From:   Health Plans <HealthPlansFreeQuotes131668@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+131668@virtumundo.com>
Subject: Get Your Free Health Coverage Quotes. No Obligation.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep12.024844-0400_edt.724244-29197+788@ams.ftl.affinity.com>
Date:Fri, 12 Sep 2003 02:48:43 -0400

===**Analysis of fourteen emails** ======================================
From: IP address 216.64.222.121, host name 'vm-222-121.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Sat, 10 Jan 2004 17:23:33 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <216463-30988>
R2: 216.64.222.121 - Sat, 10 Jan 2004 17:22:57 -0500
   from vm121.vmadmin.com ([216.64.222.121])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <215459-30982>
R3: 192.168.3.11 - 10 Jan 2004 16:22:56 -0600
   from vmadmin.com (192.168.3.11)
   by   vm121.vmadmin.com
   with SMTP


===All e-mail Internet Headers===========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216463-30988>; Sat, 10 Jan 2004 17:23:33 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com with ESMTP id
<215459-30982>; Sat, 10 Jan 2004 17:22:57 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 10 Jan 2004 16:22:56 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 239157
From:   HealthPlans <FindAHealthPlan@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: HealthPlans <FindAHealthPlan239157@replies.virtumundo.com>
Subject: Finally, Healthcare you can Afford!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan10.172257-0500_est.215459-30982+70501@ams.ftl.affinity.com>
Date:Sat, 10 Jan 2004 17:22:56 -0500

226

=== **Analysis of five emails** ====================================
From: IP address 216.64.222.105, host name 'vm-222-105.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)======================================
R1: (unknown) - Mon, 22 Dec 2003 17:52:44 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <216775-10636>
R2: 216.64.222.105 - Mon, 22 Dec 2003 17:51:58 -0500
    from vm105.vmadmin.com ([216.64.222.105])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <216562-10636>
R3: 192.168.3.11 - 22 Dec 2003 16:51:54 -0600
    from vmadmin.com (192.168.3.11)
    by  vm105.vmadmin.com
    with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216775-10636>; Mon, 22 Dec 2003 17:52:44 -0500
Received: from vm105.vmadmin.com ([216.64.222.105]) by ams.ftl.affinity.com with ESMTP id
<216562-10636>; Mon, 22 Dec 2003 17:51:58 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm105.vmadmin.com with SMTP; 22 Dec 2003 16:51:54 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 224515
From:   Healthplans <HeathCareInsurance@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Healthplans <HeathCareInsurance224515@replies.virtumundo.com>
Subject: Start Living Healthier this New Year
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec22.175158-0500_est.216562-10636+8930@ams.ftl.affinity.com>
Date:Mon, 22 Dec 2003 17:51:56 -0500

227

===Analysis=====================================================
From: IP address 216.21.208.62, host name 'vm208-62.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-62.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Thu, 30 Oct 2003 16:44:46 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <222843-14151>
R2: 216.21.208.62 - Thu, 30 Oct 2003 16:43:18 -0500
    from vl208-62.vmlocal.com ([216.21.208.62])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <224115-14152>
R3: 192.168.3.12 - 30 Oct 2003 15:43:14 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-62.vmlocal.com
    with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222843-14151>; Thu, 30 Oct 2003 16:44:46 -0500
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com with ESMTP id
<224115-14152>; Thu, 30 Oct 2003 16:43:18 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 30 Oct 2003 15:43:14 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 182598
From:   High Speed Internet <HighSpeedInternet182598@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet182598@vmlocal.com>
Subject: As fast as you heard it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct30.164318-0500_est.224115-14152+32121@ams.ftl.affinity.com>
Date:Thu, 30 Oct 2003 16:43:17 -0500

228

===**Analysis of forty-five emails** ======================================
From: IP address 216.21.208.65, host name 'vm208-65.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-65.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Thu, 4 Dec 2003 16:50:41 -0500
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <221869-30956>
R2: 216.21.208.65 - Thu, 4 Dec 2003 16:49:53 -0500
    from vl208-65.vmlocal.com ([216.21.208.65])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <222171-31891>
R3: 192.168.3.12 - 04 Dec 2003 15:47:51 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-65.vmlocal.com
    with SMTP


===All e-mail Internet Headers================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <221869-30956>; Thu, 4 Dec 2003 16:50:41 -0500
Received: from vl208-65.vmlocal.com ([216.21.208.65]) by ams.ftl.affinity.com with ESMTP id
<222171-31891>; Thu, 4 Dec 2003 16:49:53 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-65.vmlocal.com with SMTP; 04 Dec 2003 15:47:51 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 211422
From:   High Speed Internet <HighSpeedInternet@vmlocal.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: High Speed Internet <HighSpeedInternet211422@vmlocal.com>
Subject: Don't let downloads slow you down.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.164953-0500_est.222171-31891+835@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 16:49:52 -0500

229

===**Analysis of twenty-six emails** ==========================================
From: IP address 216.21.208.33, host name 'vm208-33.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-33.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==========================================
R1: (unknown) - Sun, 2 Nov 2003 01:06:34 -0500
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <214748-14152>
R2: 216.21.208.33 - Sun, 2 Nov 2003 01:05:25 -0500
    from vl208-33.vmlocal.com ([216.21.208.33])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <216164-14139>
R3: 192.168.3.12 - 02 Nov 2003 00:05:21 -0600
    from vmlocal.com (192.168.3.12)
    by   vl208-33.vmlocal.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214748-14152>; Sun, 2 Nov 2003 01:06:34 -0500
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com with ESMTP id
<216164-14139>; Sun, 2 Nov 2003 01:05:25 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 02 Nov 2003 00:05:21 -0600
X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 185995
From:   Hilton Head <VisitHiltonHeadNow185995@vmlocal.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hilton Head <VisitHiltonHeadNow185995@vmlocal.com>
Subject: Have a ball on your next vacation!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov2.010525-0500_est.216164-14139+61860@ams.ftl.affinity.com>
Date:Sun, 2 Nov 2003 01:05:25 -0500

===**Analysis of eleven emails** ========================================
From: IP address 216.21.208.27, host name 'vm208-27.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-27.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=========================================
R1: (unknown) - Fri, 24 Oct 2003 17:06:47 -0400
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <219332-1081>
R2: 216.21.208.27 - Fri, 24 Oct 2003 16:13:40 -0400
    from vl208-27.vmlocal.com ([216.21.208.27])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <221347-1079>
R3: 192.168.3.12 - 24 Oct 2003 15:13:29 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-27.vmlocal.com
    with SMTP

===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219332-1081>; Fri, 24 Oct 2003 17:06:47 -0400
Received: from vl208-27.vmlocal.com ([216.21.208.27]) by ams.ftl.affinity.com with ESMTP id
<221347-1079>; Fri, 24 Oct 2003 16:13:40 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-27.vmlocal.com with SMTP; 24 Oct 2003 15:13:29 -0500
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 174277
From:   Hip Sandals <HipSandalsInStock174277@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Hip Sandals <HipSandalsInStock174277@vmlocal.com>
Subject: Get hip sandals to set your feet free.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct24.161340-0400_edt.221347-1079+10484@ams.ftl.affinity.com>
Date:Fri, 24 Oct 2003 16:13:39 -0400

