# EXHIBIT F

## Normal or Valid "Transport Path" Protocol (Visualware)

**Note: Page 1-2 represent our first "test" of whether the email is normal or valid.**

For tracking purposes, we are most interested in the "**from**" and "**by**" tokens in the **Received** header field. In general, you are looking for a pattern similar to:

**Received:** from BBB **(dns-name [ip-address])** by AAA ...
**Received:** from CCC **(dns-name [ip-address])** by BBB ...
**Received:** from DDD **(dns-name [ip-address])** by CCC ...

In other words, mail server AAA received the email from BBB and provides as much information about BBB, including the IP Address BBB used to connect to AAA. This patterns repeats itself on each **Received** line.

The syntax of the "**from**" token most times looks like:

**name (dns-name [ip-address])**

Where: **name** is the name the computer has named itself. Most of the time we never look at this name because it can be intentionally misnamed in an attempt to foil your tracking (but it may leak the windows computer name).

**dns-name** is the reverse dns lookup on the ip-address. **ip-address** is the ip-address of the computer used to connect to the mail server that generated this **Received** header line. So, the **ip-address** is gold to us for tracking purposes.

The "**by**" token syntax just provides us with the name that the mail server gives itself. But since the last mail server could be under the control of a spammer, we should not trust this name.

So, what is crucial for tracking, is to pay attention to the trail of **ip-address** in the **from** tokens and not necessarily the host name provided to us in the **by** tokens.

1

**The following is an example of what a full email header should look like:**
(University of Alberta, Canada)

Return-Path: <bob@mysecretdomain.com>

**Received: from** ==pilsener.srv.ualberta.ca== (pilsener.srv.ualberta.ca [129.128.5.19])
**by** maildrop.srv.ualberta.ca (8.11.6/8.11.6) with ESMTP id g58MnCB04234 for <spam@maildrop.srv.ualberta.ca>; Sat, 8 Jun 2002 16:49:12 -0600 (MDT)

**Received: from** ==caerulus.cerintha.com== (caerulus.cerintha.com[207.18.92.26])
**by** ==pilsener.srv.ualberta.ca== (8.11.6/8.11.1) with ESMTP id g58MnB215516 for <spam@ualberta.ca>; Sat, 8 Jun 2002 16:49:12 -0600 (MDT)

**Received: from** jack (host123.mynetwatchman.com [64.238.113.123])
**by** ==caerulus.cerintha.com== (8.11.3/8.11.3) with SMTP id g58Mn0f74476; Sat, 8 Jun 2002 18:49:01 -0400 (EDT)

Message-Id:<200209.g58Mn04476@caerulus.cerintha.com>
From: guesswhoiam <bob@mysecretdomain.com>
To: "spam@ualberta.ca" <spam@ualberta.ca>
Date: Sat, 8 Jun 2002 18:49 -0500
X-MSMail-Priority: Normal
X-mailer: AspMail 4.0 4.03 (SMT41F290F)
Subject: I'm Sending You Spam
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 7bit
-------------------------------------------------------------------

**I trust that the reader is not color-blind as the color-coding symbolizes the pairing of information from one header ('by' token) or received line to the next ('from' token) --- if there were 10 received the same pattern would appear –the "by" token hand-off to the "from" token above it**.


**Note: This email which is analyzed below does not conform to typical email protocol (above) – as a result, errors and omissions ensue (highlighted, below). IP addresses and host names are missing, tokens – "from" and "by" are missing, the times in terms of GMT "0000" may be OK for non-commercial purposes but serve to obfuscate the location of the "commercial" spammer, in question.**

2

## An Actual Email Analysis

===Analysis================================================================
From: IP address 64.125.87.239, host name 'mx-ny239.alpha-ny2.mailsvrbsm.net'.
Location: 'Sacramento, CA, USA' - For a detailed geographic trace, run VisualRoute.
Mailer: The sender used 'MOM Agent (v.6.5.920722)' to send the e-mail.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11). Mandatory 'from' field is missing in R4 (E14).   eMailTrackerPro (tm) 4.0a (build 1128) - update
===Received Headers (from you to sender)=========================================
R1: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21898 invoked by uid 10003)
R2: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21893 invoked from network)
R3: 64.125.87.239 - 10 Jan 2005 15:16:28 -0000
   from unknown (HELO mx-ny239.blue-mx04.net) (64.125.87.239)
   by  ns48.webmasters.com    with SMTP
R4: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
   by  mx-ny239.blue-mx04.net     id   hsa8m006574p
R5: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800
   from ALPHA-NY.BLUESTREAMMEDIA.COM
   by  BSMgateway.1104737 (ver.3.3.89)
   with ESMTP    id  mid65920722.msg     for <lynkstation@gordonworks.com>
===All e-mail Internet Headers=========================================
X-Persona: <spam>
Return-Path: <control-975-65920722-asc@clientcampaign2.com>
Delivered-To: virtual-gordonworks_com-spam@gordonworks.com
Received: (qmail 21898 invoked by uid 10003); 10 Jan 2005 15:16:28 -0000
Received: (qmail 21893 invoked from network); 10 Jan 2005 15:16:28 -0000
Received: from unknown (HELO mx-ny239.blue-mx04.net) (64.125.87.239)
  by ns48.webmasters.com with SMTP; 10 Jan 2005 15:16:28 -0000
Received: by mx-ny239.blue-mx04.net id hsa8m006574p; Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
Received: from ALPHA-NY.BLUESTREAMMEDIA.COM by BSMgateway.1104737
     (ver.3.3.89)     with ESMTP id mid65920722.msg
     for <lynkstation@gordonworks.com>; Mon, 10 Jan 2005 06:29:45 -0800
Date: Mon, 10 Jan 2005 06:29:45 -0800
**From: "Active Speed"** <Control-975-65920722-Asc@clientcampaign2.com>
To: "Online Consumer" <lynkstation@gordonworks.com>
Reply-To: <rmvme-please@clientcampaign2.com>
**Subject: Test your internet connection speed lynkstation**
Message-ID: <65920722.100105062940.975@CLIENTCAMPAIGN2.COM>
X-envid: 65920722
X-Mailer: MOM Agent (v.6.5.920722)
MIME-Version: 1.0
Content-Type: multipart/alternative;
     boundary="--65920722_abJan975"
X-Spam-Filter: F3_Unwanted_To_Address: lynkstation@gordonworks.com

