# EXHIBIT H

Page 83

1    MR. SIEGEL: I think what I will do,
2 though, is I will respond to you in detail about
3 this issue when I have had a full time to
4 discuss it with my client and in fact I could
5 even commit to giving you a full and detailed
6 response on Monday.
7    MR. NEWMAN: Well, I look forward for
8 that response especially considering earlier
9 representations you made advising that you would
10 confer with your client and provide feedback to
11 me a week ago and a week and a half ago, which I
12 never received, so I really appreciate that you
13 are going to have information for me on Monday.
14 And then if you don't have information for me on
15 Monday, would you file the joint motion so that
16 you could state your position which to this day
17 I still don't understand?
18    MR. SIEGEL: Well, we'll talk on
19 Monday about that, counsel.
20    MR. NEWMAN: Okay. Then my next
21 question is I know we have discovery requests
22 which responses are due today. Can we expect
23 them today?
24    MR. SIEGEL: Again, I have to check
25 with my client on that.

Page 84

1                MR. NEWMAN:  Well, today is the
2     deadline for filing discovery motions, and
3     considering that you still have not received
4     responsive documents from your client the day
5     they are due would indicate that you are not
6     going to be transmitting them to me today, so
7     can this serve as our meet and confer such that
8     we can file a Motion to Compel those documents
9     today?
10               MR. SIEGEL:  Well, I'm requesting an
11    extension, counsel, a reasonable extension say
12    until the end of next week and to get those
13    documents to you and those responses to you.
14               MR. NEWMAN:  I would be happy to
15    grant that extension; however, there is a Court
16    Order that provides that the last day I can move
17    to compel is today, so would you agree to file a
18    stipulation that we can extend that deadline
19    with respect to the Defendants' right to move to
20    compel?
21               MR. SIEGEL:  Yes, I would.
22               MR. NEWMAN:  Great.  So I'm going to
23    send you a stipulation and it's going to provide
24    that the Defendants' deadline to move to compel
25    is extended one week from today?

1               MR. SIEGEL:  Fine.
2               MR. NEWMAN:  And when would you
3      expect to have responses to those discovery
4      requests?
5               MR. SIEGEL:  Prior to that.
6               MR. NEWMAN:  Thank you, very much.
7      I'll forward that stipulation.  I really
8      appreciate your courtesy and you can look for my
9      e-mail later today.
10              MR. SIEGEL:  Okay.  Thank you,
11     counsel.
12                    (Witness excused.)
13
14
15
16
17
18
19
20
21
22
23
24
25