The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | **No. CV 06-0204JCC**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY [PROPOSED]** |

THIS MATTER comes before the Court on the motion of Defendants Virtumundo, Inc., Adknowledge, Inc., and Scott Lynn for an order to compel Plaintiffs to produce to Defendants files in .mbx format containing all emails produced in Plaintiffs' production of November 29, 2006, but excluding all emails produced by Plaintiffs prior to that date. Based upon the submissions of the parties, declarations, and pleadings previously filed herein, the Court hereby ORDERS THAT Defendants' Motion to Compel is GRANTED in its entirety and Plaintiff is ordered to produce to Defendants files in .mbx format

ORDER (PROPOSED) - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  containing all emails produced in Plaintiffs' production of November 29, 2006, but
2  excluding all emails produced by Plaintiffs prior to that date, such files to be produced no
3  later than 5:00 pm on December _____, 2006.

5       DATED this ___ day of _____, 2006.

       _____
       UNITED STATES DISTRICT JUDGE
       JOHN C. COUGHENOUR

       Presented By:

       NEWMAN & NEWMAN
       ATTORNEYS AT LAW, LLP

BY:    _____
       Derek A. Newman, WSBA No. 26967
       Roger M. Townsend, WSBA No. 25525
       505 5th Avenue South, Suite 610
       Seattle, WA 98104
       phone: 206-274-2800
       fax: 206-274-1801
       Attorneys for Defendants