# EXHIBIT B

# MERKLE SIEGEL & FRIEDRICHSEN, P.C.
### ATTORNEYS AT LAW

DANIEL R. MERKLE*
ROBERT J. SIEGEL
TIMOTHY M. FRIEDRICHSEN*

*OF COUNSEL

1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: 206-624-9392   FAX: 206-624-0717

Received
NOV 29 2006
NEWMAN & NEWMAN

November 14, 2006

Derek A. Newman
Newman & Newman, LLP
505 Fifth Ave., Suite 610
Seattle, WA 98104

RE: Gordon v. Virtumundo

Derek:

Transmitted herewith is a DVD containing an updated, and more comprehensive collection of the offending emails in this lawsuit, including a bates stamped version of the emails. This production is proferred as supplemental responses to Defendants' discovery requests.

As always, your cooperation is appreciated.

Sincerely,
MERKLE SIEGEL & FRIEDRICHSEN, P.C.

Robert J. Siegel

cc: client