# EXHIBIT C

Case 2:06-cv-00204-JCC    Document 73-4    Filed 12/21/2006    Page 1 of 2

Dockets.Justia.com

Virtumundo Supplemental Discovery – September 27, 2006
On Compact Disk

Virtumundo Omni.mbx – Eudora Mailbox with 10,509 original emails

Virtumundo Omni.toc – companion file for the file above

Virtumundo Adknowledgemail emails 2.txt – Text file w/source code

Virtumundo Adknowledgemail emails 1.txt – Text file w/source code

Virtumundo Adknowledgemail emails Bates.pdf – Bates stamped document

Virtumundo Omni emails 1Bates.pdf - Bates stamped document – Part One

Virtumundo Omni emails 2 Bates.pdf - Bates stamped document – Part Two

Virtumundo.mbx -  Eudora Mailbox with 8,124 original emails

Virtumundo.toc – companion file for the file immediately above