# EXHIBIT E

**From:** "Bob Siegel" <bob@msfseattle.com>
**To:** "Derek Newman" <dn@newmanlaw.com>
**Date:** 12/5/2006 1:54 PM
**Subject:** Virtumundo: Email copies in discovery

**CC:** "Bob Siegel" <bob@msfseattle.com>

Derek,

By way of follow-up to our conversation yesterday where you requested that we provide you with yet another (third) compilation of the subject emails,
that includes only those which were not included in our first (CD) production.
My client advises that you can simply use the "sort by date" mechanism in the Eudora utility to determine whether and to what extent there is overlap in the emails in our second (CD) production.  If for some reason this
does not work acceptably, please advise, and we will certainly make all reasonable attempts to provide you with additional compilations of your clients' thousands of emails.

Of course, please bear in mind that any difficulty in tracking and sorting
the huge number of emails is merely the direct consequence of your clients' inundation of Mr. Gordon's servers with its spam, a point not likely
to be lost on Judge Coughenour should you seek to bring this matter to the Court's attention.

Sincerely,

Bob