**EXHIBIT A**

## CONTENTS OF: DVD
### Provided As Plaintiffs' First Supplemental Responses To Defendants' First Discovery Requests

| File/Folder Name | Description of contents |
|---|---|
| Legend | This tool explains Plaintiffs' theory as to the proper construction of an email header as well as the errors and/or omissions by a spammer – noted in yellow and red highlights. |
| Email Analysis Virt | This is an analysis of each set of emails from a given domain and/or IP address for the emails sent by, or on behalf of Defendants to Plaintiffs. The highlights (from the legend) tells the reader which violations of the statute are indicated. |
| Email Analysis V Bates | This is a .pdf file containing the email analysis, which is Bates stamped. |
| Virtumundo Complaints | Complaints sent directly to Defendants |
| Spam reports | These emails represent complaints to various spammer sources in response to spam emails received by Plaintiffs– there are in excess of 12,000 unique complaints. |
| spam reports 2 | This folder is a continuation of the previous one – there are close to 4-5,000 duplicate emails due to an unintended mixing up of back-up files with original emails. |
| Rejects | Plaintiffs' auto-responder immediately (within minutes or hours) sent cease and desist messages to all spammers. Each of these bounces was caused by a bad/non-working return address. |
| Contract Bounces | Recent auto-responder cease and desist messages to spammers (12/15/05 to 5/20/06). The absence of a bounce for a spammer likely means that the cease and desist message was received by the spammer, or the source. A bounce from a spammer means that the spammer used a bad return address. |
| Eudora | Eudora is Qualcomm's email client, the email utility utilized by Plaintiffs, and in which the original emails at issue here were received. This application opens the .mbx and .toc files on the disk. The .mbx and .toc MUST be paired as you can not open one without the other. All of the mailbox files must be placed in the C:/Program Files/Qualcomm/Eudora directory on the reader's hard drive. |

Normal or Valid "Transport Path" Protocol (Visualware)

Note: Page 1-2 represent our first "test" of whether the email is normal or valid.

For tracking purposes, we are most interested in the "**from**" and "**by**" tokens in the **Received** header field. In general, you are looking for a pattern similar to:

Received: from BBB (dns-name [ip-address]) by AAA ...
Received: from CCC (dns-name [ip-address]) by BBB ...
Received: from DDD (dns-name [ip-address]) by CCC ...

In other words, mail server AAA received the email from BBB and provides as much information about BBB, including the IP Address BBB used to connect to AAA. This patterns repeats itself on each **Received** line.

The syntax of the "**from**" token most times looks like:

name (dns-name [ip-address])

Where: **name** is the name the computer has named itself. Most of the time we never look at this name because it can be intentionally misnamed in an attempt to foil your tracking (but it may leak the windows computer name).

**dns-name** is the reverse dns lookup on the ip-address. **ip-address** is the ip-address of the computer used to connect to the mail server that generated this **Received** header line. So, the **ip-address** is gold to us for tracking purposes.

The "**by**" token syntax just provides us with the name that the mail server gives itself. But since the last mail server could be under the control of a spammer, we should not trust this name.

So, what is crucial for tracking, is to pay attention to the trail of **ip-address** in the **from** tokens and not necessarily the host name provided to us in the **by** tokens.

1

The following is an example of what a full email header should look like:
(University of Alberta, Canada)

Return-Path: <bob@mysecretdomain.com>

Received: from pilsener.srv.ualberta.ca (pilsener.srv.ualberta.ca [129.128.5.19])
by maildrop.srv.ualberta.ca (8.11.6/8.11.6) with ESMTP id g58MnCB04234 for
<spam@maildrop.srv.ualberta.ca>; Sat, 8 Jun 2002 16:49:12 -0600 (MDT)

Received: from caerulus.cerintha.com (caerulus.cerintha.com[207.18.92.26])
by pilsener.srv.ualberta.ca (8.11.6/8.11.1) with ESMTP id g58MnB215516 for
<spam@ualberta.ca>; Sat, 8 Jun 2002 16:49:12 -0600 (MDT)

