**EXHIBIT C**

Dockets.Justia.com

| Survey Date | Ge | Birthdate | City | Stat | Cou | Postal | Email Address | Site | Ma | First Name | Last Name | Address | Modification Date | Insert Date | Unsub Date | zipcod | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/2/2003 2:01 | M | 3/20/1951 | RICHLAND | WA | US | 99352 | james@gordonworks.com | 999 | 90 | JAMES | GORDON | 1419 JADWIN AVE | | 9/2/2003 7:12 | 7/15/2004 1:34 | | 4.5.74.214 |
| 9/11/2003 | F | 5/31/1953 | RICHLAND | WA | US | 99352 | faye@gordonworks.com | 999 | 13 | FAYE | GORDON | 1419 JADWIN AVE | 7/22/2002 3:45 | 9/27/2003 9:19 | | | 4.5.74.214 |
| 9/16/2003 15:28 | F | 7/1/1974 | WALLA WALLA | WA | US | 99362 | jamila@gordonworks.com | 999 | 90 | JAMILA | GORDON | 7 ROOSEVELT | | 9/29/2003 0:58 | 7/15/2004 1:35 | | 4.5.74.214 |
| 9/16/2003 15:14 | M | 5/5/1980 | PASCO | WA | US | 99301 | jonathan@gordonworks.com | 999 | 90 | JONATHAN | GORDON | | | 9/29/2003 0:55 | 7/15/2004 1:35 | | 4.5.74.214 |
| 9/9/2003 19:04 | M | 11/9/1978 | RICHLAND | WA | US | 99352 | jay@gordonworks.com | 999 | 90 | JAY | GORDON | 1419 JADWIN AVE | 7/16/2002 19:06 | 9/29/2003 20:31 | 7/15/2004 1:34 | | 4.5.74.214 |
| 10/21/2003 14:59 | F | | RICHLAND | WA | US | 99352 | emily@gordonworks.com | 999 | 41 | EMILY | GORDON | 651 MCMURRAY ST | | 10/22/2003 15:15 | | | 4.5.88.163 |
| 1/1/1900 | | | | | | | msm@gordonworks.com | 136 | 13 | | ABBEY | | 12/17/2001 18:25 | 10/22/2003 18:34 | | |
| 1/1/1900 | | | RICHLAND | WA | US | 99352 | jim@gordonworks.com | 999 | 90 | James | Gordon | 1419 JADWIN AVE | 7/16/2002 19:06 | 7/16/2002 18:34 | 1/28/2004 7:01 | 99352 | 4.5.88.163 |

ADK 000022

| From: | Allen Brandt <abrandt@virtumundo.com> |
|---|---|
| Sent: | Thursday, March 30, 2006 9:10 AM |
| To: | Scott Moore <smoore@virtumundo.com> |
| Cc: | Allen Brandt <abrandt@virtumundo.com> |
| Subject: | FW: Bonded Sender Performance Report for Virtumundo, Inc. 03/30/2006 |
| Attach: | BondedSenderCompliance20060330.csv |

**Allen Brandt, CIPP**
**Chief Privacy Officer**
Virtumundo, Inc.

Voice : 913-660-1305
Fax : 913-660-1301
abrandt@virtumundo.com

---

**From:** customercare@bondedsender.com [mailto:customercare@bondedsender.com]
**Sent:** Thursday, March 30, 2006 5:05 AM
**To:** privacy@virtumundo.com; bwestnedge@returnpath.net; bspops@returnpath.net
**Subject:** Bonded Sender Performance Report for Virtumundo, Inc. 03/30/2006

This report indicates performance for your accredited IPs during the last 30 days.

The tables below detail measured performance results against the acceptable thresholds for each of your accredited IPs. Any IP that is over the allowed threshold may be disabled from the program.

Additional information on the Email Sender Standards and Quantitative Requirements is available.

A CSV file is also attached for your convenience. It contains the complete data for each individual IP address.

