Verify Unsubscribe Emails

# MailCloud Verify Unsub

**Email To Check:**

jamila@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**jamila@gordonworks.com**

| | |
|---|---|
| Name | GORDON, JAMILA |
| City | WALLA WALLA |
| State | WA |
| ZIP Code | 99362 |
| Gender | F |
| Affiliate | 999 (RAUT MEDIA) |

| | |
|---|---|
| Collection Site | |
| Collection Date | 09/16/2003 |
| IP Address | 4.5.74.214 |
| Acquire Type | ACQUISITION |
| Deal Name | RAUT MEDIA |
| Created | 09/29/2003 |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 07/15/2004 | No Entry | 07/15/2004 | NONE | 90 | No |

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

jay@gordonworks.com

| Query |

| RewardUnsub |

| GlobalUnsub |

Enter Email address for query.

| Suppress |

| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**jay@gordonworks.com**

| Name | GORDON, JAY |
|---|---|
| City | RICHLAND |
| State | WA |
| ZIP Code | 99352 |
| Gender | M |
| Affiliate | 999 (RAUT MEDIA) |

| Collection Site | |
|---|---|
| Collection Date | 09/09/2003 |
| IP Address | 4.5.74.214 |
| Acquire Type | ACQUISITION |
| Deal Name | EMAILPRIZE.COM/COMPUTER.PHP |
| Created | 09/29/2003 |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 02/15/2006 | No Entry | 02/15/2006 | NONE | 90 | No |

# *MailCloud Verify Unsub*

**Email To Check:**

jeg@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**jeg@gordonworks.com**

**Name**              ,

**City**

**State**

**ZIP Code**

**Gender**

**Affiliate**          ()

**Collection Site**

**Collection Date**

**IP Address**

**Acquire Type**

**Deal Name**

**Created**

**Last Modifed**

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

jim@gordonworks.com

| Query |

| RewardUnsub |

| GlobalUnsub |

Enter Email address for query.

| Suppress |

| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**jim@gordonworks.com**

| Name | Gordon, James |
|---|---|
| City | RICHLAND |
| State | WA |
| ZIP Code | 99352 |
| Gender | |
| Affiliate | 999 (NETWORK COMMERCE) |

| Collection Site | |
|---|---|
| Collection Date | 01/01/1900 |
| IP Address | |
| Acquire Type | ACQUISITION |
| Deal Name | LAWSUIT RECS: JULY |
| Created | 07/16/2002 |
| Last Modified | 07/16/2002 |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | 01/28/2004 | No Entry | 01/28/2004 | NONE | 90 | No |

CONFIDENTIAL     VM 000169

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

jobs@gordonworks.com

| Query |

| RewardUnsub |

| GlobalUnsub |

Enter Email address for query.

| Suppress |

| Complainer |

**Translate from X-ServerHost:**

| Translate |

---

**jobs@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |

| | |
|---|---|
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |

| | |
|---|---|
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000170

# MailCloud Verify Unsub

**Email To Check:**

jonathan@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**jonathan@gordonworks.com**

| | |
|---|---|
| Name | GORDON, JONATHAN |
| City | PASCO |
| State | WA |
| ZIP Code | 99301 |
| Gender | M |
| Affiliate | 999 (RAUT MEDIA) |

| | |
|---|---|
| Collection Site | |
| Collection Date | 09/16/2003 |
| IP Address | 4.5.74.214 |
| Acquire Type | ACQUISITION |
| Deal Name | RAUT MEDIA |
| Created | 09/29/2003 |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 07/15/2004 | No Entry | 07/15/2004 | NONE | 90 | No |

CONFIDENTIAL                                    VM 000171

# *MailCloud Verify Unsub*

**Email To Check:**

links@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**links@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000172

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

localbusiness@gordonworks.com

[ Query ]

[ RewardUnsub ]

[ GlobalUnsub ]

Enter Email address for query.

