**EXHIBIT D**

Dockets.Justia.com

| Persona | Opt In | Opt Out | 1st Sent | Last Sent | Unsub 1* | Unsub 2 ** | Unsub 3*** |
|---|---|---|---|---|---|---|---|
| emily@ | 10/21/2003 | 2/15/2006 | n/a | n/a | n/a | n/a | [ 838 ] |
| faye@ | 9/27/2003 | 1/28/2004 | 10/2/2003 | 2/10/2006 | 1,862 | n/a | [ 31 ] |
| james@ | 9/3/2003 | 7/15/2004 | 9/8/2003 | 10/25/2006 | 488 | [ 17 ] | [ 0 ] |
| jamila@ | 9/29/2003 | 7/15/2004 | 10/3/2003 | 6/21/2004 | 456 | n/a | [ 0 ] |
| jay@ | 9/29/2003 | 2/15/2006 | 10/4/2003 | 6/29/2006 | 464 | one | [ 1 ] |
| jim@ | 7/16/2002 | 1/28/2004 | n/a | n/a | n/a | n/a | n/a |
| jonathan@ | 9/29/2003 | 7/15/2004 | 10/3/2003 | 6/21/2004 | 453 | n/a | [ 0 ] |
| msm@ | 12/17/2001 | 2/15/2006 | n/a | n/a | n/a | n/a | n/a |

* January 1, 2004
**February 21, 2006 Lawsuit Filed
*** Virtumundo's Dates