**EXHIBIT E**

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jsg33051@gordonworks.com) by ams.ftl.affinity.com id <245648-22782>; Thu, 4 Sep 2003 10:32:05 -0400
Received: from vt58.vtarget.com ([216.64.222.58]) by ams.ftl.affinity.com with ESMTP id <268931-22778>; Thu, 4 Sep 2003 10:31:29 -0400
Received: from vtarget.com (192.168.3.10)
  by vt58.vtarget.com with SMTP; 04 Sep 2003 09:31:26 -0500
X-ClientHost: &e
X-MailingID: 125279
Illegal-Object: Syntax error in From: address found on ams.ftl.affinity.com:
    From:   ${COMPANY_NAME}$ <SpecialOffers125279@>
                            ^-illegal subdomain in domain
From:  <mailcenter125279@vtarget.com>
To:    James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Illegal-Object: Syntax error in Reply-To: address found on ams.ftl.affinity.com:
    Reply-To:    ${COMPANY_NAME}$ <SpecialOffers125279@>
                                  ^-illegal subdomain in domain
Subject: Receive Great Offers!
Message-Id: <03Sep4.103129-0400_edt.268931-22778+13415@ams.ftl.affinity.com>
Date:Thu, 4 Sep 2003 10:31:28 -0400

Greetings:

When you submitted information to Emailprize.Com/Computer.Php including your email address, you gave permission to have promotional offers delivered to you from third parties. If you take no action, you will begin receiving promotional offers from the Virtumundo Rewards program. If you do not wish to receive email offers from Virtumundo Rewards, please click on the following link to unsubscribe from Virtumundo Rewards:

http://www.virtumundo.com/unsub/rewardmail/index.html?james@gordonworks.com

You may also unsubscribe at a later date if you wish. Each Reward email offer you receive from Virtumundo will include information about how to unsubscribe and a link to a web page where you may unsubscribe.

Click here to review Virtumundo's privacy policy.

Sincerely,
Virtumundo, Inc

X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by ams.ftl.affinity.com id <216611-20680>; Wed, 1 Oct 2003 10:08:34 -0400
Received: from relay02.mindsharedesign.com ([216.39.113.10]) by ams.ftl.affinity.com with ESMTP id <216875-20663>; Wed, 1 Oct 2003 10:07:39 -0400
Received: from i.pm0.net (i.pm0.net [216.39.113.141])
    by relay02.mindsharedesign.com (Postfix) with ESMTP id A6E31643B
    for <james@gordonworks.com>; Wed, 1 Oct 2003 07:05:16 -0700 (PDT)
Received: (from pmguser@localhost)
    by i.pm0.net (8.12.8/8.12.2/Submit) id h91E7bxU007989;
    Wed, 1 Oct 2003 07:07:37 -0700 (PDT)
Date: Wed, 1 Oct 2003 07:07:37 -0700 (PDT)
Message-Id: <200310011407.h91E7bxU007989@i.pm0.net>
From:   "EmailPrize.com" <pmgsender@returns.mb00.net>
To:     <james@gordonworks.com>
X-PMG-Userid: emailprize
X-PMG-Msgid: unsubscribe
X-PMG-Recipient: james@gordonworks.com
Subject: Unsubscribed Successful!
MIME-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"

You have been unsubscribed to the EmailPrize Newsletter. We are sorry to see you leave.

