**EXHIBIT F**

Case 2:06-cv-00204-JCC   Document 76-8   Filed 01/02/2007   Page 1 of 3

Dockets.Justia.com

X-Persona: <IAS>
Return-Path: <cid=199-uid=1821060_-mid=1884-pid=47--@emessagecast.com>
Delivered-To: 1-JAMES@GORDONWORKS.COM
Received: (qmail 8385 invoked from network); 30 Nov 2006 13:36:34 -0700
Received: from smtp.emessagecast.com (204.92.145.12)
  by ip-208-109-91-7.ip.secureserver.net with SMTP; 30 Nov 2006 13:36:34 -0700
Content-Transfer-Encoding: 7bit
Content-Type: multipart/alternative; boundary="_----------=_116491872721284422"
MIME-Version: 1.0
X-Mailer: MIME::Lite 2.117  (F2.6)
Date: Thu, 30 Nov 2006 20:32:07 UT
To: JAMES@GORDONWORKS.COM
From: aarp.org <wkimasterfile@emessagecast.com>
Reply-To: wkimasterfile@emessagecast.com
Subject: *****SPAM***** Complimentary Pedometer with Enrollment
X-Campid: cid=199-uid=1821060-mid=1884-pid=47--
X-Eid: JAMES@GORDONWORKS.COM
Message-Id: <20061130203207.C6CC87A84CC1B@smtp.emessagecast.com>
X-Spam-Prev-Subject: Complimentary Pedometer with Enrollment
X-Spam-Flag: YES
X-Spam-Checker-Version: SpamAssassin 3.0.4 (2005-06-05) on gordonworks.com
X-Spam-Level: *****
X-Spam-Status: Yes, score=5.5 required=5.0 tests=HTML_MESSAGE,
    HTML_TEXT_AFTER_BODY,HTML_TEXT_AFTER_HTML,HTML_WEB_BUGS,
    MIME_HTML_ONLY,MIME_HTML_ONLY_MULTI,MPART_ALT_DIFF,OPTING_OUT,
    URIBL_OB_SURBL autolearn=no version=3.0.4
X-Spam-Report:
    *  0.5 OPTING_OUT BODY: Talks about opting out (lowercase version)
    *  0.2 HTML_TEXT_AFTER_BODY BODY: HTML contains text after BODY close tag
    *  0.0 HTML_WEB_BUGS BODY: Image tag intended to identify you
    *  0.2 HTML_TEXT_AFTER_HTML BODY: HTML contains text after HTML close tag
    *  0.0 HTML_MESSAGE BODY: HTML included in message
    *  1.5 MPART_ALT_DIFF BODY: HTML and text parts are different
    *  1.2 MIME_HTML_ONLY BODY: Message only has text/html MIME parts
    *  2.0 URIBL_OB_SURBL Contains an URL listed in the OB SURBL blocklist
    *      [URIs: emessagecast.com]
    *  0.0 MIME_HTML_ONLY_MULTI Multipart message only has text/html MIME parts

[x] Take the steps to enroll. Then take some more. Join Now.

[x] Complimentary pedometer with a new AARP membership purchase.

[x] Pedometer

Join AARP today. Anyone 50 or over can get all the great benefits of membership in AARP for only $12.50 a year. And complimentary membership for your spouse or partner!

Benefits include:

- Instant access to a wealth of information online
- AARP magazine
- Access to AARP-sponsored health, auto and homeowners insurance plans
- Travel discounts on air, hotel, cruise and car rentals
- Information to help you live a healthy lifestyle
- Access to the AARP Legal Services Network
- Information to help with your retirement planning

Be heard.

At AARP, we work on the issues that matter to you. Get the latest information on Social Security, Medicare, Medicaid, economic security, health care and health insurance. Our goal is to deliver value to our members through information, advocacy and service.

Join Now.

Please do not reply to this email. If you have inquiries or comments, please write to us at AARP, 601 E Street NW, Washington DC 20049

If you no longer wish to receive promotional offers from AARP, please unsubscribe

This message was sent to you because you've agreed to receive information from Virtumundo and our partners.

Click here to opt-out.