MERKLE SIEGEL & FRIEDRICHSEN, P.C.
Robert J. Siegel
1325 Fourth Ave., Suite 940
Seattle, WA 98101
(206) 624-9392

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>Defendants. | NO. CV06-0204JCC<br><br>DECLARATION OF ROBERT J. SIEGEL IN RESPONSE AND OPPOSITION TO MOTION TO COMPEL SEGREGATION OF EMAILS |

I Robert J. Siegel state and declare as follows:

1. I am counsel of record for Plaintiffs in this matter.

DECLARATION OF ROBERT J. SIEGEL IN RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO COMPEL SEGREGATION OF EMAILS DISMISS GORDON v. VIRTUMUNDO GROUP, INC. - 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

2. Attached hereto as **Exhibit "A"** is a true and correct copy of a letter received from defense counsel on April 3, 2006 regarding the preservation of evidence.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of a letter sent by the undersigned to defense counsel outlining Plaintiffs' position on the issue raised in Defendants' Motion.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 2nd day of January, 2007, at Seattle, Washington.

**MERKLE SIEGEL & FRIEDRICHSEN, P.C.**


/s/ Robert J. Siegel
ROBERT J. SIEGEL, WSBA #17312
Attorney for Plaintiff


Certificate of Service

I, hereby, certify that on January 2, 2007, I filed this document with this Court via approved electronic filing, and served the following:
Attorneys for Defendants:  Derek A. Newman, Newman & Newman .

Adana Lloyd

DECLARATION OF ROBERT J. SIEGEL IN RESPONSE
AND OPPOSITION TO DEFENDANTS' MOTION TO
COMPEL SEGREGATION OF EMAILS
DISMISS GORDON v. VIRTUMUNDO GROUP, INC.
- 2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717