# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of January, 2007, I electronically filed the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
Merkle Siegel & Friedrichsen, P.C.

Email: bob@msfseattle.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on January 5th, 2007, at Seattle, Washington.

_____
Diana Au

CERTIFICATE OF SERVICE

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800