# EXHIBIT C

Plaintiff Omni's Answers and Responses to
Defendant Virtumundo's First Requests for Admission to Omni

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC, a Washington limited liability company;<br>                    **Plaintiffs,**<br><br>        v.<br><br>VIRTUMUNDO, INC., a Delaware corporation d/b/a ADKNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN and individual and his marital community; and JOHN DOES I-X,<br><br>                    **Defendants.** | NO.  CV06-0204JCC<br><br>PLAINTIFF OMNI'S ANSWERS AND RESPONSES TO DEFENDANT VIRTUMUNDO'S FIRST REQUESTS FOR ADMISSION TO OMNI |

Plaintiff Omni Innovations, LLC ("Omni") answers Defendant Virtumundo's First Requests For Admission as follows:

1. Deny.
2. Plaintiff has made reasonable inquiry and the information known or readily obtainable by him is insufficient to enable him to admit or deny this Request.
3. Admit to the extent that the format in which Omni has produced the AOMs thus far represent digital approximations of the original emails received, and may have additional information and notations inserted within the body of the AOMs for analytical purposes.
4. Admit that Omni has produced the AOMs it has thus far been able to collect and analyze. Deny that those produced thus far constitute "all" of them, as in light of the massive

PLAINTIFF GORDON'S ANSWERS AND
RESPONSES TO DEFENDANTS' FIRST DISCOVERY
- 1

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

volume of the AOMs, culling and analysis continues, and additional AOMs may be found.
5. Deny.
6. Same as #2
7. Denied to the extent that this question calls for a legal conclusion. Admitted in part, in that Omni is only seeking statutory damages in this action.
8. Same as #7
9. Deny
10. This Request is vague, ambiguous, and unintelligible. Same as #2
11. Same as #2
12. Deny
13. Deny
14. Same as #2
15. Same as #2
16. Deny
17. Same as #2
18. Same as #2
19. Same as #2
20. Admitted to the extent that Omni possesses such evidence. Otherwise denied.
21. Same as #2
22. Same as #2
23. Deny
24. Same as #2
25. Same as #2
26. Same as #2
27. Same as #2
28. Same as #2
29. Same as #2
30. Same as #2
31. Deny
32. Same as #2
33. Same as #2
34. Admit
35. Same as #2

PLAINTIFF GORDON'S ANSWERS AND
RESPONSES TO DEFENDANTS' FIRST DISCOVERY
- 2

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392   FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

1

2   I James S. Gordon am the principal member and owner of Omni Innovations, LLC, the plaintiff
    in the above-captioned Cause, and hereby declare under penalty of perjury under the laws of the
3   State of Washington that I have read the foregoing Answers to Interrogatories and Responses,
    know the content thereof and believe the same to be true and complete.

4

5   _____

6   **James S. Gordon, for Plaintiff Omni**

7

8

9                                   Attorney's Certificate

10      The undersigned attorney for Plaintiff has read the foregoing Answers to Interrogatories

11  and Responses to Requests for Production and states that they are in compliance with CR 26(g).

12      DATED this __26th__ day of __July__, 2006.

13

14                                  _____
                                    Robert J. Siegel WSBA#17312
15                                  Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF GORDON'S ANSWERS AND           MERKLE SIEGEL & FRIEDRICHSEN, P.C.
RESPONSES TO DEFENDANTS' FIRST DISCOVERY            ATTORNEYS AT LAW
- 3                                      1325 FOURTH AVENUE, SUITE 940
                                         SEATTLE, WASHINGTON 98101-2509
                                         PHONE: (206) 624-9392  FAX: (206) 624-0717

J:\RJS\CLIENTS\COLE\CAPTION.DOC

I, James S. Gordon, Jr. am the principal member and owner of Omni Innovations, LLC, the plaintiff in the above-captioned Cause, and hereby declare under penalty of perjury under the laws of the State of Washington that I have read the foregoing Answers to Interrogatories and Responses, know the content thereof and believe the same to be true and complete.

_____
James S. Gordon, Jr. for Plaintiff Omni

### Attorney's Certificate

The undersigned attorney for Plaintiff has read the foregoing Answers to Interrogatories and Responses to Requests for Production and states that they are in compliance with CR 26(g).

DATED this _____ day of _____, 2006.

_____
Robert J. Siegel WSBA#17312
Attorney for Plaintiff

PLAINTIFF GORDON'S ANSWERS AND
RESPONSES TO DEFENDANTS' FIRST DISCOVERY
- 3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
PHONE: (206) 624-9392  FAX: (206) 624-0717