UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

—FILED —ENTERED
—LODGED —RECEIVED

JAN 08 2007  DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| JAMES S. GORDON, et al | Case Number: CV06-0204 JCC |
|---|---|
| Plaintiff(s) | |
| v | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| VIRTUMUNDO, INC, et al | |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Michael R. Geroe hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of VIRTUMUNDO, INC, et al.

The particular need for my appearance and participation is:

I am the general counsel for Adknowledge, Inc and I have special knowledge about the subject matter.

I, Michael R. Geroe, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____        January 8, 2007
Signature of Applicant                  Date

e of $75.00
SEA 6423

06-CV-00204-APP

| Michael R. Geroe |
|---|
| APPLICANT'S NAME: |
| Adknowledge, Inc. |
| APPLICANT'S FIRM: |
| 4600 Madison Avenue, 10th Floor, Kansas City, MO 64112 |
| APPLICANT'S ADDRESS (Street Address Room/Suite) |
| (816) 931-1826 |
| PHONE NUMBER (include area code) |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this __8th__ day of __January__, 20 _07_ .

_____
Signature of Local Counsel

| Derek A. Newman | 26967 |
|---|---|
| LOCAL COUNSEL NAME | WASHINGTON STATE BAR NUMBER |
| NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP | |
| LAW FIRM | |
| 505 Fifth Avenue South, Suite 610, Seattle, Washington 98104 | |
| APPLICANT'S ADDRESS (Street Address Room/Suite) | |
| (206) 274 - 2800 | |
| PHONE NUMBER (include area code) | |

## ORDER

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of _9th of January_, 2006.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____
    Deputy Clerk