1    MERKLE SIEGEL & FRIEDRICHSEN, P.C.                THE HON. JOHN C. COUGHENOUR
     Robert J. Siegel
2    1325 Fourth Ave., Suite 940
     Seattle, WA 98101
3    (206) 624-9392

4

5

6

7

8

                        UNITED STATES DISTRICT COURT
9
                   WESTERN DISTRICT OF WASHINGTON, SEATTLE
10

11   **JAMES S. GORDON, Jr., a married**          NO.  CV06-0204JCC
     **individual; OMNI INNOVATIONS,**
12   **LLC., a Washington limited liability**     **DECLARATION OF ROBERT J.**
     **company,**                                 **SIEGEL IN REPLY**
13                                                **RE PLAINTIFFS' MOTION FOR**
                              **Plaintiffs,**     **PARTIAL SUMMARY JUDGMENT**
14         v.

15   **VIRTUMUNDO, INC, a Delaware**
     **corporation, d/b/a**
16   **ADNOWLEDGEMAIL.COM;**
     **ADKNOWLEDGE, INC., a Delaware**
17   **corporation, d/b/a**
     **ADKNOWLEDGEMAIL.COM;**
18   **SCOTT LYNN, an individual; and**
     **JOHN DOES, I-X,**
19

20
                              **Defendants.**
21

22   I Robert J. Siegel state and declare as follows:

23   1.          I am counsel of record for Plaintiffs in this matter.

24

25
     DECLARATION OF ROBERT J. SIEGEL IN REPLY        **MERKLE SIEGEL & FRIEDRICHSEN**
     RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY            **1325 Fourth Ave., Suite 940**
     JUDGMENT                                                  **Seattle, WA 98101**
     GORDON v. VIRTUMUNDO GROUP, INC.                       **Phone: 206-624-9392**
     - 1                                                     **Fax: 206-624-0717**

2.    In response to Mr. Newman's representations concerning his request for an extension of time to respond to this Motion, I agree that the email exchange attached to his declaration accurately reflect the sum and substance of our discussions in that regard.

3.    The Court should note that the email exchange belies Mr. Newman's own testimony. Nowhere in the email exchange was the issue of the taking of Plaintiffs' depositions mentioned, nor was any other issue related to the litigation discussed.

4.    Mr. Newman and I did speak on the phone about his request for an extension, and at no time did he mention the issue of the taking of Plaintiffs' depositions, or any other litigation-related issues. He most certainly did not "request me to "stipulate to move the motion for summary judgment back one week to permit Plaintiffs' depositions to be taken before Defendants' opposition to the Motion was due." In fact, as the email exchange indicates, Mr. Newman represented as the sole basis for his request his personal "family" vacation plans.

5.    In light of the foregoing I consider Mr. Newman's representations regarding his request for an extension to be blatant misrepresentations, wholly unprofessional, and can only assume that the paucity of his client's defense has led him to, what can only be characterized as a desperate, and transparent attempt to smear Plaintiff's counsel.

6.    Attached hereto as **Exhibit "A"** is a true and correct copy of the Federal Register for Thursday, May 12, 2005, Federal Trade Commission's ("FTC") Definitions,

DECLARATION OF ROBERT J. SIEGEL IN REPLY
RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC.
- 2

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1    Implementation, and Reporting Requirements Under the CAN-SPAM Act,

2    Proposed Rule, with the relevant sections highlighted.

3

4    I declare under penalty of perjury under the laws of the State of Washington that the

5    foregoing is true and correct.

6    SIGNED this 12th day of January, 2007, at Seattle, Washington.

7    **MERKLE SIEGEL & FRIEDRICHSEN, P.C.**

8

9    /s/ Robert J. Siegel
     ROBERT J. SIEGEL, WSBA #17312
10   Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
     DECLARATION OF ROBERT J. SIEGEL IN REPLY          **MERKLE SIEGEL & FRIEDRICHSEN**
     RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY         **1325 Fourth Ave., Suite 940**
     JUDGMENT                                          **Seattle, WA 98101**
     GORDON v. VIRTUMUNDO GROUP, INC.                  **Phone: 206-624-9392**
     - 3                                               **Fax: 206-624-0717**

1

2                                        Certificate of Service

3    I, hereby, certify that on January 12, 2007, I filed this document with this Court via approved
     electronic filing, and served the following:
4    Attorney for Defendants:  Derek A. Newman, Newman & Newman .

5    _Adana Lloyd_ (signature)

6    Adana Lloyd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
     DECLARATION OF ROBERT J. SIEGEL IN REPLY              **MERKLE SIEGEL & FRIEDRICHSEN**
     RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY                 **1325 Fourth Ave., Suite 940**
     JUDGMENT                                                      **Seattle, WA 98101**
     GORDON v. VIRTUMUNDO GROUP, INC.                          **Phone: 206-624-9392**
     - 4                                                          **Fax: 206-624-0717**