| | |
|---|---|
| MERKLE SIEGEL & FRIEDRICHSEN, P.C.<br>Robert J. Siegel<br>1325 Fourth Ave., Suite 940<br>Seattle, WA 98101<br>(206) 624-9392 | THE HON. JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM', OMNI INNOVATIONS, LLC., a Washington limited liability company;<br><br>        Plaintiff,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,<br><br>        Defendants, | NO. CV06-0204JCC<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:         Clerk of Court

AND TO:   Defendants, and their attorneys

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
- 1

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

1     PLEASE TAKE NOTICE that i.Justice Law, P.C. is hereby substituted for Merkle,
2 Siegel, & Friedrichsen, P.C. as counsel of record for Plaintiffs James S. Gordon and Omni
3 Innovations, LLC in this matter. Copies of all further papers and proceedings herein, except
4 original service of process, shall be served upon the undersigned at the following address:

Robert J. Siegel<br>
i.Justice Law, P.C.<br>
1325 Fourth Avenue, Suite 940<br>
Seattle, WA 98101<br>
Phone: 206.304.5400<br>
Fax: 206.624.0717

10 Dated: January 17, 2007

11                                                     i.JUSTICE LAW, P.C.

12                                       BY: /S/ ROBERT J. SIEGEL
13                                               ROBERT J. SIEGEL, WSBA #17312
                                                          ATTORNEY FOR PLAINTIFFS

16     The undersigned consents to his withdrawal as counsel for Plaintiffs and to the
17 substitution of i.Justice Law, P.C. as counsel for Plaintiffs.

19 Dated: January 17, 2007

20                                         MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.

21                                         BY: /s/ ROBERT J. SIEGEL
                                                  ROBERT J. SIEGEL, WSBA #17312

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
- 2

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

**Certificate of Service**

I, hereby, certify that on January 17, 2007, we filed this pleading with this Court. The Clerk of the Court will provide electronic notification system using the CM/ECF, which will send an electronic copy of this Notice to Derek Newman.

/S/ Robert J. Siegel
Robert J. Siegel, WSBA #17312
Attorney for Plaintiff

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
- 3

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717