The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X, <br><br> Defendants. | NO. CV06-0204JCC <br><br> **[proposed] ORDER GRANTING DEFENDANTS' MOTION TO FILE AN OVER-LENGTH BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> NOTE ON MOTION CALENDAR: January 22, 2007 |

THIS MATTER has come before the Court, pursuant to Local Rule 7(f), on the Defendants Scott Lynn, Virtumundo, Inc. ("Virtumundo") and Adknowledge, Inc. ("Adknowledge") (collectively, "Defendants"), hereby request that the Court grant leave to file a brief in excess of the twenty-four (24) page limit imposed by LR 7(e)(3), in support of the Defendants' Motion for Summary Judgment (the "Motion").

Having reviewed the Defendants' Motion to File Overlength Brief in Support of

[proposed] ORDER GRANTING
DEFS' MOTION TO FILE AN OVER-LENGTH BRIEF
CASE NO. CV06-0204C - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com

1  Motion for Summary Judgment, and finding good cause for granting Defendants' motion,
2  the Court hereby rules as follows:
3      Defendants' Motion to File Overlength Brief is hereby GRANTED.  Defendants
4  are granted leave to file a brief in support of their Motion for Summary Judgment with six
5  (6) additional pages, for a total of thirty (30) pages. Plaintiffs may likewise file a thirty
6  (30) page brief in support of their repsonse.

8      DATED this _____ day of _____, 2007.

11      _____
    HONORABLE JOHN C. COUGHENOUR
    UNITED STATES DISTRICT JUDGE

[proposed] ORDER GRANTING
DEFS' MOTION TO FILE AN OVER-LENGTH BRIEF
CASE NO. CV06-0204C - 2

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800