The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | NO. CV06-0204JCC<br><br>**DECLARATION OF MICHAEL GEROE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br>February 16, 2007 |

I, Michael R. Geroe, swear under penalty of perjury under the laws of the United States to the following:

1. I am General Counsel of Defendant Adknowledge, Inc. ("Adknowledge"), am over age 18, and competent to be a witness. I am making this Declaration based on facts within my own personal knowledge.

2. The domain name <my-freemail.com> is registered to Adknowledge's customer, Venture Direct. The messages using that domain name were sent by Venture

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com

1  Direct through Adknowledge's network pursuant to agreement.

3  DATED this 22nd day of January, 2007 at Kansas City, Missouri.

*[signature]*
Michael R. Geroe

DECL. OF M. GEROE RE:
DEFS.' MOT. FOR SUMM. J.

NEWMAN & NEWMAN,

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104