# EXHIBIT L

# MSN website offering internet access service

**MSN Home** | **My MSN**



 **High-Speed Marketplace**   FAQ | Check Order Status | Rebate Center

## Great local deals on high-speed access!

**Plans as low as $14.95\* per month!
Most plans don't require a contract.**



### Check Availability

**Find great deals on high-speed Internet access from providers in your area. Search now!**

**Street Address**  
(Ex: 123 Main St)
**Apt #**
**Zip Code**
**Phone Number**

This information is required to check for availability. If you don't order service, it is not saved and you will not be contacted.

See our Privacy policy.

**How to shop on this site**

**What's the difference between Cable, DSL, and Broadband?**

**What are system requirements for high-speed access?**

**Learn more**

*Prices may vary by service area.

*Discover the power of broadband!*

 © 1999-2007 GetConnected, Inc.™ All rights reserved. Terms of Use

**Try MSN Internet Software for FREE!**

**MSN Home** | **My MSN**

© 2007 Microsoft Corporation. All rights reserved. Terms of Use  Advertise  TRUSTe Approved Privacy Statement  GetNetWise