# EXHIBIT M

# Earthlink website offering internet access service

