# EXHIBIT N

## AOL website offering internet access service

Dockets.Justia.com

**Welcome to a different AOL!** Now, you can get AOL content and services completely **FREE** with your current Internet provider. Or if you'd like to receive a great value on Internet service or want premium AOL features, we have a wide variety of options to choose from:

## If you already have an internet connection

**NEW! Free AOL**
- AOL e-mail
- AOL Security Suite
- Full-length videos, radio and free content
- Does not include dial-up access or live customer support

**NEW! AOL High Speed Essentials**
- Provides back-up dial-up access for your existing high-speed connection
- Privacy Wall with up to $10,000 ID Theft Insurance coverage
- Premium Computer Check-Up for Windows XP with up to $1,000 PC Insurance Coverage
- Only $9.95 a month

## If you need a dial-up connection

**NEW! AOL Basic Dial-Up**
- Unlimited dial-up access
- 24/7 live customer service
- Only $9.95 a month

**AOL Dial-Up advantage**
- Privacy Wall with up to $10,000 ID Theft Insurance coverage
- Premium Computer Check-Up for Windows XP with up to $1,000 PC Insurance Coverage
- Unlimited dial-up access
- 24/7 live customer service
- Just $25.90 a month

## If you need a high speed connection

**Broadband with Free AOL**
- High speed options from all major providers
- Many exclusive offers just for AOL users
- As low as $14.95 a month

**If you already have an AOL e-mail address, please click here to select your plan**