# EXHIBIT O

# Yahoo! website offering internet access service



Help

| HOME | PRICES & PACKAGES | SWITCHING TO DSL | WHAT YOU GET | Already a Verizon Online Subscriber? |



**Check to see if Verizon Yahoo! for DSL is available for you**

Not a Verizon phone customer?

### WHAT ARE YOU WAITING FOR?

Verizon Yahoo! for DSL offers a range of ultra-fast speeds to meet your needs.

Tell me more

### BE YOUR OWN VJ

With Verizon Yahoo! for DSL, watch your favorite, high quality, music videos online.

Tell me more

High-speed Internet (up to 768k)



with a one-year agreement*
**MODEM INCLUDED**

Order Now

---

Home | Prices & Packages | Switching to DSL | What You Get | Contact Us | Already a Verizon Yahoo! member?

Copyright © 2007 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy

Verizon reminds you to always download legally.

Offer by Verizon Online. $19.99/mo. rate available for new residential DSL customers ordering 768 Kbps service online for first 12 months only. One-year commitment required. If service is cancelled between months 2 and 12, a $79 early termination fee applies.  Beginning month 13, monthly rate will increase to the then-current 768Kbps annual contract (w/ renewal) or month-to-month rate.  A $19.99 shipping and activation charge will apply to each DSL order. Additional surcharges, taxes, and other fees apply. These include, but are not limited to, a tax recovery fee (where applicable).

Service provisioned will be up to 768 Kbps, 1.5 Mbps, or 3.0 Mbps based on Verizon line qualification requirements and package selected. Verizon residential local service may be required. Service not available in all areas or on all telephone lines and subject to final confirmation of services by Verizon. 30-day money back guarantee applies to DSL offers. If you fail to return the equipment, an equipment fee will apply. Minimum system requirements apply. Acceptance of Verizon Online Terms of Service is required. Applicable taxes apply. Actual throughput speed will vary. Speed and uninterrupted use of the service are not guaranteed. Home networking requires purchase of a wireless router and may require wireless adaptors and wi-fi cards sold separately. Not all Verizon Yahoo! and MSN features available with Macintosh®. Equipment is a new or fully inspected, tested and warranted return unit. Offer subject to change without notice. Cannot be combined with other discounts or promotions. Other terms and conditions apply. Valid through 1/19/07. © 2007 Verizon. All Rights Reserved.