1

**CERTIFICATE OF SERVICE**

2

3          The undersigned hereby certifies that on this 26th day of January, 2007, I electronically

4   filed the foregoing **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO**

5   **COMPEL DISCOVERY OF TESTIMONY RE SETTLEMENTS AND CERTIFICATE**

6   **OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of

7   such filing to the following:

8

9

10                    **Via Notice of Electronic Filing to:**

11                    Robert Siegel, Esq.
                      i.Justice Law, P.C.

12
                      Email:  bob@ijusticelaw.com
13

14

15          I declare under penalty of perjury under the laws of the United States and the State of

16   Washington that the forgoing is true and correct and that this declaration was executed on

17   January 26th, 2007,  at Seattle, Washington.

18

19

20                                                       _Diana Au_
                                                   _____
21                                                 Diana Au

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com