| | |
|---|---|
| MERKLE SIEGEL & FRIEDRICHSEN, P.C.<br>Robert J. Siegel<br>1325 Fourth Ave., Suite 940<br>Seattle, WA 98101<br>(206) 624-9392 | THE HON. JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **JAMES S. GORDON, Jr., a married individual; OMNI INNOVATIONS, LLC., a Washington limited liability company,**<br><br>     **Plaintiffs,**<br><br>v.<br><br>**VIRTUMUNDO, INC, a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, I-X,**<br><br>     **Defendants.** | NO.  CV06-0204JCC<br><br>**DECLARATION OF ROBERT J. SIEGEL IN RESPONSE TO DEFEDNANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[SEALED DOCUMENT]** |

I Robert J. Siegel state and declare as follows:

1.      I am counsel of record for Plaintiffs  in this matter.

DECLARATION OF ROBERT J. SIEGEL  IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC. - 1

**i.Justice Law, P.C.**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

2. Attached hereto as **Exhibit "A"** are true and correct copies of numerous complaints by recipients of unwanted commercial email from both Defendants Virtumundo and AdKnowledge, which copies were provided in response to Plaintiff's discovery requests. These documents were designated as "Confidential" by Defendants, and accordingly are filed under Seal. (The documents are submitted herewith in accordance with this Court's Minute Order of 12/19/06.)

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 12th day of February, 2007, at Seattle, Washington.

**i.Justice Law, P.C.**

/s/ Robert J. Siegel
ROBERT J. SIEGEL, WSBA #17312
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2007, I electronically filed the DECLARATION OF ROBERT J. SIEGEL IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Attorneys for Defendants: Derek A. Newman, Newman & Newman .

                                        Robert J. Siegel, WSBA
                                        WSBA #17312
                                        ATTORNEY FOR PLAINTIFFS
i.Justice Law P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
bob@ijusticelaw.com

DECLARATION OF ROBERT J. SIEGEL IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
GORDON v. VIRTUMUNDO GROUP, INC.
- 2

i.Justice Law, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717