Gordon v. Virtumundo Inc et al Doc. 106 Att. 1

**EXHIBIT "A" TO DECLARATION OF ROBERT J. SIEGEL**
**UNSUBSCRIBE COMPLAINTS**
**[CONFIDENTIAL DOCUMENTS – FILED UNDER SEAL]**

Dockets.Justia.com

**EXHIBIT "A" TO DECLARATION OF ROBERT J. SIEGEL**

**UNSUBSCRIBE COMPLAINTS**

**[CONFIDENTIAL DOCUMENTS – FILED UNDER SEAL]**

**UNSUBSCRIBE COMPLAINTS TO**
**VIRTUMUNDO, INC.**

Saturday, September 23, 2006

MR. ANTHONY F. FALLERONI
**tfaleroni@aol.com**

**VIRTUMUNDO, INC.
8400 WEST 110TH STREET
SUITE 330
OVERLAND PARK, KS. 66210**

TO WHOM IT MAY CONCERN:

Immediately – immediately – Immediately!

REMOVE MY E-MAIL ADDRESS FROM YOUR GARBAGE LADEN WEB SITE.

Your link does not work – as if that is a revelation???

I have forwarded a copy of this letter to the FCC and to the Attorney Generals Office of the State of Pennsylvania!!

We all know it is illegal to forward **unsolicited** "junk" e-mail to individuals without providing a link where they can remove themselves from your "List"!

WE KNOW YOUR LINK DOES NOT WORK – AND – I BELIEVE THAT IS INTENTIONAL!

STOP SENDING ME YOUR GARBAGE! NOW.

I WOULD LOVE TO GET YOUR SORRY BUTTS IN COURT; SO IF YOU WISH TO CHALLENGE THE LAW(S) GOVERNING YOUR ILLEGAL SOLICITATIONS – LET'S ROLL!

 e-mail address not in Mail Cloud

innovative instruments inc.

3200 Neuse Banks Court
Wake Forest, NC 27587-6781 / USA
Ph: 919 217-1705 Fx: 919 217-3950
www.3i-usa.com / @3i-usa.com

September 14th, 2006

Virtumundo, Inc.
Suite 330
8400 West 110th Street
Overland Park, KS 66210

To Whom It May Concern:

Your web site's claim that I "opted in" to your Spam lists is in error. I did not ask to be Spammed, and have forwarded the trash to **SpamCop**. I have also sent a letter of complaint to the **US Federal Bureau of Investigation.**

I request that you IMMIDEATELY remove ALL email addresses with the Domain Names: 3i-usa.com and GSHudson.com from your Spam lists and do not make them available to third parties.

We take Internet abuse very seriously, and we will cooperate enthusiastically with both Federal and State authorities to maximize the fines and prison time ordered against the owners, officers, and / or employees of your company.

Very sincerely,

G. S. Hudson
President, III

Suppressed both domain names on 9-20-06

September 8, 2006

Virtumondo
8400 W. 110th St. #330
Overland Park, KS 66210

PLEASE REMOVE ALL MY EMAIL ADDRESSES FROM YOUR LIST. I HAVE ASKED THEM TO BE REMOVED BEFORE AND I AM STILL RECEIVING THEM. REMOVE THEM IMMEDIATELY!

srobinson@watsongamble.com — not in our system
srobinson0810@yahoo.com — globally unsubscribed on 9-12-06

Susan Robinson
Seattle, Washington

Joe Brydges
joebrydges@aol.com
joebptw@aol.com
September 07, 2006

Virtumundo, Inc.
8400 West 110th Street Suite 330
Overland Park, KS 66210
913.660.1300.

Recently I have been bombarded by spam mail from your company. I tried following the link provided to remove myself from future mailing and most times I get a message that the website could not be found. Please remove the above addresses from ALL future mailings.

Checked on 9-12-06 but already unsubscribed on ~~9-12-06~~ 9-7-06; ~~[struck]~~ globally unsubscribed on 9-12-06

TO: Virtumundo, Inc.
8400 West 110th Street, Suite 330
Overland, Park, KS 66210

FROM: Donald and Elizabeth Wanderer

SUBJECT: REMOVE OUR NAME FROM E-MAIL LIST!!!

E-MAIL ADDRESS: blddonw@cs.com

DATE: August 31, 2006

We are inundated by e-mails from advertisers! Your organization is responsible for a lot of them. Yesterday and today we tried to unsubscribe from about ten ads sent by your organization. We clicked on the unsubscribe link and also tried to get into your web site. We were never successful.

Therefore, we are sending you this request in writing. Please remove our name from your e-mail list, and do not send any more mail from your advertisers. As shown above, our e-mail address is: **blddonw@cs.com**. We expect you to honor this request.

Sincerely,

Donald Wanderer
Elizabeth Wanderer

Globally unsubscribed on
9-5-06

**EXHIBIT "A" TO DECLARATION OF ROBERT J. SIEGEL**

**UNSUBSCRIBE COMPLAINTS**

**[CONFIDENTIAL DOCUMENTS – FILED UNDER SEAL]**

**UNSUBSCRIBE COMPLAINTS TO**
**VIRTUMUNDO, INC.**

Saturday, September 23, 2006

MR. ANTHONY F. FALLERONI
**tfaleroni@aol.com**

**VIRTUMUNDO, INC.**
**8400 WEST 110TH STREET**
**SUITE 330**
**OVERLAND PARK, KS. 66210**

TO WHOM IT MAY CONCERN:

Immediately – immediately – Immediately!

REMOVE MY E-MAIL ADDRESS FROM YOUR GARBAGE LADEN WEB SITE.

Your link does not work – as if that is a revelation???

I have forwarded a copy of this letter to the FCC and to the Attorney Generals Office of the State of Pennsylvania!!

We all know it is illegal to forward **unsolicited** "junk" e-mail to individuals without providing a link where they can remove themselves from your "List"!

WE KNOW YOUR LINK DOES NOT WORK – AND – I BELIEVE THAT IS INTENTIONAL!

STOP SENDING ME YOUR GARBAGE! NOW.

I WOULD LOVE TO GET YOUR SORRY BUTTS IN COURT; SO IF YOU WISH TO CHALLENGE THE LAW(S) GOVERNING YOUR ILLEGAL SOLICITATIONS – LET'S ROLL!

