The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | NO. CV06-0204JCC<br><br>**DECLARATION OF DEREK LINKE IN SUPPORT OF REPLY TO RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Derek Linke, declare and testify as follows:

1. I am over eighteen years of age and am an attorney associated with counsel for defendants in the above captioned action. I am competent to testify to the matters stated in this declaration, and make this declaration from personal knowledge of those matters.

2. As I stated in a previous Declaration (Dkt. No. 102), I assembled the Linke Log from work product created by the contract attorneys. This process required my

DECL. OF DEREK LINKE IN SUPP. OF REP. TO RESP. TO DEFS.' MOT. FOR SUMM. J. (CV06-0204JCC) - 1

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  personal review of all 18,859 e-mails summarized in the Log and provided me first hand
2  knowledge of all material contained in the Log.
3      I certify and declare under the penalty of perjury under the laws of the State of
4  Washington and the United States that to my knowledge the foregoing is true and correct.

6      Executed on this 16th day of February, 2007, at Seattle, Washington.

_____
Derek Linke

DECL. OF DEREK LINKE IN SUPP.
OF REP. TO RESP. TO DEFS.'
MOT. FOR SUMM. J. (CV06-0204JCC) - 2

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800