The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a GORDONWORKS.COM'; OMNI INNOVATIONS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC., a Delaware corporation d/b/a ADKNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No. CV06-0204JCC<br><br>**STIPULATION AND ORDER TO STRIKE MEDIATION DEADLINE** |

## STIPULATION

Plaintiffs JAMES S. GORDON, Jr. and OMNI INNOVATIONS, LLC (together, "Plaintiffs"), on the one hand, and Defendants VIRTUMUNDO, INC., ADKNOWLEDGE, INC., and SCOTT LYNN (collectively, "Defendants"), on the other hand, hereby stipulate and respectfully request the Court strike the current deadline for Rule 39.1 mediation set in the above-captioned action, pending the outcome of the parties' respective motions for summary judgment, namely Plaintiffs' Motion for Partial

STIPULATION AND ORDER TO
STRIKE MEDIATION DEADLINE - 1
(CV06-0204JCC)

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  Summary Judgment (Dkt. No. 53) and Defendants' Motion for Summary Judgment (Dkt.
2  No. 98).
3     The parties believe mediation in the above-captioned matter is more likely to be
4  successful after the Court rules on the pending cross-motions for summary judgment.
5  Consequently, the parties jointly request the current mediation deadline be stricken.  The
6  parties request the Court reset the Rule 39.1 mediation deadline for a date which is thirty
7  (30) calendar days after this Court issues its order on Plaintiffs' Motion for Partial
8  Summary Judgment or Defendants' Motion for Summary Judgment, whichever is later.

10  DATED this _____ day of February, 2007.

12  **NEWMAN & NEWMAN,**                          **iJUSTICE LAW, PC**
    **ATTORNEYS AT LAW, LLP**

14  By: _____                By: /s/ Robert J. Siegel
15  Derek A. Newman, WSBA No. 26967               Robert J. Siegel, WSBA No. 17312
    Roger M. Townsend, WSBA No. 25525

16  Attorneys for Defendants                      Attorneys for Plaintiffs

### ORDER

19
20  IT IS HEREBY ORDERED that the Rule 39.1 mediation deadline set in the
21  above-captioned action is stricken.  The new Rule 39.1 mediation deadline is the date
22  which is thirty (30) calendar days after this Court issues its order on Plaintiffs' Motion
23  for Partial Summary Judgment or Defendants' Motion for Summary Judgment, whichever
24  is later.

    DATED this____ day of _____, 2007.

28                                                _____
                                                  JOHN C. COUGHENOUR
                                                  UNITED STATES DISTRICT JUDGE