|   |   |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>VIRTUMUNDO, INC., a Delaware corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a AKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1–X,<br><br>        Defendants. | CASE NO. C06-204JCC<br><br>MINUTE ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties stipulated motion to strike the February 24, 2007 deadline for completion of Rule 39.1 Mediation (Dkt. No. 110). The motion is DENIED. Rule 39.1 Mediation must be completed no later than March 6, 2007 and shall not depend on this Court's

//

MINUTE ORDER – 1

rulings on pending motions.

DATED this 27th day of February, 2007.

BRUCE RIFKIN, Clerk of Court

By <u>/s/ C. Ledesma</u>
     Deputy Clerk

MINUTE ORDER – 2