The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a GORDONWORKS.COM'; OMNI INNOVATIONS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC., a Delaware corporation d/b/a ADKNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | No. CV06-0204JCC<br><br>**STIPULATION AND ORDER CONTINUING TRIAL AND RELATED DEADLINES FOR TWO MONTHS** |

## STIPULATION

JAMES S. GORDON, Jr. and OMNI INNOVATIONS, LLC (together, "Plaintiffs"), on the one hand, and Defendants VIRTUMUNDO, INC.; ADKNOWLEDGE, INC.; and SCOTT LYNN (collectively, "Defendants"), on the other hand, stipulate and respectfully request the Court continue the trial and related deadlines for two (2) months.

Currently pending before the Court are cross motions for summary judgment (Dkt.

STIPULATION AND ORDER
CONTINUING TRIAL - 1
(CV06-0204JCC)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com

Nos. 53, 98). If the Court grants either or both motion(s) in whole or in part then the trial of this action will likely be narrowed. The parties currently have pre-trial documents (*e.g.*, pretrial statements, trial briefs, proposed voir dire instructions) due within the next few weeks. In the event the Court limits the claims at trial through its ruling on the summary judgment motions, then the scope of the pre-trial documents will change and documents may have to be prepared again.

Trial is currently scheduled for April 16, 2007. The parties respectfully request the Court continue the trial until June 18, 2007 or as soon thereafter the Court may hear the matter. In the meantime, the parties request that the Court allow them to conserve resources by not preparing documents that may become moot. The parties request the following deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Plaintiffs' Pretrial Statement | March 7, 2007 | May 7, 2007 |
| Defendants' Pretrial Statement | March 16, 2007 | May 18, 2007 |
| CR 16(k) Conference of Attorneys | March 27, 2007 | May 29, 2007 |
| Pretrial Order | April 6, 2007 | June 6, 2007 |
| Trial Briefs | April 12, 2007 | June 12, 2007. |
| Proposed voir dire/jury instructions | April 12, 2007 | June 12, 2007 |
| Trial | April 16, 2007 | June 18, 2007 |

DATED this 12th day of March, 2007.

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

/s/ Derek A. Newman

By:_____
Derek A. Newman, WSBA No. 26967
Roger M. Townsend, WSBA No. 25525

Attorneys for Defendants

**i.JUSTICE LAW, PC**

/s/ Robert Siegel

By:_____
Robert J. Siegel, WSBA No. 17312

Attorneys for Plaintiffs

STIPULATION AND ORDER
CONTINUING TRIAL - 2
(CV06-0204JCC)

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

**ORDER**

Based upon the foregoing stipulation of the parties, the Court hereby continues the trial and related deadlines.  Trial shall be set for July 16, 2007 or _____, 2007 at 09:30 AM before the Honorable John C Coughenour. The Pretrial Order shall be due July 6, 2007.  Trial briefs shall be submitted by July 12, 2007.  Proposed voir dire/jury instructions shall be due July 12, 2007.  The case schedule shall be modified as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Plaintiffs' Pretrial Statement | March 7, 2007 | May 7, 2007 |
| Defendants' Pretrial Statement | March 16, 2007 | May 18, 2007 |
| CR 16(k) Conference of Attorneys | March 27, 2007 | May 29, 2007 |
| Pretrial Order | April 6, 2007 | June 6, 2007 |
| Trial Briefs | April 12, 2007 | June 12, 2007. |
| Proposed voir dire/jury instructions | April 12, 2007 | June 12, 2007 |
| Trial | April 16, 2007 | June 18, 2007 |

DATED this____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
JOHN C. COUGHENOUR

STIPULATION AND ORDER
CONTINUING TRIAL - 3
(CV06-0204JCC)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800