Hon. John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. Gordon, Jr., a married individual, d/b/a 'GORDONWORKS.COM', <br><br> Plaintiff, <br><br> v. <br><br> VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.CO,; SCOTT LYNN, an individual; and JOHN DOES I-X, <br><br> Defendant. | NO.   CV06-0204JCC <br><br> NOTICE OF OCCURRENCE OF ADR PROCEDURE |

Pursuant to CR 39.1(c)(6) notice is hereby given that on March 5, 2007 the parties to this action participated in a mediation.  The case remains unresolved at this time.  Pursuant to CR 39.1(c)(6), I <u>DID NOT</u> submit a letter to the Court recommending the occurrence of continued or other ADR proceedings.

Dated this   13th   day of March, 2007.

*s/ Philip E. Cutler*
Philip E. Cutler (WSBA #5084)
*CR 39.1 Mediator*

NOTICE OF OCCURRENCE
OF ADR PROCEDURE

Cutler Nylander & Hayton
Professional Service Corporation
505 Madison Street, Suite 220
Seattle, Washington 98104
Telephone 206 340-4600

Philip E. Cutler
505 Madison Street, Suite 220
Seattle, WA 98104
Telephone:   206-340-4600
E-mail:   philcutler@cnhlaw.com

**Certificate of Service**

I hereby certify that on this  13th  day of  March , 2007 I served the foregoing Notice of Occurrence of ADR Procedure on all parties to this action by depositing a true and correct copy hereof in the United States Mail, first class postage prepaid, properly addressed to counsel of record for the parties.

Dated:   March 13, 2007              *s/ Philip E. Cutler*
                                      Philip E. Cutler (WSBA #5084)

NOTICE OF OCCURRENCE

OF ADR PROCEDURE

Cutler Nylander & Hayton
Professional Service Corporation
505 Madison Street, Suite 220
Seattle, Washington 98104
Telephone 206 340-4600