# EXHIBIT B
## EMAIL COMMUNICATION
## DATED 12/27/2006

**From:** "Bob Siegel" <bob@msfseattle.com>
**To:** "Derek Newman" <dn@newmanlaw.com>, "Derek A. Newman" <derek@newmanlaw.co...
**Date:** 12/27/2006 3:24 PM
**Subject:** Gordon v. Virtumundo

**CC:** "Bob Siegel" <bob@msfseattle.com>

Gentlemen,

The following is provided pursuant to our agreement to cooperate in arranging depositions for you to take third party witness depositions.

Russell Flye is available on alternate Fridays in January and February...starting with January 26, 2007.

Jamila Gordon is available in Salem, OR, January 15, 26 and Feb. 19, 2007

Jay Gordon can be available January 16-19, 2007 and January 23-27 at 7 or 8am.

Sincerely,

Bob Siegel