# EXHIBIT E

## LETTER DATED MARCH 13, 2007 TO PLAINTIFFS' COUNSEL FROM DEFENDANTS' COUNSEL



505 Fifth Avenue South
Suite 610
Seattle, Washington
98104

phone 206.274.2800
fax 206.274.2801

www.newmanlaw.com
info@newmanlaw.com

**SENT VIA EMAIL AND FACSIMILE**

March 13, 2007

Robert J. Siegel
i.Justice Law, P.C.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101

      **Re:**    **Gordon v. Virtumundo, Inc., United States District Court, W. Dist. Wa., Case No. CV06-0204JCC**

Dear Bob:

This follows up our conversation from last week regarding depositions in the above referenced matter. Effective today, settlement discussions have officially ended. (*See* Dkt. # 113). Accordingly, we need to arrange for depositions to be conducted as soon as possible.

We requested the opportunity to depose the seven witnesses advanced in support of your motion for summary judgment. (*See* Dkt. # 56-62). As you are aware, these witnesses were not disclosed in your initial disclosures. (*See* Dkt. # 25).

Additionally, we request the opportunity to depose your expert witness, Pete Resnick. Mr. Resnick was not disclosed until February 12, 2007. (See Dkt. 105).

I look forward to working with you to find a mutually agreeable time and place for the depositions. I can be reached directly at (206) 274-2825.

Regards,

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

Roger Townsend