# EXHIBIT F
## EMAIL COMMUNICATION
## DATED 3/14/2007

Dockets.Justia.com

| | |
|---|---|
| **From:** | Roger Townsend |
| **To:** | Bob Siegel;  Derek Newman |
| **Date:** | 3/14/2007 4:21 PM |
| **Subject:** | RE: Gordon v. Virtumundo |
| **CC:** | Jr. Douglas E. McKinley;  Roger M. Townsend |

Bob:

Per our discussion today, we will move to compel depositions of the individual customers.  If you believe further discussion would be fruitful, then we are available to discuss arrangements to facilitate their depositions.

We will follow up shortly regarding the deposition of Mr. Resnick.  Where do you intend for that deposition to take place?  Is it Chicago?  That information would be helpful in scheduling the deposition.  Also, can you advise as to any dates that Mr. Resnick and plaintiffs' counsel are unavailable.

Thanks

Roger

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 phone * (206) 274-2801 fax
**(206) 274-2825 Direct Dial**
**(206) 898-2616 Mobile**


>>> On 3/13/2007 at 3:57 PM, in message <F5B4BAA1E0433F41B34EE5AD016231FD3851FA@EXVBE014-12.exch014.msoutlookonline.net>, "Bob Siegel" <Bob@iJusticelaw.com> wrote:

Derek and Roger,
Below is my agreement and understanding as to the issue of third-party
witness depositions.  Frankly, we do not consider depositions
at this late date to be a "reasonable" extension of the discovery deadline.
You have had over 2 months since the witnesses were disclosed and since
we reached this understanding.  We even provided you with tentative dates
of these witnesses availability, however, you chose not to note, or arrange
their depositions.  Accordingly, we will oppose your attempt to depose these
witnesses now.
Regarding our expert, we agree that you are entitled to depose Mr. Resinick
pursuant to the civil rules applying to such depositions related to payment
to the expert, etc. Please provide dates and times for that deposition and
we will seek to make Mr. Resinick available.
Sincerely,
Bob Siegel
_____
**From:** Bob Siegel
**Sent:** Wednesday, December 20, 2006 7:07 PM
**To:** 'Derek Newman'; 'Roger Townsend'
**Cc:** Bob Siegel
**Subject:** Gordon v. Virtumundo
Gentlemen:
In response to your letter of this date, since these individuals are not parties, we cannot simply "make them available".  However, we will not object if you should choose to note their depositions after the discovery cut-off, and will agree to a reasonable extension of the cut-off for that limited purpose, and will otherwise seek to cooperate in that regard.
Sincerely,
Bob Siegel