## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of March, 2007, I electronically filed the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OR COMPEL** with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
i.Justice Law, P.C.

Email: bob@ijusticelaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct and that this declaration was executed on March 30, 2007 at Seattle, Washington.

Jesus Ocampo Jr.

CERTIFICATE OF SERVICE