Gordon v. Virtumundo Inc et al | Doc. 122
AO 450 (Rev. 5/85) Judgment in a Civil Case
Case 2:06-cv-00204-JCC   Document 122   Filed 06/05/2007   Page 1 of 1

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIRTUMUNDO, INC., a Delaware Corporation, d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware Corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER:  06-0204-JCC |

_____     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Court's May 15, 2007 Order (Dkt. No. 121), summary judgment has been GRANTED to Defendants.  The Clerk is DIRECTED to CLOSE this case.


\_\_\_\_June 5, 2007\_\_\_\_

BRUCE RIFKIN, Clerk of Court

By  _/s/ C. Ledesma_
Deputy Clerk