The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, et al., | Case No. CV06-0204 JCC |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DECLARATION OF DEREK A. NEWMAN (DKT. NO. 101)** |
| VIRTUMUNDO, INC. et al., | |
| Defendants. | |

THIS MATTER has come before the Court on Plaintiffs' Motion to Seal the Declaration of Derek A. Newman filed by Defendants in Support of Their Motion for Summary Judgment, and the accompanying exhibit (Dkt. No. 101) (hereinafter the "Newman Declaration"). The Court has reviewed the motion, any supporting documents, and the submissions of Defendants (if any) in relation thereto, and hereby rules as follows:

The Court hereby GRANTS Plaintiffs' motion. The Court ORDERS the Newman Declaration to be sealed. The clerk of the Court shall seal the Newman Declaration, Dkt. No. 101, on the ECF system. The Court will maintain the Newman Declaration and the accompanying exhibit under seal, and will review them *in camera* in accordance with the October 26, 2006 Protective Order filed in the above-captioned action (Dckt. No. 37).

PROPOSED ORDER - 1
Case No. CV06-0204 JCC
Seattle-3363617.1 0036491-00001

1  DATED this _____ day of _____, 2007.

2

3

4                                                   _____
                                                    HONORABLE JOHN C. COUGHENOUR
5                                                   UNITED STATES DISTRICT JUDGE

6

7  Presented by:

8  I.JUSTICE LAW, P.C.

9

10
   By  /s/ Rober J. Siegel_____
11 Robert J. Siegel, WSBA No. 17312
   i.Justice Law PC
12 1325 4th Avenue, Ste 940
   Seattle, WA 98101-2509
13 bob@ijusticelaw.com
   Attorney for Plaintiffs
14

15

16                          **Certificate of Service**

17

18 I, hereby, certify that on April 13, 2007, I filed this affidavit with this Court via approved

19 electronic filing, and served the following:

20 Attorneys for Defendants:  Derek A. Newman, Newman & Newman .

21

22 /s/ Robert J. Siegel_____
   **Robert J. Siegel, WSBA #17312**
23

24

25

26