Print Form

Instructions for use:
1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Sign with "s/" if appropriate, save the form, and file it electronically. OR
4. Print, sign the document, scan, and file.

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

FILED — LODGED     ___ ENTERED
                   ___ RECEIVED

JUN 1 5 2007   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

JAMES S. GORDON, JR.,
OMNI INNOVATIONS, LLC

Plaintiff(s),

v.

VIRTUMUNDO, INC.;
ADKNOWLEDGE, INC.;
SCOTT LYNN,

Defendant(s).

NOTICE OF CIVIL APPEAL

06-0204-JCC
(Case Number)

JOHN C. COUGHENOUR
(District Court Judge)

Notice is hereby given that James S. Gordon, Jr. and Omni Innovations, LLC
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order granting Defendants' Motion For Summary Judgment;
Judgment In A Civil Case
(Name of Order/Judgment)

entered in this action on 5/15/07 and 6/5/07 respectively
(Date of Order)

iJustice Law, PC
Robert J. Siegel
1325 Fourth Ave., Ste. 940
Seattle, WA 98101
206-304-5400           /s/ Robert J. Siegel

Douglas E. McKinley, Jr.
Attorney at Law        /s/ Douglas E. McKinley, Jr.
PO Box 202

6/15/07

Dated

Name, Address and Phone Number of Counsel for Appellant
or Appellant/*Pro Se*

**NOTICE OF CIVIL APPEAL**

SEA10097

06-CV-00204-APP