APPEAL, CLOSED, JURYDEMAND, PROTO

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:06-cv-00204-JCC
# Internal Use Only

| | |
|---|---|
| Gordon v. Virtumundo Inc et al | Date Filed: 02/09/2006 |
| Assigned to: John C Coughenour | Date Terminated: 06/05/2007 |
| Cause: 28:1331 Fed. Question: Personal Injury | Jury Demand: Plaintiff |
| | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**James S Gordon, Jr**  represented by  **Robert J. Siegel**
*a married individual*                    i.Justice Law PC
*doing business as*                       1325 4TH AVE
gordonworks.com                           STE 940
                                          SEATTLE, WA 98101-2509
                                          206-304-5400
                                          Fax: 206-624-0717
                                          Email: bob@ijusticelaw.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Omni Innovations LLC**  represented by  **Robert J. Siegel**
*a Washington Limited Liability*          (See above for address)
*Corporation*                             *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Virtumundo Inc**  represented by  **Derek Alan Newman**
*a Delaware corporation*                  NEWMAN & NEWMAN
*doing business as*                       505 5TH AVE S
adknowledgemail.com                       STE 610
                                          SEATTLE, WA 98104
                                          206-274-2800
                                          Fax: 206-274-2801
                                          Email: derek@newmanlaw.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Michael R Geroe**
                                          ADKNOWLEDGE INC
                                          4600 MADISON AVE

Dockets.Justia.com

        10TH FLOOR
        KANSAS CITY, MO 64112
        816-931-1826
        Email: mgeroe@adknowledge.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Roger M Townsend**
        NEWMAN & NEWMAN
        505 5TH AVE S
        STE 610
        SEATTLE, WA 98104
        206-274-2800
        Fax: FAX 624-6348
        Email: roger@newmanlaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Adknowledge Inc**　　　　　represented by　**Derek Alan Newman**
*a Delaware corporation*　　　　　　　　　　　(See above for address)
*doing business as*　　　　　　　　　　　　　*LEAD ATTORNEY*
adknowledgemail.com　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

        **Roger M Townsend**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Lynn**　　　　　　　represented by　**Derek Alan Newman**
*an individual*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

        **Roger M Townsend**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**
*I-X*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2006 | 1 | COMPLAINT and JURY DEMAND against defendant(s) John Does, Virtumundo Inc, Adknowledge Inc, Scott Lynn (Summons(es) issued) (Receipt # 413781) , filed by James S Gordon, Jr. (Attachments: # 1 Civil Cover Sheet)(PM, ) (Entered: 02/10/2006) |

| Date | No. | Description |
|---|---|---|
| 02/13/2006 | 2 | PRAECIPE TO ISSUE SUMMONS. Sms issued in blank. (CL, ) (Entered: 02/14/2006) |
| 03/08/2006 | 3 | DECLARATION OF SERVICE OF SUMMONS and Complaint upon defendant Adknowledge Inc on 2/24/2006 (CL, ) (Entered: 03/09/2006) |
| 03/10/2006 | 4 | DECLARATION OF SERVICE OF SUMMONS and Complaint upon defendant Virtumundo Inc on 2/28/2006 (CL, ) (Entered: 03/13/2006) |
| 03/10/2006 | 5 | DECLARTION OF SERVICE OF SUMMONS and Complaint upon defendant Scott Lynn on 2/28/2006 (CL, ) (Entered: 03/13/2006) |
| 03/16/2006 | 6 | MINUTE ENTRY setting status conference: The attorney who will be responsible for trying the case should attend the conference and be prepared to discuss the following matters at the conference: **1.** The nature of the case, **2.** The status of matters which are presently set before the Court, e.g., hearings, motions, etc., **3.** The status of discovery and a time schedule for its completion, **4.** A statement of any legal issues about which motions are contemplated and a possible briefing schedule, **5.** An estimate of the number of days needed for trial, **6.** Whether the case is jury or non-jury, **7.** The date by which the case will be ready for trial, and **8.** Settlement probabilities. Counsel for all parties are required to appear at the conference. If counsel office is outside of Seattle, arrangements can be made for telephonic participation in the conference. If counsel wish to make such arrangements, they should contact Julie Mahnke, Deputy Clerk at 206-370-8805. COUNSEL FOR THE PLAINTIFF IS DIRECTED TO NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED CONFERENCE. Status Conference set for 6/13/2006 at 09:00 AM before John C Coughenour. (JM, ) (Entered: 03/16/2006) |
| 03/16/2006 | 7 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge John C Coughenour. (JM, ) (Entered: 03/16/2006) |
| 03/16/2006 | 8 | MOTION to Dismiss *For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 4/7/2006. (Attachments: # 1 Proposed Order)(Newman, Derek) (Entered: 03/16/2006) |
| 03/16/2006 | 9 | DECLARATION of Michael Geroe filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 8 MOTION to Dismiss *For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* (Newman, Derek) (Entered: 03/16/2006) |
| 03/16/2006 | 10 | DECLARATION of Allen Brandt filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 8 MOTION to Dismiss *For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* (Newman, Derek) (Entered: 03/16/2006) |
| 04/03/2006 | 11 | RESPONSE, by Plaintiff James S Gordon, Jr, to 8 MOTION to Dismiss *For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)*. (Attachments: # 1 Supplement Plaintiff's Response Pt. 2 of 2)(Siegel, Robert) (Entered: 04/03/2006) |
| 04/03/2006 | 12 | **Per filer, incorrect document posted; to be refiled** DECLARATION of James S. Gordon, Jr filed by Plaintiff James S Gordon, Jr re 8 MOTION to Dismiss *For |

