# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of June, 2007, I electronically filed the foregoing **DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS; DECLARATION OF ERIC P. BLANK IN SUPPORT OF MOTION; DECLARATION OF SPENCER D. FREEMAN IN SUPPORT OF MOTION; DECLARATION OF JESSICA EAVES MATHEWS IN SUPPORT OF MOTION; DECLARATION OF SETH WILKINSON IN SUPPORT OF MOTION; DECLARATION OF DEREK NEWMAN IN SUPPORT OF MOTION; DECLARATION OF STEVEN M. HAYES IN SUPPORT OF MOTION; PROPOSED ORDER, AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
i.Justice Law, P.C.
Email: bob@ijusticelaw.com

Douglas McKinley, Esq.
Email: doug@mckinleylaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on June 19th, 2007, at Seattle, Washington.

_____
Diana Au

CERTIFICATE OF SERVICE

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800