# EXHIBIT B

Page 1 of 1                                                                                                              January 31, 2007

| **INVOICE** |
|---|



Hacker Factor Solutions<br>
Neal Krawetz, Ph.D.<br>
P.O. Box 270033<br>
Fort Collins, CO  80527<br>
(970) 282-0195<br>
dr.krawetz@hackerfactor.com

**Date:**          31-January-2007

**Customer          Name:     Derek Newman
Information:**      Company:  Newman & Newman, Attorneys at Law, LLP
                    Work:     (206) 274-2800
                    Email:    dn@newmanlaw.com

**Description of work performed:**
12 Jan 2007 (Fri): 18:40 - 19:10 (0:30) Reviewing documents
13 Jan 2007 (Sat): 13:00 - 18:00 (5:00) Reviewing documents, writing expert report
14 Jan 2007 (Sun):  8:30 - 12:00 (3:30) Writing expert report
14 Jan 2007 (Sun): 13:00 - 16:00 (3:00) Writing expert report
14 Jan 2007 (Sun): 17:15 - 17:45 (0:30) Proof reading expert report
15 Jan 2007 (Mon): Short durations (0:15) Replying emails to Derek Newman, Reviewing email samples from Peter Hazelton
16 Jan 2007 (Tue):  8:00 - 11:00 (3:00) Revising report (one more question added, spelling errors)
16 Jan 2007 (Tue): 11:00 - 11:45 (0:45) Revised CV, one correction to report
16 Jan 2007 (Tue): 20:00 - 21:45 (1:45) Revised report based on feedback
16 Jan 2007 (Tue): 22:00 - 22:30 (0:30) Revised report based on feedback
19 Jan 2007 (Fri): 14:00 - 14:15 (0:15) Uploaded mail archives for Derek Newman and rechecked domain counts
19 Jan 2007 (Fri): 21:00 - 23:00 (2:00) Revised report with final transcript references
22 Jan 2007 (Mon):  8:00 - 8:30 (0:30) Reviewed declaration, submitted changes.
22 Jan 2007 (Mon): 10:30 - 12:00 (1:30) Revised expert report per feedback from Kit Winter and Derek Newman.
22 Jan 2007 (Mon): 19:30 - 20:00 (0:30) Revised declaration and signed it.

**Charges**:

| Parts | none | 0.00 |
|---|---|---|
| Labor | 23.5 hours @ $250/hour | 5875.00 |
| Total | | 5875.00 |

Please direct payment to "Hacker Factor Solutions, Neal Krawetz".

**Thank you!**
