<u>EXHIBIT A</u>
NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
HOURLY RATE SHEET

| Attorney | Rate |
|---|---|
| Derek Newman | $325 |
| John Whitaker | $310 |
| Roy Berg | $300 |
| Roger Townsend | $275 |
| Jessica Newman | $250 |
| S. Christopher Winter | $250 |
| Randy Moeller | $235 |
| John Du Wors | $215 |
| Michael Spain | $210 |
| Derek Linke | $175 |