1
2
3
4
5
6
7

The Honorable John C. Coughenour

8
9

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

10

11   JAMES S. GORDON, Jr., a married
     individual, d/b/a 'GORDONWORKS.COM';
12   OMNI INNOVATIONS, LLC., a
     Washington limited liability company,
13
                    Plaintiffs,
14
            v.
15
     VIRTUMUNDO, INC, a Delaware
16   corporation d/b/a
     ADNOWLEDGEMAIL.COM;
17   ADKNOWLEDGE, INC., a Delaware
     corporation, d/b/a
18   ADKNOWLEDGEMAIL.COM; SCOTT
     LYNN, an individual; and JOHN DOES,
19   1-X,
20                  Defendants.

NO.  CV06-0204JCC

**DECLARATION OF SETH
WILKINSON IN SUPPORT OF
DEFENDANTS' MOTION FOR
ATTORNEYS' FEES AND COSTS**

21      I, Seth Wilkinson, declare and testify as follows:

22      1.      I am over eighteen years of age, competent to testify to the matters stated in

23      this declaration, and make this declaration based upon personal knowledge.

24      2.      Since 2001, I have been an attorney licensed to practice in Washington

25      State.  I am admitted to practice in the Western District of Washington and

26      regularly have cases in this district.

27      3.      I am an attorney at the law firm of Yarmuth, Wilsdon, Calfo, PLLC.  My

28      practice focuses on complex litigation, including technology and

WILKINSON DECL. IN SUPPORT OF
DEFS' MOTION FOR FEES
[NO. CV06-0204JCC] - Page 1

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com

1    intellectual property matters.  This firm routinely represents clients in

2    federal district court in technology and Internet matters.

3    4.    I have reviewed the rate sheet from Newman & Newman, LLP attached

4    hereto as Exhibit A and find it to be reasonable and consistent with the

5    prevailing rates for attorneys in this legal community for matters of similar

6    complexity, novelty and legal exposure.

7    5.    The rates charged by Newman & Newman, LLP are consistent with the

8    hourly rates charged by other comparable attorneys who practice in the

9    same area of law.

10    6.    I am familiar with the skill, expertise, and reputation of the attorneys at

11    Newman & Newman, LLP and believe that they are particularly well-

12    qualified to represent parties in complex technology litigation.

13    7.    Furthermore, I recognize that Newman & Newman is well-known in the

14    local legal community for its expertise and skill in representing clients in

15    complex CAN-SPAM, RCW 19.190 *et seq.* and email-related litigation, and

16    based on that expertise and reputation, it is entirely reasonable that they

17    charge hourly rates exceeding $350 (but less than $400) for senior attorneys

18    and $200 per hour for junior attorneys.

19    I certify and declare under the penalty of perjury under the laws of the State of

20    Washington and the United States that to my knowledge the foregoing is true and correct.

21

22    Executed on this 19th day of June, 2007, at Seattle, Washington.

23

24    Seth Wilkinson

25

26

27

28

WILKINSON DECL. IN SUPPORT OF
DEFS' MOTION FOR FEES
[NO. CV06-0204JCC] - Page 2

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800