## THE GORDON GROUP
James S. Gordon, President

1419 Jadwin Avenue
Richland, WA 99352

--------------------------

Telephone/Fax 509/943-4715
email: jim@gordonworks.com
http://www.gordonworks.com

**August 26, 1999**

Tri-Cities Office
2715 St. Andrews Loop, Suite D
Pasco, WA 99301

The Honorable Doc Hastings:

I'm a small business entrepreneur having an on-line Health & Nutrition business.  The genesis of my Internet "problems" was in January 1999 when I decided to unsubscribe from three online newsletters.  My on-line business was picking up and I didn't have time to spend reading the many emails that I was being sent (8-10/day).

I tried, unsuccessfully, to unsubscribe from early February 1999 to Mid-March 1999.  The daily emails kept on coming.  In early April 1999, I asked my Internet Service Provider (ISP) to help me put a stop to the emails...nothing changed...the emails kept on coming.

I then asked my new Internet Presence Provider (IPP) to help me…nothing changed...the emails kept on coming.

In June 1999, I asked a private attorney to send the "spammer" a "cease and desist" letter…nothing changed...the emails kept on coming.

In July 1999 (actully June 1999), I asked the Washington State Attorney General's Office in Kennewick, WA for help.  They sent a letter to the "spammer"…nothing changed…the emails are still coming in-but at an accelerated pace.

Yesterday, I received a computer "virus" from the "spammer"… the emails keep on coming.

I have been in contact with the FBI as my business ad page was being "hacked".  They say that they can not help as the US Attorney has a "threshold" amount of damages that a business must sustain to be able to receive help ($15,000)...we calculate our losses in excess of $20,000 (roughly 15% of annual revenues) due to the hacking. Further, they said there is nothing that they could do about the spamming, either.  The agents that I talked to acknowledged that a crime had been committed-but stated they did not have the resources…

Where does a small business go when their lawyer, AG, and FBI can not provide relief?

Thanks for listening!

Regards,

Washington, D.C. Office
1323 Longworth House Office Building
Washington, DC 20515-4704
(202) 225-5816
Fax: (202) 225-3251

Tri-Cities Office
2715 St. Andrews Loop, Suite D
Pasco, WA 99301
(509) 543-9396
Fax: (509) 545-1972