Gordon v. Virtumundo, Inc et al                                                                                             Doc. 136 Att. 2

Case 2:06-cv-00204-JCC     Document 136-3     Filed 07/02/2007     Page 1 of 2

**Subject:** Summer Savings with Charter
**From:** Charter Communications <CharterCommunications@deployimedia.com>
**To:** <faye@gordonworks.com>



**Save BIG with Charter High-Speed® Internet 3Meg**

Download songs in seconds, dominate online games, and get more from the Internet.

- Speeds up to twice as fast as 1.5Mbps DSL††
- An always on, never busy connection
- 10 e-mail boxes with 20MB of Web space
- Anti-virus, firewall, and spam-filtering software, plus parental controls
- 30-Day Money-Back Guarantee





**Hurry, this offer ends soon!\*\***

©2007 Charter Communications. \*\*Offer valid until 7/15/07. \*Offer valid to new residential customers only. To be considered a new Charter customer, customer must not have subscribed to Charter High-Speed® Internet 3Meg within the previous 30 days and customer must have no outstanding obligation to Charter. Standard rates apply after promotional period expires and vary depending on location. Installation extra. A cable modem, set-top box and/or network card may be required at installation. Equipment charges may apply. Taxes, fees and surcharges extra and will vary depending on location. Internet speeds may vary. †Compared to 56kbps dial-up. ††Compared to 1.5Mbps DSL Activation of service may be subject to credit approval, deposit or prepayment and requires a valid service address, social security number or major credit card. All programming, packages, pricing and services provided are subject to the terms and conditions of subscriber agreement and are subject to change. Other restrictions may apply. Call 1-877-279-3370 for full details.

Charter Communications
12405 Powerscourt Drive
St. Louis, MO 63131

To opt out of future Charter Communications emails please click here.

This message was sent to you because you've agreed to receive information from Virtumundo and our partners.
Click here to opt-out.