The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual, d/b/a 'GORDONWORKS.COM'; OMNI INNOVATIONS, LLC., a Washington limited liability company, | NO.  CV06-0204JCC |
| | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiffs, | |
| v. | |
| VIRTUMUNDO, INC, a Delaware corporation d/b/a ADNOWLEDGEMAIL.COM; ADKNOWLEDGE, INC., a Delaware corporation, d/b/a ADKNOWLEDGEMAIL.COM; SCOTT LYNN, an individual; and JOHN DOES, 1-X, | |
| Defendants. | |

PLEASE TAKE NOTICE that Roger M. Townsend of the law firm of Newman &

Newman, Attorneys at Law, LLP, hereby withdraws his appearance on behalf of

Defendants Virtumundo, Inc., Adknowledge, Inc. and Scott Lynn in the above matter.

Defendants' substituting counsel is Randall Moeller, of the law firm Newman &

Newman, Attorneys at Law, LLP.  Additionally, Newman & Newman, Attorneys at Law,

LLP will continue to be counsel of record through Derek A. Newman, who initially

NOTICE OF WITHDRAWAL AND SUB.
CASE NO. CV06-0204JCC -  1

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  appeared on behalf of Defendants.  Defendants respectfully request that all notices,

2  pleadings and further correspondence be addressed to Mr. Newman and Mr. Moeller as

3  stated herein.

4       .

5

6       DATED this 13th day of July, 2007.

7

8  **NEWMAN & NEWMAN,**
   **ATTORNEYS AT LAW, LLP**

9

10

11 By:  _____
       Roger M. Townsend, WSBA No. 25525

12

13     505 Fifth Avenue South, Suite 610
       Seattle, Washington  98104
       (206) 274-2800 Phone

14     (206) 274-2801 Fax

15     Withdrawing Attorney for Defendants

16

17

18 **NEWMAN & NEWMAN,**
   **ATTORNEYS AT LAW, LLP**

19

20

21 By:  _____
       Randall Moeller, WSBA No. 21094

22     505 Fifth Avenue South, Suite 610
       Seattle, Washington  98104

23     (206) 274-2800 Phone
       (206) 274-2801 Fax

24

25     Substituting Attorney for Defendants

26

27

28

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800