# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of July, 2007, I electronically filed the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL, AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
i.Justice Law, P.C.
Email: bob@ijusticelaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on July 13th, 2007, at Seattle, Washington.

_____
Diana Au

---

CERTIFICATE OF SERVICE

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800