FILED

AUG 31 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES S. GORDON, Jr., a married individual doing business as gordonworks.com,<br><br>    Plaintiff - Appellant,<br><br>V.<br><br>VIRTUMUNDO INC, a Delaware corporation doing business as adknowledgemail.com; ADKNOWLEDGE INC, a Delaware corporation doing business as adknowledgemail.com; SCOTT LYNN, an individual; JOHN DOES,<br><br>    Defendants - Appellees. | No. 07-35487<br>D.C. No. CV-06-00204-JCC<br>Western District of Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered 8/6/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Synitha Walker
Deputy Clerk