231

===**Analysis of five emails**  ====================================
From: IP address 216.64.222.113, host name 'vm-222-113.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Sat, 13 Dec 2003 08:49:36 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <214813-29258>
R2: 216.64.222.113 - Sat, 13 Dec 2003 08:48:35 -0500
    from vm113.vmadmin.com ([216.64.222.113])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <213435-29268>
R3: 192.168.3.11 - 13 Dec 2003 07:48:34 -0600
    from vmadmin.com (192.168.3.11)
    by   vm113.vmadmin.com
    with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214813-29258>; Sat, 13 Dec 2003 08:49:36 -0500
Received: from vm113.vmadmin.com ([216.64.222.113]) by ams.ftl.affinity.com with ESMTP id
<213435-29268>; Sat, 13 Dec 2003 08:48:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm113.vmadmin.com with SMTP; 13 Dec 2003 07:48:34 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 218270
From:   History Alive <TheHistoryChannelClub@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: History Alive <TheHistoryChannelClub218270@replies.virtumundo.com>
Subject: History Channel Club, get your complimentary issue
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec13.084835-0500_est.213435-29268+22108@ams.ftl.affinity.com>
Date:Sat, 13 Dec 2003 08:48:34 -0500

=== Analysis of ten emails ==========================================
From: IP address 216.64.222.114, host name 'vm-222-114.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Sat, 27 Dec 2003 18:44:05 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <276910-494>
R2: 216.64.222.114 - Sat, 27 Dec 2003 18:43:05 -0500
    from vm114.vmadmin.com ([216.64.222.114])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <276884-495>
R3: 192.168.3.11 - 27 Dec 2003 17:43:04 -0600
    from vmadmin.com (192.168.3.11)
    by   vm114.vmadmin.com
    with SMTP


===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <276910-494>; Sat, 27 Dec 2003 18:44:05 -0500
Received: from vm114.vmadmin.com ([216.64.222.114]) by ams.ftl.affinity.com with ESMTP id
<276884-495>; Sat, 27 Dec 2003 18:43:05 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm114.vmadmin.com with SMTP; 27 Dec 2003 17:43:04 -0600
X-ClientHost: 10209712110106410311111410011110119111114107115046099111109
X-MailingID: 229755
From:   History Alive <MakeHistoryComeAlive@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: History Alive <MakeHistoryComeAlive229755@replies.virtumundo.com>
Subject: History Club, get your complimentary issue
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec27.184305-0500_est.276884-495+35128@ams.ftl.affinity.com>
Date:Sat, 27 Dec 2003 18:43:05 -0500

233

===**Analysis of four emails**   ==========================================
From: IP address 216.64.222.101, host name 'vm-222-101.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.


===Received Headers (from you to sender)==========================================
R1: (unknown) - Wed, 3 Dec 2003 17:07:44 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <232321-1087>
R2: 216.64.222.101 - Wed, 3 Dec 2003 17:05:35 -0500
    from vm101.vmadmin.com ([216.64.222.101])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <232679-1077>
R3: 192.168.3.11 - 03 Dec 2003 16:05:22 -0600
    from vmadmin.com (192.168.3.11)
    by   vm101.vmadmin.com
    with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <232321-1087>; Wed, 3 Dec 2003 17:07:44 -0500
Received: from vm101.vmadmin.com ([216.64.222.101]) by ams.ftl.affinity.com with ESMTP id
<232679-1077>; Wed, 3 Dec 2003 17:05:35 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm101.vmadmin.com with SMTP; 03 Dec 2003 16:05:22 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 210578
From:  Holiday Cheer <SpreadHolidayCheer@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Holiday Cheer <SpreadHolidayCheer210578@replies.virtumundo.com>
Subject: Schedule a Call from Santa
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec3.170535-0500_est.232679-1077+1838@ams.ftl.affinity.com>
Date:Wed, 3 Dec 2003 17:05:34 -0500


234

===**Analysis of four emails**  ========================================
From: IP address 216.64.222.99, host name 'vm-222-99.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)======================================
R1: (unknown) - Tue, 25 Nov 2003 22:30:20 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <217747-27842>
R2: 216.64.222.99 - Tue, 25 Nov 2003 22:29:09 -0500
    from vm099.vmadmin.com ([216.64.222.99])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <219790-27849>
R3: 192.168.3.11 - 25 Nov 2003 21:28:58 -0600
    from vmadmin.com (192.168.3.11)
    by   vm099.vmadmin.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <217747-27842>; Tue, 25 Nov 2003 22:30:20 -0500
Received: from vm099.vmadmin.com ([216.64.222.99]) by ams.ftl.affinity.com with ESMTP id
<219790-27849>; Tue, 25 Nov 2003 22:29:09 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm099.vmadmin.com with SMTP; 25 Nov 2003 21:28:58 -0600
X-ClientHost: 102097121101061031111410011110119111141071150460991111109
X-MailingID: 205505
From:   Holiday Greeting Card <HolidayGreetingCard@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Holiday Greeting Card <HolidayGreetingCard205505@replies.virtumundo.com>
Subject: Say it with a holiday greeting card.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov25.222909-0500_est.219790-27849+5634@ams.ftl.affinity.com>
Date:Tue, 25 Nov 2003 22:29:08 -0500

===**Analysis of five emails**    ========================================
From: IP address 216.64.222.123, host name 'vm-222-123.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Fri, 14 Nov 2003 01:10:55 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <233751-7956>
R2: 216.64.222.123 - Fri, 14 Nov 2003 01:09:44 -0500
    from vm123.vmadmin.com ([216.64.222.123])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <230436-1128>
R3: 192.168.3.11 - 14 Nov 2003 00:09:34 -0600
    from vmadmin.com (192.168.3.11)
    by   vm123.vmadmin.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <233751-7956>; Fri, 14 Nov 2003 01:10:55 -0500
Received: from vm123.vmadmin.com ([216.64.222.123]) by ams.ftl.affinity.com with ESMTP id
<230436-1128>; Fri, 14 Nov 2003 01:09:44 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm123.vmadmin.com with SMTP; 14 Nov 2003 00:09:34 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 197075
From:   Holiday Rates <HolidayRatesMortgage197075@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Holiday Rates <HolidayRatesMortgage197075@replies.virtumundo.com>
Subject: Cash for the Holidays
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov14.010944-0500_est.230436-1128+971@ams.ftl.affinity.com>
Date:Fri, 14 Nov 2003 01:09:43 -0500

===Analysis==========================================================
From: IP address 216.64.222.106, host name 'vm-222-106.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - 18 May 2004 20:33:17 -0000
    (qmail 7594 invoked by uid 10003)
R2: (unknown) - 18 May 2004 20:33:17 -0000
    (qmail 7591 invoked from network)
R3: 216.64.222.106 - 18 May 2004 20:33:17 -0000
    from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
    by   ns48.webmasters.com
    with SMTP
R4: 192.168.3.11 - 18 May 2004 15:44:37 -0500
    from vmadmin.com (192.168.3.11)
    by   vm106.vmadmin.com
    with SMTP