3

# The Legend for Email Analysis

===**Analysis**===================================================================
From: IP address 64.125.87.239, host name 'mx-ny239.alpha-ny2.mailsvrbsm.net'.
Location: 'Sacramento, CA, USA' - For a detailed geographic trace, run VisualRoute.
Mailer: The sender used 'MOM Agent (v.6.5.920722)' to send the e-mail.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11). Mandatory 'from' field is missing in R4 (E14).   eMailTrackerPro (tm) 4.0a (build 1128) – update

===**Received Headers** (from you to sender)======================================
R1: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21898 invoked by uid 10003)

**[R-number : ] [this received line (destination computer) has no IP address or host name/domain to identify receiving computer]**

**[GMT denotes server in a foreign time zone ]**

R2: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21893 invoked from network)

**[R-number : ] this received line has no IP address or host name/domain to identify receiving computer]**

**[GMT denotes server in a foreign time zone ]**

R3: 64.125.87.239 - 10 Jan 2005 15:16:28 -0000
   from unknown (HELO **mx-ny239.blue-mx04.net) (64.125.87.239**)
   by   ns48.webmasters.com      with SMTP

**The IP address does not match host name which is highlighted bold, red and yellow markings – may mean that the domain is used w/o permission**
**[GMT denotes server in a foreign time zone ] [can not be point of origin, if 2 computers precede it]**

R4: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
   by   mx-ny239.blue-mx04.net    id   hsa8m006574p

**[R-number : ] this received line has no IP address or host name/domain to identify receiving computer]**

**[GMT denotes server in a Pacific time zone]**

4

R5: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800
   from ALPHA-NY.BLUESTREAMMEDIA.COM
   by   BSMgateway.1104737 (ver.3.3.89)
   with ESMTP    id  mid65920722.msg     for  lynkstation@gordonworks.com

**[R-number : ] this received line has no IP address to identify receiving computer] The bottom-most R-number: denotes the point of origin of the email.**

**[GMT denotes server in a Pacific time zone]**

===All e-mail Internet Headers================================================
X-Persona: <spam>
Return-Path: <control-975-65920722-asc@clientcampaign2.com>
Delivered-To: virtual-gordonworks_com-spam@gordonworks.com
Received: (qmail 21898 invoked by uid 10003); 10 Jan 2005 15:16:28 -0000
Received: (qmail 21893 invoked from network); 10 Jan 2005 15:16:28 -0000
Received: from unknown (HELO mx-ny239.blue-mx04.net) (64.125.87.239)
  by ns48.webmasters.com with SMTP; 10 Jan 2005 15:16:28 -0000
Received: by mx-ny239.blue-mx04.net id hsa8m006574p; Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
Received: from ALPHA-NY.BLUESTREAMMEDIA.COM by BSMgateway.1104737
     (ver.3.3.89)       with ESMTP id mid65920722.msg
     for <lynkstation@gordonworks.com>; Mon, 10 Jan 2005 06:29:45 -0800
Date: Mon, 10 Jan 2005 06:29:45 -0800
From: "**Active Speed**" Control-975-65920722-Asc@clientcampaign2.com

**The "from" field represents an alias – a tool, which allows a sender to misrepresent her, his, or its identity.**

To: "Online Consumer" lynkstation@gordonworks.com

**When the "To:" field features a "gordonworks.com" email address, this indicates the domain was used without my permission.**

Reply-To: <rmvme-please@clientcampaign2.com>
**Subject: Test your internet connection speed lynkstation**

**When the subject line is highlighted it represents a misleading subject line**

Message-ID: <65920722.100105062940.975@CLIENTCAMPAIGN2.COM>
X-envid: 65920722
X-Mailer: MOM Agent (v.6.5.920722)
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="--65920722_abJan975"
X-Spam-Filter: F3_Unwanted_To_Address: lynkstation@gordonworks.com

5