Received: from jack (host123.mynetwatchman.com [64.238.113.123])
by caerulus.cerintha.com (8.11.3/8.11.3) with SMTP id g58Mn0f74476; Sat, 8 Jun
2002 18:49:01 -0400 (EDT)

Message-Id:<200209.g58Mn04476@caerulus.cerintha.com>
From: guesswhoiam <bob@mysecretdomain.com>
To: "spam@ualberta.ca" <spam@ualberta.ca>
Date: Sat, 8 Jun 2002 18:49 -0500
X-MSMail-Priority: Normal
X-mailer: AspMail 4.0 4.03 (SMT41F290F)
Subject: I'm Sending You Spam
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 7bit
------------------------------------------------------------

I trust that the reader is not color-blind as the color-coding symbolizes the pairing of information from one header ('by' token) or received line to the next ('from' token) --- if there were 10 received the same pattern would appear —the "by" token hand-off to the "from" token above it.


Note: This email which is analyzed below does not conform to typical email protocol (above) – as a result, errors and omissions ensue (highlighted, below). IP addresses and host names are missing, tokens – "from" and "by" are missing, the times in terms of GMT "0000" may be OK for non-commercial purposes but serve to obfuscate the location of the "commercial" spammer, in question.

## An Actual Email Analysis

===Analysis=====================================================
From: IP address 64.125.87.239, host name 'mx-ny239.alpha-ny2.mailsvrbsm.net'.

2

Location: 'Sacramento, CA, USA' - For a detailed geographic trace, run VisualRoute.
Mailer: The sender used 'MOM Agent (v.6.5.920722)' to send the e-mail.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11). Mandatory 'from' field is missing in R4 (E14).   eMailTrackerPro (tm) 4.0a (build 1128) - update
===Received Headers (from you to sender)===================================================
R1: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21898 invoked by uid 10003)
R2: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21893 invoked from network)
R3: 64.125.87.239 - 10 Jan 2005 15:16:28 -0000
   from unknown (HELO **mx-ny239.blue-mx04.net**) **(64.125.87.239)**
   by  ns48.webmasters.com   with SMTP
R4: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
   by  mx-ny239.blue-mx04.net    id   hsa8m006574p
R5: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800
   from ALPHA-NY.BLUESTREAMMEDIA.COM
   by  BSMgateway.1104737 (ver.3.3.89)
   with ESMTP    id   mid65920722.msg    for <lynkstation@gordonworks.com>
===All e-mail Internet Headers==============================================================
X-Persona: <spam>
Return-Path: <control-975-65920722-asc@clientcampaign2.com>
Delivered-To: virtual-gordonworks_com-spam@gordonworks.com
Received: (qmail 21898 invoked by uid 10003); 10 Jan 2005 15:16:28 -0000
Received: (qmail 21893 invoked from network); 10 Jan 2005 15:16:28 -0000
Received: from unknown (HELO mx-ny239.blue-mx04.net) (64.125.87.239)
   by ns48.webmasters.com with SMTP; 10 Jan 2005 15:16:28 -0000
Received: by mx-ny239.blue-mx04.net id hsa8m006574p; Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
Received: from ALPHA-NY.BLUESTREAMMEDIA.COM by BSMgateway.1104737
       (ver.3.3.89)     with ESMTP id mid65920722.msg
       for <lynkstation@gordonworks.com>; Mon, 10 Jan 2005 06:29:45 -0800
Date: Mon, 10 Jan 2005 06:29:45 -0800
**From: "Active Speed"** <Control-975-65920722-Asc@clientcampaign2.com>
To: "Online Consumer" <lynkstation@gordonworks.com>
Reply-To: <rmvme-please@clientcampaign2.com>
**Subject: Test your internet connection speed lynkstation**
Message-ID: <65920722.100105062940.975@CLIENTCAMPAIGN2.COM>
X-envid: 65920722
X-Mailer: MOM Agent (v.6.5.920722)
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="--65920722_abJan975"
X-Spam-Filter: F3_Unwanted_To_Address: lynkstation@gordonworks.com


## The Legend for Email Analysis
===**Analysis**===========================================================================
From: IP address 64.125.87.239, host name 'mx-ny239.alpha-ny2.mailsvrbsm.net'.