If you have any questions regarding this report, please contact your Return Path Account Director or customercare@bondedsender.com.

| Important: New standards are enforceable as of March 30, 2006 |
|---|

**Summary Performance Statistics for Virtumundo, Inc. containing 254 IP Addresses**

☐ Good  ☐ Warning  ☐ Bad

**Complaint Data - Bond Group #146533**

| IPs | Status | Hotmail Complaints Allowed: 0.8% | | | SpamCop Complaints Allowed: 1 per million | | | Source A Complaints Allowed: 1% | | | Source B Complaints Allowed:1.1% | | | Unknown Us Allowed: 10% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Vol | Comp | Rate | Vol | Comp | Rate | Vol | Comp | Rate | Vol | Comp | Rate | Vol | Users |

CONFIDENTIAL

VM 035327

Case 2:06-cv-00204-JCC    Document 76-4    Filed 01/02/2007    Page 4 of 35

Scooters Unlimited, 02:13 AM 6/20/2004, You may be eligible for a power wheelchair at no cost to you.    Page 1 of 2

Return-Path: <mailcenter309104@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 31266 invoked by uid 10003); 20 Jun 2004 05:43:30 -0000
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
Received: (qmail 31263 invoked from network); 20 Jun 2004 05:43:30 -0000
Received: from unknown (HELO vm125.vmadmin.com) (216.64.222.125)
  by ns48.webmasters.com with SMTP; 20 Jun 2004 05:43:30 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm125.vmadmin.com with SMTP; 20 Jun 2004 00:43:27 -0500
X-ClientHost: 10609712106410311111410011111011911111410711504609911109
X-MailingID: 309104
From: Scooters Unlimited <ScootersUnlimited@vmadmin.com>
To: Jay <jay@gordonworks.com>
Errors-To:  errors@vmadmin.com
Reply-To: Scooters Unlimited <ScootersUnlimited309104@replies.virtumundo.com>
Subject: You may be eligible for a power wheelchair at no cost to you.
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



This has been presented by

CONFIDENTIAL

Scooters Unlimited, 02:13 AM 6/20/2004, You may be eligible for a power wheelchair at no cost to you.     Page 2 of 2

Southeast Mobility Group LLC/Scooters Unlimited
1702 Ridgewood Ave. Suite A&B
Daytona Beach, FL 32117

If you wish to unsubscribe from Scooters Unlimited in the future, please visit us here.

This is an advertisement. If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here. Please mail questions or comments regarding this advertisement to the sender:

Scooters Unlimited, 1702 Ridgewood Ave., Suites A&B, Daytona Beach, FL 32117

To remove yourself from this program, go to http://www.virtumundo.com/change or click here.

Please send any questions concerning our programs to: Virtumundo, Inc., 8400 W. 110th Street, Suite 330, Overland Park, KS 66210. Thank you.

## UNSUBSCRIBE

Unsubscribe from Virtumundo's Rewards email mailing list:

To unsubscribe from the Virtumundo Rewards email list, please enter your email address below and then click the "unsubscribe" button.

E-mail address: jay@gordonworks.com          Unsubscribe

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on a Virtumundo e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Virtumundo was the sender. Please forward the offending e-mail, in its entirety, to privacy@virtumundo.com for our review. If we did send the e-mail to you, we will promptly remove your address from Virtumundo Rewards.

Click here to view our privacy policy.

Global Unsubscribe

COPYRIGHT © 2002 VIRTUMUNDO, INC. ALL RIGHTS RESERVED

First Premier Bank, 04:17 PM 6/8/2004, Your First PREMIER Bank Visa/MasterCard Application     Page 1 of 2

Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Delivered-To: virtual-gordonworks_com-jay@gordonworks.com
X-ClientHost: 106097121064103111114100111110119111114107115046099111109
X-MailingID: 308880
From: First Premier Bank <FirstPremierBank@vmadmin.com>
To: Jay <jay@gordonworks.com>
Reply-To: First Premier Bank <FirstPremierBank308880@replies.virtumundo.com>
Subject: Your First PREMIER Bank Visa/MasterCard Application



# TURN THINGS AROUND.
REPAIR CREDIT WITH THE FIRST PREMIER CREDIT CARD.

Dear Jay,

When it comes to repairing credit, it helps to have the right tools.