[ Suppress ]

[ Complainer ]

**Translate from X-ServerHost:**

[ Translate ]

---

**localbusiness@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

lynkstation@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**lynkstation@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |

| | |
|---|---|
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |

| | |
|---|---|
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| **Global** | **Rewards** | **Global** | **Rewards** | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000174

Verify Unsubscribe Emails

# MailCloud Verify Unsub

**Email To Check:**

marketer@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**marketer@gordonworks.com**

Name                    ,

City

State

ZIP Code

Gender

Affiliate            ()

Collection Site

Collection Date

IP Address

Acquire Type

---

Deal Name

Created

Last Modifed

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

http://admin.virtumundo.com/MailCloud/listmanagement/checkunsub.cgi     10/16/2006

CONFIDENTIAL                                    VM 000175

# *MailCloud Verify Unsub*

**Email To Check:**

| msm@gordonworks.com |

Enter Email address for query.

**Translate from X-ServerHost:**

| |

[ Query ]

[ RewardUnsub ]

[ GlobalUnsub ]

[ Suppress ]

[ Complainer ]

[ Translate ]

---

**msm@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | 136 (MileSpree) |
| | |
| **Collection Site** | www.milespree.com |
| **Collection Date** | 01/01/1900 |
| **IP Address** | |
| **Acquire Type** | Purchase |
| **Deal Name** | |
| **Created** | 12/17/2001 |
| **Last Modifed** | 07/22/2002 |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | 02/15/2006 | No Entry | 02/15/2006 | NONE | 90 | No |

CONFIDENTIAL
VM 000176

Page 1 of 2

# *MailCloud Verify Unsub*

**Email To Check:**

postmaster@gordonworks.com

Enter Email address for query.

**Translate from X-ServerHost:**

| Query |
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |
| Translate |

---

**postmaster@gordonworks.com**

| | |
|---|---|
| Name | , |
| City | |
| State | |
| ZIP Code | |
| Gender | |
| Affiliate | () |
| Collection Site | |
| Collection Date | |
| IP Address | |
| Acquire Type | |
| Deal Name | |
| Created | |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

http://admin.virtumundo.com/MailCloud/listmanagement/checkunsub.cgi    10/16/2006

CONFIDENTIAL
VM 000177

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

referral@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

referral@gordonworks.com

Name                    ,

City

State

ZIP Code

Gender

Affiliate              ()


Collection Site

Collection Date

IP Address

Acquire Type

Deal Name

Created

Last Modifed


| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000178

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

sd@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**sd@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

teen@gordonworks.com

Enter Email address for query.

| Query |
|---|
| RewardUnsub |
| GlobalUnsub |
| Suppress |
| Complainer |

**Translate from X-ServerHost:**

| Translate |
|---|

---

teen@gordonworks.com

| Name | , |
| City | |
| State | |
| ZIP Code | |
| Gender | |
| Affiliate | () |
| | |
| Collection Site | |
| Collection Date | |
| IP Address | |
| Acquire Type | |
| Deal Name | |
| Created | |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

Verify Unsubscribe Emails

# *MailCloud Verify Unsub*

**Email To Check:**

telecom@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

**telecom@gordonworks.com**

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

tj@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

---

tj@gordonworks.com

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

# *MailCloud Verify Unsub*

**Email To Check:**

tommy@gordonworks.com

Query

RewardUnsub

GlobalUnsub

Enter Email address for query.

Suppress

Complainer

**Translate from X-ServerHost:**

Translate

tommy@gordonworks.com

| | |
|---|---|
| **Name** | , |
| **City** | |
| **State** | |
| **ZIP Code** | |
| **Gender** | |
| **Affiliate** | () |
| | |
| **Collection Site** | |
| **Collection Date** | |
| **IP Address** | |
| **Acquire Type** | |
| **Deal Name** | |
| **Created** | |
| **Last Modifed** | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

CONFIDENTIAL
VM 000183

# *MailCloud Verify Unsub*

**Email To Check:**

webmaster@gordonworks.com

[ Query ]

[ RewardUnsub ]

[ GlobalUnsub ]

Enter Email address for query.