EmailPrize.com

```
                      Upstream spam report Virtumundo.txt
Abuse Team:

Please help me to stop the spamming by the sender, below.

Thank you,
Jim Gordon


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <277069-29429>; Thu, 18 Sep 2003 01:50:58 -0400
Received: from vt20.vtarget.com ([216.64.222.20]) by ams.ftl.affinity.com with ESMTP
id <337196-29427>; Thu, 18 Sep 2003 01:50:46 -0400
Received: from vtarget.com (192.168.3.10)
   by vt20.vtarget.com with SMTP; 18 Sep 2003 00:50:40 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 136734
From:    American Life Direct <AmericanLifeDirect136734@vtarget.com>
To:      James <james@gordonworks.com>
Errors-To: errors@vtarget.com
Reply-To: American Life Direct <AmericanLifeDirect136734@replies.vtarget.com>
Subject: Life Insurance in 10 Minutes.  No Medical Exam
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Sep18.015046-0400_edt.337196-29427+450@ams.ftl.affinity.com>
Date:Thu, 18 Sep 2003 01:50:45 -0400

344c736.jpg

PRESS RELEASE:
American Life Direct
www.AmericanLifeDirect.com

World's Fastest...Life Insurance Policy? American Life Issues Policies in Nine
Minutes. click here to find out more

Laguna Niguel, CA - If there was a world record for "fastest life insurance policy"
The American Life Insurance Company of New York would probably hold it. American
Life issues polices in nine minutes flat.

Consumers need life insurance to protect their loved ones but they don't need all
the hassles and aggravation of "traditional" life insurance. The endless forms and
paperwork. The weeks and weeks of waiting. The visits and phone calls from pushy
agents they'd rather not see. Now that's all history. Through the
AmericanLifeDirect.com website (www.AmericanLifeDirect.com) you can get an
affordable term life policy in about nine minutes. Qualified applicants get instant
approval based on a few health questions, then activate their policy immediately
over a secure connection, using a credit card or checking account. Click "Print My
Policy" and the in-force, fully-guaranteed life insurance policy - a policy that
provides full coverage from that moment on -- issues forth from your very own
printer. All in less than ten minutes.

"American Life is finally delivering what the Internet has been promising for all
these years. This instant-issue policy takes a process that used to be weeks or even
months and condenses it down to just a few minutes," says Christopher Snyder,
Chartered Life Underwriter and CEO of Spectrum Direct, operators of the web site.
"As far as we know, this is the first 100% instant-issue life insurance policy."

Consumers can get the American Life policy with this kind of blazing speed because
of on-screen application forms, "while you wait" processing of applications, and
convenient premium payments linked to your credit card or checking account. No more
filling out endless forms, waiting for weeks to get an answer and then finally
                                    Page 1
```

```
                         Upstream spam report Virtumundo.txt
receiving a policy, sometimes months later. "Let's face it," Snyder said, "People
don't enjoy spending their time buying a life insurance policy. Get it done in
record time. Got ten minutes? Get covered. Protect your family without all the
hassles."

click here to go to the web site

###




344c876.jpg You received this email because you signed up at one of Virtumundo's
websites (see the "Properties" listed at
http://privacy.virtumundo.com/properties.html) or you signed up with a party that
has contracted with Virtumundo. To unsubscribe from the Virtumundo Rewards List, go
to http://www.virtumundo.com/unsub or go here. To read Virtumundo's privacy policy,
go to Privacy Policy. The products and/or services advertised in this email are the
sole responsibility of the advertiser, and questions about this offer should be
directed to the advertiser.
(c) 1998-2003 Virtumundo, Inc. All rights reserved.



X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <725345-13535>; Fri, 10 Oct 2003 03:50:51 -0400
Received: from vm143.vmadmin.com ([216.64.222.143]) by ams.ftl.affinity.com with
ESMTP id <727131-13542>; Fri, 10 Oct 2003 03:49:48 -0400
Received: from vmadmin.com (192.168.3.11)
   by vm143.vmadmin.com with SMTP; 10 Oct 2003 02:49:46 -0500
X-ClientHost: 106097109101115064103111114100111110119111114107115046099111109
X-MailingID: 157966
From:    American Life Direct <AmericanLifeDirect157966@vmadmin.com>
To:      James <james@gordonworks.com>
Errors-To: errors@vmadmin.com
Reply-To: American Life Direct <AmericanLifeDirect157966@replies.virtumundo.com>
Subject: Life Insurance in 10 Minutes.  No Medical Exam
Mime-Version: 1.0
Content-Type: text/html
Content-Transfer-Encoding: 8bit
Message-Id: <03Oct10.034948-0400_edt.727131-13542+17906@ams.ftl.affinity.com>
Date:Fri, 10 Oct 2003 03:49:48 -0400



X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <213517-8589>; Wed, 8 Oct 2003 04:40:24 -0400
Received: from ms12.iexpect.com ([216.74.167.140]) by ams.ftl.affinity.com with
ESMTP id <213990-8587>; Wed, 8 Oct 2003 04:39:18 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5);
Wed, 8 Oct 2003 04:38:48 -0400 (envelope-from
<139710320.AMERICANLIFEDIRECTB@bounce.iexpect.com>)