E-mail address not in Mail Cloud

Innovative Instruments Inc.
3200 Neuse Banks Court
Wake Forest, NC 27587-6781 / USA
Ph: 919 217-1705 Fx: 919 217-3950
www.3i-usa.com / @3i-usa.com

September 14th, 2006

Virtumundo, Inc.
Suite 330
8400 West 110th Street
Overland Park, KS 66210

To Whom It May Concern:

Your web site's claim that I "opted in" to your Spam lists is in error. I did not ask to be Spammed, and have forwarded the trash to **SpamCop**. I have also sent a letter of complaint to the **US Federal Bureau of Investigation.**

I request that you IMMIDEATELY remove ALL email addresses with the Domain Names: 3i-usa.com and GSHudson.com from your Spam lists and do not make them available to third parties.

We take Internet abuse very seriously, and we will cooperate enthusiastically with both Federal and State authorities to maximize the fines and prison time ordered against the owners, officers, and / or employees of your company.

Very sincerely,

G. S. Hudson
President, III

Suppressed both domain names on 9-20-06

September 8, 2006

Virtumondo
8400 W. 110th St. #330
Overland Park, KS 66210

PLEASE REMOVE ALL MY EMAIL ADDRESSES FROM YOUR LIST. I HAVE ASKED THEM TO BE REMOVED BEFORE AND I AM STILL RECEIVING THEM. REMOVE THEM IMMEDIATELY!

srobinson@watsongamble.com ← not in system
srobinson0810@yahoo.com ← globally unsubscribed on 9-12-06

Susan Robinson
Seattle, Washington

Joe Brydges
joebrydges@aol.com
joebptw@aol.com
September 07, 2006

Virtumundo, Inc.
8400 West 110th Street Suite 330
Overland Park, KS 66210
913.660.1300.

Recently I have been bombarded by spam mail from your company. I tried following the link provided to remove myself from future mailing and most times I get a message that the website could not be found. Please remove the above addresses from ALL future mailings.

Checked on 9-12-06
but already unsubscribed on
~~9-12-06~~
9-7-06; ~~[illegible]~~ globally
unsubscribed on 9-12-06

TO: Virtumundo, Inc.
8400 West 110th Street, Suite 330
Overland, Park, KS 66210

FROM: Donald and Elizabeth Wanderer

SUBJECT: REMOVE OUR NAME FROM E-MAIL LIST!!!

E-MAIL ADDRESS: blddonw@cs.com

DATE: August 31, 2006

We are inundated by e-mails from advertisers! Your organization is responsible for a lot of them. Yesterday and today we tried to unsubscribe from about ten ads sent by your organization. We clicked on the unsubscribe link and also tried to get into your web site. We were never successful.

Therefore, we are sending you this request in writing. Please remove our name from your e-mail list, and do not send any more mail from your advertisers. As shown above, our e-mail address is: **blddonw@cs.com**. We expect you to honor this request.

Sincerely,

Donald Wanderer
Elizabeth Wanderer

Globally unsubscribed on
9-5-06

,tember 4, 2006

P.O. Box 310
Dover, AR 72837

Virtumundo, Inc. 8400 West
110th Street Suite 330
Overland Park, KS 66210

Dear Sir or Madam:

I would like to be removed from your email mailing list. I have unsubscribed through an email several times. I have been patient but enough is enough. My email address is kanadyj@mail.cswnet.com. Remove me at once!

Thank you,

Janet Kanady

Janet Kanady

Checked on 9-12-06, but already unsubscribed on 9-9-06.

Jason Cox
20910 Torrence Chapel Road, Suite D-8
Cornelius, NC 28031
jasoncox@aol.com

August 15, 2006

Virtumundo
8400 W. 110th Street
Suite 330
Overland Park, KS 66210

TO WHOMEVER CAN GET ME OFF YOUR E-MAIL (SPAM) LIST:

I want to Globally and in every other way UNSUBSCRIBED my e-mail accounts jasoncox@aol.com and richboy@aol.com from any of your e-mail lists IMMEDIATELY. I have been trying using the online Unsubscribe, to no avail, YOU CONTINUE TO E-MAIL ME! This is my nice letter to you. IF YOU DO NOT FINALLY REMOVE ME FROM YOUR LIST, the next one is going to be to the autorities from my attorney. I am fed up and expect this to be handled IMMEDIATELY. As of AUGUST 24, 2004, if I receive anymore e-mails, I will no longer communicate with you, my attorney will through the authorities.

Let me out your SPAM circle!

FED UP,

Jason Cox

8-21-06
– globally unsubscribed richboy@aol.com
– jasoncox@aol.com already globally unsubbed on 3-21-06; rewards unsub on 8-10-06

CONFIDENTIAL

VM 000297

August 4th, 2006

To Whom It May Concern:

My name is Sandy McClaflin my e-mail address is madmac55@citlink.net. I have unsubscribed from your company several times and each time I submit my e-mail address I get another bunch of junk e-mail from you I don't want. Take my name off your list and keep it off. It is my name and my e-mail address and I don't want it passed out or given to every asshole that wants to send me junk e-mail. Get your advertisements off of my computer once and for all. What part of I don't want you sending me anymore e-mail don't you understand? Get your asses off my e-mail. Sandy McClaflin

Unsubscribed on 8-7-06

5/28/05

Virtumundo, Inc.
8400 W. 110th St.
Suite 330
Overland Park, KS 66210

To Whom It May Concern:

I have tried many times to unsubscribe from your relentless e-mails, to no avail. Your website always seems to be "unavailable". Take me OFF your list!

Thank you,

Robert Buck
11 Delaney Court
So. Plainfield, NJ 07080

bobbuck4@comcast.net

March 18, 2005

To whom it may concern:

I have been trying to unsubscribe from your Internet program for the last year. I have tried the link and I tried my browser and every single time I get an error that it won't load your web pages. Please remove me ASAP. Please send a reply when you have removed me from your program.

Thank you,
Chandra Warbus

Email: pete.warbus@verizon.net

Received 4/14/05
Removed [illegible] 4/14/05

November 16, 2005

Virtumundo, Inc.
8400 W. 110th Ste. 330
Overland Park, KS 66210

Re: Unsubscribe emails sent to maxine.bates@tvc.cbs.com

To Whom It May Concern:

I have tried unsuccessfully to reply to unsubscribe from the emails you are sending to me at maxine.bates@tvc.cbs.com. Please unsubscribe maxine.bates@tvc.cbs.com from your emails immediately.