| | | |
|---|---|---|
| | | *Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* (Attachments: # 1 Exhibit Email Source Code# 2 Exhibit "You Have Already Won" email# 3 Exhibit email confirmation# 4 Exhibit Letter / Contract# 5 Exhibit Feb 2006 email)(Siegel, Robert) Modified on 4/4/2006 (DM, ). (Entered: 04/03/2006) |
| 04/03/2006 | 13 | DECLARATION of Robert J. Siegel filed by Plaintiff James S Gordon, Jr re 8 MOTION to Dismiss *For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* (Attachments: # 1 Exhibit Order denying Motion to Dismiss# 2 Exhibit Eastern District Decisions pt 1# 3 Exhibit Eastern District Decisions pt 2# 4 Exhibit Hodgell v. Virtumundo order# 5 Exhibit Marycle v First Choice pt 1# 6 Exhibit Marycle v First Choice pt 2# 7 Exhibit Marycle v First Choice pt 3# 8 Exhibit Plaintiff's First Amended Complaint)(Siegel, Robert) (Entered: 04/03/2006) |
| 04/04/2006 | 14 | PRAECIPE re 13 Declaration,, *Correction to caption on pg 120 of document 13* by Plaintiff James S Gordon, Jr. (Siegel, Robert) (Entered: 04/04/2006) |
| 04/04/2006 | 15 | AMENDED COMPLAINT against defendant(s) all defendants with JURY DEMAND, filed by James S Gordon, Jr.(Siegel, Robert) (Entered: 04/04/2006) |
| 04/04/2006 | | NOTICE of Docket Text Modification re 12 Declaration of James S. Gordon, Jr: Per filer, incorrect document filed. To be refiled. (DM, ) (Entered: 04/04/2006) |
| 04/04/2006 | 16 | DECLARATION of James S. Gordon, Jr filed by Plaintiff James S Gordon, Jr re 8 MOTION to Dismiss *For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* (Attachments: # 1 Exhibit Email Source Code# 2 Exhibit "You Have Already Won" email# 3 Exhibit email confirmation from Virtumundo# 4 Exhibit Letter / Contract# 5 Exhibit Feb 2006 email# 6 Exhibit Omni email)(Siegel, Robert) (Entered: 04/04/2006) |
| 04/07/2006 | 17 | REPLY, filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, TO RESPONSE to 8 MOTION to Dismiss *For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)* (Attachments: # 1 Certificate of Service)(Newman, Derek) (Entered: 04/07/2006) |
| 04/11/2006 | 18 | PRAECIPE TO ISSUE SUMMONS by Plaintiff James S Gordon, Jr. (Siegel, Robert) (Entered: 04/11/2006) |
| 04/11/2006 | 19 | PRAECIPE TO ISSUE SUMMONS by Plaintiff James S Gordon, Jr. (Siegel, Robert) (Entered: 04/11/2006) |
| 04/11/2006 | 20 | PRAECIPE TO ISSUE SUMMONS by Plaintiff James S Gordon, Jr. (Siegel, Robert) (Entered: 04/11/2006) |
| 04/12/2006 | | Summons Issued as per request docket nos. 18, 19 and 20, mailed toatty R. Siegel.(CL, ) (Entered: 04/12/2006) |
| 05/01/2006 | 21 | DECLARATION OF SERVICE OF SUMMONS and Complaint upon defendant Virtumundo Inc on 4/19/2006;; Adknowledge Inc on 4/19/2006; Scott Lynn on 4/19/2006 (CL, ) (Entered: 05/02/2006) |
| 05/02/2006 | 23 | DECLARATION OF SERVICE OF SUMMONS and Complaint upon defendant Virtumundo Inc on 4/20/2006 (CL, ) (Entered: 05/03/2006) |