===All e-mail Internet Headers=======================================
Return-Path: <mailcenter308531@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 7594 invoked by uid 10003); 18 May 2004 20:33:17 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 7591 invoked from network); 18 May 2004 20:33:17 -0000
Received: from unknown (HELO vm106.vmadmin.com) (216.64.222.106)
  by ns48.webmasters.com with SMTP; 18 May 2004 20:33:17 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 18 May 2004 15:44:37 -0500
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 308531
From: Home Academics <HomeEducationNeeds@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Home Academics <HomeEducationNeeds308531@replies.virtumundo.com>
Subject: Increase your salary with an online degree
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

237

===**Analysis of twenty-four emails** ========================================
From: IP address 216.21.208.58, host name 'vm208-58.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-58.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Fri, 17 Oct 2003 21:22:44 -0400
    from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <222329-21266>
R2: 216.21.208.58 - Fri, 17 Oct 2003 15:19:13 -0400
    from vl208-58.vmlocal.com ([216.21.208.58])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <735812-21266>
R3: 192.168.3.12 - 17 Oct 2003 14:19:09 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-58.vmlocal.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <222329-21266>; Fri, 17 Oct 2003 21:22:44 -0400
Received: from vl208-58.vmlocal.com ([216.21.208.58]) by ams.ftl.affinity.com with ESMTP id
<735812-21266>; Fri, 17 Oct 2003 15:19:13 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-58.vmlocal.com with SMTP; 17 Oct 2003 14:19:09 -0500
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 167403
From:   Home Equity <HomeEquityInfoNow167403@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+167403@replies.vmlocal.com>
Subject: Check out these fast and easy home equity links.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.151913-0400_edt.735812-21266+3511@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 15:19:12 -0400

===**Analysis of thirteen emails** ==========================================
From: IP address 216.21.208.62, host name 'vm208-62.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-62.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Sat, 11 Oct 2003 12:28:47 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <242433-30962>
R2: 216.21.208.62 - Sat, 11 Oct 2003 12:27:56 -0400
    from vl208-62.vmlocal.com ([216.21.208.62])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <243612-30960>
R3: 192.168.3.12 - 11 Oct 2003 11:25:56 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-62.vmlocal.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <242433-30962>; Sat, 11 Oct 2003 12:28:47 -0400
Received: from vl208-62.vmlocal.com ([216.21.208.62]) by ams.ftl.affinity.com with ESMTP id
<243612-30960>; Sat, 11 Oct 2003 12:27:56 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-62.vmlocal.com with SMTP; 11 Oct 2003 11:25:56 -0500
X-ClientHost: 10609710910111506410311111410011111011911111410711504609911109
X-MailingID: 159884
From:   Home Equity Advantage <HomeEquityAdvantage159884@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Equity Advantage <HomeEquityAdvantage159884@vmlocal.com>
Subject: Get the money to make your dreams come true!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct11.122756-0400_edt.243612-30960+3226@ams.ftl.affinity.com>
Date:Sat, 11 Oct 2003 12:27:56 -0400

===**Analysis of seven emails** ==========================================
From: IP address 216.64.222.217, host name 'vm-222-217.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)===================================
R1: (unknown) - Thu, 2 Oct 2003 22:16:06 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <241078-30432>
R2: 216.64.222.217 - Thu, 2 Oct 2003 09:37:45 -0400
    from vm217.vmadmin.com ([216.64.222.217])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <223000-17894>
R3: 192.168.3.11 - 02 Oct 2003 08:37:41 -0500
    from vmadmin.com (192.168.3.11)
    by  vm217.vmadmin.com
    with SMTP


===All e-mail Internet Headers===========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <241078-30432>; Thu, 2 Oct 2003 22:16:06 -0400
Received: from vm217.vmadmin.com ([216.64.222.217]) by ams.ftl.affinity.com with ESMTP id
<223000-17894>; Thu, 2 Oct 2003 09:37:45 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm217.vmadmin.com with SMTP; 02 Oct 2003 08:37:41 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 151101
From:   Home Equity Offer <HomeEquityOffers151101@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Equity Offer <HomeEquityOffers151101@replies.virtumundo.com>
Subject: Homeowners: Refinance and Save up to $500
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct2.093745-0400_edt.223000-17894+51900@ams.ftl.affinity.com>
Date:Thu, 2 Oct 2003 09:37:44 -0400

240

===Analysis of six emails ===============================================
From: IP address 216.21.208.38, host name 'vm208-38.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-38.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Mon, 3 Nov 2003 04:26:52 -0500
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id  <3695523-1205>
R2: 216.21.208.38 - Mon, 3 Nov 2003 04:25:12 -0500
   from vl208-38.vmlocal.com ([216.21.208.38])
   by   ams.ftl.affinity.com
   with ESMTP
   id  <251019-1223>
R3: 192.168.3.12 - 03 Nov 2003 03:25:10 -0600
   from vmlocal.com (192.168.3.12)
   by   vl208-38.vmlocal.com
   with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <3695523-1205>; Mon, 3 Nov 2003 04:26:52 -0500
Received: from vl208-38.vmlocal.com ([216.21.208.38]) by ams.ftl.affinity.com with ESMTP id
<251019-1223>; Mon, 3 Nov 2003 04:25:12 -0500
Received: from vmlocal.com (192.168.3.12)
  by vl208-38.vmlocal.com with SMTP; 03 Nov 2003 03:25:10 -0600
X-ClientHost: 10609712106410311111410011110119111114107115046099111109
X-MailingID: 186991
From:   Home Gym <YouWorkOutAtHome186991@vmlocal.com>
To:     Jay <jay@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Gym <YouWorkOutAtHome186991@vmlocal.com>
Subject: Click these links to bring the gym to you now!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov3.042512-0500_est.251019-1223+1322@ams.ftl.affinity.com>
Date:Mon, 3 Nov 2003 04:25:10 -0500

241

===**Analysis of two emails**    =============================================
From: IP address 216.64.222.10, host name 'vm-222-10.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Tue, 9 Sep 2003 03:04:35 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <269090-2595>
R2: 216.64.222.10 - Tue, 9 Sep 2003 03:03:34 -0400
    from vt10.vtarget.com ([216.64.222.10])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <263149-2602>
R3: 192.168.3.10 - 09 Sep 2003 02:03:31 -0500
    from vtarget.com (192.168.3.10)
    by   vt10.vtarget.com
    with SMTP


===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <269090-2595>; Tue, 9 Sep 2003 03:04:35 -0400
Received: from vt10.vtarget.com ([216.64.222.10]) by ams.ftl.affinity.com with ESMTP id
<263149-2602>; Tue, 9 Sep 2003 03:03:34 -0400
Received: from vtarget.com (192.168.3.10)
  by vt10.vtarget.com with SMTP; 09 Sep 2003 02:03:31 -0500
X-ClientHost: 10609710910111506410311111410011111101191111141071150460991111109
X-MailingID: 128364
From:   Home Helper <HomeLoansForYouOnline128364@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+128364@virtumundo.com>
Subject: Find a Low Refinance or Mortgage Rate - it's not too late!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep9.030334-0400_edt.263149-2602+1334@ams.ftl.affinity.com>
Date:Tue, 9 Sep 2003 03:03:33 -0400