3

Location: 'Sacramento, CA, USA' - For a detailed geographic trace, run VisualRoute.
Mailer: The sender used 'MOM Agent (v.6.5.920722)' to send the e-mail.
Received Headers: DNS reports 'unknown' is not a known host name. in R3 (E11). Mandatory 'from' field is missing in R4 (E14).   eMailTrackerPro (tm) 4.0a (build 1128) -- update

===**Received Headers** (from you to sender)=======================================
R1: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21898 invoked by uid 10003)

**[R-number : ] [this received line (destination computer) has no IP address or host name/domain to identify receiving computer]**

**[GMT denotes server in a foreign time zone ]**


R2: (unknown) - 10 Jan 2005 15:16:28 -0000
   (qmail 21893 invoked from network)

**[R-number : ] this received line has no IP address or host name/domain to identify receiving computer]**

**[GMT denotes server in a foreign time zone ]**


R3: 64.125.87.239 - 10 Jan 2005 15:16:28 -0000
   from unknown (HELO **mx-ny239.blue-mx04.net**) **(64.125.87.239)**
   by   ns48.webmasters.com      with SMTP

**The IP address does not match host name which is highlighted bold, red and yellow markings -- may mean that the domain is used w/o permission**
**[GMT denotes server in a foreign time zone ] [can not be point of origin, if 2 computers precede it]**

R4: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
   by   mx-ny239.blue-mx04.net      id   hsa8m006574p

**[R-number : ] this received line has no IP address or host name/domain to identify receiving computer]**

**[GMT denotes server in a Pacific time zone]**


R5: (unknown) - Mon, 10 Jan 2005 06:29:45 -0800
   from ALPHA-NY.BLUESTREAMMEDIA.COM
   by   BSMgateway.1104737 (ver.3.3.89)

4

    with ESMTP    id  mid65920722.msg    for lynkstation@gordonworks.com

**[R-number : ] this received line has no IP address to identify receiving computer] The bottom-most R-number: denotes the point of origin of the email.**

**[GMT denotes server in a Pacific time zone]**

===All e-mail Internet Headers=====================================================
X-Persona: <spam>
Return-Path: <control-975-65920722-asc@clientcampaign2.com>
Delivered-To: virtual-gordonworks_com-spam@gordonworks.com
Received: (qmail 21898 invoked by uid 10003); 10 Jan 2005 15:16:28 -0000
Received: (qmail 21893 invoked from network); 10 Jan 2005 15:16:28 -0000
Received: from unknown (HELO mx-ny239.blue-mx04.net) (64.125.87.239)
  by ns48.webmasters.com with SMTP; 10 Jan 2005 15:16:28 -0000
Received: by mx-ny239.blue-mx04.net id hsa8m006574p; Mon, 10 Jan 2005 06:29:45 -0800 (envelope-from <Control-975-65920722-Asc@clientcampaign2.com>)
Received: from ALPHA-NY.BLUESTREAMMEDIA.COM by BSMgateway.1104737
    (ver.3.3.89)    with ESMTP id mid65920722.msg
    for <lynkstation@gordonworks.com>; Mon, 10 Jan 2005 06:29:45 -0800
Date: Mon, 10 Jan 2005 06:29:45 -0800
From: "Active Speed" Control-975-65920722-Asc@clientcampaign2.com

**The "from" field represents an alias – a tool, which allows a sender to misrepresent her, his, or its identity.**

To: "Online Consumer" lynkstation@gordonworks.com

**When the "To:" field features a "gordonworks.com" email address, this indicates the domain was used without my permission.**

Reply-To: <rmvme-please@clientcampaign2.com>
Subject: Test your internet connection speed lynkstation

**When the subject line is highlighted it represents a misleading subject line**

Message-ID: <65920722.100105062940.975@CLIENTCAMPAIGN2.COM>
X-envid: 65920722
X-Mailer: MOM Agent (v.6.5.920722)
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="--65920722_abJan975"
X-Spam-Filter: F3_Unwanted_To_Address: lynkstation@gordonworks.com