We can help you get the credit you need - simply and quickly - with a First Premier Credit Card.

We designed this program specifically for people who are ready for a fresh start with their credit. Get your First Premier Credit Card, and get ahead with:



☆ Low fixed APR on purchases

☆ 24/7 phone and on-line account access

☆ Monthly reporting to 4 major credit bureaus

☆ Online access to credit education

Use our simple 3step process.

Apply online right now and start strengthening your credit today. We make the process easy, pleasant and secure.

This is a special opportunity, so don't delay. Apply now.

We look forward to working with you
Sincerely,

D. Nicholson

Dan Nicholson
Senior Credit Manager

VM 039046

Printed for

10/27/2006

First Premier Bank, 04:17 PM 6/8/2004, Your First PREMIER Bank Visa/MasterCard Application                Page 2 of 2

This is an advertisement.  If you would like to unsubscribe from any further email advertisements from the advertiser promoted in this message, click here.  Please mail questions or comments regarding this advertisement to the sender:

First Premier Bank 900 W. Delaware St., Sioux Falls, SD 57104

- To remove yourself from this program, go to http://www.virtumundo.com/change or click here.
- Please send any questions concerning our programs to: Virtumundo, Inc., 8400 W. 110th Street, Suite 330, Overland Park, KS 66210.  Thank you.

Virtumundo.com

http://www.virtumundo.com/action/index.html?m=308880&e=jay@gor...

# UNSUBSCRIBE

Unsubscribe from Virtumundo's Rewards email mailing list:

To unsubscribe from the Virtumundo Rewards email list, please enter your email address below and then click the "unsubscribe" button.

E-mail address: jay@gordonworks.com          Unsubscribe

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on a Virtumundo e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Virtumundo was the sender. Please forward the offending e-mail, in its entirety, to privacy@virtumundo.com for our review. If we did send the e-mail to you, we will promptly remove your address from Virtumundo Rewards.

Click here to view our privacy policy.

Global Unsubscribe

COPYRIGHT © 2002 VIRTUMUNDO, INC. ALL RIGHTS RESERVED

CONFIDENTIAL

VM 039048
10/27/2006 11:02 AM

Return-Path: <mailcenter308993@vmadmin.com>
Delivered-To: virtual-gordonworks_com-jim@gordonworks.com
Received: (qmail 1874 invoked by uid 10003); 15 Jun 2004 06:13:20 -0000
Delivered-To: virtual-gordonworks_com-jamila@gordonworks.com
Received: (qmail 1865 invoked from network); 15 Jun 2004 06:13:20 -0000
Received: from unknown (HELO vm094.vmadmin.com) (216.64.222.94)
  by ns48.webmasters.com with SMTP; 15 Jun 2004 06:13:20 -0000
Received: from vmadmin.com (192.168.3.11)
  by vm094.vmadmin.com with SMTP; 15 Jun 2004 01:13:19 -0500
X-ClientHost: 10609710910510809706410311111410011111011911111410711504609911109
X-MailingID: 308993
From: University of Phoenix Online <UniversityOnline@vmadmin.com>
To: Jamila <jamila@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: University of Phoenix Online <UniversityOnline308993@replies.virtumundo.com>
Subject: Enroll now and waive the application fee
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



Printed for

University of Phoenix Online, 11:50 PM 6/14/2004, Enroll now and waive the application fee    Page 2 of 2



We respect your privacy. If you wish to no longer receive emails from University of Phoenix, please click here to unsubscribe and your e-mail address will be removed from future e-mail promotions.

University of Phoenix  3157 E. Elwood St  Phoenix, AZ 85040

⊚    This is an advertisement. We respect your privacy. If you wish to no longer receive emails from
⊚    University of Phoenix, please click here to unsubscribe and your e-mail address will be removed from
    future e-mail promotions.