[ Suppress ]

[ Complainer ]

**Translate from X-ServerHost:**

[ Translate ]

---

**webmaster@gordonworks.com**

| | |
|---|---|
| Name | , |
| City | |
| State | |
| ZIP Code | |
| Gender | |
| Affiliate | () |
| | |
| Collection Site | |
| Collection Date | |
| IP Address | |
| Acquire Type | |
| Deal Name | |
| Created | |
| Last Modifed | |

| Demo Optout Dates | | Email Unsubs | | Suppression Date | Mailing Status | MailingList |
|---|---|---|---|---|---|---|
| Global | Rewards | Global | Rewards | | | |
| NONE | NONE | No Entry | No Entry | NONE | NONE | No |

| ID | SURVEYDATE | GENDER | BIRTHDATE | MARITALSTATUSID | CITY | STATEID | COUNTRYID |
|---|---|---|---|---|---|---|---|
| 216339582 | 28-Jun-06 | | 20-Jan-85 | | WALLA WALLA | WA | |
| 174280231 | 31-May-05 | F | 3-Dec-39 | | Seattle | WA | |
| 172158375 | 7-May-05 | M | 30-Jun-76 | | MILTON FREEWATER | OR | |
| 183077185 | 4-Sep-05 | F | 3-Dec-39 | | Seattle | WA | |
| 190295946 | 18-Jun-05 | | | | | | |
| 190297355 | 18-Jun-05 | | | | | | |
| 190357543 | 18-Jun-05 | M | | | RICHLAND | WA | |
| 190657129 | 11-Aug-05 | F | | | WALLA WALLA | WA | |
| 183195912 | 6-Sep-05 | F | 1-Aug-71 | | Walla Walla | WA | |
| 183199602 | 6-Sep-05 | F | 11-Nov-76 | | Richland | WA | |
| 190661211 | 14-Jun-05 | | | | | | |
| 190662358 | 14-Jun-05 | | | | | | |
| 191856630 | 1-Aug-05 | M | | | RICHLAND | WA | |
| 191855986 | 2-Aug-05 | M | | | RICHLAND | WA | |
| 191840917 | 30-Jul-05 | | | | | | |
| 191889385 | 3-Aug-05 | | | | | | |
| 191883325 | 28-Jul-05 | M | | | KENNEWICK | WA | |

CONFIDENTIAL

VM 039489

CONFIDENTIAL

| POSTALCODE | EDUCATIONLEVELID | OCCUPATIONID | INDUSTRYID | INCOMELEVELID | INETEXPERIENCELEVELID |
|---|---|---|---|---|---|
| 99362 | | | | | |
| 98119 | | | | | |
| 97862 | | | | | |
| 98119 | | | | | |
| 99302 | | | | | |
| 99354 | | | | | |
| 99354 | | | | | |
| 99362 | | | | | |
| 99362 | | | | | |
| 99354 | | | | | |
| 99302 | | | | | |
| 99362 | | | | | |
| 99352 | | | | | |
| 99352 | | | | | |
| 99336 | | | | | |
| 99336 | | | | | |
| 99336 | | | | | |

VM 039490

CONFIDENTIAL

VM 039491

| INETFREQUENCYLEVELID | INETSPEEDID | PROMOTIONCHANNELID | EMAIL | SITE | SWEEPS | MAILINGSTATUS |
|---|---|---|---|---|---|---|
| | | | tommy@iammtomm.com | 999 | | 0 |
| | | | katie@ehahome.com | 999 | | 90 |
| | | | jamila@iammtomm.com | 999 | | 41 |
| | | | hum@ehahome.com | 999 | | 90 |
| | | | jon@jaykaysplace.com | 999 | | 0 |
| | | | celia@celiajay.com | 999 | | 0 |
| | | | jay@jayceila.com | 999 | | 0 |
| | | | mila@iammtomm.com | 999 | | 0 |
| | | | indi@iammtomm.com | 999 | | 0 |
| | | | temon@jaycelia.com | 999 | | 41 |
| | | | jim@itdidnotendright.com | 999 | | 0 |
| | | | jim@rcw1919i0020.com | 999 | | 90 |
| | | | tj@anthonycentral.com | 999 | | 0 |
| | | | chuck@anthonycentral.com | 999 | | 0 |
| | | | dewayne@anthonycentral.com | 999 | | 0 |
| | | | sandy@anthonycentral.com | 999 | | 0 |
| | | | ant@anthonycentral.com | 999 | | 0 |