Message-ID: <139710320.1065602328890.AMERICANLIFEDIRECTB@ms12.iexpect.com>
Date: Wed, 8 Oct 2003 04:38:48 -0400 (EDT)
From:    American Life Direct <1065565753808@mailserver2.iexpect.com>
Reply-To: American Life Direct <specialoffers@iExpect.com>
To:      JAMES@GORDONWORKS.COM
Subject: Life Insurance in 10 Minutes. No Medical Exam
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530908097.1065602328893
                                    Page 2
```

```
                        Upstream spam report Virtumundo.txt


X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <264813-7629>; Fri, 10 Oct 2003 06:22:18 -0400
Received: from turn-to.com ([63.87.243.229]) by ams.ftl.affinity.com with ESMTP id
<265211-7631>; Fri, 10 Oct 2003 06:21:33 -0400
Message-ID: <20031009.378.1532650337@turn-to.com>
To:     james@gordonworks.com
From:   American Life Direct <homebasedmoola@turn-to.com>
Subject: Life Insurance in 10 Minutes. No Medical Exam
Date: Fri, 10 Oct 2003 03:47:59 -0400
MIME-Version: 1.0
Content-type: text/html



X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <326120-13902>; Tue, 21 Oct 2003 10:03:09 -0400
Received: from mailer13.ec234.com ([66.63.175.31]) by ams.ftl.affinity.com with
ESMTP id <326509-13905>; Tue, 21 Oct 2003 10:02:18 -0400
Received: by mailer13.ec234.com (PowerMTA(TM) v1.6a30); Tue, 21 Oct 2003 10:03:33
-0400 (envelope-from <AmericanLifeDirect@EC234.com>)
Message-Id: <1290.6660914@EC234.com>
From:   American Life Direct <1290.6660914@EC234.com>
To:     <james@gordonworks.com>
Subject: Life Insurance in 10 Minutes. No Medical Exam
Date: Tue, 21 Oct 2003 10:03:33 -0500
X-E: kbnftAhpsepoxpslt/dpn
X-I: 1290.6660914
X-Rec: gordonworks.com!james
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=-1290.6660914
Status:



X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <328977-25203>; Tue, 9 Sep 2003 10:43:26 -0400
Received: from mail1.globalpmnet.com ([209.66.67.2]) by ams.ftl.affinity.com with
ESMTP id <329028-25197>; Tue, 9 Sep 2003 10:43:17 -0400
Received: (from daemon@localhost)
        by mail1.globalpmnet.com (8.8.8/8.8.8) id JAA67346;
        Tue, 9 Sep 2003 09:40:13 -0400 (EDT)
Date: Tue, 9 Sep 2003 10:41:50 -0400 (EDT)
Message-Id: <200309091340.JAA67346@mail1.globalpmnet.com>
From:   American Life Direct <ylpoint@mail1.globalpmnet.com>
To:     james@gordonworks.com
Subject: Policies Issued & Approved in 10 Minutes or Less
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="MIME_BOUNDARY-6284-0-1063114263"



X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <214080-29953>; Sat, 13 Sep 2003 00:19:54 -0400
Received: from ms12.iexpect.com ([216.74.167.140]) by ams.ftl.affinity.com with
ESMTP id <215709-29951>; Sat, 13 Sep 2003 00:19:36 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5);
Sat, 13 Sep 2003 00:14:29 -0400 (envelope-from
                                    Page 3
```

```
                        Upstream spam report Virtumundo.txt
<139710320.AMERICANLIFEDIRECTB@bounce.iexpect.com>)
Message-ID: <139710320.1063426469043.AMERICANLIFEDIRECTB@ms12.iexpect.com>
Date: Sat, 13 Sep 2003 00:14:29 -0400 (EDT)
From:   American Life Direct <1063394836241@mailserver2.iexpect.com>
Reply-To: American Life Direct <specialoffers@iExpect.com>
To:     JAMES@GORDONWORKS.COM
Subject: Policies Issued & Approved Online within 10 Minutes
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530909611.1063426469045



X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <333123-24486>; Fri, 19 Sep 2003 03:01:52 -0400
Received: from ms12.iexpect.com ([216.74.167.140]) by ams.ftl.affinity.com with
ESMTP id <335678-24486>; Fri, 19 Sep 2003 03:01:39 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5);
Fri, 19 Sep 2003 02:56:31 -0400 (envelope-from
<139710320.AMERICANLIFEDIRECTB@bounce.iexpect.com>)
Message-ID: <139710320.1063954591866.AMERICANLIFEDIRECTB@ms12.iexpect.com>
Date: Fri, 19 Sep 2003 02:56:31 -0400 (EDT)
From:   American Life Direct <1063917205234@mailserver2.iexpect.com>
Reply-To: American Life Direct <specialoffers@iExpect.com>
To:     JAMES@GORDONWORKS.COM
Subject: Policies Issued & Approved Online within 10 Minutes
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530907207.1063954591868



X-Persona: <ValueWeb>
Received: from cust_req_fwding (james@gordonworks.com --> jim@gordonworks.com) by
ams.ftl.affinity.com id <4402554-26924>; Thu, 25 Sep 2003 22:23:47 -0400
Received: from ms12.iexpect.com ([216.74.167.140]) by ams.ftl.affinity.com with
ESMTP id <3787427-26924>; Thu, 25 Sep 2003 22:22:29 -0400
Received: from ms12.iexpect.com (127.0.0.1) by ms12.iexpect.com (PowerMTA(TM) v1.5);
Thu, 25 Sep 2003 22:17:16 -0400 (envelope-from
<139710320.AMERICANLIFEDIRECTB@bounce.iexpect.com>)
Message-ID: <139710320.1064542636096.AMERICANLIFEDIRECTB@ms12.iexpect.com>
Date: Thu, 25 Sep 2003 22:17:16 -0400 (EDT)
From:   American Life Direct <1064516700637@mailserver2.iexpect.com>
Reply-To: American Life Direct <specialoffers@iExpect.com>
To:     JAMES@GORDONWORKS.COM
Subject: Policies Issued & Approved Online within 10 Minutes
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=530902134.1064542636097
344c736.jpg 344c736.jpg
344c844.jpg 344c844.jpg
344c862.jpg 344c862.jpg
344c876.jpg 344c876.jpg
```