Sincerely,

Maxine Bates

Maxine Bates
maxine.bates@tvc.cbs.com

Received 11-2005

March 9, 2005

Virtumundo, Inc.
8400 W. 110th Street
Suite 330
Overland Park, KS 66210

RE: Mark Vance - vancemd@bellsouth.net SPAMMING

To Whom It May Concern:

I am receiving many emails every day soliciting various products, all of which are originating from your service.

These emails are unwelcome, and your unsubscribe function does not work on any of them.

I wish to be removed immediately from your list, and if I am not, I will pursue other avenues to assure it is done.

Sincerely, Mark Vance

June 15, 2005

Virtumundo, Inc.
8400 W. 110th Street, Suite 330
Overland Park, KS 66210

Re: Spam Email

I have been receiving many emails from your organization and do not wish to be on your list. I have tried removing myself from you list through the link that is provided at the bottom of all of your emails, and none of the links work. I did not wish to be on your mailing list. Please remove: ashadron@town.windermere.fl.us from your list.

Thank you,

Amanda Shadron

Attached is email received.

Removed unsub 6/23/05

CONFIDENTIAL VM 000215

December 17, 2004

Virtumundo Inc.
8400 W 110th Street
Suite 330
Overland Park, KS 66210

Dear Sirs,

Since your "unsubscribe" link does not function please accept this letter as my request to completely remove and unsubscribe the following email addresses.

Gfields_2001@yahoo.com
Connor1701@yahoo.com

This request means that within 7 days of your receipt of this request, neither addresses given will receive any email from you or your advertisers.

Sincerely,

Gary Fields
Gfields_2001@yahoo.com
Connor1701@yahoo.com

Unsubbed Gfields 12/20/04
Connor unsubbed 6/7/02

CONFIDENTIAL VM 000205

April 09, 2005

Sirs!

Would you please remove me from your program! [redacted]

I have "clicked and clicked" and it always comes up "This page cannot be displayed". I may not be spelling your name correctly but the print is so small on the screen I can barely read it.

Thank You,

Billy L. Smith

Removed email 4/25/05

Virtumundo, Inc. 4/04/05

Please do not e-mail me any more advertisements or anything else. You are in violation of the Massachusetts Anti-Spam law. I will report you to the Mass Attorney General's Anti Spam office if you do not comply with my request. I would have done this by E-mail but your unsubscribe link does not work as I am sure you know….
My e-mail address is mansfieldjc.pconnor@verizon.net.

Sincerely,

Paul Connor
508-339-3400

December 1, 2004

Virtumundo, Inc.
8400 W 110th Street, Suite 330
Overland Park, KS 66210

To Whom It May Concern:

I have been receiving a tremendous number of email ads that are from Virtumundo as a source. Even though you have a 'click here' button to unsubscribe, it doesn't work – which is inconvenient.

**PLEASE REMOVE ME FROM YOUR EMAIL LISTINGS AS SOON AS POSSIBLE.**

My email to be UNSUBSCRIBED is: clongley@easystreet.com.

Thank You.

Cynthia Longley

Cynthia Longley

unsub 12/6/04

Suzi Stanich
777 NE 8th Street #204
Gresham, OR. 97030
Monday, February 14, 2005
cruzisuziq@softhome.net

Virtumundo, Inc.
8400 W 110th St. Suite 330
Overland Park, KS 66210

Please remove me from all your lists. When I try to go to your site, I always receive a "This page cannot be displayed" message. I am not interested in receiving anything I haven't requested. My email is for friends, family & other things I choose to subscribe to. Please leave me alone!

Sincerely,

Suzi Stanich

Removed unsub 2/17/05

November 21,2004

Re:Virtumundo.com/chance

Virtumundo, Inc.
8400 West 110th Street
Suite 330
Overland Park, Ks.66210

Gentlemen:
PLEASE REMOVE MY EMAIL ADDRESS FROM YOUR ADVERTISEMENTS..I HAVE TRIED FOR 2 WEEKS NOW TO UNSUBSCRIBE TO NO AVAIL. REMOVE MY EMAIL ADDRESS NOW!

Thank you
aslaff@comcast.net

Unsubbed
11/29/04

Folks AT Virtumundo:

99% of unwanted of my Email (SPAM) comes from you. I wish for you to lose my Email address and take me off your list. I have tried to click on your Remove at the bottom of the ads and tried contacting you at Virtumundo.com and got a connection refused message. I am getting really Pissed off. If you or your clients think that by annoying me will persuade me to use your services you are sadly mistaken.

I am giving you ten days from the date of this notice to stop. If not I will send copies of this letter to your clients, VA. State Senator Warner, Congressman Goodlatte, my ISP, and your clients. Please go away, leave me alone. I don't want a loan, insurance, online schooling or anything else you have to offer.

Thank You

[signature]

Fassett2@cox.net

1-26-05

Received [illegible] 1/31/05

My email address was added to your list by mistake. I have been unable to unsubscribe from your list by clicking on the link. Please remove immediately!

bettelea@famvid.com

not in DB reward unsub 4/16/05

7/4/05

Hello,

I keep getting email advertising for advertisors I assume got me email address from you. However, though I can unsubscribe from each advertisor, I can't unsubscribe from your company, no matter how many times I click on "Click here" in the very last paragraph. So, please unsubscribe hike17@easystreet.com as absolutely soon as possible.

Thank you,

Donald O. Neff

Reward unsub 1/8/05

February 1, 2005

Virtumundo, Inc,
8400 West 110th Street
Suite 330
Overland Park, KS 66210

Gentlemen,

During the past week or so I have been receiving unwanted SPAM, which apparently originated from your site. Your remove link, does not work.. Attached are some examples.

Please remove my E-Mail address, ZickFA@kc.rr.com. from any and all of your ads or contacts.

I do not wish to receive any.

Thank you,

Fred E. Zickwolf

ZickFA@kc.rr.com

Removed ... 2/2/05

505 E. Dubuque St.
Quasqueton, Iowa, 52326
1-10-05

re: unsolicited e-mails and unwanted e-mails(spam)

Dear Sir or madam:

Take me off all your partner lists and also any and all affiliates. Do not come back to my site with your marketing propoganda, network marketing hoaxes or any multii-level marketing scams. If you do not heed this request nor take it seriously you will be turned in for spamming.