| | | |
|---|---|---|
| 05/03/2006 | ●22 | DECLARATION OF SERVICE OF SUMMONS and Complaint upon defendant Adknowledge Inc on 4/20/2006; Scott Lynn on 4/20/2006 (CL, ) (Entered: 05/03/2006) |
| 05/24/2006 | ●24 | ORDER denying 8 Motion to Dismiss by Judge John C Coughenour.(GO) (Entered: 05/24/2006) |
| 06/05/2006 | ●25 | INITIAL DISCLOSURES by Plaintiff James S Gordon, Jr.(Siegel, Robert) (Entered: 06/05/2006) |
| 06/06/2006 | ●26 | NOTICE of Unavailability of counsel Robert J. Siegel for Plaintiff James S Gordon, Jr from July 3, 2006 to July 14, 2006 (Siegel, Robert) (Entered: 06/06/2006) |
| 06/13/2006 | ●27 | MINUTES OF STATUS CONFERENCE: JCC; Dep Clerk: JM; CR: Roth; Counsel: Newman/Siegel; Called, counsel advises the Court of status. Court directs counsel to be guided by Local Civil Rule 16 in completing discovery and filing dispositive motions. Note that all depositions, discovery and perpetuation, must be completed before the discovery completion date.<br><br>Jury instructions, if any, are to be filed with the Clerk and shall include an original version and two copies thereof, each numbered sequentially and with citations, and one copy on plain white paper without numbering or citations. Counsel are advised that the Court will rely primarily upon the Manual of Model Jury Instructions for the Ninth Circuit in preparation of final instructions for submission to the jury.<br><br>Counsel are advised that this case is one of several cases set for the week described below. **Counsel must be prepared to commence trial as scheduled, but it must be understood that the trial may have to be continued.** The Clerk should be contacted as the trial date approaches for further information regarding the calendar.<br><br>Pretrial and trial schedule are set as follows: Jury Trial is set for 4/16/2007 at 09:30 AM before John C Coughenour. Pretrial Order due by 4/6/2007; Pleading amendment/3rd pty action due by 9/22/2006; 39.1 mediation to be completed by 2/24/2007; Trial briefs to be submitted by 4/12/2007; Proposed voir dire/jury instructions due by 4/12/2007; Dispositive motions filing deadline 12/22/2006.(JM, ) (Entered: 06/13/2006) |
| 06/13/2006 | ●28 | AMENDMENT to 25 Initial Disclosures *Amended Computation of Damages* by Plaintiff James S Gordon, Jr. (Siegel, Robert) (Entered: 06/13/2006) |
| 08/24/2006 | ●29 | PROPOSED ORDER (Unsigned) -- *[PROPOSED] PROTECTIVE ORDER*. (Attachments: # 1 Certificate of Service)(Townsend, Roger) (Entered: 08/24/2006) |
| 08/24/2006 | ●30 | MOTION to Dismiss by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 9/15/2006. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Townsend, Roger) (Entered: 08/24/2006) |
| 08/29/2006 | ●31 | ANSWER to Amended Complaint by Virtumundo Inc, Adknowledge Inc, Scott Lynn. (Attachments: # 1 Certificate of Service)(Townsend, Roger) (Entered: 08/29/2006) |

| | | |
|---|---|---|
| 09/11/2006 | 32 | RESPONSE, by Plaintiff James S Gordon, Jr, to 30 MOTION to Dismiss. (Siegel, Robert) (Entered: 09/11/2006) |
| 09/11/2006 | 33 | DECLARATION of James S. Gordon, Jr. filed by Plaintiff James S Gordon, Jr re 30 MOTION to Dismiss (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Siegel, Robert) (Entered: 09/11/2006) |
| 09/15/2006 | 34 | REPLY, filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, TO RESPONSE to 30 MOTION to Dismiss (Attachments: # 1 Certificate of Service)(Newman, Derek) (Entered: 09/15/2006) |
| 09/21/2006 | 35 | MINUTE ORDER re 29 Proposed Stipulated Protective Order (Unsigned) by Judge John C Coughenour. (GO) (Entered: 09/21/2006) |
| 10/18/2006 | 36 | PROPOSED ORDER (Unsigned) -- *[PROPOSED] PROTECTIVE ORDER*. (Attachments: # 1 Certificate of Service)(Townsend, Roger) (Entered: 10/18/2006) |
| 10/26/2006 | 37 | PROTECTIVE ORDER, by Judge John C Coughenour. (CL, ) (Entered: 10/26/2006) |
| 11/02/2006 | 38 | MOTION for Bond *for An Undertaking Pursuant to 15 U.S.C. Section 7706 (g)(4)* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 11/17/2006. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Newman, Derek) (Entered: 11/02/2006) |
| 11/02/2006 | 39 | DECLARATION of Michael R. Geroe filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 38 MOTION for Bond *for An Undertaking Pursuant to 15 U.S.C. Section 7706 (g)(4)* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Newman, Derek) (Entered: 11/02/2006) |
| 11/02/2006 | 40 | DECLARATION of Michael Shopmaker filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 38 MOTION for Bond *for An Undertaking Pursuant to 15 U.S.C. Section 7706 (g)(4)* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Newman, Derek) (Entered: 11/02/2006) |
| 11/02/2006 | 41 | DECLARATION of Roger Townsend filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 38 MOTION for Bond *for An Undertaking Pursuant to 15 U.S.C. Section 7706 (g)(4)* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V)(Newman, Derek) (Entered: 11/02/2006) |
| 11/03/2006 | 42 | MOTION for Relief by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. Noting Date 11/14/2006. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Siegel, Robert) (Entered: 11/03/2006) |
| 11/07/2006 | 43 | MINUTE ORDER 42 MOTION for Relief filed by James S Gordon, Jr, Omni Innovations LLC: New Noting Date 11/15/2006; Defendants' Response, if any, is due by 12:00 noon on 11/9/2006. by Judge John C Coughenour. (GO) (Entered: 11/07/2006) |