242

===**Analysis of nine emails** ===========================================
From: IP address 216.21.209.228.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vm209-228.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=====================================
R1: (unknown) - Wed, 7 Jan 2004 12:42:15 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <231538-12299>
R2: 216.21.209.228 - Wed, 7 Jan 2004 12:40:55 -0500
   from vm209-228.vmlocal.com ([216.21.209.228])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <233682-12295>
R3: 192.168.3.13 - 07 Jan 2004 11:40:51 -0600
   from vmlocal.com (192.168.3.13)
   by   vm209-228.vmlocal.com
   with SMTP

===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <231538-12299>; Wed, 7 Jan 2004 12:42:15 -0500
Received: from vm209-228.vmlocal.com ([216.21.209.228]) by ams.ftl.affinity.com with ESMTP id
<233682-12295>; Wed, 7 Jan 2004 12:40:55 -0500
Received: from vmlocal.com (192.168.3.13)
  by vm209-228.vmlocal.com with SMTP; 07 Jan 2004 11:40:51 -0600
X-ClientHost: 106097109101115064103111141001111101191111141071150460991111190
X-MailingID: 237143
From:   Home Improvement Network <HomeImprovementNet@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Improvement Network <HomeImprovementNet237143@vmlocal.com>
Subject: Make your home everything you thought it could be.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan7.124055-0500_est.233682-12295+3665@ams.ftl.affinity.com>
Date:Wed, 7 Jan 2004 12:40:55 -0500

===**Analysis of five emails**    ==========================================
From: IP address 216.64.222.111, host name 'vm-222-111.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)========================================
R1: (unknown) - Sat, 22 Nov 2003 02:11:26 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <221812-19563>
R2: 216.64.222.111 - Sat, 22 Nov 2003 02:10:13 -0500
    from vm111.vmadmin.com ([216.64.222.111])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <221814-19583>
R3: 192.168.3.11 - 22 Nov 2003 01:10:04 -0600
    from vmadmin.com (192.168.3.11)
    by   vm111.vmadmin.com
    with SMTP

===All e-mail Internet Headers==================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <221812-19563>; Sat, 22 Nov 2003 02:11:26 -0500
Received: from vm111.vmadmin.com ([216.64.222.111]) by ams.ftl.affinity.com with ESMTP id
<221814-19583>; Sat, 22 Nov 2003 02:10:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm111.vmadmin.com with SMTP; 22 Nov 2003 01:10:04 -0600
X-ClientHost: 102097121101064103111141001111101191111141071150460991111109
X-MailingID: 202544
From:   Home Loan Today <HomeLoansTodayOffer202544@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Loan Today <HomeLoansTodayOffer202544@replies.virtumundo.com>
Subject: 20 Minute Loan Approval...Poor Credit Accepted
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov22.021013-0500_est.221814-19583+39833@ams.ftl.affinity.com>
Date:Sat, 22 Nov 2003 02:10:12 -0500

244

===**Analysis of thirty-five emails** ==========================================
From: IP address 216.64.222.26, host name 'vm-222-26.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=======================================
R1: (unknown) - Wed, 17 Sep 2003 08:38:21 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <337157-25081>
R2: 216.64.222.26 - Wed, 17 Sep 2003 08:37:33 -0400
    from vt26.vtarget.com ([216.64.222.26])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <337121-25078>
R3: 192.168.3.10 - 17 Sep 2003 07:36:28 -0500
    from vtarget.com (192.168.3.10)
    by   vt26.vtarget.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <337157-25081>; Wed, 17 Sep 2003 08:38:21 -0400
Received: from vt26.vtarget.com ([216.64.222.26]) by ams.ftl.affinity.com with ESMTP id
<337121-25078>; Wed, 17 Sep 2003 08:37:33 -0400
Received: from vtarget.com (192.168.3.10)
  by vt26.vtarget.com with SMTP; 17 Sep 2003 07:36:28 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 137171
From:   Home Loan Today <GetAHomeLoanToday137171@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Home Loan Today <GetAHomeLoanToday137171@replies.vtarget.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep17.083733-0400_edt.337121-25078+1905@ams.ftl.affinity.com>
Date:Wed, 17 Sep 2003 08:37:32 -0400

===Analysis===================================================================
From: IP address 216.21.208.73, host name 'vm208-73.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-73.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=====================================
R1: (unknown) - Mon, 20 Oct 2003 10:34:02 -0400
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <224919-1084>
R2: 216.21.208.73 - Mon, 20 Oct 2003 10:33:20 -0400
    from vl208-73.vmlocal.com ([216.21.208.73])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <222339-1083>
R3: 192.168.3.12 - 20 Oct 2003 09:32:12 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-73.vmlocal.com
    with SMTP


===All e-mail Internet Headers===============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <224919-1084>; Mon, 20 Oct 2003 10:34:02 -0400
Received: from vl208-73.vmlocal.com ([216.21.208.73]) by ams.ftl.affinity.com with ESMTP id
<222339-1083>; Mon, 20 Oct 2003 10:33:20 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-73.vmlocal.com with SMTP; 20 Oct 2003 09:32:12 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 170085
From:   Home Mortgage <GetAHomeMortgage170085@vmlocal.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Home Mortgage <GetAHomeMortgage170085@vmlocal.com>
Subject: Feel right at home with these home mortgage rates.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.103320-0400_edt.222339-1083+10488@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 10:33:20 -0400

246

===**Analysis of three emails** ==========================================
From: IP address 216.64.222.106, host name 'vm-222-106.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - Sun, 14 Dec 2003 22:54:10 -0500
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <216465-24619>
R2: 216.64.222.106 - Sun, 14 Dec 2003 22:53:01 -0500
    from vm106.vmadmin.com ([216.64.222.106])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <216545-24615>
R3: 192.168.3.11 - 14 Dec 2003 21:52:52 -0600
    from vmadmin.com (192.168.3.11)
    by   vm106.vmadmin.com
    with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216465-24619>; Sun, 14 Dec 2003 22:54:10 -0500
Received: from vm106.vmadmin.com ([216.64.222.106]) by ams.ftl.affinity.com with ESMTP id
<216545-24615>; Sun, 14 Dec 2003 22:53:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm106.vmadmin.com with SMTP; 14 Dec 2003 21:52:52 -0600
X-ClientHost: 1060971091051080970641031111410011111011911111410711504609911109
X-MailingID: 219084
From:   Home Owners Insurance <InsuranceForHome@vmadmin.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Owners Insurance <InsuranceForHome219084@replies.virtumundo.com>
Subject: Let homeowner's insurance protect your assets.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec14.225301-0500_est.216545-24615+61706@ams.ftl.affinity.com>
Date:Sun, 14 Dec 2003 22:53:01 -0500