5

Email Analysis – Virtumundo

===Analysis of 6 emails with differing addressees and/or times===========
From: IP address 216.64.222.96, host name 'vm-222-96.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
===Received Headers (from you to sender)=============================
R1: (unknown) - Tue, 7 Oct 2003 19:31:23 -0400
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <4406176-22862>
R2: 216.64.222.96 - Tue, 7 Oct 2003 19:30:09 -0400
   from vm096.vmadmin.com ([216.64.222.96])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <3784754-30738>
R3: 192.168.3.11 - 07 Oct 2003 18:30:08 -0500
   from vmadmin.com (192.168.3.11)
   by   vm096.vmadmin.com
   with SMTP

## See LEGEND for Definitions and Usage of Terms in this Analysis

===All e-mail Internet Headers=====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <4406176-22862>; Tue, 7 Oct 2003 19:31:23 -0400
Received: from vm096.vmadmin.com ([216.64.222.96]) by ams.ftl.affinity.com with ESMTP id <3784754-30738>; Tue, 7 Oct 2003 19:30:09 -0400
Received: from vmadmin.com (192.168.3.11)
 by vm096.vmadmin.com with SMTP; 07 Oct 2003 18:30:08 -0500
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 154978
From:   1800 Inkjets <QualityInkCartridges154978@vmadmin.com>
To:    Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: MailCenter <mailcenter+154978@virtumundo.com>
Subject: FREE Inkjets...No gimmicks - with our quality
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct7.193009-0400_edt.3784754-30738+970@ams.ftl.affinity.com>
Date:Tue, 7 Oct 2003 19:30:09 -0400

1

===Analysis of 10 emails with differing... ==============================
From: IP address 216.64.222.128, host name 'vm-222-128.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==============================
R1: (unknown) - Sat, 15 Nov 2003 09:04:53 -0500
   from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
   by   ams.ftl.affinity.com
   id   <217416-4084>
R2: 216.64.222.128 - Sat, 15 Nov 2003 09:04:08 -0500
   from vm128.vmadmin.com ([216.64.222.128])
   by   ams.ftl.affinity.com
   with ESMTP
   id   <217881-4079>
R3: 192.168.3.11 - 15 Nov 2003 08:03:50 -0600
   from vmadmin.com (192.168.3.11)
   by   vm128.vmadmin.com
   with SMTP

===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <217416-4084>; Sat, 15 Nov 2003 09:04:53 -0500
Received: from vm128.vmadmin.com ([216.64.222.128]) by ams.ftl.affinity.com with ESMTP id <217881-4079>; Sat, 15 Nov 2003 09:04:08 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm128.vmadmin.com with SMTP; 15 Nov 2003 08:03:50 -0600
X-ClientHost: 102097121101064103111114100111101191111141071150460991111109
X-MailingID: 198282
From:   A Blue Pill <TinyBluePillForMen198282@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: A Blue Pill <TinyBluePillForMen198282@replies.virtumundo.com>
Subject: Changes your love life from day one
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov15.090408-0500_est.217881-4079+8358@ams.ftl.affinity.com>
Date:Sat, 15 Nov 2003 09:04:08 -0500

2

===Analysis of two emails=========================================
From: IP address 216.64.222.100, host name 'vm-222-100.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)==========================
R1: (unknown) - Wed, 17 Dec 2003 16:54:59 -0500
   from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
   by  ams.ftl.affinity.com
   id  <2724346-5394>
R2: 216.64.222.100 - Wed, 17 Dec 2003 16:53:54 -0500
   from vm100.vmadmin.com ([216.64.222.100])
   by  ams.ftl.affinity.com
   with ESMTP
   id  <2721827-5384>
R3: 192.168.3.11 - 17 Dec 2003 15:53:45 -0600
   from vmadmin.com (192.168.3.11)
   by  vm100.vmadmin.com
   with SMTP