    University of Phoenix, 4615 E. Elwood St., Phoenix, AZ 85040

    To remove yourself from this program, go to http://www.virtumundo.com/change or click here.
    Please send any questions concerning our programs to: Virtumundo, Inc., 8400 W. 110th Street, Suite 330,
    Overland Park, KS 66210   Thank you.

# UNSUBSCRIBE

Unsubscribe from Virtumundo's Rewards email mailing list:

To unsubscribe from the Virtumundo Rewards email list, please enter your email address below and then click the "unsubscribe" button.

E-mail address: jamila@gordonworks.com     Unsubscribe

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on a Virtumundo e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Virtumundo was the sender. Please forward the offending e-mail, in its entirety, to privacy@virtumundo.com for our review. If we did send the e-mail to you, we will promptly remove your address from Virtumundo Rewards.

Click here to view our privacy policy.

Global Unsubscribe

COPYRIGHT © 2002 VIRTUMUNDO, INC  ALL RIGHTS RESERVED

CONFIDENTIAL

Welcome **Guest!**  Login/Join

Whois vmadmin.com    ❯ Domain Suggestions ❯ For Sale ❯ Auctions ❯ Advanced Auctions ❯ Domain Search ❯ Domain Monitor

Domain Directory    Ping ❯    Traceroute ❯    My IP Address    Cheap Domain Name Registration    Bulk Check    *more* ❯

**Power Tools:**    Reverse IP    Domain History    Mark Alert    Name Server Spy    Advanced Auction    XML API





Version 2, Kicks Ass!

## Whois Record for Vmadmin.com

### Page Information

**Website Title:** Virtumundo.com

**Record Type:** Domain Name

**Meta Description:** Virtumundo specializes in delivering multi-channel marketing solutions to create highly-targeted, customizable campaigns through email, direct mail, and online advertising that meet our client's bottom-line business objectives.

**Meta Keywords:** internet marketing, email marketing, online marketing, database marketing, internet advertising, email advertising, online advertising, banner advertising, marketer, advertiser, agency, affiliate, opt in email, media planning, campaign management

**About Us:** ❧ Wiki article on Vmadmin.com

### Indexed Data

**Alexa Trend/Rank:** ⤵ 651,775 (1 Month) 495,415 (3 Month)

### Server Data

**Server Type:** Apache/2.2.0 (Unix) mod_ssl/2.2.0 OpenSSL/0.9.7a PHP/5.1.2
(Spry.com also uses Apache)

**IP Address:** 206.82.184.31 Ⓦ Ⓟ Ⓓ Ⓣ

**IP Location:** 🏴 - Kansas - Overland Park - Virtumundo Inc

**Response Code:** 200

**Blacklist Status:** Clear (history)

**SSL Cert:** www.carhunt.com expires in 185 days

**Website Status:** Active

### Registry Data

**ICANN Registrar:** NETWORK SOLUTIONS, LLC.

**Created:** 19-feb-1998

**Expires:** 18-feb-2007

**Registrar Status:** REGISTRAR-LOCK

**Whois Server:** whois.networksolutions.com

**Thumbnail: 2005-10-19**



Queue Thumbnail For Update

**Other TLDs**                    Show Key

| com | net | org | info | biz | us |
|-----|-----|-----|------|-----|-----|
| ▢ | ○ | ○ | ○ | ○ | ○ |

**Reverse IP**

There are 10 other sites hosted on this webserver. View a sample with Reverse IP.

**Backorder**

Set a backorder so you can own vmadmin.com when it becomes available.