| FIRSTNAME | LASTNAME | ADDRESS1 | ADDRESS2 | PHONE | PHONEAC | UNSUBDATE | SOURCE | AUDITFLAGS |
|---|---|---|---|---|---|---|---|---|
| TOMMY | SCHNEIDER | 725 N ROOSEVELT ST | | | | | | |
| Katie | Hum | 1407 2nd Ave. W #608 | | | | | | |
| Tommy | Schneider | 1317 S MAIN ST | | | | | | |
| Emily | Abbey | 1407 2nd Ave W Apt. 608 | | | | | | |
| Jay | Gordon | 200 Waldron Ave | Apt. #4 | | | | | |
| Jamila | Gordon | 725 N Roosevelt | | | | | | |
| Indi | Gordon | 725 N Roosevelt | | | | | | |
| Ternon | Gordon | 1419 Jadwin Ave | | | | | | |
| tj | kurne | 7162 thayer | | | | | | |
| chuck | howard | 1805 comstock | | | | | | |
| amra | shmir | 413 e 10th | | | | | | |

CONFIDENTIAL

VM 039492

CONFIDENTIAL



VM 039493

CONFIDENTIAL



| CHILDRENINHOUSENUM | FAMILYINCOMELEVELID | BOUNCES | LAST_BOUNCE_DATE | EMPLOYER | RETRIES | TOTALBOUNCES |
|---|---|---|---|---|---|---|
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 1 | |
| | | | | | 0 | |
| | | | | | 0 | |

VM 039494

CONFIDENTIAL

| INSERTEDDATE | REWARD_UNSUB_DATE | GLOBAL_UNSUB_DATE | ZIPCODE | CLEANME | ADDMAILINGLIST | IP |
|---|---|---|---|---|---|---|
| 25-Jul-06 | | | | | 0 | 24.171.135.88 |
| 2-Jun-05 | 6-Apr-06 | | | | 0 | 24.18.131.244 |
| 8-May-05 | | | | | 0 | 68.189.131.200 |
| 7-Sep-05 | | | | | 0 | 67.160.87.104 |
| 6-Dec-05 | 6-Apr-06 | | | | 0 | 68.118.220.131 |
| 6-Dec-05 | | | | | 0 | 68.118.220.131 |
| 6-Dec-05 | | | | | 0 | 68.118.220.131 |
| 9-Dec-05 | | | | | 0 | 68.186.68.186 |
| 8-Sep-05 | | | | | 0 | 68.186.68.186 |
| 9-Dec-05 | | | | | 0 | 68.186.68.186 |
| 8-Sep-05 | | | | | 0 | 68.118.220.131 |
| 9-Dec-05 | | | | | 0 | 68.118.220.131 |
| 17-Dec-05 | 5-Apr-06 | | | | 0 | 68.119.0.247 |
| 17-Dec-05 | | | | | 0 | 68.119.0.247 |
| 17-Dec-05 | | | | | 0 | 68.119.0.247 |
| 17-Dec-05 | | | | | 0 | 68.119.0.247 |
| 17-Dec-05 | | | | | 0 | 68.119.0.247 |