postmaster@virtumundo.com, 08:13 PM 1/21/2004 -0800, Contract

To: postmaster@virtumundo.com
From: Jim Gordon <res08nqc@verizon.net>
Subject: Contract
Cc: abuse@virtumundo.com
Bcc:
Attached:

NOTICE OF OFFER

TO RECEIVE

UNSOLICITED COMMERCIAL EMAIL (SPAM)

YOUR ACTIONS MAY CONSTITUTE A BINDING CONTRACT.
PLEASE READ THE FOLLOWING CAREFULLY.

BY SENDING UNSOLICITED SPAM TO ME AT THE FOLLOWING DOMAIN, GORDONWORKS.COM, YOU ACCEPT MY OFFER TO YOU CONCERNING RECEIPT OF UNSOLICITED MATERIAL FROM YOU UNDER THE FOLLOWING TERMS:

1- THAT IN VALUABLE CONSIDERATION, SUFFICIENCY AND ADEQUACY OF WHICH YOU HEREBY ACKNOWLEDGE, OF ME RECEIVING ANY UNSOLICITED MATERIAL FROM YOU;

2- UNLESS, YOU HAVE OBTAINED PRIOR AUTHORIZATION FROM ME TO SEND YOUR MATERIAL TO ME; YOU AGREE TO CONFER THE SUM OF US$500 PAYABLE IN CERTIFIED CHECK TO ME EFFECTIVE AND COLLECTIBLE UPON YOUR SENDING OF ANY UNSOLICITED MATERIAL TO THE DOMAIN, GORDONWORKS.COM;