Sincerely,

Roger Silberstein

Address to be removed: silberstein@netins.net

rcs

already removed
unsubbed
1/2/05

January 5, 2005

To Whom It May Concern:

I have tried on several occasions to opt out of your advertisements; where it says to "click here" to no avail. It seems as though the server cannot be found. I find this to be very annoying and I would think your company would be a part of the can Spam act.

So I need to put in writing to please **DELETE** my email address from your system ASAP.

**Nu2life40@cfl.rr.com**

Thanking you in advance,

Tara Means

Removed unsub 1/7/05

To Whom it may concern:

Please immediately delete my email address Store3671@theupsstore.com from your mailing program. Also do not give my address out to anyone else.

Unfortunately your "click here" never works nor does your browser address.

Remove this address and do not send me anymore advertisements through vmadmin.com.

Thank you.

Nov. 8, 2004

Virtumundo, Inc.
8400 W. 110th Street, Suite 330
Orverland Park, KS 66210

Please remove/unsubscribe me from your e-mailings and do not give out my email to other vendors. I tried the link online to unsubscribe but it did not work. Thanks!

cgoytia1@yahoo.com

Oct. 19, 2004

Dear Sir/Madam:

Please remove me from your mailing list, I don't want to receive any emails from you or your partners. My email address is as follows:

he_jian@chinaconstruction.us

By the way, the link you provide to unsubscribe is invalid. It should be renewed for everyone's convenience.

Thank you

Jian He

resp'd 10/25

11/5/04

PLEASE UNSUBSCRIBE GONEFISHINGSMD@COMCAST.NET FROM ANY FURTHER ADVERTISEMENTS.

THANK YOU,

GONEFISHINGSMD@COMCAST.NET

these unsubbed 11/12/04 [initials]

Virtumundo -

Remove me from ALL
Email Distributions
Immediately - Why is your Website
For removal not accessible?

Robert D Tucker
14550 41st Av. N.
Plymouth MN 55446
bobdtucker@comcast.net

Tucker
14550 41st Ave. N.
Plymouth, MN 55446

CONFIDENTIAL VM 000198

**Herbert E Hager, Jr**
410 Upper Street
Potosi, Missouri 63664-1552
573-438-9240
herb@intergate.com

December 1, 2004

Vitumundo, Inc.
8400 W. 110th Street, Suite 330
Overland Park, KS 66210

Dear Sir:

Why, when I go to the web site, I get this:

"An error has occurred in submitting this form. Please return to the form and enter your information again. Technical support has been notified and will reeve ew the error.

Return to form"

I have replied to several emails addressing the same web site, but with the same results. WHY?
I have written about this several times, and I am still awaiting for results.

Sincerely,

Herbert E Hager, Jr

cnsb 12/6/04

**PASTOR'S PARAGRAPH**

To whom it concerns:

For almost a month, I have been asking to have my name removed from all of your mailings. my Lawyer says if it continues, he will seek to Sue your Company for harrassment on my Behalf. So, please remove me from all lists. — evewss@yahoo.com



**UNSUBSCRIBE COMPLAINTS TO ADKNOWLEDGE, INC.**

DANIEL A. POZNER
ATTORNEY AT LAW

415 NORTH TIOGA STREET
SUITE 201
ITHACA, NEW YORK 14850
(607) 272-9921

May 9, 2005

Adknowledge
4600 Madison
5th Floor
Kansas City, MO 64112

Re: Unsubscribe "dpozner@lightlink.com"

Dear Madam/Sir:

This letter is sent because the "unsubscribe" directions in the solicitations you send are ineffective if not imaginary. Therefore, consider this a formal request that you immediately unsubscribe the e-mail address known as "dpozner@lightlink.com" from all of your mailing lists.

Thank you for your attention to this matter

Very truly yours,

Daniel A. Pozner, Esq.

CONFIDENTIAL

**DAVID W. BERNSTEIN**

October 2, 2005

Acknowledge
4600 Madison, 5th Floor
Kansas City, MO 64112

Gentlemen:

Your link to UNSUBSCRIBE does not work.

Please UNSUBSCRIBE me from all your new letters and advertisements. SIRDWB@COX.NET.
Hopefully, now and finally.

Thank you.

Sincerely,

DWB/d
enclosure

CONFIDENTIAL

Todd County Schools -- Brightening Tomorrow's Future -- Today

DAVID EAKLES, SUPERINTENDENT
BOARD OF EDUCATION:
ROCKY RAGER, CHAIRMAN
EUGENE WELLS, VICE CHAIRMAN
GLENDA BELL
LIBBY ROSS
CALVIN JONES

804 SOUTH MAIN
ELKTON, KENTUCKY 42220
TELEPHONE 270-265-2436
FAX 270-265-5414

To: Whom it may concern

From: Tammy Davis (tdavis@todd.k12.ky.us)

Date: Jan. 4, 2005

Re: Unsolicited email

I have tried unsuccessfully for several weeks to unsubscribe to your emails. This is a business computer and I do not appreciate receiving all these emails.

PLEASE REMOVE ME FROM ANY AND ALL MAILINGS IMMEDIATELY.

8/13/05

Acknowledge
4600 Madison
5th Floor
Kansas City MO 64112

Please arrange to delete our e-mail address from all of your mailings. We have tried using your "remove" website and going to "here" and none of them work. That does not surprise me as we don't know how you got us on your mailing list to begin with!!!

Delete sonjak@chartermi.net as soon as you receive this message.

Thanks,

Duane K. Sanford

Duane K. Sanford
621 Autumnview Lane
Traverse City MI 49684

(231) 943-9331.

CONFIDENTIAL

Oct. 20, 2005

Adknowledge
4600 Madison, 5th Floor
Kansas City MO 64112

I have attempted to stop your many E-mail messages for various products. One of two things happen when I do so. 1) A screen comes up saying "Sorry this page not available" or something to that effect. OR 2) Nothing happens

Please remove my address from all your ad messages immediately. Thank you.