| | | |
|---|---|---|
| 11/09/2006 | 44 | RESPONSE, by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, to 42 MOTION for Relief. (Newman, Derek) (Entered: 11/09/2006) |
| 11/09/2006 | 45 | DECLARATION of Roger Townsend in Support of Defendants' Response to Plaintiffs' 42 MOTION for Relief (Newman, Derek) Modified duplicative text on 11/13/2006 (ECS, ). (Entered: 11/09/2006) |
| 11/09/2006 | 46 | MINUTE ORDER is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge. The Court GRANTS 42 Pltfs' Motion for Relief from Deadline. Pltfs' ddl to file motion for summary judgment set for 12/18/06, noting date shall be 1/12/07. Dfts' Motion and Undertaking, docket no. 38 is RENOTED for consideration on 1/12/07.(CL, ) (Entered: 11/09/2006) |
| 11/09/2006 | 47 | MOTION for Reconsideration re 46 Order on Motion for Relief, *of Date by Which Plaintiffs must File Their Summary Judgment Motion* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 11/9/2006. (Attachments: # 1 Proposed Order Granting Defendants' Motion for Reconsideration of Date by Which Plaintiffs must File Their Summary Judgment Motion)(Newman, Derek) (Entered: 11/09/2006) |
| 11/13/2006 | 48 | MINUTE ORDER denying 47 Motion for Reconsideration by Judge John C Coughenour.(GO) (Entered: 11/13/2006) |
| 11/20/2006 | 49 | STIPULATION AND PROPOSED ORDER *MODIFYING DISCOVERY CUTOFF AND OTHER DATES* by parties. (Attachments: # 1 Certificate of Service)(Townsend, Roger) (Entered: 11/20/2006) |
| 11/27/2006 | 50 | ORDER re 49 Stipulation filed by Virtumundo Inc,, Adknowledge Inc,, Scott Lynn, Discovery completed by 1/16/2007; Dispositive motions due by 1/22/2007; by Judge John C Coughenour. (GO) (Entered: 11/27/2006) |
| 12/08/2006 | 51 | ORDER granting in part and denying in part 30 Motion to Dismiss; Plaintiffs are GRANTED leave to amend their Complaint as to all invalid dismissed claims. by Judge John C Coughenour.(GO) (Entered: 12/08/2006) |
| 12/15/2006 | 52 | STIPULATION AND PROPOSED ORDER *MODIFYING CUTOFF FOR DISCOVERY MOTIONS* by parties. (Attachments: # 1 Certificate of Service)(Townsend, Roger) (Entered: 12/15/2006) |
| 12/18/2006 | 53 | MOTION for Partial Summary Judgment by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. Noting Date 1/12/2007. (Attachments: # 1 Proposed Order)(Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 54 | APPENDIX re 53 MOTION for Partial Summary Judgment by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 55 | APPENDIX re 53 MOTION for Partial Summary Judgment by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 56 | DECLARATION of Anthony Potts filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 57 | DECLARATION of Bonnie Gordon filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Siegel, Robert) |

| | | |
|---|---|---|
| | | (Entered: 12/18/2006) |
| 12/18/2006 | 58 | DECLARATION of Emily Abbey filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 59 | DECLARATION of Jamila Gordon filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 60 | DECLARATION of Jay Gordon filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 61 | DECLARATION of Jonathan Gordon filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 62 | DECLARATION of Russell Flye filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 63 | DECLARATION of James S. Gordon, Jr. filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit B# 2 Exhibit C-1# 3 Exhibit C-2# 4 Exhibit C-3# 5 Exhibit C-4# 6 Exhibit C-5# 7 Exhibit C-6# 8 Exhibit D# 9 Exhibit E# 10 Exhibit F# 11 Exhibit G# 12 Exhibit H# 13 Exhibit I# 14 Exhibit J# 15 Exhibit K# 16 Exhibit L# 17 Exhibit M)(Siegel, Robert) (Entered: 12/18/2006) |
| 12/18/2006 | 64 | EXHIBIT *A1-A15* re 63 Declaration, by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. (Attachments: # 1 Exhibit A-2# 2 Exhibit A-3# 3 Exhibit A-4# 4 Exhibit A-5# 5 Exhibit A-6# 6 Exhibit A-7# 7 Exhibit A-8# 8 Exhibit A-9# 9 Exhibit A-10# 10 Exhibit A-11# 11 Exhibit A-12# 12 Exhibit A-13# 13 Exhibit A-14# 14 Exhibit A-15)(Siegel, Robert) Modified links on 12/19/2006 (ECS, ). (Entered: 12/18/2006) |
| 12/18/2006 | 65 | EXHIBIT *A16-A30* re 63 Declaration, by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. (Attachments: # 1 Exhibit A-17# 2 Exhibit A-18# 3 Exhibit A-19# 4 Exhibit A-20# 5 Exhibit A-21# 6 Exhibit A-22# 7 Exhibit A-23# 8 Exhibit A-24# 9 Exhibit A-25# 10 Exhibit A-26# 11 Exhibit A-27# 12 Exhibit A-28# 13 Exhibit A-29# 14 Exhibit A-30)(Siegel, Robert) Modified links on 12/19/2006 (ECS, ). (Entered: 12/18/2006) |
| 12/18/2006 | 66 | EXHIBIT *A31-A47* re 63 Declaration, by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. (Attachments: # 1 Exhibit A-32# 2 Exhibit A-33# 3 Exhibit A-34# 4 Exhibit A-35# 5 Exhibit A-36# 6 Exhibit A-37# 7 Exhibit A-38# 8 Exhibit A-39# 9 Exhibit A-40# 10 Exhibit A-41# 11 Exhibit A-42# 12 Exhibit A-43# 13 Exhibit A-44# 14 Exhibit A-45# 15 Exhibit A-46# 16 Exhibit A-47)(Siegel, Robert) Modified links on 12/19/2006 (ECS, ). (Entered: 12/18/2006) |
| 12/19/2006 | 67 | ORDER re 52 Stipulation: Pls.' responses to Defs. due by 12/20/2006; Discovery completed and discovery motions filed by 12/22/2006; by Judge John C Coughenour. (GO) Modified text on 12/19/2006 (CL, ). (Entered: 12/19/2006) |