247

===**Analysis of three emails** ========================================
From: IP address 216.64.222.134, host name 'vm-222-134.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - Sun, 5 Oct 2003 06:12:21 -0400
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <336200-853>
R2: 216.64.222.134 - Sun, 5 Oct 2003 06:11:49 -0400
    from vm134.vmadmin.com ([216.64.222.134])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <337691-847>
R3: 192.168.3.11 - 05 Oct 2003 05:11:33 -0500
    from vmadmin.com (192.168.3.11)
    by  vm134.vmadmin.com
    with SMTP


===All e-mail Internet Headers=======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <336200-853>; Sun, 5 Oct 2003 06:12:21 -0400
Received: from vm134.vmadmin.com ([216.64.222.134]) by ams.ftl.affinity.com with ESMTP id
<337691-847>; Sun, 5 Oct 2003 06:11:49 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm134.vmadmin.com with SMTP; 05 Oct 2003 05:11:33 -0500
X-ClientHost: 10609710910510809706410311114100111110119111114107115046099111109
X-MailingID: 153041
From:  Home Schooling Information <HomeSchoolingInformation153041@vmadmin.com>
To:    Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+153041@virtumundo.com>
Subject: Here they're the teacher's pet.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct5.061149-0400_edt.337691-847+10438@ams.ftl.affinity.com>
Date:Sun, 5 Oct 2003 06:11:49 -0400


248

===**Analysis of four emails** ===========================================
From: IP address 216.64.222.219, host name 'vm-222-219.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)======================================
R1: (unknown) - Mon, 20 Oct 2003 18:36:32 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <216790-1080>
R2: 216.64.222.219 - Mon, 20 Oct 2003 16:57:43 -0400
   from vm219.vmadmin.com ([216.64.222.219])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <239927-1080>
R3: 192.168.3.11 - 20 Oct 2003 15:57:25 -0500
   from vmadmin.com (192.168.3.11)
   by   vm219.vmadmin.com
   with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <216790-1080>; Mon, 20 Oct 2003 18:36:32 -0400
Received: from vm219.vmadmin.com ([216.64.222.219]) by ams.ftl.affinity.com with ESMTP id
<239927-1080>; Mon, 20 Oct 2003 16:57:43 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm219.vmadmin.com with SMTP; 20 Oct 2003 15:57:25 -0500
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 169800
From:   Home Security Resources <HomeSecurityResources169800@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Home Security Resources <HomeSecurityResources169800@replies.virtumundo.com>
Subject: Feel safe and secure in your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct20.165743-0400_edt.239927-1080+12252@ams.ftl.affinity.com>
Date:Mon, 20 Oct 2003 16:57:43 -0400

===Analysis=========================================================
From: IP address 216.64.222.137, host name 'vm-222-137.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==============================
R1: (unknown) - Mon, 22 Sep 2003 02:51:58 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <213166-29422>
R2: 216.64.222.137 - Mon, 22 Sep 2003 02:51:27 -0400
   from vm137.vmadmin.com ([216.64.222.137])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <213002-29430>
R3: 192.168.3.11 - 22 Sep 2003 01:51:24 -0500
   from vmadmin.com (192.168.3.11)
   by  vm137.vmadmin.com
   with SMTP


===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213166-29422>; Mon, 22 Sep 2003 02:51:58 -0400
Received: from vm137.vmadmin.com ([216.64.222.137]) by ams.ftl.affinity.com with ESMTP id
<213002-29430>; Mon, 22 Sep 2003 02:51:27 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm137.vmadmin.com with SMTP; 22 Sep 2003 01:51:24 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 140768
From:  HomeWorkersNeeded <HomeWorkersNeeded140768@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: HomeWorkersNeeded <HomeWorkersNeeded140768@replies.virtumundo.com>
Subject: Earn $550 or More Stuffing Envelopes at Home
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep22.025127-0400_edt.213002-29430+706@ams.ftl.affinity.com>
Date:Mon, 22 Sep 2003 02:51:27 -0400

250

===Analysis==========================================================
From: IP address 216.21.208.68, host name 'vm208-68.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-68.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - Sun, 28 Sep 2003 15:10:46 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <1257679-29307>
R2: 216.21.208.68 - Sun, 28 Sep 2003 15:10:12 -0400
    from vl208-68.vmlocal.com ([216.21.208.68])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <1257738-29297>
R3: 192.168.3.12 - 28 Sep 2003 14:09:59 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-68.vmlocal.com
    with SMTP


===All e-mail Internet Headers=======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <1257679-29307>; Sun, 28 Sep 2003 15:10:46 -0400
Received: from vl208-68.vmlocal.com ([216.21.208.68]) by ams.ftl.affinity.com with ESMTP id
<1257738-29297>; Sun, 28 Sep 2003 15:10:12 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-68.vmlocal.com with SMTP; 28 Sep 2003 14:09:59 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 146913
From:   Horseback Riding <HorsebackRiding146913@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Horseback Riding <HorsebackRiding146913@vmlocal.com>
Subject: Saddle Up! Go Horseback Riding.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep28.151012-0400_edt.1257738-29297+12722@ams.ftl.affinity.com>
Date:Sun, 28 Sep 2003 15:10:10 -0400

251

===**Analysis of ten emails** =============================================

From: IP address 216.21.208.52, host name 'vm208-52.adknowledgemail.com'.

Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.

Received Headers: DNS reports 'vl208-52.vmlocal.com' is not a known host name. in R2 (E11).


===Received Headers (from you to sender)=============================================

R1: (unknown) - Thu, 6 Nov 2003 11:24:56 -0500

   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)

   by   ams.ftl.affinity.com

   id   <221773-1070>

R2: 216.21.208.52 - Thu, 6 Nov 2003 11:11:50 -0500

   from vl208-52.vmlocal.com ([216.21.208.52])

   by   ams.ftl.affinity.com

   with ESMTP

   id   <227256-1072>

R3: 192.168.3.12 - 06 Nov 2003 10:11:49 -0600

   from vmlocal.com (192.168.3.12)

   by   vl208-52.vmlocal.com

   with SMTP


===All e-mail Internet Headers=============================================

X-Persona: <ValueWeb>

Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by

ams.ftl.affinity.com id <221773-1070>; Thu, 6 Nov 2003 11:24:56 -0500

Received: from vl208-52.vmlocal.com ([216.21.208.52]) by ams.ftl.affinity.com with ESMTP id

<227256-1072>; Thu, 6 Nov 2003 11:11:50 -0500

Received: from vmlocal.com (192.168.3.12)

  by vl208-52.vmlocal.com with SMTP; 06 Nov 2003 10:11:49 -0600

X-ClientHost: 106097109101115064103111114100111110191111141071150460991111109

X-MailingID: 191167

From:  Hot Tubs <YouRelaxInAHotTub191167@vmlocal.com>

To:   James <james@gordonworks.com>

Errors-To: errors@vmlocal.com

Reply-To: Hot Tubs <YouRelaxInAHotTub191167@vmlocal.com>

Subject: Don't just do something. Sit there.