===All e-mail Internet Headers====================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <2724346-5394>; Wed, 17 Dec 2003 16:54:59 -0500
Received: from vm100.vmadmin.com ([216.64.222.100]) by ams.ftl.affinity.com with ESMTP id <2721827-5384>; Wed, 17 Dec 2003 16:53:54 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm100.vmadmin.com with SMTP; 17 Dec 2003 15:53:45 -0600
X-ClientHost: 106097109101115064103111114100111101191111141071150460991111 09
X-MailingID: 220860
From:  AC Lens <FindContactLenses@vmadmin.com>
To:   James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: AC Lens <FindContactLenses220860@replies.virtumundo.com>
Subject: Use your Flex Spending Dollars on Contact Lenses
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Dec17.165354-0500_est.2721827-5384+9973@ams.ftl.affinity.com>
Date:Wed, 17 Dec 2003 16:53:53 -0500

3

```
===Analysis=====================================================
From: IP address 216.64.222.16, host name 'vm-222-16.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.

===Received Headers (from you to sender)===========================
R1: (unknown) - Fri, 12 Sep 2003 16:53:49 -0400
    from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <272903-8379>
R2: 216.64.222.16 - Fri, 12 Sep 2003 16:52:37 -0400
    from vt16.vtarget.com ([216.64.222.16])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <329355-8371>
R3: 192.168.3.10 - 12 Sep 2003 15:52:31 -0500
    from vtarget.com (192.168.3.10)
    by   vt16.vtarget.com
    with SMTP

===All e-mail Internet Headers======================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <272903-8379>; Fri, 12 Sep 2003 16:53:49 -0400
Received: from vt16.vtarget.com ([216.64.222.16]) by ams.ftl.affinity.com with ESMTP id
<329355-8371>; Fri, 12 Sep 2003 16:52:37 -0400
Received: from vtarget.com (192.168.3.10)
  by vt16.vtarget.com with SMTP; 12 Sep 2003 15:52:31 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 132110
From:   ADHD <GetHelpForADHD132110@vtarget.com>
To:     James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: MailCenter <mailcenter+132110@virtumundo.com>
Subject: Stop being a slave to ADHD.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep12.165237-0400_edt.329355-8371+3648@ams.ftl.affinity.com>
Date:Fri, 12 Sep 2003 16:52:37 -0400
```

4

```
===Analysis of two emails  =============================================
From: IP address 216.64.222.112, host name 'vm-222-112.mailesp.com'.
Location: 'Chicago, IL, USA' - For a detailed geographic trace, run VisualRoute.
eMailTrackerPro (tm) 4.0a (build 1128) - update

===Received Headers (from you to sender)================================
R1: (unknown) - Tue, 18 Nov 2003 17:24:52 -0500
    from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com)
    by   ams.ftl.affinity.com
    id   <224093-5586>
R2: 216.64.222.112 - Tue, 18 Nov 2003 17:23:24 -0500
    from vm112.vmadmin.com ([216.64.222.112])
    by   ams.ftl.affinity.com
    with ESMTP
    id   <223870-5587>
R3: 192.168.3.11 - 18 Nov 2003 16:23:13 -0600
    from vmadmin.com (192.168.3.11)
    by   vm112.vmadmin.com
    with SMTP

===All e-mail Internet Headers==========================================
X-Persona: <ValueWeb>
Received: from cust_req_fwding (faye@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <224093-5586>; Tue, 18 Nov 2003 17:24:52 -0500
Received: from vm112.vmadmin.com ([216.64.222.112]) by ams.ftl.affinity.com with ESMTP id
<223870-5587>; Tue, 18 Nov 2003 17:23:24 -0500
Received: from vmadmin.com (192.168.3.11)
  by vm112.vmadmin.com with SMTP; 18 Nov 2003 16:23:13 -0600
X-ClientHost: 10209712110106410311111410011111011911111410711504609911110 9
X-MailingID: 200303
From:   Invoice Dealers <GetANewCarToday200303@vmadmin.com>
To:     Faye <faye@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: Invoice Dealers <GetANewCarToday200303@replies.virtumundo.com>
Subject: Buy a new car without all the stress.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Nov18.172324-0500_est.223870-5587+54688@ams.ftl.affinity.com>
Date:Tue, 18 Nov 2003 17:23:23 -0500
```

267