**Domains for Sale**

| Domain | Price |
|--------|-------|
| Min.biz | $150.00 |
| MicroMin.com | $150.00 |
| DrMin.com | $250.00 |
| MinPo.com | $300.00 |

VM 039052
10/27/2006 10:41 AM

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | EMAIL | OPT_IN_TIME | ID | SURVEYDATE | GENDER | BIRTHDATE | CITY |
| 2 | james@gordonworks.com | 2:01 AM | 145761186 | 2-Sep-03 | M | 30-Mar-51 | RICHLAND |
| 3 | jamila@gordonworks.com | 3:26 PM | 146688982 | 16-Sep-03 | F | 1-Jul-74 | WALLA WALLA |
| 4 | jonathan@gordonworks.com | 3:14 PM | 146690149 | 16-Sep-03 | M | 5-May-80 | PASCO |
| 5 | faye@gordonworks.com | 12:00 AM | 146534790 | 11-Sep-03 | F | 31-May-53 | RICHLAND |
| 6 | jay@gordonworks.com | 7:04 PM | 146725017 | 9-Sep-03 | M | 9-Nov-78 | RICHLAND |
| 7 | emily@gordonworks.com | 1:09 PM | 147768416 | 21-Oct-03 | | | RICHLAND |
| 8 | msm@gordonworks.com | 12:00 AM | 43436537 | 1-Jan-00 | | | |
| 9 | jim@gordonworks.com | 12:00 AM | 117161239 | 1-Jan-00 | | | RICHLAND |

CONFIDENTIAL

ADK 001286

| | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| 1 | STATEID | COUNTRYID | POSTALCODE | FIRSTNAME | LASTNAME | ADDRESS1 | ADDRESS2 | MODDATE | RETRIES |
| 2 | WA | US | 99352 | JAMES | GORDON | 1419 JADWIN AVE | | | 0 |
| 3 | WA | | 99362 | JAMILA | GORDON | 7 ROOSEVELT | | | 0 |
| 4 | WA | | 99301 | JONATHAN | GORDON | | | | 0 |
| 5 | WA | US | 99352 | FAYE | GORDON | 1419 JADWIN AVE | | | 0 |
| 6 | WA | US | 99352 | JAY | GORDON | 1419 JADWIN AVE | | | 0 |
| 7 | WA | US | 99352 | EMILY | ABBEY | 651 MCMUF APT 307 | | | |
| 8 | | | | | | | | 22-Jul-02 | |
| 9 | WA | US | 99352 | James | Gordon | 1419 JADWIN AVE | | 16-Jul-02 | 1 |

CONFIDENTIAL

ADK 001287

ADK 001288

|   | Q | R | S | T |
|---|---|---|---|---|
|   | TOTALBOUNCES | INSERTEDDATE | REWARD_UNSUB_DATE | IP |
| 1 |   |   |   |   |
| 2 |   | 3-Sep-03 | 15-Jul-04 | 4.5.74.214 |
| 3 |   | 29-Sep-03 | 15-Jul-04 | 4.5.74.214 |
| 4 |   | 29-Sep-03 | 15-Jul-04 | 4.5.74.214 |
| 5 |   | 27-Sep-03 | 28-Jan-04 | 4.5.74.214 |
| 6 |   | 29-Sep-03 | 15-Feb-06 | 4.5.74.214 |
| 7 |   | 22-Oct-03 | 15-Feb-06 | 4.5.88.163 |
| 8 |   | 17-Dec-01 | 15-Feb-06 |   |
| 9 |   | 16-Jul-02 | 28-Jan-04 |   |

CONFIDENTIAL

X-Persona: <spam>
Return-Path: <mailcenter21892244@adknowledgemail.com>
Delivered-To: 7-faye@gordonworks.com
Received: (qmail 25697 invoked from network); 16 Oct 2005 17:45:54 -0600
Received: from vm208-234.adknowledgemail.com (HELO kc-sb02.ak-networks.com) (216.21.208.234)
  by chiefmusician.net with SMTP; 16 Oct 2005 17:45:54 -0600
Received: from adknowledgemail.com (10.10.50.60)
  by sb01.adknownet.com with ESMTP; 16 Oct 2005 18:45:14 -0500
X-ClientHost: 10209712110106410311111410011111011911111410711504609911110 9
X-MailingID: 21892244
From: Las Vegas Weddings <LasVegasWeddings@adknowledgemail.com>
To:    <faye@gordonworks.com>
Errors-To:  errors@adknowledgemail.com
Reply-To: return21892244@adknowledgemail.com
Subject: Your Vegas wedding awaits!
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit



file://C:\DOCUME~1\roger\LOCALS~1\Temp\eud55.htm                    10/19/2006

You received this message because you subscribed to Adknowledge Rewards. To remove yourself from this service and stop receiving email messages from Adknowledge, go to http://www.adknowledgemail.com/us or go here. To read Adknowledge's privacy policy, go to http://www.adknowledgemail.com/pp or go here. Please mail comments about this message to Adknowledge, 4600 Madison, 5th Floor, Kansas City, MO 64112. (c) 1998-2005 Adknowledge, Inc. All rights reserved.

CONFIDENTIAL    ADK 001220

Adknowledge.com

http://www.adknowledge.com/mus/?



**privacy.adknowledge.com**

**Unsubscribe**

To unsubscribe from mail originating from the Adknowledge systems, please enter your email address below and then click the "Unsubscribe" button.

**E-Mail Address:**

Unsubscribe

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on an Adknowledge e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Adknowledge was the sender. Please forward the offending e-mail, in its entirety, to privacy@adknowledge.com for our review. If we did send the e-mail to you, we will promptly remove your address from the Adknowledge network.

Click here to view our privacy policy.

Global Unsubscribe

All original content copyright © 2006 adknowledge, Inc. All rights reserved. All other product, service and company names are trademarks, registered trademarks or service marks of their respective owners

CONFIDENTIAL

ADK 001221
10/27/2006 10:53 AM

Case 2:06-cv-00204-JCC    Document 76-4    Filed 01/02/2007    Page 20 of 35

Life Insurance, 12:09 AM 2/5/2006, Do you have enough life insurance?                    Page 1 of 2

X-Persona: <spam>
Return-Path: <mailcenter46245399@adknowledgemail.com>
Delivered-To: 7-faye@gordonworks.com
Received: (qmail 10688 invoked from network); 4 Feb 2006 23:41:42 -0600
Received: from vm208-68.adknowledgemail.com (216.21.208.68)
  by celiajay.com with SMTP; 4 Feb 2006 23:41:40 -0600
Received: from adknowledgemail.com (10.10.50.60)
  by vm208-68.adknowledgemail.com with ESMTP; 04 Feb 2006 23:40:50 -0600
X-ClientHost: 102097121101064103111114100111110119111114107115046099111109
X-MailingID: 46245399
From: Life Insurance <LifeInsuranceNow@adknowledgemail.com>
To: <faye@gordonworks.com>
Errors-To: errors@adknowledgemail.com
Reply-To: return46245399@adknowledgemail.com
Subject: Do you have enough life insurance?
Mime-Version: 1.0
Content-Type: text/html; charset="us-ascii"
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: No, hits=9.2 required=999.0 tests=BAYES_99,DATE_MISSING,
    HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_ONLY autolearn=no
    version=2.63



Life Insurance, 12:09 AM 2/5/2006, Do you have enough life insurance?    Page 2 of 2

**Affordable Life Insurance**

Quickly compare term life rates. Choose from trusted brands & save!

CLICK NOW

**Save on Life Insurance**

Compare mulitple quotes and make an informed decision.

CLICK NOW



brought to you by **adknowledge**    The Next Generation of Online Advertising℠

You received this message because you subscribed to Adknowledge Rewards. To remove yourself from this service and stop receiving email messages from Adknowledge, go to http://www.adknowledgemail.com/us or go here. To read Adknowledge's privacy policy, go to http://www.adknowledgemail.com/pp or go here. Please mail comments about this message to Adknowledge, 4600 Madison, 10th Floor, Kansas City, MO 64112. (c) 1998-2005 Adknowledge, Inc. All rights reserved.