VM 039495

CONFIDENTIAL

VM 039496

| ADDRESS_SITE | NAME_SITE | PHONE_SITE | ERROR_CODE | ZIPCODE_SITE | ZIPCODE4 | SIEVE_FILE_ID | SIEVE_FILE_ID_NAME |
|---|---|---|---|---|---|---|---|
| | | | | | | 263284 | |
| | | | | | | 179328 | |
| | | | | | | 178390 | |
| | | | | | | 183007 | |
| | | | | | | 187868 | |
| | | | | | | 187868 | |
| | | | | | | 187895 | |
| | | | | | | 188013 | |
| | | | | | | 183112 | |
| | | | | | | 188013 | |
| | | | | | | 188539 | |
| | | | | | | 188539 | |
| | | | | | | 188538 | |
| | | | | | | 188546 | |
| | | | | | | 188545 | |



CONFIDENTIAL

VM 039497

CONFIDENTIAL

VM 039498

| SURVEYSITE | MAIL_GROUP_ID | MAIL_GROUP_ID_PREV | MAIL_GROUP_ID_CHG_DATE | INCOME | INFOUSA_DATE |
|---|---|---|---|---|---|
| www.smacomm.com | | | | | |
| www.eltraveluniverse.com | | | | | |
| lWon | | | | | |
| http://www.123freetravel.com | | | | | |
| www.brandarama.com | | | | | |
| www.brandarama.com | | | | | |
| www.brandarama.com | | | | | |
| http://www.123freetravel.com | | | | | |
| http://www.123freetravel.com | | | | | |
| www.brandarama.com | | | | | |
| www.brandarama.com | | | | | |
| www.brandarama.com | | | | | |
| www.brandarama.com | | | | | |
| www.brandarama.com | | | | | |
| www.brandarama.com | | | | | |

CONFIDENTIAL

| PASSWORD | SIEVE_FILE_ID2 | GROUP_DATE | SIEVE_FILE_ID | SIEVE_DEAL_ID | SIEVE_FORMAT_ID |
|---|---|---|---|---|---|
| | | | 263284 | 14904 | 15104 |
| | | | 179328 | 8202 | 8402 |
| | | | 178390 | 9101 | 9301 |
| | | | 183007 | 8801 | 9001 |
| | | | 187868 | 11501 | 11701 |
| | | | 187868 | 11501 | 11701 |
| | | | 187895 | 11501 | 11701 |
| | | | 188013 | 11501 | 11701 |
| | | | 183112 | 8801 | 9001 |
| | | | 183112 | 8801 | 9001 |
| | | | 188013 | 11501 | 11701 |
| | | | 188013 | 11501 | 11701 |
| | | | 188539 | 11501 | 11701 |
| | | | 188539 | 11501 | 11701 |
| | | | 188538 | 11501 | 11701 |
| | | | 188546 | 11501 | 11701 |
| | | | 188545 | 11501 | 11701 |

VM 039499

| FILE_NAME | STATUS | ARRIVE_DATE | INPUT_COUNT | NONCOPPA_COUNT | MALFORMED_COUNT |
|---|---|---|---|---|---|
| 263284_SMACOMM06-28-06#12.csv.1 | completed | 25-Jul-06 | 25024 | 0 | 4950 |
| 179328_virtumundo_060105_116702.txt.1 | completed | 2-Jun-05 | 58352 | 0 | 564 |
| 178390_virtumundo_iw_20050508.csv.1 | completed | 8-May-05 | 160 | 0 | 0 |
| 183007_4101_090605.txt.1 | completed | 7-Sep-05 | 32378 | 1 | 700 |
| 187868_brandarama2.txt.1 | completed | 6-Dec-05 | 21840 | 0 | 195 |
| 187868_brandarama2.txt.1 | completed | 6-Dec-05 | 21840 | 0 | 195 |
| 187895_brandarama2.txt.2 | completed | 6-Dec-05 | 21813 | 0 | 190 |
| 188013_brandarama5.txt.2 | completed | 9-Dec-05 | 26005 | 0 | 249 |
| 183112_4101_090705.txt.1 | completed | 8-Sep-05 | 32711 | 379 | 0 |
| 183112_4101_090705.txt.1 | completed | 8-Sep-05 | 32711 | 379 | 0 |
| 188013_brandarama5.txt.2 | completed | 9-Dec-05 | 26005 | 0 | 249 |
| 188013_brandarama5.txt.2 | completed | 9-Dec-05 | 26005 | 0 | 249 |
| 188539_brandarama11.txt.1 | completed | 17-Dec-05 | 25827 | 0 | 192 |
| 188539_brandarama11.txt.1 | completed | 17-Dec-05 | 25827 | 0 | 192 |
| 188538_brandarama10.txt.1 | completed | 17-Dec-05 | 24164 | 0 | 198 |
| 188546_brandarama11.txt.2 | completed | 17-Dec-05 | 25856 | 0 | 208 |
| 188545_brandarama10.txt.2 | completed | 17-Dec-05 | 24153 | 0 | 199 |