3- YOU AGREE TO CEASE AND DECEASE ANY FURTHER ATTEMPTS TO SEND ANY ADVERTISING MATERIAL WHATSOEVER TO THE DOMAIN, GORDONWORKS.COM;

4- THIS AGREEMENT MAY BE MODIFIED AND/OR CHANGED BY ME AT ANY TIME WITHOUT NOTICE;

5- YOU AGREE THAT THE AMOUNT OF FUNDS (IN US Dollars) I CHARGE FOR EACH ADDITIONAL UNSOLICITED PIECE OF ADVERTISING SHALL BE CALCULATED AS FOLLOWS: (NUMBER OF OFFENSE) MULTIPLIED BY ($500). FOR EXAMPLE: ON YOUR THIRD UNSOLICITED MAILING TO ME, YOU AGREE TO PAY ME THE AMOUNT OF US$1500, AND ON YOUR FOURTH UNSOLICTED MAILING, YOU AGREE TO PAY ME THE AMOUNT OF US$2000, AND SO ON;

6- YOU AGREE THAT VENUE FOR ANY AND ALL DISPUTES RESOLUTION PROCEEDINGS SHALL BE THE STATE OF WASHINGTON, BENTON COUNTY;

7- YOU SUBMIT YOUR PERSON TO THE JURISDICTION OF THE COURTS OF THE STATE OF WASHINGTON.

Used with permission of copyright owner
© 2003, Nima Taradji, P.C. All Rights Reserved.

legal@VIRTUMUNDO.COM, 05:30 PM 1/22/2004 -0800, Contract

To: legal@VIRTUMUNDO.COM
From: Jim Gordon <res08nqc@verizon.net>
Subject: Contract
Cc:
Bcc:
Attached:

NOTICE OF OFFER

TO RECEIVE

UNSOLICITED COMMERCIAL EMAIL (SPAM)

YOUR ACTIONS MAY CONSTITUTE A BINDING CONTRACT.
PLEASE READ THE FOLLOWING CAREFULLY.

BY SENDING UNSOLICITED SPAM TO ME AT THE FOLLOWING DOMAIN, GORDONWORKS.COM, YOU ACCEPT MY OFFER TO YOU CONCERNING RECEIPT OF UNSOLICITED MATERIAL FROM YOU UNDER THE FOLLOWING TERMS:

1- THAT IN VALUABLE CONSIDERATION, SUFFICIENCY AND ADEQUACY OF WHICH YOU HEREBY ACKNOWLEDGE, OF ME RECEIVING ANY UNSOLICITED MATERIAL FROM YOU;

2- UNLESS, YOU HAVE OBTAINED PRIOR AUTHORIZATION FROM ME TO SEND YOUR MATERIAL TO ME; YOU AGREE TO CONFER THE SUM OF US$500 PAYABLE IN CERTIFIED CHECK TO ME EFFECTIVE AND COLLECTIBLE UPON YOUR SENDING OF ANY UNSOLICITED MATERIAL TO THE DOMAIN, GORDONWORKS.COM;

3- YOU AGREE TO CEASE AND DECEASE ANY FURTHER ATTEMPTS TO SEND ANY ADVERTISING MATERIAL WHATSOEVER TO THE DOMAIN, GORDONWORKS.COM;

4- THIS AGREEMENT MAY BE MODIFIED AND/OR CHANGED BY ME AT ANY TIME WITHOUT NOTICE;

5- YOU AGREE THAT THE AMOUNT OF FUNDS (IN US Dollars) I CHARGE FOR EACH ADDITIONAL UNSOLICITED PIECE OF ADVERTISING SHALL BE CALCULATED AS FOLLOWS: (NUMBER OF OFFENSE) MULTIPLIED BY ($500). FOR EXAMPLE: ON YOUR THIRD UNSOLICITED MAILING TO ME, YOU AGREE TO PAY ME THE AMOUNT OF US$1500, AND ON YOUR FOURTH UNSOLICITED MAILING, YOU AGREE TO PAY ME THE AMOUNT OF US$2000, AND SO ON;

6- YOU AGREE THAT VENUE FOR ANY AND ALL DISPUTES RESOLUTION PROCEEDINGS SHALL BE THE STATE OF WASHINGTON, BENTON COUNTY;

7- YOU SUBMIT YOUR PERSON TO THE JURISDICTION OF THE COURTS OF THE STATE OF WASHINGTON.