Richard P. Pratt
rpka@hsnp.com

Richard P. Pratt
45 Marinero Way
Hot Springs Vlg. AR 7190[illegible]

ADK 001178

CONFIDENTIAL

Adknowledge.com

http://www.adknowledge.com/mus/succes

adknowledge

**Success**

You have just unsubscribed from receiving email messages from the Adknowledge network. Allow three days for our database to be updated. Due to slow mail delivery by some mail hosts, you may still receive undelivered mail that Adknowledge sent prior to your unsubscribe request. Thank you for trying our service.

All content copyright © 2004 adknowledge, Inc. All rights reserved.

what success !!!!
every single day u send me those
STUPid SPAMS. and every day
J UNSUBSCRIBE and you Send
more ENOUGH !!---
Keep your STUPid adds
to yourself
REMOVE my NAME FROM your
[illegible] LIST

/ADK 001182

CONFIDENTIAL

Hi
Please DO NOT send me any more emails to my email address.My email address is paula346@epix.net.TAKE MY Eail address off you list.I have unsubscribed 100 times from your email and I STILL get them!!!!!!!!!!!!!!!
If you do not unsuscribe me I am going to pursue this legally.
Please contact me I want to talk to you or your company.
Chris Shupp or Paula Parkhurst
570-836-4388
570-836-8880

526 State Route 48
Fulton, NY 13069
April 26, 2005

Adknowledge
4600 Madison, 5th Floor
Kansas City, MO 64112

To Whom It May Concern:

I have been in receipt of numerous e-mails from clients of yours, of whom I do not want to deal with. (i.e. Consolidate Your Bills, Strength Training, Italian Vacations, Special E-deals, Handbags, shoes, cars, etc, ad nausea!)

**PLEASE** delete me from your e-mailing addresses! **I DO NOT WANT TO HEAR FROM YOUR CLIENTS ANYMORE!!!** I have tried to unsubscribe numerous times through the Internet, only to get the message that Juno "cannot find server - page cannot be displayed."

Therefore, I am contacting you in writing and expect to have my wishes respected and have my e-mail address removed from all of yours. My e-mail address is:
jcvrev2001@juno.com

I look forward to having a clear e-mail box ASAP.

Sincerely,

Ruth Voetelink

ADK 001186

CONFIDENTIAL

Judy Tuttle
P O Box 344
Kingsland, GA 31548

Adknowledge, Inc
4600 Madison, 5th Floor
Kansas City, MO 64112

Dear Sirs:

I have been receiving numerous emails from your company. I do not remember signing up for any info from you. Your message says that I subscribed to Adknowledge Rewards. I do not know what that is and do not want to receive any message of any kind from your company or any of your affiliates.

The email address you have for me is a business one. I do not have a personal email address. I cannot go to your website to unsubscribe because we have been forbidden to use the computer for personal use.

PLEASE REMOVE ME FROM ANY AND ALL MAILING LISTS. DO NOT SEND ME ANY MORE EMAILS!!!!!

judy_gay@gilmanbp.com or judy_tuttle @gilmanbp.com

I could be fired because of your spam

Sincerely
Judy Tuttle
Judy Tuttle
8/2/05

CONFIDENTIAL

I would like to be off
adknowledge emailings
I have tried many times
to unsubscribe by responding
on computer but filters in
our security will not allow it
to be sent due to remote
images.

Thanks.

Bill Mourin

[symbol] bmourin@isd2154.K12.mn.us

ADK 000041

CONFIDENTIAL

ParentWISE, Inc.
*Supporting families throughout Westmoreland County*

Administrative Office: **724-837-541(**
Helpline: **724-837-1555 • 800-544-022;**
Fax: **724-837-882**
409 Coulter Avenue, Suite :
Greensburg, PA 15601-544

February 17, 2005

Adknowledge
4600 Madison 5th Floor
Kansas City, MO 64112

Re: unsubscribing

Dear Sirs:

I would just like to express my **anger** at having been the recipient of thousands of unwanted emails from your advertising customers over the past months. I **never** subscribed to receive these emails and I don't understand how my **work** email address was given to you.

As part of my job, I must do research on my computer. Somehow, the sites I have visited were sent to you and you must have sold my email address to companies with products that you (or they) felt were related to my "interests" based on internet searches. For example, I researched information on drugs and drug interactions, etc. So what do I now get, numerous emails wanting me to purchase drugs over the internet! Topics that I researched more than 3 or 4 years ago are now being reflected in emails I get, most from business who are advertising with you.

I just want you to be aware that as a result of being bombarded daily with these **nuisance** ads, I will **never** purchase anything from any of these companies even if it means paying 3 times as much for a product to get it from someone else. If I find that I can have legal recourse against you for violating my privacy on my computer now or in the future, I will do so!

Sincerely Yours,

S.K. Beauregard

S.K. Beauregard
Parent Education Coordinator

CONFIDENTIAL

10/9/2005

TO WHOM IT MAY CONCERN,

PLEASE REMOVE THE FOLLOWING E-MAIL ADDRESS FROM ANY FUTURE CORRESPONDENCE.

WE DID NOT REQUEST OR SUBSCRIBE TO ANY OF THE MAILINGS WE HAVE BEEN RECEIVING.

WE FIND YOUR E-MAILS AN INTRUSION.

REMOVE:IDLEOARS@MSN.COM

ASAP.....

THANK YOU

L. Thomson

**AnnetteWard**

**From:** "Criminal Justice Education" <CriminalJustice@adknowledgemail.com>
**To:** <annetteward@sc.rr.com>
**Sent:** Friday, July 29, 2005 5:45 PM
**Subject:** With the education, comes the uniform.

TO
PROTECT
&
SERVE
CLICK NOW FOR INFO ON CRIMINAL JUSTICE EDUCATION.
Find schools offering criminal justice degrees? Search our directory Programs available online
Kaplan University official site offers online classes to enhance or begin your career in criminal justice while keeping your own schedule Accredited and approved Request free info
CLICK HERE
CLICK HERE

brought to you by adknowledge
Refer Your Friends

You received this message because you subscribed to Adknowledge Rewards. To remove yourself from this service and stop receiving email messages from Adknowledge, go to http://www.adknowledgemail.com/us or go here. To read Adknowledge's privacy policy, go to http://www.adknowledgemail.com/pp or go here. Please mail comments about this message to Adknowledge, 4600 Madison, 5th Floor, Kansas City, MO 64112. (c) 1998-2005 Adknowledge, Inc. All rights reserved.