| | | |
|---|---|---|
| 12/19/2006 | 68 | MINUTE ORDER re Voluminous Documents by Judge John C Coughenour. (GO) (Entered: 12/19/2006) |
| 12/21/2006 | 69 | MOTION to Compel *Discovery* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 1/5/2007. (Attachments: # 1 Proposed Order Granting Motion to Compel)(Newman, Derek) (Entered: 12/21/2006) |
| 12/21/2006 | 70 | DECLARATION of Roger Townsend filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 69 MOTION to Compel *Discovery* (Attachments: # 1 Exhibit A1 - Lynns First Interrogatories to Gordon# 2 Exhibit A2 - Lynns First Interrogatories to Omni# 3 Exhibit B - Discovery Responses# 4 Exhibit C - Letter from Plaintiff re First Supp Discovery Respnses# 5 Exhibit D - Virtumundo's First set of Interrogaotires and Requests for Production to Gordon# 6 Exhibit E - Plaintiff's Purported Email Analysis# 7 Exhibit F - Purported Legend re Email Analysis# 8 Exhibit G - Letter to Plaintiff's Counsel re "Meet and Confer"# 9 Exhibit H - Transcript of "Meet and Confer" at Deposition)(Newman, Derek) (Entered: 12/21/2006) |
| 12/21/2006 | 71 | MOTION to Compel *Segregation of Emails* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 1/5/2007. (Attachments: # 1 Proposed Order Granting Motion to Segregate Emails)(Newman, Derek) (Entered: 12/21/2006) |
| 12/21/2006 | 72 | DECLARATION of Derek A. Newman filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 71 MOTION to Compel *Segregation of Emails* (Attachments: # 1 Exhibit A - Transcript of "Meet and Confer")(Newman, Derek) (Entered: 12/21/2006) |
| 12/21/2006 | 73 | DECLARATION of Derek Linke filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 71 MOTION to Compel *Segregation of Emails* (Attachments: # 1 Exhibit A - Feb 2, 2006 Letter from Plaintiff's Counsel# 2 Exhibit B - Nov. 14, 2006 Letter from Plaintiff's Counsel# 3 Exhibit C - Gordon's Discovery Explanation# 4 Exhibit D - Nov. 29, 2006 Letter to Plaintiff's Counsel# 5 Exhibit E - Dec. 5, 2006 Email from Plaintiff's Counsel# 6 Exhibit F- Dec. 20, 2006 Letter from Plaintiffs' Counsel# 7 Exhibit G - Dec. 21, 2006 Letter to Plaintiffs' Counsel)(Newman, Derek) (Entered: 12/21/2006) |
| 12/29/2006 | 74 | PRAECIPE re 53 MOTION for Partial Summary Judgment *Corrected calculation of damages on pages 23-24 of Motion* by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. (Siegel, Robert) (Entered: 12/29/2006) |
| 01/02/2007 | 75 | RESPONSE, by Plaintiffs James S Gordon, Jr, Omni Innovations LLC, to 69 MOTION to Compel *Discovery*. (Siegel, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 76 | DECLARATION of James S. Gordon, Jr. filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 69 MOTION to Compel *Discovery* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C, part 1# 4 Exhibit C, part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Siegel, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 77 | RESPONSE, by Plaintiffs James S Gordon, Jr, Omni Innovations LLC, to 71 MOTION to Compel *Segregation of Emails*. (Siegel, Robert) (Entered: 01/02/2007) |