Mime-Version: 1.0

Content-Type: text/html

Content-Transfer-Encoding: 8bit

Message-Id: <03Nov6.111150-0500_est.227256-1072+17474@ams.ftl.affinity.com>

Date:Thu, 6 Nov 2003 11:11:50 -0500

252

===**Analysis of nineteen emails**  ========================================
From: IP address 216.21.208.41, host name 'vm208-41.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-41.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)========================================
R1: (unknown) - Wed, 15 Oct 2003 23:18:00 -0400
    from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <219673-22111>
R2: 216.21.208.41 - Wed, 15 Oct 2003 23:17:19 -0400
    from vl208-41.vmlocal.com ([216.21.208.41])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <221085-22113>
R3: 192.168.3.12 - 15 Oct 2003 22:17:15 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-41.vmlocal.com
    with SMTP


===All e-mail Internet Headers========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jamila@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <219673-22111>; Wed, 15 Oct 2003 23:18:00 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com with ESMTP id
<221085-22113>; Wed, 15 Oct 2003 23:17:19 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-41.vmlocal.com with SMTP; 15 Oct 2003 22:17:15 -0500
X-ClientHost: 106097109105108097064103111114100111110119111114107115046099111109
X-MailingID: 164361
From:   Hotel Savings <FindHotelSavingsToday164361@vmlocal.com>
To:     Jamila <jamila@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: MailCenter <mailcenter+164361@replies.vmlocal.com>
Subject: Hotels. The Easiest Way To Stay.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct15.231719-0400_edt.221085-22113+5080@ams.ftl.affinity.com>
Date:Wed, 15 Oct 2003 23:17:18 -0400

===**Analysis of four emails**   ============================================
From: IP address 216.64.222.121, host name 'vm-222-121.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Thu, 8 Jan 2004 16:35:33 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <329841-30272>
R2: 216.64.222.121 - Thu, 8 Jan 2004 16:35:13 -0500
   from vm121.vmadmin.com ([216.64.222.121])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <330063-30272>
R3: 192.168.3.11 - 08 Jan 2004 15:35:11 -0600
   from vmadmin.com (192.168.3.11)
   by   vm121.vmadmin.com
   with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <329841-30272>; Thu, 8 Jan 2004 16:35:33 -0500
Received: from vm121.vmadmin.com ([216.64.222.121]) by ams.ftl.affinity.com with ESMTP id
<330063-30272>; Thu, 8 Jan 2004 16:35:13 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm121.vmadmin.com with SMTP; 08 Jan 2004 15:35:11 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460991111109
X-MailingID: 238064
From:   iLoanWeb <iLoanWebFidelity@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: iLoanWeb <iLoanWebFidelity238064@replies.virtumundo.com>
Subject: Get your home approval today
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan8.163513-0500_est.330063-30272+20515@ams.ftl.affinity.com>
Date:Thu, 8 Jan 2004 16:35:13 -0500

===**Analysis of eight emails** ==================================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - 7 May 2004 06:11:40 -0000
  (qmail 3251 invoked by uid 10003)
R2: (unknown) - 7 May 2004 06:11:40 -0000
  (qmail 3248 invoked from network)
R3: 216.64.222.112 - 7 May 2004 06:11:40 -0000
  from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
  by ns48.webmasters.com
  with SMTP
R4: 192.168.3.11 - 07 May 2004 01:20:43 -0500
  from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com
  with SMTP


===All e-mail Internet Headers================================================
Return-Path: <mailcenter308368@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 3251 invoked by uid 10003); 7 May 2004 06:11:40 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 3248 invoked from network); 7 May 2004 06:11:40 -0000
Received: from unknown (HELO vm112.vmadmin.com) (216.64.222.112)
  by ns48.webmasters.com with SMTP; 7 May 2004 06:11:40 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 07 May 2004 01:20:43 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111 09
X-MailingID: 308368
From: iLoanweb <ApprovalsToday@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: iLoanweb <ApprovalsToday308368@replies.virtumundo.com>
Subject: Loan approval in 20 minutes! All credit is welcome
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

255

===**Analysis of four emails**  ==================================================
From: IP address 216.64.222.95, host name 'vm-222-95.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Wed, 28 Jan 2004 18:15:10 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <228411-7247>
R2: 216.64.222.95 - Wed, 28 Jan 2004 18:14:24 -0500
   from vm095.vmadmin.com ([216.64.222.95])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <230074-7245>
R3: 192.168.3.11 - 28 Jan 2004 17:14:21 -0600
   from vmadmin.com (192.168.3.11)
   by  vm095.vmadmin.com
   with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <228411-7247>; Wed, 28 Jan 2004 18:15:10 -0500
Received: from vm095.vmadmin.com ([216.64.222.95]) by ams.ftl.affinity.com with ESMTP id
<230074-7245>; Wed, 28 Jan 2004 18:14:24 -0500
Received: from vmadmin.com (192.168.3.11)
 by vm095.vmadmin.com with SMTP; 28 Jan 2004 17:14:21 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 241090
From:  Inbox Super Contest <TheBigGameHDTV@vmadmin.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Inbox Super Contest <TheBigGameHDTV241090@replies.virtumundo.com>
Subject: Watch the Big Game on Feb 1st in HDTV or Be There
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <04Jan28.181424-0500_est.230074-7245+5918@ams.ftl.affinity.com>
Date:Wed, 28 Jan 2004 18:14:23 -0500

```
===Analysis================================================
From: IP address 216.64.222.94, host name 'vm-222-94.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)======================
R1: (unknown) - Fri, 17 Oct 2003 23:28:14 -0400
   from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <223392-4574>
R2: 216.64.222.94 - Fri, 17 Oct 2003 22:22:53 -0400
   from vm094.vmadmin.com ([216.64.222.94])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <215875-4569>
R3: 192.168.3.11 - 17 Oct 2003 21:22:47 -0500
   from vmadmin.com (192.168.3.11)
   by   vm094.vmadmin.com
   with SMTP


===All e-mail Internet Headers================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (jay@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <223392-4574>; Fri, 17 Oct 2003 23:28:14 -0400
Received: from vm094.vmadmin.com ([216.64.222.94]) by ams.ftl.affinity.com with ESMTP id
<215875-4569>; Fri, 17 Oct 2003 22:22:53 -0400
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 17 Oct 2003 21:22:47 -0500
X-ClientHost: 1060971210641031111410011110119111114107115046099111109
X-MailingID: 164162
From:   Industry Leader <PlatinumPlayCasino164162@vmadmin.com>
To:    Jay <jay@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+164162@virtumundo.com>
Subject: Hot New Site
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct17.222253-0400_edt.215875-4569+961@ams.ftl.affinity.com>
Date:Fri, 17 Oct 2003 22:22:53 -0400
```