Printed for

ADK 001223
10/19/2006

Adknowledge.com                                                    http://www.adknowledge.com/mus/?

    **privacy.adknowledge.com**

**Unsubscribe**

To unsubscribe from mail originating from the Adknowledge systems, please enter your email address below and then click the "Unsubscribe" button.

**E-Mail Address:**    [                              ]

                        Unsubscribe

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on an Adknowledge e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Adknowledge was the sender. Please forward the offending e-mail, in its entirety, to privacy@adknowledge.com for our review. If we did send the e-mail to you, we will promptly remove your address from the Adknowledge network.

Click here to view our privacy policy.

Global Unsubscribe

All original content copyright © 2006 adknowledge, Inc  All rights reserved  All other product, service and company names are trademarks, registered trademarks or service marks of their respective owners

X-Persona: <spam>
Return-Path: <mailcenter40561986@adknowledgemail.com>
Delivered-To: 7-faye@gordonworks.com
Received: (qmail 14593 invoked from network); 13 Jan 2006 01:18:13 -0600
Received: from vm208-47.adknowledgemail.com (216.21.208.47)
   by gordonworks.com with SMTP; 13 Jan 2006 01:18:12 -0600
X-ClientHost: 1020971211010641031111141001111101191111141071150460990111109
X-MailingID: 40561986
From: Visit Sunny San Diego <VisitSunnySanDiego@adknowledgemail.com>
To: <faye@gordonworks.com>
Errors-To: errors@adknowledgemail.com
Reply-To: return40561986@adknowledgemail.com
Subject: Set your sights on San Diego.
Mime-Version: 1.0
Content-Type: text/html; charset="us-ascii"
Content-Transfer-Encoding: 8bit
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on gordonworks.com
X-Spam-Level: *********
X-Spam-Status: No, hits=9.2 required=999.0 tests=BAYES_99,DATE_MISSING,
       HTML_IMAGE_ONLY_06,HTML_MESSAGE,MIME_HTML_ONLY autolearn=no
       version=2.63

Printed for
ADK 001225
10/20/2006

Visit Sunny San Diego, 02:42 AM 1/13/2006, Set your sights on San Diego.    Page 2 of 2



You received this message because you subscribed to Adknowledge Rewards. To remove yourself from this service and stop receiving email messages from Adknowledge, go to http://www.adknowledgemail.com/us or go here  To read Adknowledge's privacy policy, go to http://www.adknowledgemail.com/pp or go here  Please mail comments about this message to Adknowledge, 4600 Madison, 10th Floor, Kansas City, MO 64112  (c) 1998-2005 Adknowledge, Inc  All rights reserved.

ADK 001226

Printed for

Adknowledge.com

 **privacy.adknowledge.com**

### Unsubscribe

To unsubscribe from mail originating from the Adknowledge systems, please enter your email address below and then click the "Unsubscribe" button.

**E-Mail Address:**

Unsubscribe

NOTICE OF RECENT FORGERIES: If you reached this page by clicking on an Adknowledge e-mail unsubscribe link, the e-mail address field (above) will be automatically filled in with your e-mail address. If no e-mail address or an e-mail address that is unfamiliar to you appears, you could be receiving e-mail that has been forged to falsely appear as if Adknowledge was the sender. Please forward the offending e-mail, in its entirety, to privacy@adknowledge.com for our review. If we did send the e-mail to you, we will promptly remove your address from the Adknowledge network.

Click here to view our privacy policy.

Global Unsubscribe

All original content copyright © 2006 adknowledge, Inc. All rights reserved. All other product, service and company names are trademarks, registered trademarks or service marks of their respective owners.