CONFIDENTIAL

VM 039500

CONFIDENTIAL

VM 039501

| CLEAN_START | CLEAN_STOP | LOAD_START | LOAD_STOP | REASON_DESC | CREATE_DATE | LAST_UPDATE_DATE | SECTION |
|---|---|---|---|---|---|---|---|
| 25-Jul-06 | 25-Jul-06 | | | | 25-Jul-06 | 19-Sep-06 | all processing |
| 2-Jun-05 | 2-Jun-05 | | | | 2-Jun-05 | 3-Jul-05 | all processing |
| 8-May-05 | 8-May-05 | | | | 8-May-05 | 8-Jun-05 | all processing |
| 7-Sep-05 | 7-Sep-05 | | | | 7-Sep-05 | 8-Oct-05 | all processing |
| 6-Dec-05 | 6-Dec-05 | | | | 6-Dec-05 | 7-Jan-06 | all processing |
| 6-Dec-05 | 6-Dec-05 | | | | 6-Dec-05 | 7-Jan-06 | all processing |
| 6-Dec-05 | 6-Dec-05 | | | | 6-Dec-05 | 7-Jan-06 | all processing |
| 9-Dec-05 | 9-Dec-05 | | | | 9-Dec-05 | 9-Jan-06 | all processing |
| 8-Sep-05 | 8-Sep-05 | | | | 8-Sep-05 | 9-Oct-05 | all processing |
| 8-Sep-05 | 8-Sep-05 | | | | 8-Sep-05 | 9-Oct-05 | all processing |
| 9-Dec-05 | 9-Dec-05 | | | | 9-Dec-05 | 9-Jan-06 | all processing |
| 9-Dec-05 | 9-Dec-05 | | | | 9-Dec-05 | 9-Jan-06 | all processing |
| 17-Dec-05 | 17-Dec-05 | | | | 17-Dec-05 | 17-Jan-06 | all processing |
| 17-Dec-05 | 17-Dec-05 | | | | 17-Dec-05 | 17-Jan-06 | all processing |
| 17-Dec-05 | 17-Dec-05 | | | | 17-Dec-05 | 17-Jan-06 | all processing |
| 17-Dec-05 | 17-Dec-05 | | | | 17-Dec-05 | 17-Jan-06 | all processing |
| 17-Dec-05 | 17-Dec-05 | | | | 17-Dec-05 | 17-Jan-06 | all processing |

| UNKNOWN_COUNT | SIEVE_DEAL_ID | SIEVE_DEFAULT_FORMAT_ID | SIEVE_AFFILIATE_ID | DEAL_NAME | DEAL_TYPE |
|---|---|---|---|---|---|
| 13 | 14904 | 15104 | 9304 | SMA_COMM | ACQUISITION |
| 0 | 8202 | 8402 | 5501 | MAILCRATIONS_V | ACQUISITION |
| 0 | 9101 | 9301 | 6501 | iWon_V | ACQUISITION |
| 0 | 8801 | 9001 | 6201 | Gen Ex Solutions V | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 9 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 9 | 8801 | 9001 | 6201 | Gen Ex Solutions V | ACQUISITION |
| 9 | 8801 | 9001 | 6201 | Gen Ex Solutions V | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |
| 0 | 11501 | 11701 | 5901 | Brandarama | ACQUISITION |