Used with permission of copyright owner
© 2003, Nima Taradji, P.C. All Rights Reserved.

domadmin@VIRTUMUNDO.COM, 09:30 AM 1/31/2004 -0800, You Have Been Warned, Repeatedly

To: domadmin@VIRTUMUNDO.COM
From: Jim Gordon <res08nqc@verizon.net>
Subject: You Have Been Warned, Repeatedly
Cc: domainreg@virtumundo
Bcc:
Attached:

NOTICE OF OFFER

TO RECEIVE

UNSOLICITED COMMERCIAL EMAIL (SPAM)

YOUR ACTIONS MAY CONSTITUTE A BINDING CONTRACT.
PLEASE READ THE FOLLOWING CAREFULLY.

BY SENDING UNSOLICITED SPAM TO ME AT THE FOLLOWING DOMAIN, GORDONWORKS.COM, YOU ACCEPT MY OFFER TO YOU CONCERNING RECEIPT OF UNSOLICITED MATERIAL FROM YOU UNDER THE FOLLOWING TERMS:

1- THAT IN VALUABLE CONSIDERATION, SUFFICIENCY AND ADEQUACY OF WHICH YOU HEREBY ACKNOWLEDGE, OF ME RECEIVING ANY UNSOLICITED MATERIAL FROM YOU;

2- UNLESS, YOU HAVE OBTAINED PRIOR AUTHORIZATION FROM ME TO SEND YOUR MATERIAL TO ME; YOU AGREE TO CONFER THE SUM OF US$500 PAYABLE IN CERTIFIED CHECK TO ME EFFECTIVE AND COLLECTIBLE UPON YOUR SENDING OF ANY UNSOLICITED MATERIAL TO THE DOMAIN, GORDONWORKS.COM;

3- YOU AGREE TO CEASE AND DECEASE ANY FURTHER ATTEMPTS TO SEND ANY ADVERTISING MATERIAL WHATSOEVER TO THE DOMAIN, GORDONWORKS.COM;

4- THIS AGREEMENT MAY BE MODIFIED AND/OR CHANGED BY ME AT ANY TIME WITHOUT NOTICE;

5- YOU AGREE THAT THE AMOUNT OF FUNDS (IN US Dollars) I CHARGE FOR EACH ADDITIONAL UNSOLICITED PIECE OF ADVERTISING SHALL BE CALCULATED AS FOLLOWS: (NUMBER OF OFFENSE) MULTIPLIED BY ($500). FOR EXAMPLE: ON YOUR THIRD UNSOLICITED MAILING TO ME, YOU AGREE TO PAY ME THE AMOUNT OF US$1500, AND ON YOUR FOURTH UNSOLICITED MAILING, YOU AGREE TO PAY ME THE AMOUNT OF US$2000, AND SO ON;

6- YOU AGREE THAT VENUE FOR ANY AND ALL DISPUTES RESOLUTION PROCEEDINGS SHALL BE THE STATE OF WASHINGTON, BENTON COUNTY;

7- YOU SUBMIT YOUR PERSON TO THE JURISDICTION OF THE COURTS OF THE STATE OF WASHINGTON.

Used with permission of copyright owner
© 2003, Nima Taradji, P.C. All Rights Reserved.

domadmin@VIRTUMUNDO.COM, 06:16 PM 1/26/2004 -0800, You Have Been Warned

To: domadmin@VIRTUMUNDO.COM
From: Jim Gordon <res08nqc@verizon.net>
Subject: You Have Been Warned
Cc:
Bcc:
Attached:

NOTICE OF OFFER

TO RECEIVE

UNSOLICITED COMMERCIAL EMAIL (SPAM)

```
YOUR ACTIONS MAY CONSTITUTE A BINDING CONTRACT.
PLEASE READ THE FOLLOWING CAREFULLY.
```