7-29-05 I did Not subscribe to the above. Please remove my name from this service as I am Not interested. Do Not e-mail me any further.
Thanks
Annette Ward

CONFIDENTIAL

ADK 000039

1945 Lakewood Road S. NW
Edmonton, Alberta, T6K 3W9
December 27th, 2004

ADKNOWLEDGE
4500 Madison
5th Floor
Kansas City Mo. 64112

Gentlemen:

I am annoyed and have reason to be…..Over the last number of weeks, [maybe months] I have been receiving what is considered as JUNK MAIL , SPAM, CRAP and whatever it may be called, by whoever, when ever, where ever, , why ever, and finally how ever and I am NOT a happy camper. All that happens is that the JUNK MAIL, SPAM and CRAP received is DELETED without ever opening the package. Consequently it is a WASTE of TIME for who ever sends it as well as myself because I delete this junk mail basically without ever opening it. On the bottom of EVERY piece of JUNK MAIL received is a notation with reference to a number of things…..one which reads To ***remove*** yourself from this service and stop receiving email message from Adknowledge, go to http://adknowledge2.com/us/ or go here. The address http://adknowledge2.com/us/ does not work…..clicking "here" works at least it indicates that it does but does it? I have clicked "here" on all of the SPAM I have received from Adknowledge but continue to receive the your unwanted whatever [you name it and it fits] ….. WHY? When if ever…..will it cease? The question is…..Where did Adknowledge get my "E" mail address [gildot@oanet.com] and why do you continue sending this JUNK?

This is just a short list on the many received,…..Portable DVD players, Child support help, Paint ball service, Count calories no more, re-mail-system @hot…, Lose wight by counting carbs, Singles selector, Get the advantages of a new tennis racquet, House plans of your…., and many others too numerous to list, as it would go on ad infinitum. As well I don't need nor want any of the junk advertised and I do not deal on the internet under any circumstances.

Anyway, Gentlemen…..Please be kind enough to **DELETE** my "E" mail address from your records **FOREVER IMMEDIATELY**….. not to-day, nor tomorrow, but like yesterday…. Would be better.

Your truly

G. R. SNIDER

ADK 001195

P.S. I received CONFIDENTIAL 17 of your crap

Adknowlegemail
4600 Madison
5th Floor
Kansas City, MO
64112

To whom it may concern:

Please remove my name, LeRoy Simpson @ juno.com from your mailing list. Why you would keep sending the same ad and clogging up my computer is beyond me. I am NOT interested in your services and never buy anything through unknown services.

Thank you,

LeRoy Simpson

ADK 000042

CONFIDENTIAL

5-12-05

AdKnowledge
4600 Madison 5th Floor
Kansas City, Mo 64112

Please consider this letter as an unsubscribe request for your myraid of advertisers and promotions!

Re: Return 4646667 @ Acknowledgemail etc.

A copy of this letter is being forwarded to the FCC Comuision in Washington DC & also to the attorney General for the Mo. State in Jefferson City, Mo.

Lyle F. Ames
3158 Keats Rd.
Memphis, TN 38134-3220

Email: lames1@midsouth.rr.com

ADK 000045

CONFIDENTIAL

4/8/05

To: Acknowledgemail.com

To Whom It May Concern:

Please remove my email address from your list. I am getting numerous emails from your organization that I did not subscribe to. They are being sent to my work email and interfering with my work and could get me into trouble. My email address is dstewart@msnwa.com. Your cooperation in this matter is appreciated.

Thank you,

Donna Stewart

Donna Stewart

CONFIDENTIAL

**Subject: Store everything in a steel building.**
Strong Steel Building <SuperSafeStorage@adknowledgemail.com>
**Reply-To:** return3273222@adknowledgemail.com
0 <helgahi@sanbrunocable.com>

Please Stop These E-MAIL 20-to-30 A DAY STOP

Strong.
Storage.
Set up a steel building

**National Partitions**

Manufacturer of inplant offices, modular rooms, prefab wall systems, industrial enclosures, mezzanines and exterior buildings. Better products and lower prices.

{ Click here }

**Easy Prefabricated Steel Building Kits**

All of the materials you need to construct your own steel building in an easy kit. Great for a garage, barn, shop or storage space. Download a free catalog now or call for a quick quote.

{ Click here }

here

http://www.adknowledgemail.com/us/ or go here. To read Adknowledge's privacy policy, go to here

Madison, 5th Floor, Kansas City, MO 64112. © 1998-2004 Adknowledge, Inc. All rights reserved

To Whom It May Concern:

This is in response to a series of e-mail advertising that I received yesterday and today. Contrary to what you may say, I have not signed up for this spam and I don't want any more of your ads in my mailbox. Any further ones will be forwarded to the FTC for further investigation.

I do not reply to unsolicited e-mail on my computer. Perhaps this letter will suffice to get my e-mail address off your list!

barjane@sigecom.net

STOP

Quit

Desist

Do **NOT** send any emails to gcreek@alltel.net of any kind

ADK 000054

CONFIDENTIAL

To Whom It May Concern:

I do not know how you received my e-mail address but- you need to stop sending me e-mails this has gotten to the point that you sent them to my under 30 different sites names. I am not interested in you emails they do not interest me to be honest they are stupid, I do not want to get anymore emails. I would appreciate it very much.

Thank you for your time in this matter.

Kristin Lawry
Klawry@mickeybody.com

# Remove my email address completely from your list!!!!!!!!!!!!!!!!!!!!

January 1, 2005

ADKNOWLEDGE
4600 MADISON 5TH FLOOR
KANSAS CITY MO 64112

RE: YOUR UNSOLICITED E-MAILS

TO WHOM IT MAY CONCERN:

THE E-MAILS YOU HAVE BEEN SENDING ME STATE I AM A SUBSCRIBER TO ADKNOWLEDGE. I AM NOT A WILLING SUBSCRIBER TO YOU.

PLEASE REMOVE ME FROM YOUR SERVICE IMMEDIATELY. MY E-MAIL ADDRESS IS A PRIVATE & CONFIDENTIAL ADDRESS AND IS NOT TO BE GIVEN TO ANYONE OR USED BY ANY PERSON I DO NOT AUTHORIZE.

AGAIN, REMOVE ME FROM YOUR E-MAIL ADDRESS AT ONCE.

GARY WILKINS
gary_wilkins@cinfin.com

From autocardb@netzero.net

2/25/05

AdKnowledge Rewards,

I am writing to you to un-subscribe me to all of your unwanted & unsolicited ads. I don't know where this got started from, but please stop!