| | | |
|---|---|---|
| 01/02/2007 | 78 | DECLARATION of James S. Gordon filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 71 MOTION to Compel *Segregation of Emails* (Siegel, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 79 | DECLARATION of Robert J. Siegel filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 71 MOTION to Compel *Segregation of Emails* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Siegel, Robert) (Entered: 01/02/2007) |
| 01/05/2007 | 80 | REPLY, filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, TO RESPONSE to 69 MOTION to Compel *Discovery* (Attachments: # 1 Certificate of Service)(Newman, Derek) (Entered: 01/05/2007) |
| 01/05/2007 | 81 | REPLY, filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, TO RESPONSE to 71 MOTION to Compel *Segregation of Emails* (Attachments: # 1 Certificate of Service)(Newman, Derek) (Entered: 01/05/2007) |
| 01/08/2007 | 82 | RESPONSE, by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, to 53 MOTION for Partial Summary Judgment. (Attachments: # 1 Exhibit A - Objections to Evidence)(Newman, Derek) (Entered: 01/08/2007) |
| 01/08/2007 | 83 | DECLARATION of Michael Shopmaker filed by Defendant Virtumundo Inc re 53 MOTION for Partial Summary Judgment (Newman, Derek) (Entered: 01/08/2007) |
| 01/08/2007 | 84 | DECLARATION of Derek A. Newman filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 53 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit A - Email Exchange Between Counsel# 2 Exhibit B - Requests for admissions that Defendant Virtumundo propounded on Plaintiffs# 3 Exhibit C - Omni's Responses to Virtumundo's First Requests for Admission)(Newman, Derek) (Entered: 01/08/2007) |
| 01/08/2007 | 85 | APPLICATION by Defendant Virtumundo Inc AND ORDER admitting Michael R Geroe for Virtumundo Inc pro hac vice. Receipt # SEA6423. (cm-ecf application mailed) (CL, ) (Entered: 01/09/2007) |
| 01/11/2007 | 86 | MOTION for Leave *to File Under Seal a Motion to Compel Discovery* by Defendants Virtumundo Inc, Adknowledge Inc. Noting Date 1/26/2007. (Attachments: # 1 Proposed Order Granting Leave to File Motion and Declaration Under Seal)(Newman, Derek) (Entered: 01/11/2007) |
| 01/11/2007 | 87 | **SEALED MOTION** *TO COMPEL FURTHER TESTIMONY OF JAMES GORDON RE PRIOR SETTLEMENTS* re 86 MOTION for Leave *to File Under Seal a Motion to Compel Discovery* by Defendants Virtumundo Inc, Adknowledge Inc. Noting Date 1/26/2007. (Attachments: # 1 Proposed Order Granting Motion to Compel Deposition Testimony from James Gordon re Prior Settlements)(Newman, Derek) Modified text on 5/15/2007 (CL, ). (Unsealed as per Order, docket no. 121. (Entered: 01/11/2007) |
| 01/11/2007 | 88 | **SEALED DOCUMENT** --. *Declaration of Derek A. Newman in Support of Motion to Compel* by Defendants Virtumundo Inc, Adknowledge Inc re 86 MOTION for Leave *to File Under Seal a Motion to Compel Discovery*. (Attachments: # 1 Exhibit A - Deposition Transcript Excerpt)(Newman, Derek) Modified text on 5/15/2007 (CL, ). (Document unsealed per Order, docket no. 121. (Entered: 01/11/2007) |

| | | |
|---|---|---|
| 01/12/2007 | 89 | REPLY, filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC, TO RESPONSE to 53 MOTION for Partial Summary Judgment (Siegel, Robert) (Entered: 01/12/2007) |
| 01/12/2007 | 90 | DECLARATION of Robert J. Siegel filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 53 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit A)(Siegel, Robert) (Entered: 01/12/2007) |
| 01/12/2007 | 91 | MOTION to Seal *Reply in Support of Motion for Undertaking (Dkt. No. 92)* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 2/2/2007. (Attachments: # 1 Proposed Order Granting Leave to File Under Seal Defendants' Reply re Motion for Undertaking)(Newman, Derek) (Entered: 01/12/2007) |
| 01/12/2007 | 92 | **SEALED DOCUMENT**-- *Reply in Support of Motion for Undertaking* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 91 MOTION to Seal *Reply in Support of Motion for Undertaking (Dkt. No. 92)*. (Newman, Derek) Modified on 5/15/2007 (CL, ). (Document unsealed per Order, docket no. 121. (Entered: 01/12/2007) |
| 01/12/2007 | 93 | **SEALED DOCUMENT** --*Declaration of Derek A. Newman re Reply in Support of Motion for Undertaking* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 91 MOTION to Seal *Reply in Support of Motion for Undertaking (Dkt. No. 92)*. (Attachments: # 1 Exhibit A - Gordon Deposition Transcript Excerpts)(Newman, Derek) Modified text on 5/15/2007 (CL, ). (Unsealed as per Order, docket no. 121. (Entered: 01/12/2007) |
| 01/16/2007 | 94 | SURREPLY filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC re 38 MOTION for Bond *for An Undertaking Pursuant to 15 U.S.C. Section 7706 (g)(4)* (Siegel, Robert) (Entered: 01/16/2007) |
| 01/17/2007 | 95 | NOTICE of Association of Attorney by Robert J. Siegel on behalf of Plaintiffs James S Gordon, Jr, Omni Innovations LLC (Siegel, Robert) (Entered: 01/17/2007) |
| 01/22/2007 | 96 | RESPONSE, by Plaintiff James S Gordon, Jr, to 87 **SEALED MOTION** *TO COMPEL FURTHER TESTIMONY OF JAMES GORDON RE PRIOR SETTLEMENTS* re 86 MOTION for Leave *to File Under Seal a Motion to Compel Discovery*. (Siegel, Robert) (Entered: 01/22/2007) |
| 01/22/2007 | 97 | MOTION for Leave to File *Overlength Brief in Support of Motion for Summary Judgment* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 1/22/2007. (Attachments: # 1 Proposed Order)(Newman, Derek) Modified duplicative text on 1/23/2007 (ECS, ). (Entered: 01/22/2007) |
| 01/22/2007 | 98 | MOTION for Summary Judgment by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. Noting Date 2/16/2007.Oral Argument Requested. (Attachments: # 1 Proposed Order)(Newman, Derek) Modified duplicative text on 1/23/2007 (ECS, ). (Entered: 01/22/2007) |
| 01/22/2007 | 99 | DECLARATION of Neal Krawetz, Ph.D. filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 98 MOTION for Summary Judgment (Newman, Derek) (Entered: 01/22/2007) |