257

===**Analysis of two emails**  ===========================================
From: IP address 216.64.222.119, host name 'vm-222-119.mailesp.com'.
Location: **'Chicago, IL, USA'** - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - 11 May 2004 20:44:35 -0000
   (qmail 26944 invoked by uid 10003)
R2: (unknown) - 11 May 2004 20:44:35 -0000
   (qmail 26941 invoked from network)
R3: 216.64.222.119 - 11 May 2004 20:44:35 -0000
   from unknown (HELO vm119.vmadmin.com) (216.64.222.119)
   by   ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 11 May 2004 15:54:28 -0500
   from vmadmin.com (192.168.3.11)
   by   vm119.vmadmin.com
   with SMTP


===All e-mail Internet Headers=============================================
Return-Path: <mailcenter308411@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 26944 invoked by uid 10003); 11 May 2004 20:44:35 -0000
Delivered-To: virtual-gordonworks_com-james@gordonworks.com
Received: (qmail 26941 invoked from network); 11 May 2004 20:44:35 -0000
Received: from unknown (HELO vm119.vmadmin.com) (216.64.222.119)
  by ns48.webmasters.com with SMTP; 11 May 2004 20:44:35 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm119.vmadmin.com with SMTP; 11 May 2004 15:54:28 -0500
X-ClientHost: 1060971091011150641031111141001111101191111141071150460991111109
X-MailingID: 308411
From: Ink Boulevard <TheInkBoulevard@vmadmin.com>
To: James <james@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Ink Boulevard <TheInkBoulevard308411@replies.virtumundo.com>
Subject: Great savings on business needs
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit


258

===**Analysis of six emails**  =========================================
From: IP address 216.21.208.41, host name 'vm208-41.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-41.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=========================================
R1: (unknown) - Thu, 25 Sep 2003 21:32:08 -0400
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <566551-24275>
R2: 216.21.208.41 - Thu, 25 Sep 2003 21:31:33 -0400
   from vl208-41.vmlocal.com ([216.21.208.41])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <566640-24269>
R3: 192.168.3.12 - 25 Sep 2003 20:31:29 -0500
   from vmlocal.com (192.168.3.12)
   by   vl208-41.vmlocal.com
   with SMTP


===All e-mail Internet Headers=========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <566551-24275>; Thu, 25 Sep 2003 21:32:08 -0400
Received: from vl208-41.vmlocal.com ([216.21.208.41]) by ams.ftl.affinity.com with ESMTP id
<566640-24269>; Thu, 25 Sep 2003 21:31:33 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-41.vmlocal.com with SMTP; 25 Sep 2003 20:31:29 -0500
X-ClientHost: 106097109101115064103111114100111101191111141071115046099111109
X-MailingID: 144075
From:   Inkjet Authority <TheInketAuthority144075@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Inkjet Authority <TheInketAuthority144075@vmlocal.com>
Subject: Best Prices on all Inkjet Cartridges and Refill Kits.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep25.213133-0400_edt.566640-24269+13059@ams.ftl.affinity.com>
Date:Thu, 25 Sep 2003 21:31:33 -0400

259

===Analysis===============================================================
From: IP address 216.64.222.123, host name 'vm-222-123.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)==================================
R1: (unknown) - 8 Jun 2004 20:11:39 -0000
   (qmail 31445 invoked by uid 10003)
R2: (unknown) - 8 Jun 2004 20:11:39 -0000
   (qmail 31440 invoked from network)
R3: 216.64.222.123 - 8 Jun 2004 20:11:39 -0000
   from unknown (HELO vm123.vmadmin.com) (216.64.222.123)
   by  ns48.webmasters.com
   with SMTP
R4: 192.168.3.11 - 08 Jun 2004 15:11:40 -0500
   from vmadmin.com (192.168.3.11)
   by  vm123.vmadmin.com
   with SMTP


===All e-mail Internet Headers============================================
Return-Path: <mailcenter308878@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 31445 invoked by uid 10003); 8 Jun 2004 20:11:39 -0000
Delivered-To: virtual-gordonworks_com-jonathan@gordonworks.com
Received: (qmail 31440 invoked from network); 8 Jun 2004 20:11:39 -0000
Received: from unknown (HELO vm123.vmadmin.com) (216.64.222.123)
  by ns48.webmasters.com with SMTP; 8 Jun 2004 20:11:39 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm123.vmadmin.com with SMTP; 08 Jun 2004 15:11:40 -0500
X-ClientHost:
1061111100971161040971100641031111141001111011911111410711504609911109
X-MailingID: 308878
From: InkSavings <InkjetCartridges@vmadmin.com>
To: Jonathan <jonathan@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: InkSavings <InkjetCartridges308878@replies.virtumundo.com>
Subject: Low on ink - Valuable Coupon Inside
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit

===**Analysis of ten emails** ==========================================
From: IP address 216.64.222.117, host name 'vm-222-117.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Thu, 4 Dec 2003 10:53:33 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <220570-16027>
R2: 216.64.222.117 - Thu, 4 Dec 2003 10:52:01 -0500
    from vm117.vmadmin.com ([216.64.222.117])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <221576-16027>
R3: 192.168.3.11 - 04 Dec 2003 09:49:58 -0600
    from vmadmin.com (192.168.3.11)
    by  vm117.vmadmin.com
    with SMTP


===All e-mail Internet Headers=============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <220570-16027>; Thu, 4 Dec 2003 10:53:33 -0500
Received: from vm117.vmadmin.com ([216.64.222.117]) by ams.ftl.affinity.com with ESMTP id
<221576-16027>; Thu, 4 Dec 2003 10:52:01 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm117.vmadmin.com with SMTP; 04 Dec 2003 09:49:58 -0600
X-ClientHost: 10209712110106410311114100111101191111141071150460991111 09
X-MailingID: 211325
From:   Intercasino <PlayAtIntercasino@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Intercasino <PlayAtIntercasino211325@replies.virtumundo.com>
**Subject: Everyone has a chance to receive $80.00.**
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec4.105201-0500_est.221576-16027+55321@ams.ftl.affinity.com>
Date:Thu, 4 Dec 2003 10:52:01 -0500

261

===**Analysis of two emails**  ==============================================
From: IP address 216.64.222.30, host name 'vm-222-30.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=============================
R1: (unknown) - Tue, 16 Sep 2003 08:43:48 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <4389233-29618>
R2: 216.64.222.30 - Tue, 16 Sep 2003 08:43:14 -0400
    from vt30.vtarget.com ([216.64.222.30])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <4390292-29618>
R3: 192.168.3.10 - 16 Sep 2003 07:43:12 -0500
    from vtarget.com (192.168.3.10)
    by   vt30.vtarget.com
    with SMTP