CONFIDENTIAL

ADK 001227
10/27/2006 10:58 AM

# *MailCloud Verify Unsub*

**Email To Check:**

bonnie@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**bonnie@gordonworks.com**

Name ,

City

State

ZIP Code

Gender

Affiliate ()

Collection Site

Collection Date

IP Address

Acquire Type

Deal Name

Created

Last Modifed

| Demo Optout Dates | | Email Unsubs | | | | |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | Suppression Date | Mailing Status | MailingList |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL   VM 000156

# *MailCloud Verify Unsub*

**Email To Check:**

bonniegg@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**bonniegg@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL    VM 000157

# MailCloud Verify Unsub

**Email To Check:**

business@gordonworks.com

> Query

> RewardUnsub

> GlobalUnsub

Enter Email address for query.

> Suppress

> Complainer

**Translate from X-ServerHost:**

> Translate

---

**business@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000158

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

cash@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**cash@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL    VM 000159

# *MailCloud Verify Unsub*

**Email To Check:**

emily@gordonworks.com

Enter Email address for query.

| Query |
| --- |

| RewardUnsub |
| --- |

| GlobalUnsub |
| --- |

| Suppress |
| --- |

| Complainer |
| --- |

**Translate from X-ServerHost:**

| Translate |
| --- |

---

emily@gordonworks.com

| | |
| --- | --- |
| **Name** | ABBEY, EMILY |
| **City** | RICHLAND |
| **State** | WA |
| **ZIP Code** | 99352 |
| **Gender** | |
| **Affiliate** | 999 (CLICKM2) |

| | |
| --- | --- |
| **Collection Site** | idealclick |
| **Collection Date** | 10/21/2003 |
| **IP Address** | 4.5.88.163 |
| **Acquire Type** | ACQUISITION |
| **Deal Name** | IDEALCLICK |
| **Created** | 10/22/2003 |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
| --- | --- | --- | --- | --- | --- | --- |
| Global | Rewards | Global | Rewards | | | |
| NONE | 02/15/2006 | No Entry | 02/15/2006 | NONE | 90 | No |

CONFIDENTIAL

VM 000160

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

faye@gordonworks.com

| Query |
| RewardUnsub |
| GlobalUnsub |

Enter Email address for query.

| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**faye@gordonworks.com**

| Name | GORDON, FAYE |
|------|--------------|
| City | RICHLAND |
| State | WA |
| ZIP Code | 99352 |
| Gender | F |
| Affiliate | 999 (ASCENDANT MEDIA INC.) |

| Collection Site | |
| Collection Date | 09/11/2003 |
| IP Address | 4.5.74.214 |
| Acquire Type | ACQUISITION |
| Deal Name | EZSWEEPS.COM/PORTFOLIO.PHP |
| Created | 09/27/2003 |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 01/28/2004 | No Entry | 01/28/2004 | NONE | 90 | No |

# *MailCloud Verify Unsub*

**Email To Check:**

genesis@gordonworks.com

[ Query ]

[ RewardUnsub ]

[ GlobalUnsub ]

Enter Email address for query.

[ Suppress ]

[ Complainer ]

**Translate from X-ServerHost:**

[ Translate ]

---

**genesis@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000162

# *MailCloud Verify Unsub*

**Email To Check:**

goals@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**goals@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

gordonworks@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**gordonworks@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# MailCloud Verify Unsub

**Email To Check:**

| james@gordonworks.com |

**Query**

**RewardUnsub**

**GlobalUnsub**

Enter Email address for query.

**Suppress**

**Complainer**

**Translate from X-ServerHost:**

**Translate**

---

**james@gordonworks.com**

| | |
|---|---|
| Name | GORDON, JAMES |
| City | RICHLAND |
| State | WA |
| ZIP Code | 99352 |
| Gender | M |
| Affiliate | 999 (RAUT MEDIA) |

| | |
|---|---|
| Collection Site | |
| Collection Date | 09/02/2003 |
| IP Address | 4.5.74.214 |
| Acquire Type | ACQUISITION |
| Deal Name | EMAILPRIZE.COM/COMPUTER.PHP |
| Created | 09/03/2003 |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 07/15/2004 | No Entry | 07/15/2004 | NONE | 90 | No |

CONFIDENTIAL    VM 000165