CONFIDENTIAL

VM 039502

| VIRTU_REP_EMAIL | VIRTU_REP_NAME | CONTRACT_DATE | STATUS | CREATE_DATE | LAST_UPDATE | CONTRACT_END_DATE |
|---|---|---|---|---|---|---|
| jwrisley@virtumundo.com | JUSTIN WRISLEY | 22-May-06 | active | 22-May-06 | 31-Oct-06 | |
| | | 19-Apr-04 | active | 19-Apr-04 | 12-Jul-04 | |
| | | 14-Sep-04 | active | 14-Sep-04 | 30-Mar-06 | |
| | | 11-Aug-04 | active | 10-Aug-04 | 15-Sep-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 11-Aug-04 | active | 10-Aug-04 | 15-Sep-06 | |
| | | 11-Aug-04 | active | 10-Aug-04 | 15-Sep-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |
| | | 5-Dec-05 | active | 5-Dec-05 | 31-Jul-06 | |

CONFIDENTIAL

VM 039503

CONFIDENTIAL



VM 039504

CONFIDENTIAL

VM 039505



| INTRO_SUBJECT_SIEVE_AFFILIATE_ID | COMPANY_NAME | CONTACT_NAME | EMAIL |
|---|---|---|---|
| 9304 | SMA Comm | | |
| 5501 | MAILCREATIONS.COM_V | Natalia Reina | natalia@mailcreations.com |
| 6501 | Excite Network_V | | mosborne@excitenetwork.com |
| 6201 | Generation X Solutions_V | | sales@generationx-solutions.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 6201 | Generation X Solutions_V | | sales@generationx-solutions.com |
| 6201 | Generation X Solutions_V | | sales@generationx-solutions.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |
| 5901 | Tranzact Media | Rob Nicolosi | rnicolosi@tranzactmedia.com |

CONFIDENTIAL

VM 039506

| PHONE | USERNAME | PASSWORD | CREATE_DATE | LAST_UPDATE_DATE | ADDRESS | ADDRESS2 |
|---|---|---|---|---|---|---|
| 561-866-4004 | Welcome | SMACOMM | 22-May-06 | | 901 NW 7th Street | |
| 305-513-0013 | Natalia | Reina | 13-Apr-04 | 29-Apr-04 | | |
| 312-630-2661 | Excite | Welcome | 14-Sep-04 | | 121 W. Wacker Drive | Suite 650 |
| 701-837-0081 | ramana | rao | 10-Aug-04 | 10-Aug-04 | suite P | South Broadway Plaza |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 701-837-0081 | ramana | rao | 10-Aug-04 | 10-Aug-04 | suite P | South Broadway Plaza |
| 701-837-0081 | ramana | rao | 10-Aug-04 | 10-Aug-04 | suite P | South Broadway Plaza |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |
| 646-312-6006 | Nicolosi | Welcome | 27-May-04 | | 242 West 36th Street | 12th Floor |

CONFIDENTIAL

VM 039507

| CITY | STATE | ZIP | COUNTRY | FAX | REP_NAME | CONTACT_PHONE | CONTACT_EMAIL |
|------|-------|-----|---------|-----|----------|---------------|---------------|
| Boca Raton | FL | 33486 | USA | | Steve Alembik | | |
| Chicago | IL | 60601 | USA | 312-726-3891 | Meshelle Osborne | | |
| Minot | SD | 58701 | USA | | Ramana Rao | | |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| Minot | SD | 58701 | | | Ramana Rao | | |
| Minot | SD | 58701 | | | Ramana Rao | | |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |
| New York | NY | 10018 | USA | | Rob Nicolosi | 646-312-6006 | micolosi@tranzactmedia.com |

CONFIDENTIAL

VM 039508



CONFIDENTIAL

VM 039509