BY SENDING UNSOLICITED SPAM TO ME AT THE FOLLOWING DOMAIN, GORDONWORKS.COM ,YOU ACCEPT MY OFFER TO YOU CONCERNING RECEIPT OF UNSOLICITED MATERIAL FROM YOU UNDER THE FOLLOWING TERMS:

1- THAT IN VALUABLE CONSIDERATION, SUFFICIENCY AND ADEQUACY OF WHICH YOU HEREBY ACKNOWLEDGE, OF ME RECEIVING ANY UNSOLICITED MATERIAL FROM YOU;

2- UNLESS, YOU HAVE OBTAINED PRIOR AUTHORIZATION FROM ME TO SEND YOUR MATERIAL TO ME; YOU AGREE TO CONFER THE SUM OF US$500 PAYABLE IN CERTIFIED CHECK TO ME EFFECTIVE AND COLLECTIBLE UPON YOUR SENDING OF ANY UNSOLICITED MATERIAL TO THE DOMAIN, GORDONWORKS.COM;

3- YOU AGREE TO CEASE AND DECEASE ANY FURTHER ATTEMPTS TO SEND ANY ADVERTISING MATERIAL WHATSOEVER TO THE DOMAIN, GORDONWORKS.COM;

4- THIS AGREEMENT MAY BE MODIFIED AND/OR CHANGED BY ME AT ANY TIME WITHOUT NOTICE;

5- YOU AGREE THAT THE AMOUNT OF FUNDS (IN US Dollars) I CHARGE FOR EACH ADDITIONAL UNSOLICITED PIECE OF ADVERTISING SHALL BE CALCULATED AS FOLLOWS: (NUMBER OF OFFENSE) MULTIPLIED BY ($500). FOR EXAMPLE: ON YOUR THIRD UNSOLICITED MAILING TO ME, YOU AGREE TO PAY ME THE AMOUNT OF US$1500, AND ON YOUR FOURTH UNSOLICITED MAILING, YOU AGREE TO PAY ME THE AMOUNT OF US$2000, AND SO ON;

6- YOU AGREE THAT VENUE FOR ANY AND ALL DISPUTES RESOLUTION PROCEEDINGS SHALL BE THE STATE OF WASHINGTON, BENTON COUNTY;

7- YOU SUBMIT YOUR PERSON TO THE JURISDICTION OF THE COURTS OF THE STATE OF WASHINGTON.

Used with permission of copyright owner
© 2003, Nima Taradji, P.C. All Rights Reserved.

X-Persona: <ValueWeb>
Received: from cabal.virtumundo.com ([216.64.206.71]) by ams.ftl.affinity.com with ESMTP id <216725-18668>; Tue, 20 Jan 2004 12:22:05 -0500
Received: from cabal.virtumundo.com (localhost [127.0.0.1])
    by cabal.virtumundo.com (8.12.7/8.12.7) with ESMTP id i0KGW2VJ002891
    for <jim@gordonworks.com>; Tue, 20 Jan 2004 10:32:02 -0600 (CST)
Received: (from root@localhost)
    by cabal.virtumundo.com (8.12.7/8.12.7/Submit) id i0KGW1NG002890;
    Tue, 20 Jan 2004 10:32:01 -0600 (CST)
Date: Tue, 20 Jan 2004 10:32:01 -0600 (CST)
Message-Id: <200401201632.i0KGW1NG002890@cabal.virtumundo.com>
From:   noreply@virtumundo.com
To:     jim@gordonworks.com
Subject: Virtumundo Mailings
X-Loop: virtumundo


**THIS IS AN AUTOMATED RESPONSE**  **REPLIES WILL NOT BE READ**

If you would like to unsubscribe from the Virtumundo Rewards mailing list, please use
the unsubscribe link in the footer of the original email sent, visit our unsubscribe
page here: http://www.virtumundo.com/unsub/rewardmail/index.html
or reply to this email with "remove" in the subject line.

If you have an inquiry regarding the products or services being offered, please direct
your communication to the individual company offering those products or services named
within the body of the original email. Please understand Virtumundo is merely the email
application service provider for that advertiser.

If you have any questions or concerns regarding our privacy policy, please visit:
http://privacy.virtumundo.com

Thank you,

The Virtumundo Support Team
Virtumundo, Inc.