My e-mail is at least 3/4 full daily with your ads. - any thing from loans, cruises, auto accessories to christian matchmaking, credit repair or reports, student loans & many, many more.

I am a retired person living on a very limited fixed income. I do not desire any of these advertising services nor could I afford any of them.

Please un-subscribe me and/or remove me from your lists.

thank you,
S. Chastain
autocardb@net zero.net

ADK 000072

CONFIDENTIAL

Please take me off of your mailing or e-mail list immediately!
E-mail is nantag@cctonline.net    AS FAR AS I AM CONCERNED THIS IS SPAM AND I WILL TAKE ACTION!

July 15, 2005

Adknowledge
4600 Madison
5th Floor
Kansas City, MO 64112

To Whom It May Concern:

I would like you to know that I never knowingly subscribed to Adknowledge Rewards and I insist that you stop harassing me with emails and remove me from your list immediately.

I am aware that if I go to your website and request removal it will only increase the amount of junk mail I am already receiving.

I am purposely not including my home mailing address as it would likely lead to harassment through the mail, also.

The only effect your ads have on me is to insure that I would never buy or subscribe to anything advertised through your company. **Please cease and desist with this form of harassment!**

d_s_nelson@nemontel.net

Adknowledge,
4600 Madison, 5th Floor,
Kansas City, MO 64112.

Please remove me from **ALL** of your email lists. I think they are all SPAM and will never replay to any of them. I have tried everything I know to get them stopped. I will be contacting legal authorities here if they continue.

Thomas Maloney
Tom1120@qconline.com

CONFIDENTIAL

# Data Missing

This document resulted from a POST operation and has expired from the cache. If you wish you can repost the form data to recreate the document by pressing the **reload** button.

The data That was missing was the page to remove this e.mail address from your records

Your Remove page says: Sorry for the inconvenience, this page is not available.

Please Remove

helgahj@sanbrunocable.com FROM YOUR Lists

Thank You

March 25, 2005

Adknowledge, INC
4600 Madison
5th Floor
Kansas City, MO 64112

Re: Take my e-mail address off of your list!!!!

Dear Sir: I have tried to contact you via the internet as noted at the bottom of your ads and cannot get through. Please take me off of your e-mail list - for -all- of your ads. I will soon have to pay long distance phone charges to collect my e-mail and I do not want to pay to receive your ads - which I have NOT requested in the first place.

My e- mail address is: rvp.fap@juno. com

PLEASE PLEASE remove my address from your lists.

Frances Petersen

Frances Petersen

ADK 001189

CONFIDENTIAL

**To Whom It May Concern:**

**I'm not sure how you got my e-mail address but please remove it immediately from your distribution lists. This e-mail address is a health care facility and we are not permitted to receive this type of e-mail and I certainly would not want to receive it at my place of employment or my home.**

**Please remove immediately:** jlaurick@hvhs. **org**

**This is not the first time I have requested removal but hopefully it will be the last so I do not have to notify the Federal authorities.**

CONFIDENTIAL

January 19, 2005

To: Adknowledge
4600 Madison, 5th Floor
Kansas City, MO 64112

From: Sammy Bascom (assistant@setai.com)

To Whom It May Concern:

I have been receiving emails from you guys, which I have not register myself to you. I cannot unsubscribe because then I receive more junk mail from you. PLEASE STOP EMAILING ME!!!! I AM NOT INTERESTED IN YOUR OFFERS!!!

Yours truly,

S. Bascom

Samadhi Villar-Bascom

CONFIDENTIAL

Jan. 16,2005

To whom it concerns

I would like for your coporation to remove my e-mail address from all of your data bases.

crpowell@iquest.net. I have telephoned your response number but my address has not been removed as of this date.

Thank You

Charles R Powell

CONFIDENTIAL

Alan K. Jeppesen
468 South 300 West
Tooele, Utah 84074
Telephone: 435-882-5617
Mobile: 435-840-4512
jeppintooele@msn.com

January 8, 2005

Adknowledge
4600 Madison, 5th Floor
Kansas City, MO 64112

RE: Misdelivered ad

Dear Adknowledge:

Here is the e-mail ad I received. When I tried to unsubscribe, I got your message on page 3 that said that if the e-mail address was not filled in, that the ad was a fraudulently mailed ad. Since that is the case, I am sending you the ad so you can try to track the source.

Very truly yours,

Alan K. Jeppesen

ADK 001193

CONFIDENTIAL

1/18/2005

To - ADKNOWLEDGE MAIL

Please remove our E-MAIL address from your list. Here are 2 samples of advertizments we are receiving as requested.

Thank you Judy + Fred

ADK 001194

CONFIDENTIAL

February 10, 2005

Dear Sir or Madam:

For the last 3 months I have been receiving ads on my e-mail for things I have never signed on for. Some of which in my wildest dreams I would not have requested. I have tried to unsubscribe from these ad, but all I get are more ads from more places, because my address is being shared by everyone. As of 2 days ago I started to keep tract of the ads and who they were associated with. I have 21 from your group alone and by the time you get this letter I will probably add 10 more to the list.

I am requesting you remove my address from all past, present and future groups that have an account with you and am requesting that my address not be shared with any other group.

Thank you,

Peggy

pdq19@netconex.com

ADK 001197

CONFIDENTIAL

February 9, 2005

Suj: linda@unitrade13.com

Adknowledge
4600 Madison
5th Floor
Kansas City, MO 64112

To Whom It May Concern:

Please respect my privacy. I have already indicated by e-mail for you to remove my address from you mailing list.

PLEASE DELTE ME FROM ALL YOUR MAILING LISTS.

Again, please respect my privacy. I have never authorized anyone to send me anything.

Linda

CONFIDENTIAL

February 9, 2005

Adknowledge
4600 Madison, 5th Floor
Kansas City, MO 64112

To Whom It May Concern,

I have made numerous attempts to unsubcribe my email account from your solicitations database only to continuously be denied access to your unsubscribe page on my computer. I know I have an old Netscape rev so I am not faulting your company however, I would truly appreciate it if someone would please take me off your email solicitations listings.

My email account name is **mariet@alamedanet.net.**

Thank you for your assistance.

Sincerely

Marie T.