| | | |
|---|---|---|
| 01/22/2007 | 100 | DECLARATION of Michael Geroe filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 98 MOTION for Summary Judgment (Newman, Derek) (Entered: 01/22/2007) |
| 01/22/2007 | 101 | DECLARATION of Derek A. Newman filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 98 MOTION for Summary Judgment (Newman, Derek) (Entered: 01/22/2007) |
| 01/23/2007 | 102 | DECLARATION of Derek Linke filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 98 MOTION for Summary Judgment (Attachments: # 1 Exhibit A - Linke Log Part I# 2 Exhibit B - Linke Log Part II# 3 Exhibit C - Linke Log Part III# 4 Exhibit D - Linke Log Part IV# 5 Exhibit E - Linke Log Part V# 6 Exhibit F - Plaintiff Gordon's Answers and Responses to Defendant Adknowledge's First Interrogatories and Requests for Production of Documents to Gordon, pp. 1, 4# 7 Exhibit G - Plaintiff Omni's Answers and Responses to Defendant Virtumundo's First Interrogatories and Requests for Production of Documents to Omni, p. 1# 8 Exhibit H - Defendant Virtumundo, Inc.'s First Set of Interrogatories and Requests for Production to Plaintiff Omni Innovations, LLC# 9 Exhibit I - Plaintiff Omni's Answers and Responses to Defendant Virtumundo's First Interrogatories and Requests for Production of Documents to Omni, pp. 1, 4# 10 Exhibit J- Defendant Virtumundo, Inc.'s First Set of Interrogatories and Requests for Production to Plaintiff Gordon# 11 Exhibit K- Plaintiff Gordon's Answers and Responses to Defendant Virtumundo's First Interrogatories and Requests for Production of Documents to Gordon, pp. 1, 4# 12 Exhibit L - MSN website offering internet access service# 13 Exhibit M - EarthLink website offering internet access service# 14 Exhibit N - AOL website offering internet access service# 15 Exhibit O- Yahoo website offering internet access service)(Newman, Derek) (Entered: 01/23/2007) |
| 01/26/2007 | 103 | REPLY, filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, TO RESPONSE to 87 **SEALED MOTION** *TO COMPEL FURTHER TESTIMONY OF JAMES GORDON RE PRIOR SETTLEMENTS* re 86 MOTION for Leave *to File Under Seal a Motion to Compel Discovery* (Attachments: # 1 Certificate of Service)(Newman, Derek) (Entered: 01/26/2007) |
| 02/12/2007 | 104 | RESPONSE, by Plaintiff James S Gordon, Jr, to 98 MOTION for Summary Judgment. (Siegel, Robert) (Entered: 02/12/2007) |
| 02/12/2007 | 105 | DECLARATION of Peter W. Resinick filed by Plaintiff James S Gordon, Jr re 98 MOTION for Summary Judgment (Siegel, Robert) (Entered: 02/12/2007) |
| 02/12/2007 | 106 | Second DECLARATION of Robert J. Siegel filed by Plaintiff James S Gordon, Jr re 98 MOTION for Summary Judgment (Attachments: # 1)(Siegel, Robert) (Entered: 02/12/2007) |
| 02/12/2007 | 107 | Third DECLARATION of James S. Gordon, Jr. filed by Plaintiff James S Gordon, Jr re 98 MOTION for Summary Judgment (Attachments: # 1)(Siegel, Robert) (Entered: 02/12/2007) |
| 02/16/2007 | 108 | REPLY, filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, TO RESPONSE to 98 MOTION for Summary Judgment (Attachments: # 1 Certificate of Service)(Newman, Derek) (Entered: 02/16/2007) |