===All e-mail Internet Headers=================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <4389233-29618>; Tue, 16 Sep 2003 08:43:48 -0400
Received: from vt30.vtarget.com ([216.64.222.30]) by ams.ftl.affinity.com with ESMTP id
<4390292-29618>; Tue, 16 Sep 2003 08:43:14 -0400
Received: from vtarget.com (192.168.3.10)
  by vt30.vtarget.com with SMTP; 16 Sep 2003 07:43:12 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 136612
From:   Interior Design Schools <InteriorDesignSchools136612@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Interior Design Schools <InteriorDesignSchools136612@replies.vtarget.com>
Subject: Bring your talent home with a career in interior design
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep16.084314-0400_edt.4390292-29618+1023@ams.ftl.affinity.com>
Date:Tue, 16 Sep 2003 08:43:13 -0400

```
===Analysis==============================================================
From: IP address 216.21.208.33, host name 'vm208-33.adknowledgemail.com'.
Location: 'Kansas City, MO' - For a detailed geographic trace, run VisualRoute.
Received Headers: DNS reports 'vl208-33.vmlocal.com' is not a known host name. in R2 (E11).
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=================================
R1: (unknown) - Thu, 23 Oct 2003 23:34:23 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <229401-1082>
R2: 216.21.208.33 - Thu, 23 Oct 2003 23:33:10 -0400
    from vl208-33.vmlocal.com ([216.21.208.33])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <229574-1083>
R3: 192.168.3.12 - 23 Oct 2003 22:33:01 -0500
    from vmlocal.com (192.168.3.12)
    by   vl208-33.vmlocal.com
    with SMTP


===All e-mail Internet Headers===========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <229401-1082>; Thu, 23 Oct 2003 23:34:23 -0400
Received: from vl208-33.vmlocal.com ([216.21.208.33]) by ams.ftl.affinity.com with ESMTP id
<229574-1083>; Thu, 23 Oct 2003 23:33:10 -0400
Received: from vmlocal.com (192.168.3.12)
  by vl208-33.vmlocal.com with SMTP; 23 Oct 2003 22:33:01 -0500
X-ClientHost: 1060971091011150641031111410011110119111114107115046099111109
X-MailingID: 173555
From:  Interior Lighting <InteriorLightingDesign173555@vmlocal.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmlocal.com
Reply-To: Interior Lighting <InteriorLightingDesign173555@vmlocal.com>
Subject: Bright ideas to enhance your home.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct23.233310-0400_edt.229574-1083+6802@ams.ftl.affinity.com>
Date:Thu, 23 Oct 2003 23:33:10 -0400
```

263

===**Analysis of twenty emails** ===============================================
From: IP address 216.64.222.98, host name 'vm-222-98.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)===================================
R1: (unknown) - Mon, 8 Dec 2003 17:40:14 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by  ams.ftl.affinity.com
    id  <2719056-416>
R2: 216.64.222.98 - Mon, 8 Dec 2003 17:11:27 -0500
    from vm098.vmadmin.com ([216.64.222.98])
    by  ams.ftl.affinity.com
    with ESMTP
    id  <2744100-413>
R3: 192.168.3.11 - 08 Dec 2003 16:11:13 -0600
    from vmadmin.com (192.168.3.11)
    by  vm098.vmadmin.com
    with SMTP


===All e-mail Internet Headers==============================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <2719056-416>; Mon, 8 Dec 2003 17:40:14 -0500
Received: from vm098.vmadmin.com ([216.64.222.98]) by ams.ftl.affinity.com with ESMTP id
<2744100-413>; Mon, 8 Dec 2003 17:11:27 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm098.vmadmin.com with SMTP; 08 Dec 2003 16:11:13 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911109
X-MailingID: 214116
From:   International Star Council <WishUponAStarNow@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: International Star Council <WishUponAStarNow214116@replies.virtumundo.com>
Subject: Name A Star For Someone Special
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec8.171127-0500_est.2744100-413+1019@ams.ftl.affinity.com>
Date:Mon, 8 Dec 2003 17:11:25 -0500

264

===Analysis===========================================================
From: IP address 216.64.222.102, host name 'vm-222-102.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)=================================
R1: (unknown) - Sun, 16 Nov 2003 16:27:51 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <215602-11388>
R2: 216.64.222.102 - Sun, 16 Nov 2003 16:27:32 -0500
   from vm102.vmadmin.com ([216.64.222.102])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <212589-11389>
R3: 192.168.3.11 - 16 Nov 2003 15:27:17 -0600
   from vmadmin.com (192.168.3.11)
   by   vm102.vmadmin.com
   with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <215602-11388>; Sun, 16 Nov 2003 16:27:51 -0500
Received: from vm102.vmadmin.com ([216.64.222.102]) by ams.ftl.affinity.com with ESMTP id
<212589-11389>; Sun, 16 Nov 2003 16:27:32 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm102.vmadmin.com with SMTP; 16 Nov 2003 15:27:17 -0600
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 198895
From:   Investment Helper <LearnHowToInvest198895@vmadmin.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Investment Helper <LearnHowToInvest198895@replies.virtumundo.com>
Subject: Is Investing a mystery to you? Earn more here.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov16.162732-0500_est.212589-11389+34468@ams.ftl.affinity.com>
Date:Sun, 16 Nov 2003 16:27:31 -0500

265

===Analysis===================================================
From: IP address 216.64.222.226, host name 'vm-222-226.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)======================================
R1: (unknown) - Sat, 20 Sep 2003 08:26:26 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <470766-22300>
R2: 216.64.222.226 - Sat, 20 Sep 2003 08:26:00 -0400
    from vt226.vtarget.com ([216.64.222.226])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <470828-22302>
R3: 192.168.3.10 - 20 Sep 2003 07:25:56 -0500
    from vtarget.com (192.168.3.10)
    by   vt226.vtarget.com
    with SMTP

===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <470766-22300>; Sat, 20 Sep 2003 08:26:26 -0400
Received: from vt226.vtarget.com ([216.64.222.226]) by ams.ftl.affinity.com with ESMTP id
<470828-22302>; Sat, 20 Sep 2003 08:26:00 -0400
Received: from vtarget.com (192.168.3.10)
  by vt226.vtarget.com with SMTP; 20 Sep 2003 07:25:56 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 139762
From:   Investment Mentors <InvestmentMentorsForYou139762@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: Investment Mentors <InvestmentMentorsForYou139762@replies.vtarget.com>
Subject: Change your life in an HOUR
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep20.082600-0400_edt.470828-22302+1790@ams.ftl.affinity.com>
Date:Sat, 20 Sep 2003 08:25:59 -0400

266

===**Analysis of two emails**    =========================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update


===Received Headers (from you to sender)=======================================
R1: (unknown) - Tue, 18 Nov 2003 17:24:52 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <224093-5586>
R2: 216.64.222.112 - Tue, 18 Nov 2003 17:23:24 -0500
    from vm112.vmadmin.com ([216.64.222.112])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <223870-5587>
R3: 192.168.3.11 - 18 Nov 2003 16:23:13 -0600
    from vmadmin.com (192.168.3.11)
    by   vm112.vmadmin.com
    with SMTP


===All e-mail Internet Headers=================================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <224093-5586>; Tue, 18 Nov 2003 17:24:52 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com with ESMTP id
<223870-5587>; Tue, 18 Nov 2003 17:23:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 18 Nov 2003 16:23:13 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 200303
From:   Invoice Dealers <GetANewCarToday200303@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invoice Dealers <GetANewCarToday200303@replies.virtumundo.com>
Subject: Buy a new car without all the stress.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.172324-0500_est.223870-5587+54688@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 17:23:23 -0500

267