CONFIDENTIAL

December 21, 2004 Complaint #2

Adknowledge
4800 Madison, 5th Floor
Kansas City, Mo 64112

Gentlemen:

I inadvertently got onto your E- mailing list and my computer is clogged with offers from dozens of advertisers every day from the 6 a.m. in the morning until late at night. I have already zapped out eight today.

I go through the small type trying to find the "unsubscribe" notice, and while I am doing that two or three more come in.

I am a retiree on a limited income and live in HRA low income housing. I am nearly 75 years old, not only can I not buy, subscribe, or invest in these offers, but I have gotten to the point where I wouldn't take it if it were given away. It would just put me on 25 more mailing lists!

Now it must have been very easy for you folks to put my name on a hundred E-mail lists, now I want to see if it is just as easy for you to remove my name from every one. I would like it done as soon as possible. This has only been going on for about two weeks, I hate to think what it will become.

Oh yes, I tried to use your E-mail address to cancel my name, but I got a report that no such E-mail address existed.

WILL YOU PLEASE REMOVE MY E-MAIL ADDRESS FROM EACH AND EVERY COMPANY YOU HAVE GIVEN IT TO, AND DO IT IMMEDIATELY!

My E-mail address is: jmelchild@wat.midco.net
My full name and address is:
JoAn Melchild, 301 NW 1st St. Apt. 203, Ortonville, MN 56078

I will be sending copies of this letter to a few officials who hopefully will treat it as they did the problem with telemarketers.

I couldn't be more sincere-GET ME OFF THOSE LISTS!!!!!!

JoAn Melchild JoAn Melchild

December 27, 2004 I have received 47 E-mails from various marketers since December 22!

STOP!!!! CONFIDENTIAL

ADK 001202

Ref: BOVE@WESTOL.COM

December 28, 2004

Dear Sir or Madam:

The above referenced email address has apparently been added to your list of subscribers or email recipients without our authorization. This address has recently been bombarded with unsolicited email. We send this letter to you by mail because we have experienced that unsubscribing on-line oftentimes increases the number and frequency of unsolicited emails. We respectfully ask that our email address be immediately removed from your list of subscribers or email recipients, whichever the case may be. If we continue to receive email from your address, we will report your activity to the appropriate agencies. We trust that you will honor our request to be removed from your list of subscribers or email recipients in a timely manner.

Sincerely,

**CORPORATION PRESIDENT**

copy: Corporate Attorney

CONFIDENTIAL

**JOHN J. MARKON**

• 1532 WEST NORTH AVENUE • LOMPOC, CALIFORNIA 93436 • (805) 736-1768 •
PROCYON13@JUNO.COM •

November 27, 2004

Adknowledge
4600 Madison, 5th Floor
Kansas City, MO 64112

Dear Sirs:

I am besieged with a daily flood of email from your operation. All attempts at connecting to your stated website for cancellation of email never gets connected. The site is obviously not a functional one. I have never given you permission to email me.

I need to have these emails from you stopped as soon as possible. Please do this so that we can finish this process amicably.

Sincerely

John J. Markon    Email address: procyon13@juno.com

ADK 001205

CONFIDENTIAL

2/22/05

I hone been trying to
Stop your Emails
Links dont work

it Says
Sorry for the in convenince
The page is Not avaliable
So pleas stop sending

remove
Wheels307@mainester.net
Your not following Rules
No place to unsubscribe

CONFIDENTIAL

4/22/05

To Whom It May Concern:

Please delete my email address from your list dietrmd@epix.net

I have tried 8 times to unsubscribe using the option in your email, and each time I get the message the page is not available. Please fix it for future users.

Thank you,

[illegible signature]

dietrmd@epix.net

Please remove:

makrsk@ggweb.com.

I am not ~~hap~~ having any success trying to do so on the computer.

CHARLES A. BOUTON & SON

Mr. Don Bouton
1021 Rivage Promenade
Wilmington, NC 28412

TO ACKNOWLEDGE
4600 MADISON – 5TH FLOOR
KANSAS CITY, MO 64112

SUBJECT: STOP ALL E-MAIL

DATE 7/13/05

FOLD

I want all E-Mail sent to me stopped at once!

I have tried numerous times to remove this annoying E-Mail as directed by your messages to no avail!!

Remove my address: dbouton@ec.rr.com immediately

Don Bouton!!!

Don Bouton
1021 Rivage Promenade
Wilmington, NC 28412-2741

SIGNED

ITEM NO PK111R-2
AVAILABLE FROM BUSINESS ENVELOPE MANUFACTURERS, INC · DEER PARK, N.Y. · ANAHEIM, CALIF

ADK 001211

CONFIDENTIAL

Please unsubscribe us from your internet service. We do not wish to receive them. I have tried to unsubscribe on line but your page will not come up.

Thank You,

kayechuckfagone@ezynet.com

CONFIDENTIAL

UN SUBSCRibe TAKE me OFF your
DATA BASE
I NEVER DID SUBSCRibe / ASK FOR
OVER 2 MONTHS TO DELETE AND
I STILL AM ON YOUR DATA BASE
CALIXTO @ HIGH STREAM. NET

YOU STATE AFTER I CLICK UNSUBSCRIBE
YOU WILL TAKE ME OFF YOU HAVENT

CALIXTO @ HIGHSTREAM. NET
TAKE ME OFF YOUR DATA BASE

ADK 001214

CONFIDENTIAL

To Whom it May Concerns

I have tried repeatedly to have my email address removed from your Data Base. Each attempt has been unsuccessful, please remove me.

spencemcb@cox.net

Thank You!

[signature] spencemcb@cox.net

ADK 001215

CONFIDENTIAL

From the desk of . . .
Gloria D. Foote, CFP

12-28-04

To: Adknowledge2.com

I don't know how I got on your radar screen but I am inundated with emails from Adknowledge2 and I want it stopped! I have "unsubscribed" but want you to check it to make sure. What an invasive nightmare! No one needs email after email of junk.

gloria.foote@natplan.com.

NO MORE!!

Gloria Foote

Financial Focus
1903 Wright Place, Suite 150, Carlsbad, CA 92008
(760) 431-3040 fax (760) 931-5719

Securities offered through NATIONAL PLANNING CORP. (NPC) Member NASD/SIPC
Financial Focus and NPC are separate and unrelated companies.

CONFIDENTIAL