| | | |
|---|---|---|
| 02/16/2007 | ⬤109 | DECLARATION of Derek Linke filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 98 MOTION for Summary Judgment (Newman, Derek) (Entered: 02/16/2007) |
| 02/21/2007 | ⬤110 | STIPULATION AND PROPOSED ORDER *Re Mediation Deadline* by parties. (Siegel, Robert) (Entered: 02/21/2007) |
| 02/27/2007 | ⬤111 | MINUTE ORDER denying 110 Stipulation filed by James S Gordon, Jr; 39.1 mediation to be completed by 3/6/2007 by Judge John C Coughenour. (GO) (Entered: 02/27/2007) |
| 03/12/2007 | ⬤112 | STIPULATION AND PROPOSED ORDER *For Trial Continuance* by parties. (Siegel, Robert) (Entered: 03/12/2007) |
| 03/13/2007 | ⬤113 | REPORT from Mediator Philip E. Cutler regarding failure of mediation on March 5, 2007. (Cutler, Philip) (Entered: 03/13/2007) |
| 03/15/2007 | ⬤114 | ORDER re 112 Stipulation filed by James S Gordon, Jr: Continuance Granted with modifications shown in this Order. (Jury Trial is set for 6/18/2007 at 09:30 AM in Courtroom 16206 before John C Coughenour.)Pretrial Order due by 6/7/2007, Trial briefs to be submitted by 6/14/2007, Proposed voir dire/jury instructions due by 6/14/2007 by Judge John C Coughenour. (GO) (Entered: 03/15/2007) |
| 03/15/2007 | ⬤115 | CORRECTED ORDER re 114 Order continuing trial date and related deadlines, by Judge John C Coughenour. (CL, ) (Entered: 03/15/2007) |
| 03/15/2007 | ⬤116 | MOTION to Exclude *Testimony from Lately Disclosed Witnesses or to Compel Their Depositions* by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn. (Attachments: # 1 Proposed Order Excluding Witness Testimony or Compelling Their Depositions)Noting Date 3/30/2007.(Newman, Derek) (Entered: 03/15/2007) |
| 03/15/2007 | ⬤117 | DECLARATION of Roger Townsend filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn re 116 MOTION to Exclude *Testimony from Lately Disclosed Witnesses or to Compel Their Depositions* (Attachments: # 1 Exhibit A - Letter Dated December 20, 2006 To Plaintiffs' Counsel From Defendants' Counsel# 2 Exhibit B - Email Communication Dated 12/27/2006# 3 Exhibit C - Email Communication Dated 12/28/2006# 4 Exhibit D - Email Communication Dated 2/21/2007# 5 Exhibit E - Letter Dated March 13, 2007 To Plaintiffs' Counsel From Defendants' Counsel# 6 Exhibit F- Email Communication Dated 3/14/2007)(Newman, Derek) (Entered: 03/15/2007) |
| 03/26/2007 | ⬤118 | RESPONSE, by Plaintiff James S Gordon, Jr, to 116 MOTION to Exclude *Testimony from Lately Disclosed Witnesses or to Compel Their Depositions*. (Siegel, Robert) (Entered: 03/26/2007) |
| 03/30/2007 | ⬤119 | REPLY, filed by Defendants Virtumundo Inc, Adknowledge Inc, Scott Lynn, TO RESPONSE to 116 MOTION to Exclude *Testimony from Lately Disclosed Witnesses or to Compel Their Depositions* (Attachments: # 1 Certificate of Service)(Townsend, Roger) (Entered: 03/30/2007) |
| 04/13/2007 | ⬤120 | MOTION to Seal *Portions of Declaration of Derek A. Newman* by Plaintiff Omni Innovations LLC. Noting Date 5/4/2007.(Siegel, Robert) (Entered: 04/13/2007) |

| | | |
|---|---|---|
| 05/15/2007 | 121 | ORDER by Judge John C Coughenour. The Court STRIKES AS MOOT 38 Motion for Bond; DENIES 53 Motion for Partial Summary Judgment; DENIES 86 Motion for Leave; STRIKES AS MOOT 87 Motion to Compel; DENIES 91 Motion to Seal; GRANTS 97 Motion for Leave to File; GRANTS 98 Motion for Summary Judgment; STRIKES AS MOOT 116 Motion to Exclude; STRIKES AS MOOT 69 Motion to Compel, STRIKES AS MOOT 71 Motion to Compel, DENIES 120 Motion to Seal. The June 18, 2007 trial date and all associated deadlines are STRICKEN.(CL, ) Modified on 5/15/2007 (CL, ). Modified text on 5/16/2007 ( CL, ). (Entered: 05/15/2007) |
| 06/05/2007 | 122 | JUDGMENT IN A CIVIL CASE/DECISION BY COURT. IT IS ORDERED AND ADJUDGED; Pursaunt to the Court's May 15, 2007 Order docket no. 121, summary judgment has been GRANTED to defendants. (CL, ) (Entered: 06/06/2007) |
| 06/14/2007 | 123 | MOTION to Seal *And File Redacted Documents* by Plaintiff James S Gordon, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C(1)# 4 Exhibit C(2)# 5 Exhibit C(3)# 6 Exhibit # 7 Proposed Order)Noting Date 6/29/2007.(Siegel, Robert) (Entered: 06/14/2007) |
| 06/15/2007 | 124 | NOTICE OF APPEAL as to 122 Judgment by Court, 121 Order on Motion for Summary Judgment, filed by Plaintiffs James S Gordon, Jr, Omni Innovations LLC. Filing Fee $455 (SA, ) (Entered: 06/18/2007) |
| 06/15/2007 | 125 | Civil Appeals Docketing Statement, by Plaintiffs James S Gordon, Jr, Omni Innovations LLC, to be transmitted by Clerk to Circuit Court of Appeals. (SA, ) (Entered: 06/18/2007) |
| 06/15/2007 | | Appeal Fees received: fee in the amount of $ 455.00 (receipt # SEA10097) re 124 Notice of Appeal filed by James S Gordon, Jr, Omni Innovations LLC (SA, ) (Entered: 06/18/2007) |